AO 120 (Rev. 2/99)

| TO: Commissioner of Patents and Trademarks<br>Washington, DC 20231 | REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK |
|---|---|

FILED IN CLERKS OFFICE
2003 DEC 11 P 12:49
U.S. DISTRICT COURT
DISTRICT OF MASS

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___Massachusetts___ on the following ☒ Patents or ☐ Trademarks:

| DOCKET NO.<br>03-12491 MEL | DATE FILED | U.S. DISTRICT COURT<br>Massachusetts |
|---|---|---|
| PLAINTIFF<br>Color Kinetics, Inc.<br>10 Milk Street, Suite 1100<br>Boston, MA 02108 | | DEFENDANT<br>TIR Systems Ltd.<br>3350 Bridgeway Street<br>Vancouver, British Columbia, Canada |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1  6,340,868 | 1/22/2002 | Color Kinetics, Inc. |
| 2  6,211,626 | 4/3/2001 | Color Kinetics, Inc. |
| 3  6,459,919 | 10/1/2002 | Color Kinetics, Inc. |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |
|---|---|

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

Copy 1—Upon initiation of action, mail this copy to Commissioner    Copy 3—Upon termination of action, mail this copy to Commissioner
Copy 2—Upon filing document adding patent(s), mail this copy to Commissioner    Copy 4—Case file copy