AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Massachusetts _____

Color Kinetics, Inc.

v.

TIR Systems, Ltd.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 03 12491 MEL

TO: (Name and address of Defendant)

TIR Systems Ltd.
3350 Bridgeway Street
Vancouver, British Columbia
Canada

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Matthew B. Lowrie, Esq.
Lowrie, Lando & Anastasi, LLP
One Main Street
Cambridge, MA 02142

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

DEC 11 2003

DATE

(By) DEPUTY CLERK

◊AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 4/7/04 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| AARON M. MOORE | ATTORNEY |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Service accepted by defendant's counsel, Mark G. _____ of Hale and Dorr LLP.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   4/9/04
                    Date                Signature of Server

Address of Server: Lowrie, Lando & Anastasi, LLP
One Main Street, Cambridge, MA 02142

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.