UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COLOR KINETICS INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>TIR SYSTEMS LTD.,<br><br>Defendant. | Civil Action No. 03cv12491 (MEL) |

### NOTICE OF APPEARANCE

The below named counsel hereby enter their appearance as counsel in this action for TIR Systems Ltd.

Dated: April 23, 2004

Mark G. Matuschak (BBO#543873)
Donald R. Steinberg (BBO#553699)
Hale and Dorr LLP
60 State Street
Boston, MA 02109
Telephone No. (617) 526-6120

Attorneys for Defendant
TIR Systems Ltd.

## CERTIFICATE OF SERVICE

I, James E. Yarin, hereby certify that on April 23, 2004, I served a copy of the foregoing Notice of Appearance on the following by first class mail, postage prepaid:

>Matthew B. Lowrie, Esq.
>Lowrie, Lando & Anastasi, LLP
>Riverfront Office Park
>One Main Street
>Cambridge, MA  02142

_____
James E. Yarin