UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

COLOR KINETICS INCORPORATED,     )
                                 )
                    Plaintiff,   )   Civil Action No. 03cv12491 (MEL)
                                 )
      v.                         )
                                 )
TIR SYSTEMS LTD.,                )
                                 )
                    Defendant.   )

## DEFENDANT'S MOTION TO ENLARGE TIME (ASSENTED TO)

Defendant TIR Systems Ltd. moves that the time within which it is required to answer, move, or otherwise respond to the Complaint be enlarged to and including May 27, 2004.

Dated: April 23, 2004

Mark G. Matuschak (BBO#543873)
Donald R. Steinberg (BBO#553699)
Hale and Dorr LLP
60 State Street
Boston, MA 02109
Telephone No. (617) 526-6120

Attorneys for Defendant
TIR Systems Ltd.

Assented To:

/Matt Lowrie/ars
Matthew B. Lowrie (BBO#563414)
Aaron W. Moore (BBO#638076)
Lowrie, Lando & Anastasi, LLP
Riverfront Office Park
One Main Street – 11th Floor
Cambridge, MA 02142

## CERTIFICATE OF SERVICE

I, James E. Yarin, hereby certify that on April 26, 2004, I served a copy of the foregoing *Defendant's Motion to Enlarge Time (Assented To)* on the following by first class mail, postage prepaid:

>Matthew B. Lowrie, Esq.
>Lowrie, Lando & Anastasi, LLP
>Eleventh Floor
>Riverfront Office Part
>One Main Street
>Cambridge, MA 02142

_____
James E. Yarin

BOSTON 1898655v1