UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE

2004 MAY 27 P 1:44

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| COLOR KINETICS INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:03-cv-12491-MEL |
| ) | |
| TIR SYSTEMS LTD, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S ASSENTED TO MOTION FOR ADMISSION OF S. CALVIN WALDEN PRO HAC VICE

Pursuant to Local Rule 83.5.3 (b), defendant TIR Systems Ltd. hereby moves for the admission pro hac vice of their counsel, S. Calvin Walden. As grounds for their motion, Defendant refers the Court to the Declaration of S. Calvin Walden, filed herewith, and further state that Defendant has retained a member of the bar of this Court, Mark G. Matuschak, Esq., of Hale and Dorr LLP, who has filed an appearance in this action.

Dated: May 26, 2004

FILING FEE PAID:
RECEIPT #_____
AMOUNT $_____
BY DPTY CLK_____
DATE_____

Respectfully submitted,

HALE AND DORR LLP

*/s/ Mark G. Matuschak /kn*

Mark G. Matuschak (BBO #543873)
Donald R. Steinberg (BBO #553699)
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Kerry A. Malloy (BBO #654600)
300 Park Avenue
New York, NY 10022
Telephone: (212) 937-7200
Facsimile: (212) 937-7300

Attorneys for Defendant
TIR Systems Ltd.

## CERTIFICATE UNDER L. R. 7.1. (A)(2)

I hereby certify, pursuant to Local Rule 7.1 (A)(2), that I conferred with Aaron Moore, Esq., counsel for Plaintiff, prior to filing this motion, and that Plaintiff has assented to this motion.

*/s/ S. Calvin Walden*

S. Calvin Walden

## CERTIFICATE OF SERVICE

I, James E. Yarin, hereby certify that on May 27, 2004, I served a copy of the foregoing Defendant's Assented to Motion for Admission of S. Calvin Walden <u>Pro Hac Vice</u>, with attached Certificate Under Local Rule 7.1. (A)(2) and Declaration of S. Calvin Walden on the following by first class mail, postage prepaid:

>Matthew B. Lowrie, Esq.
>Lowrie, Lando & Anastasi, LLP
>Riverfront Office Park
>One Main Street
>Cambridge, MA 02142

_____
James E. Yarin