UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COLOR KINETICS INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TIR SYSTEMS LTD, ) <br> ) <br> Defendant. ) | Civil Action No. 1:03-cv-12491-MEL |

### DECLARATION OF S. CALVIN WALDEN

I, S. Calvin Walden, hereby declare that:

1. I am a junior partner at the law firm of Hale and Dorr, LLP, 300 Park Avenue, New York, New York 10022.

2. I am currently a member of the Bar of the State of New York, having been admitted in 1997. I am also a member of the United States District Court for the Southern and Eastern Districts of New York.

3. I am a member in good standing of all Bars to which I have been admitted.

4. There are no disciplinary proceedings pending against me in any Bar to which I have been admitted.

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.



Signed under the pains and penalties of perjury this 25th day of May 2004.

*[Signature]*

S. Calvin Walden
HALE AND DORR LLP
300 Park Avenue
New York, NY 10022
Telephone: 212-937-7200
Facsimile: 212-937-7300