IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

COLOR KINETICS INCORPORATED,

    Plaintiff

v.

TIR SYSTEMS LTD.,

    Defendant.

Civil Action No.: 1:03-cv-12491-MEL

**PLAINTIFF'S MOTION TO ENLARGE TIME (ASSENTED TO)**

Plaintiff Color Kinetics Incorporated ("Color Kinetics"), by its counsel, moves that the time within which it is required to reply, move, or otherwise respond to the Counterclaims of Defendant TIR Systems Ltd. ("TIR"), be enlarged to and including July 12, 2004.

Respectfully submitted,

COLOR KINETICS INCORPORATED

June 21, 2004

Assent: _S. Calvin Walden/eab_  by: _[signature] Emily A. B_____
Mark G. Matuschak, BBO#543873           Matthew B. Lowrie, BBO#563414
Donald R. Steinberg, BBO#553699         Aaron W. Moore, BBO#638076
Hale and Dorr LLP                       Emily A. Berger, BBO#650841
60 State Street                         Lowrie, Lando & Anastasi, LLP
Boston, MA 02109                        Riverfront Office Park
                                        One Main Street - 11th Floor
S. Calvin Walden                        Cambridge, MA 02142
Hale and Dorr LLP                       Tel : 617-395-7000
300 Park Ave.                           Fax: 617-395-7070
New York, NY 10022