IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COLOR KINETICS INCORPORATED,<br><br>       Plaintiff<br><br>v.<br><br>TIR SYSTEMS LTD.,<br><br>       Defendant. | Civil Action No.:  03-CV-12491-MEL |

NOTICE OF APPEARANCE

Pursuant to local Rule 83.5.2, please enter my appearance on behalf of Plaintiff Color Kinetics Incorporated in the above-identified action.

Respectfully submitted,

Dated: June 22, 2004

          /s/  Aaron W. Moore
Aaron W. Moore, BBO No. 638,076
Lowrie, Lando & Anastasi, LLP
Riverfront Office Park
One Main Street - 11th Floor
Cambridge, MA 02142
Tel: 617-395-7000
Fax: 617-395-7070