IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COLOR KINETICS INCORPORATED,<br><br>            Plaintiff<br>v.<br>TIR SYSTEMS LTD.,<br><br>            Defendant. | Civil Action No.:  1:03-cv-12491-MEL |

## REPLY OF COLOR KINETICS INCORPORATED

Plaintiff Color Kinetics Incorporated ("Color Kinetics"), by its counsel, answers the Counterclaims of Defendant TIR Systems Ltd. ("TIR"), as follows:

    1.    Color Kinetics admits that the Counterclaims purport to be for declaratory judgment.  Color Kinetics denies any remaining allegations of this paragraph.

    2.    Color Kinetics is without information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies those allegations.

    3.    Color Kinetics is without information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies those allegations.

    4.    Color Kinetics admits that, at the time of the filing of the Complaint, Color Kinetics Incorporated was a Delaware Corporation with its principal place of business at 10 Milk Street, Boston, Massachusetts 02108.

    5.    Color Kinetics admits that the Counterclaims purport to be for declaratory judgment under 28 U.S.C. § 2201 and 2202 and for actions relating to patents under 28 U.S.C. § 1338(a).  Color Kinetics denies any remaining allegations of this paragraph.

6. Denied.

7. Denied.

8. Denied.

9. Denied.

10. Denied.

11. Denied.

                    Respectfully submitted,

                    COLOR KINETICS INCORPORATED

Dated: July 12, 2004        by:   /s/ Emily A. Berger
                                     Matthew B. Lowrie, BBO No. 563,414
                                     Aaron W. Moore, BBO No. 638,076
                                     Emily A. Berger, BBO No. 650,841
                                     Lowrie, Lando & Anastasi, LLP
                                     Riverfront Office Park
                                     One Main Street - 11th Floor
                                     Cambridge, MA 02142
                                     Tel : 617-395-7000
                                     Fax: 617-395-7070