UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| COLOR KINETICS INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:03-cv-12491-MEL |
| TIR SYSTEMS LTD, | ) ) ) | |
| Defendant. | ) ) | |

**DEFENDANT'S MOTION TO SCHEDULE A SETTLEMENT CONFERENCE AND TO STAY DISCOVERY PENDING THE PARTIES' EXCHANGE OF PRELIMINARY CONTENTIONS AND THE SETTLEMENT CONFERENCE**

The defendant TIR Systems Ltd. ("TIR"), respectfully requests that this Court enter an order scheduling a settlement conference after the plaintiff, Color Kinetics, Inc. ("CK") has submitted its Preliminary Infringement Contentions and the defendant has submitted its Preliminary Invalidity Contentions (hereinafter collectively referred to as "Preliminary Contentions"). Specifically, TIR seeks an order requiring the parties to exchange Preliminary Contentions and appear before the Court for a settlement conference pursuant to the following schedule:

**October 15, 2004**     CK provides TIR with a Preliminary Infringement Contention, which shall include (i) an identification of the claims it alleges are infringed, (ii) a preliminary identification of which TIR products are alleged to infringe the identified claims, and (iii) an element by element explanation why such infringement is alleged for each accused product.

**Dec. 15, 2004**     TIR provides CK with a Preliminary Invalidity Contention, which shall include (i) a preliminary identification of prior art relied upon by TIR to invalidate the claims identified in CK's Infringement Contention; and (ii) an element by element explanation why the claims identified in the Statement of Infringement are invalid.

**Jan. 13, 2005**     Settlement conference

Further, TIR hereby moves to stay all discovery pending the parties exchange of Preliminary Contentions and the settlement conference.

WHEREFORE, the Defendant, TIR, respectfully requests that the Court grant this motion along with such other relief as is appropriate.

Dated: September 3, 2004

Respectfully submitted,

WILMER CUTLER PICKERING
 HALE AND DORR LLP

/s/ Kerry A. Malloy

Mark G. Matuschak (BBO #543873)
mark.matuschak@wilmerhale.com
Donald R. Steinberg (BBO #553699)
don.steinberg@wilmerhale.com
60 State Street
Boston, MA 02109
Telephone: 617-526-6000

S. Calvin Walden (admitted pro hac vice)
calvin.walden@wilmerhale.com
Kerry A. Malloy (BBO #654600)
kerry.malloy@wilmerhale.com
300 Park Avenue
New York, NY 10021
Telephone: 212-937-7200

Attorneys for Defendant
TIR SYSTEMS LTD.

- 3 -

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1(A)(2)

I hereby certify that I have contacted counsel for the plaintiff, who does not agree to the foregoing requested Preliminary Contention exchange or the requested stay of discovery.

/s/  S. Calvin Walden