IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COLOR KINETICS INCORPORATED,<br><br>　　　　　Plaintiff<br><br>v.<br><br>TIR SYSTEMS LTD.,<br><br>　　　　　Defendant. | Civil Action No.: 1:03-cv-12491-MEL |

## PLAINTIFF'S MOTION TO ENLARGE TIME (ASSENTED TO)

Plaintiff Color Kinetics Incorporated ("Color Kinetics"), by its counsel, moves that the time within which it is required to oppose Defendant's Motion to Schedule a Settlement Conference and to Stay Discovery Pending the Parties' Exchange of Preliminary Contentions and the Settlement Conference, be enlarged by three business days, to and including September 22, 2004.

Color Kinetics has conferred with counsel for TIR Systems Ltd., and they have assented to this motion.

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　COLOR KINETICS INCORPORATED

September 16, 2004

　　　　　　　　　　　　　　　by:　　____/s/ Emily A. Berger_____
　　　　　　　　　　　　　　　　　　　Matthew B. Lowrie, BBO#563414
　　　　　　　　　　　　　　　　　　　Aaron W. Moore, BBO#638076
　　　　　　　　　　　　　　　　　　　Emily A. Berger, BBO#650841
　　　　　　　　　　　　　　　　　　　Lowrie, Lando & Anastasi, LLP
　　　　　　　　　　　　　　　　　　　One Main Street - 11th Floor
　　　　　　　　　　　　　　　　　　　Cambridge, MA 02142
　　　　　　　　　　　　　　　　　　　Tel : 617-395-7000