UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| COLOR KINETICS INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:03-cv-12491-MEL |
| | ) | |
| TIR SYSTEMS LTD, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DEFENDANT'S MOTION TO RE-SCHEDULE
## THE SCHEDULING CONFERENCE (ASSENTED TO)

Defendant TIR Systems Ltd. hereby moves that the scheduling conference be rescheduled

to Tuesday, September 28, 2004 at 10:00 am.

Date:  Sept. 16, 2004

Respectfully submitted,

WILMER CUTLER PICKERING
   HALE AND DORR LLP


/s/  Kerry A. Malloy

Mark G. Matuschak (BBO #543873)
mark.matuschak@wilmerhale.com
Donald R. Steinberg (BBO #553699)
don.steinberg@wilmerhale.com
60 State Street
Boston, MA 02109
Telephone: 617-526-6000

S. Calvin Walden (admitted pro hac vice)
calvin.walden@wilmerhale.com
Kerry A. Malloy (BBO #654600)
kerry.malloy@wilmerhale.com
300 Park Avenue
New York, NY 10021
Telephone: 212-937-7200

Attorneys for Defendant
TIR SYSTEMS LTD.

- 3 -

<u>CERTIFICATE PURSUANT TO LOCAL RULE 7.1(A)(2)</u>

I hereby certify that I have contacted counsel for the plaintiff, who has assented to the motion.

/s/  Kerry A. Malloy