UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| COLOR KINETICS INC., | ) ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) | Civil Action No. 03cv12491 (MEL) |
| TIR SYSTEMS LTD., | ) ) ) | |
| Defendant. | ) ) | |

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(d)(3)

We hereby certify that we have conferred (a) with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—of the above-captioned litigation, and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated: September 21, 2004

- 2 -

Respectfully submitted,

_____
Issa Nakhleh, CFO
TIR SYSTEMS LTD.
Defendant
7700 Riverfrong Gate
Burnaby, BC, Canada
V5J 5M4

/s/ Kerry A. Malloy

Mark G. Matuschak (BBO #543873)
mark.matuschak@wilmerhale.com
Donald R. Steinberg (BBO #553699)
don.steinberg@wilmerhale.com
Wendy A. Haller (BBO #652943
wendy.haller@wilmerhale.com
60 State Street
Boston, MA 02109
Telephone: 617-526-6000

S. Calvin Walden (admitted pro hac vice)
calvin.walden@wilmerhale.com
Kerry A. Malloy (BBO #654600)
kerry.malloy@wilmerhale.com
300 Park Avenue
New York, NY 10021
Telephone: 212-937-7200

WILMER CUTLER PICKERING
   HALE AND DORR LLP
Attorneys for Defendant
TIR SYSTEMS LTD.