IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COLOR KINETICS INCORPORATED,<br><br>          Plaintiff<br><br>v.<br><br>TIR SYSTEMS LTD.,<br><br>          Defendant. | Civil Action No.:  03-cv-12491 (MEL) |

**ASSENTED-TO MOTION FOR LEAVE**
**TO FILE AN AMENDED COMPLAINT**

Pursuant to Fed. R. Civ. P. 15(a), plaintiff Color Kinetics Incorporated ("Color Kinetics") hereby moves for leave to file the attached Amended Complaint.

The grounds for this motion are as follows:

1. The original Complaint in this case was filed on December 11, 2003, alleging infringement of three United States patents.

2. U.S. Patent No. 6,788,011 (the "'011 patent"), subsequently issued on September 7, 2004.  The '011 patent is assigned to Color Kinetics and is related to the patents-in-suit.

3. Color Kinetics now seeks to amend the Complaint to add a count for infringement of the newly-issued '011 patent.

4. No party will be prejudiced by the filing of the Amended Complaint.

- 2 -

5.  As the parties have not yet had an initial Status Conference in this case (currently on the calendar for September 28, 2004), the case schedule will not be affected by the filing of the Amended Complaint.

6.  Counsel for Color Kinetics has consulted with counsel for defendant TIR Systems Ltd. regarding amendment of the Complaint to add the '011 patent, and the latter has assented to the motion.

WHEREFORE, plaintiff Color Kinetics hereby requests that this Motion to For Leave to File an Amended Complaint be ALLOWED.

Respectfully submitted,

COLOR KINETICS INCORPORATED

Dated: September 24, 2004

/s/ Aaron W. Moore
Matthew B. Lowrie, BBO No. 563,414
Aaron W. Moore, BBO No. 638,076
Emily A. Berger, BBO No. 650,841
Lowrie, Lando & Anastasi, LLP
Riverfront Office Park
One Main Street - 11th Floor
Cambridge, MA 02142
Tel: 617-395-7000
Fax: 617-395-7070