UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2004 SEP 21 P 12: 01
U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| COLOR KINETICS INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:03-cv-12491-MEL |
| ) | |
| TIR SYSTEMS LTD, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

Pursuant to Local Rule D. Mass. 83.5.2(a), please enter the appearance of Wendy A. Haller, Wilmer Cutler Pickering Hale and Dorr LLP, on behalf of the Defendant TIR Systems Ltd in the above-identified action.

Dated: Sept. 21, 2004

Respectfully submitted,

WILMER CUTLER PICKERING
HALE AND DORR LLP

*Wendy A. Haller* /Kn-

Mark G. Matuschak (BBO #543873)
Donald R. Steinberg (BBO #553699)
Wendy A. Haller (BBO # 652943)
60 State Street
Boston, MA 02109
Telephone: 617-526-6000
Facsimile: 617-526-5000

S. Calvin Walden (admitted pro hac vice)
Kerry A. Malloy (BBO #654600)
300 Park Avenue
New York, NY 10021
Telephone: 212-937-7200
Facsimile: 212-937-7300

Attorneys for Defendant
TIR SYSTEMS LTD.

## CERTIFICATE OF SERVICE

I, James E. Yarin, hereby certify that on Sept. 21, 2004, I served a copy of the foregoing Notice of Appearance on the following by first class mail, postage prepaid:

> Matthew B. Lowrie, Esq.
> Lowrie, Lando & Anastasi, LLP
> Riverfront Office Park
> One Main Street
> Cambridge, MA 02142

_____
James E. Yarin