UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
COLOR KINETICS, INC.,     )
                          )
         Plaintiff,       )
                          )
v.                        )                03-CV-12491-MEL
                          )
                          )
TIR SYSTEMS LTD.,         )
                          )
         Defendant.       )                O R D E R
```

LASKER, D.J.

      1. Defendant's motion to stay discovery pending the parties' exchange of preliminary contentions and a settlement conference is DENIED, on condition that as the first subject of discovery CK shall provide TIR with particulars as to: (i) an identification of the claims it alleges are infringed, (ii) a preliminary identification of which TIR products are alleged to infringe the identified claims, and (iii) an element-by-element explanation why such infringement is alleged for each accused product.

      This disposition is based on the fact that the bare-bones complaint provides no information whatsoever on the subjects listed above.

      2.   The discovery schedule agreed upon by the parties is approved.

It is so ordered.

Dated:    September 29, 2004
           Boston, Massachusetts      /s/ Morris E. Lasker
                                                        U.S.D.J.