UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| COLOR KINETICS INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:03-cv-12491-MEL |
| TIR SYSTEMS LTD, | ) ) ) | |
| Defendant. | ) ) | |

**TIR'S MOTION TO DISMISS THE COMPLAINT FOR
FAILURE TO COMPLY WITH THE COURT'S SEPT. 29, 2004 ORDER**

Pursuant to Fed. R. Civ. P. 41(b) and 37(b)(2), Defendant TIR respectfully requests that this Court dismiss this action with prejudice.

As grounds for its motion, Defendant states that Plaintiff CK has failed to comply with the Court's September 29, 2004 Order requiring CK to provide TIR with particulars as to the patent claims it alleges are infringed in this infringement action, which TIR products are alleged to infringe, and an "element-by-element explanation why such infringement is alleged for each accused product." These grounds are explained more fully in the accompanying Memorandum.

Further, TIR hereby requests that, if the case is not to be dismissed, the Court order CK to comply with the September 29, 2004 Order within seven (7) days of the Court's decision on this motion, and revise the case schedule as follows:

| | |
|---|---|
| 4 months | Deadline for motions to add parties. |
| 12 months | All fact discovery to be concluded. |
| 14 months | All expert reports pursuant to Rule 26(a)(2) on which parties have burden of proof shall be exchanged. |
| 15 months | All rebuttal reports, if any, shall be exchanged. |

16 months All expert discovery shall be completed.

18 months Deadline for the filing of case-dispositive motions.

WHEREFORE, TIR respectfully requests that the Court grant this motion along with such other relief as is appropriate.

Dated: May 31, 2005

 Respectfully submitted,

 WILMER CUTLER PICKERING
  HALE AND DORR LLP


 /s/ Kerry A. Malloy

 Mark G. Matuschak (BBO #543873)
 mark.matuschak@wilmerhale.com
 Donald R. Steinberg (BBO #553699)
 don.steinberg@wilmerhale.com
 60 State Street
 Boston, MA 02109
 Telephone: 617-526-6000

 S. Calvin Walden (admitted pro hac vice)
 calvin.walden@wilmerhale.com
 Kerry A. Malloy (BBO #654600)
 kerry.malloy@wilmerhale.com
 300 Park Avenue
 New York, NY 10021
 Telephone: 212-937-7200

 Attorneys for Defendant
 TIR SYSTEMS LTD.

- 3 -

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1(A)(2)

I hereby certify that I have contacted counsel for the plaintiff. The parties could not reach an agreement as to the subject-matter contained in this motion.


/s/ Kerry A. Malloy