IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COLOR KINETICS INCORPORATED,<br><br>       Plaintiff,<br><br>v.<br><br>TIR SYSTEMS LTD.,<br><br>       Defendant. | Civil Action No.: 03-cv-12491 (MEL) |

**COLOR KINETICS INCORPORATED'S**
**REPLY TO DEFENDANT'S COUNTERCLAIMS**

Plaintiff Color Kinetics Incorporated ("Color Kinetics"), by its counsel, answers the Counterclaims of Defendant TIR Systems Ltd. ("TIR") as follows:

1. Color Kinetics admits that the Counterclaims purport to be for declaratory judgment of invalidity and non-infringement of United States Patent Nos. 6,340,868 (the '868 Patent), 6,211,626 (the '626 Patent), 6,459,919 (the '919 Patent), and 6,788,011 (the '011 Patent).

2. Color Kinetics is without information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies those allegations.

3. Color Kinetics is without information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies those allegations.

4. Color Kinetics admits the allegations of this paragraph.

5. Color Kinetics admits that the Counterclaims purport to be for declaratory judgment with this Court having jurisdiction under the Federal Declaratory Judgments Act, 28

- 2 -

U.S.C. §§ 2201 and 2202, and under the laws of the United States concerning actions relating to patents, 28 U.S.C. § 1338(a).  No reply is required to the remaining allegations of this paragraph, which consist merely of conclusions of law.  To the extent a reply is required, Color Kinetics denies the allegations of this paragraph.

  6.  Color Kinetics denies the allegations of this paragraph.

  7.  Color Kinetics denies the allegations of this paragraph.

  8.  Color Kinetics denies the allegations of this paragraph.

  9.  Color Kinetics denies the allegations of this paragraph.

  10.  Color Kinetics denies the allegations of this paragraph.

  11.  Color Kinetics denies the allegations of this paragraph.

  12.  Color Kinetics denies the allegations of this paragraph.

  13.  Color Kinetics denies the allegations of this paragraph.

    Respectfully submitted,

    COLOR KINETICS INCORPORATED

Dated:  June 13, 2005  by: /s/ Emily A. Berger
    Matthew B. Lowrie, BBO No. 563,414
    Aaron W. Moore, BBO No. 638,076
    Emily A. Berger, BBO No. 650,841
    Lowrie, Lando & Anastasi, LLP
    Riverfront Office Park
    One Main Street - 11th Floor
    Cambridge, MA 02142
    Tel : 617-395-7000
    Fax: 617-395-7070