# Exhibit A

Color Kinetics Incorporated v. TIR Systems LTD
D. Mass. No. 03-cv-12491 (MEL)
Preliminary Infringement Claim Charts

**'868 Patent**

| Color Kinetics '868 Patent | TIR Destiny Fixture |
|---|---|
| **Claim 1** | |
| 1. An illumination unit comprising: | The unit pictured below was advertised as a horizontal wash module, for illumination of a wall or other architectural feature. |
| a light module having a plurality of light emitting diodes for generating light of a range of colors within a color spectrum, | The front of the unit has a layer of glass and a thin diffusing material cover a series of plastic and metal pieces to help direct the light from the LEDs. In total, the Destiny fixture uses 60 Luxeon LEDs on five Lumileds metal core boards: 1 red and 2 each of green and blue, each board having 12 LEDs. The unit may be programmed to illuminate any area with any of a great number of colors. |

NB: These claim charts are being provided without Color Kinetics having had the benefit of discovery of TIR. Color Kinetics reserves the right to supplement or amend the claim charts, including the right to add additional claims or additional products.

Color Kinetics Incorporated v. TIR Systems LTD
D. Mass. No. 03-cv-12491 (MEL)
Preliminary Infringement Claim Charts

| | |
|---|---|
| a processor for controlling the amount of electrical current supplied to each light emitting diode such that a particular amount of current supplied to the light module generates a corresponding color within the color spectrum, and | The large chip in the circuit board below (from the Destiny fixture) is a PIC 16F877 microprocessor.  The circuit board includes three DAC7621E digital to analog converters, two of them appearing directly below the processor in the photo below.  These converters convert a digital signal from the microprocessor into an analog signal that controls the amount of current passing through the LEDs and, therefore, their respective intensities.<br><br> |

Color Kinetics Incorporated v. TIR Systems LTD
D. Mass. No. 03-cv-12491 (MEL)
Preliminary Infringement Claim Charts

| a power module for providing electrical current from a power source to the light module, the power module including a connector for removably and replacably connecting the power module to the light module. | Below, the power module is on the left and the light module is on the right.<br><br><br><br>The power module includes three power conditioning modules, believed to provide power for each of the three colors.<br><br><br><br>The power and light modules can be separated with removable and replaceale connectors.  TIR advertises different length replacement cables permitting the light module to be located at a remote location from the power module/base unit. |

Color Kinetics Incorporated v. TIR Systems LTD
D. Mass. No. 03-cv-12491 (MEL)
Preliminary Infringement Claim Charts

| Color Kinetics '868 Patent | TIR Destiny Fixture |
|---|---|
| **Claim 5** | |
| 5. The illumination unit of claim 1, wherein the processor is coupled to the power module. | The board shown in the claim chart for claim one is located in and attached to the housing of the light module.  It is on the left of the figure below, still attached to the housing. |

Color Kinetics Incorporated v. TIR Systems LTD
D. Mass. No. 03-cv-12491 (MEL)
Preliminary Infringement Claim Charts

**'626 Patent**

| Color Kinetics '626 Patent | TIR Destiny Fixture |
|---|---|
| **Claim 1** | |
| 1. A light module, comprising: | |
| an LED system for generating a range of colors within a color spectrum; | Below are the fronts of four single color Lumileds boards, and the back of a fifth.  The Lumiled boards are permanently attached to aluminum plates, whose primary function is to spread heat out from the LEDs and into the housing (shown below).<br><br> |

Color Kinetics Incorporated v. TIR Systems LTD
D. Mass. No. 03-cv-12491 (MEL)
Preliminary Infringement Claim Charts

| | |
|---|---|
| a processor for controlling the amount of electrical current supplied to the plurality of light emitting diodes, so that a particular amount of current supplied thereto generates a corresponding color within the color spectrum, | The large chip in the circuit board below (from the Destiny fixture) is a Microchip PIC 16F877 microprocessor.  The circuit board also includes three DAC7621E digital to analog converters, two of them appearing directly below the processor in the photo below.  These converters convert a digital signal from the microprocessor into an analog signal that controls the amount of current passing through the LEDs and, therefore, their respective intensities.<br><br> |
| a housing within which the LED system is positioned, and | Below is the back of the unit.  The fins are used to increase heat dissipation.<br><br> |

Color Kinetics Incorporated v. TIR Systems LTD
D. Mass. No. 03-cv-12491 (MEL)
Preliminary Infringement Claim Charts

| a heat spreader plate in contact with the housing for dissipating heat from the housing; | The back of each Lumiled board is attached to a strip of aluminum, which serve as a heat spreader plate for the LED strips.<br><br><br><br>The aluminum strips are in direct contact with the housing; the housing has fins to increase dissipation of heat from the housing. |
| --- | --- |
| wherein the LED system includes a thermal connection to the heat spreader plate. | The LED boards are attached to the aluminum strip using a thermally conductive adhesive. |

