# E N D O R S E M E N T

COLOR KINETICS, INC. v. TIR SYSTEMS LTD
03-CV-12491-MEL

LASKER, D.J.

     Color Kinetics brings suit against TIR Systems LTD ("TIR"), alleging infringement of three Color Kinetics patents relating to light emitting diodes lighting systems.  TIR moves to dismiss the complaint on the grounds that Color Kinetics has failed to comply with an Order issued by this Court on September 29, 2004 ("the 9/29/04 Order").  The motion is DENIED.

     TIR contents that the complaint should be dismissed because more than seven months later, and with less than five months left for fact discovery, Color Kinetics has not provided the particulars as ordered in the 9/29/04 Order.  Color Kinetics responds that at no time was it unwilling or unable to comply with the Court's 9/29/04 Order.  Rather, maintains Color Kinetics, it simply interpreted the Order differently than TIR.  Color Kinetics asserts further that TIR has caused delay by not filing an Answer to the amended complaint until eight months after the complaint was filed; and that TIR has not moved on any matters in the case in general for the past seven months.

     It is evident that both parties have tarried in providing requisite information, and in moving this case forward.  However, neither's conduct, at present, warrants the severe sanction of dismissal of the action without a resolution on the merits.

     As things stand it does not appear that there is a need to extend the case scheduling deadlines specified in the 9/29/04 Order and currently in effect.  However, this ruling is without prejudice to a later application for extension of time on good cause shown.

     Accordingly, TIR's motion to dismiss is DENIED.

     It is so ordered.


Dated:     June 22, 2005
           Boston, Massachusetts     /s/ Morris E. Lasker
                                          U.S.D.J.