UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| COLOR KINETICS INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:03-cv-12491-MEL |
| TIR SYSTEMS LTD, | ) ) ) | |
| Defendant. | ) ) | |

## NOTICE OF APPEARANCE

The undersigned counsel, Steven Chase Callahan, Esq., hereby enters his appearance on behalf of defendants TIR Systems Ltd. in the above-referenced matter.

Respectfully submitted,

/s/ Steven Chase Callahan
Steven Chase Callahan (BBO #661486)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000
Steven.Callahan@wilmerhale.com

Dated: June 28, 2005

US1DOCS 5175060v1