UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____ )
COLOR KINETICS INC.,              )
                                  )
            Plaintiff,            )
                                  )
v.                                )        Civil Action No. 1:03-cv-12491-MEL
                                  )
TIR SYSTEMS LTD,                  )
                                  )
            Defendant.            )
_____ )

## <u>NOTICE OF APPEARANCE</u>

The undersigned counsel, Michael A. Oblon, Esq., hereby enters his appearance on

behalf of defendants TIR Systems Ltd. in the above-referenced matter.


                              Respectfully submitted,


                              /s/ Michael A. Oblon
                              Michael A. Oblon, Esq. (BBO #634966)
                              Wilmer Cutler Pickering Hale and Dorr LLP
                              The Willard Office Building
                              1455 Pennsylvania Avenue, NW
                              Washington, DC 20004
                              (202) 942-8400
                              michael.oblon@wilmerhale.com

Dated:  June 29, 2005