# EXHIBIT E



LOWRIE, LANDO
& ANASTASI, LLP
*Devoted to Intellectual Property Law*

Aaron W. Moore
amoore@ll-a.com
direct dial 617-395-7016

August 10, 2005

**BY FACSIMILE AND E-MAIL**

Michael A. Oblon, Esq.
Wilmer Cutler Pickering
   Hale And Dorr LLP
The Willard Office Building
1455 Pennsylvania Avenue, NW
Washington, DC 20004

      Re:    Color Kinetics, Inc. v. TIR Systems Ltd.
              D. Mass. No.: 03-12491-MEL
              Our File No.: C1104-6002

Dear Mr. Oblon:

      I am writing concerning TIR's discovery responses.

      It is our understanding that TIR was to have begun producing documents two weeks ago, but so far we have seen none. Please <u>immediately</u> let us know exactly when TIR will begin producing documents and approximately when the production will be complete. As you know, discovery in this case closes shortly and there is little time to waste; any further delay by TIR will threaten the current case schedule. Because the requests were served <u>nearly a year ago</u>, TIR has had plenty of time to collect and review documents. We note that, for our part, we received TIR's requests long after ours were served and have produced approximately sixteen boxes of documents in this case so far.

      We also believe it highly improper for TIR to attempt to restrict discovery in this case to the Destiny line of products. That is <u>not</u> the only product that may be accused in this case; rather, it is the only product for which we have provided claim charts because it is the only product that we have been able to obtain and reverse engineer to date. TIR is in possession of the information necessary for us to flesh out the rest of our infringement contentions. <u>Please confirm by the end of the day tomorrow that TIR will withdraw this objection and that TIR will produce documents and provide interrogatory answers concerning all TIR color-changing LED products.</u> If we do not receive such assurance, we plan to file a motion to compel early next week.

      Finally, it is our view that TIR's answer to Interrogatory No. 10 is grossly deficient, as it is merely a laundry list of alleged prior art. Just as we were required to detail our infringement


LOWRIE, LANDO
& ANASTASI, LLP
Devoted to Intellectual Property Law

Michael A. Oblon, Esq.
August 10, 2005
Page 2

form. Please confirm that TIR will provide us with such claim charts no later than August 19th. If we do not receive a promise to do so by the end of the day tomorrow, we will add this issue to the motion to compel. Especially given TIR's insistence on an infringement claim chart, we believe that Judge Lasker will take a dim view of TIR's attempt to shield its invalidity contentions. I note that this should not be a big undertaking because, in order for Mr. Nakhleh to have signed the answers in good faith, this analysis must have already been done.

We look forward to hearing from you.

Sincerely,

LOWRIE, LANDO & ANASTASI, LLP

Aaron W. Moore

AWM/sg

769206.1