# Exhibit A





TIR® Building the Foundations of Tomorrow's Lighting

REQUEST A QUOTE | HOME | CONTACT | SITE MAP

PRODUCTS | APPLICATIONS | COMPANY INFO | NEWS & EVENTS | RESOURCE CENTER | INVESTORS

- Product Selector
- LED Border Tubing for Signage
- LED Channel Letter Lighting
- Architectural LED
- Light Pipe
- Controls

## resource center

- + Photo gallery
- + Case Studies
- Videos
- Calculator and design tools
- IES files
- **Specification sheets**
- Brochures
- Product photos
- Installation manuals
- Presentations

## specification sheets

Product specification sheets contain technical data and ordering information. T print these files, you will need the free Adobe Acrobat Reader.

| | | | | |
|---|---|---|---|---|
| ColorTrace |  | | | specification sheet |
| Destiny CG |  | | | imperial<br>metric |
| Destiny CV |  | | | imperial<br>metric |
| Destiny CW |  | imperial<br>metric | horizontal<br>horizontal | vertica<br>vertica |
| Destiny DL |  | | | imperial<br>metric |
| Destiny LP |  | imperial<br>metric | | specification shee<br>specification shee |
| Destiny SL |  | | | imperial<br>metric |

| | | | |
|---|---|---|---|
| IllumiJet | | | specification sheet |
| IllumiWave 1000 | | | specification sheet |
| LightMark | | LightMark | LightMark |
| LightScript | | | specification sheet |
| Ovoid Series Light Pipe | | | specification sheet |
| Service Pit Light Pipe | | | specification sheet |
| Tubular Series Light Pipe 4" | | | specification sheet |
| Tubular Series Light Pipe 6" | | | specification sheet |
| Tunnel Dual Beam | | | specification sheet |
| Tunnel Light Pipe | | | specification sheet |

**TERMS AND CONDITIONS | 2005 © COPY**

home | applications | products | company | news
resources | investors | contact | website feedback