# Exhibit B

# DESTINY™
## Destiny CW           Horizontal Wash Optic





| features | |
|---|---|
| ■ | UNIFORM COLOR LIGHT PROJECTION |
| ■ | RECTANGULAR BEAM PATTERN |
| ■ | UNIFORM ADDITIVE COLOR MIXING |
| ■ | OUTDOOR SPECIFICATION GRADE QUALITY |
| ■ | LOW ENERGY AND MAINTENANCE |
| ■ | COLOR CONTROL |
| ■ | DMX COMPATIBILITY |

### standard specifications

| | |
|---|---|
| OPTICS | Horizontal wash optic |
| LIGHT SOURCE | 60 Luxeon high flux LEDs |
| DISTRIBUTION | Horizontal asymmetric forward throw |
| FINISH | 3 standard powdercoat finishes: black, silver or white |
| POWER SUPPLY | 100 VAC to 240 integral power supply, auto ranging (50-60 Hz) |

### standard order codes

DES — CW — HWO — _____ — _____ — ____ — DMX

| SERIES | PRODUCT | OPTIC | LED LIGHT COLOR | MOUNTING | FINISH | NETWORK |
|---|---|---|---|---|---|---|
| Destiny™ | Destiny CW | HWO<br>Horizontal Wash Optic | **RGB**<br>60 multiple colors; 12 red, 24 green, 24 blue<br>**RED**<br>60 red<br>**GRN**<br>60 green<br>**BLU**<br>60 blue<br>**ABR**<br>60 amber<br>**WWH**<br>60 warm white, 3300K<br>**CWH**<br>60 cool white, 5500K | **IBH**<br>Integral base and head<br>**R6**<br>Remote base with 6' cable<br>**R15**<br>Remote base with 15' cable<br>**R25**<br>Remote base with 25' cable<br>**R50**<br>Remote base with 50' cable | **BLK**<br>Black<br>**SLR**<br>Silver<br>**WHT**<br>White<br>**CUS**<br>Custom color | **DMX**<br>DMX Network |



TIR Systems Ltd. is a member of the Luxeon Lighting Network

Product information subject to change.  For up to date product information, please log on to www.tirsys.com

TIR Systems Ltd.       1 800 663 2036
7700 Riverfront Gate   T 604 294 8477
Burnaby BC             F 604 294 3733
Canada  V5J 5M4        www.tirsys.com

CUT-314-002.01_Destiny CW_Horizontal_imp version_Nov 2004  **Page 1**

STANDARD



OPTION





TIR Systems Ltd.    1 800 663 2036
7700 Riverfront Gate    T 604 294 8477
Burnaby BC    F 604 294 3733
Canada  V5J 5M4    www.tirsys.com

## technical specifications

### mechanical

| | | |
|---|---|---|
| HOUSING (BASE & HEAD) | Die-cast aluminum | |
| MOUNTING | Wall, ceiling or floor mount; maximum tilt +30°/-90° | |

### electrical

| INPUT VOLTAGE | 100 VAC to 240 VAC single phase |
|---|---|

**MAX INPUT POWER**

| MODEL | OUTPUT COLOR (ON FULL) | LUMINAIRE INPUT POWER | LUMINAIRE INPUT CURRENT (100 VAC) |
|---|---|---|---|
| RGB | Red | 19.2 W | 0.19 A |
| RGB | Green | 43.4 W | 0.43 A |
| RGB | Blue | 43.4 W | 0.43 A |
| RGB | White | 106 W | 1.1 A |
| Single color option | Green or Blue | 108.5 W | 1.1 A |
| Single color option | Red or Amber | 95.7 W | 0.96 A |

**CONNECTIONS**

AC: Industrial grade AC cable;
DATA: Individually shielded 24 AWG twisted pair + bare drain for input and output DMX
10' standard cable whip length

### environmental

| TEMPERATURE RANGE | -40°F to 104°F (-40°C to 40°C) operating temperature<br>-4°F to 104°F (-20°C to 40°C) starting temperature |
|---|---|
| CERTIFICATION | CUL/UL/CE/PSE/Australia compliant |
| INGRESS PROTECTION | IP66 Rated |

