# Exhibit B

# DESTINY™
## Destiny CW

## Horizontal Wash Optic





**features**
- UNIFORM COLOR LIGHT PROJECTION
- RECTANGULAR BEAM PATTERN
- UNIFORM ADDITIVE COLOR MIXING
- OUTDOOR SPECIFICATION GRADE QUALITY
- LOW ENERGY AND MAINTENANCE
- COLOR CONTROL
- DMX COMPATIBILITY

### standard specifications

| | |
|---|---|
| OPTICS | Horizontal wash optic |
| LIGHT SOURCE | 60 Luxeon high flux LEDs |
| DISTRIBUTION | Horizontal asymmetric forward throw |
| FINISH | 3 standard powdercoat finishes: black, silver or white |
| POWER SUPPLY | 100 VAC to 240 integral power supply, auto ranging (50-60 Hz) |

### standard order codes

DES — CW — HWO — _____ — _____ — _____ — DMX

| SERIES | PRODUCT | OPTIC | LED LIGHT COLOR | MOUNTING | FINISH | NETWORK |
|---|---|---|---|---|---|---|
| **Destiny™** | **Destiny CW** | **HWO** Horizontal Wash Optic | **RGB** 60 multiple colors; 12 red, 24 green, 24 blue<br>**RED** 60 red<br>**GRN** 60 green<br>**BLU** 60 blue<br>**ABR** 60 amber<br>**WWH** 60 warm white, 3300K<br>**CWH** 60 cool white, 5500K | **IBH** Integral base and head<br>**R6** Remote base with 6' cable<br>**R15** Remote base with 15' cable<br>**R25** Remote base with 25' cable<br>**R50** Remote base with 50' cable | **BLK** Black<br>**SLR** Silver<br>**WHT** White<br>**CUS** Custom color | **DMX** DMX Network |



TIR Systems Ltd. is a member of the Luxeon Lighting Network

TIR Systems Ltd.   1 800 663 2036
7700 Riverfront Gate   T 604 294 8477
Burnaby BC   F 604 294 3733
Canada V5J 5M4   www.tirsys.com

Product information subject to change. For up to date product information, please log on to www.tirsys.com    CUT-314-002.01_Destiny CW_Horizontal_imp version_Nov 2004 **Page 1**

STANDARD



OPTION





TIR Systems Ltd.    1 800 663 2036
7700 Riverfront Gate    T 604 294 8477
Burnaby BC    F 604 294 3733
Canada  V5J 5M4    www.tirsys.com

Product information subject to change.  For up to date product information, please log on to www.tirsys.com    CUT-314-002.01_Destiny CW_Horizontal_imp version_Nov 2004  **Page 2**

## technical specifications

### mechanical

| | |
|---|---|
| HOUSING (BASE & HEAD) | Die-cast aluminum |
| MOUNTING | Wall, ceiling or floor mount; maximum tilt +30°/-90° |

### electrical

| | |
|---|---|
| INPUT VOLTAGE | 100 VAC to 240 VAC single phase |

MAX INPUT POWER

| MODEL | OUTPUT COLOR (ON FULL) | LUMINAIRE INPUT POWER | LUMINAIRE INPUT CURRENT (100 VAC) |
|---|---|---|---|
| RGB | Red | 19.2 W | 0.19 A |
| RGB | Green | 43.4 W | 0.43 A |
| RGB | Blue | 43.4 W | 0.43 A |
| RGB | White | 106 W | 1.1 A |
| Single color option | Green or Blue | 108.5 W | 1.1 A |
| Single color option | Red or Amber | 95.7 W | 0.96 A |

| | |
|---|---|
| CONNECTIONS | AC: Industrial grade AC cable; <br> DATA: Individually shielded 24 AWG twisted pair + bare drain for input and output DMX <br> 10' standard cable whip length |

### environmental

| | |
|---|---|
| TEMPERATURE RANGE | -40°F to 104°F (-40°C to 40°C) operating temperature <br> -4°F to 104°F (-20°C to 40°C) starting temperature |
| CERTIFICATION | CUL/UL/CE/PSE/Australia compliant |
| INGRESS PROTECTION | IP66 Rated |

## photometrics

### application

| OPTIC TYPE | PLACEMENT RATIO | | RECOMMENDED PLACEMENT |
|---|---|---|---|
| HORIZONTAL WASH OPTIC | Maximum setback ratio <br> Maximum spacing ratio | | 2.75:1 <br> 2:1 |

