**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| COLOR KINETICS INCORPORATED, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:03-cv-12491-MEL |
| | ) | |
| TIR SYSTEMS LTD., | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT MOTION FOR ENLARGEMENT OF TIME

Plaintiff Color Kinetics Incorporated ("CK") and Defendant TIR Systems Ltd. ("TIR") respectfully request that the Court extend the existing deadlines for fact and expert discovery and for the filing of case dispositive motions that were set by the Court in its September 29, 2004 Order, by three months for each deadline.

In its June 22, 2005 Order, this Court noted that "[a]s things stand it does not appear that there is a need to extend the case scheduling deadlines specified in the 9/29/04 Order and currently in effect. However, this ruling is without prejudice to a later application for extension of time on good cause shown." The parties submit that they have good cause to extend the deadlines because they are still engaged in fact discovery, and expect that a more complete record can be compiled with additional time to finish discovery. Since this Court's June 22, 2005 Order, the parties have been actively engaged in the exchange of documents and written discovery. Further document production is anticipated and depositions have been noticed but not taken.

Accordingly, the parties request that the Court modify the pretrial schedule as follows:

| **Event** | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Close of fact discovery | September 29, 2005 | January 12, 2006 |
| Serve initial expert reports on issues for which each party bears the burden of proof | November 23, 2005 | March 9, 2006 |
| Serve rebuttal expert reports | December 23, 2005 | April 6, 2006 |
| Close of expert discovery | February 15, 2006 | May 29, 2006 |
| File any dispositive motions | April 14, 2006 | July 28, 2006 |

Respectfully submitted,


LOWRIE, LANDO & ANASTASI, LLP    WILMER CUTLER PICKERING
                                               HALE AND DORR LLP


/s/  Matthew Lowrie               /s/  Donald Steinberg
Matthew B. Lowrie (BBO #563,415)    Mark Matuschak (BBO #543873)
mlowrie@ll-a.com                 mark.matuschak@wilmerhale.com
Aaron Moore (BBO #638,076)        Donald R. Steinberg (BBO #553699)
amoore@ll-a.com                  don.steinberg@wilmerhale.com
Riverfront Office Park             60 State Street
One Main Street – 11th Floor        Boston, MA 02109
Cambridge, MA 02142          Telephone: 617-526-6000
Telephone: 617-395-7000


Attorneys for Plaintiff           Attorneys for Defendant
COLOR KINETICS INCORPORATED    TIR SYSTEMS LTD.

Dated: September 12, 2005

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| _____ ) | |
| COLOR KINETICS INCORPORATED,   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | |
| v.   ) | Civil Action No. 1:03-cv-12491-MEL |
| ) | |
| TIR SYSTEMS LTD.,   ) | |
| ) | |
| Defendant.   ) | |
| _____) | |

**[PROPOSED] ORDER GRANTING JOINT MOTION
FOR ENLARGEMENT OF TIME**

IT IS HEREBY ORDERED that the parties' Joint Motion for Enlargement of Time is

GRANTED.   Deadlines and dates scheduled in this case are extended as follows:

| Event | Current Deadline | Revised Deadline |
|---|---|---|
| Close of fact discovery | September 29, 2005 | January 12, 2006 |
| Serve initial expert reports on issues for which each party bears the burden of proof | November 23, 2005 | March 9, 2006 |
| Serve rebuttal expert reports | December 23, 2005 | April 6, 2006 |
| Close of expert discovery | February 15, 2006 | May 29, 2006 |
| File any dispositive motions | April 14, 2006 | July 28, 2006 |

**IT IS SO ORDERED.**

Dated: _____, 2005     _____

The Honorable Morris E. Lasker
United States District Court Judge