IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COLOR KINETICS INCORPORATED, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:03-cv-12491-MEL |
| ) | |
| TIR SYSTEMS LTD., ) | |
| ) | |
| Defendant. ) | |

### [PROPOSED] ORDER GRANTING JOINT MOTION FOR ENLARGEMENT OF TIME

IT IS HEREBY ORDERED that the parties' Joint Motion for Enlargement of Time is GRANTED. Deadlines and dates scheduled in this case are extended as follows:

| Event | Current Deadline | Revised Deadline |
|---|---|---|
| Close of fact discovery | September 29, 2005 | January 12, 2006 |
| Serve initial expert reports on issues for which each party bears the burden of proof | November 23, 2005 | March 9, 2006 |
| Serve rebuttal expert reports | December 23, 2005 | April 6, 2006 |
| Close of expert discovery | February 15, 2006 | May 29, 2006 |
| File any dispositive motions | April 14, 2006 | July 28, 2006 |

**IT IS SO ORDERED.**

Dated: _9/14/_, 2005

_____
The Honorable Morris E. Lasker
United States District Court Judge

- 3 -