IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COLOR KINETICS INCORPORATED,<br><br>Plaintiff<br><br>v.<br><br>TIR SYSTEMS LTD.,<br><br>Defendant. | Civil Action No.:  03-cv-12491 (MEL) |

## ASSENTED-TO MOTION FOR LEAVE TO FILE A REPLY BRIEF

Plaintiff Color Kinetics Incorporated ("Color Kinetics") hereby moves for leave to file a Reply Memorandum in Support of its First Motion to Compel.  A copy of the Reply Memorandum is attached hereto as Exhibit A.

As grounds for this Motion, Color Kinetics states that it believes the reply brief to be necessary to respond to issues and arguments contained in the Opposition to the Motion to Compel filed by TIR Systems Ltd. ("TIR").  Color Kinetics believes that the reply will aid the Court in its assessment of the issues raised in the Motion.

Counsel for TIR has assented to this motion.

WHEREFORE, Color Kinetics hereby requests that its Motion for Leave to File a Reply be ALLOWED.

Respectfully submitted,

COLOR KINETICS INCORPORATED

Dated:  September 23, 2005

/s/ Aaron W. Moore
Matthew B. Lowrie, BBO No. 563,414
Aaron W. Moore, BBO No. 638,076
Emily A. Berger, BBO No. 650,841
Lowrie, Lando & Anastasi, LLP
Riverfront Office Park
One Main Street - 11th Floor
Cambridge, MA 02142
Tel: 617-395-7000
Fax: 617-395-7070

**CERTIFICATE OF SERVICE**

I hereby certify that today I caused a true and correct copy of this motion and the attached Exhibit to be served, by CM/ECF, on the following counsel of record:

Mark G. Matuschak, Esq.
mark.matuschak@wilmerhale.com
Donald R. Steinberg, Esq.
donald.steinberg@wilmerhale.com
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

Michael A. Oblon, Esq.
michael.oblon@wilmerhale.com
Wilmer Cutler Pickering Hale and Dorr LLP
The Willard Office Building
1455 Pennsylvania Avenue, N.W.
Washington, DC 20004

Dated:  September 23, 2005

/s/ Aaron W. Moore
Aaron W. Moore