UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

COLOR KINETICS INCORPORATED,
           Plaintiff,

v.                                         CIVIL ACTION
                                           NO. 03-CV-12491-MEL

TIR SYSTEMS LTD.,
           Defendant.

ORDER

September 28, 2005

LASKER, D.J.

    Color Kinetics' motion to require TIR Systems Ltd. to provide a full and complete response to Interrogatory No. 10 is granted. While I understand that the answer to be made at this time may require amendment as the litigation proceeds, it seems reasonable to me that TIR Systems Ltd. should provide Color Kinetics Inc. with as complete an answer as is possible at the present.

    It is so ORDERED.

                                              Morris E. Lasker
                                              U.S. District Judge