# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

COLOR KINETICS INCORPORATED,

                    Plaintiff,

    v.

TIR SYSTEMS LTD.,

                    Defendant.

Civil Action No. 1:03-cv-12491-MEL

## DEFENDANT TIR SYSTEMS LTD.'S FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS TO PLAINTIFF COLOR KINETICS INCORPORATED (NOS. 1-76)

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Defendant TIR Systems, Ltd. ("TIR") requests that Plaintiff Color Kinetics Incorporated ("Color Kinetics") produce the following documents and things for inspection and copying within thirty (30) days of the service of this request at the offices of Wilmer Cutler Pickering Hale and Dorr LLP, 60 State Street, Boston, MA 02109, or at such other place and time as may be mutually agreeable to counsel.

### INSTRUCTIONS

The following instructions apply to the document requests below and should be considered as a part of each such request.

1.      If, after responding to any request, Color Kinetics obtains or becomes aware of any further information responsive to this First Set of Document Requests, pursuant to Fed. R. Civ. P. 26(e), Color Kinetics must supplement its responses and provide TIR with such additional information.

2.    All documents requested shall be produced in the same file or other organizational environment in which they are kept in the usual course of business. For example, a document that is part of a file, docket, or other grouping should be physically produced together with all other documents from said file, docket, or grouping responsive to said request, in the same order or manner of arrangement as the original.

3.    If Color Kinetics is aware that a document or thing, or group of documents or things, once existed, but has been destroyed or discarded, Color Kinetics is requested to state the type of document or thing or group of documents or things, the date it was created, when it was destroyed or discarded, why it was destroyed or discarded, the circumstances under which it was destroyed or discarded, and the identity of persons having knowledge of the contents of the document or thing, or group of documents or things.

4.    Where a claim of privilege is asserted in objecting to any disclosure, and any information is withheld on the basis of such assertion:

    a.    Identify the nature of the privilege or doctrine you claim and the grounds for claiming it; and

    b.    Provide the following information in the objection:

        1.    For documents: (i) the type of document (e.g., letter, memorandum, etc.); (ii) the general subject matter of the document; (iii) the date of the document; and (iv) such other information as is sufficient to identify the document for subpoena duces tecum including, where appropriate, the author, addressee and any other recipient of the document and, where not apparent, the relationship of the author, addressee and any other recipient to each other.

WILMER CUTLER PICK?····
HALE AND DORR ···
FILE COPY

- 2 -

2.    For oral communications: (i) the name of the person making the communication and the names of the persons present while the communication was made and, where not apparent, the relationship of the persons present to the person making the communication; (ii) the date and place of the communication; and (iii) the general subject matter of the communication.

5.    If, for reasons other than privilege, Color Kinetics refuses to produce documents or withhold documents sought in any request, Color Kinetics is requested to state the grounds upon which the refusal is based with specificity to permit a determination of the propriety of such refusal.

6.    To the extent that any request is objected to as overly broad and/or unduly burdensome, please set forth the factual basis for such claim, set forth the more narrowly-defined basis, if any, on which you are prepared to respond to such request, and respond to the request on that basis.

7.    To the extent that any request is objected to as vague or ambiguous, please identify the particular words, terms, or phrases that are asserted to make such request vague or ambiguous, specify the meaning actually attributed by you to such words, terms, or phrases for purposes of your response to such request, and respond to the request accordingly.

8.    To the extent that any of the following requests may include language quoted from the Amended Complaint, this in no way constitutes an admission of any factual allegation or concession of any legal proposition contained therein.

9.    If Color Kinetics knows of the existence, past or present, of any documents or things described or requested below, but is unable to produce such documents because they are

WILMER CUTLER PICKERING
HALE AND DORR LLP
FILE COPY

US1DOCS 5171679v3

not presently in the possession, custody, or control of Color Kinetics, identify each such

document or thing and the person who has possession, custody, or control of such documents.

**DEFINITIONS**

The following definitions and instructions shall also apply to all of the following

document requests herein:

1.    The Uniform Definitions In Discovery Requests of Local Rule 26.5 are

incorporated herein by reference.

2.    "Color Kinetics" means and refers to Plaintiff Color Kinetics Inc. and each of its

parent, subsidiary, affiliated or controlled companies and joint ventures, their respective

directors, officers, employees, agents, attorneys, accountants and any other person who acted or

purported to act on their or any of their behalf.

3.    "Patents-in-Suit" refers separately and collectively to the patents alleged by Color

Kinetics in its Amended Complaint to be infringed by TIR: United States Letters Patent Nos.

