IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

COLOR KINETICS INCORPORATED,

        Plaintiff

v.

TIR SYSTEMS LTD.,

        Defendant.

Civil Action No.: 1:03-cv-12491 (MEL)

## PLAINTIFF COLOR KINETICS' RESPONSES TO DEFENDANT TIR'S DOCUMENT REQUESTS (NOS. 1-76)

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, Plaintiff Color Kinetics Incorporated ("Color Kinetics") hereby responds to the Requests for the Production of Documents and Things (Nos. 1-76) propounded by TIR Systems Ltd. ("TIR").

Color Kinetics' investigations are ongoing, and Color Kinetics reserves the right to supplement, amend, or modify these responses if additional or different information is discovered.

Color Kinetics' responses are not to be construed as a waiver of any right or objection, or as an admission of relevance, materiality, or admissibility of any information or document.

### General Objections

The following general objections are incorporated by reference into each Response set forth hereafter.

1.      Color Kinetics objects to each request to the extent it seeks proprietary, confidential, or trade secret information. A protective order has not yet been entered in this action. At least until a protective order is entered, documents produced bearing the designation

"Highly Confidential – Attorneys' Eyes Only" are not to be disclosed to anyone other than outside counsel for TIR.

2.      Color Kinetics objects to all requests that call for production of documents protected from discovery by the attorney-client privilege, work product immunity, and/or any other applicable privilege or protection. Responsive documents that are subject to the attorney-client privilege and/or work product immunity, or that are otherwise immune from discovery, will be identified in a schedule of withheld documents pursuant to Fed. R. Civ. P. 26(b)(5). Color Kinetics anticipates that the parties will exchange such schedules at a mutually agreeable time.

3.      Color Kinetics objects to these requests as overly broad, unnecessarily burdensome, and as calling for the production of documents which are confidential to Color Kinetics, and which are not relevant to the issues in this litigation.

4.      Color Kinetics objects to these requests to the extent they call for third-party information or information or documents protected from disclosure under any confidentiality obligation imposed by contract, by order or by understanding binding upon Color Kinetics.

5.      Color Kinetics objects to these requests to the extent that they purport to impose any duty beyond that specified in the Federal Rules of Civil Procedure or the Local Rules of the United States District Court for the District of Massachusetts.

6.      Color Kinetics objects to these requests as unnecessarily burdensome to the extent they seek information or documents already in TIR's possession.

7.      Color Kinetics objects to these requests to the extent they seek information or documents not readily in the possession, custody or control of Color Kinetics.

8.      Color Kinetics objects to these requests to the extent they seek information or documents that Color Kinetics has sought from TIR through its discovery requests of TIR.

9.      Color Kinetics objects to these requests to the extent they call for information or documents that Color Kinetics requires a reasonable opportunity to discover and analyze before providing a complete response.

10.     Color Kinetics objects to these requests to the extent they call for production of documents not in existence at the time the suit was initiated.

11.     Color Kinetics objects to these requests as vague and ambiguous.

12.     Color Kinetics objects to these requests to the extent they seek Color Kinetics' contentions on issues not raised in this suit and/or not material to an issue raised in this suit.

13.     Color Kinetics objects to these requests to the extent they are premature.

14.     Color Kinetics' responses to these requests are subject to and without waiver of any objections, including claims of privilege and/or work product.

15.     Color Kinetics objects to these requests to the extent they call for production of documents or things first made after the date of filing of this lawsuit.

16.     Color Kinetics objects to TIR's definition and use of the term "Counterparts" to the extent it seeks to encompass patents or patent applications which are not relevant to this litigation.

17.     Color Kinetics objects to TIR's definition and use of the term "Prior Art" to the extent it seeks to encompass activity relating to the subject matter of the patents-in-suit which are not relevant to this litigation.

**Document Requests**

Document Request No. 1

All documents and things concerning any of the Patents-in-Suit, any of the applications in the chain from which any of the Patents-in-Suit issued, or the subject matter of any of the Patents-in-Suit, including without limitation all documents and things that refer or relate to:

a.    the decision by Color Kinetics to seek patent coverage on the subject matter of any of the claims of the patents;

b.    the preparation, filing, prosecution, scope, patentability, validity, invalidity, enforceability or unenforceability of any of the Patents-in-Suit (in whole or in part) or any of the applications in the chain from which any of the Patents-in-Suit issued;

c.    any meeting or communications, whether written or oral, in which any of the Patents-in-Suit, any of the applications in the chain from which any of the Patents-in-Suit issued, or the subject matter disclosed therein was discussed;

d.    any unique meaning (different from its everyday common use) of any word or phrase contained in any of the claims of any of the Patents-in-Suit; and

e.    any other United States Patents or patent applications that disclose, in whole or in part, the subject matter disclosed in or claimed by any of the Patents-in-Suit, including but not limited to continuations, continuations-in-part, divisions, reissues, reexaminations, substitutes, and related patents.

RESPONSE TO DOCUMENT REQUEST NO. 1

Color Kinetics objects to this request as overly broad, unnecessarily burdensome, and calling for information and/or documents which are confidential to Color Kinetics. Color Kinetics further objects to this request on the grounds that it calls for the production of proprietary and/or privileged documents and things.

Subject to and without waiving the general objections and/or these specific objections, Color Kinetics will produce responsive, discoverable, non-privileged, non-work product documents in its possession, to the extent Color Kinetics understands this request and to the extent such documents exist.

Document Request No. 2

With respect to the subject matter of each claim of the Patents-in-Suit, all documents and things concerning:

    a.    any aspect of its conception and reduction to practice;

    b.    diligence toward its reduction to practice;

    c.    its actual reduction to practice, including samples of the physical manifestation of any actual reduction to practice;

    d.    its first documentation or other written representation;

    e.    its first disclosure to any person not employed by or counsel to Color Kinetics;

    f.    its first public demonstration, disclosure, sale, offer for sale or other commercialization;

    g.    any alleged experimental use of the subject matter of each of the Patents-in-Suit; and

    h.    the identity of each person who has knowledge relating to the documents responsive to parts (a) through (g) preceding.

RESPONSE TO DOCUMENT REQUEST NO. 2

Color Kinetics objects to this request as overly broad, unnecessarily burdensome, and calling for information and/or documents which are confidential to Color Kinetics. Color Kinetics further objects to this request on the grounds that it calls for the production of proprietary and/or privileged documents and things.

Subject to and without waiving the general objections and/or these specific objections, Color Kinetics will produce responsive, discoverable, non-privileged, non-work product documents in its possession, to the extent Color Kinetics understands this request and to the extent such documents exist.

Document Request No. 3

All documents and things concerning the file histories of any of the Patents-in-Suit or Counterparts to the Patents-in-Suit.

RESPONSE TO DOCUMENT REQUEST NO. 3

Color Kinetics objects to this request as overly broad, unnecessarily burdensome, and calling for information and/or documents which are confidential to Color Kinetics. Color Kinetics further objects to this request on the grounds that it calls for the production of proprietary and/or privileged documents and things. Color Kinetics further objects to this request on the grounds and to the extent that it calls for documents which are cumulative to documents called for in other requests. Color Kinetics further objects to this request on the grounds that the file histories of the patents-in-suit and the counterparts to the patents-in-suit are public documents that are equally accessible to both parties.

Color Kinetics further objects to this request on the grounds and to the extent that the subject matter of the Counterparts to the patents-in-suit are not relevant to the issues in this litigation.

Subject to and without waiving the general objections and/or these specific objections, Color Kinetics has produced the non-privileged, non-work product, public version of the file histories of the patents-in-suit in response to this request at CKI009912 – CKI010888.


Document Request No. 4

All documents and things concerning the subject matter disclosed or claimed in any of the Patents-in-Suit.

RESPONSE TO DOCUMENT REQUEST NO. 4

Color Kinetics objects to this request as overly broad, unnecessarily burdensome, and calling for information and/or documents which are confidential to Color Kinetics. Color Kinetics further objects to this request on the grounds that it calls for the production of proprietary and/or privileged documents and things. Color Kinetics further objects to this request on the grounds and to the extent that it calls for documents which are cumulative to documents called for in other requests.

Subject to and without waiving the general objections and/or these specific objections, Color Kinetics will produce responsive, discoverable, non-cumulative, non-privileged, non-work product documents in its possession, to the extent Color Kinetics understands this request and to the extent such documents exist.

Document Request No. 5

All documents and things concerning the research, development, testing, analysis and/or evaluation of the subject matter described and claimed in the Patents-in-Suit, including but not limited to laboratory notebooks, research reports, development proposals, project approvals, and research agreements.

RESPONSE TO DOCUMENT REQUEST NO. 5

Color Kinetics objects to this request as overly broad, unnecessarily burdensome, and calling for information and/or documents which are confidential to Color Kinetics, and which are not relevant to the issues in this litigation. Color Kinetics further objects to this request on the grounds that it calls for the production of proprietary and/or privileged documents and things.

Subject to and without waiving the general objections and/or these specific objections, Color Kinetics will produce responsive, discoverable, non-privileged, non-work product documents in its possession, to the extent Color Kinetics understands this request and to the

extent such documents exist.

Document Request No. 6

All documents and things concerning the preparation, filing and/or prosecution of any Counterparts (in whole or in part) to any of the Patents-in-Suit or any Counterparts (in whole or in part) to any of the applications in the chain from which any of the Patents-in-Suit issued.

