LOWRIE, LANDO & ANASTASI, LLP
*Devoted to Intellectual Property Law*

**Aaron W. Moore**
amoore@ll-a.com
direct dial 617-395-7016

September 8, 2005

**BY FACSIMILE AND E-MAIL**

Michael A. Oblon, Esq.
Wilmer Cutler Pickering
Hale and Dorr LLP
The Willard Office Building
1455 Pennsylvania Avenue, NW
Washington, DC 20004

Re: Color Kinetics, Inc. v. TIR Systems Ltd.
D. Mass. No.: 03-12491-MEL
Our File No.: C1104-6002

Dear Michael:

This is in response to your e-mail of September 6th proposing a new case schedule. Color Kinetics is willing to agree to extend the existing schedule by three months, but is not willing to agree to the various milestones in the new proposal.

In particular, we are not willing to agree to the date for "CK to provide invention dates and conception information." We do not believe that any supplementation of our interrogatory answer is necessary at the moment because we are not currently planning to rely on an earlier invention date. TIR certainly does not need this information to state its invalidity contentions and its claim otherwise is just another delay tactic, in our view.

We also are not willing to wait until mid-October for TIR to state whether it will rely on any opinions in this case and produce any such opinions. That information was the subject of valid discovery requests issued long ago and there is no reason for it not to have been produced by now.

In addition, we are not willing to agree to a schedule that provides for an early Markman hearing because we do not believe that to be a sensible approach. Reasons to not stage the case in that fashion include those listed by your partner Bill Lee in the article he published disfavoring the idea of early Markman proceedings. It also appears to us that Judge Lasker prefers to handle claim construction as part of the summary judgment process, as he did recently in the Super Vision case. Finally, this issue was already resolved by us when we initially presented a schedule to Judge Lasker; there is no reason for us or him to revisit it.






If you are interested in a joint motion to simply extend the existing schedule by three months, please let me know.

Please also let me know when TIR will have its 30(b)(6) witness(es) ready for deposition. We will not be producing any Color Kinetics witnesses until after the earlier-noticed TIR 30(b)(6) takes place.

Sincerely,

LOWRIE, LANDO & ANASTASI, LLP

Aaron W. Moore

AWM/sg