## Oblon, Michael

| | |
|---|---|
| **From:** | Oblon, Michael |
| **Sent:** | Thursday, August 04, 2005 3:15 PM |
| **To:** | 'mlowrie@ll-a.com'; 'Emily Berger' |
| **Subject:** | Color Kinetics Incorporated v. TIR Systems Ltd. |

Matt and Emily,

Please find attached a proposed protective order for the above-captioned matter.

Sincerely,

Michael Oblon


Michael A. Oblon
Wilmer Cutler Pickering Hale and Dorr LLP
1455 Pennsylvania Avenue, N.W.
Washington, DC  20004
Tel: 202-942-8486
Fax: 202-942-8484
michael.oblon@wilmerhale.com

This email message and any attachments are confidential and may be privileged. If you are not the intended recipient, please notify Wilmer Cutler Pickering Hale and Dorr LLP immediately -- by replying to this message or by sending an email to postmaster@wilmerhale.com -- and destroy all copies of this message and any attachments without reading or disclosing their contents. Thank you.

For more information about Wilmer Cutler Pickering Hale and Dorr LLP, please visit us at http://www.wilmerhale.com.