## Oblon, Michael

**From:** Aaron Moore [AMoore@ll-a.com]
**Sent:** Monday, August 22, 2005 11:30 AM
**To:** Oblon, Michael
**Cc:** CK6002
**Subject:** Color Kinetics v. TIR

Michael,

On the confidentiality issue, we are simply looking for a lower confidentiality tier that would include documents that are not public but that may be shown to our respective clients. This seems like something we should be able to agree on. We would like the draft order modified to replace "CONFIDENTIAL" with "HIGHLY CONFIDENTIAL" pending the possible addition of a lower tier.

On the prosecution issue (para. 13), we still believe it would be highly unusual for a firm to be precluded from prosecuting for a client simply because that firm also represents that client in litigation. As we suspect that we will want to present this issue to Judge Lasker for resolution, please be sure that Wilmer Cutler wants to take this position. We are willing to agree to restrictions that protect against anyone actually doing prosecution from learning of CONFIDENTIAL information, but your proposed blanket ban seems far too broad to us.

In the meantime, we will abide by the proposed order as it stands, with the modification suggested above.

Please produce your documents immediately.

Thanks.

--Aaron

> -----Original Message-----
> **From:** Oblon, Michael [mailto:Michael.Oblon@wilmerhale.com]
> **Sent:** Friday, August 19, 2005 3:52 PM
> **To:** Aaron Moore
> **Subject:** RE: Color Kinetics v. TIR
>
> Okay. For now, I'll hold off in the production with the hopes that we can resolve this on Monday. Otherwise, if we pull the technical documents, you will have large gaps throughout the production, and you'll then have to spend quite a bit of time to fill them once the protective order issue is resolved.
>
> By the way, who is "CK6002" (copied on your email messages)? I assume that is an internal routing to Matt and Emily, but I need to be cautious so as not to send any messages directly to your client inadvertently.
>
> Michael
>
>
> Michael A. Oblon
> Wilmer Cutler Pickering Hale and Dorr LLP
> 1455 Pennsylvania Avenue, N.W.
> Washington, DC  20004
> Tel:  202-942-8486
> Fax: 202-942-8484
> michael.oblon@wilmerhale.com

10/5/2005

This email message and any attachments are confidential and may be privileged. If you are not the intended recipient, please notify Wilmer Cutler Pickering Hale and Dorr LLP immediately -- by replying to this message or by sending an email to postmaster@wilmerhale.com -- and destroy all copies of this message and any attachments without reading or disclosing their contents. Thank you.

For more information about Wilmer Cutler Pickering Hale and Dorr LLP, please visit us at http://www.wilmerhale.com.

-----Original Message-----
**From:** Aaron Moore [mailto:AMoore@ll-a.com]
**Sent:** Friday, August 19, 2005 3:45 PM
**To:** Oblon, Michael
**Cc:** CK6002
**Subject:** RE: Color Kinetics v. TIR

Hi Michael,

I got your voicemail. I do need to chat with Matt about paragraph 25 and he's not in today.

Are you available on Monday morning?

--Aaron

-----Original Message-----
**From:** Oblon, Michael [mailto:Michael.Oblon@wilmerhale.com]
**Sent:** Thursday, August 18, 2005 2:59 PM
**To:** Aaron Moore
**Subject:** RE: Color Kinetics v. TIR

Aaron,

Thank you for responding.

With regard to paragraph 25, please confirm that you have coordinated with Matt Lowrie about this, since I prepared it in response to his request. To my understanding, Matt wants to avoid having "limited exceptions" to the confidentiality provisions.

As for paragraph 13, please explain what language is unduly restrictive. The language that we proposed is narrowly tailored so that your firm is not completely restricted from prosecuting applications for Color Kinetics. At the same time, for those applications that claim priority before this litigation, the firms are restricted from all prosecution-related activities, including providing advice to the client or another firm regarding the application. Is that your concern?

Michael


Michael A. Oblon
Wilmer Cutler Pickering Hale and Dorr LLP
1455 Pennsylvania Avenue, N.W.
Washington, DC 20004
Tel: 202-942-8486
Fax: 202-942-8484
michael.oblon@wilmerhale.com

This email message and any attachments are confidential and may be privileged. If you are not the intended recipient, please notify

Wilmer Cutler Pickering Hale and Dorr LLP immediately -- by replying to this message or by sending an email to postmaster@wilmerhale.com -- and destroy all copies of this message and any attachments without reading or disclosing their contents. Thank you.

For more information about Wilmer Cutler Pickering Hale and Dorr LLP, please visit us at http://www.wilmerhale.com.


-----Original Message-----
**From:** Aaron Moore [mailto:AMoore@ll-a.com]
**Sent:** Wednesday, August 17, 2005 12:20 PM
**To:** Oblon, Michael
**Cc:** CK6002
**Subject:** RE: Color Kinetics v. TIR

Michael,

Because paragraph 25 of the proposed Protective Order requires both identifying to the producing party exactly what will be shown to the client and obtaining permission of the producing party (which can be withheld for any reason), it seems to me that the same thing could be achieved by simply asking the other party for permission to make a limited exception to the confidentiality provisions. What is the benefit of this paragraph?

On the prosecution issue, the proposed ban seems unduly restrictive. Would TIR agree to amend the proposed scheme to (a) preclude the firms from doing any prosecution for the respective clients during the pendency of this case and until the return of all confidential materials and (b) that no individual attorney who sees confidential information would ever prosecute related cases?

Thanks.

--Aaron Moore

Aaron W. Moore
amoore@ll-a.com
Lowrie, Lando & Anastasi, LLP
Riverfront Office Park
One Main Street - 11th Floor
Cambridge, MA 02142
T +1 (617) 395-7000; F +1 (617) 395-7070; DD +1 (617) 395-7016

Confidentiality Note: This e-mail message and any attachments may contain confidential or privileged information. If you are not the intended recipient, please notify me immediately by replying to this message. Please destroy all copies of this message and any attachments. Thank you.