## Oblon, Michael

---

**From:**     Aaron Moore [AMoore@ll-a.com]

**Sent:**     Thursday, August 25, 2005 3:16 PM

**To:**       Oblon, Michael

**Cc:**        CK6002

**Subject:** RE: Letter of August 24th

Michael,

You are not correct.  This is the text of my e-mail from Monday:

*****

Michael,

On the confidentiality issue, we are simply looking for a lower confidentiality tier that would include documents that are not public but that may be shown to our respective clients.  This seems like something we should be able to agree on.  We would like the draft order **modified** to replace "CONFIDENTIAL" with "HIGHLY CONFIDENTIAL" pending the possible addition of a lower tier.

On the prosecution issue (para. 13), we still believe it would be highly unusual for a firm to be precluded from prosecuting for a client simply because that firm also represents that client in litigation.  As we suspect that we will want to present this issue to Judge Lasker for resolution, please be sure that Wilmer Cutler wants to take this position.  We are willing to agree to restrictions that protect against anyone actually doing prosecution from learning of CONFIDENTIAL information, but your proposed blanket ban seems far too broad to us.

**In the meantime, we will abide by the proposed order as it stands, with the modification suggested above.**

Please produce your documents immediately.

Thanks.

*****

The "modification" was swapping "HIGHLY CONFIDENTIAL" for "CONFIDENTIAL," which does not appear to be something with which you have a problem.

--Aaron

> -----Original Message-----
> **From:** Oblon, Michael [mailto:Michael.Oblon@wilmerhale.com]
> **Sent:** Thursday, August 25, 2005 2:59 PM
> **To:** Aaron Moore
> **Subject:** FW: Letter of August 24th
>
> Aaron,
>
> I can't stress enough that it is your firm that is causing the delay.  Today is the first time that you agreed to operate under the terms of our proposed order.  On Monday, you suggested modifications and when I sent you on Tuesday new language incorporating those modifications, you continued to object.
>
> Now that your firm finally agrees to operate under the terms of our proposed order, we can begin the production.  I have sent documents to the photocopier.  You should receive them tomorrow or Friday.

10/5/2005

Michael


-----Original Message-----
**From:** Aaron Moore [mailto:AMoore@ll-a.com]
**Sent:** Thursday, August 25, 2005 10:26 AM
**To:** Oblon, Michael
**Cc:** CK6002
**Subject:** RE: Letter of August 24th

Michael,

I will respond to your letter in detail later today.  In the meantime, please begin the production of documents that you said would start weeks ago and tell me by the end of the day today <u>exactly when we will receive the initial TIR document production</u>.  I told you on Monday that we would agree to operate under the terms of your proposed order but would ask Judge Lasker for a less restrictive arrangement. There is no more room for delay.

Thanks.

--Aaron


-----Original Message-----
**From:** Oblon, Michael [mailto:Michael.Oblon@wilmerhale.com]
**Sent:** Wednesday, August 24, 2005 8:29 PM
**To:** Aaron Moore
**Subject:** Letter of August 24th

Aaron,

Please see the attached letter.

Michael




Michael A. Oblon
Wilmer Cutler Pickering Hale and Dorr LLP
1455 Pennsylvania Avenue, N.W.
Washington, DC  20004
Tel:  202-942-8486
Fax: 202-942-8484
michael.oblon@wilmerhale.com


This email message and any attachments are confidential and may be privileged. If you are not the intended recipient, please notify Wilmer Cutler Pickering Hale and Dorr LLP immediately -- by replying to this message or by sending an email to postmaster@wilmerhale.com <mailto:postmaster@wilmerhale.com> -- and destroy all copies of this message and any attachments without reading or disclosing their contents. Thank you.

For more information about Wilmer Cutler Pickering Hale and Dorr LLP, please visit us at http://www.wilmerhale.com.
<<SFX322.pdf>>