# WILMER CUTLER PICKERING
## HALE AND DORR LLP

August 30, 2005

**By Email**

Aaron W. Moore, Esq.
Lowrie, Lando & Anastasi, LLP
Riverfront Office Park
1 Main Street, 11th Floor
Cambridge, MA 02142

Michael A. Oblon

THE WILLARD OFFICE BUILDING
1455 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, DC 20004
+1 202 942 8486
+1 202 942 8484 fax
michael.oblon@wilmerhale.com

Re:   <u>Color Kinetics Incorporated v. TIR Systems Ltd., Civ. No. 03-12491-MEL</u>

Dear Aaron:

Further to my email on August 26, 2005, TIR is in the process of producing documents in response to Color Kinetics' requests for the production of documents in the above-captioned matter. This is to confirm that on that date, we sent three boxes of documents to you, bearing production numbers TIR 00001-7432, by FedEx for Saturday morning delivery. Today, we sent two boxes of documents bearing production numbers TIR 7433-11318. As we discussed yesterday, we will continue producing documents to you on a rolling basis, as soon as they are processed and copied.

Per our agreement last week, since you have not agreed to a protective order, TIR's entire document production is provided for review only by outside litigation counsel at Lowrie, Lando & Anatasi LLP on an "Attorneys' Eyes Only" basis. Furthermore, on behalf of your firm, you agree that TIR's documents and the information provided therein will not be disclosed to anyone at your firm who performs patent prosecution for Color Kinetics, and that none of the attorneys at your firm who has any involvement in this case will perform patent prosecution for Color Kinetics (or provide advice to others regarding the same).

Sincerely,

*/s/ Michael A. Oblon*

Michael A. Oblon

BALTIMORE   BEIJING   BERLIN   BOSTON   BRUSSELS   LONDON   MUNICH
NEW YORK   NORTHERN VIRGINIA   OXFORD   PALO ALTO   WALTHAM   WASHINGTON

US1DOCS 5270422v1