# WILMER CUTLER PICKERING
## HALE AND DORR LLP

October 11, 2005

**By Hand Delivery**

Mr. George Howarth
Courtroom ECF Clerk
United States District Court
 District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way – Suite 2300
Boston, MA 02210

S. Calvin Walden

399 PARK AVENUE
NEW YORK, NY 10022
+1 212 937 7215
+1 212 230 8888 fax
calvin.walden@wilmerhale.com

Re:   Color Kinetics Incorporated v. TIR Systems Ltd. – Civ. Action No. 03-cv-12491 (MEL)

Dear Mr. Howarth:

We represent defendant TIR Systems Ltd. in the above-referenced matter. On October 6, 2005, we filed defendant's First Motion to Compel, with 5 exhibits, electronically. Exhibit D to that Motion was a copy of plaintiff Color Kinetics Incorporated's Responses to TIR's First Set of Interrogatories. Exhibit D should have been filed under seal but was not based on an inadvertent error in filing. Accordingly, please replace the originally filed Exhibit D with the enclosed confidential copy of Exhibit D now filed under seal. We also request that the electronic docket for this case be adjusted to note that Exhibit D has been filed under seal.

Very truly yours,

*/s/ S. Calvin Walden*

S. Calvin Walden

Enclosure

cc:   Aaron Moore, Esq.
      Mark Matuschak, Esq.