IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COLOR KINETICS INCORPORATED,<br><br>　　　　　Plaintiff<br><br>v.<br><br>TIR SYSTEMS LTD.,<br><br>　　　　　Defendant. | Civil Action No.:  1:03-cv-12491-MEL |

## ASSENTED-TO MOTION TO ENLARGE TIME

Plaintiff Color Kinetics Incorporated ("Color Kinetics"), by its counsel, moves that the time within which it is required to oppose both Defendant's First Motion to Compel and Defendant's Motion for Protective Order, be enlarged by two business days, to and including October 24, 2005.

Color Kinetics has conferred with counsel for TIR Systems Ltd., and they have assented to this motion.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　COLOR KINETICS INCORPORATED

Dated: October 19, 2005　　　　by:　　　　/s/ Emily A. Berger
　　　　　　　　　　　　　　　　　　　　　　　Matthew B. Lowrie, BBO#563414
　　　　　　　　　　　　　　　　　　　　　　　Aaron W. Moore, BBO#638076
　　　　　　　　　　　　　　　　　　　　　　　Emily A. Berger, BBO#650841
　　　　　　　　　　　　　　　　　　　　　　　Lowrie, Lando & Anastasi, LLP
　　　　　　　　　　　　　　　　　　　　　　　One Main Street - 11th Floor
　　　　　　　　　　　　　　　　　　　　　　　Cambridge, MA 02142
　　　　　　　　　　　　　　　　　　　　　　　Tel: 617-395-7000
　　　　　　　　　　　　　　　　　　　　　　　Fax: 617-395-7070

773430.1