

**LOWRIE, LANDO & ANASTASI, LLP**
*Devoted to Intellectual Property Law*

Aaron W. Moore
amoore@LL-A.com
direct dial (617) 395-7016

September 28, 2005

Mark G. Matuschak, Esq.
Wilmer Cutler Pickering Hale and Dorr, LLP
60 State Street
Boston, MA 02109

    Re:   Color Kinetics, Inc. v. TIR Systems, ltd.
            D. Mass. Civil Action No.: 03-cv-12491 (MEL)
            <u>Our File NO.:  C1104-6002</u>

Dear Mark:

    Enclosed is a Notice of Deposition of TIR that is directed to the issue of the color changing LED products. The deposition is scheduled for October 13, 2005, 9:30 a.m. at our office. As Matt mentioned at the courthouse, we are willing to take in deposition in Vancouver and are also willing to be somewhat flexible on the timing. Please let us know if you would prefer that the deposition take place in Canada and whether the date is acceptable.

    We also ask that the deponent bring to the deposition samples of the TIR color changing LED products.

    Thanks.

                                                    Sincerely,

                                                  LOWRIE, LANDO & ANASTASI, LLP

                                                  Aaron W. Moore

AWM/sg
Enclosure

Riverfront Office Park, One Main Street, Eleventh Floor, Cambridge, MA  02142   T 617-395-7000   F 617-395-7070

WWW.LL-A.COM

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COLOR KINETICS INCORPORATED,<br><br>      Plaintiff<br><br>v.<br><br>TIR SYSTEMS LTD.,<br><br>      Defendant. | Civil Action No.: 03-cv-12491 (MEL) |

TO:   Mark G. Matuschak, Esq.
        Wilmer Cutler Pickering Hale and Dorr LLP
        60 State Street
        Boston, MA 02109

### NOTICE OF DEPOSITION

PLEASE TAKE NOTICE THAT, pursuant to Fed. R. Civ. P. 30(b)(6), plaintiff Color Kinetics Incorporated will take the deposition of defendant TIR Systems, Ltd. at the offices of Lowrie, Lando & Anastasi, LLP, Riverfront Office Park, One Main Street, 11th Floor, Cambridge, MA 02142 on October 13, 2005 at 9:30 a.m. on the topics listed on the attached Schedule A. The deposition will be recorded by videographic and stenographic means and will continue from day-to-day until completed.

Because there will be considerable expense in preparing for and taking the deposition, defendant is reminded that the person designated to testify on each topic is expected to have conducted a sufficient investigation or to have been given sufficient information to be prepared to give testimony on behalf of the defendant.

## SCHEDULE A

### Topics

1.  The design, structure, and operation of any and all TIR devices, systems, or products that are capable of generating more than one color of light through the use of light emitting diodes including, without limitation, TIR's "Destiny" line of products.

You are invited to attend and cross-examine.

Dated: September 28, 2005

_____
Matthew B. Lowrie, BBO No. 563,414
Aaron W. Moore, BBO No. 638,076
Emily A. Berger, BBO No. 650,841
Lowrie, Lando & Anastasi, LLP
Riverfront Office Park
One Main Street - 11th Floor
Cambridge, MA 02142
Tel: 617-395-7000
Fax: 617-395-7070

**CERTIFICATE OF SERVICE**

I hereby certify that today I caused a true and correct copy of this Notice of Deposition to be served, by hand, on the following counsel of record:

Mark G. Matuschak, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

Dated: September 28, 2005

_____
Aaron W. Moore

- 2 -