# DESTINY™
# Destiny CG





**features**
- Effective grazing illumination up to 30' with smooth gradient
- Effective projector flood light up to 30'
- Available with narrow or wide asymmetric optics
- Uniform color mixing with 48 Luxeon® LEDs
- DMX512 compatibility for dynamic color control
- TIR® Thermal management system protects electronic components from heat damage
- Robust construction suitable for outdoor applications
- Operational and environmental benefits of LED technology

## standard specifications

| | |
|---|---|
| OPTICS | Narrow Graze, Wide Graze, 22°, 45° |
| LIGHT SOURCE | 48 Luxeon® high flux LEDs |
| DISTRIBUTION | Asymmetric narrow beam surface graze |
| SETBACK DISTANCE | 9", 10", 11" (to luminaire centerline) |
| FINISH | 3 standard powdercoat finishes: black, silver and white |
| POWER SUPPLY | 100 VAC to 240 VAC Integral power supply, auto ranging (50-60 Hz) |

## standard order codes

| DES — | CG | — _____ | — _____ | — _____ | — _____ | — DMX |
|---|---|---|---|---|---|---|
| SERIES | PRODUCT | OPTIC | LED LIGHT COLOR | | FINISH | NETWORK |
| Destiny™ | Destiny CG | **NGO** Narrow Graze Optic | **RGB** 16 red 16 green 16 blue | | **BLK** Black | **DMX** DMX Network |
| | | **WGO** Wide Graze Optic | | | **SLR** Silver | |
| | | **22°** 22° beam angle | **RED** 48 red | | **WHT** White | |
| | | **45°** 45° beam angle | **GRN** 48 green | | **CUS** Custom color | |
| | | | **BLU** 48 blue | | | |
| | | | **ABR** 48 amber | | | |
| | | | **WWH** 48 warm white, 3300K | | | |
| | | | **CWH** 48 cool white, 5500K | | | |

TIR Systems Ltd. is a member of the Luxeon Lighting Network

TIR Systems Ltd.  1 800 663 2036
7700 Riverfront Gate  T 604 294 8477
Burnaby BC  F 604 294 3733
Canada V5J 5M4  www.tirsys.com

Product information subject to change. For up to date product information, please log on to www.tirsys.com

CUT-311-002.01 Destiny CG_Narrow - Wide_imp version_Mar 2005 Page 1





Product information subject to change. For up to date product information, please log on to www.tirsys.com

TIR Systems Ltd.          1 800 663 2036
7700 Riverfront Gate   T 604 294 8477
Burnaby BC                F 604 294 3733
Canada  V5J 5M4       www.tirsys.com

CUT-311-002.01 Destiny CG_Narrow - Wide_imp version_Mar 2005  Page 2

| technical specifications | | | |
|---|---|---|---|
| mechanical | HOUSING | Extruded aluminum; PSU and controller are integral to the luminaire | |
| mechanical | MOUNTING | Wall, ceiling or floor mount; powdercoated stainless steel bracket<br>Variable setback (9", 10", or 11") and ± 180° rotation of luminaire | |
| electrical | INPUT VOLTAGE | 100 VAC to 240 VAC | |
| electrical | MAX INPUT POWER | MODEL / OUTPUT COLOR (ON FULL) / LUMINAIRE INPUT POWER / LUMINAIRE INPUT CURRENT (100 VAC)<br>Standard model / Red / 35W / 0.35 A<br>Standard model / Green / 35W / 0.35 A<br>Standard model / Blue / 35W / 0.35 A<br>Standard model / White / 99W / 0.99 A<br>Single color option / Red, Green, Blue, Amber, White / 99W / 0.99 A | |
| electrical | CONNECTIONS | AC:   Industrial grade AC cable; 16/3<br>DATA: Indivually shielded 24 AWG twisted pair + bare drain for input and output DMX<br>10' standard cable whip length | |
| environmental | TEMPERATURE RANGE | -40°F to 104°F (-40°C to 40°C) operating temperature<br>-4°F to 104°F (-20°C to 40°C) starting temperature | |
| environmental | CERTIFICATION | CUL/UL/CE | |
| environmental | INGRESS PROTECTION | IP66 Rated | |



