WILMER CUTLER PICKERING
HALE AND DORR LLP

December 12, 2005

Mark G. Matuschak

60 STATE STREET
BOSTON, MA 02109
+1 617 526 6559
+1 617 526 5000 fax
mark.matuschak@wilmerhale.com

**BY HAND**

The Honorable Morris E. Lasker,
Senior Judge
United States District Court
  for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

    Re:    *Color Kinetics Inc. v. TIR Systems, Ltd.*
             Civil Action No. 1:03-cv-12391-MEL

Dear Judge Lasker:

      As the Court requested at the hearing on Wednesday, December 7, 2005, on TIR's First Motion to Compel, the following represents the parties' agreement to resolve the issues raised by that motion:

1. Color Kinetics will supplement its answer to TIR's Interrogatory No. 1 to provide the available information about the conception and reduction to practice of the patents-in-suit on or before Friday, December 16, 2005.

2. Color Kinetics will produce any additional documents responsive to TIR's Document Request Nos. 2, 5 and 11 (regarding conception and reduction to practice) on or before Friday, December 16, 2005, and confirm in writing that, after diligent search, no further documents have been located.

2a. TIR has agreed to limit the term "Color Kinetics Products" (or "CK Products") in the discovery requests to products that meet all limitations of at least one claim of one patent-in-suit.

3. Color Kinetics will produce all additional non-privileged documents responsive to TIR's Document Request Nos. 25 (technology purchased, acquired or licensed) and 45 (comparisons between Color Kinetics Products and any other product) on or before January 13, 2006.

4. Color Kinetics will produce non-privileged documents responsive to TIR's

The Hon. Morris E. Lasker
December 12, 2005
Page 2

    Document Request No. 26 (product flow from manufacturing to end user), limited to (without prejudice to either party) distribution agreements and sales agreements, on or before January 13, 2006.

5.  Color Kinetics will produce all additional non-privileged documents responsive to TIR's Document Request No. 27 (analyses, assessments, etc. relating to CK Product pricing, costs, market shares and/or business plans), on or before January 13, 2006.

6.  In response to TIR's Document Request No. 24 (design, development, operation, performance, sale, etc. of CK products), CK will produce:

    (a)  documents identifying the first offer for sale and first sale of each CK product;

    (b)  summary documents identifying the total sales, by month, of each CK product;

    (c)  all design, development, construction, manufacture, operation, peformance and demonstration documents for all CK Products whose design or development began prior to December 17, 1998;

    (d)  documents "sufficient to show" the operation of CK Products whose design and development began after December 17, 1998;

    on or before January 13, 2006.

7.  Color Kinetics will produce documents responsive to TIR's Document Request Nos. 42 and 43 (additional design and development documents) consistent with 6(c) an 6(d) above, on or before January 13, 2006.

 Counsel for Color Kinetics has reviewed and agrees with the agreement as set forth above. Counsel for TIR agrees that the production described above will satisfy Color Kinetics' obligations to produce information and material in response to the discovery requests at issue in the motion to compel, subject to review of the documents to be produced and interrogatory answers to be provided.

The Hon. Morris E. Lasker
December 12, 2005
Page 3

    Thank you for your attention to this case, and for allowing the parties an opportunity to resolve these issues at the motion hearing.

Very truly yours,

Mark G. Matuschak

MGM:hd

cc:    Aaron Moore, Esq.