IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COLOR KINETICS INCORPORATED,<br><br>  Plaintiff<br><br>v.<br><br>TIR SYSTEMS LTD.,<br><br>  Defendant. | Civil Action No.: 03-cv-12491 (MEL) |

**JOINT MOTION FOR ENLARGEMENT OF TIME**

Plaintiff Color Kinetics Incorporated ("Color Kinetics") and defendant TIR Systems Ltd. ("TIR") submit this joint motion to extend all deadlines currently scheduled in the case by approximately three (3) months, such that the new schedule would be as follows:

| **Event** | **Current Deadline** | **Revised Deadline** |
|---|---|---|
| Close of fact discovery | January 12, 2006 | April 14, 2006 |
| Serve initial expert reports on issues for which each party bears the burden of proof | March 9, 2006 | May 26, 2006 |
| Serve rebuttal expert reports | April 6, 2006 | June 23, 2006 |
| Close of expert discovery | May 29, 2006 | August 25, 2006 |
| File any dispositive motions | July 28, 2006 | October 27, 2006 |

Both parties are currently considering the addition of patents and claims to this case and reserve the right to request an additional extension of these deadlines if leave to amend were to be granted. Neither party will argue, <u>regardless whether patents or claims are added to the case,</u> that this request constitutes a waiver of the right to seek a further extension of the schedule.

1

| COLOR KINETICS INCORPORATED | TIR SYSTEMS LTD. |
|---|---|
| By its attorneys, | By its attorneys, |

/s/ Emily A. Berger
Matthew B. Lowrie (BBO# 563414)
mlowrie@LL-A.com
Aaron W. Moore (BBO# 638076)
amoore@LL-A.com
Emily A. Berger (BBO# 650841)
eberger@LL-A.com
LOWRIE, LANDO & ANASTASI, LLP
Riverfront Office Park
One Main Street – 11th Floor
Cambridge, MA 02142
(617) 395-7000

/s/ Mark G. Matuschak
Mark G. Matuschak (BBO# 543873)
mark.matuschak@wilmerhale.com
Wendy Verlander (BBO# 652943)
wendy.verlander@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

S. Calvin Walden (admitted pro hac vice)
calvin.walden@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
(212) 937-7200

Michael Oblon (BBO# 630946)
Michael.oblon@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
1455 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 942-8400

Dated: January 11, 2006                              Dated: January 11, 2006

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COLOR KINETICS INCORPORATED,<br><br>    Plaintiff<br><br>v.<br><br>TIR SYSTEMS LTD.,<br><br>    Defendant. | Civil Action No.:  03-cv-12491 (MEL) |

**[PROPOSED] ORDER GRANTING
JOINT MOTION FOR ENLARGEMENT OF TIME**

IT IS HEREBY ORDERED that the parties' Joint Motion for Enlargement of Time is GRANTED.  Deadlines and dates scheduled in this case are extended as follows:

| **Event** | **Current Deadline** | **Revised Deadline** |
|---|---|---|
| Close of fact discovery | January 12, 2006 | April 14, 2006 |
| Serve initial expert reports on issues for which each party bears the burden of proof | March 9, 2006 | May 26, 2006 |
| Serve rebuttal expert reports | April 6, 2006 | June 23, 2006 |
| Close of expert discovery | May 29, 2006 | August 25, 2006 |
| File any dispositive motions | July 28, 2006 | October 27, 2006 |

**IT IS SO ORDERED.**

Dated: _____          _____
                                                                                The Honorable Morris E. Lasker
                                                                                United States District Court Judge

3