IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COLOR KINETICS INCORPORATED,<br><br>Plaintiff<br><br>v.<br><br>TIR SYSTEMS LTD.,<br><br>Defendant. | Civil Action No.: 03-cv-12491 (MEL) |

## [~~PROPOSED~~] ORDER GRANTING
## JOINT MOTION FOR ENLARGEMENT OF TIME

IT IS HEREBY ORDERED that the parties' Joint Motion for Enlargement of Time is GRANTED. Deadlines and dates scheduled in this case are extended as follows:

| **Event** | **Current Deadline** | **Revised Deadline** |
|---|---|---|
| Close of fact discovery | January 12, 2006 | April 14, 2006 |
| Serve initial expert reports on issues for which each party bears the burden of proof | March 9, 2006 | May 26, 2006 |
| Serve rebuttal expert reports | April 6, 2006 | June 23, 2006 |
| Close of expert discovery | May 29, 2006 | August 25, 2006 |
| File any dispositive motions | July 28, 2006 | October 27, 2006 |