# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

COLOR KINETICS INCORPORATED,

Plaintiff

v.

TIR SYSTEMS LTD.,

Defendant.

Civil Action No.: 03-cv-12491 (MEL)

### [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT AND EXTEND CASE DEADLINES

IT IS HEREBY ORDERED that the Motion for Leave to File a Second Amended Complaint and Extend Case Deadlines is GRANTED. The Second Amended Complaint is entered, and the case schedule is adjusted, as follows:

| Event | Old Deadline | New Deadline |
| --- | --- | --- |
| Close of fact discovery | April 14, 2006 | September 1, 2006 |
| Serve initial expert reports on issues for which each party bears the burden of proof | May 26, 2006 | October 13, 2006 |
| Serve rebuttal expert reports | June 23, 2006 | November 10, 2006 |
| Close of expert discovery | August 25, 2006 | January 12, 2007 |
| File any dispositive motions | October 27, 2006 | March 16, 2007 |

**IT IS SO ORDERED.**

Dated: _____

_____
The Honorable Morris E. Lasker
United States District Court Judge

780150.1