# EXHIBIT A - PART 1

US006340868B1

(12) **United States Patent**
Lys et al.

(10) Patent No.: **US 6,340,868 B1**
(45) Date of Patent: **Jan. 22, 2002**

(54) **ILLUMINATION COMPONENTS**

(75) Inventors: **Ihor Lys; George G. Mueller,** both of Boston; **Frederick Marshall Morgan,** Quincy; **Michael K. Blackwell,** Milton, all of MA (US)

(73) Assignee: **Color Kinetics Incorporated,** Boston, MA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/626,905**

(22) Filed: **Jul. 27, 2000**

**Related U.S. Application Data**

(63) Continuation of application No. 09/213,659, filed on Dec. 17, 1998, now Pat. No. 6,211,626, which is a continuation-in-part of application No. 08/920,156, filed on Aug. 26, 1997, now Pat. No. 6,016,038.

(60) Provisional application No. 60/071,281, filed on Dec. 17, 1997, provisional application No. 60/068,792, filed on Dec. 24, 1997, provisional application No. 60/078,861, filed on Mar. 20, 1998, provisional application No. 60/079,285, filed on Mar. 25, 1998, and provisional application No. 60/090, 920, filed on Jun. 26, 1998.

(51) Int. Cl.[7] .......................... H05B 37/00; H05B 37/04

(52) U.S. Cl. .................... 315/185 S; 362/234; 315/362

(58) Field of Search ............................... 315/185 S, 86, 315/324, 312, 192, 77, 311, 291, 292, 362, 178; 362/234, 253, 184, 154

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,746,918 A | 7/1973 | Drucker et al. | 315/77 |
| 3,832,503 A | 8/1974 | Crane | 200/51 R |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| AU | 6 267 9 | 12/1996 |
| CA | 2 178 432 | 12/1996 |

(List continued on next page.)

OTHER PUBLICATIONS

"LM117/LM31A/LM317 3–Terminal Adjustable Regulator", National Semiconductor Corporation , May 1997, pp. 1–20.
"DS96177 RS–485 / RS–422 Differential Bus Repeater", National Semiconductor Corporation, Feb. 1996, pp. 1–8.

(List continued on next page.)

*Primary Examiner*—Don Wong
*Assistant Examiner*—Chuc Tran D
(74) *Attorney, Agent, or Firm*—Wolf, Greenfield & Sacks, P.C.

(57) **ABSTRACT**

Disclosed herein is a current control for a lighting assembly, which may be an LED lighting assembly, which may be a pulse width modulated ("PWM") current control or other form of current control where each current-controlled unit is uniquely addressable and capable of receiving illumination color information on a computer lighting network. In an embodiment, the invention includes a binary tree network configuration of lighting units (nodes). In another embodiment, the present invention comprises a heat dissipating housing, made out of a heat-conductive material, for housing the lighting assembly. The heat dissipating housing contains two stacked circuit boards holding respectively the power module and the light module. The light module is adapted to be conveniently interchanged with other light modules.

**10 Claims, 75 Drawing Sheets**

(4 of 75 Drawing Sheet(s) Filed in Color)



