# EXHIBIT A - PART 2

Case 1:03-cv-12491-MEL    Document 57-3    Filed 02/23/2006    Page 2 of 42



4039

4006

4020

40395

4038

Fig. 39



4006

4040

4020

Fig. 40

Case 1:03-cv-12491-MEL    Document 57-3    Filed 02/23/2006    Page 3 of 42



Fig. 41



Fig. 42

Case 1:03-cv-12491-MEL    Document 57-3    Filed 02/23/2006    Page 4 of 42



Fig. 43



Fig. 44



## Fig. 45



## Fig. 46

Case 1:03-cv-12491-MEL    Document 57-3    Filed 02/23/2006    Page 6 of 42



**Fig. 47**



**Fig. 48**

4049



4022    4006  40495

# Fig. 49

4024



4006    4050

# Fig. 50



## Fig. 51



## Fig. 52



## Fig. 53



### Fig. 54



### Fig. 55



4006
4024
4056

# Fig. 56



4057
40571
4024
4006
4006  4024

# Fig. 57



## Fig. 58



## Fig. 59

Case 1:03-cv-12491-MEL     Document 57-3     Filed 02/23/2006     Page 13 of 42



Fig. 60



Fig. 61



**Fig. 62**



**Fig. 63**



## Fig. 64



## Fig. 65



**Fig. 66**



**Fig. 67**



# Fig. 68



Fig. 69



Fig. 70

Case 1:03-cv-12491-MEL    Document 57-3    Filed 02/23/2006    Page 19 of 42



Fig. 71

Case 1:03-cv-12491-MEL    Document 57-3    Filed 02/23/2006    Page 20 of 42



Fig. 72



**Fig. 73**

Case 1:03-cv-12491-MEL    Document 57-3    Filed 02/23/2006    Page 22 of 42



**Fig. 74**



# Fig. 75



Fig. 76

Case 1:03-cv-12491-MEL    Document 57-3    Filed 02/23/2006    Page 25 of 42



ENLARGED

Fig. 77

Case 1:03-cv-12491-MEL    Document 57-3    Filed 02/23/2006    Page 26 of 42



Fig. 78

Case 1:03-cv-12491-MEL    Document 57-3    Filed 02/23/2006    Page 27 of 42



Magnetic field

# Fig. 79



Fig. 80



Fig. 81

Case 1:03-cv-12491-MEL    Document 57-3    Filed 02/23/2006    Page 30 of 42



## Fig. 82

Case 1:03-cv-12491-MEL    Document 57-3    Filed 02/23/2006    Page 31 of 42



**Fig. 83**

Case 1:03-cv-12491-MEL    Document 57-3    Filed 02/23/2006    Page 32 of 42



Fig. 84



**Fig. 85**



Fig. 86

Case 1:03-cv-12491-MEL    Document 57-3    Filed 02/23/2006    Page 35 of 42



Fig. 87



Fig. 88



Fig. 89



## Fig. 90A



## Fig. 90B

Case 1:03-cv-12491-MEL    Document 57-3    Filed 02/23/2006    Page 39 of 42



Fig. 91



Fig. 92A



Fig. 92B



## Fig. 93A



## Fig. 93B



2098

2100

2086

2094

2096

2092

# Fig. 93C

Case 1:03-cv-12491-MEL    Document 57-3    Filed 02/23/2006    Page 42 of 42



## Fig. 93D



## Fig. 93E