# EXHIBIT B – PART 1

US006211626B1

(12) **United States Patent**
    Lys et al.

(10) Patent No.:     **US 6,211,626 B1**
(45) **Date of Patent:**     **Apr. 3, 2001**

(54) **ILLUMINATION COMPONENTS**

(75) Inventors: **Ihor Lys; George G. Mueller**, both of Boston; **Frederick Marshall Morgan**, Quincy; **Michael K. Blackwell**, Milton, all of MA (US)

(73) Assignee: **Color Kinetics, Incorporated**, Boston, MA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/213,659**

(22) Filed: **Dec. 17, 1998**

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 08/920,156, filed on Aug. 26, 1997.

(60) Provisional application No. 60/071,281, filed on Dec. 17, 1997, provisional application No. 60/068,792, filed on Dec. 24, 1997, provisional application No. 60/078,861, filed on Mar. 20, 1998, provisional application No. 60/079,285, filed on Mar. 25, 1998, and provisional application No. 60/090,920, filed on Jun. 26, 1998.

(51) Int. Cl.⁷ ...................................................... G05F 1/00

(52) U.S. Cl. ............................................ 315/291; 315/324

(58) Field of Search ...................................... 315/291, 178, 315/77, 362, 324, 86; 362/234, 253, 184, 154

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,746,918 | 7/1973 | Drucker et al. | 315/77 |
| 4,298,869 | 11/1981 | Okuno | 340/782 |
| 4,329,625 | 5/1982 | Nishizawa et al. | 315/158 |
| 4,367,464 | 1/1983 | Kurahashi et al. | 340/701 |
| 4,388,567 | 6/1983 | Yamazaki et al. | 315/291 |
| 4,420,711 | 12/1983 | Takahashi et al. | 315/296 |
| 4,625,152 | 11/1986 | Nakai | 315/317 |
| 4,727,289 | 2/1988 | Uchida | 315/71 |
| 4,845,481 | 7/1989 | Havel | 340/762 |

| | | | |
|---|---|---|---|
| 4,887,074 | 12/1989 | Simon et al. | 340/782 |
| 5,008,595 | * 4/1991 | Kazar | 315/178 |
| 5,282,121 | 1/1994 | Bornhorst et al. | 362/294 |
| 5,294,865 | 3/1994 | Haraden | 315/58 |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 2 178 432 | 12/1996 | (CA) . |
| 6 267 9 | 12/1996 | (AU) . |
| 0534710 B1 | 1/1996 | (EP) . |
| 0752 632 A2 | 1/1997 | (EP) . |
| 2 640 791 | 6/1990 | (FR) . |
| 2 176 042 A | 12/1986 | (GB) . |
| 6-043830 | 2/1994 | (JP) . |
| 9-320766 | 12/1997 | (JP) . |
| WO 89 05086 | 6/1989 | (WO) . |
| WO 94 18809 | 8/1994 | (WO) . |
| WO 95 13498 | 5/1995 | (WO) . |
| WO 96 41098 | 12/1996 | (WO) . |

*Primary Examiner*—Don Wong
*Assistant Examiner*—Chuc Tran D
(74) *Attorney, Agent, or Firm*—Foley, Hoag, &Eliot, LLP

(57) **ABSTRACT**

Disclosed herein is a current control for a lighting assembly, which may be an LED lighting assembly, which may be a pulse width modulated ("PWM") current control or other form of current control where each current-controlled unit is uniquely addressable and capable of receiving illumination color information on a computer lighting network. In an embodiment, the invention includes a binary tree network configuration of lighting units (nodes). In another embodiment, the present invention comprises a heat dissipating housing, made out of a heat-conductive material, for housing the lighting assembly. The heat dissipating housing contains two stacked circuit boards holding respectively the power module and the light module. The light module is adapted to be conveniently interchanged with other light modules.

**8 Claims, 75 Drawing Sheets**

**(4 of 75 Drawing Sheet(s) Filed in Color)**



**US 6,211,626 B1**

Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,350,977 | 9/1994 | Hamamoto et al. | 315/291 |
| 5,357,170 | 10/1994 | Luchaco et al. | 315/159 |
| 5,374,876 | 12/1994 | Horibata et al. | 315/313 |
| 5,388,357 | 2/1995 | Malita | 40/570 |
| 5,404,282 | 4/1995 | Klinke et al. | 362/249 |
| 5,406,176 | 4/1995 | Sugden | 315/292 |
| 5,410,328 | 4/1995 | Yoksza et al. | 345/82 |
| 5,420,482 | 5/1995 | Phares | 315/292 |
| 5,436,535 | 7/1995 | Yang | 315/313 |
| 5,463,280 | 10/1995 | Johnson | 315/187 |
| 5,504,395 | 4/1996 | Johnson et al. | 315/71 |

| | | | |
|---|---|---|---|
| 5,545,950 | 8/1996 | Cho | 315/56 |
| 5,561,346 | 10/1996 | Byrne | 313/512 |
| 5,575,459 | 11/1996 | Anderson | 362/240 |
| 5,592,051 | 1/1997 | Korkala | 315/210 |
| 5,751,118 | 5/1998 | Mortimer | 315/291 |
| 5,769,527 | 6/1998 | Taylor et al. | 362/85 |
| 5,821,695 | 10/1998 | Vilanilam et al. | 315/58 |
| 5,896,212 * | 4/1999 | Mikolajczak et al. | 315/77 |
| 5,924,784 * | 7/1999 | Chliwnyi et al. | 362/234 |
| 6,016,038 * | 1/2000 | Mueller et al. | 315/291 |

* cited by examiner



# Fig. 1

Case 1:03-cv-12491-MEL     Document 57-6     Filed 02/23/2006     Page 5 of 29



Fig. 2



Fig. 3



Fig. 4



Fig. 5



Fig. 6



Fig. 7

Case 1:03-cv-12491-MEL    Document 57-6    Filed 02/23/2006    Page 10 of 29



# Fig. 8



Fig. 9

Case 1:03-cv-12491-MEL    Document 57-6    Filed 02/23/2006    Page 12 of 29



Fig. 10



Fig. 11



Fig. 12



Fig. 13



Fig. 14



Fig. 15

Case 1:03-cv-12491-MEL    Document 57-6    Filed 02/23/2006    Page 17 of 29



Fig. 16



Fig. 17



# Fig. 18



Fig 19



## Fig. 20



## Fig. 21



Fig. 22

Case 1:03-cv-12491-MEL    Document 57-6    Filed 02/23/2006    Page 23 of 29



Fig. 23

Case 1:03-cv-12491-MEL    Document 57-6    Filed 02/23/2006    Page 24 of 29



4000

4002  4004  4010

## Fig. 24

4002

4006

4008 4008 4008

## Fig. 25

Case 1:03-cv-12491-MEL    Document 57-6    Filed 02/23/2006    Page 25 of 29



## Fig. 26



## Fig. 27

4006



4020

## Fig. 28A

4006



4022

## Fig. 28B

4006



4024

## Fig. 28C



## Fig. 29



## Fig. 30

Case 1:03-cv-12491-MEL    Document 57-6    Filed 02/23/2006    Page 28 of 29



4000

4031

Fig. 31



4032

4000

Fig. 32

Case 1:03-cv-12491-MEL    Document 57-6    Filed 02/23/2006    Page 29 of 29



Fig. 33



Fig. 34