# EXHIBIT B – PART 2



Fig. 35



Fig. 36



40375

4020    4006    4037

# Fig. 37



4006    4020    4038

40385

# Fig. 38



# Fig. 39



# Fig. 40



4041

4020

4006
4006

## Fig. 41



4022

4042

4006    4006

## Fig. 42



# Fig. 43



# Fig. 44



Fig. 45



Fig. 46



40475

4022                4006

4047

## Fig. 47



40485          4006        4022              4048

## Fig. 48

4049



4022    4006  40495

# Fig. 49

4024



4050

4006

# Fig. 50



4051

4024

4006

4006

40515

## Fig. 51

4052

4024

4006

## Fig. 52



Fig. 53



Fig. 54



Fig. 55



# Fig. 56



# Fig. 57



Fig. 58



Fig. 59



Fig. 60



Fig. 61



Fig. 62



Fig. 63



Fig. 64



Fig. 65



Fig. 66



Fig. 67



Fig. 68



## Fig. 69



## Fig. 70



Fig. 71

Case 1:03-cv-12491-MEL    Document 57-7    Filed 02/23/2006    Page 22 of 32



Fig. 72



Fig. 73



Fig. 74



Fig. 75



Fig. 76



ENLARGED

Fig. 77



ENLARGED

1020

1021

A/D — 1027

LED

1022

# Fig. 78



Fig. 79

Case 1:03-cv-12491-MEL    Document 57-7    Filed 02/23/2006    Page 30 of 32



Fig. 80



1052

1050

1051

# Fig. 81



## Fig. 82