# EXHIBIT C – PART 1

US006459919B1

(12) **United States Patent**
Lys et al.

(10) Patent No.: **US 6,459,919 B1**
(45) Date of Patent: **Oct. 1, 2002**

(54) **PRECISION ILLUMINATION METHODS AND SYSTEMS**

(75) Inventors: **Ihor Lys; George G. Mueller**, both of Boston; **Frederick Marshall Morgan**, Quincy, all of MA (US)

(73) Assignee: **Color Kinetics, Incorporated**, Boston, MA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/213,189**

(22) Filed: **Dec. 17, 1998**

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 08/920,156, filed on Aug. 26, 1997, now Pat. No. 6,016,038.

(60) Provisional application No. 60/079,285, filed on Mar. 25, 1998, provisional application No. 60/078,861, filed on Mar. 20, 1998, provisional application No. 60/090,920, filed on Jun. 26, 1998, provisional application No. 60/071,281, filed on Dec. 17, 1997, and provisional application No. 60/068,792, filed on Dec. 24, 1997.

(51) Int. Cl.$^7$ ............................................... **A61B 5/00**

(52) U.S. Cl. ...................... 600/407; 600/476; 315/291; 315/302; 315/312; 362/234; 362/253

(58) Field of Search .............................. 600/407, 476; 315/291, 292, 302, 307, 312, 324, 300, 316, 362; 362/234, 253

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,746,918 A | 7/1973 | Drucker et al. | 315/77 |
| 4,298,869 A | 11/1981 | Okuno | 340/782 |
| 4,329,625 A | 5/1982 | Nishizawa et al. | 315/158 |
| 4,367,464 A | 1/1983 | Kurabashi et al. | 340/701 |
| 4,388,567 A | 6/1983 | Yamazaki et al. | 315/291 |
| 4,420,711 A | 12/1983 | Takahashi et al. | 315/296 |
| 4,625,152 A | 11/1986 | Nakai | 315/317 |
| 4,727,289 A | 2/1988 | Uchida | 315/71 |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| AU | 6 267 9 | 12/1996 |
| CA | 2 178 432 | 12/1996 |
| EP | 0534 710 B1 | 1/1996 |
| EP | 0752 632 A2 | 1/1997 |
| FR | 2 640 791 | 6/1990 |
| GB | 2 176 042 A | 12/1986 |
| JP | 0604 3830 | 2/1994 |
| JP | 9 320 766 | 12/1997 |
| WO | WO 89 05086 | 6/1989 |
| WO | WO 94 18809 | 8/1994 |
| WO | WO 95 13498 | 5/1995 |
| WO | WO 96 41098 | 12/1996 |

OTHER PUBLICATIONS

"LM117/LM317A/LM317 3–Terminal Adjustable Regulator", National Semiconductor Corporation, May 1997, pp. 1–20.

"DS96177 RS–485/RS–422 Differential Bus Repeater", National Semiconductor Corporation, Feb. 1996, pp. 1–8.

"DS2003/DA9667/DS2004 High Current/Voltage Darlington Drivers", National Semiconductor Corporation, Dec. 1995, pp. 1–8.

"LM140A/LM140/LM340A/LM7800C Series 3–Terminal Positive Regulators", National Semiconductor Corporation, Jan. 1995, pp. 1–14.

*Primary Examiner*—Ruth S. Smith

(74) *Attorney, Agent, or Firm*—Wolf, Greenfield & Sacks, P.C.

(57) **ABSTRACT**

Methods and systems are provided for illuminating a material using an LED system, a processor for controlling the LED system and a positioning system for positioning the LED system in a spatial relationship with the material being illuminated. Furthermore, these methods and systems are available for producing certain color characteristics in an illuminated material or environment. These methods and systems can be applied to a plurality of materials, including biological entities. These methods and systems can be adapted for use in a medical applications, and are advantageously employed for diagnostic and therapeutic interventions.

**47 Claims, 75 Drawing Sheets**



**US 6,459,919 B1**

Page 2

---

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,780,621 A | 10/1988 | Bartleucci et al. | 307/34 |
| 4,845,481 A | 7/1989 | Havel | 340/762 |
| 4,887,074 A | 12/1989 | Simon et al. | 340/782 |
| 5,008,595 A | 4/1991 | Kazar | 315/178 |
| 5,282,121 A | 1/1994 | Bornhorst et al. | 362/294 |
| 5,294,865 A | 3/1994 | Haraden | 315/58 |
| 5,350,977 A | 9/1994 | Hamamoto et al. | 315/291 |
| 5,357,170 A | 10/1994 | Luchaco et al. | 315/159 |
| 5,374,876 A | 12/1994 | Horibata et al. | 315/313 |
| 5,388,357 A | 2/1995 | Malita | 40/570 |
| 5,404,282 A | 4/1995 | Klinke et al. | 362/249 |
| 5,406,176 A | 4/1995 | Sugden | 315/292 |
| 5,410,328 A | 4/1995 | Yoksza et al. | 345/82 |
| 5,420,482 A | 5/1995 | Phares | 315/292 |
| 5,436,535 A | 7/1995 | Yang | 315/313 |
| 5,463,280 A | 10/1995 | Johnson | 315/187 |
| 5,504,395 A | 4/1996 | Johnson et al. | 315/71 |
| 5,545,950 A | 8/1996 | Cho | 315/56 |
| 5,561,346 A | 10/1996 | Byrne | 313/512 |
| 5,575,459 A | 11/1996 | Anderson | 362/240 |
| 5,592,051 A | 1/1997 | Korkala | 315/210 |
| 5,751,118 A | 5/1998 | Mortimer | 315/291 |
| 5,769,527 A | 6/1998 | Taylor et al. | 362/85 |
| 5,821,695 A | 10/1998 | Vilanilam et al. | 315/58 |
| 5,896,010 A | 4/1999 | Mikolajczak et al. | 315/77 |
| 5,924,784 A | 7/1999 | Chliwnyj et al. | 362/234 |
| 6,016,038 A | 1/2000 | Mueller et al. | 315/291 |
| 6,072,280 A | 6/2000 | Allen | 315/185 |



# Fig. 1



Fig. 2



Fig. 3



Fig. 4



Fig. 5



Fig. 6

**U.S. Patent**    Oct. 1, 2002    Sheet 6 of 75    US 6,459,919 B1



Fig. 7

**U.S. Patent**    Oct. 1, 2002    Sheet 7 of 75    US 6,459,919 B1



# Fig. 8



Fig. 9



Fig. 10



Fig. 11



Fig. 12



Fig. 13



Fig. 14



Fig. 15

Case 1:03-cv-12491-MEL    Document 57-10    Filed 02/23/2006    Page 17 of 31



Fig. 16



Fig. 17



# Fig. 18



Fig 19



## Fig. 20



## Fig. 21



Fig. 22



## Fig. 23



Fig. 24



Fig. 25



Fig. 26



Fig. 27

4006



4020

## Fig. 28A

4006



4022

## Fig. 28B

4006



4024

## Fig. 28C

Case 1:03-cv-12491-MEL    Document 57-10    Filed 02/23/2006    Page 27 of 31



## Fig. 29



## Fig. 30



4000

4031

## Fig. 31



4032

4000

## Fig. 32



## Fig. 33



## Fig. 34



Fig. 35



Fig. 36

Case 1:03-cv-12491-MEL    Document 57-10    Filed 02/23/2006    Page 31 of 31



**Fig. 37**



**Fig. 38**