# EXHIBIT C – PART 2

Case 1:03-cv-12491-MEL    Document 57-11    Filed 02/23/2006    Page 2 of 33



Fig. 39



Fig. 40

Case 1:03-cv-12491-MEL     Document 57-11     Filed 02/23/2006     Page 3 of 33



## Fig. 41



## Fig. 42



## Fig. 43



## Fig. 44



## Fig. 45



## Fig. 46



40475

4022    4006

4047

# Fig. 47



4006    4022

40485    4048

# Fig. 48



4049

4022    4006  40495

# Fig. 49



4024

4006

4050

# Fig. 50



## Fig. 51



## Fig. 52

Case 1:03-cv-12491-MEL    Document 57-11    Filed 02/23/2006    Page 9 of 33



Fig. 53



Fig. 54



Fig. 55



## Fig. 56



## Fig. 57



## Fig. 58



## Fig. 59

Case 1:03-cv-12491-MEL    Document 57-11    Filed 02/23/2006    Page 13 of 33



Fig. 60



Fig. 61



Fig. 62



Fig. 63

Case 1:03-cv-12491-MEL    Document 57-11    Filed 02/23/2006    Page 15 of 33



4064

4022

4006

4020

## Fig. 64



4065    4020    4006

4022

4024

4022

## Fig. 65



Fig. 66



Fig. 67



Fig. 68



Fig. 69



Fig. 70

Case 1:03-cv-12491-MEL    Document 57-11    Filed 02/23/2006    Page 19 of 33



Fig. 71



Fig. 72



Fig. 73

Case 1:03-cv-12491-MEL    Document 57-11    Filed 02/23/2006    Page 22 of 33



Fig. 74



Fig. 75



Fig. 76

Case 1:03-cv-12491-MEL    Document 57-11    Filed 02/23/2006    Page 25 of 33



ENLARGED

**Fig. 77**

Case 1:03-cv-12491-MEL    Document 57-11    Filed 02/23/2006    Page 26 of 33



1020

1021

A/D    1027

LED

1022

ENLARGED

Fig. 78

Case 1:03-cv-12491-MEL    Document 57-11    Filed 02/23/2006    Page 27 of 33



## Fig. 79

Case 1:03-cv-12491-MEL    Document 57-11    Filed 02/23/2006    Page 28 of 33



Fig. 80

Case 1:03-cv-12491-MEL    Document 57-11    Filed 02/23/2006    Page 29 of 33



# Fig. 81



**Fig. 82**

Case 1:03-cv-12491-MEL    Document 57-11    Filed 02/23/2006    Page 31 of 33



Fig. 83

Case 1:03-cv-12491-MEL    Document 57-11    Filed 02/23/2006    Page 32 of 33



Fig. 84



Fig. 85