UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COLOR KINETICS INCORPORATED, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:03-cv-12491-MEL |
| ) | |
| TIR SYSTEMS LTD, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5.3(b), I, Wendy Haller Verlander, hereby request that this Court grant Joseph R. Baldwin permission to appear and practice in this Court on behalf of the defendant in connection with the above captioned litigation. As set forth in the attached Certificate of Joseph R. Baldwin, Esq. in Support of His Application for Leave to Practice:

1. Mr. Baldwin is an associate with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, 1455 Pennsylvania Ave., NW, Washington, D.C. and a member of the bar in good standing in every jurisdiction where he is admitted to practice.

2. There are no disciplinary proceedings pending against Mr. Baldwin as a member of the bar in any jurisdiction.

3. Mr. Baldwin is familiar with the Local Rules for the United States District Court for the District of Massachusetts.

WHEREFORE, I respectfully request that Mr. Baldwin be admitted to practice before this Court for all purposes in connection with the representation of the defendant in this proceeding.

Respectfully submitted,

TIR SYSTEMS LTD.,

Dated: February 23, 2005

by: /s/  Wendy Haller Verlander
Mark G. Matuschak (BBO #543873)
mark.matuschak@wilmerhale.com
Wendy Haller Verlander (BBO # 652943)
wendy.verlander@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: 617-526-6000

S. Calvin Walden (admitted pro hac vice)
calvin.walden@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
399 Park Avenue
New York, NY 10021
Telephone: 212-937-7200

Michael A. Oblon (BBO# 634966)
michael.oblon@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
1455 Pennsylvania Ave, NW
Washington, DC 20004
Telephone: 202-942-8486

Attorneys for Defendant

**CERTIFICATE UNDER L. R. 7.1 (A)(2)**

I hereby certify pursuant to Local Rule 7.1 (A)(2), that I conferred with Aaron Moore, Esq., counsel for Plaintiff, prior to filing this motion, and that Plaintiff has assented to this motion.

/s/  Alexandra McTague
Alexandra McTague

**CERTIFICATE OF SERVICE**

I hereby certify that today I caused a true and correct copy of this motion and the attached Exhibits to be served, by CM/ECF, on the following counsel of record:

Matthew B. Lowrie
Aaron W. Moore
Emily A. Berger
Lowrie, Lando & Anastasi, LLP
Riverfront Office Park
One Main Street
Cambridge, MA 02142

Dated February 23, 2006                                   ____/s/ Alexandra McTague____