UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COLOR KINETICS INCORPORATED, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TIR SYSTEMS LTD, )<br>)<br>Defendant. )<br>_____) | Civil Action No. 1:03-cv-12491-MEL |

## CERTIFICATE OF JOSEPH R. BALDWIN, ESQ. IN SUPPORT OF HIS APPLICATION FOR ADMISSION PRO HAC VICE

I, Joseph R. Baldwin, declare and state as follows:

1. I am a member in good standing of the bars of the Commonwealth of Virginia and the District of Columbia. In addition, I am admitted to practice before the United States Court of Appeals for the Federal Circuit, the United States District Court for the Eastern District of Virginia, and the United States District Court for the District of Columbia.

2. I am an associate in the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, 1455 Pennsylvania Avenue, N.W., Washington, D.C. 20004.

2. There are no disciplinary proceedings pending against me as a member of the bar of any jurisdiction.

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

- 2 -

SIGNED UNDER THE PENALTIES OF PERJURY THIS 15th DAY OF FEBRUARY, 2005.

_____
JOSEPH R. BALDWIN