# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| COLOR KINETICS INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 1:03-cv-12491-MEL |
| TIR SYSTEMS LTD, | ) ) ) | |
| Defendant. | ) ) | |

### ASSENTED TO MOTION FOR ADMISSION OF ALEXANDRA MCTAGUE PRO HAC VICE

Pursuant to Local Rule 83.5.3(b), I, Wendy Haller Verlander, hereby request that this Court grant Alexandra McTague permission to appear and practice in this Court on behalf of the defendant in connection with the above captioned litigation. As set forth in the attached Declaration of Alexandra McTague, Esq. in Support of Her Pro Hac Vice Application:

1. Ms. McTague is an associate with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, 399 Park Avenue, New York, New York, and a member of the bar in good standing in every jurisdiction where she is admitted to practice.

2. There are no disciplinary proceedings pending against Ms. McTague as a member of the bar in any jurisdiction.

3. Ms. McTague is familiar with the Local Rules for the United States District Court for the District of Massachusetts.

WHEREFORE, I respectfully request that Ms. McTague be admitted to practice before this Court for all purposes in connection with the representation of the defendant in this proceeding.

                      Respectfully submitted,

                      TIR SYSTEMS LTD.,

Dated: February 23, 2006         by: /s/ __Wendy Haller Verlander__
                      Mark G. Matuschak (BBO #543873)
                      mark.matuschak@wilmerhale.com
                      Wendy Haller Verlander (BBO # 652943)
                      wendy.verlander@wilmerhale.com
                      WILMER CUTLER PICKERING
                      HALE AND DORR LLP
                      60 State Street
                      Boston, MA 02109
                      Telephone: 617-526-6000

                      S. Calvin Walden (admitted pro hac vice)
                      calvin.walden@wilmerhale.com
                      WILMER CUTLER PICKERING
                      HALE AND DORR LLP
                      399 Park Avenue
                      New York, NY 10021
                      Telephone: 212-937-7200

                      Michael A. Oblon (BBO# 634966)
                      michael.oblon@wilmerhale.com
                      WILMER CUTLER PICKERING
                      HALE AND DORR LLP
                      1455 Pennsylvania Ave, NW
                      Washington, DC 20004
                      Telephone: 202-942-8486

                      Attorneys for Defendant

US1DOCS 5518472v1

## CERTIFICATE UNDER L. R. 7.1 (A)(2)

I hereby certify pursuant to Local Rule 7.1 (A)(2), that I conferred with Aaron Moore, Esq., counsel for Plaintiff, prior to filing this motion, and that Plaintiff has assented to this motion.

/s/ Alexandra McTague
Alexandra McTague

## CERTIFICATE OF SERVICE

I hereby certify that today I caused a true and correct copy of this motion and the attached Exhibits to be served, by CM/ECF, on the following counsel of record:

> Matthew B. Lowrie
> Aaron W. Moore
> Emily A. Berger
> Lowrie, Lando & Anastasi, LLP
> Riverfront Office Park
> One Main Street
> Cambridge, MA 02142

Dated February 23, 2006                     /s/ Alexandra McTague