# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| COLOR KINETICS INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Civil Action No. 1:03-cv-12491-MEL |
| TIR SYSTEMS LTD, | ) ) ) | |
| Defendant. | ) ) | |

## DECLARATION OF ALEXANDRA MCTAGUE, ESQ. IN SUPPORT OF HER PRO HAC VICE APPLICATION

I, Alexandra McTague hereby declare that

1.    I am an associate at the law firm of Wilmer Cutler Pickering Hale and Dorr, LLP, 399 Park Avenue, New York, New York 10022.

2.    I am currently a member of the Bar of the State of New York, having been admitted in 2005, I am also a member of the United Stats District Court for the Southern and Eastern Districts of New York.

3.    I am a member in good standing of all Bars to which I have been admitted.

4.    There are no disciplinary proceedings pending against me as a member of the bar of any jurisdiction.

5.    I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the penalties of perjury this 15th day of February 2006.

*[signature]*

Alexandra McTague
Wilmer Cutler Pickering
　Hale and Dorr LLP
399 Park Avenue
New York, NY 10022
Telephone:  212-230-8800
Facsimile:  212-230-8888

2