# EXHIBIT B



**TIR**® Building the Foundations of Tomorrow's Lighting

REQUEST A QUOTE | HOME | CONTACT | SITE MAP    SEARCH

PRODUCTS | APPLICATIONS | COMPANY INFO | NEWS & EVENTS | RESOURCE CENTER | INVESTORS | TECHNOLOGY





news and events

## news and events

+ News Releases
Events
Media Coverage

press releases

**13 February 2006**
TSX Symbol: TIR
For immediate release

**TIR SYSTEMS' PARTNER LIGHTING SERVICES INC UNVEILS FIRST PRODUCT BASED ON LEXEL™ TECHNOLOGY AT ARC06 IN LONDON**

**London, UK** – TIR Systems Ltd. (TSX: TIR), a world leader in light enabling technologies for LED-based Solid State Lighting (SSL) and the developer of the first fully integrated Solid State Light source, the LEXEL™, announces that its strategic partner, Lighting Services Inc (LSI), has introduced the first LEXEL™-based light fixture.



The LumeLEX™, as the fixture is named, combines the benefits of conventional lighting with the superior control, flexibility and potential for significant energy savings achievable with LED-based lighting technology. The LumeLEX™ showcases LSI's design flair in a track-lighting fixture that will be of particular interest to customers in the high value retail, museum, and gallery market segments which are at the leading edge of the US$91B global illumination market. LSI has harnessed the advantages provided by the LEXEL™ in developing a product that meets market requirements for a white light source that provides similar intensity to conventional sources, with the flexibility to dim and select any colour temperature desired - critical elements demanded by this market segment.

LSI President Daniel Gelman comments, "I am very pleased that we are able to show our first LED-based product at ARC06 after only four months of working with TIR. LEXEL™ technology is well suited for our markets and with the LumeLEX™ we will deliver the features and performance our customers value."



Leonard Hordyk, President and CEO of TIR Systems, notes, "The fact that our two companies are able to demonstrate a product that captures the full potential of Solid State Lighting in such a short timeframe is a phenomenal accomplishment. Our goal was to provide our partners with a Solid State Lighting platform that was as simple as a conventional lamp and ballast to incorporate into new products, and the introduction of the LumeLEXTM proves that the LEXEL™ has achieved that goal. We are very excited

about the opportunity to help our partners like LSI deliver successful new products to their customers."

**About Lighting Services Inc**

Lighting Services Inc (LSI) is the leading independent manufacturer of track, accent, display, fiber optic, and LED lighting systems. Since 1958, LSI has been dedicated to designing, engineering and manufacturing lighting systems of the highest quality. Our reputation for creativity and innovative design, coupled with specification grade products and intelligent personalized service, has made us the manufacturer of choice amongst the most discriminating specifiers of lighting.

To find out more about Lighting Services Inc visit http://www.LightingServicesInc.com

**About TIR Systems Ltd.**

TIR Systems Ltd., a world leader in delivering specialty lighting systems, is building the foundations for tomorrow's lighting. Through sound innovation and proven technical capability, TIR is developing, designing and marketing the core technologies that will allow Solid State Lighting (SSL) to move to the forefront of mainstream lighting.

To find out more about TIR Systems Ltd. (TSX: TIR), visit http://www.tirsys.com.

**About LEXEL™**

The LEXEL™ is a perfectly controllable new solid state light source incorporating light emitting diodes (LEDs) that uses up to 80% less energy to produce the same amount of light as a conventional light source and does not degrade its output or colour temperature over its 50,000 hour life. LEXEL™ combines breakthroughs in thermal design, optics, and feedback to provide precise colour temperature control and dimming in a cost effective design, resulting in a truly intelligent light source for illumination.

LSI's new LumeLEX™ lighting fixture, incorporating TIR's LEXELTM technology, being featured at ARC06, London.
Photographs courtesy of LSI.

**For more information, please contact:**

J. Caren Holtby
Investor Relations Manager
Tel: 604-473-2318
Email: caren.holtby@tirsys.com

This News Release contains forward-looking statements or information concerning the future development, design and marketing of SSL technology and its expected impact on the Company's business. Forward-looking statements include, but are not limited to, our ability to develop, design and market and sell our products or technologies in response to the continuing change in technology, evolving industry standards and changing customer preferences and requirements. Such statements or information are inherently uncertain, and the actual events or results could be materially different than those anticipated in those forward-looking statements or information as a result of numerous factors, including without limitation, our ability to successfully address these developments on a timely basis or at all; as well the other risks and uncertainties affecting the Company and its business, as contained in the Company's most recent Annual Information Form and other subsequent news releases and filings with the Canadian Securities Regulatory Authorities, any of which could cause actual events or results to vary materially from the Company's expectations. Forward-looking statements or information are based on the beliefs, opinions and expectations of the Company's management at the time they are made, and the Company does not assume any obligation to update any forward-looking statements or information if those beliefs, opinions or expectations, or there is new information or other circumstances should change.

TERMS AND CONDITIONS | 2005 © COPYRIGHT TIR SYSTEM