# UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| COLOR KINETICS INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:03-cv-12491-MEL |
| | ) | |
| TIR SYSTEMS LTD, | ) | |
| | ) | |
| Defendant. | ) | |

## ASSENTED-TO MOTION FOR
## ENTRY OF A PROTECTIVE ORDER

Defendant TIR Systems Ltd., ("TIR") through its counsel, moves for entry of a

protective order in the above-captioned case. The parties have agreed to the terms of the

Proposed Protective Order attached hereto.

TIR has conferred with counsel for Color Kinetics Inc., and they have assented to this

motion.

Respectfully submitted,

WILMER CUTLER PICKERING
  HALE AND DORR LLP

Dated: March 20, 2006

/s/ Wendy Haller Verlander
Mark G. Matuschak (BBO #543873)
mark.matuschak@wilmerhale.com
Wendy Haller Verlander (BBO # 652943)
wendy.haller@wilmerhale.com
60 State Street
Boston, MA 02109
Telephone: 617-526-6000

S. Calvin Walden (admitted pro hac vice)
calvin.walden@wilmerhale.com

US1DOCS 5570871v1

399 Park Avenue
New York, NY 10021
Telephone: 212-937-7200

Michael Oblon (BBO #630946)
michael.oblon@wilmerhale.com
1455 Pennsylvania Ave, NW
Washington, D.C. 20004
Telephone: 202-942-8400

Attorneys for Defendant
TIR SYSTEMS LTD.

## CERTIFICATE OF SERVICE

I hereby certify that today I caused a true and correct copy of this motion and the attached Exhibits to be served, by CM/ECF, on the following counsel of record:

> Matthew B. Lowrie
> Aaron W. Moore
> Emily A. Berger
> Lowrie, Lando & Anastasi, LLP
> Riverfront Office Park
> One Main Street
> Cambridge, MA 02142

Dated March 20, 2006                              _____/s/ Alexandra McTague___