UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COLOR KINETICS INCORPORATED, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TIR SYSTEMS LTD, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 1:03-cv-12491-MEL |

## ASSENTED TO MOTION FOR ENLARGEMENT OF TIME TO FILE

Pursuant to Fed. R. Civ. P. 6(b)(2), Defendant TIR Systems Ltd. ("TIR") hereby requests that the Court grant an extension until April 7, 2006 for the time to file a pleading in response to the Seconded Amended Complaint of Plaintiff Color Kinetics Incorporated ("CKI"). In support of its motion, TIR states as follows:

1.     Due to an oversight, TIR neglected to calendar the date for filing a pleading in response to CKI's Second Amended Complaint. A pleading should have been filed by March 15, 2006.

2.     Upon learning of its error, counsel for TIR contacted counsel for CKI to seek CKI's assent in the present motion. Counsel for CKI assented to the motion.

3.     CKI will not be prejudiced by a twenty-three day extension to the time for filing. Under the amended scheduling order fact discovery is not due to close in the case until September 1, 2006. *Pioneer Investment Services Co. v. Brunswick Assocs. L.P. et al*, 507 U.S.

380, 391-95 (1993); *Bates v. Grant*, No. 03-2390, 2004 WL 943631, at *14-15 (1st Cir. May 4, 2004)(unpublished decision)(applying *Pioneer* test in Rule 6(b)(2) context).

4. For the same reason, an extension will have no effect on any currently scheduled judicial proceeding.

For the foregoing reasons, TIR requests that the Court grant its request for an extension of time to file a responsive pleading to the Second Amended Complaint.

Respectfully submitted,

TIR SYSTEMS LTD.,

Dated: March 30, 2005

by: /s/  Joseph R. Baldwin_____
Mark G. Matuschak (BBO #543873)
mark.matuschak@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: 617-526-6000

S. Calvin Walden (admitted pro hac vice)
calvin.walden@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
399 Park Avenue
New York, NY 10021
Telephone: 212-937-7200

Joseph R. Baldwin (admitted pro hac vice)
joseph.baldwin@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
1455 Pennsylvania Ave, NW
Washington, DC 20004
Telephone: 202-942-8486

Attorneys for Defendant

**Certificate of Compliance with Local Rule 7.1**

I hereby certify that counsel for TIR contacted counsel for CKI regarding this motion and that counsel for CKI assented to this motion.

                                                    _/s/ Joseph R. Baldwin_____
                                                    Joseph R. Baldwin

**Certificate of Service**

I hereby certify that today I caused a true and correct copy of this motion to be served, by CM/ECF, on the following counsel of record:

                            Matthew B. Lowrie
                            Aaron W. Moore
                            Emily A. Berger
                            LOWRIE, LANDO AND ANASTASI, LLP
                            Riverfront Office Park
                            One Main Street
                            Cambridge, MA 02142

Dated: March 30, 2006                    _____/s/ Joseph R. Baldwin_____