UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COLOR KINETICS INCORPORATED,<br><br>    Plaintiff,<br>v.<br><br>TIR SYSTEMS LTD.,<br><br>    Defendant. | Civil Action No. 1:03-cv-12491-MEL |

## MOTION FOR WITHDRAWAL BY STEVEN CALLAHAN

  Steven Callahan, formerly of Wilmer Cutler Pickering Hale and Dorr LLP, hereby moves this Court to allow him to withdraw from serving as counsel for Defendant TIR Systems Ltd. in this action. In support thereof, he states that he is no longer associated with Wilmer Cutler Pickering Hale and Dorr LLP, and has not been associated with the firm since at least August 2005. The appearances of other attorneys from Wilmer Cutler Pickering Hale and Dorr LLP would remain in effect and would not be affected in any way by this withdrawal.

Dallas 216645v1

                                                Respectfully submitted,

/s/ Steven Callahan
_____
Steven Callahan (BBO #661486)
300 Crescent Court, Suite 1200
Dallas, Texas 75201
Telephone (214) 978-6357
Telecopier (214) 978-4044

Formerly associated with:
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000

Dated: March 30, 2006

Dallas 216645v1

## CERTIFICATE OF SERVICE

    I, Steven Callahan, hereby certify that a true and correct copy of the foregoing document was served via Pacer this 30th day March, 2006 on the following counsel of record:

>Matthew B. Lowrie
>Aaron W. Moore
>Emily A. Berger
>LOWRIE, LANDO AND ANASTASI, LLP
>Riverfront Office Park
>One Main Street
>Cambridge, MA 02142.

    /s/ Steven Callahan

    Steven Callahan

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COLOR KINETICS INCORPORATED,<br><br>                 Plaintiff,<br>v.<br><br>TIR SYSTEMS LTD.,<br><br>                 Defendant. | Civil Action No. 1:03-cv-12491-MEL |

## **ORDER**

Before this Court is Steven Callahan's Motion for Withdrawal. The Court concludes that the Motion should be granted, and it is therefore:

ORDERED that the Motion of Withdrawal is GRANTED.

SO ORDERED.

                                              Dated this _____ day of _____, 2006.

                                                                                _____
                                                                                United States District Court Judge