UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COLOR KINETICS INCORPORATED,<br><br>              Plaintiff,<br>v.<br><br>TIR SYSTEMS LTD.,<br><br>              Defendant. | Civil Action No. 1:03-cv-12491-MEL |

**ORDER**

Before this Court is Steven Callahan's Motion for Withdrawal. The Court concludes that the Motion should be granted, and it is therefore:

ORDERED that the Motion of Withdrawal is GRANTED.

SO ORDERED.

Dated this 4th day of April, 2006.

_____
United States District Court Judge

Dallas 216645v1