# EXHIBIT A

#8/Amdt B
6/7/00
C. McKinney

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of: )
MUELLER, et al. ) Atty. Docket No.: CKC-004.02
)
Appl. No.: 09/425,770 ) Art Unit: 2821
)
Filed: October 22, 1999 ) Examiner: H. Philogene
)
For: MULTICOLORED LED LIGHTING )
  METHOD AND APPARATUS )

### CERTIFICATE OF MAILING

I hereby certify that the foregoing document is being deposited with the United States Postal Service as first class mail in an envelope addressed to Assistant Commissioner for Patents, Washington, DC 20231 on May 23, 2000.

_Jonathan Furtado_
Jonathan Furtado

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

In response to the Office Action dated April 6, 2000, Applicants submit the following amendment and remarks.

## AMENDMENT

Please enter the following amendment:

RECEIVED
JUN 0 1 2000
TECHNOLOGY CENTER 2800

**In the Specification:**

After the claims, please insert the following abstract:

-- ### Abstract

The systems and methods described herein relate to LED systems capable of generating light, such as for illumination or display purposes. The light-emitting LEDs may be controlled by

 a processor to alter the brightness and/or color of the generated light, e.g., by using pulse-width modulated signals. Thus, the resulting illumination may be controlled by a computer program to provide complex, predesigned patterns of light in virtually any environment. --

## REMARKS

Upon entry of the foregoing amendments, claims 1, 4, 22-27, and 32-34 are pending in the application.

Claims 1, 4, 23, 24, 26, 27 and 34 are rejected under the judicially created doctrine of double patenting over claims 1, 3, 21, and 25 of U.S. Patent No. 6,016,038. Applicants submit herewith a terminal disclaimer to obviate this rejection.

Applicants believe that the above amendments and remarks place the present application in condition for allowance and request early notification to this effect.

If there are any other fees due in connection with the filing of this Response, please charge the fees to our **Deposit Account No. 06-1448**. If a fee is required for an extension of time under 37 C.F.R. § 1.136 not accounted for above, such an extension is requested and the fee should also be charged to our Deposit Account. If there are any questions regarding the filing of this Response, the Examiner can contact the undersigned attorney at (617) 832-1701.

Respectfully submitted,
FOLEY, HOAG, & ELIOT LLP

May 23, 2000

Robert Mazzarese
Reg. No. 42,852
Attorney for Applicants

Patent Group
Foley, Hoag & Eliot LLP
One Post Office Square
Boston, MA 02109-2170
Telephone: (617) 832-1000
Facsimile: (617) 832-7000