# EXHIBIT B



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 09/425,770 | 10/22/99 | MUELLER   G | CKC-00402 |

MMC2/0616

PATENT GROUP
FOLEY HOAG & ELIOT LLP
ONE POST OFFICE SQUARE
BOSTON MA 02109-2170

| EXAMINER |
|---|
| PHILOGENE, H |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2821 | #10 |

DATE MAILED: 06/16/00

Please find below and/or attached an Office communication concerning this application or proceeding.

Commissioner of Patents and Trademarks

PTO-90C (Rev. 2/95)
U.S. G.P.O. 2000 ; 465-188/25266

1- File Copy

| **Notice of Allowability** | Application No. 09/425,770 | Applicant(s) George G. Mueller et al. |
|---|---|---|
| | Examiner Haissa Philogene | Group Art Unit 2821 |

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance and Issue Fee Due or other appropriate communication will be mailed in due course.

☒ This communication is responsive to *amendment filed on 5/25/00*.

☒ The allowed claim(s) is/are *1, 4, 22-27, 32-34 now numbered 1-11*.

☐ The drawings filed on _____ are acceptable.

☒ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).
  ☐ All ☐ Some* ☒ None of the CERTIFIED copies of the priority documents have been
    ☒ received.
    ☐ received in Application No. (Series Code/Serial Number) _____.
    ☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).
  *Certified copies not received: _____

☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE **THREE MONTHS** FROM THE "DATE MAILED" of this Office action. Failure to timely comply will result in ABANDONMENT of this application. Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION, PTO-152, which discloses that the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.

☒ Applicant MUST submit NEW FORMAL DRAWINGS
  ☐ because the originally filed drawings were declared by applicant to be informal.
  ☒ including changes required by the Notice of Draftsperson's Patent Drawing Review, PTO-948, attached hereto or to Paper No. *6*.
  ☐ including changes required by the proposed drawing correction filed on _____, which has been approved by the examiner.
  ☐ including changes required by the attached Examiner's Amendment/Comment.

Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the reverse side of the drawings. The drawings should be filed as a separate paper with a transmittal letter addressed to the Official Draftsperson.

☐ Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

Any response to this letter should include, in the upper right hand corner, the APPLICATION NUMBER (SERIES CODE/SERIAL NUMBER). If applicant has received a Notice of Allowance and Issue Fee Due, the ISSUE BATCH NUMBER and DATE of the NOTICE OF ALLOWANCE should also be included.

Attachment(s)
  ☐ Notice of References Cited, PTO-892
  ☒ Information Disclosure Statement(s), PTO-1449, Paper No(s). *10*
  ☐ Notice of Draftsperson's Patent Drawing Review, PTO-948
  ☐ Notice of Informal Patent Application, PTO-152
  ☐ Interview Summary, PTO-413
  ☒ Examiner's Amendment/Comment
  ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material
  ☒ Examiner's Statement of Reasons for Allowance

*Haissa Philogene*
*Primary Examiner*
A.U. 2821

U. S. Patent and Trademark Office
PTO-37 (Rev. 9-95)                 Notice of Allowability                 Part of Paper No. 10

Application Serial Number: 09/425,770            Art Unit: 2821
Office Action: 2            File Paper Number: 10

1. In the IDS, PTO-1449 Form, filed on 3/31/00, the following patent Nos. 4,298,869-- 4,845,481-- 5,134,387-- 5,184,114-- 5,420,482 have been lined through by the examiner because they were already cited in PTO-892 Form of the previous Office Action.

2. The following is an examiner's statement of reasons for allowance: The prior art fails to disclose a light apparatus and method comprising an addressable controller having an alterable address coupled to the input of a current sink coupled to at least one LED and having timing means for generating an activation signal for a predetermined portion of a timing cycle, said controller further comprising means for receiving data corresponding to the alterable address and indicative of the predetermined portion; and a power module comprising a current regulator for controlling maximum current supplied to the plurality of LEDs and a light module comprising means for programming the current regulator whereby different light modules having a different plurality of LEDs and different light intensity ratings which may be conveniently interchanged, as recited in the independent claims. Hence, the examiner has allowed claims 1, 4, 22-27 and 32-34.

Any comments considered necessary by applicant must be submitted no later than the payment of the issue fee and, to avoid processing delays, should preferably accompany the issue fee. Such submissions should be clearly labeled "Comments on Statement of Reasons for Allowance."

