# EXHIBIT C

Case 1:03-cv-12491-MEL    Document 67-4    Filed 04/07/2006    Page 1 of 4

PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of: MUELLER, et al  :
Appln. No.  09/425,770  : Art Unit: 2821
Filed:  October 22, 1999  : Examiner: H. Philogene
For:  MULTICOLORED LED LIGHTING  : Attorney Docket: CKC-004.02
METHOD AND APPARATUS  :

### CERTIFICATE OF MAILING

I hereby certify that the foregoing document is being deposited with the United States Postal Service as first class mail in an envelope addressed to Assistant Commissioner for Patents, Washington, DC 20231 on August 11, 2000.

_E. E. Coker_
Eugene Coker

### AMENDMENT UNDER 37 C.F.R. 312

Box Amendment
Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

Please amend the specification and claims as follows:

*In the specification:*

On page 15, line 10, after "an open end", please insert --11--;

after "a reflective interior portion", please insert --12--,

after "an illumination end", please insert --13--;

on page 16, line 13, after "microcontroller", please insert --92--;

on page 16, line 20, after "to set the color.", please insert --A lens assembly 93 may be provided for reflecting the emitted light--;

on page 17, line 6, after "environmental indicator", please insert --96--;

line 9, after "an A/D converter", please insert --94--;

after "inputs of the microcontroller", please insert --92--;

line 10, after "The microcontroller", please insert --92--;

line 12, after "register values." please insert --The microcontroller 92 may be coupled to a transceiver 95 for transmitting and receiving signals. A current switch 90, coupled to the microcontroller 92, may be used to control the current supply to LEDs 120, 140, and 160 of different colors--

*In the claims:*

22. (Amended) A modular LED illumination assembly comprising:

a power module having a terminal for attachment to a power supply; and

a light module comprising a plurality of LEDs and having an electrical connector removably attachable to the power module;

the power module further comprising a current regulator for controlling maximum current supplied to the plurality of LED's, and the light module further comprising means for programming the current regulator;

whereby [different light modules having a different plurality of LED's and different light intensity ratings] the light module is [may be] capable of being conveniently interchanged with a different light module having a different light intensity rating.

34. (Amended) A method for controlling current through an LED assembly comprising the steps of:

providing a memory location;

placing a numerical value in the memory location indicative of the duty cycle of a pulse width modulated waveform;

closing an LED circuit between supply and ground when the waveform is in one state, and opening the LED circuit when the waveform is in [the other] another state;

changing the numerical value in the memory location upon receipt of a new numerical value over a computer network.

## REMARKS

Figure 8 has been amended to provide a reference number for the lens assembly, and this number has been incorporated into the specification. The transceiver originally claimed has been included in the drawings and the specification. No new matter is being added.

Applicant has amended claim 22 to more clearly set forth the interchangeable nature of the light module.

Figures 3, 8, and 9 have been amended to provide reference numbers for the open end, illumination end, reflective interior portion, current switching means, and other portions depicted in the Figures and present in the claims as originally filed. These numbers have been incorporated into the specification as well, and a sentence describing the current switch as shown in the drawings and recited in the originally presented claims has been added. No new matter is being added.

Applicants have supplied additional reference numbers to better clarify the subject matter disclosed in the specification. No new matter is being added.

Applicants submit that the above amendments enter no new matter and raise no new issues. A revised set of informal drawings reflecting the above changes is provided herewith. If there are any questions raised by this submission, Applicants respectfully request that the Examiner contact the undersigned at (617) 832-1000.

Respectfully submitted,
FOLEY, HOAG, & ELIOT

Dated: August 11, 2000

David P. Halstead, Ph.D.
Reg. No. 44,735

Patent Group
Foley, Hoag & Eliot LLP
One Post Office Square
Boston, MA 02109-2170
Tel: (617) 832-1000
FAX: (617) 832-7000