# EXHIBIT D

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re Application of: Ihor LYS et al. ) | Atty Docket No. CKC-012.11 |
| ) | |
| Serial No.: To be assigned ) | |
| ) | |
| Filed: July 27, 2000 ) | |
| ) | |
| For: *Illumination Components* ) | |



---

**CERTIFICATE OF EXPRESS MAILING UNDER 37 C.F.R. §1.8(a)**

I hereby certify that this correspondence is being deposited with the United States Postal Service as Express Mail, postage prepaid, in an envelope addressed to: Assistant Commissioner for Patents Washington, D.C. 20231, Express Mail Label No.: EL 046636589 US.

July 27, 2000                                   _____
Date of Signature                               Eugene Coker
and of Mail Deposit

---

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir

### PRELIMINARY AMENDMENT

Applicants submit the following preliminary amendment in light of the Office Action issued in copending application No. 09/213,659. Please enter the following amendments:

IN THE SPECIFICATION:

On page 1, line 1, after "The present application is", please insert -- a continuation of U.S. Patent Application No. 09/213,659, filed December 17, 1998, now U.S. Patent No. 6,016,038, which is --;

please delete lines 10-18 and insert therefor -- incorporates by reference the aforementioned applications and the specifications of the following applications: PCT/US98/17702 filed on August 26, 1998; PCT/US98/26853 filed on December 17, 1998; U.S. Patent Application No. 09/215,624 filed on December 17, 1998; U.S. Patent Application No. 09/213,537 filed on December 17, 1998; U.S. Patent Application No. 09/213,607 filed on December 17, 1998; U.S. Patent Application No. 09/213,189 filed on December 17, 1998; U.S. Patent Application No. 09/213,548 filed on December 17, 1998; U.S. Patent Application No.



09/213,581 filed on December 17, 1998; U.S. Patent Application No. 09/213,540 filed on December 17, 1998.--.

IN THE CLAIMS:

All pending claims, whether or not amended, are presented below for the convenience of the Examiner.

Please cancel claims 1-5 and 80-81 without prejudice.

6. (Amended) A modular LED unit comprising:

a light module having a plurality of [LEDs, each LED being provided with a plurality of light-emitting semiconductor dies] LEDs for generating light of a range of colors within a color spectrum;

a data communication link for connecting the plurality of LEDs; and

a processor for controlling the amount of electrical current supplied to [the plurality of semiconductor dies in] each LED, so that a particular amount of current supplied [thereto] to the light module generates a corresponding color within the color spectrum, wherein the color spectrum includes a color selected from green, blue, and violet.

7. A modular LED unit as set forth in claim 6, wherein the light module includes a receiver for facilitating communication between the processor and the light module.

8. A modular LED unit as set forth in claim 7, wherein the light module further includes a transmitter for facilitating communication with the processor.

9. A modular LED unit as set forth in claim 6 further including a power module for providing electrical current from a power source to the light module.

10. A modular LED unit as set forth in claim 9 further including an electrical connector for removably coupling the light module to the power module.

2

11. (Amended) A modular LED unit as set forth in claim 6, wherein the [plurality of] LEDs in the light module [is] are arranged linearly in series within a strip.

12. (Amended) A modular LED unit as set forth in claim 11, wherein the strip of LEDs includes a coupling mechanism to permit coupling of a plurality of strips between modular LED units.

13. A modular LED unit as set forth in claim 6, wherein the plurality of LEDs in the light module is arranged in within a geometrical panel.

14. (Amended) A modular LED unit as set forth in claim 13, wherein the geometrical panel of LEDs includes a coupling mechanism to permit coupling of a plurality of panels between modular LED units.

15. A modular LED unit as set forth in claim 6, wherein the plurality of LEDs in the light module is arranged to represent a three dimensional structure.

16. (Amended) A modular LED unit as set forth in claim 15, wherein the three dimensional structure of LEDs includes a coupling mechanism to permit coupling of a plurality of the three dimensional structures between modular LED units.

17. (Amended) A modular LED unit as set forth in [claims] claim 12, 14 or 16, wherein the coupling mechanism permits electrical and mechanical coupling between modular LED units.

