# EXHIBIT E



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 09/626,905 | 07/27/00 | LYS | CKC-012.11 |

| | |
|---|---|
| 025181 MMC2/0119 | EXAMINER |
| FOLEY, HOAG & ELIOT, LLP | TRAN, C |
| PATENT GROUP | |
| ONE POST OFFICE SQUARE | ART UNIT / PAPER NUMBER |
| BOSTON MA 02109 | 2821 |

DATE MAILED: 01/19/01

Please find below and/or attached an Office communication concerning this application or proceeding.

Commissioner of Patents and Trademarks

|  | Application No. | Applicant(s) |
|---|---|---|
| **Office Action Summary** | 09/626,905 | LYS ET AL. |
|  | Examiner | Art Unit |
|  | Chuc D. Tran | 2821 |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTH(S) FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136 (a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If the period for reply specified above is less than thirty (30) days, a reply within the statutory minimum of thirty (30) days will be considered timely.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
- Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1) ☒ Responsive to communication(s) filed on <u>27 July 2000</u>.
2a) ☐ This action is **FINAL**.   2b) ☒ This action is non-final.
3) ☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

4) ☒ Claim(s) <u>6-79</u> is/are pending in the application.
    4a) Of the above claim(s) _____ is/are withdrawn from consideration.
5) ☐ Claim(s) _____ is/are allowed.
6) ☒ Claim(s) <u>6-79</u> is/are rejected.
7) ☐ Claim(s) _____ is/are objected to.
8) ☐ Claims _____ are subject to restriction and/or election requirement.

**Application Papers**

9) ☐ The specification is objected to by the Examiner.
10) ☐ The drawing(s) filed on _____ is/are objected to by the Examiner.
11) ☐ The proposed drawing correction filed on _____ is: a) ☐ approved b) ☐ disapproved.
12) ☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. § 119**

13) ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).
    a) ☐ All   b) ☐ Some * c) ☐ None of:
      1. ☐ Certified copies of the priority documents have been received.
      2. ☐ Certified copies of the priority documents have been received in Application No. _____ .
      3. ☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).
    * See the attached detailed Office action for a list of the certified copies not received.

14) ☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. & 119(e).

**Attachment(s)**

15) ☒ Notice of References Cited (PTO-892)
16) ☒ Notice of Draftsperson's Patent Drawing Review (PTO-948)
17) ☒ Information Disclosure Statement(s) (PTO-1449) Paper No(s) <u>3</u>.
18) ☐ Interview Summary (PTO-413) Paper No(s). _____ .
19) ☐ Notice of Informal Patent Application (PTO-152)
20) ☐ Other:

U.S. Patent and Trademark Office
PTO-326 (Rev. 9-00)          Office Action Summary          Part of Paper No. 4

Application/Control Number: 09/626,905                                    Page 2
Art Unit: 2821

## DETAILED ACTION

### Claim Rejections - 35 USC § 112

The following is a quotation of the second paragraph of 35 U.S.C. 112:

The specification shall conclude with one or more claims particularly pointing out and distinctly claiming the subject matter which the applicant regards as his invention.

Claims 29-79 are rejected under 35 U.S.C. 112, second paragraph, as being indefinite for failing to particularly point out and distinctly claim the subject matter which applicant regards as the invention.

Regarding Claims 29-79, the claimed invention is not well defined whether it is drawn to a device or method. Applicants are respectfully advised that one independent claim and its dependent claims can only include one type of the invention (e.g. apparatus, method, process of making, composition, etc.).

### Claim Rejections - 35 USC § 103

The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all obviousness rejections set forth in this Office action:

(a) A patent may not be obtained though the invention is not identically disclosed or described as set forth in section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are such that the subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art to which said subject matter pertains. Patentability shall not be negatived by the manner in which the invention was made.

Claims 6-28 are rejected under 35 U.S.C. 103(a) as being unpatentable over Chliwnyj et al (USP. 5,924,784) in view of Allen (USP. 6,072,280).

Regarding claims 6-10, 17-21 and 28, Chliwnyj et al disclose a microprocessor based simulated electronic flame comprising a light module having a plurality of LEDs for generating light of a range of colors within a color spectrum (Col. 2, Line 26-32), a data communication link for connecting the plurality of LEDs (Col. 7, Line 3), a

Application/Control Number: 09/626,905 Page 3
Art Unit: 2821

processor for controlling the power supplied to the light module generates a corresponding color within the color spectrum (Col. 2, Line 32-41), a power source to the light module including switching (Col. 5, Line 26-30). However, Chliwnyj et al do not disclose the color spectrum includes a color selected from green, blue, and violet. Allen teach led light string employing series-parallel block coupling comprising the color spectrum includes a color selected from red, green, blue, and orange (Col. 1, Line 27-32) (Col. 6, Line 2). It would have been obvious to one having ordinary skill in the art at the time the invention was made to provide a phosphor technologies in order to allow "white" LEDs to have a white-light output of full-color or adjustable-color rendering index without employing a GBV (green, blue, violet) sub-die combination.

Regarding claims 11-16, and 22-27, Chliwnyj et al disclose a microprocessor based simulated electronic flame comprising a light module having a plurality of LEDs for generating light of a range of colors within a color spectrum (Col. 2, Line 26-32). However, Chliwnyj et al do not disclose the LEDs in the light module are arranged linearly in series within a strip, coupling mechanism of a plurality of panels between modular LED units. Allen teach led light string employing series-parallel block coupling comprising the LEDs in the light module are arranged linearly in series within a strip (Col. 2, Line 27-32), coupling mechanism of a plurality of panels between modular LED units (Col. 2, Line 37-42). It would have been obvious to one having ordinary skill in the art at the time the invention was made to provide the Led light module unit in order to have a reduced cost of manufacture.

Application/Control Number: 09/626,905 Page 4
Art Unit: 2821

Regarding Claims 29-79, the claimed method is inherently found in A reference since it is constructed in the same manner as claimed. Applicants are respectfully reminded that all other methods for operating one's invention are considered as an intended use.

### Conclusion

Chliwnyj et al (USP. 5,924,784) microprocessor based simulated electronic flame.

Allen (USP. 6,072,280) led light string employing series-parallel block coupling.

Mueller et al (USP. 6,016,038) multicolored led lighting method and apparatus.

Mikolajczak et al (USP. 5,896,010) system for controlling lighting in an illuminating indicating device.

Kaza (USP. 5,008,595) ornamental light display apparatus.

Any inquiry concerning this communication or earlier communications from the examiner should be directed to Chuc D. Tran whose telephone number is (703)306-5984. The examiner can normally be reached on Mon.-Fri..

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Don Wong can be reached on (703)308-4856. The fax phone numbers for the organization where this application or proceeding is assigned are (703)308-7722 for regular communications and (703)308-7722 for After Final communications.

Any inquiry of a general nature or relating to the status of this application or proceeding should be directed to the receptionist whose telephone number is (703)308-0956.

Application/Control Number: 09/626,905    Page 5
Art Unit: 2821

TDC
January 9, 2001

Don Wong
Supervisory Patent Examiner
Technology Center 2800