# EXHIBIT F

| **Interview Summary** | Application No. 09/626,905 | Applicant(s) Lys et al. |
|---|---|---|
| | Examiner Chuc D Tran | Group Art Unit 2821 |

All participants (applicant, applicant's representative, PTO personnel):

(1) _Chuc Tran_     (3) _David Lane_

(2) _Don Wong_     (4) _Kirk Damman_

Date of Interview _Apr 18, 2001_

Type: a) ☐ Telephonic    b) ☐ Video Conference
c) ☒ Personal [copy is given to 1) ☐ applicant 2) ☒ applicant's representative]

Exhibit shown or demonstration conducted: d) ☐ Yes    e) ☒ No. If yes, brief description:

Claim(s) discussed: _All_

Identification of prior art discussed:
_Chliwnyj (5,924,784) and Allen (6,072,280)_

Agreement with respect to the claims  f) ☒ was reached.  g) ☐ was not reached.  h) ☐ N/A.

Substance of Interview including description of the general nature of what was agreed to if an agreement was reached, or any other comments:
_A proposed of adding limitations to claims 6 and 18 emphasized the removability and replacibly of the LED module from the power module was discussed. It has been agreed that such a feature in the independent claims 6 and 18 would distinguish the claimed invention over Chliwnyj '784. A thorough consideration will be granted upon receiving a formal amendment with the proposed addition._

(A fuller description, if necessary, and a copy of the amendments which the examiner agreed would render the claims allowable, if available, must be attached. Also, where no copy of the amendments that would render the claims allowable is available, a summary thereof must be attached.)

i) ☐ It is not necessary for applicant to provide a separate record of the substance of the interview (if box is checked).

Unless the paragraph above has been checked, THE FORMAL WRITTEN REPLY TO THE LAST OFFICE ACTION MUST INCLUDE THE SUBSTANCE OF THE INTERVIEW. (See MPEP section 713.04). If a reply to the last Office action has already been filed, APPLICANT IS GIVEN ONE MONTH FROM THIS INTERVIEW DATE TO FILE A STATEMENT OF THE SUBSTANCE OF THE INTERVIEW. See Summary of Record of Interview requirements on reverse side or on attached sheet.

Examiner Note: You must sign this form unless it is an Attachment to a signed Office action.

U. S. Patent and Trademark Office
PTO-413 (Rev. 03-98)                    Interview Summary                    Part of Paper No. _05_