# EXHIBIT G



IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re Application of: | |
| Lys et al. | Art Unit:    2821 |
| Serial No: 09/626,905 | Attorney Docket No.   CKC-0124 |
| Filed:   July 27, 2000 | Examiner:   C. Tran |
| For:   Illumination Components | |

RECEIVED
MAY 30 2001
TECHNOLOGY CENTER 2800

### CERTIFICATE OF MAILING UNDER 37 C.F.R. §1.8(a)

I hereby certify that this correspondence is being deposited with the United States Postal Service as First Class Mail, postage prepaid, in an envelope addressed to: Commissioner for Patents Washington, D.C. 20231 on the date indicated below:

| May 17, 2001 | |
|---|---|
| Date of Signature and of Mail Deposit | Robert King |

Commissioner of Patents
Washington, D.C.  20231

### AMENDMENT AND RESPONSE

Sir:

In response to the Office Action dated January 19, 2001, Applicants submit the following amendments and remarks. A Request for a One Month Extension of Time accompanies this Response. Please amend the application as follows:

In the claims:

Please cancel claims 6-79 without prejudice.

U.S.S.N. 09/626,905
Group Art Unit 2821

Please add the following new claims:

1. 80. (New) An illumination unit comprising:

   a light module having a plurality of light emitting diodes for generating light of a range of colors within a color spectrum,

   a processor for controlling the amount of electrical current supplied to each light emitting diode such that a particular amount of current supplied to the light module generates a corresponding color within the color spectrum, and

   a power module for providing electrical current from a power source to the light module, ~~the power module including a connector for removably and replaceably connecting the power~~ module to the light module.

2. 81. (New) The illumination unit of claim 80, wherein the light module includes a receiver for receiving a data signal from an external device, the receiver being coupled to the processor to provide the data signal to the processor.

3. 82. (New) The illumination unit of claim 80, wherein the light module includes a transmitter for transmitting a data signal to an external device, the transmitter being coupled to the processor to receive a data signal from the processor.

4. 83. (New) The illumination unit of claim 80, wherein the processor is coupled to the light module.

5. 84. (New) The illumination unit of claim 80, wherein the processor is coupled to the power module.

6. 85. (New) An illumination unit comprising

   a light module having a plurality of light emitting diodes for generating light of a range of colors within a color spectrum,

20/454642.1                                   -2-

U.S.S.N. 09/626,905
Group Art Unit 2821

   a processor for controlling the amount of electrical current supplied to each light emitting diode such that a particular amount of current supplied to the light module generates a corresponding color within the color spectrum, and

   a modular platform coupled to the light module, the modular platform having a coupling mechanism permitting the modular platform to be mechanically interconnected to at least one other modular platform to thereby form a modular illumination unit.

7. 86. (New) The illumination unit of claim 85, wherein the plurality of light emitting diodes in the light module is arranged linearly in series within a strip.

8. 87. (New) The illumination unit of claim 85, wherein the plurality of light emitting diodes in the light module is arranged within a two-dimensional geometrical panel.

9. 88. (New) The illumination unit of claim 85, wherein the plurality of light emitting diodes in the light module is arranged to form a three-dimensional structure.

10. 89. (New) The illumination unit of claim 85, wherein the coupling mechanism provides for electrical coupling between the light module and at least one other light module.

U.S.S.N. 09/626,905
Group Art Unit 2821

### REMARKS

This response is filed in reply to the Office Action dated January 19, 2001. Claims 6-79 have been cancelled without prejudice and claims 80-89 have been added. Support for these amendments can be found throughout the specification, drawings, and the claims as originally filed. No new matter has been added. The cancellation of claims 6-79 should in no way be construed to be an acquiescence to any of the rejections. The cancellation of the claims is being made solely to expedite the prosecution of the above-identified application. Applicants reserve the option to further prosecute the same or similar claims in the instant or subsequent patent application.

Applicants and their representatives wish to thank Supervisory Patent Examiner Wong and Examiner Tran for the constructive personal interview of April 18, 2001.

### *Rejection of Claims 29-79 under 35 U.S.C. § 112, Second Paragraph*

The Office Action rejected claims 29-79 under 35 U.S.C. § 112, second paragraph, as being indefinite for failing to particularly point out and distinctly claim the subject matter which Applicants regard as the invention.

By the present amendment, claims 29-79 have been cancelled rendering moot the rejection of these claims under 35 U.S.C. § 112, second paragraph.

### *Rejection of Claims 6-28 under 35 U.S.C. 103(a)*

The Office Action rejected Claims 6-28 under 35 U.S.C. § 103(a) as being unpatentable over U.S. Patent No. 5,924,784 to Chliwnyj in view of U.S. Patent No. 6,072,280 to Allen. Applicants respectively traverse this rejection on the basis of the above amendments and the following arguments.

By the present amendment, claims 6-28 have been cancelled rendering moot the rejection of these claims under 35 U.S.C. § 103(a).

### *New Claims 80-89*

New independent claim 80 characterizes the Applicants' invention as an illumination unit comprising a light module having a plurality of light emitting diodes for generating light of a

U.S.S.N. 09/626,905
Group Art Unit 2821

range of colors within a color spectrum, a processor for controlling the amount of electrical current supplied to each light emitting diode such that a particular amount of current supplied to the light module generates a corresponding color within the color spectrum, and a power module for providing electrical current from a power source to the light module. Independent claim 80 further recites that the power module includes a connector for removably and replacably connecting the power module to the light module. Claims 81-84 depend from claim 80.

As agreed during the interview of April 18, 2001, the prior art of record including Chliwnyj and Allen fail to disclose, teach or suggest an illumination system including a connector for removably and replacably connecting the power module to the light module, as recited in independent claim 80.

For at least this reason, Applicants consider claim 80, and claims 81-84 dependent thereon, to be allowable over the prior art of record.

New independent claim 85 characterized the Applicants' invention as an illumination unit comprising a light module having a plurality of light emitting diodes for generating light of a range of colors within a color spectrum, a processor for controlling the amount of electrical current supplied to each light emitting diode such that a particular amount of current supplied to the light module generates a corresponding color within the color spectrum, and a modular platform coupled to the light module. Independent claim 85 further recites that the modular platform has a coupling mechanism permitting the modular platform to be mechanically interconnected to at least one other modular platform to thereby form a modular illumination unit. Claims 86-89 depend from independent claim 85.

The prior art of record fails to disclose, teach, or suggest an illumination system including a light module having a plurality of light emitting diodes and a modular platform having a coupling mechanism permitting the modular platform to be mechanically interconnected to at least one other modular platform to thereby form a modular illumination unit, as recited in independent claim 85.

For at least this reason, Applicants consider claim 85, as well as claim 86-89 dependent thereon, to be allowable over the prior art of record.



20/454642.1                                  - 5 -

U.S.S.N. 09/626,905
Group Art Unit 2821

### Conclusion

In view of the amendments set forth above, it is respectfully submitted that this application is in condition for allowance. Accordingly, allowance is requested. If there are any remaining issues or the Examiner believes that a telephone conversation with the Applicants' attorney would be helpful in expediting the prosecution of this application, the Examiner is invited to call the undersigned at (617) 832-1197.

Respectfully submitted,

FOLEY, HOAG & ELIOT, LLP

David A. Lane, Jr.
Attorney for Applicants
Reg. No. 39,261

Dated: May 17, 2001
Customer No. 25,181
Patent Group
Foley, Hoag & Eliot LLP
One Post Office Square
Boston, MA 02109
Telephone: (617) 832-1000
Facsimile: (617) 832-7000