# EXHIBIT H



# 11
A67
10-4-01

ATTORNEY'S DOCKET NO: C01104/7065 RFG

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant: Ihor A. Lys et al.
Serial No: 09/626,905
Filed: July 27, 2000
For: ILLUMINATION COMPONENTS

Examiner: Tran, C.
Art Unit: 2821

BOX ISSUE FEE
Commissioner for Patents
Washington, D.C. 20231

### COMMENT ON STATEMENT OF REASONS FOR ALLOWANCE

Sir:

The Notice of Allowance mailed July 31, 2001 includes an Examiner's Statement of Reasons for Allowance. The Examiner points out that each of the Chliwny, Allen, Mueller, Mikolajczak and Kaza references lacks a power module including a connector for removably and replaceably connecting the power module to a light module. While Applicants agree that this feature is not taught by the art of record, Applicants note that this limitation is not found in independent claim 87, which is allowable over the prior art for different reasons.

In addition, Applicants would like to clarify for the record that claims 82-90 as allowed have been renumbered from claims 80-89 filed in the Amendment of May 17, 2001.

If there are any questions concerning the foregoing, the undersigned may be reached at the number listed below.

Respectfully submitted
*Ihor A. Lys et al., Applicant(s)*

By: _____
Richard F. Giunta, Reg. No. 36,149
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, Massachusetts 02210-2211
Tel. No.: (617) 720-3500
Attorney's for Applicant(s)

Docket No. C01104/7065 RFG
Date: September 6, 2001
**xNDDx**

OK to Enter

554290.1