# WILMERHALE

April 21, 2006

**Mark G. Matuschak**

+1 617 526 6559 (t)
+1 617 526 5000 (f)
mark.matuschak@wilmerhale.com

**BY E-FILING**

The Honorable Morris E. Lasker,
United States District Judge
United States District Court for the District
  of Massachusetts
Boston, MA  02210

      Re:    *Color Kinetics, Inc. v. TIR Systems, Inc.*
               *Civil Action No. 03-cv-12491 (MEL)*

Dear Judge Lasker:

      I am writing with respect to the Proposed Order on TIR's Motion for Protective Order submitted by counsel for Color Kinetics ("CK") late yesterday in this case.

      I had understood from the Court's comments at the hearing, and from the Court's order entered yesterday morning (requesting that "the parties" file a proposed order), that Court expected the parties to submit an agreed-upon proposed order (although CK's counsel was to take the lead in drafting it).

      The proposed order CK submitted to the Court yesterday was not shown to TIR's counsel before it was filed, and we did not learn about it until after it had been filed.

      TIR objects to the proposed order, and requests that the parties be provided with ten (10) days from today's date either to reach agreement on a proposed order, or for TIR to submit its own proposed order.

      Thank you for your attention to our case.

Very truly yours,

*/s/ Mark G. Matuschak*
Mark G. Matuschak

cc:  Aaron Moore, Esq. (by email)