**LOWRIE, LANDO & ANASTASI, LLP**
*Devoted to Intellectual Property Law*

Aaron W. Moore
amoore@LL-A.com
direct dial (617) 395-7016

April 21, 2006

**BY CM/ECF**

Honorable Morris E. Lasker
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210

Re:  Color Kinetics, Inc. v. TIR Systems, Ltd.
 D. Mass. Civil Action No. 03-12491 (MEL)

Dear Judge Lasker:

We file this in response to this afternoon's letter to the Court from Mark Matuschak on behalf of TIR, Docket No. 69. We regret having to trouble the Court with this matter.

Our understanding following Wednesday's hearing was that Color Kinetics was to prepare and submit a proposed order reflecting the Court's determination that the documents sought in our subpoena to LSI would be produced first by TIR, which we did. We did not understand this to be a collaborative effort.

This morning, TIR let us know that they had concerns about the proposed order, but did not identify those concerns. Prior to receiving our copy of Mr. Matuschak's letter to the Court, we asked TIR to identify any issues, so that they might be worked out and a new proposed order filed this afternoon. We remain willing to do that.

We do not believe, however, this that is an issue that needs to consume ten days, potentially delaying even further the production of documents sought in a subpoena that was issued on January 27th. We will again ask TIR to identify its concerns, so that we can try to file a new proposed order this afternoon. If agreement can't be reached this afternoon, we believe that TIR should file its proposed order by the end of the day on Monday.

Sincerely,

LOWRIE, LANDO & ANASTASI, LLP

Aaron W. Moore

MBL/sg
cc:  Mark G. Matuschak, Esq. (by CM/ECF)

Riverfront Office Park, One Main Street, Eleventh Floor, Cambridge, MA  02142    T 617-395-7000    F 617-395-7070
WWW.LL-A.COM