**UNITED STATES DISTRICT COURT**
BOSTON, MASSACHUSETTS 02210

CHAMBERS OF
JUDGE MORRIS E. LASKER

April 24, 2006

Mr. Mark Matuschak
Wilmer Cutler Pickering Hale and Dorr, LLP
60 State Street
Boston, MA 02109

Mr. Aaron Moore
Lowrie, Lando & Anastasi, LLP
Riverfront Office Park
One Main Street
Eleventh Floor
Cambridge, MA 02142

　　　　　Re:  Color Kinetics, Inc. v. TIR Systems, LTD.
　　　　　　　03-CV-12491-MEL

Gentlemen:

　　Upon receipt of Color Kinetics' proposed order and Mr. Matuschak's letter of April 21, I have signed the proposed order because it correctly states the decision reached at argument on the motion.

　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　/s/ Morris E. Lasker