Case 1:03-cv-12491-MEL

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COLOR KINETICS INCORPORATED,<br><br>Plaintiff<br><br>v.<br><br>TIR SYSTEMS LTD.,<br><br>Defendant. | Civil Action No.: 03-cv-12491 (MEL) |

## ~~[PROPOSED]~~ ORDER CONCERNING THE PRODUCTION OF DOCUMENTS SOUGHT IN COLOR KINETICS' SUBPOENA TO LIGHTING SERVICES, INC.

IT IS HEREBY ORDERED that Defendant TIR Systems, Ltd. ("TIR") shall produce to Color Kinetics all non-privileged documents sought in Color Kinetics' January 24, 2006 Subpoena to Lighting Services, Inc. that are in TIR's possession, custody, or control, such production to be completed no later than May 19, 2006.

This order is made without prejudice to Color Kinetics' right to seek from LSI directly, after May 19, 2006, documents not produced by TIR.

IT IS SO ORDERED.

Dated: 4/24/06

_____
The Honorable Morris E. Lasker
United States District Court Judge

780150.1