IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COLOR KINETICS INCORPORATED,<br><br>       Plaintiff<br><br>v.<br><br>TIR SYSTEMS LTD.,<br><br>       Defendant. | Civil Action No.:  1:03-cv-12491-MEL |

**REPLY OF COLOR KINETICS INCORPORATED
TO DEFENDANT'S COUNTERCLAIMS IN
<u>RESPONSE TO PLAINTIFF'S SECOND AMENDED COMPLAINT</u>**

Plaintiff Color Kinetics Incorporated ("Color Kinetics"), by its counsel, answers the Counterclaims of Defendant TIR Systems Ltd. ("TIR"), as follows:

1.    Color Kinetics admits that the Counterclaims purport to be for declaratory judgment.  Color Kinetics denies any remaining allegations of this paragraph.

2.    Color Kinetics is without information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies those allegations.

3.    Color Kinetics is without information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies those allegations.

4.    Color Kinetics admits that, at the time of the filing of the Complaint, Color Kinetics Incorporated was a Delaware Corporation with its principal place of business at 10 Milk Street, Boston, Massachusetts 02108.

5.    Color Kinetics admits that the Counterclaims purport to be for declaratory judgment under 28 U.S.C. § 2201 and 2202 and for actions relating to patents under 28 U.S.C. §

- 2 -

1338(a).  Color Kinetics denies any remaining allegations of this paragraph.

    6.    Denied.

    7.    Denied.

    8.    Denied.

    9.    Denied.

    10.    Denied.

    11.    Denied.

    12.    Denied.

    13.    Denied.

    14.    Denied.

    15.    Denied.

    16.    Denied.

    17.    Denied.

    18.    Denied.

    19.    Denied.

    20.    Denied.

    21.    Denied.

    22.    Color Kinetics denies that TIR can properly incorporate by reference paragraphs 62 through 105 of its Amended Answer and Affirmative Defenses into this paragraph 22 .  Color Kinetics also denies any factual allegation that is inconsistent with the documents comprising the prosecution history of the patents-in-suit and, further, denies that any improper conduct took place during the prosecution of any of the patents-in-suit.

23. Denied.

Respectfully submitted,

COLOR KINETICS INCORPORATED

Dated: April 27, 2006                by:    /s/ Emily A. Berger
                                      Matthew B. Lowrie, BBO No. 563,414
                                      Aaron W. Moore, BBO No. 638,076
                                      Emily A. Berger, BBO No. 650,841
                                      LOWRIE, LANDO & ANASTASI, LLP
                                      Riverfront Office Park
                                      One Main Street - 11th Floor
                                      Cambridge, MA 02142
                                      Tel : 617-395-7000
                                      Fax: 617-395-7070

## CERTIFICATE OF SERVICE

I hereby certify that today I caused a true and correct copy of the REPLY OF COLOR KINETICS INCORPORATED TO DEFENDANT'S COUNTERCLAIMS to be served on the following counsel of record by CM/ECF:

Mark G. Matuschak
mark.matuschak@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

Dated: April 27, 2006                                  /s/ Emily A. Berger
                                                Emily A. Berger