# UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| COLOR KINETICS INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:03-cv-12491-MEL |
| TIR SYSTEMS LTD, | ) ) ) | |
| Defendant. | ) ) | |

### [PROPOSED] ORDER GRANTING TIR'S MOTION TO MODIFY SCHEDULING ORDER AND INCREASE NUMBER OF DEPOSITIONS

IT IS HEREBY ORDERED that:

(1) The parties are allowed 20 depositions per side, excluding 30(b)(6) and expert depositions; and

(2) The schedule is modified as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Close of Fact Discovery | September 1, 2006 | October 31, 2006 |
| Serve Initial Expert Reports on Issues for which Each Party Bears the Burden of Proof | October 13, 2006 | December 1, 2006 |
| Serve Rebuttal Expert Reports | November 10, 2006 | January 12, 2007 |
| Close of Expert Discovery | January 12, 2007 | February 28, 2007 |
| Dispositive Motions Filed | March 16, 2007 | April 16, 2007 |

**IT IS SO ORDERED.**

Dated:_____          _____
                                                The Honorable Morris E. Lasker
                                                United States District Court Judge

US1DOCS 5758814v1