Exhibit 1

**From:** Aaron Moore
**Sent:** Friday, January 20, 2006 3:30 PM
**To:** 'Baldwin, Joseph'; Walden, S. Calvin
**Cc:** CK6002
**Subject:** RE: Scheduling Meeting

Here is a list of what I am wanting to discuss during today's call:

* Wednesday's letter concerning CK discovery responses
* electronic discovery
* addition of five CK claims to the case
* TIR inadvertantly produced documents
* TIR claim charts for other products
* TIR document production
* other TIR opinion documents
* privilege logs
* depositions
* protective order

Please let me know if you have anything to add.

Aaron W. Moore
amoore@ll-a.com
Lowrie, Lando & Anastasi, LLP
Riverfront Office Park
One Main Street - 11th Floor
Cambridge, MA 02142
T +1 (617) 395-7000; F +1 (617) 395-7070; DD +1 (617) 395-7016

Confidentiality Note: This e-mail message and any attachments may contain confidential or privileged information. If you are not the intended recipient, please notify me immediately by replying to this message. Please destroy all copies of this message and any attachments. Thank you.

-----Original Message-----
From: Baldwin, Joseph [mailto:Joseph.Baldwin@wilmerhale.com]
Sent: Friday, January 20, 2006 11:30 AM
To: Aaron Moore
Cc: Walden, S. Calvin
Subject: Scheduling Meeting


Aaron -
We will call you at 4:30 pm.
Regards,
Joe

Joseph R. Baldwin
WilmerHale
1455 Pennsylvania Avenue, N.W.
Washington, DC 20004 USA
+1 (202) 942-8508 (t)
+1 (202) 942-8484 (f)
joseph.baldwin@wilmerhale.com

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately -- by replying to this message or by sending an email to postmaster@wilmerhale.com -- and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.

7/24/2006