# Exhibit 2

**From:** Aaron Moore
**Sent:** Thursday, March 16, 2006 4:07 PM
**To:** Baldwin, Joseph
**Cc:** CK6002F
**Subject:** CK v. TIR

Dear Joe,

This is in response to your letter of March 13th.

I am surprised by the tone of the letter, and especially the demand for a "written counter-counter proposal . . . no later than 5 p.m. on March 15, 2006."

This whole effort was an attempt to accommodate TIR's wishes for circumscribed e-mail discovery. It is odd that TIR is not willing to provide us with a complete list of people who worked on these products, in order that we might narrow the scope of discovery in response to TIR's request that we consider doing so.

It does not matter whether or not an "organizational chart" has been produced, or whether the documents reflect names of some of the people who worked on the products. If we were going to be accommodating in this way, we wanted to be sure that nobody was missed.

Because TIR is not willing to agree to this small request, we will just proceed with electronic discovery without any limits. We want all e-mails in TIR's possession that are responsive to the discovery requests. This includes, but is not limited to, all relevant e-mails to and from anyone involved in the conception, design, development, marketing, sale, etc. of the accused products, all emails relating to the CK patents, and all e-mails relating to CK.

Thanks.

--Aaron

Aaron W. Moore
amoore@ll-a.com
Lowrie, Lando & Anastasi, LLP
One Main Street
Cambridge, MA 02142
T 617/395-7000;  F 617/395-7070;  DD 617/395-7016

*Confidentiality Note: This e-mail message and any attachments may contain confidential or privileged information. If you are not the intended recipient, please notify me immediately by replying to this message. Please destroy all copies of this message and any attachments. Thank you.*

7/24/2006