Color Kinetics Incorporated v. TIR Systems LTD
D. Mass. No. 03-cv-12491 (MEL)
Preliminary Infringement Claim Charts

| Color Kinetics '626 Patent | TIR Destiny Fixture |
|---|---|
| **Claim 4** | |
| 4. The light module of claim 1, further comprising a data connection. | The TIR unit includes a DMX receiver/transmitter pair for receiving and forwarding (e.g., daisy-chaining) a DMX signal. Below, the board appears in the lower left corner.<br><br><br><br>A close-up of the DMX circuit is below.<br><br> |

Color Kinetics Incorporated v. TIR Systems LTD
D. Mass. No. 03-cv-12491 (MEL)
Preliminary Infringement Claim Charts

| Color Kinetics '626 Patent | TIR Destiny Fixture |
|---|---|
| **Claim 5** | |
| 5. The light module of claim 1, further comprising a power module. | The power module includes three submodules, believed to provide power for each of the three colors.<br><br> |

Color Kinetics Incorporated v. TIR Systems LTD
D. Mass. No. 03-cv-12491 (MEL)
Preliminary Infringement Claim Charts

### '919 Patent

| Color Kinetics '919 Patent | TIR Destiny Fixture |
|---|---|
| **Claim 25** | |
| 25. A method using an apparatus including an LED system to illuminate a material, the method comprising acts of: | The TIR Destiny fixture described above is a wall-wash unit used to illuminate walls and other architectural features.  TIR is believed to have both used this system in the US and to induce others to do so. |
| a) controlling an electrical current supplied to the LED system, based on a feature of the material, to generate at least one color within a color spectrum; and | TIR provides a "SelectFX" unit, which sends signals to the TIR Destiny unit to control the electrical currents to each of sets of red, green and blue LEDs and, thereby, generate one or more different colors.<br><br><br><br>TIR is believed to have selected the particular color used for illumination of, for example a wall, based on features of the material of the wall, for example, the colors already present in the wall or on signage on the wall.  By doing so, the TIR fixtures controls the electrical currents to select a particular color, that color being based on a feature of the material being illuminated.  TIR is also believed to have assisted and induced its customers to do this. |
| b) positioning the LED system in a spatial relationship with the material whereby the LED system illuminates the material. | Users of a TIR Destiny fixture are instructed to position the unit so that it can illuminate the material, such as a wall.  TIR is believed to have done this in the United States and induced its customers to do so. |

Color Kinetics Incorporated v. TIR Systems LTD
D. Mass. No. 03-cv-12491 (MEL)
Preliminary Infringement Claim Charts

## '011 Patent

| Color Kinetics '011 Patent | TIR Destiny Fixture |
|---|---|
| **Claim 89** | |
| 89. An illumination apparatus, comprising: | |
| at least one first LED adapted to output at least first radiation having a first spectrum; | Below are the fronts of four single color Lumileds boards, and the back of a fifth.  In total, the Destiny fixture uses 60 Luxeon LEDs on five Lumileds metal core boards: 1 red and 2 each of green and blue, each board having 12 LEDs.  The Lumiled boards are permanently attached to aluminum plates, whose primary function is to spread heat out from the LEDs and into the housing (shown below). |
| at least one second LED adapted to output second radiation having a second spectrum different than the first spectrum; | |

Color Kinetics Incorporated v. TIR Systems LTD
D. Mass. No. 03-cv-12491 (MEL)
Preliminary Infringement Claim Charts

| | |
|---|---|
| at least one controller coupled to the at least one first LED and the at least one second LED and configured to respond to | The large chip in the circuit board below (from the Destiny fixture) is a Microchip PIC 16F877 microprocessor. The circuit board also includes three DAC7621E digital to analog converters, two of them appearing directly below the processor in the photo below. These converters convert a digital signal from the microprocessor into an analog signal that controls the amount of current passing through the LEDs and, therefore, their respective intensities.<br><br> |
| user operation of at least one user interface in communication with the at least one controller, the at least one controller further configured to independently control at least a first intensity of the first radiation and a second intensity of the second radiation in response to the user operation; and | TIR provides a "SelectFX" unit, which sends signals to the TIR Destiny unit to control the electrical currents to each of sets of red, green and blue LEDs and, thereby, generate one or more different colors.<br><br><br><br>The processor above is configured to respond to these signals to change the color of the light being shown. |