## photometrics

### application

| OPTIC TYPE | PLACEMENT RATIO | RECOMMENDED PLACEMENT |
|---|---|---|
| HORIZONTAL WASH OPTIC | Maximum setback ratio<br>Maximum spacing ratio | 2.75:1<br>2:1 |

### color comparison chart

| COLOR | VERTICAL WASH AVERAGE ILLUMINANCE (FC) | DESTINY COLORWASH LED POWER (WATTS) | ENVIRONMENTAL HALIDE SOURCE WITH COLOR FILTER* TO ACHIEVE PEAK WAVELENGTH |
|---|---|---|---|
| RED | 2.7 | 12.6 | 250W with 4% (HT027 MED RED) |
| GREEN | 3.3 | 29.4 | 100w with 11% (HT090 DARK YELLOW GRN) |
| BLUE | 0.9 | 29.4 | 100W with 3% (HT119 DARK BLUE) |
| SETBACK RATIO | X = 4 FT | | |
| THROW DISTANCE | D = 11 FT | | |
| LUMINAIRE SPACING | Y = 8 FT | | *Rosco Color Gels |



Product information subject to change. For up to date product information, please log on to www.tirsys.com

TIR Systems Ltd.     1 800 663 2036
7700 Riverfront Gate  T 604 294 8477
Burnaby BC            F 604 294 3733
Canada V5J 5M4        www.tirsys.com

CUT-314-002.01_Destiny CW_Horizontal_imp version_Nov 2004  **Page 3**



## illuminance distribution

|←  8'O.C.  →| | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1.9 | 1.9 | 1.9 | 1.9 | 1.9 | 1.9 | 1.9 | 1.9 | 1.9 |
| 2.1 | 2.1 | 2.1 | 2.0 | 1.9 | 2.1 | 2.1 | 2.0 | 2.1 |
| 2.6 | 3.0 | 2.6 | 2.9 | 2.7 | 2.6 | 2.6 | 2.9 | 2.6 |
| 3.4 | 4.3 | 4.1 | 3.8 | 3.4 | 3.3 | 4.1 | 3.7 | 3.4 |
| 4.4 | 4.3 | 4.2 | 4.2 | 4.2 | 4.2 | 4.3 | 4.3 | 4.4 |
| 5.8 | 6.3 | 5.6 | 5.4 | 5.4 | 5.4 | 5.5 | 6.2 | 5.7 |
| 7.7 | 9.1 | 7.2 | 7.4 | 6.8 | 6.6 | 8.4 | 8.2 | 7.6 |
| 10.0 | 12.3 | 10.0 | 8.4 | 8.3 | 9.7 | 10.8 | 10.8 | 9.9 |
| 12.8 | 13.0 | 10.7 | 9.6 | 9.1 | 9.4 | 10.6 | 11.7 | 12.6 |
| 14.4 | 14.3 | 11.3 | 9.4 | 9.2 | 9.7 | 11.2 | 13.4 | 13.9 |
| 14.8 | 13.0 | 9.7 | 8.3 | 8.2 | 8.8 | 11.7 | 13.8 | 14.4 |
| 13.6 | 12.2 | 10.6 | 8.8 | 7.8 | 8.3 | 9.8 | 12.1 | 14.0 |

11' O.C.

### parameters

| | |
|---|---|
| Setback Distance | X = 4 FT |
| Throw Distance | D = 11 FT |
| Luminaire Spacing | Y = 8 FT |
| Units | Footcandles (Lux= footcandles x 10.76) |
| Measured on | White (RGB on full) |
| Placement | Bottom of Grid at 30° tilt angle |

| ILLUMINANCE | | | ILLUMINANCE MULTIPLIER | | |
|---|---|---|---|---|---|
| Avg | Max:min | Max:avg | Red | Green | Blue |
| 6.9 | 7.6 | 2.1 | 0.398 | 0.474 | 0.128 |

Candela Distribution for Destiny CW with Horizontal Wash Optic (30° vertical head tilt)



TIR Systems Ltd.   1 800 663 2036
7700 Riverfront Gate   T 604 294 8477
Burnaby BC   F 604 294 3733
Canada V5J 5M4   www.tirsys.com

Product information subject to change. For up to date product information, please log on to www.tirsys.com

CUT-314-002.01_Destiny CW_Horizontal_imp version_Nov 2004   **Page 4**