### color comparison chart

| COLOR | VERTICAL WASH AVERAGE ILLUMINANCE (FC) | DESTINY COLORWASH LED POWER (WATTS) | ENVIRONMENTAL HALIDE SOURCE WITH COLOR FILTER* TO ACHIEVE PEAK WAVELENGTH |
|---|---|---|---|
| RED | 2.7 | 12.6 | 250W with 4% (HT027 MED RED) |
| GREEN | 3.3 | 29.4 | 100w with 11% (HT090 DARK YELLOW GRN) |
| BLUE | 0.9 | 29.4 | 100W with 3% (HT119 DARK BLUE) |

| | | | |
|---|---|---|---|
| SETBACK RATIO | X = 4 FT | | |
| THROW DISTANCE | D = 11 FT | | |
| LUMINAIRE SPACING | Y = 8 FT | | *Rosco Color Gels |



Product information subject to change. For up to date product information, please log on to www.tirsys.com

TIR Systems Ltd.   1 800 663 2036
7700 Riverfront Gate   T 604 294 8477
Burnaby BC   F 604 294 3733
Canada V5J 5M4   www.tirsys.com

CUT-314-002.01_Destiny CW_Horizontal_imp version_Nov 2004   **Page 3**



**illuminance distribution**

← 8' O.C. →

| 1.9 | 1.9 | 1.9 | 1.9 | 1.9 | 1.9 | 1.9 | 1.9 | 1.9 |
|---|---|---|---|---|---|---|---|---|
| 2.1 | 2.1 | 2.1 | 2.0 | 1.9 | 2.1 | 2.1 | 2.0 | 2.1 |
| 2.6 | 3.0 | 2.6 | 2.9 | 2.7 | 2.6 | 2.6 | 2.9 | 2.6 |
| 3.4 | 4.3 | 4.1 | 3.8 | 3.4 | 3.3 | 4.1 | 3.7 | 3.4 |
| 4.4 | 4.3 | 4.2 | 4.2 | 4.2 | 4.2 | 4.3 | 4.3 | 4.4 |
| 5.8 | 6.3 | 5.6 | 5.4 | 5.4 | 5.4 | 5.5 | 6.2 | 5.7 |
| 7.7 | 9.1 | 7.2 | 7.4 | 6.8 | 6.6 | 8.4 | 8.2 | 7.6 |
| 10.0 | 12.3 | 10.0 | 8.4 | 8.3 | 9.7 | 10.8 | 10.8 | 9.9 |
| 12.8 | 13.0 | 10.7 | 9.6 | 9.1 | 9.4 | 10.6 | 11.7 | 12.6 |
| 14.4 | 14.3 | 11.3 | 9.4 | 9.2 | 9.7 | 11.2 | 13.4 | 13.9 |
| 14.8 | 13.0 | 9.7 | 8.3 | 8.2 | 8.8 | 11.7 | 13.8 | 14.4 |
| 13.6 | 12.2 | 10.6 | 8.8 | 7.8 | 8.3 | 9.8 | 12.1 | 14.0 |

↕ 11' O.C.

**parameters**

| | |
|---|---|
| Setback Distance | X = 4 FT |
| Throw Distance | D = 11 FT |
| Luminaire Spacing | Y = 8 FT |
| Units | Footcandles (Lux= footcandles x 10.76) |
| Measured on | White (RGB on full) |
| Placement | Bottom of Grid at 30° tilt angle |

| ILLUMINANCE | | | ILLUMINANCE MULTIPLIER | | |
|---|---|---|---|---|---|
| Avg | Max:min | Max:avg | Red | Green | Blue |
| 6.9 | 7.6 | 2.1 | 0.398 | 0.474 | 0.128 |

Candela Distribution for Destiny CW with Horizontal Wash Optic (30° vertical head tilt)



Product information subject to change. For up to date product information, please log on to www.tirsys.com

TIR Systems Ltd.    1 800 663 2036
7700 Riverfront Gate    T 604 294 8477
Burnaby BC    F 604 294 3733
Canada  V5J 5M4    www.tirsys.com

CUT-314-002.01_Destiny CW_Horizontal_imp version_Nov 2004    Page 4