6,340,868; 6,211,626; 6,459,919; and 6,788,011.

4.    "Color Kinetics Product" means any product designed, developed, tested, made,

used, sold or offered for sale by Color Kinetics which embodies in whole or in part the subject

matter or teachings of any of the Patents-in-Suit, or which is covered by any claim of any of the

Patents-in-Suit.

5.    "Accused Product" means any product designed, developed, tested, made, used,

demonstrated, offered for sale or sold by TIR which Color Kinetics alleges or believes is covered

by any claim of any of the Patents-in-Suit.

6.    "Counterparts" of a patent or patent application means all domestic patents and

patent applications (other than the specific patent or application) and all foreign patents and

**WILMER CUTLER PICKERING**
**HALE AND DORR LLP**
**FILE COPY**

- 4 -

patent applications which claim the benefit of the filing date of the specific patent or patent application or contain (explicitly or by incorporation by reference, or otherwise) a majority of the disclosure of the specific patent or patent application.

7.    "License" encompasses any oral or written agreement between Color Kinetics and any other person purporting to transfer any right or interest in the Patents-in-Suit or Counterparts thereof, such agreements include without limitation any agreements referred to as licenses, offers for licenses, attempts to license, sublicenses, covenants not to sue, freedom to operate agreements, non-assert agreements, and settlement agreements.

8.    "Prior Art" means all publications, patents, physical diaries, prototypes, uses, sales, offers for sale or other activity relating to the subject matter of the Patents-in-Suit and existing on, or occurring at, a date such as to be relevant under any subdivision of 35 U.S.C. §§ 102, 112 or 103.

9.    "Amended Complaint" means the amended complaint filed by Color Kinetics in *Color Kinetics Inc. v. TIR Systems Ltd.*, Civ. Action No. 03 CV 12491 (MEL).

10.    "And" and "or" should be construed either disjunctively or conjunctively as necessary to bring within the scope of the discovery request all responses that might otherwise be construed to be outside of its scope.

11.    "All" means all and each, and "each" means all and each.

12.    The use of the singular form of any word includes the plural, and the use of any plural form includes the singular.

WILMER CUTLER PICKERING
HALE AND DORR LLP
FILE COPY

- 5 -

## DOCUMENT REQUESTS

### Document Request No. 1

All documents and things concerning any of the Patents-in-Suit, any of the applications in the chain from which any of the Patents-in-Suit issued, or the subject matter of any of the Patents-in-Suit, including without limitation all documents and things that refer or relate to:

a.      the decision by Color Kinetics to seek patent coverage on the subject matter of any of the claims of the patents;

b.      the preparation, filing, prosecution, scope, patentability, validity, invalidity, enforceability or unenforceability of any of the Patents-in-Suit (in whole or in part) or any of the applications in the chain from which any of the Patents-in-Suit issued;

c.      any meeting or communications, whether written or oral, in which any of the Patents-in-Suit, any of the applications in the chain from which any of the Patents-in-Suit issued, or the subject matter disclosed therein was discussed;

d.      any unique meaning (different from its everyday common use) of any word or phrase contained in any of the claims of any of the Patents-in-Suit; and

e.      any other United States Patents or patent applications that disclose, in whole or in part, the subject matter disclosed in or claimed by any of the Patents-in-Suit, including but not limited to continuations, continuations-in-part, divisions, reissues, reexaminations, substitutes, and related patents.

### Document Request No. 2

With respect to the subject matter of each claim of the Patents-in-Suit, all documents and things concerning:

a.      any aspect of its conception and reduction to practice;

b.      diligence toward its reduction to practice;

c.      its actual reduction to practice, including samples of the physical manifestation of any actual reduction to practice;

d.      its first documentation or other written representation;

e.      its first disclosure to any person not employed by or counsel to Color Kinetics;

f.      its first public demonstration, disclosure, sale, offer for sale or other commercialization;

g.      any alleged experimental use of the subject matter of each of the Patents-in-Suit; and

h.      the identity of each person who has knowledge relating to the documents responsive to parts (a) through (g) preceding.

**Document Request No. 3**

All documents and things concerning the file histories of any of the Patents-in-Suit or Counterparts to the Patents-in-Suit.

**Document Request No. 4**

All documents and things concerning the subject matter disclosed or claimed in any of the Patents-in-Suit.