RESPONSE TO DOCUMENT REQUEST NO. 6

Color Kinetics objects to this request as overly broad, unnecessarily burdensome, and calling for information and/or documents which are confidential to Color Kinetics, and which are not relevant to the issues in this litigation. Color Kinetics further objects to this request on the grounds that it calls for the production of proprietary and/or privileged documents and things. Color Kinetics further objects to this request on the grounds that the file histories of the counterparts to the patents-in-suit are public documents that are equally accessible to both parties. Color Kinetics further objects to this request on the grounds and to the extent that it calls for documents which are cumulative to documents called for in other requests.

Color Kinetics will not produce additional documents in response to this request to the extent they are not covered by other requests.

Document Request No. 7

All documents and things concerning searches of Prior Art relating to the subject matter of each of the Patents-in-Suit and copies of all Prior Art uncovered in such searches.

RESPONSE TO DOCUMENT REQUEST NO. 7

Color Kinetics objects to this request as overly broad, unnecessarily burdensome, and calling for information and/or documents which are confidential to Color Kinetics, and which are

not relevant to the issues in this litigation. Color Kinetics further objects to this request on the grounds that it calls for the production of proprietary and/or privileged documents and things.

Subject to and without waiving the general objections and/or these specific objections, Color Kinetics will produce responsive, discoverable, non-privileged, non-work product documents in its possession, to the extent Color Kinetics understands this request and to the extent such documents exist.

Document Request No. 8

Copies of all references cited, reviewed or considered by any non-United States patent examining authority in connection with any Counterparts (in whole or in part) of the Patents-in-Suit, or Counterparts (in whole or in part) to any of the applications in the chain from which any of the Patents-in-Suit issued.

RESPONSE TO DOCUMENT REQUEST NO. 8

Color Kinetics objects to this request as overly broad, unnecessarily burdensome, and calling for information and/or documents which are confidential to Color Kinetics, and which are not relevant to the issues in this litigation. Color Kinetics further objects to this request on the grounds that it calls for the production of proprietary and/or privileged documents and things. Color Kinetics further objects to this request on the grounds that the references cited in connection with the counterparts to the patents-in-suit are public documents that are equally accessible to both parties. Color Kinetics further objects to this request on the grounds and to the extent that it calls for documents which are cumulative to documents called for in other requests.

Color Kinetics will not produce additional documents in response to this request to the extent they are not covered by other requests.

- 9 -

Document Request No. 9

All patents, patent applications, publications, or other documents, things or events that Color Kinetics knows to be, believes may be or ever considered might be Prior Art to any of the Patents-in-Suit.

RESPONSE TO DOCUMENT REQUEST NO. 9

Color Kinetics objects to this request as overly broad, unnecessarily burdensome, and calling for information and/or documents which are confidential to Color Kinetics, and which are not relevant to the issues in this litigation. Color Kinetics further objects to this request on the grounds that it calls for the production of proprietary and/or privileged documents and things.

Subject to and without waiving the general objections and/or these specific objections, Color Kinetics has included responsive, discoverable, non-privileged, non-work product documents in its possession at CKI01243-CKI016231 and CKI027986-CKI28151, and will produce additional responsive, discoverable, non-privileged, non-work product documents in its possession to the extent Color Kinetics understands this request and to the extent such documents exist.

Document Request No. 10

All documents and things that have been identified to Color Kinetics by any person as Prior Art to any of the Patents-in-Suit.

RESPONSE TO DOCUMENT REQUEST NO. 10

Color Kinetics objects to this request as overly broad, unnecessarily burdensome, and calling for information and/or documents which are confidential to Color Kinetics, and which are not relevant to the issues in this litigation. Color Kinetics further objects to this request on the grounds that it calls for the production of proprietary and/or privileged documents and things.

Subject to and without waiving the general objections and/or these specific objections,

Color Kinetics has produced and will produce any additional responsive, discoverable, non-privileged, non-work product documents in its possession, to the extent Color Kinetics understands this request and to the extent such documents exist.

Document Request No. 11

All documents and things from the files of the named inventors of any of the Patents-in-Suit relating to the subject matter disclosed in any of the Patents-in-Suit or any Counterparts (in whole or in part) to any of the Patents-in-Suit, including but not limited to personal files and the files of non-inventors who inherited the files of any inventor no longer employed by Color Kinetics.

RESPONSE TO DOCUMENT REQUEST NO. 11

Color Kinetics objects to this request as overly broad, unnecessarily burdensome, and calling for information and/or documents which are confidential to Color Kinetics, and which are not relevant to the issues in this litigation. Color Kinetics further objects to this request on the grounds that it calls for the production of proprietary and/or privileged documents and things. Color Kinetics further objects on the grounds and to the extent that responsive documents are not in the possession, custody, or control of Color Kinetics.

Color Kinetics further objects to this request on the grounds and to the extent that the subject matter of the Counterparts to the patents-in-suit are not relevant to the issues in this litigation.

Subject to and without waiving the general objections and/or these specific objections, Color Kinetics will produce responsive, discoverable, non-privileged, non-work product documents in its possession, to the extent Color Kinetics understands this request and to the extent such documents exist and are in the possession, custody or control of Color Kinetics.

Document Request No. 12

All documents authored, co-authored or edited by or on behalf of Color Kinetics or any of the named inventors of any of the Patents-in-Suit concerning the subject matter of any Patent-in-Suit, Counterpart to any Patent-in-Suit, or application, including but not limited to technical disclosures, papers, presentations and publications.

RESPONSE TO DOCUMENT REQUEST NO. 12

Color Kinetics objects to this request as overly broad, unnecessarily burdensome, and

calling for information and/or documents which are confidential to Color Kinetics, and which are

not relevant to the issues in this litigation. Color Kinetics further objects to this request on the

grounds that it calls for the production of proprietary and/or privileged documents and things.

Color Kinetics further objects to this request on the grounds and to the extent that the

subject matter of the Counterparts to the patents-in-suit are not relevant to the issues in this

litigation.

Subject to and without waiving the general objections and/or these specific objections,

Color Kinetics will produce responsive, discoverable, non-privileged, non-work product

documents in its possession, to the extent Color Kinetics understands this request and to the

extent such documents exist.

Document Request No. 13

Separately for each Patent-in-Suit, copies of all patents or pending applications which mention, relate or refer to each Patent-in-Suit or its subject matter.

RESPONSE TO DOCUMENT REQUEST NO. 13

Color Kinetics objects to this request as overly broad, unnecessarily burdensome, and

calling for information and/or documents which are confidential to Color Kinetics. Color

Kinetics further objects to this request on the grounds that it calls for the production of

proprietary and/or privileged documents and things. Color Kinetics further objects to this request on the grounds and to the extent that documents that merely mention the patents-in-suit are not relevant to the issues in this litigation. Color Kinetics further objects to this request on the grounds and to the extent that it calls for documents which are cumulative to documents called for in other requests.

Subject to and without waiving the general objections and/or these specific objections, Color Kinetics will produce responsive, discoverable, non-privileged, non-work product documents in its possession, to the extent Color Kinetics understands this request and to the extent the documents relate to the patents-in-suit and are relevant to this litigation.

Document Request No. 14

All documents and things concerning infringement, ownership, inventorship, validity, enforceability, Prior Art or state of the art searches or opinions conducted by or for Color Kinetics which relate to any Patent-in-Suit, Counterpart or application.

RESPONSE TO DOCUMENT REQUEST NO. 14

Color Kinetics objects to this request as overly broad, unnecessarily burdensome, and calling for information and/or documents which are confidential to Color Kinetics. Color Kinetics further objects to this request on the grounds that it calls for the production of proprietary and/or privileged documents and things. Color Kinetics further objects to this request on the grounds and to the extent that documents relating to the counterparts to the patents-in-suit are not relevant to the issues in this litigation. Color Kinetics further objects to this request on the grounds and to the extent that it calls for documents which are cumulative to documents called for in other requests.

Color Kinetics further objects to this request on the grounds and to the extent that the subject matter of the Counterparts to the patents-in-suit are not relevant to the issues in this litigation.

Subject to and without waiving the general objections and/or these specific objections, Color Kinetics will produce responsive, discoverable, non-privileged, non-work product documents in its possession, to the extent Color Kinetics understands this request and to the extent the documents relate to the patents-in-suit and are relevant to this litigation.

Document Request No. 15

All documents and things concerning any facts referred to in any infringement, ownership or validity opinion, investigation, study or analysis that relate to any Patent-in-Suit, Counterpart or application.

RESPONSE TO DOCUMENT REQUEST NO. 15

Color Kinetics objects to this request as overly broad, unnecessarily burdensome, and calling for information and/or documents which are confidential to Color Kinetics. Color Kinetics further objects to this request on the grounds that it calls for the production of proprietary and/or privileged documents and things. Color Kinetics further objects to this request on the grounds and to the extent that documents relating to the counterparts to the patents-in-suit are not relevant to the issues in this litigation. Color Kinetics further objects to this request on the grounds and to the extent that it calls for documents which are cumulative to documents called for in other requests.

Color Kinetics further objects to this request on the grounds and to the extent that the subject matter of the Counterparts to the patents-in-suit are not relevant to the issues in this litigation.

- 14 -

Subject to and without waiving the general objections and/or these specific objections, Color Kinetics will produce responsive, discoverable, non-privileged, non-work product documents in its possession, to the extent Color Kinetics understands this request and to the extent the documents relate to the patents-in-suit and are relevant to this litigation.

Document Request No. 16

All documents and things concerning the assertion by any person that any of the Patents-in-Suit is not valid, not enforceable or not infringed.

RESPONSE TO DOCUMENT REQUEST NO. 16

Color Kinetics objects to this request as overly broad, unnecessarily burdensome, and calling for information and/or documents which are confidential to Color Kinetics, and which are not relevant to the issues in this litigation. Color Kinetics further objects to this request on the grounds that it calls for the production of proprietary and/or privileged documents and things. Color Kinetics further objects on the grounds and to the extent that responsive documents are not in the possession, custody, or control of Color Kinetics.