Product information subject to change. For up to date product information, please log on to www.tirsys.com

TIR Systems Ltd.  1 800 663 2036
7700 Riverfront Gate  T 604 294 8477
Burnaby BC  F 604 294 3733
Canada V5J 5M4  www.tirsys.com

CUT-311-002.01 Destiny CG_Narrow - Wide_imp version_Mar 2005 **Page 3**

### narrow graze illuminance distribution

| Throw Distance (ft) | 10 " SETBACK | Vertical Illuminance (fc) | |
|---|---|---|---|
| 20 | 1.3 | 1.5 | 1.3 |
| 19 | 1.4 | 1.6 | 1.4 |
| 18 | 1.6 | 1.7 | 1.6 |
| 17 | 1.8 | 1.8 | 1.8 |
| 16 | 1.9 | 2.1 | 1.9 |
| 15 | 2.3 | 2.4 | 2.3 |
| 14 | 2.5 | 2.7 | 2.5 |
| 13 | 2.8 | 3.0 | 2.8 |
| 12 | 3.0 | 3.3 | 3.0 |
| 11 | 3.5 | 4.0 | 3.5 |
| 10 | 3.8 | 4.5 | 3.8 |
| 9 | 4.2 | 5.3 | 4.2 |
| 8 | 4.8 | 6.2 | 4.8 |
| 7 | 5.3 | 7.6 | 5.3 |
| 6 | 6.1 | 8.6 | 6.1 |
| 5 | 5.7 | 9.8 | 5.7 |
| 4 | 5.3 | 10.5 | 5.3 |
| 3 | 4.8 | 11.6 | 4.8 |
| 2 | 4.0 | 12.7 | 4.0 |
| 1 | 2.2 | 8.8 | 2.2 |
| 0 | 0 | 0 | 0 |
|   | Centerline-1' | Centerline | Centerline+1' |

### narrow graze photometrics

| BEAM WIDTH | 2', nominal | |
|---|---|---|
| BEAM ANGLE | 20° (face to surface) | |
| THROW DISTANCE | CENTERLINE GRADIENT RATIO | VERTICAL ILLUMINATION AT THROW DISTANCE (fc) - RGB WHITE |
| 20' | 8.5:1 | 1.5 |
| 15' | 5.3:1 | 2.4 |
| 10' | 2.8:1 | 4.5 |



Candela Distribution End View    Candela Distribution Face View



Product information subject to change. For up to date product information, please log on to www.tirsys.com

TIR Systems Ltd.    1 800 663 2036
7700 Riverfront Gate    T 604 294 8477
Burnaby BC    F 604 294 3733
Canada  V5J 5M4    www.tirsys.com

CUT-311-002 D1 Destiny CG_Narrow - Wide_imp version_Mar 22 2005  Page 4

**wide graze illuminance distribution**

| Throw Distance (ft) | | | | | | Vertical Illuminance (fc) | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 10" Setback | | | | | |
| 7 | 0.9 | 1.0 | 1.3 | 1.4 | 1.5 | 1.6 | 1.5 | 1.4 | 1.3 | 1.0 | 0.9 |
| 6 | 1.1 | 1.4 | 1.8 | 2.1 | 2.3 | 2.4 | 2.3 | 2.1 | 1.8 | 1.4 | 1.1 |
| 5 | 1.3 | 2.0 | 2.4 | 3.2 | 3.8 | 3.9 | 3.8 | 3.2 | 2.4 | 2.0 | 1.3 |
| 4 | 1.3 | 2.1 | 3.5 | 5.0 | 6.9 | 7.3 | 6.9 | 5.0 | 3.5 | 2.1 | 1.3 |
| 3 | 1.1 | 2.2 | 4.4 | 8.0 | 13.1 | 14.9 | 13.1 | 8.0 | 4.4 | 2.2 | 1.1 |
| 2 | 0.7 | 1.6 | 4.1 | 11.3 | 26.3 | 35.0 | 26.3 | 11.3 | 4.1 | 1.6 | 0.7 |
| 1 | 0.3 | 0.7 | 2.0 | 7.7 | 32.9 | 62.9 | 32.9 | 7.7 | 2.0 | 0.7 | 0.3 |
| 0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| | -5' | -4' | -3' | -2' | -1 Centerline | +1 | +2' | +3' | +4' | +5' |