**US 6,340,868 B1**

Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,909,670 A | 9/1975 | Wakamatsu et al. | 315/276 |
| 3,958,885 A | 5/1976 | Stockinger et al. | 356/139 |
| 3,974,637 A | 8/1976 | Bergey et al. | 58/50 R |
| 4,082,395 A | 4/1978 | Donato et al. | 339/21 R |
| 4,298,869 A | 11/1981 | Okuno | 340/785 |
| 4,329,625 A | 5/1982 | Nishizawa et al. | 315/158 |
| 4,367,464 A | 1/1983 | Kurahashi et al. | 340/701 |
| 4,388,567 A | 6/1983 | Yamazaki et al. | 315/291 |
| 4,388,589 A | 6/1983 | Molldrem, Jr. | 324/96 |
| 4,420,711 A | 12/1983 | Takahashi et al. | 315/296 |
| 4,625,152 A | 11/1986 | Nakai | 315/317 |
| 4,647,217 A | 3/1987 | Havel | 368/10 |
| 4,656,398 A | 4/1987 | Michael et al. | 315/293 |
| 4,668,895 A | 5/1987 | Schneiter | 315/158 |
| 4,687,340 A | 8/1987 | Havel | 368/10 |
| 4,688,154 A | 8/1987 | Nilssen | 362/147 |
| 4,705,406 A | 11/1987 | Havel | 368/10 |
| 4,707,141 A | 11/1987 | Havel | 368/11 |
| 4,727,289 A | 2/1988 | Uchida | 315/71 |
| 4,771,274 A | 9/1988 | Havel | 340/703 |
| 4,780,621 A | 10/1988 | Bartleucci et al. | 307/11 |
| 4,818,072 A | 4/1989 | Mohebban | 350/336 |
| 4,845,481 A | 7/1989 | Havel | 340/762 |
| 4,845,745 A | 7/1989 | Havel | 379/354 |
| 4,887,074 A | 12/1989 | Simon et al. | 340/782 |
| 4,965,561 A | 10/1990 | Havel | 340/762 |
| 4,973,835 A | 11/1990 | Kurosu et al. | 250/214 |
| 5,008,595 A * | 4/1991 | Kazar | 315/178 |
| 5,083,063 A | 1/1992 | Brooks | 315/294 |
| 5,128,595 A | 7/1992 | Hara | 315/312 |
| 5,282,121 A | 1/1994 | Bornhorst et al. | 362/294 |
| 5,294,865 A | 3/1994 | Haraden | 315/58 |
| 5,350,977 A | 9/1994 | Hamamoto et al. | 315/291 |
| 5,357,170 A | 10/1994 | Luchaco et al. | 315/159 |
| 5,371,618 A | 12/1994 | Tai et al. | 359/53 |
| 5,374,876 A | 12/1994 | Horibata et al. | 315/313 |
| 5,388,357 A | 2/1995 | Malita | 40/570 |
| 5,404,282 A | 4/1995 | Klinke et al. | 362/249 |
| 5,406,176 A | 4/1995 | Sugden | 315/292 |
| 5,410,328 A | 4/1995 | Yoksza et al. | 345/82 |
| 5,420,482 A | 5/1995 | Phares | 315/292 |
| 5,436,535 A | 7/1995 | Yang | 315/313 |
| 5,463,280 A | 10/1995 | Johnson | 315/187 |
| 5,504,395 A | 4/1996 | Johnson et al. | 315/71 |
| 5,545,950 A | 8/1996 | Cho | 315/56 |
| 5,561,346 A | 10/1996 | Byrne | 313/512 |
| 5,575,459 A | 11/1996 | Anderson | 362/240 |
| 5,592,051 A | 1/1997 | Korkala | 315/210 |
| 5,751,118 A | 5/1998 | Mortimer | 315/291 |
| 5,752,766 A | 5/1998 | Bailey et al. | 362/250 |
| 5,769,527 A | 6/1998 | Taylor et al. | 362/85 |
| 5,803,579 A | 9/1998 | Turnbull et al. | 362/83.1 |
| 5,821,695 A | 10/1998 | Vilanilam et al. | 315/58 |
| 5,896,010 A * | 4/1999 | Mikolajczak et al. | 315/77 |
| 5,912,653 A | 6/1999 | Fitch | 345/87 |
| 5,924,784 A * | 7/1999 | Chliwnyj et al. | 362/234 |
| 5,963,185 A | 10/1999 | Havel | 345/83 |
| 6,016,038 A * | 1/2000 | Mueller et al. | 315/291 |
| 6,072,280 A * | 6/2000 | Allen | 315/185 |
| 6,132,072 A | 10/2000 | Turnbull et al. | 362/494 |
| 6,135,604 A | 10/2000 | Lin | 362/101 |
| 6,150,774 A | 11/2000 | Mueller et al. | 315/291 |
| 6,183,086 B1 | 2/2001 | Neubert | 351/221 |
| 6,184,628 B1 | 2/2001 | Ruthenberg | 315/185 R |
| 6,196,471 B1 | 3/2001 | Ruthenberg | 239/18 |

## FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0534 710 B1 | 1/1996 |
| EP | 0752 632 A2 | 1/1997 |
| FR | 2 640 791 | 6/1990 |
| GB | 2 176 042 A | 12/1986 |
| JP | 0604 3830 | 2/1984 |
| JP | 9 320 766 | 12/1997 |
| WO | WO 89 05086 | 6/1989 |
| WO | WO 94 18809 | 8/1994 |
| WO | WO 95 13498 | 5/1995 |
| WO | WO 96 41098 | 12/1996 |

## OTHER PUBLICATIONS

"DS2003 / DA9667 / DS2004 High Current / Voltage Darlington Drivers", National Semiconductor Corporation, Dec. 1995, pp. 1–8.

"LM140A / LM140/LM340A/LM7800C Series 3–Terminal Positive Regulators", National Semiconductor Corporation, Jan. 1995, pp. 1–14.

High End System, Inc. Trackspot User Manual, Aug. 1997, Excerpts (Cover, Title page, pp. ii through iii and 2–13 through 2–14).

Artistic License, AL4000 DMX512 Processors, Revision 3.4, Jun. 2000, Excerpts (Cover, pp. 7,92 through 102).

Artistic License, Miscellaneous Drawings (3 sheets), Jan. 12, 1995.

Artistic License, Miscellaneous Documents (2 sheets), Feb. 1995 and Apr. 1996.

* cited by examiner

Case 1:03-cv-12491-MEL     Document 57-2     Filed 02/23/2006     Page 4 of 31



# Fig. 1

Case 1:03-cv-12491-MEL    Document 57-2    Filed 02/23/2006    Page 5 of 31



Fig. 2

Case 1:03-cv-12491-MEL     Document 57-2     Filed 02/23/2006     Page 6 of 31



Fig. 3



Fig. 4



Fig. 5



Fig. 6



Fig. 7

Case 1:03-cv-12491-MEL     Document 57-2     Filed 02/23/2006     Page 10 of 31



# Fig. 8



Fig. 9



Fig. 10



Fig. 11

Case 1:03-cv-12491-MEL     Document 57-2     Filed 02/23/2006     Page 13 of 31



Fig. 12



Fig. 13



Fig. 14



Fig. 15

Case 1:03-cv-12491-MEL    Document 57-2    Filed 02/23/2006    Page 17 of 31



Fig. 16



Fig. 17

Case 1:03-cv-12491-MEL    Document 57-2    Filed 02/23/2006    Page 19 of 31



Fig. 18



Fig 19



## Fig. 20



## Fig. 21



Fig. 22

Case 1:03-cv-12491-MEL    Document 57-2    Filed 02/23/2006    Page 23 of 31



## Fig. 23



## Fig. 24



## Fig. 25



## Fig. 26



## Fig. 27

Case 1:03-cv-12491-MEL    Document 57-2    Filed 02/23/2006    Page 26 of 31

4006



4020

# Fig. 28A

4006



4022

# Fig. 28B

4006



4024

# Fig. 28C

Case 1:03-cv-12491-MEL     Document 57-2     Filed 02/23/2006     Page 27 of 31



## Fig. 29



## Fig. 30



4000

4031

Fig. 31



4032

4000

Fig. 32



## Fig. 33



## Fig. 34



## Fig. 35



## Fig. 36

Case 1:03-cv-12491-MEL    Document 57-2    Filed 02/23/2006    Page 31 of 31



Fig. 37



Fig. 38