Application Serial Number: 09/425,770                                  Art Unit: 2821
Office Action: 2                                                File Paper Number: 10

### *Correspondence*

3.     Any inquiry concerning this communication or earlier communications from the examiner should be directed to Examiner Haissa Philogene whose telephone number is *(703) 305-3485*.

4.     Any inquiry of a general nature or relating to the status of this application should be directed to the Technology Center receptionist whose telephone number is *(703) 308-0956*.

5.     Papers related to Technology Center 2800 applications **only** may be submitted to Technology Center 2800 by facsimile transmission. Any transmission not to be considered an official response must be clearly marked "DRAFT". The faxing of such papers must conform with the notice published in the Official Gazette, 1096 OG 30 (November 15, 1989). The Technology Center Fax Center number is *(703) 308-7722 or (703) 308-7724*.

*Philogene Haissa*
*Examiner*
*Art Unit 2821*
*June 16, 2000*

/Haissa Philogene
Primary Examiner
A.U. 2821

Sheet 1 of 1

| Form PTO-1449 | Docket Number (Optional) CKC-004.02(20169-402) | Application Number 09/425,770 | |
|---|---|---|---|
| INFORMATION DISCLOSURE CITATION IN AN APPLICATION (Use several sheets if necessary) | Applicant Mueller and Lys | | |
| | Filing Date October 22, 1999 | Group Art Unit 2821 | MAR 31 2000 |

U.S. PATENT DOCUMENTS

| EXAMINER INITIAL | | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| hp | AA | 3,746,918 | 07/17/73 | Drucker et al. | 315 | 77 | 05/24/71 |
| | AB | 4,298,869 | 11/03/81 | Okuno | 340 | 782 | 06/25/79 |
| hp | AC | 4,329,625 | 05/11/82 | Nishizawa et al. | 315 | 158 | 07/17/79 |
| hp | AD | 4,367,464 | 01/04/83 | Kurahashi et al. | 340 | 701 | 05/29/80 |
| hp | AE | 4,388,567 | 06/14/83 | Yamazaki et al. | 315 | 291 | 02/25/81 |
| hp | AF | 4,420,711 | 12/13/83 | Takahashi et al. | 315 | 296 | 06/11/82 |
| hp | AG | 4,625,152 | 11/25/86 | Nakai | 315 | 317 | 07/09/84 |
| hp | AH | 4,727,289 | 02/23/88 | Uchika | 315 | 71 | 07/17/86 |
| | AI | 4,845,481 | 07/04/89 | Havel | 340 | 762 | 10/24/86 |
| hp | AJ | 4,887,074 | 12/12/89 | Simon et al. | 340 | 782 | 01/20/88 |
| hp | AK | 4,992,704 | 02/12/91 | Stinson | 315 | 167 | 04/17/89 |
| hp | AL | 5,003,227 | 03/26/91 | Nilssen | 315 | 161 | 12/18/89 |
| hp | AM | 5,008,595 | 04/16/91 | Kazar | 315 | 178 | 02/23/89 |
| hp | AN | 5,126,634 | 06/30/92 | Johnson | 315 | 71 | 09/25/90 |
| | AO | 5,134,387 | 07/28/92 | Smith et al. | 340 | 701 | 11/06/89 |
| hp | AP | 5,164,715 | 11/17/92 | Kashiwabara et al. | 340 | 716 | 04/10/90 |
| | AQ | 5,184,114 | 02/02/93 | Brown | 340 | 701 | 03/15/90 |
| hp | AR | 5,226,723 | 07/13/93 | Chen | 362 | 241 | 05/11/92 |
| hp | AS | 5,254,910 | 10/19/93 | Yang | 315 | 313 | 04/03/92 |
| hp | AT | 5,256,948 | 10/26/93 | Boldin et al. | 315 | 313 | 04/03/92 |
| hp | AU | 5,282,121 | 01/25/94 | Bornhorst et al. | 362 | 294 | 04/30/91 |
| hp | AV | 5,294,865 | 03/15/94 | Haraden | 315 | 58 | 09/18/92 |
| hp | AW | 5,350,977 | 09/27/94 | Hamamoto et al. | 315 | 291 | 06/08/93 |
| hp | AX | 5,357,170 | 10/18/94 | Luchaco et al. | 315 | 159 | 02/12/93 |
| hp | AY | 5,374,876 | 12/20/94 | Horibata et al. | 315 | 313 | 12/21/92 |
| hp | AZ | 5,388,357 | 02/14/95 | Malita | 40 | 570 | 04/08/93 |
| hp | BA | 5,404,282 | 04/04/95 | Klinke et al. | 362 | 249 | 08/19/94 |
| hp | BB | 5,410,328 | 04/25/95 | Yoksza et al. | 345 | 82 | 03/28/94 |
| | BC | 5,420,482 | 05/30/95 | Phares | 315 | 292 | 08/31/94 |
| hp | BD | 5,436,535 | 07/25/95 | Yang | 315 | 313 | 12/29/92 |