18. (Amended) A modular LED unit comprising:
a plurality of light emitting diodes (LEDs) of at least two different colors for generating a range of colors within a color spectrum;

3

a processor for controlling the amount of electrical current supplied to the [plurality of light emitting diodes] plurality of LEDs, so that a particular amount of current supplied thereto generates a corresponding color within the color spectrum; and

a power module for providing electrical current from a power source to the light module, wherein the color spectrum includes a color selected from green, blue, and violet.

19. A modular LED unit as set forth in claim 18 further including an electrical connector for removably coupling the light module to the power module.

20. A modular LED unit as set forth in claim 18, wherein the light module includes a receiver for facilitating communication between the processor and the light module.

21. A modular LED unit as set forth in claim 20, wherein the light module further includes a transmitter for facilitating communication with the processor.

22. A modular LED unit as set forth in claim 18, wherein the plurality of light emitting diodes in the light module is arranged linearly in series within a strip.

23. (Amended) A modular LED unit as set forth in claim 22, wherein the strip of light emitting diodes includes a coupling mechanism to permit coupling of a plurality of strips between modular LED units.

24. A modular LED unit as set forth in claim 18, wherein the plurality of light emitting diodes in the light module is arranged in within a geometrical panel.

25. (Amended) A modular LED unit as set forth in claim 24, wherein the geometrical panel of LEDs includes a coupling mechanism to permit coupling of a plurality of panels between modular LED units.

4

26. A modular LED unit as set forth in claim 18, wherein the plurality of light emitting diodes in the light module is arranged to represent a three dimensional structure.

27. (Amended) A modular LED unit as set forth in claim 26, wherein the three [dimension] dimensional structure of light emitting diodes includes a coupling mechanism to permit coupling of a plurality of the three dimensional structures between modular LED units.

28. (Amended) A modular LED unit as set forth in [claims] claim 23, 25 or 27, wherein the coupling mechanism permits electrical and mechanical coupling between modular LED units.

29. (Amended) A method for providing illumination within an environment, the method comprising:
    providing a modular LED unit as set forth in claim [claims 1,] 6 or 18;
    placing the modular LED unit within the environment; and
    controlling the amount of electrical current supplied to at least one LED, so that a particular amount of current supplied thereto generates a corresponding color within the color spectrum.

30. A method as set forth in claim 29, wherein the environment includes a handheld flashlight.

31. (Amended) A method as set forth in claim 29, wherein the environment includes [one] an environment which requires the use of an indicator light.

32. A method as set forth in claim 31, wherein the environment is selected from a group consisting of an elevator floor button, an elevator floor indication panel, an automobile dashboard, an automobile ignition key area, an automobile anti-theft alarm light indicator, units of a stereo systems, a telephone pad button, and answering machine message indicator, a door

5



bell button, a light on/off switch, a computer on/off indicator, a video monitor on/off indicator, a watch, and a fishing lure.

33. A method as set forth in claim 29, wherein the environment includes a device to be worn on a body.

34. A method as set forth in claim 33, wherein the device is selected from the group consisting of an article of jewelry, an article of clothing, shoes, eyeglasses, gloves, and hat.

35. A method as set forth in claim 29, wherein the environment includes a lightwand.

36. A method as set forth in claim 29, wherein the environment includes a toothbrush.

37. (Amended) A method for providing illumination within an environment, the method comprising:
providing at least one modular LED unit as set forth in claim [claims] 11 or 22;
placing the strip of LEDs within the environment; and
controlling the amount of electrical current supplied to at least one LED, so that a particular amount of current supplied thereto generates a corresponding color within the color spectrum.

38. A method as set forth in claim 37, wherein the environment includes a walkway and wherein the step of placing includes positioning the strip of LEDs along one side of the walkway as a directional indicator.

39. A method as set forth in claim 37, wherein the environment includes a cove and wherein the step of placing includes positioning the strip of LEDs in a housing provided adjacent the cove, such that the strip of LEDs may illuminate the cove.



40. (Amended) A method as set forth in claim 37, wherein the environment includes a handrail and wherein the step of placing includes positioning the strip of LEDs on a surface of a handrail to [provide] indicate to a user [with] the location of the handrail.

41. A method as set forth in claim 37, wherein the environment includes a plurality of steps on a stairway and wherein the step of placing includes positioning the strip of LEDs at an edge of a step to inform a user of the location of the step.