Color Kinetics Incorporated v. TIR Systems LTD
D. Mass. No. 03-cv-12491 (MEL)
Preliminary Infringement Claim Charts

| | |
|---|---|
| at least one transceiver coupled to the at least one controller and configured to communicate at least one IR signal or at least one electromagnetic signal. | The TIR unit includes a DMX receiver/transmitter pair for receiving and forwarding (e.g., daisy-chaining) a DMX signal. Below, the board appears in the lower left corner.<br><br><br><br>A close-up of the DMX circuit is below and it includes both a receiver to take in a DMX signal and a transmitter to forward the signal the next unit in the daisy chain.<br><br> |

| Color Kinetics '011 Patent | TIR Destiny Fixture |
|---|---|
| **Claim 93** | |
| 93. In an illumination apparatus comprising at least one first LED adapted to output at least first radiation having a first spectrum and at least one second LED adapted to output second radiation having a second spectrum different than the first spectrum, an illumination control method, comprising acts of: | As described above, the Destiny fixture uses 60 Luxeon LEDs on five Lumileds metal core boards: 1 red and 2 each of green and blue, each board having 12 LEDs. |

Color Kinetics Incorporated v. TIR Systems LTD
D. Mass. No. 03-cv-12491 (MEL)
Preliminary Infringement Claim Charts

| a) receiving at least one signal formatted at least in part using a DMX protocol and including lighting information based at least in part on user operation of at least one user interface; and | The TIR unit includes a DMX receiver that receives a DMX signal that includes lighting information based at least in part on the user operation of the TIR provided "SelectFX" unit.  The DMX receiver is shown above. |
|---|---|
| b) controlling at least the first intensity and the second intensity based at least in part on the lighting information. | The TIR Destiny unit controls the electrical currents, and thereby the intensities, of each of the sets of red, green, and blue LEDs. |

| Color Kinetics '011 Patent | TIR Destiny Fixture |
|---|---|
| **Claim 94** | |
| 94. The illumination method of claim 93, wherein the at least one user interface includes a central network controller, and wherein the act a) includes an act of: | The TIR-provided "SelectFX" unit is configured to act as a central network controller to control multiple TIR Destiny units.  Other DMX controllers may be used as well and TIR is believed to have sold and set up systems in the United States using such controllers. |
| receiving the at least one signal from the central network controller. | The TIR unit includes a DMX receiver that receives a DMX signal that includes lighting information based at least in part on the user operation of the TIR-provided "SelectFX" unit or other central controller. |

| Color Kinetics '011 Patent | TIR Destiny Fixture |
|---|---|
| **Claim 95** | |
| 95. The illumination method of claim 93, wherein the act a) includes an act of: | |
| a1) receiving at least one network signal formatted at least in part using the DMX protocol and including lighting information for a plurality of illumination apparatus. | The TIR Destiny unit includes a DMX receiver that receives a DMX signal that includes lighting information for a plurality of TIR Destiny fixtures. |

| Color Kinetics | TIR Destiny Fixture |
|---|---|
| **Claim 96** | |
| 96. The illumination method of claim 95, wherein the act a1) includes an act of: | |
| receiving the at least one network signal based at least in part on the user operation of the at least one user interface. | The TIR Destiny includes a DMX receiver (shown above) that receives a DMX signal that includes lighting information based at least in part on the user operation of the TIR-provided "SelectFX" unit or other central controller. |

Color Kinetics Incorporated v. TIR Systems LTD
D. Mass. No. 03-cv-12491 (MEL)
Preliminary Infringement Claim Charts

| Color Kinetics | TIR Destiny Fixture |
|---|---|
| **Claim 97** | |
| 97. The illumination method of claim 95, wherein the at least one network signal includes address information, wherein the lighting information includes intensity values for LEDs of the plurality of illumination apparatus, wherein the illumination apparatus has an address, and wherein the act a1) includes an act of: | The DMX signal includes address and intensity information according to the DMX protocol for a plurality of addressable TIR Destiny units. |
| a2) processing the at least one network signal based on the address of the illumination apparatus and the address information in the at least one network signal to recover the intensity values for at least the first and second LEDs of the illumination apparatus. | Each TIR Destiny fixture will process the network signal based on the address of the particular unit to recover intensity values for at least the first and second LEDs of the particular unit. |

| Color Kinetics '011 Patent | TIR Destiny Fixture |
|---|---|
| **Claim 98** | |
| 98. The illumination method of claim 97, wherein the address information relates to an arrangement of data packets in the at least one network signal, and wherein the act a2) includes an act of: | The address information in the DMX signal received by the Destiny fixture relates to an arrangement of data packets in the at least one network signal. |
| processing the at least one network signal based on the address of the illumination apparatus and the arrangement of data packets in the at least one network signal to recover the intensity values for at least the first and second LEDs of the illumination apparatus. | Each TIR Destiny fixture will process the network signal based on the address of the particular unit and the arrangement of data packets in the signal to recover intensity values for at least the first and second LEDs of the particular unit. |

| Color Kinetics '011 Patent | TIR Destiny Fixture |
|---|---|
| **Claim 99** | |
| 99. The illumination method of claim 97, wherein the at least one user interface includes a central network controller, and wherein the act a) includes an act of: | The TIR-provided "SelectFX" unit is configured to act as a central network controller to control multiple TIR Destiny units. Other DMX controllers may be used as well and TIR is believed to have sold and set up systems in the United States using such controllers. |
| receiving the at least one signal from the central network controller. | The TIR Destiny includes a DMX receiver that receives a DMX signal from the TIR-provided "SelectFX" unit or other central controller. |