**Document Request No. 5**

All documents and things concerning the research, development, testing, analysis and/or evaluation of the subject matter described and claimed in the Patents-in-Suit, including but not limited to laboratory notebooks, research reports, development proposals, project approvals, and research agreements.

**Document Request No. 6**

All documents and things concerning the preparation, filing and/or prosecution of any Counterparts (in whole or in part) to any of the Patents-in-Suit or any Counterparts (in whole or in part) to any of the applications in the chain from which any of the Patents-in-Suit issued.

**Document Request No. 7**

All documents and things concerning searches of Prior Art relating to the subject matter of each of the Patents-in-Suit and copies of all Prior Art uncovered in such searches.

**Document Request No. 8**

Copies of all references cited, reviewed or considered by any non-United States patent examining authority in connection with any Counterparts (in whole or in part) of the Patents-in-Suit, or Counterparts (in whole or in part) to any of the applications in the chain from which any of the Patents-in-Suit issued.

**Document Request No. 9**

All patents, patent applications, publications, or other documents, things or events that Color Kinetics knows to be, believes may be or ever considered might be Prior Art to any of the Patents-in-Suit.

**Document Request No. 10**

All documents and things that have been identified to Color Kinetics by any person as Prior Art to any of the Patents-in-Suit.

WILMER CUTLER PICKERING
HALE AND DORR LLP
FILE COPY

US1DOCS 5171679v3

**Document Request No. 11**

All documents and things from the files of the named inventors of any of the Patents-in-Suit relating to the subject matter disclosed in any of the Patents-in-Suit or any Counterparts (in whole or in part) to any of the Patents-in-Suit, including but not limited to personal files and the files of non-inventors who inherited the files of any inventor no longer employed by Color Kinetics.

**Document Request No. 12**

All documents authored, co-authored or edited by or on behalf of Color Kinetics or any of the named inventors of any of the Patents-in-Suit concerning the subject matter of any Patent-in-Suit, Counterpart to any Patent-in-Suit, or application, including but not limited to technical disclosures, papers, presentations and publications.

**Document Request No. 13**

Separately for each Patent-in-Suit, copies of all patents or pending applications which mention, relate or refer to each Patent-in-Suit or its subject matter.

**Document Request No. 14**

All documents and things concerning infringement, ownership, inventorship, validity, enforceability, Prior Art or state of the art searches or opinions conducted by or for Color Kinetics which relate to any Patent-in-Suit, Counterpart or application.

**Document Request No. 15**

All documents and things concerning any facts referred to in any infringement, ownership or validity opinion, investigation, study or analysis that relate to any Patent-in-Suit, Counterpart or application.

**Document Request No. 16**

All documents and things concerning the assertion by any person that any of the Patents-in-Suit is not valid, not enforceable or not infringed.

**Document Request No. 17**

All documents and things concerning agreements related to the subject matter disclosed or claimed in the Patents-in-Suit or any Counterpart to the Patents-in-Suit, including without limitation licenses, sublicenses, offers for licenses or sublicenses, covenants not to sue, non-assert agreements, and settlement agreements.

US1DOCS 5171679v3

WILMER CUTLER PICKERING
HALE AND DORR LLP
FILE COPY

**Document Request No. 18**

All documents and things constituting, evidencing or relating to the ownership of or transfer or assignment of ownership interests of the Patents-in-Suit, Counterparts and applications from the time of filing the applications and issuance of the Patents-in-Suit and/or Counterparts to the present.

**Document Request No. 19**

All documents concerning or relating to commercial alternatives or proposed commercial alternatives to the inventions claimed in the Patents-in-Suit.

**Document Request No. 20**

All documents and things concerning any communications or any contacts between Color Kinetics and any other person or entities regarding the Patents-in-Suit.

**Document Request No. 21**

All documents and things concerning the identification of all products Licensed under any of the Patents-in-Suit and any royalty or other payments made under any such License.

**Document Request No. 22**

All documents showing that any Color Kinetics Product and/or any products Licensed under any of the Patents-in-Suit in the United States has been marked so as to give notice to the public that the same is patented.

**Document Request No. 23**

All documents and things concerning any third parties utilized by Color Kinetics to develop, test, analyze, manufacture and/or market any Color Kinetics Product.

**Document Request No. 24**

All documents and things concerning the design, development, construction, manufacture, operation, performance, use, demonstration, sale, or offer for sale of any current or former Color Kinetics Product.

**Document Request No. 25**

All documents and things concerning any technology purchased, acquired, or Licensed by Color Kinetics to develop, test, manufacture and/or sell any Color Kinetics Product.