Subject to and without waiving the general objections and/or these specific objections, Color Kinetics has produced and will produce any additional responsive, discoverable, non-privileged, non-work product documents in its possession, to the extent Color Kinetics understands this request and to the extent such documents exist and are in the possession, custody, or control of Color Kinetics.

Document Request No. 17

All documents and things concerning agreements related to the subject matter disclosed or claimed in the Patents-in-Suit or any Counterpart to the Patents-in-Suit, including without

limitation licenses, sublicenses, offers for licenses or sublicenses, covenants not to sue, non-assert agreements, and settlement agreements.

RESPONSE TO DOCUMENT REQUEST NO. 17

Color Kinetics objects to this request as overly broad, unnecessarily burdensome, and calling for information and/or documents which are confidential to Color Kinetics. Color Kinetics further objects to this request on the grounds that it calls for the production of proprietary and/or privileged documents and things. Color Kinetics further objects to this request on the grounds and to the extent that documents concerning the counterparts to the patents-in-suit are not relevant to the issues in this litigation. Color Kinetics further objects to this request on the grounds and to the extent that it calls for documents which are cumulative to documents called for in other requests.

Color Kinetics further objects to this request on the grounds and to the extent that the subject matter of the Counterparts to the patents-in-suit are not relevant to the issues in this litigation.

Subject to and without waiving the general objections and/or these specific objections, Color Kinetics will produce responsive, discoverable, non-privileged, non-work product documents in its possession, to the extent Color Kinetics understands this request and to the extent the documents relate to the patents-in-suit and are relevant to this litigation.

Document Request No. 18

All documents and things constituting, evidencing or relating to the ownership of or transfer or assignment of ownership interests of the Patents-in-Suit, Counterparts and applications from the time of filing the applications and issuance of the Patents-in-Suit and/or Counterparts to the present.

RESPONSE TO DOCUMENT REQUEST NO. 18

Color Kinetics objects to this request as overly broad, unnecessarily burdensome, and calling for information and/or documents which are confidential to Color Kinetics. Color Kinetics further objects to this request on the grounds that it calls for the production of proprietary and/or privileged documents and things. Color Kinetics further objects to this request on the grounds and to the extent that documents relating to the counterparts to the patents-in-suit are not relevant to the issues in this litigation. Color Kinetics further objects to this request on the grounds and to the extent that it calls for documents which are cumulative to documents called for in other requests.

Color Kinetics further objects to this request on the grounds and to the extent that the subject matter of the Counterparts to the patents-in-suit are not relevant to the issues in this litigation.

Subject to and without waiving the general objections and/or these specific objections, Color Kinetics will produce responsive, discoverable, non-privileged, non-work product documents in its possession, to the extent Color Kinetics understands this request and to the extent the documents relate to the patents-in-suit and are relevant to this litigation.


Document Request No. 19

All documents concerning or relating to commercial alternatives or proposed commercial alternatives to the inventions claimed in the Patents-in-Suit.

RESPONSE TO DOCUMENT REQUEST NO. 19

Color Kinetics objects to this request as overly broad, unnecessarily burdensome, and calling for information and/or documents which are confidential to Color Kinetics, and which are

not relevant to the issues in this litigation. Color Kinetics further objects to this request on the grounds that it calls for the production of proprietary and/or privileged documents and things.

Subject to and without waiving the general objections and/or these specific objections, Color Kinetics will produce responsive, discoverable, non-privileged, non-work product documents in its possession, to the extent Color Kinetics understands this request and to the extent such documents exist.

Document Request No. 20

All documents and things concerning any communications or any contacts between Color Kinetics and any other person or entities regarding the Patents-in-Suit.

RESPONSE TO DOCUMENT REQUEST NO. 20

Color Kinetics objects to this request as overly broad, unnecessarily burdensome, and calling for information and/or documents which are confidential to Color Kinetics, and which are not relevant to the issues in this litigation. Color Kinetics further objects to this request on the grounds that it calls for the production of proprietary and/or privileged documents and things.

Subject to and without waiving the general objections and/or these specific objections, Color Kinetics will produce responsive, discoverable, non-privileged, non-work product documents in its possession, to the extent Color Kinetics understands this request and to the extent such documents exist.

Document Request No. 21

All documents and things concerning the identification of all products Licensed under any of the Patents-in-Suit and any royalty or other payments made under any such License.

- 18 -

RESPONSE TO DOCUMENT REQUEST NO. 21

Color Kinetics objects to this request as overly broad, unnecessarily burdensome, and calling for information and/or documents which are confidential to Color Kinetics, and which are not relevant to the issues in this litigation. Color Kinetics further objects to this request on the grounds that it calls for the production of proprietary and/or privileged documents and things.

Subject to and without waiving the general objections and/or these specific objections, Color Kinetics will produce responsive, discoverable, non-privileged, non-work product documents in its possession, to the extent Color Kinetics understands this request and to the extent such documents exist.

Document Request No. 22

All documents showing that any Color Kinetics Product and/or any products Licensed under any of the Patents-in-Suit in the United States has been marked so as to give notice to the public that the same is patented.

RESPONSE TO DOCUMENT REQUEST NO.22

Color Kinetics objects to this request as overly broad, unnecessarily burdensome, and calling for information and/or documents which are confidential to Color Kinetics, and which are not relevant to the issues in this litigation. Color Kinetics further objects to this request on the grounds that it calls for the production of proprietary and/or privileged documents and things.

Subject to and without waiving the general objections and/or these specific objections, Color Kinetics will produce responsive, discoverable, non-privileged, non-work product documents in its possession, to the extent Color Kinetics understands this request and to the extent such documents exist.

Document Request No. 23

All documents and things concerning any third parties utilized by Color Kinetics to develop, test, analyze, manufacture and/or market any Color Kinetics Product.

RESPONSE TO DOCUMENT REQUEST NO. 23

Color Kinetics objects to TIR's definition of the phrase any "Color Kinetics Product" as vague, ambiguous, and overbroad. Color Kinetics objects to this request as calling for information and/or documents which are confidential to Color Kinetics, and which are not relevant to the issues in this litigation. Color Kinetics further objects to this request on the grounds that it calls for the production of proprietary and/or privileged documents and things. Color Kinetics further objects on the grounds and to the extent that responsive documents are not in the possession, custody, or control of Color Kinetics.

Subject to and without waiving the general objections and/or these specific objections, Color Kinetics will produce responsive, discoverable, non-privileged, non-work product documents in its possession, to the extent Color Kinetics understands this request, to the extent such documents exist, to the extent they are in the possession, custody, or control of Color Kinetics, and to the extent that they are relevant to this litigation.

Document Request No. 24

All documents and things concerning the design, development, construction, manufacture, operation, performance, use, demonstration, sale, or offer for sale of any current or former Color Kinetics Product.

RESPONSE TO DOCUMENT REQUEST NO. 24

Color Kinetics objects to TIR's definition of the phrase any current or former "Color Kinetics Product" as vague, ambiguous, and overbroad. Color Kinetics objects to this request as calling for information and/or documents which are confidential to Color Kinetics,

and which are not relevant to the issues in this litigation. Color Kinetics further objects to this request on the grounds that it calls for the production of proprietary and/or privileged documents and things. Color Kinetics further objects on the grounds and to the extent that responsive documents are not in the possession, custody, or control of Color Kinetics.

Subject to and without waiving the general objections and/or these specific objections, Color Kinetics will produce responsive, discoverable, non-privileged, non-work product documents in its possession, to the extent Color Kinetics understands this request, to the extent such documents exist, to the extent they are in the possession, custody, or control of Color Kinetics, and to the extent that they are relevant to this litigation.

Document Request No. 25

All documents and things concerning any technology purchased, acquired, or Licensed by Color Kinetics to develop, test, manufacture and/or sell any Color Kinetics Product.

RESPONSE TO DOCUMENT REQUEST NO. 25

Color Kinetics objects to TIR's definition of the phrase any "Color Kinetics Product" as vague, ambiguous, and overbroad. Color Kinetics objects to this request as calling for information and/or documents which are confidential to Color Kinetics, and which are not relevant to the issues in this litigation. Color Kinetics further objects to this request on the grounds that it calls for the production of proprietary and/or privileged documents and things. Color Kinetics further objects on the grounds and to the extent that responsive documents are not in the possession, custody, or control of Color Kinetics.

Subject to and without waiving the general objections and/or these specific objections, Color Kinetics will produce responsive, discoverable, non-privileged, non-work product documents in its possession, to the extent Color Kinetics understands this request, to the extent

- 21 -

such documents exist, to the extent they are in the possession, custody, or control of Color

Kinetics, and to the extent that they are relevant to this litigation.


Document Request No. 26

All documents and things concerning the product flow of Color Kinetics Products from manufacturing to end user, including but not limited to distribution agreements and sales agreements.

RESPONSE TO DOCUMENT REQUEST NO. 26

Color Kinetics objects to TIR's definition of the phrase "Color Kinetics Products" as

vague, ambiguous, and overbroad. Color Kinetics objects to this request as calling for

information and/or documents which are confidential to Color Kinetics, and which are not

relevant to the issues in this litigation. Color Kinetics further objects to this request on the

grounds that it calls for the production of proprietary and/or privileged documents and things.

Color Kinetics further objects on the grounds and to the extent that responsive documents are not

in the possession, custody, or control of Color Kinetics.