**wide graze photometrics**

| SETBACK DISTANCE | 9", 10" or 11" |
|---|---|
| BEAM WIDTH | 10' nominal |
| BEAM ANGLE | 113° (face to surface) |
| **THROW DISTANCE** | **VERTICAL CENTERLINE ILLUMINATION AT THROW DISTANCE (fc) - RGB white** |
| 6' | 2.4 |
| 4' | 7.3 |



End View · Face View · Candela Distribution



Product information subject to change. For up to date product information, please log on to www.tirsys.com

TIR Systems Ltd.   1 800 663 2036
7700 Riverfront Gate   T 604 294 8477
Burnaby BC   F 604 294 3733
Canada  V5J 5M4   www.tirsys.com

CUT-311-002.01 Destiny CG_Narrow - Wide_imp version_Mar 2005 **Page 5**

| Throw Distance (ft) | Vertical Illuminance (fc) | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 4' SETBACK | | | | | | | 8' SETBACK | | | | | |
| | -3' | -2' | -1' | 0' | +1' | +2' | +3' | -3' | -2' | -1' | 0' | +1' | +2' | +3' |
| 10 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.5 | 0.7 | 0.9 | 0.4 | 0.9 | 0.7 | 0.5 |
| 9 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.9 | 1.4 | 0.8 | 2.0 | 0.8 | 1.4 | 0.9 |
| 8 | 0.1 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.1 | 1.5 | 3.0 | 1.6 | 4.5 | 1.6 | 3.0 | 1.5 |
| 7 | 0.2 | 0.3 | 0.4 | 0.5 | 0.4 | 0.3 | 0.2 | 2.6 | 5.9 | 3.7 | 9.8 | 3.7 | 5.9 | 2.6 |
| 6 | 0.3 | 0.6 | 1.0 | 1.2 | 1.0 | 0.6 | 0.3 | 3.9 | 10.2 | 7.8 | 17.9 | 7.8 | 10.2 | 3.9 |
| 5 | 0.5 | 1.3 | 3.3 | 4.3 | 3.3 | 1.3 | 0.5 | 4.6 | 13.7 | 12.4 | 25.8 | 12.4 | 13.7 | 4.6 |
| 4 | 0.7 | 3.0 | 12.9 | 21.9 | 12.9 | 3.0 | 0.7 | 4.2 | 13.7 | 14.9 | 27.5 | 14.9 | 13.7 | 4.2 |
| 3 | 0.9 | 5.3 | 42.3 | 86.3 | 42.3 | 5.3 | 0.9 | 2.7 | 8.7 | 11.6 | 19.0 | 11.6 | 8.7 | 2.7 |
| 2 | 0.8 | 4.8 | 53.7 | 129.0 | 53.7 | 4.8 | 0.8 | 1.4 | 3.6 | 4.9 | 7.3 | 4.9 | 3.6 | 1.4 |
| 1 | 0.6 | 2.2 | 13.8 | 33.8 | 13.8 | 2.2 | 0.6 | 0.7 | 1.3 | 3 | 2.1 | 3 | 1.3 | 0.7 |
| 0 | 0.4 | 1.0 | 2.2 | 3.3 | 2.2 | 1.0 | 0.4 | 0.4 | 0.6 | 2 | 0.8 | 2 | 0.6 | 0.4 |

22° illuminance distribution



22° BEAM — End View — Candela Distribution — 23° — Face View — Candela Distribution — 22°