387736.1

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| hp | BE | 5,463,280 | 10/3 | Johnson | 31 | 187 | 03/03/94 |
| hp | BF | 5,504,395 | 04/0 | Johnson et al. | 31 | 71 | 03/04/94 |
| hp | BG | 5,545,950 | 08/13/96 | Cho | 315 | 56 | 05/31/94 |
| hp | BH | 5,561,346 | 10/01/96 | Byrne | 313 | 512 | 08/10/94 |
| hp | BI | 5,575,459 | 11/19/96 | Anderson | 362 | 240 | 04/27/95 |
| hp | BJ | 5,592,051 | 01/07/97 | Korkala | 315 | 210 | 08/24/95 |
| hp | BK | 5,751,118 | 05/12/98 | Mortimer | 315 | 291 | 07/07/95 |
| hp | BL | 5,821,685 | 10/13/98 | Vilanilam et al. | 315 | 58 | 08/06/96 |

**FOREIGN PATENT DOCUMENTS**

| | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | Translation YES | NO |
|---|---|---|---|---|---|---|---|
| hp | BM  EP 0752 632 A2 | 01/08/97 | European Patent | | | | X |
| hp | BN  GB 2 176 042 | 12/10/86 | UK | | | | X |
| hp | BO  2 640 791 | 06/22/90 | France | | | | X |
| hp | BP  J P 060 43830 | 02/18/94 | Japan | | | | X |

**OTHER DOCUMENTS**   *(Including Author, Title, Date, Pertinent Pages, Etc.)*

| EXAMINER | DATE CONSIDERED |
|---|---|
| Naisha Philos | 6/15/00 |

EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP § 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to the applicant.

Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

387736.1



UNITED STATES ARTMENT OF COMMERCE
Patent and Trademark Office

## NOTICE OF ALLOWANCE AND ISSUE FEE DUE

PATENT GROUP
FOLEY HOAG & ELIOT LLP
ONE POST OFFICE SQUARE
BOSTON MA 02109-2170

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| 09/425,770 | 10/22/99 | 011 | PHILOGENE, H | 2821 | 06/16/00 |

| First Named Applicant | MUELLER, | | | | |
|---|---|---|---|---|---|

TITLE OF INVENTION: MULTICOLORED LED LIGHTING METHOD AND APPARATUS

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| CKC-00402 | 315-291.000 | N98 | UTILITY | YES | $605.00 | 09/18/00 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT.
PROSECUTION ON THE MERITS IS CLOSED.**

THE ISSUE FEE MUST BE PAID WITHIN **THREE MONTHS** FROM THE MAILING DATE OF THIS NOTICE OR THIS
APPLICATION SHALL BE REGARDED AS ABANDONED. **THIS STATUTORY PERIOD CANNOT BE EXTENDED.**

### HOW TO RESPOND TO THIS NOTICE:

I. Review the SMALL ENTITY status shown above.
  If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:

  A. If the status is changed, pay twice the amount of the FEE DUE shown above and notify the Patent and Trademark Office of the change in status, or
  B. If the status is the same, pay the FEE DUE shown above.

If the SMALL ENTITY is shown as NO:

  A. Pay FEE DUE shown above, or

  B. File verified statement of Small Entity Status before, or with, payment of 1/2 the FEE DUE shown above.

II. Part B-Issue Fee Transmittal should be completed and returned to the Patent and Trademark Office (PTO) with your ISSUE FEE. Even if the ISSUE FEE has already been paid by charge to deposit account, Part B Issue Fee Transmittal should be completed and returned. If you are charging the ISSUE FEE to your deposit account, section "4b" of Part B-Issue Fee Transmittal should be completed and an extra copy of the form should be submitted.

III. All communications regarding this application must give application number and batch number.
Please direct all communications prior to issuance to Box ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.**

PATENT AND TRADEMARK OFFICE COPY

PTOL-85 (REV. 10-96) Approved for use through 06/30/99. (0651-0033)