42. A method as set forth in claim 37, wherein the environment includes a toilet bowl and wherein the step of placing includes positioning the strip of LEDs about a rim of the bowl or the seat to inform a user of the location of the bowl or the seat.

43. A method as set forth in claim 37, wherein the environment includes an elevated brake light located in the rear of an automobile and wherein the step of placing includes positioning the strip of LEDs within a previously provided housing for the brake light.

44. A method as set forth in claim 37, wherein the environment includes a refrigerator door and wherein the step of placing includes positioning the strip of LEDs on a refrigerator door handle.

45. A method as set forth in claim 37, wherein the environment includes a tree and wherein the step of placing includes positioning the strip of LEDs on the tree so as to permit illumination thereof.

46. A method as set forth in claim 37, wherein the environment includes a building and wherein the step of placing includes positioning the strip of LEDs along a surface of the building so as to attract attention from an observer.

47. (Amended) A method for providing illumination within an environment, the method comprising:

providing at least one modular LED unit as set forth in claim [claims] 13 or 24;

placing the panel of LEDs within the environment; and

controlling the amount of electrical current supplied to at least one LED, so that a particular amount of current supplied thereto generates a corresponding color within the color spectrum.

48.     A method as set forth in claim 47, wherein the environment includes a floor and wherein the step of placing includes positioning a geometrical panel of LEDs within at least one designated area in the floor to provide illumination thereof.

49.     A method as set forth in claim 47, wherein the environment includes a ceiling and wherein the step of placing includes positioning a geometrical panel of LEDs within at least one designated area on the ceiling to provide illumination thereof.

50.     A method as set forth in claim 47, wherein the environment includes a vending machine and wherein the step of placing includes positioning a geometrical panel of LEDs posterior to a frontal display of the vending machine to provide illumination of illustration on the frontal display.

51.     A method as set forth in claim 47, wherein the environment includes an illuminating surface and wherein the step of placing includes positioning a geometrical panel of LEDs posterior to the surface to provide illumination of graphical illustration on the surface or illumination of an object placed on the surface.

52.     (Amended) A method as set forth in claim 47, wherein the environment includes a displayment sign and wherein the step of placing includes positioning a geometrical panel of LEDs within a housing located in front of the sign to provide illumination of illustration on the [frontal display] sign.



53. (Amended) A method as set forth in claim 47, wherein the environment includes a traffic light and wherein the step of placing includes positioning a geometrical panel of LEDs within a housing for at least one of the [three] lights <u>of the traffic light</u>.

54. A method as set forth in claim 47, wherein the environment includes a directional display sign and wherein the step of placing includes positioning a geometrical panel of LEDs within a housing for the directional display sign.

55. A method as set forth in claim 47, wherein the environment includes an information board and wherein the step of placing includes positioning at least one geometrical panel of LEDs on the front of the board, so that informational data may be provided to the reader.

56. A method as set forth in claim 55, wherein the information board is selected from the group consisting of traffic information signs, silent radios, scoreboards, price boards, advertisement boards, and large public television screens.

57. (Amended) A method for <u>providing</u> illumination within an environment, the method comprising:
  providing at least one modular LED unit as set forth in <u>claim</u> [claims] 15 or 26;
  placing the three dimensional structure of LEDs within the environment; and
  controlling the amount of electrical current supplied to at least one LED, so that a particular amount of current supplied thereto generates a corresponding color within the color spectrum.

58. A method as set forth in claim 57, wherein the environment includes a toy construction block and the step of placing includes positioning at least one three dimensional structure of LEDs on or within the toy construction block to permit illumination of such block.



59. A method as set forth in claim 57, wherein the environment includes an ornamental display and the step of placing includes forming at least one three dimensional structure of LEDs into a particular shape for display.

60. A method as set forth in claim 59, wherein the ornamental display is selected from the group consisting of Christmas tree ornaments, animals, discotheque ball and any natural or man-made object capable of being represented.

61. A method as set forth in claim 57, wherein the environment includes an architectural glass block and the step of placing includes positioning at least one three dimensional structure of LEDs within the glass block for illumination thereof.

62. A method as set forth in claim 57, wherein the environment includes large letters and the step of placing includes positioning at least one three dimensional structure of LEDs on or within the letters for illumination thereof.