Color Kinetics Incorporated v. TIR Systems LTD
D. Mass. No. 03-cv-12491 (MEL)
Preliminary Infringement Claim Charts

| Color Kinetics '011 Patent | TIR Destiny Fixture |
|---|---|
| **Claim 102** | |
| 102. An illumination apparatus, comprising: | |
| at least one first LED adapted to output at least first radiation having a first spectrum; | Below are the fronts of four single color Lumileds boards, and the back of a fifth.  In total, the Destiny fixture uses 60 Luxeon LEDs on five Lumileds metal core boards: 1 red and 2 each of green and blue, each board having 12 LEDs.  The Lumiled boards are permanently attached to aluminum plates, whose primary function is to spread heat out from the LEDs and into the housing (shown below). |
| at least one second LED adapted to output second radiation having a second spectrum different than the first spectrum; | |

Color Kinetics Incorporated v. TIR Systems LTD
D. Mass. No. 03-cv-12491 (MEL)
Preliminary Infringement Claim Charts

| | |
|---|---|
| at least one user interface; and | TIR provides a "SelectFX" unit, which sends signals to the TIR Destiny unit to control the electrical currents to each of sets of red, green and blue LEDs and, thereby, generate one or more different colors.<br><br><br><br>The processor above is configured to respond to these signals to change the color of the light being shown. |
| at least one controller coupled to the at least one first LED and the at least one second LED and configured to respond to user operation of the at least one user interface, the at least one controller further configured to independently control at least a first intensity of the first radiation and a second intensity of the second radiation in response to the user operation, | The large chip in the circuit board below (from the Destiny fixture) is a Microchip PIC 16F877 microprocessor. The circuit board also includes three DAC7621E digital to analog converters, two of them appearing directly below the processor in the photo below. These converters convert a digital signal from the microprocessor into an analog signal that controls the amount of current passing through the LEDs and, therefore, their respective intensities.<br><br> |

Color Kinetics Incorporated v. TIR Systems LTD
D. Mass. No. 03-cv-12491 (MEL)
Preliminary Infringement Claim Charts

| | |
|---|---|
| wherein the at least one user interface comprises at least one external adjustment means. | TIR provides a "SelectFX" unit, which sends signals to the TIR Destiny unit to control the electrical currents to each of sets of red, green and blue LEDs and, thereby, generate one or more different colors.<br><br><br><br>The processor above is configured to respond to these signals to change the color of the light being shown. |

Color Kinetics Incorporated v. TIR Systems LTD
D. Mass. No. 03-cv-12491 (MEL)
Preliminary Infringement Claim Charts

| Color Kinetics '011 Patent | TIR Destiny Fixture |
|---|---|
| **Claim 103** | |
| 103. An illumination apparatus, comprising: | |
| at least one first LED adapted to output at least first radiation having a first spectrum; | Below are the fronts of four single color Lumileds boards, and the back of a fifth. In total, the Destiny fixture uses 60 Luxeon LEDs on five Lumileds metal core boards: 1 red and 2 each of green and blue, each board having 12 LEDs. The Lumiled boards are permanently attached to aluminum plates, whose primary function is to spread heat out from the LEDs and into the housing (shown below). |
| at least one second LED adapted to output second radiation having a second spectrum different than the first spectrum; and | |

Color Kinetics Incorporated v. TIR Systems LTD
D. Mass. No. 03-cv-12491 (MEL)
Preliminary Infringement Claim Charts

| | |
|---|---|
| at least one controller coupled to the at least one first LED and the at least one second LED and configured to respond to user operation of at least one user interface in communication with the at least one controller, the at least one controller further configured to independently control at least a first intensity of the first radiation and a second intensity of the second radiation in response to the user operation, | The large chip in the circuit board below (from the Destiny fixture) is a Microchip PIC 16F877 microprocessor.  The circuit board also includes three DAC7621E digital to analog converters, two of them appearing directly below the processor in the photo below.  These converters convert a digital signal from the microprocessor into an analog signal that controls the amount of current passing through the LEDs and, therefore, their respective intensities.  |
| wherein the at least one controller is configured as an addressable controller capable of receiving at least one network signal including lighting information for a plurality of illumination apparatus. | Each TIR Destiny unit is individually addressable and is capable of receiving at least one network (DMX) signal including lighting information for a plurality of units. |

| Color Kinetics '011 Patent | TIR Destiny Fixture |
|---|---|
| **Claim 104** | |
| 104. The illumination apparatus of claim 103, wherein the addressable controller is configured to control the at least one first LED and the at least one second LED based at least in part on the user operation of the at least one user interface and the lighting information. | The SelectFX may be used to set the lighting intensities of each color of LED, in response to a user operation of the device including specification of the lighting intensities. |

| Color Kinetics '011 Patent | TIR Destiny Fixture |
|---|---|
| **Claim 105** | |
| 105. The illumination apparatus of claim 103, wherein the at least one network signal is provided to the addressable controller based at least in part on the user operation of the at least one user interface. | The at least one network signal is provided by the "SelectFX" unit or other controller, which sends DMX signals to the TIR Destiny unit based at least in part of the user operation of the controller. |