**Document Request No. 26**

All documents and things concerning the product flow of Color Kinetics Products from

US1DOCS 5171679v3

WILMER CUTLER PICKERING
HALE AND DORR LLP
FILE COPY

manufacturing to end user, including but not limited to distribution agreements and sales agreements.

**Document Request No. 27**

All documents and things concerning analyses, projections, assessments and/or statements relating to Color Kinetics Products, including without limitation, pricing, costs, sales, market shares and/or business plans.

**Document Request No. 28**

All information, documents and things concerning any products that compete with any Color Kinetics Product.

**Document Request No. 29**

All documents and things concerning any failure, shortcoming or performance deficiency of any Color Kinetics Products.

**Document Request No. 30**

All documents and things concerning any Accused Product.

**Document Request No. 31**

All documents and things concerning TIR.

**Document Request No. 32**

All documents and things concerning the alleged infringement, induced infringement, contributory infringement or willful infringement of any of the Patents-in-Suit by any of TIR's products or any other product from a third party.

**Document Request No. 33**

All documents and things that constitute or relate to tests, studies, investigations, inspections or analyses of any product of TIR relating to the alleged infringement performed by or on behalf of Color Kinetics, or relied on by Color Kinetics to determine whether such product infringes any of the claims of the Patents-in-Suit.

**Document Request No. 34**

All documents and things concerning Color Kinetics' first awareness of each product of TIR which allegedly infringes any Patents-in-Suit and how Color Kinetics became aware of each such product.

**Document Request No. 35**

All documents and things setting forth when and under what circumstances Color Kinetics first formed a belief that any of TIR's products were infringing any of the Patents-in-Suit.

**Document Request No. 36**

All documents concerning the steps taken by Color Kinetics to investigate any potential, actual, or threatened infringement of the Patents-in-Suit by TIR.

**Document Request No. 37**

All documents and things concerning notice to TIR or any other person regarding alleged infringement, either directly, contributorily, or by inducement, of any of the Patents-in-Suit.

**Document Request No. 38**

All documents and things concerning any decision or opinion by or on behalf of Color Kinetics to sue, not sue, or to delay suing TIR for alleged infringement of any of the Patents-in-Suit.

**Document Request No. 39**

All documents concerning any agreement, understanding, or contract between Color Kinetics and any third party concerning possible Licenses, assignments, and indemnification agreements or patent rights relating thereto.

**Document Request No. 40**

All documents and things that refer or relate to the negotiation of any License, settlement, agreement or covenant not to sue, whether ultimately consummated or not, under which Color Kinetics would have granted or received any rights concerning any Color Kinetics Product.

**Document Request No. 41**

All documents and things concerning Color Kinetics' marketing, promotion, distribution and commercialization of Color Kinetics Products, including but not limited to trade or promotional literature, advertising, catalogs, brochures, and product specification sheets.

**Document Request No. 42**

All documents and things concerning the production, fabrication, assembly, design, construction, operation, method(s) of making, or use of any Color Kinetics Product, including but not limited to all drawings, files, notes, videotapes, photographs, specifications, standard operating procedures, theory of operation documents, user's manuals, service or repair manuals, assembly and production materials, and testing documents.

**Document Request No. 43**

WILMER CUTLER PICKERING
HALE AND DORR LLP
FILE COPY

All documents and things concerning the conception, reduction to practice, research, development, testing, analysis and/or evaluation of all Color Kinetics Products, including but not limited to laboratory notebooks, engineering specifications, internal reports and memoranda.

## Document Request No. 44

All prototypes, design models and/or engineering samples of all Color Kinetics Products, and all documents concerning such prototypes, design models and/or engineering samples.

## Document Request No. 45

All documents and things concerning any comparison between any Color Kinetics Products and any other product.

## Document Request No. 46

All articles, publications and technical papers authored by Color Kinetics or any third party concerning any Color Kinetics Product.

## Document Request No. 47

All documents and things concerning any examination, inspection or testing of any accused products.

## Document Request No. 48

All documents and things concerning Color Kinetics' competitors in the market in which Color Kinetics sells Color Kinetics Products.

## Document Request No. 49

All documents and things concerning any oral or written communications, negotiations, agreements, indemnity agreements, understandings, and contracts between Color Kinetics and/or any third party concerning Color Kinetics Products, any Patents-in-Suit, and/or the present litigation between Color Kinetics and TIR.