Subject to and without waiving the general objections and/or these specific objections,

Color Kinetics will produce responsive, discoverable, non-privileged, non-work product

documents in its possession, to the extent Color Kinetics understands this request, to the extent

such documents exist, to the extent they are in the possession, custody, or control of Color

Kinetics, and to the extent that they are relevant to this litigation.


Document Request No. 27

All documents and things concerning analyses, projection, assessments and/or statements relating to Color Kinetics Products, including without limitation, pricing, costs, sales, market shares and/or business plans.

- 22 -

RESPONSE TO DOCUMENT REQUEST NO. 27

Color Kinetics objects to TIR's definition of the phrase "Color Kinetics Product" as vague, ambiguous, and overbroad. Color Kinetics objects to this request as calling for information and/or documents which are confidential to Color Kinetics, and which are not relevant to the issues in this litigation. Color Kinetics further objects to this request on the grounds that it calls for the production of proprietary and/or privileged documents and things. Color Kinetics further objects on the grounds and to the extent that responsive documents are not in the possession, custody, or control of Color Kinetics.

Subject to and without waiving the general objections and/or these specific objections, Color Kinetics will produce responsive, discoverable, non-privileged, non-work product documents in its possession, to the extent Color Kinetics understands this request, to the extent such documents exist, to the extent they are in the possession, custody, or control of Color Kinetics, and to the extent that they are relevant to this litigation.


Document Request No. 28

All information, documents and things concerning any products that compete with any Color Kinetics Product.

RESPONSE TO DOCUMENT REQUEST NO. 28

Color Kinetics objects to TIR's definition of the phrase any "Color Kinetics Product" as vague, ambiguous, and overbroad. Color Kinetics objects to this request as calling for information and/or documents which are confidential to Color Kinetics, and which are not relevant to the issues in this litigation. Color Kinetics further objects to this request on the grounds that it calls for the production of proprietary and/or privileged documents and things.

Color Kinetics further objects on the grounds and to the extent that responsive documents are not in the possession, custody, or control of Color Kinetics.

Subject to and without waiving the general objections and/or these specific objections, Color Kinetics will produce responsive, discoverable, non-privileged, non-work product documents in its possession, to the extent Color Kinetics understands this request, to the extent such documents exist, to the extent they are in the possession, custody, or control of Color Kinetics, and to the extent that they are relevant to this litigation.

Document Request No. 29

All documents and things concerning any failure, shortcoming or performance deficiency of any Color Kinetics Products.

RESPONSE TO DOCUMENT REQUEST NO. 29

Color Kinetics objects to TIR's definition of the phrase any "Color Kinetics Products" as vague, ambiguous, and overbroad.  Color Kinetics objects to this request as calling for information and/or documents which are confidential to Color Kinetics, and which are not relevant to the issues in this litigation.  Color Kinetics further objects to this request on the grounds that it calls for the production of proprietary and/or privileged documents and things. Color Kinetics further objects on the grounds and to the extent that responsive documents are not in the possession, custody, or control of Color Kinetics.

Subject to and without waiving the general objections and/or these specific objections, Color Kinetics will produce responsive, discoverable, non-privileged, non-work product documents in its possession, to the extent Color Kinetics understands this request, to the extent such documents exist, to the extent they are in the possession, custody, or control of Color Kinetics, and to the extent that they are relevant to this litigation.

Document Request No. 30

All documents and things concerning any Accused Product.

RESPONSE TO DOCUMENT REQUEST NO. 30

Color Kinetics objects to this request as overly broad, unnecessarily burdensome, and calling for information and/or documents which are confidential to Color Kinetics, and which are not relevant to the issues in this litigation. Color Kinetics further objects to this request on the grounds that it calls for the production of proprietary and/or privileged documents and things.

Subject to and without waiving the general objections and/or these specific objections, Color Kinetics will produce responsive, discoverable, non-privileged, non-work product documents in its possession, to the extent Color Kinetics understands this request and to the extent such documents exist.

Document Request No. 31

All documents and things concerning TIR.

RESPONSE TO DOCUMENT REQUEST NO. 31

Color Kinetics objects to this request as vague, ambiguous, overly broad, unnecessarily burdensome, and calling for information and/or documents which are confidential to Color Kinetics, and which are not relevant to the issues in this litigation. Color Kinetics further objects to this request on the grounds that it calls for the production of proprietary and/or privileged documents and things.

Subject to and without waiving the general objections and/or these specific objections, Color Kinetics will produce responsive, discoverable, non-privileged, non-work product documents in its possession, to the extent Color Kinetics understands this request and to the

extent such documents exist.

Document Request No. 32

All documents and things concerning the alleged infringement, induced infringement, contributory infringement or willful infringement of any of the Patents-in-Suit by any of TIR's products or any other product from a third party.

RESPONSE TO DOCUMENT REQUEST NO. 32

Color Kinetics objects to this request on the grounds that it calls for the production of

proprietary and/or privileged documents and things. Color Kinetics further objects on the

grounds and to the extent that responsive documents are not in the possession, custody, or

control of Color Kinetics.

Subject to and without waiving the general objections and/or these specific objections,

Color Kinetics will produce responsive, discoverable, non-privileged, non-work product

documents in its possession, to the extent Color Kinetics understands this request, to the extent

such documents exist, to the extent they are in the possession, custody, or control of Color

Kinetics, and to the extent that they are relevant to this litigation.

Document Request No. 33

All documents and things that constitute or relate to tests, studies, investigations, inspections or analyses of any product of TIR relating to the alleged infringement performed by or on behalf of Color Kinetics, or relied on by Color Kinetics to determine whether such product infringes any of the claims of the Patents-in-Suit.

RESPONSE TO DOCUMENT REQUEST NO. 33

Color Kinetics objects to this request as overly broad, unnecessarily burdensome, and

calling for information and/or documents which are confidential to Color Kinetics, and which are

not relevant to the issues in this litigation. Color Kinetics further objects to this request on the grounds that it calls for the production of proprietary and/or privileged documents and things.

Subject to and without waiving the general objections and/or these specific objections, Color Kinetics will produce responsive, discoverable, non-privileged, non-work product documents in its possession, to the extent Color Kinetics understands this request and to the extent such documents exist.

Document Request No. 34

All documents and things concerning Color Kinetics' first awareness of each product of TIR which allegedly infringes any Patents-in-Suit and how Color Kinetics became aware of each such product.

RESPONSE TO DOCUMENT REQUEST NO. 34

Color Kinetics objects to this request as overly broad, unnecessarily burdensome, and calling for information and/or documents which are confidential to Color Kinetics, and which are not relevant to the issues in this litigation. Color Kinetics further objects to this request on the grounds that it calls for the production of proprietary and/or privileged documents and things.

Subject to and without waiving the general objections and/or these specific objections, Color Kinetics will produce responsive, discoverable, non-privileged, non-work product documents in its possession, to the extent Color Kinetics understands this request and to the extent such documents exist.

Document Request No. 35

All documents and things setting forth when and under what circumstances Color Kinetics first formed a belief that any of TIR's products were infringing any of the Patents-in-Suit.

RESPONSE TO DOCUMENT REQUEST NO. 35

Color Kinetics objects to this request as overly broad, unnecessarily burdensome, and calling for information and/or documents which are confidential to Color Kinetics, and which are not relevant to the issues in this litigation. Color Kinetics further objects to this request on the grounds that it calls for the production of proprietary and/or privileged documents and things.

Subject to and without waiving the general objections and/or these specific objections, Color Kinetics will produce responsive, discoverable, non-privileged, non-work product documents in its possession, to the extent Color Kinetics understands this request and to the extent such documents exist.

Document Request No. 36

All documents concerning the steps taken by Color Kinetics to investigate any potential, actual, or threatened infringement of the Patents-in-Suit by TIR.

RESPONSE TO DOCUMENT REQUEST NO. 36

Color Kinetics objects to this request as overly broad, unnecessarily burdensome, and calling for information and/or documents which are confidential to Color Kinetics, and which are not relevant to the issues in this litigation. Color Kinetics further objects to this request on the grounds that it calls for the production of proprietary and/or privileged documents and things.

Subject to and without waiving the general objections and/or these specific objections, Color Kinetics will produce responsive, discoverable, non-privileged, non-work product documents in its possession, to the extent Color Kinetics understands this request and to the extent such documents exist.

Document Request No. 37

All documents and things concerning notice to TIR or any other person regarding alleged infringement, either directly, contributorily, or by inducement, of any of the Patents-in-Suit.

RESPONSE TO DOCUMENT REQUEST NO. 37

Color Kinetics objects to this request as overly broad, unnecessarily burdensome, and calling for information and/or documents which are confidential to Color Kinetics, and which are not relevant to the issues in this litigation. Color Kinetics further objects to this request on the grounds that it calls for the production of proprietary and/or privileged documents and things.

Subject to and without waiving the general objections and/or these specific objections, Color Kinetics will produce responsive, discoverable, non-privileged, non-work product documents in its possession, to the extent Color Kinetics understands this request and to the extent such documents exist.

Document Request No. 38

All documents and things concerning any decision or opinion by or on behalf of Color Kinetics to sue, not sue, or to delay suing TIR for alleged infringement of any of the Patents-in-Suit.

RESPONSE TO DOCUMENT REQUEST NO. 38

Color Kinetics objects to this request as overly broad, unnecessarily burdensome, and calling for information and/or documents which are confidential to Color Kinetics, and which are not relevant to the issues in this litigation. Color Kinetics further objects to this request on the grounds that it calls for the production of proprietary and/or privileged documents and things.

Subject to and without waiving the general objections and/or these specific objections, Color Kinetics will produce responsive, discoverable, non-privileged, non-work product

documents in its possession, to the extent Color Kinetics understands this request and to the extent such documents exist.