Product information subject to change. For up to date product information, please log on to www.tirsys.com

TIR Systems Ltd.   1 800 663 2036
7700 Riverfront Gate   T 604 294 8477
Burnaby BC   F 604 294 3733
Canada  V5J 5M4   www.tirsys.com

CUT-311-002 01 Destiny CG_Narrowimp version_Mar 2004

**45° illuminance distribution**

| Throw Distance (ft) | 4' SETBACK | | | | | | | 8' SETBACK | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | 0.2 | 0.2 | 0.2 | 0.3 | 0.2 | 0.2 | 0.2 | 1.6 | 2.0 | 2.4 | 2.5 | 2.4 | 2.0 | 1.6 |
| 9 | 0.2 | 0.3 | 0.4 | 0.4 | 0.4 | 0.3 | 0.2 | 2.3 | 3.1 | 3.7 | 4.1 | 3.7 | 3.1 | 2.3 |
| 8 | 0.4 | 0.6 | 0.8 | 0.9 | 0.8 | 0.6 | 0.4 | 3.2 | 4.3 | 5.4 | 6.0 | 5.4 | 4.3 | 3.2 |
| 7 | 0.6 | 1.1 | 1.6 | 1.8 | 1.6 | 1.1 | 0.6 | 4.1 | 5.4 | 6.8 | 7.6 | 6.8 | 5.4 | 4.1 |
| 6 | 1.1 | 2.4 | 3.8 | 4.4 | 3.8 | 2.4 | 1.1 | 4.8 | 6.0 | 7.6 | 8.7 | 7.6 | 6.0 | 4.8 |
| 5 | 2.0 | 5.0 | 9.2 | 11.4 | 9.2 | 5.0 | 2.0 | 5.4 | 6.4 | 8.5 | 10.0 | 8.5 | 6.4 | 5.4 |
| 4 | 3.2 | 9.5 | 18.2 | 25.2 | 18.2 | 9.5 | 3.2 | 6.1 | 7.8 | 10.1 | 11.9 | 10.1 | 7.8 | 6.1 |
| 3 | 3.7 | 14.0 | 23.7 | 35.6 | 23.7 | 14.0 | 3.7 | 5.9 | 8.9 | 12.2 | 14.2 | 12.2 | 8.9 | 5.9 |
| 2 | 2.9 | 14.8 | 31.6 | 47.7 | 31.6 | 14.8 | 2.9 | 4.2 | 7.3 | 10.5 | 12.3 | 10.5 | 7.3 | 4.2 |
| 1 | 1.5 | 7.4 | 26.1 | 43.0 | 26.1 | 7.4 | 1.5 | 2.1 | 3.9 | 5.6 | 6.2 | 5.6 | 3.9 | 2.1 |
| 0 | 0.7 | 2.0 | 5.5 | 8.4 | 5.5 | 2.0 | 0.7 | 1.0 | 1.6 | 2.2 | 2.5 | 2.2 | 1.6 | 1.0 |
|  | -3' | -2' | -1' | 0' | +1' | +2' | +3' | -3' | -2' | -1' | 0' | +1' | +2' | +3' |

Vertical Illuminance (fc)



45° BEAM — End View / Face View — Candela Distribution



Product information subject to change. For up to date product information, please log on to www.tirsys.com

TIR Systems Ltd.    1 800 663 2036
7700 Riverfront Gate    T 604 294 8477
Burnaby BC    F 604 294 3733
Canada V5J 5M4    www.tirsys.com

CUT-311-002.01 Destiny CG_Narrowimp version_Mar 2004

# DESTINY™
## Destiny CG





**features**
- Effective grazing illumination up to 9m with smooth gradient
- Effective projector flood light up to 9m
- Available with narrow or wide asymmetric optics
- Uniform color mixing with 48 Luxeon® LEDs
- DMX512 compatibility for dynamic color control
- TIR® Thermal management system protects electronic components from heat damage
- Robust construction suitable for outdoor applications
- Operational and environmental benefits of LED technology