63. A method as set forth in claim 57, wherein the environment includes traditional lighting devices and the step of placing includes positioning the three dimensional structure of LEDs within a socket for receiving the traditional lighting devices.

64. A method as set forth in claim 57, wherein the environment includes tower lights and the step of placing includes positioning the three dimensional structure of LEDs on the tower to act as a warning indicator to high flying planes or distantly located vessels.

65. A method as set forth in claim 57, wherein the environment includes a buoy and the step of placing includes positioning the three dimensional structure of LEDs within or on a surface of the buoy for illumination thereof.



66.  A method as set forth in claim 57, wherein the environment includes a ball or a puck and the step of placing includes positioning the three dimensional structure of LEDs within the ball or puck to permit enhanced visualization of the ball or puck.

67.  (Amended) A method for illumination within an environment, the method comprising:

placing within the environment a combination of two or more of the modular LED [unit] units as set forth in [claims 1,] claim 11, 13, 15, 22, 24 or 26; and

controlling the amount of electrical current supplied to at least one LED, so that a particular amount of current supplied thereto generates a corresponding color within the color spectrum.

68.  A method as set forth in claim 67, wherein the environment an ornamental display and wherein the step of placing includes positioning at least one strip of LEDs and one panel of LEDs along a surface of the ornamental display.

69.  A method as set forth in claim 68, wherein the ornamental display includes Christmas tree ornaments, figurative animals, discotheque ball and any natural or man-made object capable of being represented.

70.  A method as set forth in claim 67, wherein the environment includes a bowling alley and wherein the step of placing includes positioning one of a strip of LEDs, a panel of LEDs, and a three dimensional structure of LEDs along a lane and one of a panel of LEDs and three dimensional structure of LEDs on a ceiling, a floor or a wall of the bowling alley.

71.  (Amended) A method as set forth in claim 67, wherein the environment includes a theatrical setting and wherein the step of placing includes positioning one of a strip of LEDs, a panel of LEDs, and a three dimensional structure of LEDs on a ceiling, a floor or a wall of a theater [and one of the strip of LEDs, the panel of LEDs, and the three dimensional structure of LEDs on the remainder of the ceiling, the floor or the wall of the theater].

11



72. (**Amended**) A method as set forth in claim 67, wherein the environment includes a swimming pool and wherein the step of placing includes positioning one of a strip of LEDs, a panel of LEDs, and a three dimensional structure of LEDs on a floor or a wall of the swimming pool [and one of the strip of LEDs, the panel of LEDs, and the three dimensional structure of LEDs on the remainder of the floor or the wall of the swimming pool].



73. (**Amended**) A method as set forth in claim 67, wherein the environment includes a cargo bay of a spacecraft and wherein the step of placing includes positioning one of a strip of LEDs, a panel of LEDs, and a three dimensional structure of LEDs on a floor, a ceiling or a wall of the cargo bay [and one of the strip of LEDs, the panel of LEDs, and the three dimensional structure of LEDs on the remainder of the floor, the ceiling or the wall of the cargo bay].

74. A method as set forth in claim 67, wherein the environment includes an aircraft hangar and wherein the step of placing includes positioning one of a strip of LEDs, a panel of LEDs, and a three dimensional structure of LEDs on a floor, a ceiling or a wall of the hangar [and one of the strip of LEDs, the panel of LEDs, and the three dimensional structure of LEDs on the remainder of the floor, the ceiling or the wall of the hangar[.

75. (**Amended**) A method as set forth in claim 67, wherein the environment includes a warehouse and wherein the step of placing includes positioning one of a strip of LEDs, a panel of LEDs, and a three dimensional structure of LEDs on a floor, a ceiling or a wall of the warehouse [and one of the strip of LEDs, the panel of LEDs, and the three dimensional structure of LEDs on the remainder of floor, the ceiling or the wall of the warehouse].

76. (**Amended**) A method as set forth in claim 67, wherein the environment includes a subway station and wherein the step of placing includes positioning one of a strip of LEDs, a panel of LEDs, and a three dimensional structure of LEDs on a floor, a ceiling or a wall of the subway station [and one of the strip of LEDs, the panel of LEDs, and the three dimensional structure of LEDs on the remainder of the floor, the ceiling or the wall of the subway station].