Color Kinetics Incorporated v. TIR Systems LTD
D. Mass. No. 03-cv-12491 (MEL)
Preliminary Infringement Claim Charts

| Color Kinetics '011 Patent | TIR Destiny Fixture |
|---|---|
| **Claim 106** | |
| 106. The illumination apparatus of claim 103, wherein the lighting information includes intensity values for LEDs of the plurality of illumination apparatus, and wherein the addressable controller is configured to process the at least one network signal based on an address of the addressable controller to recover from the lighting information the intensity values for at least the first and second LEDs of the illumination apparatus. | The DMX signal includes intensity values for the LEDs of the plurality TIR Destiny units. The addressable controllers of the Destiny units process the network signal based on the address of the particular unit to recover intensity values for at least the first and second LEDs of the particular unit. |

| Color Kinetics '011 Patent | TIR Destiny Fixture |
|---|---|
| **Claim 107** | |
| 107. The illumination apparatus of claim 106, wherein the at least one network signal includes address information. | The DMX signal includes address information. |

| Color Kinetics '011 Patent | TIR Destiny Fixture |
|---|---|
| **Claim 108** | |
| 108. The illumination apparatus of claim 107, wherein the address information relates to an arrangement of data packets in the at least one network signal. | The address information in the DMX signal received by the Destiny fixture relates to an arrangement of data packets in the at least one network signal. |

| Color Kinetics '011 Patent | TIR Destiny Fixture |
|---|---|
| **Claim 109** | |
| 109. The illumination apparatus of claim 103, wherein the addressable controller has an alterable address. | Each TIR Destiny unit is individually addressable and is capable of receiving at least one network (DMX) signal including lighting information for a plurality of units. |

| Color Kinetics '011 Patent | TIR Destiny Fixture |
|---|---|
| **Claim 110** | |
| 110. The illumination apparatus of claim 103, wherein the at least one network signal is formatted using a DMX protocol, and wherein the addressable controller is configured to control the at least one first LED and the at least one second LED based at least in part on the DMX protocol. | The TIR Destiny units receive a network signal formatted using a DMX protocol. The Microchip PIC 16F877 microprocessor is configured to control the LEDs based at least in part on the DMX signal. |

Color Kinetics Incorporated v. TIR Systems LTD
D. Mass. No. 03-cv-12491 (MEL)
Preliminary Infringement Claim Charts

| Color Kinetics '011 Patent | TIR Destiny Fixture |
|---|---|
| **Claim 111** | |
| 111. The illumination apparatus of claim 103, in combination with the at least one user interface, wherein the at least one user interface is a central network controller that is configured to generate the at least one network signal. | The TIR-provided "SelectFX" unit is configured to act as a central network controller to control multiple TIR Destiny units.  Other DMX controllers may be used as well. |

| Color Kinetics '011 Patent | TIR Destiny Fixture |
|---|---|
| **Claim 114** | |
| 114. The illumination apparatus of claim 103, further including at least one modular connection to facilitate coupling of the at least one controller to the at least one first LED and the at least one second LED. | As described above, the TIR Destiny units include a modular connector to facilitate coupling the controller to the LEDs.  The power and light modules can be separated with removable and replaceable connectors.  TIR advertises different length replacement cables permitting the light module to be located at a remote location from the power module/base unit. |

| Color Kinetics '011 Patent | TIR Destiny Fixture |
|---|---|
| **Claim 115** | |
| 115. The illumination apparatus of claim 103, further including at least one modular connection to facilitate coupling of the at least one controller to the at least one first LED and the at least one second LED. | The TIR Destiny units include a modular connector to facilitate coupling the controller to the LEDs.  The power and light modules can be separated with removable and replaceale connectors.  TIR advertises different length replacement cables permitting the light module to be located at a remote location from the power module/base unit. |

| Color Kinetics '011 Patent | TIR Destiny Fixture |
|---|---|
| **Claim 116** | |
| 116. The illumination apparatus of claim 115, wherein: | |
| the at least one first LED and the at least one second LED are supported by a first substrate; | The first and second LEDs are supported by the housing of the light module. |
| the at least one controller is supported by a second substrate; and the at least one modular connection is configured to facilitate at least one of a mechanical coupling and an electrical coupling of the first substrate and the second substrate. | The controller is supported by the housing of the power module.  The power and light modules can be separated with removable and replaceable connectors which establish both mechanical and electrical couplings.  TIR advertises different length replacement cables permitting the light module to be located at a remote location from the power module/base unit. |