## Document Request No. 50

All press releases and/or written communications of Color Kinetics concerning the present litigation.

## Document Request No. 51

All documents and things concerning Color Kinetics' policies and practices regarding licensing of intellectual property rights and negotiation of Licenses for intellectual property rights by Color Kinetics.

WILMER CUTLER PICKERING
HALE AND DORR LLP
FILE COPY

USIDOCS 5171679v3

**Document Request No. 52**

All documents and things concerning any contested proceedings or any threatened contested proceedings (other than this litigation) involving any of the Patents-in-Suit or any Counterparts, including without limitation all pleadings, discovery requests and responses, settlement agreements, and Prior Art made known to Color Kinetics during the course of those proceedings.

**Document Request No. 53**

All documents and things concerning claim construction or contentions of infringement or validity (or lack thereof) of the Patents-in-Suit or any Counterparts to the Patents-in-Suit, including, without limitation, U.S. Patent No. 6,016,038, by any party to *Color Kinetics Inc. v. Super Vision Int'l, Inc.,* Civ. No. 1:02-cv-11137-MEL pending in the District of Massachusetts.

**Document Request No. 54**

All documents and things on which Color Kinetics will rely to demonstrate any objective indicia of non-obviousness of the claimed subject matter of any of the Patents-in-Suit.

**Document Request No. 55**

All documents and things concerning any alleged damage or injury Color Kinetics has suffered as a result of TIR's manufacturing, marketing, use, sale or offer for sale of the Accused Products, including without limitation documents establishing all lost profits, royalty reductions, price erosion, costs and attorneys fees and/or sales allegedly lost.

**Document Request No. 56**

All documents and things concerning the valuation of any of the subject matter claimed in any of the Patents-in-Suit.

**Document Request No. 57**

Documents and things sufficient to establish Color Kinetics' costs and profits in selling Color Kinetics Products.

**Document Request No. 58**

All documents and things concerning Color Kinetics' profit and expected profit on Color Kinetics Products, including but not limited to the revenues from sales and the cost to Color Kinetics of such sales.

**Document Request No. 59**

All documents and things concerning the commercial sale and distribution of Color

WILMER CUTLER PICKERING
HALE AND DORR LLP
FILE COPY

US1DOCS 5171679v3

Kinetics Products manufactured, marketed, offered for sale and/or sold by Color Kinetics or on Color Kinetics' behalf, and the geographic distribution of such sales.

**Document Request No. 60**

Documents and things sufficient to establish the number of units of each Color Kinetics Product manufactured, sold or distributed by Color Kinetics by calendar quarter or other period by which Color Kinetics keeps such documents.

**Document Request No. 61**

Documents and things sufficient to establish the dollar amount of sales of each Color Kinetics Product manufactured, sold or distributed by Color Kinetics.

**Document Request No. 62**

Documents and things sufficient to establish the cost of manufacturing each Color Kinetics Product manufactured, sold or distributed by Color Kinetics.

**Document Request No. 63**

Documents and things sufficient to establish the pricing of each Color Kinetics Product manufactured, sold or distributed by Color Kinetics.

**Document Request No. 64**

All documents and things concerning discounts or rebates given by Color Kinetics to any customer for any Color Kinetics Product.

**Document Request No. 65**

Documents and things sufficient to establish the gross profit, the net profit or the return on investment achieved or projected to be achieved on each Color Kinetics Product manufactured, sold or distributed by Color Kinetics.

**Document Request No. 66**

All documents and things concerning Color Kinetics' estimates or projections of sales (in units or in dollars), gross profit, net profit or return on investment to be achieved on each Color Kinetics Product manufactured, sold or distributed by Color Kinetics.

**Document Request No. 67**

All periodic (monthly, quarterly, or yearly) management or operating reports concerning any Color Kinetics Product, including but not limited to, income statements, balance sheets and operating statistics.

WILMER CUTLER PICKERING
HALE AND DORR LLP
FILE COPY

US1DOCS 5171679v3

**Document Request No. 68**

All Color Kinetics annual and quarterly reports.

**Document Request No. 69**

Charts and other documents relating to the organization of Color Kinetics from 1995 to the present which list or identify the persons having responsibility for the following functions relating to the making, using or selling of any Color Kinetics Product at any time since the earliest of such devices was conceived:

    a.    chief executive officer;

    b.    chief operating officer;

    c.    manufacturing;

    d.    marketing or distribution;

    e.    advertising;

    f.    sales;

    g.    product design;

    h.    product engineering; and

    i.    research and development.