Document Request No. 39

All documents concerning any agreement, understanding, or contract between Color Kinetics and any third party concerning possible Licenses, assignments, and indemnification agreements or patent rights relating thereto.

RESPONSE TO DOCUMENT REQUEST NO. 39

Color Kinetics objects to this request as overly broad, unnecessarily burdensome, and calling for information and/or documents which are confidential to Color Kinetics, and which are not relevant to the issues in this litigation. Color Kinetics further objects to this request on the grounds that it calls for the production of proprietary and/or privileged documents and things.

Subject to and without waiving the general objections and/or these specific objections, Color Kinetics will produce responsive, discoverable, non-privileged, non-work product documents in its possession, to the extent Color Kinetics understands this request and to the extent such documents exist.

Document Request No. 40

All documents and things that refer or relate to the negotiation of any License, settlement, agreement or covenant not to sue, whether ultimately consummated or not, under which Color Kinetics would have granted or received any rights concerning any Color Kinetics Product.

RESPONSE TO DOCUMENT REQUEST NO. 40

Color Kinetics objects to TIR's definition of the phrase any "Color Kinetics Product" as vague, ambiguous, and overbroad. Color Kinetics objects to this request as calling for information and/or documents which are confidential to Color Kinetics, and which are not

relevant to the issues in this litigation. Color Kinetics further objects to this request on the grounds that it calls for the production of proprietary and/or privileged documents and things. Color Kinetics further objects on the grounds and to the extent that responsive documents are not in the possession, custody, or control of Color Kinetics.

Subject to and without waiving the general objections and/or these specific objections, Color Kinetics will produce responsive, discoverable, non-privileged, non-work product documents in its possession, to the extent Color Kinetics understands this request, to the extent such documents exist, to the extent they are in the possession, custody, or control of Color Kinetics, and to the extent that they are relevant to this litigation.

Document Request No. 41

All documents and things concerning Color Kinetics' marketing, promotion, distribution and commercialization of Color Kinetics Products, including but not limited to trade or promotional literature, advertising, catalogs, brochures, and product specification sheets.

RESPONSE TO DOCUMENT REQUEST NO. 41

Color Kinetics objects to this request as overly broad, unnecessarily burdensome, and calling for information and/or documents which are confidential to Color Kinetics, and which are not relevant to the issues in this litigation. Color Kinetics further objects to this request on the grounds that it calls for the production of proprietary and/or privileged documents and things.

Subject to and without waiving the general objections and/or these specific objections, Color Kinetics will produce responsive, discoverable, non-privileged, non-work product documents in its possession, to the extent Color Kinetics understands this request and to the extent such documents exist.

Document Request No. 42

All documents and things concerning the production, fabrication, assembly, design, construction, operation, method(s) of making, or use of any Color Kinetics Product, including but not limited to all drawings, files, notes, videotapes, photographs, specifications, standard operating procedures, theory of operation documents, user's manuals, service or repair manuals, assembly and production materials, and testing documents.

RESPONSE TO DOCUMENT REQUEST NO. 42

Color Kinetics objects to TIR's definition of the phrase any "Color Kinetics Product" as vague, ambiguous, and overbroad. Color Kinetics objects to this request as calling for information and/or documents which are confidential to Color Kinetics, and which are not relevant to the issues in this litigation. Color Kinetics further objects to this request on the grounds that it calls for the production of proprietary and/or privileged documents and things. Color Kinetics further objects on the grounds and to the extent that responsive documents are not in the possession, custody, or control of Color Kinetics.

Subject to and without waiving the general objections and/or these specific objections, Color Kinetics will produce responsive, discoverable, non-privileged, non-work product documents in its possession, to the extent Color Kinetics understands this request, to the extent such documents exist, to the extent they are in the possession, custody, or control of Color Kinetics, and to the extent that they are relevant to this litigation.

Document Request No. 43

All documents and things concerning the conception, reduction to practice, research, development, testing, analysis and/or evaluation of all Color Kinetics Products, including but not limited to laboratory notebooks, engineering specifications, internal reports and memoranda.

- 32 -

## RESPONSE TO DOCUMENT REQUEST NO.43

Color Kinetics objects to TIR's definition of the phrase all "Color Kinetics Products"

as vague, ambiguous, and overbroad.  Color Kinetics objects to this request as calling for

information and/or documents which are confidential to Color Kinetics, and which are not

relevant to the issues in this litigation.  Color Kinetics further objects to this request on the

grounds that it calls for the production of proprietary and/or privileged documents and things.

Color Kinetics further objects on the grounds and to the extent that responsive documents are not

in the possession, custody, or control of Color Kinetics.

Subject to and without waiving the general objections and/or these specific objections,

Color Kinetics will produce responsive, discoverable, non-privileged, non-work product

documents in its possession, to the extent Color Kinetics understands this request, to the extent

such documents exist, to the extent they are in the possession, custody, or control of Color

Kinetics, and to the extent that they are relevant to this litigation.


## Document Request No. 44

All prototypes, design models and/or engineering samples of all Color Kinetics Products,
and all documents concerning such prototypes, design models and/or engineering samples.

## RESPONSE TO DOCUMENT REQUEST NO. 44

Color Kinetics objects to TIR's definition of the phrase all "Color Kinetics Products"

as vague, ambiguous, and overbroad.  Color Kinetics objects to this request as calling for

information and/or documents which are confidential to Color Kinetics, and which are not

relevant to the issues in this litigation.  Color Kinetics further objects to this request on the

grounds that it calls for the production of proprietary and/or privileged documents and things.

Color Kinetics further objects on the grounds and to the extent that responsive documents are not in the possession, custody, or control of Color Kinetics.

Subject to and without waiving the general objections and/or these specific objections, Color Kinetics will produce responsive, discoverable, non-privileged, non-work product documents in its possession, to the extent Color Kinetics understands this request, to the extent such documents exist, to the extent they are in the possession, custody, or control of Color Kinetics, and to the extent that they are relevant to this litigation.

Document Request No. 45

All documents and things concerning any comparison between any Color Kinetics Products and any other product.

RESPONSE TO DOCUMENT REQUEST NO. 45

Color Kinetics objects to TIR's definition of the phrase any "Color Kinetics Products" as vague, ambiguous, and overbroad. Color Kinetics further objects to the phrase "any other product" on the grounds that it is entirely undefined. Color Kinetics objects to this request as calling for information and/or documents which are confidential to Color Kinetics, and which are not relevant to the issues in this litigation. Color Kinetics further objects to this request on the grounds that it calls for the production of proprietary and/or privileged documents and things. Color Kinetics further objects on the grounds and to the extent that responsive documents are not in the possession, custody, or control of Color Kinetics.

Color Kinetics will not produce documents relating to "any other product" as it does not understand to which products TIR refers and, therefore, will not produce additional documents in response to this request to the extent they are not covered by other requests.

- 34 -

Document Request No. 46

All articles, publications and technical papers authored by Color Kinetics or any third party concerning any Color Kinetics Product.

RESPONSE TO DOCUMENT REQUEST NO. 46

Color Kinetics objects to TIR's definition of the phrase any "Color Kinetics Product" as vague, ambiguous, and overbroad. Color Kinetics objects to this request as calling for information and/or documents which are confidential to Color Kinetics, and which are not relevant to the issues in this litigation. Color Kinetics further objects to this request on the grounds that it calls for the production of proprietary and/or privileged documents and things. Color Kinetics further objects on the grounds and to the extent that responsive documents are not in the possession, custody, or control of Color Kinetics.

Subject to and without waiving the general objections and/or these specific objections, Color Kinetics will produce responsive, discoverable, non-privileged, non-work product documents in its possession, to the extent Color Kinetics understands this request, to the extent such documents exist, to the extent they are in the possession, custody, or control of Color Kinetics, and to the extent that they are relevant to this litigation.

Document Request No. 47

All documents and things concerning any examination, inspection or testing of any accused products.

RESPONSE TO DOCUMENT REQUEST NO. 47

Color Kinetics objects to this request on the grounds that the "accused products" referred to in this request in lowercase are vague, ambiguous, and undefined and to the extent that this phrase refers to any products other than TIR's products as they relate to this

- 35 -

litigation. Color Kinetics objects to this request as overly broad, unnecessarily burdensome, and calling for information and/or documents which are confidential to Color Kinetics. Color Kinetics further objects to this request on the grounds that it calls for the production of proprietary and/or privileged documents and things.

Subject to and without waiving the general objections and/or these specific objections, Color Kinetics will produce responsive, discoverable, non-privileged, non-work product documents in its possession, to the extent Color Kinetics understands this request and to the extent such documents exist.

Document Request No. 48

All documents and things concerning Color Kinetics' competitors in the market in which Color Kinetics sells Color Kinetics Products.

RESPONSE TO DOCUMENT REQUEST NO. 48

Color Kinetics objects to TIR's definition of the phrase "Color Kinetics Products" as vague, ambiguous, and overbroad. Color Kinetics objects to this request as calling for information and/or documents which are confidential to Color Kinetics, and which are not relevant to the issues in this litigation. Color Kinetics further objects to this request on the grounds that it calls for the production of proprietary and/or privileged documents and things. Color Kinetics further objects on the grounds and to the extent that responsive documents are not in the possession, custody, or control of Color Kinetics.

Subject to and without waiving the general objections and/or these specific objections, Color Kinetics will produce responsive, discoverable, non-privileged, non-work product documents in its possession, to the extent Color Kinetics understands this request, to the extent such documents exist, to the extent they are in the possession, custody, or control of Color

Kinetics, and to the extent that they are relevant to this litigation.