### standard specifications

| | |
|---|---|
| OPTICS | Narrow Graze, Wide Graze, 22°, 45° |
| LIGHT SOURCE | 48 Luxeon® high flux LEDs |
| DISTRIBUTION | Asymmetric narrow beam surface graze |
| SETBACK DISTANCE | 229mm, 254mm, 279mm (to luminaire centerline) |
| FINISH | 3 standard powdercoat finishes: black, silver and white |
| POWER SUPPLY | 100 VAC to 240 VAC Integral power supply, auto ranging (50-60 Hz) |

### standard order codes

**DES — CG — _____ — _____ — _____ — DMX**

| SERIES | PRODUCT | OPTIC | LED LIGHT COLOR | FINISH | NETWORK |
|---|---|---|---|---|---|
| Destiny™ | Destiny CG | **NGO** Narrow Graze Optic<br>**WGO** Wide Graze Optic<br>**22°** 22° beam angle<br>**45°** 45° beam angle | **RGB** 16 red / 16 green / 16 blue<br>**RED** 48 red<br>**GRN** 48 green<br>**BLU** 48 blue<br>**ABR** 48 amber<br>**WWH** 48 warm white, 3300K<br>**CWH** 48 cool white, 5500K | **BLK** Black<br>**SLR** Silver<br>**WHT** White<br>**CUS** Custom color | **DMX** DMX Network |

TIR Systems Ltd. is a member of the Luxeon Lighting Network

Product information subject to change. For up to date product information, please log on to www.tirsys.com

TIR Systems Ltd.    1 800 663 2036
7700 Riverfront Gate    T 604 294 8477
Burnaby BC    F 604 294 3733
Canada V5J 5M4    www.tirsys.com

CUT-311-002.01 Destiny CG_Narrow, Wide,22,45_met version_Mar 2005 **Page 1**





TIR Systems Ltd.   1 800 663 2036
7700 Riverfront Gate   T 604 294 8477
Burnaby BC   F 604 294 3733
Canada V5J 5M4   www.tirsys.com

Product information subject to change. For up to date product information, please log on to www.tirsys.com    CUT-311-002.01 Destiny CG_Narrow,Wide,22,45_met version_Mar 2005 **Page 2**

| | | |
|---|---|---|
| **mechanical** | HOUSING | Extruded aluminum; PSU and controller are integral to the luminaire |
| | MOUNTING | Wall, ceiling or floor mount; powdercoated stainless steel bracket<br>Variable setback (229mm, 254mm, 279mm) and ± 180° rotation of luminaire |
| **electrical** | INPUT VOLTAGE | 100 VAC to 240 VAC |
| | MAX INPUT POWER | See table below |
| | CONNECTIONS | AC: Industrial grade AC cable; 3 Cond 16 AWG<br>DATA: Indivually shielded 24 AWG twisted pair + bare drain for input and output DMX<br>3m standard cable whip length |
| **environmental** | TEMPERATURE RANGE | -40°C to 104°C (-40°F to 40°F) operating temperature<br>-20°C to 40°C (-4°F to 104°F) starting temperature |
| | CERTIFICATION | CUL/UL/CE |
| | INGRESS PROTECTION | IP66 Rated |

MAX INPUT POWER:

| MODEL | OUTPUT COLOR (ON FULL) | LUMINAIRE INPUT POWER | LUMINAIRE INPUT CURRENT (100 VAC) |
|---|---|---|---|
| Standard model | Red | 35W | 0.35 A |
| Standard model | Green | 35W | 0.35 A |
| Standard model | Blue | 35W | 0.35 A |
| Standard model | White | 99W | 0.99 A |
| Single color option | Red, Green, Blue, Amber, White | 99W | 0.99 A |

(technical specifications)



Product information subject to change. For up to date product information, please log on to www.tirsys.com

TIR Systems Ltd.    1 800 663 2036
7700 Riverfront Gate    T 604 294 8477
Burnaby BC    F 604 294 3733
Canada V5J 5M4    www.tirsys.com