77. (Amended) A method as set forth in claim 67, wherein the environment includes a marina and wherein the step of placing includes positioning one of a strip of LEDs, a panel of LEDs, and a three dimensional structure of LEDs on a buoy, a dock, a light fixture or a boathouse [and one of the strip of LEDs, the panel of LEDs, and the three dimensional structure of LEDs on the remainder of the buoy, the dock, the light fixture or the boathouse].

78. (Amended) A method as set forth in claim 67, wherein the environment includes a fireplace and wherein the step of placing includes positioning one of a strip of LEDs, a panel of LEDs, and a three dimensional structure of LEDs on a simulated fire log, a wall or a floor of the [fireplace and one of the strip of LEDs, the panel of LEDs, and the three dimensional structure of LEDs on the remainder of the simulated fire log, a wall or a floor of the] fireplace, such that when colors within the color spectrum [is] are generated, an appearance of fire is simulated.

79. A method as set forth in claim 67, wherein the environment includes an underside of a car and wherein the step of placing includes positioning one of a strip of LEDs, a panel of LEDs, and a three dimensional structure of LEDs on the underside of the car to permit illumination of a road surface over which the car passes.

### REMARKS

For the Examiner's convenience, all claims whether or not amended have been provided above. Claims 6-79 are now pending. Applicants have made certain amendments to the claims for the purposes of more particularly pointing out the subject matter being claimed. Support for these amendments can be found throughout the specification, and particularly on page 67, line 6, and on page 83, lines 28-30. Applicants have amended the priority claim to more particularly point out the relationship between the present application and the applications to which it claims priority. The issues raised in the Office Action issued in copending application No. 09/213,659 are addressed below in numbered paragraphs that correspond to the numbered paragraphs in that Office Action:



1-2. Claims 29-79 are rejected under 35 U.S.C. 112, second paragraph, as being indefinite. The Office Action states that a method claim cannot depend on an apparatus claim; however, MPEP 608.01(n) recites: "The fact that the independent and dependent claims are in different statutory classes does not, in itself, render the latter improper. Thus, if claim 1 recites a specific product, a claim for the method of making the product of claim 1 in a particular manner would be a proper dependent claim, because it could not be infringed without infringing claim 1." Applicants submit that the present claims follow this example. For example, claim 29 is a method for providing illumination using an apparatus of claim 1, 6, or 18. Thus, claim 29 could not be infringed without infringing claim 1, 6, or 18. As a result, claim 29 properly depends on claims 1, 6, and 18. Reconsideration and withdrawal of this rejection is respectfully requested.

3-4. Claims 1-79 as presented in U.S. Application No. 09/016,750 were rejected under 35 U.S.C. 102(e) as being anticipated by Chliwnyj et al., U.S. Patent No. 5,924,784. Applicants traverse this rejection to the extent it is maintained over the claims as amended.

Claim 1 sets forth a modular LED unit comprising a light module having an LED with a plurality of light-emitting semiconductor dies for generating a range of colors within a color spectrum, and a processor for controlling an amount of electrical current supplied to the plurality of semiconductor dies, so that a particular amount of current supplied thereto generates a corresponding color within the color spectrum, wherein the color spectrum includes a color selected from green, blue, or violet.

Claims 6 recites a modular LED unit comprising a light module having a plurality of LEDs, each LED being provided with a plurality of light-emitting semiconductor dies, for generating a range of colors within a color spectrum, a data communication link for connecting the plurality of LEDs, and a processor for controlling the amount of electrical current supplied to the plurality of semiconductor dies in each LED, so that a particular amount of current supplied thereto generates a corresponding color within the color spectrum, wherein the color spectrum includes a color selected from green, blue, or violet.

Claim 18 is directed to a modular LED unit comprising a plurality of light emitting diodes (LEDs) of at least two different colors for generating a range of colors within a color spectrum, a processor for controlling the amount of electrical current supplied to the plurality of

14

light emitting diodes, so that a particular amount of current supplied thereto generates a corresponding color within the color spectrum, and a power module for providing electrical current from a power source to the light module, wherein the color spectrum includes a color selected from green, blue, or violet.