Color Kinetics Incorporated v. TIR Systems LTD
D. Mass. No. 03-cv-12491 (MEL)
Preliminary Infringement Claim Charts

| Color Kinetics '011 Patent | TIR Destiny Fixture |
|---|---|
| **Claim 120** | |
| 120. In an illumination apparatus comprising at least one first LED adapted to output at least first radiation having a first spectrum and at least one second LED adapted to output second radiation having a second spectrum different than the first spectrum, an illumination control method, comprising acts of: | As described above, the TIR Destiny units include first LEDs of a first color and second LEDs of a second color. |
| independently controlling at least a first intensity of the first radiation and a second intensity of the second radiation in response to user operation of at least one user interface; and | The PIC 16F877 microprocessor and DAC7621E digital to analog converters control the amount of current passing through the LEDs and, therefore, their respective intensities. The microprocessor operates in response to signals sent by the TIR-provided "SelectFX" user interface. |
| variably regulating power to at least one of the at least one first LED and the at least one second LED. | The PIC 16F877 microprocessor and DAC7621E digital to analog converters control the amount of current passing through the LEDs. |

| Color Kinetics '011 Patent | TIR Destiny Fixture |
|---|---|
| **Claim 122** | |
| 122. In an illumination apparatus comprising at least one first LED adapted to output at least first radiation having a first spectrum and at least one second LED adapted to output second radiation having a second spectrum different than the first spectrum, an illumination control method, comprising an act of: | As described above, the TIR Destiny units include first LEDs of a first color and second LEDs of a second color. |
| a) independently controlling at least a first intensity of the first radiation and a second intensity of the second radiation in response to user operation of at least one user interface, wherein the act a) includes acts of: | The PIC 16F877 microprocessor and DAC7621E digital to analog converters control the amount of current passing through the LEDs and, therefore, their respective intensities. The microprocessor operates in response to signals sent by the TIR-provided  "SelectFX" user interface. |
| a1) receiving at least one network signal including lighting information; and | The microprocessor receives DMX signals that include lighting information. |
| a2) controlling at least the first intensity and the second intensity based at least in part on the lighting information. | The microprocessor and digital to analog converters control the amount of current passing through the LEDs and, therefore, their respective intensities, based at least in part of the lighting information. |

Color Kinetics Incorporated v. TIR Systems LTD
D. Mass. No. 03-cv-12491 (MEL)
Preliminary Infringement Claim Charts

| Color Kinetics '011 Patent | TIR Destiny Fixture |
|---|---|
| **Claim 123** | |
| 123. The illumination method of claim 122, wherein the act a1) includes an act of: | |
| receiving the at least one network signal based at least in part on the user operation of the at least one user interface. | The DMX receiver receives a DMX signal based at least in part on the user operation of the TIR provided "SelectFX" unit. |

| Color Kinetics '011 Patent | TIR Destiny Fixture |
|---|---|
| **Claim 124** | |
| 124. The illumination method of claim 122, wherein the at least one network signal includes address information and lighting information for a plurality of illumination apparatus, wherein the lighting information includes intensity values for LEDs of the plurality of illumination apparatus, wherein the illumination apparatus has an address, and wherein the act a2) includes an act of: | The DMX signal includes address and lighting information including intensity values the LEDs of a plurality of addressable TIR Destiny units. |
| a3) processing the at least one network signal based on the address of the illumination apparatus and the address information in the at least one network signal to recover the intensity values for at least the first and second LEDs of the illumination apparatus. | Each TIR Destiny fixture will process the network signal based on the address of the particular unit to recover intensity values for at least the first and second LEDs of the particular unit. |

| Color Kinetics '011 Patent | TIR Destiny Fixture |
|---|---|
| **Claim 125** | |
| 125. The illumination method of claim 124, wherein the address information relates to an arrangement of data packets in the at least one network signal, and wherein the act a3) includes an act of: | The address information in the DMX signal received by the Destiny fixture relates to an arrangement of data packets in the at least one network signal. |
| processing the at least one network signal based on the address of the illumination apparatus and the arrangement of data packets in the at least one network signal to recover the intensity values for at least the first and second LEDs of the illumination apparatus. | Each TIR Destiny fixture will process the network signal based on the address of the particular unit and the arrangement of data packets to recover intensity values for at least the first and second LEDs of the particular unit. |