**Document Request No. 70**

All documents and things concerning the following policies of Color Kinetics, whether formal or informal:

    a.    document retention or document destruction policies;

    b.    disclosure of inventions to patent counsel or patent staff;

    c.    competitive intelligence;

    d.    monitoring third parties activities in the marketplace; and

    e.    awards, incentives or compensations to inventors who become listed on issued Color Kinetics Patents-in-Suit.

**Document Request No. 71**

All documents and things concerning each person or entity who will share in the costs of,

WILMER CUTLER PICKERING
HALE AND DORR LLP
FILE COPY

US1DOCS 5171679v3

or participate in any proceeds (whether settlement payments, royalties, damages, etc.) awarded in this litigation.

**Document Request No. 72**

All documents and things concerning any witness statements obtained by Color Kinetics relating in any way to the issues of this litigation.

**Document Request No. 73**

For each person Color Kinetics intends to use as a witness in this case:

a.    all documents of such person(s) referring or relating to this case, and/or any issues in this case, including any matters about which such person(s) will testify in this case in deposition, at trial or otherwise;

b.    all documents reviewed and/or consulted by or on behalf of such person(s) as a part of any participation in this case;

c.    all documents, including graphs, charts, models, exhibits, drawings and/or physicals, upon which such person(s) has relied or upon which any person(s) intends to rely in this case in deposition, at trial or otherwise; and

d.    all documents and/or things provided to such person(s), by Color Kinetics or any agent of Color Kinetics, in connection with this case.

**Document Request No. 74**

For each person Color Kinetics intends to use as an expert witness in this case:

a.    all publications, articles, books and/or papers authored, co-authored, edited or otherwise generated by such person(s);

b.    all documents and/or things authored, co-authored, edited or otherwise generated by or on behalf of such person(s), and which refer and/or relate to any opinions and/or testimony of any such person(s) rendered or to be rendered in this case;

c.    all transcripts, including all exhibits thereto, of any trial and/or deposition testimony of such person(s) in any prior litigation;

d.    all documents and/or things reviewed and/or consulted by or on behalf of such person(s) as a part of any participation in this case;

e.    all documents and all things, including graphs, charts, models, exhibits, drawing and/or physical items, upon which such person(s) has relied or upon which such person(s) intends to rely in deposition, at trial or otherwise in this case;

WILMER CUTLER PICKERING
HALE AND DORR LLP
FILE COPY

US1DOCS 5171679v3

f.      all documents and/or things upon which any opinions and/or testimony of such person(s) in this case are based;

g.      all documents and/or things provided to such person(s), and/or any agent of such person(s), by Color Kinetics or any agent of Color Kinetics (including counsel for Color Kinetics), in connection with this case; and

h.      all resumes, curricula vitae and/or other document listing the education, experience and/or training of such person(s).

**Document Request No. 75**

All documents and things relevant to any of the matters averred by the parties in their pleadings in this action, including without limitation such documents and things:

a.      disclosed in Color Kinetics' Initial Document Disclosure; and

b.      in the possession, custody or control of the individuals listed in Color Kinetics' Sworn Statement Pursuant to Local Rule 26.1(B).

**Document Request No. 76**

All documents and things identified and/or relied on in answering any interrogatory of Defendant's First Set of Interrogatories to Plaintiff.

WILMER CUTLER PICKERING
HALE AND DORR LLP
FILE COPY

Dated:  June 27, 2005

Respectfully submitted,

WILMER CUTLER PICKERING
HALE AND DORR LLP

Mark G. Matuschak (BBO #543873)
Wendy A. Haller (BBO # 652943)
60 State Street
Boston, MA 02109
Telephone: 617-526-6000


Attorneys for Defendant
TIR SYSTEMS LTD.

WILMER CUTLER PICKERING
HALE AND DORR LLP
FILE COPY

- 18 -

## CERTIFICATE OF SERVICE

I, Wendy A. Haller, certify that on June 27, 2005, I caused the original of the

foregoing document, **DEFENDANT TIR SYSTEMS LTD.'S FIRST SET OF**

**REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS TO**

**PLAINTIFF COLOR KINETICS INCORPORATED (NOS. 1-76)**, to be sent by

courier for hand delivery to counsel for the Plaintiff, Matthew B. Lowrie, Esq., at Lowrie,

Lando and Anatasi, LLP, Riverfront Office Park, One Main Street, Cambridge,

Massachusetts, 02142.

_____
Wendy A. Haller