Document Request No. 49

All documents and things concerning any oral or written communications, negotiations, agreements, indemnity agreements, understandings, and contracts between Color Kinetics and/or any third party concerning Color Kinetics Products, any Patents-in-Suit, and/or the present litigation between Color Kinetics and TIR.

RESPONSE TO DOCUMENT REQUEST NO. 49

Color Kinetics objects to TIR's definition of the phrase "Color Kinetics Products" as vague, ambiguous, and overbroad. Color Kinetics objects to this request as calling for information and/or documents which are confidential to Color Kinetics, and which are not relevant to the issues in this litigation. Color Kinetics further objects to this request on the grounds that it calls for the production of proprietary and/or privileged documents and things. Color Kinetics further objects on the grounds and to the extent that responsive documents are not in the possession, custody, or control of Color Kinetics.

Subject to and without waiving the general objections and/or these specific objections, Color Kinetics will produce responsive, discoverable, non-privileged, non-work product documents in its possession, to the extent Color Kinetics understands this request, to the extent such documents exist, to the extent they are in the possession, custody, or control of Color Kinetics, and to the extent that they are relevant to this litigation.

Document Request No. 50

All press releases and/or written communications of Color Kinetics concerning the present litigation.

RESPONSE TO DOCUMENT REQUEST NO. 50

Color Kinetics objects to this request as overly broad, unnecessarily burdensome, and calling for information and/or documents which are confidential to Color Kinetics, and which are not relevant to the issues in this litigation. Color Kinetics further objects to this request on the grounds that it calls for the production of proprietary and/or privileged documents and things.

Subject to and without waiving the general objections and/or these specific objections, Color Kinetics will produce responsive, discoverable, non-privileged, non-work product documents in its possession, to the extent Color Kinetics understands this request and to the extent such documents exist.

Document Request No. 51

All documents and things concerning Color Kinetics' policies and practices regarding licensing of intellectual property rights and negotiation of Licenses for intellectual property rights by Color Kinetics.

RESPONSE TO DOCUMENT REQUEST NO. 51

Color Kinetics objects to this request as overly broad, unnecessarily burdensome, and calling for information and/or documents which are confidential to Color Kinetics, and which are not relevant to the issues in this litigation. Color Kinetics further objects to this request on the grounds that it calls for the production of proprietary and/or privileged documents and things.

Subject to and without waiving the general objections and/or these specific objections, Color Kinetics will produce responsive, discoverable, non-privileged, non-work product documents in its possession, to the extent Color Kinetics understands this request and to the extent such documents exist and are relevant to this litigation.

Document Request No. 52

All documents and things concerning any contested proceedings or any threatened contested proceedings (other than this litigation) involving any of the Patents-in-Suit or any Counterparts, including without limitation all pleadings, discovery requests and responses, settlement agreements, and Prior Art made known to Color Kinetics during the course of those proceedings.

RESPONSE TO DOCUMENT REQUEST NO. 52

Color Kinetics objects to this request as overly broad, unnecessarily burdensome, and calling for information and/or documents which are confidential to Color Kinetics, and which are not relevant to the issues in this litigation. Color Kinetics further objects to this request on the grounds that it calls for the production of proprietary and/or privileged documents and things. Color Kinetics further objects to the extent this request calls for information which is confidential to third parties and/or which Color Kinetics is not at liberty to disclose pursuant to court orders pertaining to other litigations.

Subject to and without waiving the general objections and/or these specific objections, Color Kinetics has produced non-confidential, responsive, discoverable, non-privileged, non-work product documents in its possession relating to Color Kinetics pending litigation with Super Vision International, Inc. at CKI000001-CKI012042, CKI016232-CKI27986 and will produce any additional non-confidential, responsive, discoverable, non-privileged, non-work product documents in its possession, to the extent Color Kinetics understands this request and to the extent such documents exist.

Document Request No. 53

All documents and things concerning claim construction or contentions of infringement or validity (or lack thereof) of the Patents-in-Suit or any Counterparts to the Patents-in-Suit, including, without limitation, U.S. Patent No. 6,016,038, by any party to *Color Kinetics Inc. v. Super Vision Int'l, Inc.*, Civ. No. 1:02:-cv-11137-MEL pending in the District of Massachusetts.

RESPONSE TO DOCUMENT REQUEST NO. 53

Color Kinetics objects to this request as overly broad, unnecessarily burdensome, and calling for information and/or documents which are confidential to Color Kinetics, and which are not relevant to the issues in this litigation. Color Kinetics further objects to this request on the grounds that it calls for the production of proprietary and/or privileged documents and things. Color Kinetics further objects to the extent this request calls for information which is confidential to third parties and/or which Color Kinetics is not at liberty to disclose pursuant to court orders pertaining to other litigations.

Color Kinetics further objects to this request on the grounds and to the extent that the subject matter of the Counterparts to the patents-in-suit are not relevant to the issues in this litigation.

Color Kinetics further objects on the grounds and to the extent that this request calls for information that is confidential to any third party.

Subject to and without waiving the general objections and/or these specific objections, Color Kinetics has produced and will produce any additional non-confidential, responsive, discoverable, non-privileged, non-work product documents in its possession, to the extent Color Kinetics understands this request and to the extent such documents exist.


Document Request No. 54

All documents and things on which Color Kinetics will rely to demonstrate any objective indicia of non-obviousness of the claimed subject matter of any of the Patents-in-Suit.

RESPONSE TO DOCUMENT REQUEST NO. 54

Color Kinetics objects to this request as overly broad, unnecessarily burdensome, and calling for information and/or documents which are confidential to Color Kinetics, and which are

not relevant to the issues in this litigation. Color Kinetics further objects to this request on the grounds that it calls for the production of proprietary and/or privileged documents and things.

Subject to and without waiving the general objections and/or these specific objections, Color Kinetics will produce responsive, discoverable, non-privileged, non-work product documents in its possession, to the extent Color Kinetics understands this request and to the extent such documents exist.

Document Request No. 55

All documents and things concerning any alleged damage or injury Color Kinetics has suffered as a result of TIR's manufacturing, marketing, use, sale or offer for sale of the Accused Products, including without limitation documents establishing all lost profits, royalty reductions, price erosion, costs and attorneys fees and/or sales allegedly lost.

RESPONSE TO DOCUMENT REQUEST NO. 55

Color Kinetics objects to this request as overly broad, unnecessarily burdensome, and calling for information and/or documents which are confidential to Color Kinetics, and which are not relevant to the issues in this litigation. Color Kinetics further objects to this request on the grounds that it calls for the production of proprietary and/or privileged documents and things.

Subject to and without waiving the general objections and/or these specific objections, Color Kinetics will produce responsive, discoverable, non-privileged, non-work product documents in its possession, to the extent Color Kinetics understands this request and to the extent such documents exist.

Document Request No. 56

All documents and things concerning the valuation of any of the subject matter claimed in any of the Patents-in-Suit.

RESPONSE TO DOCUMENT REQUEST NO. 56

Color Kinetics objects to this request as overly broad, unnecessarily burdensome, and calling for information and/or documents which are confidential to Color Kinetics, and which are not relevant to the issues in this litigation. Color Kinetics further objects to this request on the grounds that it calls for the production of proprietary and/or privileged documents and things.

Subject to and without waiving the general objections and/or these specific objections, Color Kinetics will produce responsive, discoverable, non-privileged, non-work product documents in its possession, to the extent Color Kinetics understands this request and to the extent such documents exist.

Document Request No. 57

Documents and things sufficient to establish Color Kinetics' costs and profits in selling Color Kinetics Products.

RESPONSE TO DOCUMENT REQUEST NO. 57

Color Kinetics objects to this request as overly broad, unnecessarily burdensome, and calling for information and/or documents which are confidential to Color Kinetics, and which are not relevant to the issues in this litigation. Color Kinetics further objects to this request on the grounds that it calls for the production of proprietary and/or privileged documents and things.

Subject to and without waiving the general objections and/or these specific objections, Color Kinetics will produce responsive, discoverable, non-privileged, non-work product documents in its possession, to the extent Color Kinetics understands this request and to the extent such documents exist.

Document Request No. 58

All documents and things concerning Color Kinetics' profit and expected profit on Color Kinetics Products, including but not limited to the revenues from sales and the cost to Color Kinetics of such sales.

RESPONSE TO DOCUMENT REQUEST NO. 58

Color Kinetics objects to TIR's definition of the phrase "Color Kinetics Products" as vague, ambiguous, and overbroad. Color Kinetics objects to this request as calling for information and/or documents which are confidential to Color Kinetics, and which are not relevant to the issues in this litigation. Color Kinetics further objects to this request on the grounds that it calls for the production of proprietary and/or privileged documents and things. Color Kinetics further objects on the grounds and to the extent that responsive documents are not in the possession, custody, or control of Color Kinetics.

Subject to and without waiving the general objections and/or these specific objections, Color Kinetics will produce responsive, discoverable, non-privileged, non-work product documents in its possession, to the extent Color Kinetics understands this request, to the extent such documents exist, to the extent they are in the possession, custody, or control of Color Kinetics, and to the extent that they are relevant to this litigation.

Document Request No. 59

All documents and things concerning the commercial sale and distribution of Color Kinetics Products manufacture, marketed, offered for sale and/or sold by Color Kinetics or on Color Kinetics' behalf, and the geographic distribution of such sales.