CUT-311-002.01 Destiny CG_Narrow,Wide,22,45_met version_Mar 2005 **Page 3**

**narrow graze illuminance distribution**

| Throw Distance (m) | 229mm SETBACK | Vertical Illuminance (lux) | |
|---|---|---|---|
| 6.1 | 13.9 | 16.1 | 13.9 |
| 5.7 | 15.0 | 17.2 | 15.0 |
| 5.4 | 17.2 | 18.2 | 17.2 |
| 5.1 | 19.3 | 19.3 | 19.3 |
| 4.8 | 20.4 | 22.6 | 20.4 |
| 4.5 | 24.7 | 25.8 | 24.7 |
| 4.2 | 26.9 | 29.0 | 26.9 |
| 3.9 | 30.1 | 32.2 | 30.1 |
| 3.6 | 32.2 | 35.5 | 32.2 |
| 3.3 | 37.6 | 43.0 | 37.6 |
| 3.0 | 40.9 | 48.4 | 40.9 |
| 2.7 | 45.2 | 57.0 | 45.2 |
| 2.4 | 51.6 | 66.7 | 51.6 |
| 2.1 | 57.0 | 81.8 | 57.0 |
| 1.8 | 65.6 | 92.5 | 65.6 |
| 1.5 | 61.3 | 105.4 | 61.3 |
| 1.2 | 57.0 | 113.0 | 57.0 |
| 0.9 | 51.6 | 124.8 | 51.6 |
| 0.6 | 43.0 | 136.7 | 43.0 |
| 0.3 | 23.6 | 94.7 | 23.6 |
| 0 | 0 | 0 | 0 |
| | Centerline-0.3m | Centerline | Centerline+0.3m |

**narrow graze photometrics**

| BEAM WIDTH | 0.6m nominal | |
|---|---|---|
| BEAM ANGLE | 20° (face to surface) | |
| THROW DISTANCE | CENTERLINE GRADIENT RATIO | VERTICAL ILLUMINATION AT THROW DISTANCE (lux) - RGB WHITE |
| 6.1m | 8.5:1 | 16.1 |
| 4.5m | 5.3:1 | 25.8 |
| 3.0m | 2.8:1 | 48.4 |



Candela Distribution End View    Candela Distribution Face View



Product information subject to change. For up to date product information, please log on to www.tirsys.com

TIR Systems Ltd.    1 800 663 2036
7700 Riverfront Gate    T 604 294 8477
Burnaby BC    F 604 294 3733
Canada  V5J 5M4    www.tirsys.com

CUT-311-002.01 Destiny CG_Narrow,Wide,22,45_met version_Mar 22 2005 Page

**wide graze illuminance distribution**

| Throw Distance (m) | | | | | | Vertical Illuminance (lux) | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **229mm SETBACK** | | | | | | | | | | |
| 2.1 | 9.6 | 10.7 | 13.9 | 15.0 | 16.1 | 17.2 | 16.1 | 15.0 | 13.9 | 10.7 | 9.6 |
| 1.8 | 11.8 | 15.0 | 19.3 | 22.6 | 24.7 | 25.8 | 24.7 | 22.6 | 19.3 | 15.0 | 11.8 |
| 1.5 | 13.9 | 21.5 | 25.8 | 34.4 | 40.9 | 41.9 | 40.9 | 34.4 | 25.8 | 21.5 | 139 |
| 1.2 | 13.9 | 22.6 | 37.6 | 53.8 | 74.2 | 78.5 | 74.2 | 53.8 | 37.6 | 22.6 | 13.9 |
| 0.9 | 11.8 | 23.6 | 47.3 | 86.1 | 141.0 | 160.3 | 141.0 | 86.1 | 47.3 | 23.6 | 11.8 |
| 0.6 | 7.5 | 17.2 | 44.1 | 121.6 | 283.0 | 376.7 | 283.0 | 121.6 | 44.1 | 17.2 | 7.5 |
| 0.3 | 3.2 | 7.5 | 21.5 | 82.8 | 354.1 | 677.0 | 354.1 | 82.8 | 21.5 | 7.5 | 3.2 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | -1.5m | -1.22m | -0.91m | -0.61m | -0.30m | Centerline | +0.30m | +0.61m | +0.91m | +1.22m | +1.52m |