Chliwnyj et al. disclose electronic lighting devices that simulate a realistic flame. These lighting devices may have a plurality of lighting devices, such as LEDs, in a plurality of colors, and can be modulated in intensity by a control circuit with a stored program. The control circuit can control the mean intensity of the simulated flame based on a power management budget. The lighting devices can execute a slowly changing series of patterns and/or disturbances that mimic the behavior of real flames.

Chliwnyj et al. do not teach or suggest lighting devices for generating a range of colors within a color spectrum, wherein the color spectrum includes a color selected from green, blue, or violet, as required by the independent claims outlined above. Chliwnyj et al. teach using amber, red, and yellow colors of LEDs, and these colors of LEDs, even taken in combination, cannot generate green, blue, or violet light, and thus Chliwnyj et al. do not teach all of the elements of claims 1, 6, or 18, or the claims dependent thereon. Additionally, Chliwnyj et al. do not motivate one of ordinary skill in the art to arrive at a lighting device for generating light of a green, blue, or violet color, because Chliwnyj et al. teach devices which simulate flames or candles by emitting light of a red, orange, or yellow color like natural flames. Thus, Chliwnyj et al. not only fail to anticipate the pending claims, but also fail to render claims 1, 6, and 18 obvious, both because Chliwnyj et al. fail to teach or suggest the claimed elements, and because Chliwnyj et al. fail to motivate one of ordinary skill in the art to combine these elements as claimed.

Furthermore, with respect to claims 12-15, and 23-26, and claims dependent thereon, Chliwnyj et al. do not teach or suggest that the strip of LEDs includes a mechanism to permit coupling of a plurality of strips between modular LED units (claims 12 and 23), that the plurality of LEDs in the light module is arranged in within a geometrical panel (claims 13 and 24), that the geometrical panel of LEDs includes a mechanism to permit coupling of a plurality of panels between modular LED units (claims 14 and 25), or that the plurality of LEDs in the light module is arranged to represent a three dimensional structure (claims 15 and 26). The Office Action

15



points to column 2, line 57, as teaching these features, but it is unclear how the statement "The general object and purpose of the present invention is to provide new and improved decorative lighting devices, each capable of simulating changing flame patterns...." teaches any of these features. Applicants submit that Chliwnyj et al. apparently neither teach nor suggest arranging a plurality of LEDs within a geometrical panel or to represent a three dimensional structure. Nor do Chliwnyj et al. apparently teach or suggest including in a lighting element a mechanism to permit coupling of a plurality of strips, panels, or modular LED units as claimed. Instead, Chliwnyj et al. apparently contemplate using the disclosed lighting elements individually, without coupling panels or strips together between lighting units. Applicants submit that Chliwnyj et al. fail to anticipate or render obvious these features of the pending claims.

With respect to claims 16-17 and 27-28, Chliwnyj et al. do not apparently teach that the three dimensional structure of LEDs includes a mechanism to permit coupling of a plurality of the three dimensional structures between modular LED units (claims 16 and 27), or that the coupling mechanism permits electrical and mechanical coupling between modular LED units (claims 17 and 28), as presently claimed. The Office Action points to column 7, line 36, as teaching these features, yet it is unclear how the statements "A simulation with each of LEDs 7a-e repetitively going through a single sequence may be boring. Therefore, certain changes in the selected sinusoid pattern and frequency ... were incorporated." teach or suggest coupling modular LED units together. Instead, this passage appears to teach that a random number generator may be used to vary the output of the lighting element. Applicants submit that Chliwnyj et al. fail to anticipate or render obvious these features of the pending claims.

## CONCLUSION

For the foregoing reasons, Applicants respectfully request reconsideration and withdrawal of the pending rejections. Applicants believe that the claims are now in condition for allowance and early notification to this effect is earnestly solicited.

If there are any other fees due in connection with the filing of this Response, please charge the fees to our **Deposit Account No. 06-1448.** If a fee is required for an extension of time



under 37 C.F.R. § 1.136 not accounted for above, such an extension is requested and the fee should also be charged to our Deposit Account.

                                         Respectfully submitted,
                                         FOLEY, HOAG, & ELIOT LLP

Dated: July 27, 2000

                                         David P. Halstead, Ph.D.
                                         Reg. No. 44,735

Patent Group                              Agent for Applicants
Foley, Hoag & Eliot LLP
One Post Office Square
Boston, MA 02109-2170
Telephone: (617) 832-1000
Facsimile: (617) 832-7000