Color Kinetics Incorporated v. TIR Systems LTD
D. Mass. No. 03-cv-12491 (MEL)
Preliminary Infringement Claim Charts

| Color Kinetics '011 Patent | TIR Destiny Fixture |
|---|---|
| **Claim 126** | |
| 126. The illumination method of claim 122, wherein the at least one user interface includes a central network controller, and wherein the act a1) includes an act of: receiving the at least one network signal from the central network controller. | The TIR-provided "SelectFX" unit is configured to act as a central network controller to control multiple TIR Destiny units. Other DMX controllers may be used as well. |

| Color Kinetics '011 Patent | TIR Destiny Fixture |
|---|---|
| **Claim 127** | |
| 127. The illumination method of claim 122, wherein the at least one network signal is formatted using a DMX protocol, and wherein the act a2) includes an act of: | The TIR Destiny units receive a network signal formatted using a DMX protocol. |
| controlling the at least one first LED and the at least one second LED based at least in part on the DMX protocol. | The microprocessor and digital to analog converters control the amount of current passing through the LEDs based at least in part on the DMX protocol. |

Color Kinetics Incorporated v. TIR Systems LTD
D. Mass. No. 03-cv-12491 (MEL)
Preliminary Infringement Claim Charts

| Color Kinetics '011 Patent | TIR Destiny Fixture |
|---|---|
| **Claim 130** | |
| 130. An illumination apparatus, comprising: | |
| at least one first LED adapted to output at least first radiation having a first spectrum; | Below are the fronts of four single color Lumileds boards, and the back of a fifth.  In total, the Destiny fixture uses 60 Luxeon LEDs on five Lumileds metal core boards: 1 red and 2 each of green and blue, each board having 12 LEDs.  The Lumiled boards are permanently attached to aluminum plates, whose primary function is to spread heat out from the LEDs and into the housing (shown below). |
| at least one second LED adapted to output second radiation having a second spectrum different than the first spectrum; and | |

Color Kinetics Incorporated v. TIR Systems LTD
D. Mass. No. 03-cv-12491 (MEL)
Preliminary Infringement Claim Charts

| | |
|---|---|
| at least one controller coupled to the at least one first LED and the at least one second LED and configured to respond to at least one signal formatted at least in part using a DMX protocol, the at least one signal including lighting information based at least in part on user operation of at least one user interface in communication with the at least one controller, the at least one controller further configured to independently control at least a first intensity of the first radiation and a second intensity of the second radiation in response to the lighting information. | The large chip in the circuit board below (from the Destiny fixture) is a Microchip PIC 16F877 microprocessor. The circuit board also includes three DAC7621E digital to analog converters, two of them appearing directly below the processor in the photo below. These converters convert a digital signal using DMX protocol and including lighting information from the microprocessor into an analog signal that controls the amount of current passing through the LEDs and, therefore, their respective intensities.<br><br> |

| Color Kinetics '011 Patent | TIR Destiny Fixture |
|---|---|
| **Claim 131** | |
| 131. The apparatus of claim 130, in combination with the at least one user interface. | The TIR-provided "SelectFX" unit is a user interface. |

| Color Kinetics '011 Patent | TIR Destiny Fixture |
|---|---|
| **Claim 132** | |
| 132. The combination of claim 131, wherein the at least one user interface includes a central network controller. | The TIR-provided "SelectFX" unit is configured to act as a central network controller to control multiple TIR Destiny units. Other DMX controllers may be used as well. |

Color Kinetics Incorporated v. TIR Systems LTD
D. Mass. No. 03-cv-12491 (MEL)
Preliminary Infringement Claim Charts

| Color Kinetics '011 Patent | TIR Destiny Fixture |
|---|---|
| **Claim 133** | |
| 133. The illumination apparatus of claim 130, further including at least one modular connection to facilitate coupling of the at least one controller to the at least one first LED and the at least one second LED. | The TIR Destiny units include a modular connector to facilitate coupling the controller to the LEDs. The power and light modules can be separated with removable and replaceable connectors.  TIR advertises different length replacement cables permitting the light module to be located at a remote location from the power module/base unit. |

| Color Kinetics '011 Patent | TIR Destiny Fixture |
|---|---|
| **Claim 134** | |
| 134. The illumination apparatus of claim 133, wherein: | |
| the at least one first LED and the at least one second LED are supported by a first substrate; | The first and second LEDs are supported by the housing of the light module. |
| the at least one controller is supported by a second substrate; and | The controller is supported by the housing of the power module. |
| the at least one modular connection is configured to facilitate at least one of a mechanical coupling and an electrical coupling of the first substrate and the second substrate. | The power and light modules can be separated with removable and replaceable connectors which establish both mechanical and electrical couplings. |

| Color Kinetics '011 Patent | TIR Destiny Fixture |
|---|---|
| **Claim 135** | |
| 135. The illumination apparatus of claim 130, wherein the at least one controller further is configured as an addressable controller capable of receiving the at least one signal as at least one network signal including lighting information for a plurality of illumination apparatus. | Each TIR Destiny unit is individually addressable and is capable of receiving at least one network (DMX) signal including lighting information for a plurality of units. |