RESPONSE TO DOCUMENT REQUEST NO. 59

Color Kinetics objects to TIR's definition of the phrase "Color Kinetics Products" as vague, ambiguous, and overbroad. Color Kinetics objects to this request as calling for

information and/or documents which are confidential to Color Kinetics, and which are not relevant to the issues in this litigation. Color Kinetics further objects to this request on the grounds that it calls for the production of proprietary and/or privileged documents and things. Color Kinetics further objects on the grounds and to the extent that responsive documents are not in the possession, custody, or control of Color Kinetics.

Subject to and without waiving the general objections and/or these specific objections, Color Kinetics will produce responsive, discoverable, non-privileged, non-work product documents in its possession, to the extent Color Kinetics understands this request, to the extent such documents exist, to the extent they are in the possession, custody, or control of Color Kinetics, and to the extent that they are relevant to this litigation.


Document Request No. 60

Documents and things sufficient to establish the number of units of each Color Kinetics Product manufactured, sold or distributed by Color Kinetics by calendar quarter or other period by which Color Kinetics keeps such documents.

RESPONSE TO DOCUMENT REQUEST NO. 60

Color Kinetics objects to TIR's definition of the phrase "Color Kinetics Products" as vague, ambiguous, and overbroad. Color Kinetics objects to this request as calling for information and/or documents which are confidential to Color Kinetics, and which are not relevant to the issues in this litigation. Color Kinetics further objects to this request on the grounds that it calls for the production of proprietary and/or privileged documents and things. Color Kinetics further objects on the grounds and to the extent that responsive documents are not in the possession, custody, or control of Color Kinetics.

Subject to and without waiving the general objections and/or these specific objections,

- 44 -

Color Kinetics will produce responsive, discoverable, non-privileged, non-work product documents in its possession, to the extent Color Kinetics understands this request, to the extent such documents exist, to the extent they are in the possession, custody, or control of Color Kinetics, and to the extent that they are relevant to this litigation.

Document Request No. 61

Documents and things sufficient to establish the dollar amount of sales of each Color Kinetics Product manufactured, sold or distributed by Color Kinetics.

RESPONSE TO DOCUMENT REQUEST NO. 61

Color Kinetics objects to TIR's definition of the phrase "Color Kinetics Products" as vague, ambiguous, and overbroad. Color Kinetics objects to this request as calling for information and/or documents which are confidential to Color Kinetics, and which are not relevant to the issues in this litigation. Color Kinetics further objects to this request on the grounds that it calls for the production of proprietary and/or privileged documents and things. Color Kinetics further objects on the grounds and to the extent that responsive documents are not in the possession, custody, or control of Color Kinetics.

Subject to and without waiving the general objections and/or these specific objections, Color Kinetics will produce responsive, discoverable, non-privileged, non-work product documents in its possession, to the extent Color Kinetics understands this request, to the extent such documents exist, to the extent they are in the possession, custody, or control of Color Kinetics, and to the extent that they are relevant to this litigation.

Document Request No. 62

Documents and things sufficient to establish the cost of manufacturing each Color Kinetics Product manufactured, sold or distributed by Color Kinetics.

- 45 -

RESPONSE TO DOCUMENT REQUEST NO. 62

Color Kinetics objects to TIR's definition of the phrase "Color Kinetics Product" as vague, ambiguous, and overbroad. Color Kinetics objects to this request as calling for information and/or documents which are confidential to Color Kinetics, and which are not relevant to the issues in this litigation. Color Kinetics further objects to this request on the grounds that it calls for the production of proprietary and/or privileged documents and things. Color Kinetics further objects on the grounds and to the extent that responsive documents are not in the possession, custody, or control of Color Kinetics.

Subject to and without waiving the general objections and/or these specific objections, Color Kinetics will produce responsive, discoverable, non-privileged, non-work product documents in its possession, to the extent Color Kinetics understands this request, to the extent such documents exist, to the extent they are in the possession, custody, or control of Color Kinetics, and to the extent that they are relevant to this litigation.

Document Request No. 63

Documents and things sufficient to establish the pricing of each Color Kinetics Products manufactured, sold or distributed by Color Kinetics.

RESPONSE TO DOCUMENT REQUEST NO. 63

Color Kinetics objects to TIR's definition of the phrase "Color Kinetics Product" as vague, ambiguous, and overbroad. Color Kinetics objects to this request as calling for information and/or documents which are confidential to Color Kinetics, and which are not relevant to the issues in this litigation. Color Kinetics further objects to this request on the grounds that it calls for the production of proprietary and/or privileged documents and things.

Color Kinetics further objects on the grounds and to the extent that responsive documents are not in the possession, custody, or control of Color Kinetics.

Subject to and without waiving the general objections and/or these specific objections, Color Kinetics will produce responsive, discoverable, non-privileged, non-work product documents in its possession, to the extent Color Kinetics understands this request, to the extent such documents exist, to the extent they are in the possession, custody, or control of Color Kinetics, and to the extent that they are relevant to this litigation.

Document Request No. 64

All documents and things concerning discounts or rebates given by Color Kinetics to any customer for any Color Kinetics Product.

RESPONSE TO DOCUMENT REQUEST NO. 64

Color Kinetics objects to TIR's definition of the phrase any "Color Kinetics Product" as vague, ambiguous, and overbroad. Color Kinetics objects to this request as calling for information and/or documents which are confidential to Color Kinetics, and which are not relevant to the issues in this litigation. Color Kinetics further objects to this request on the grounds that it calls for the production of proprietary and/or privileged documents and things. Color Kinetics further objects on the grounds and to the extent that responsive documents are not in the possession, custody, or control of Color Kinetics.

Subject to and without waiving the general objections and/or these specific objections, Color Kinetics will produce responsive, discoverable, non-privileged, non-work product documents in its possession, to the extent Color Kinetics understands this request, to the extent such documents exist, to the extent they are in the possession, custody, or control of Color Kinetics, and to the extent that they are relevant to this litigation.

Document Request No. 65

Documents and things sufficient to establish the gross profit, the net profit or the return on investment achieved or projected to be achieved on each Color Kinetics Product manufactured, sold or distributed by Color Kinetics.

RESPONSE TO DOCUMENT REQUEST NO. 65

Color Kinetics objects to TIR's definition of the phrase "Color Kinetics Product" as vague, ambiguous, and overbroad. Color Kinetics objects to this request as calling for information and/or documents which are confidential to Color Kinetics, and which are not relevant to the issues in this litigation. Color Kinetics further objects to this request on the grounds that it calls for the production of proprietary and/or privileged documents and things. Color Kinetics further objects on the grounds and to the extent that responsive documents are not in the possession, custody, or control of Color Kinetics.

Subject to and without waiving the general objections and/or these specific objections, Color Kinetics will produce responsive, discoverable, non-privileged, non-work product documents in its possession, to the extent Color Kinetics understands this request, to the extent such documents exist, to the extent they are in the possession, custody, or control of Color Kinetics, and to the extent that they are relevant to this litigation.

Document Request No. 66

All documents and things concerning Color Kinetics' estimates or projections of sales (in units or in dollars), gross profit, net profit or return on investment to be achieved on each Color Kinetics Product manufactured, sold or distributed by Color Kinetics.

RESPONSE TO DOCUMENT REQUEST NO. 66

Color Kinetics objects to TIR's definition of the phrase "Color Kinetics Product" as vague, ambiguous, and overbroad. Color Kinetics objects to this request as calling for

information and/or documents which are confidential to Color Kinetics, and which are not

relevant to the issues in this litigation. Color Kinetics further objects to this request on the

grounds that it calls for the production of proprietary and/or privileged documents and things.

Color Kinetics further objects on the grounds and to the extent that responsive documents are not

in the possession, custody, or control of Color Kinetics.

Subject to and without waiving the general objections and/or these specific objections,

Color Kinetics will produce responsive, discoverable, non-privileged, non-work product

documents in its possession, to the extent Color Kinetics understands this request, to the extent

such documents exist, to the extent they are in the possession, custody, or control of Color

Kinetics, and to the extent that they are relevant to this litigation.


Document Request No. 67

All periodic (monthly, quarterly, or yearly) management or operating reports concerning
any Color Kinetics Product, including but not limited to, income statements, balance sheets and
operating statistics.

RESPONSE TO DOCUMENT REQUEST NO. 67

Color Kinetics objects to TIR's definition of the phrase "Color Kinetics Product" as

vague, ambiguous, and overbroad. Color Kinetics objects to this request as calling for

information and/or documents which are confidential to Color Kinetics, and which are not

relevant to the issues in this litigation. Color Kinetics further objects to this request on the

grounds that it calls for the production of proprietary and/or privileged documents and things.

Color Kinetics further objects on the grounds and to the extent that responsive documents are not

in the possession, custody, or control of Color Kinetics.

Subject to and without waiving the general objections and/or these specific objections,

Color Kinetics will produce responsive, discoverable, non-privileged, non-work product documents in its possession, to the extent Color Kinetics understands this request, to the extent such documents exist, to the extent they are in the possession, custody, or control of Color Kinetics, and to the extent that they are relevant to this litigation.

Document Request No. 68

All Color Kinetics annual quarterly reports.

RESPONSE TO DOCUMENT REQUEST NO. 68

Color Kinetics objects to this request as overly broad, unnecessarily burdensome, and calling for information and/or documents which are confidential to Color Kinetics, and which are not relevant to the issues in this litigation. Color Kinetics further objects to this request on the grounds that it calls for the production of proprietary and/or privileged documents and things.

Subject to and without waiving the general objections and/or these specific objections, Color Kinetics will produce responsive, discoverable, non-privileged, non-work product documents in its possession, to the extent Color Kinetics understands this request and to the extent such documents exist.