**wide graze photometrics**

| BEAM WIDTH | 229mm, 254mm, 279mm |
|---|---|
| BEAM WIDTH | 3m nominal |
| BEAM ANGLE | 113° (face to surface) |
| THROW DISTANCE | VERTICAL CENTERLINE ILLUMINATION AT THROW DISTANCE (lux) - RGB white |
| 1.8m | 25.8 |
| 1.2m | 78.5 |



End View — Face View — Candela Distribution



TIR Systems Ltd.  1 800 663 2036
7700 Riverfront Gate  T 604 294 8477
Burnaby BC  F 604 294 3733
Canada V5J 5M4  www.tirsys.com

Product information subject to change. For up to date product information, please log on to www.tirsys.com

CU7-311-002.01 Destiny CG_Narrow.Wide.22.45_ met version_Mar 2005 **Page**

**22° illuminance distribution**

| Throw Distance (m) | 1.2m SETBACK | | | | | | | 2.4m SETBACK | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | -1.0m | -0.60m | -0.3m | 0m | +0.3m | +0.6m | +1.0m | -1.0m | -0.6m | -0.3m | 0m | +3.0m | +0.6m | +0.1m |
| 3.0 | 1.1 | 1.1 | 1.1 | 1.1 | 1.1 | 1.1 | 1.1 | 5.4 | 7.5 | 9.7 | 10.8 | 9.7 | 7.5 | 5.4 |
| 2.7 | 1.1 | 1.1 | 1.1 | 1.1 | 1.1 | 1.1 | 1.1 | 9.7 | 15.1 | 21.5 | 23.7 | 21.5 | 15.1 | 9.7 |
| 2.4 | 1.1 | 2.2 | 2.2 | 2.2 | 2.2 | 2.2 | 1.1 | 16.1 | 32.3 | 48.4 | 54.9 | 48.4 | 32.3 | 16.1 |
| 2.1 | 2.2 | 3.2 | 4.3 | 5.4 | 4.3 | 3.2 | 2.2 | 28.0 | 63.5 | 105.5 | 122.7 | 105.5 | 63.5 | 28.0 |
| 1.8 | 3.2 | 6.5 | 10.8 | 12.9 | 10.8 | 6.5 | 3.2 | 42.0 | 109.8 | 192.7 | 228.2 | 192.7 | 109.8 | 42.0 |
| 1.5 | 5.4 | 14.0 | 35.5 | 46.3 | 35.5 | 14.0 | 5.4 | 49.5 | 147.5 | 277.7 | 329.4 | 277.7 | 147.5 | 49.5 |
| 1.2 | 7.5 | 32.3 | 138.9 | 235.7 | 138.9 | 32.3 | 7.5 | 45.2 | 147.5 | 296.0 | 363.8 | 296.0 | 147.5 | 45.2 |
| 0.9 | 9.7 | 57.0 | 455.3 | 928.9 | 455.3 | 57.0 | 9.7 | 29.1 | 93.6 | 204.5 | 257.3 | 204.5 | 93.6 | 29.1 |
| 0.6 | 8.6 | 51.7 | 578.0 | 1388.5 | 578.0 | 51.7 | 8.6 | 15.1 | 38.8 | 78.6 | 98.0 | 78.6 | 38.8 | 15.1 |
| 0.3 | 6.5 | 23.7 | 148.5 | 363.8 | 148.5 | 23.7 | 6.5 | 7.5 | 14.0 | 22.6 | 28.0 | 22.6 | 14.0 | 7.5 |
| 0.0 | 4.3 | 10.8 | 23.7 | 35.5 | 23.7 | 10.8 | 4.3 | 4.3 | 6.5 | 8.6 | 8.6 | 8.6 | 6.5 | 4.3 |