Color Kinetics Incorporated v. TIR Systems LTD
D. Mass. No. 03-cv-12491 (MEL)
Preliminary Infringement Claim Charts

| Color Kinetics '011 Patent | TIR Destiny Fixture |
|---|---|
| **Claim 136** | |
| 136. The illumination apparatus of claim 135, wherein the lighting information includes intensity values for LEDs of the plurality of illumination apparatus, and wherein the addressable controller is configured to process the at least one network signal based on an address of the addressable controller to recover from the lighting information the intensity values for at least the first and second LEDs of the illumination apparatus. | The DMX signal includes intensity values for the LEDs of the plurality TIR Destiny units. The addressable controllers of the Destiny units process the network signal based on the address of the particular unit to recover intensity values for at least the first and second LEDs of the particular unit. |

| Color Kinetics '011 Patent | TIR Destiny Fixture |
|---|---|
| **Claim 137** | |
| 137. The illumination apparatus of claim 136, wherein the at least one network signal includes address information. | The DMX signal includes address information. |

| Color Kinetics '011 Patent | TIR Destiny Fixture |
|---|---|
| **Claim 138** | |
| 138. The illumination apparatus of claim 137, wherein the address information relates to an arrangement of data packets in the at least one network signal. | The address information in the DMX signal received by the Destiny fixture relates to an arrangement of data packets in the at least one network signal. |

| Color Kinetics '011 Patent | TIR Destiny Fixture |
|---|---|
| **Claim 139** | |
| 139. The illumination apparatus of claim 136, wherein the addressable controller has an alterable address. | Each TIR Destiny unit is individually addressable and has an alterable address. |

| Color Kinetics '011 Patent | TIR Destiny Fixture |
|---|---|
| **Claim 140** | |
| 140. The illumination apparatus of claim 136, in combination with the at least one user interface, wherein the at least one user interface is a central network controller that is configured to generate the at least one network signal. | The TIR-provided "SelectFX" unit is configured to act as a central network controller to control multiple TIR Destiny units. Other DMX controllers may be used as well. |

Color Kinetics Incorporated v. TIR Systems LTD
D. Mass. No. 03-cv-12491 (MEL)
Preliminary Infringement Claim Charts

| Color Kinetics '011 Patent | TIR Destiny Fixture |
|---|---|
| **Claim 143** | |
| 143. An illumination apparatus, comprising: | |
| at least one first LED adapted to output at least first radiation having a first spectrum; | Below are the fronts of four single color Lumileds boards, and the back of a fifth.  In total, the Destiny fixture uses 60 Luxeon LEDs on five Lumileds metal core boards: 1 red and 2 each of green and blue, each board having 12 LEDs.  The Lumiled boards are permanently attached to aluminum plates, whose primary function is to spread heat out from the LEDs and into the housing (shown below). |
| at least one second LED adapted to output second radiation having a second spectrum different than the first spectrum; | |

Color Kinetics Incorporated v. TIR Systems LTD
D. Mass. No. 03-cv-12491 (MEL)
Preliminary Infringement Claim Charts

| | |
|---|---|
| at least one controller coupled to the at least one first LED and the at least one second LED and configured to respond to user operation of at least one user interface in communication with the at least one controller, the at least one controller further configured to independently control at least a first intensity of the first radiation and a second intensity of the second radiation in response to the user operation; and | The large chip in the circuit board below (from the Destiny fixture) is a Microchip PIC 16F877 microprocessor.  The circuit board also includes three DAC7621E digital to analog converters, two of them appearing directly below the processor in the photo below.  These converters convert a digital signal from the microprocessor into an analog signal that controls the amount of current passing through the LEDs and, therefore, their respective intensities.<br><br> |
| at least one modular connection to facilitate coupling of the at least one controller to the at least one first LED and the at least one second LED. | The TIR Destiny units include a modular connector to facilitate coupling the controller to the LEDs. The power and light modules can be separated with removable and replaceable connectors.  TIR advertises different length replacement cables permitting the light module to be located at a remote location from the power module/base unit. |

| Color Kinetics '011 Patent | TIR Destiny Fixture |
|---|---|
| **Claim 144** | |
| 144. The illumination apparatus of claim 143, wherein: | |
| the at least one first LED and the at least one second LED are supported by a first substrate; | The first and second LEDs are supported by the housing of the light module. |
| the at least one controller is supported by a second substrate; and | The controller is supported by the housing of the power module. |
| the at least one modular connection is configured to facilitate at least one of a mechanical coupling and an electrical coupling of the first substrate and the second substrate. | The power and light modules can be separated with removable and replaceable connectors which establish both mechanical and electrical couplings. |