Document Request No. 69

Charts and other documents relating to the organization of Color Kinetics from 1995 to the present which list or identify the persons having responsibility for the following functions relating to the making, using or selling of any Color Kinetics Product at any time since the earliest of such devices was conceived:

a.    chief executive officer;

b.    chief operating officer;

c.    manufacturing;

d.    marketing or distribution;

e.    advertising;

f.    sales;

g.    product design;

h.    product engineering; and

i.    research and development.

RESPONSE TO DOCUMENT REQUEST NO. 69

Color Kinetics objects to this request as overly broad, unnecessarily burdensome, and calling for information and/or documents which are confidential to Color Kinetics, and which are not relevant to the issues in this litigation. Color Kinetics further objects to this request on the grounds that it calls for the production of proprietary and/or privileged documents and things.

Subject to and without waiving the general objections and/or these specific objections, Color Kinetics will produce responsive, discoverable, non-privileged, non-work product documents in its possession, to the extent Color Kinetics understands this request and to the extent such documents exist.

Document Request No. 70

All documents and things concerning the following policies of Color Kinetics, whether formal or informal:

a.    document retention or document destruction policies;

b.    disclosure of inventions to patent counsel or patent staff;

c.    competitive intelligence;

d.    monitoring third parties' activities in the marketplace; and

e.    awards, incentives or compensations to inventors who become listed on issued Color Kinetics Patents-in-Suit.

RESPONSE TO DOCUMENT REQUEST NO. 70

Color Kinetics objects to this request as overly broad, unnecessarily burdensome, and calling for information and/or documents which are confidential to Color Kinetics, and which are not relevant to the issues in this litigation. Color Kinetics further objects to this request on the grounds that it calls for the production of proprietary and/or privileged documents and things.

Subject to and without waiving the general objections and/or these specific objections, Color Kinetics will produce responsive, discoverable, non-privileged, non-work product documents in its possession, to the extent Color Kinetics understands this request and to the extent such documents exist.

Document Request No. 71

All documents and things concerning each person or entity who will share in the costs of, or participate in any proceeds (whether settlement payments, royalties, damages, etc.) awarded in this litigation.

RESPONSE TO DOCUMENT REQUEST NO. 71

Color Kinetics objects to this request as overly broad, unnecessarily burdensome, and calling for information and/or documents which are confidential to Color Kinetics, and which are not relevant to the issues in this litigation. Color Kinetics further objects to this request on the grounds that it calls for the production of proprietary and/or privileged documents and things.

Subject to and without waiving the general objections and/or these specific objections, Color Kinetics will produce responsive, discoverable, non-privileged, non-work product documents in its possession, to the extent Color Kinetics understands this request and to the

extent such documents exist.

Document Request No. 72

All documents and things concerning any witness statements obtained by Color Kinetics relating in any way to the issues of this litigation.

RESPONSE TO DOCUMENT REQUEST NO. 72

Color Kinetics objects to this request as calling for information and/or documents which are confidential to Color Kinetics, and which are not relevant to the issues in this litigation. Color Kinetics further objects to this request on the grounds that it calls for the production of proprietary and/or privileged documents and things. Color Kinetics further objects on the grounds and to the extent that responsive documents are not in the possession, custody, or control of Color Kinetics.

Subject to and without waiving the general objections and/or these specific objections, Color Kinetics will produce responsive, discoverable, non-privileged, non-work product documents in its possession, to the extent Color Kinetics understands this request, to the extent such documents exist, to the extent they are in the possession, custody, or control of Color Kinetics, and to the extent that they are relevant to this litigation.

Document Request No. 73

For each person Color Kinetics intends to use as a witness in this case:

a.    all documents of such person(s) referring or relating to this case, and/or any issues in this case, including any matters about which such person(s) will testify in this case in deposition, at trial or otherwise;

b.    all documents reviewed and/or consulted by or on behalf of such person(s) as a part of any participation in this case;

      c.      all documents, including graphs, charts, models, exhibits, drawings and/or ph8sicials, upon which such person(s) has relied or upon which any person(s) intends to rely in this case in deposition, at trial or otherwise; and

      d.      all documents and/or things provided to such person(s), by Color Kinetics or any agent of Color Kinetics, in connection with this case.

## RESPONSE TO DOCUMENT REQUEST NO. 73

Color Kinetics objects to this request as calling for information and/or documents which are confidential to Color Kinetics, and which are not relevant to the issues in this litigation. Color Kinetics further objects to this request on the grounds that it calls for the production of proprietary and/or privileged documents and things. Color Kinetics further objects on the grounds and to the extent that responsive documents are not in the possession, custody, or control of Color Kinetics.

Subject to and without waiving the general objections and/or these specific objections, Color Kinetics will produce responsive, discoverable, non-privileged, non-work product documents in its possession, to the extent Color Kinetics understands this request, to the extent such documents exist, to the extent they are in the possession, custody, or control of Color Kinetics, and to the extent that they are relevant to this litigation.

## Document Request No. 74

For each person Color Kinetics intends to use as an expert witness in this case:

      a.      all publications, articles, books and/or papers authored, co-authored, edited or otherwise generated by such person(s);

      b.      all documents and/or things authored, co-authored, edited or otherwise generated by or on behalf of such person(s), and which refer and/or relate to any opinions and/or testimony of any such person(s) rendered or to be rendered in this case;

c.       all transcripts, including all exhibits thereto, of any trial and/or deposition testimony of such person(s) in any prior litigation;

d.       all documents and/or things reviewed and/or consulted by or on behalf of such person(s) as a part of any participation in this case;

e.       all documents and all things, including graphs, charts, models, exhibits, drawing and/or physical items, upon which such person(s) has relied upon which such person(s) intends to rely in deposition, at trial or otherwise in this case;

f.       all documents and/or things upon which any opinions and/or testimony of such person(s) in this case are based;

g.       all documents and/or things provided to such person(s), and/or any agent of such person(s), by Color Kinetics or any agent of Color Kinetics (including counsel for Color Kinetics), in connection with this case; and

h.       all resumes, curricula vitae and/or other document listing the education, experience and/or training of such person(s).

## RESPONSE TO DOCUMENT REQUEST NO. 74

Color Kinetics objects to this request as calling for information and/or documents which are confidential to Color Kinetics, and which are not relevant to the issues in this litigation. Color Kinetics further objects to this request on the grounds that it calls for the production of proprietary and/or privileged documents and things. Color Kinetics further objects on the grounds and to the extent that responsive documents are not in the possession, custody, or control of Color Kinetics.

Subject to and without waiving the general objections and/or these specific objections, Color Kinetics will produce responsive, discoverable, non-privileged, non-work product documents in its possession, to the extent Color Kinetics understands this request, to the extent such documents exist, to the extent they are in the possession, custody, or control of Color Kinetics, and to the extent that they are relevant to this litigation.

Document Request No. 75

All documents and things relevant to any of the matters averred by the parties in their pleadings in this action, including without limitation such documents and things:

    a.     disclosed in Color Kinetics' Initial Document Disclosure; and

    b.     in the possession, custody or control of the individuals listed in Color Kinetics' Sworn Statement Pursuant to Local Rule 26.1(B).

RESPONSE TO DOCUMENT REQUEST NO. 75

Color Kinetics objects to this request as calling for information and/or documents which are confidential to Color Kinetics, and which are not relevant to the issues in this litigation. Color Kinetics further objects to this request on the grounds that it calls for the production of proprietary and/or privileged documents and things. Color Kinetics further objects on the grounds and to the extent that responsive documents are not in the possession, custody, or control of Color Kinetics.

Subject to and without waiving the general objections and/or these specific objections, Color Kinetics will produce responsive, discoverable, non-privileged, non-work product documents in its possession, to the extent Color Kinetics understands this request, to the extent such documents exist, to the extent they are in the possession, custody, or control of Color Kinetics, and to the extent that they are relevant to this litigation.

Document Request No. 76

All documents and things identified and/or relied on in answering any interrogatory of Defendant's First Set of Interrogatories to Plaintiff.

RESPONSE TO DOCUMENT REQUEST NO. 76

Color Kinetics incorporates its objections propounded in its Answers to Defendant's First Set of Interrogatories.

Color Kinetics objects to this request as overly broad, unnecessarily burdensome, and calling for information and/or documents which are confidential to Color Kinetics, and which are not relevant to the issues in this litigation. Color Kinetics further objects to this request on the grounds that it calls for the production of proprietary and/or privileged documents and things.

Subject to and without waiving the general objections and/or these specific objections, Color Kinetics will produce responsive, discoverable, non-privileged, non-work product documents in its possession, to the extent Color Kinetics understands this request and to the extent such documents exist.

Respectfully submitted,

COLOR KINETICS INCORPORATED

Dated: August 3, 2005

by: _____
Matthew B. Lowrie, BBO No. 563,414
Aaron W. Moore, BBO No. 638,076
Emily A. Berger, BBO No. 650,841
Lowrie, Lando & Anastasi, LLP
Riverfront Office Park
One Main Street - 11th Floor
Cambridge, MA 02142
Tel : 617-395-7000
Fax: 617-395-7070

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 3rd day of August, 2005, a true copy of the foregoing was served by hand to:

> Mark G. Matuschak, Esq.
> Wendy A. Haller, Esq.
> WILMER CUTLER PICKERING HALE AND DORR LLP
> 60 State Street
> Boston, MA 02109

and by mail to:

> S. Calvin Walden, Esq.
> Wilmer Cutler Pickering Hale and Dorr LLP
> 300 Park Avenue
> New York, NY 10022

> Michael A. Oblon, Esq.
> Wilmer Cutler Pickering Hale and Dorr LLP
> The Willard Office Building
> 1455 Pennsylvania Avenue, N.W.
> Washington, DC 20004

Emily A. Berger