22° BEAM — End View (Candela Distribution) 23°; Face View (Candela Distribution) 22°



Product information subject to change. For up to date product information, please log on to www.tirsys.com

TIR Systems Ltd.  1 800 663 2036
7700 Riverfront Gate  T 604 294 8477
Burnaby BC  F 604 294 3733
Canada V5J 5M4  www.tirsys.com

CUT-311-002 01 Destiny CG_Narrow,Wide,22 45_met version_Mar 2004 Page 6

| Throw Distance (m) | Vertical Illuminance (lux) | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1.2m SETBACK | | | | | | | 2.4m SETBACK | | | | | |
| 3.0 | 2.2 | 2.2 | 2.2 | 3.2 | 2.2 | 2.2 | 2.2 | 17.2 | 21.5 | 25.8 | 26.9 | 25.8 | 21.5 | 17.2 |
| 2.7 | 2.2 | 3.2 | 4.3 | 4.3 | 4.3 | 3.2 | 2.2 | 24.8 | 33.4 | 39.8 | 44.1 | 39.8 | 33.4 | 24.8 |
| 2.4 | 4.3 | 6.5 | 8.6 | 9.7 | 8.6 | 6.5 | 4.3 | 34.4 | 46.3 | 58.1 | 64.6 | 58.1 | 46.3 | 34.4 |
| 2.1 | 6.5 | 11.8 | 17.2 | 19.4 | 17.2 | 11.8 | 6.5 | 44.1 | 58.1 | 73.2 | 81.8 | 73.2 | 58.1 | 44.1 |
| 1.8 | 11.8 | 25.8 | 40.9 | 47.4 | 40.9 | 25.8 | 11.8 | 51.7 | 64.6 | 81.8 | 93.6 | 81.8 | 64.6 | 51.7 |
| 1.5 | 21.5 | 53.8 | 99.0 | 122.7 | 99.0 | 53.8 | 21.5 | 58.1 | 68.9 | 91.5 | 107.6 | 91.5 | 68.9 | 58.1 |
| 1.2 | 34.4 | 102.3 | 195.9 | 271.3 | 195.9 | 102.3 | 34.4 | 65.7 | 84.0 | 108.7 | 128.8 | 108.7 | 84.0 | 65.7 |
| 0.9 | 39.8 | 150.7 | 255.1 | 372.4 | 255.1 | 150.7 | 39.8 | 63.5 | 95.8 | 131.3 | 152.8 | 131.3 | 95.8 | 63.5 |
| 0.6 | 31.2 | 159.3 | 340.1 | 513.4 | 340.1 | 159.3 | 31.2 | 45.2 | 78.6 | 113.0 | 132.4 | 113.0 | 78.6 | 45.2 |
| 0.3 | 16.1 | 79.7 | 280.9 | 462.8 | 280.9 | 79.7 | 16.1 | 22.6 | 42.0 | 60.3 | 66.7 | 60.3 | 42.0 | 22.6 |
| 0.0 | 7.5 | 21.5 | 59.2 | 90.4 | 59.2 | 21.5 | 7.5 | 10.8 | 17.2 | 23.7 | 26.9 | 23.7 | 17.2 | 10.8 |

-1.0m  -0.6m  -0.3m   0m  +0.3m  +0.6m  +1.0m   -1.0m  -0.6m  -0.3m   0m  +0.3m  +0.6m  +1.0m

45° illuminance distribution



45° BEAM — End View / Face View — Candela Distribution — 44° / 45°



Product information subject to change. For up to date product information, please log on to www.tirsys.com

TIR Systems Ltd.    1 800 663 2036
7700 Riverfront Gate  T 604 294 8477
Burnaby BC          F 604 294 3733
Canada V5J 5M4      www.tirsys.com

CUT-311-002 01 Destiny CG_Narrow,wide,22,45_met version_Mar 2004 **Page 7**