# Exhibit 3

# WILMERHALE

March 24, 2006

**Joseph R. Baldwin**

+1 202 942 8506 (t)
+1 202 942 8484 (f)
joseph.baldwin@wilmerhale.com

**By Facsimile and First Class Mail**

Aaron W. Moore, Esq.
Lowrie, Lando & Anastasi
Riverfront Office Park
One Main Street
Cambridge, MA 02142

Re: *Color Kinetics Incorporated v. TIR Systems, Inc.*;
    Electronic Production

Dear Aaron:

I write in response to your email of March 16, 2006.

TIR does not agree with your proposal regarding production of electronic materials. In light of your email, we are again evaluating the issue of electronic production and will respond in due course.

Very truly yours,

Joseph R. Baldwin

Wilmer Cutler Pickering Hale and Dorr LLP
The Willard Office Building, 1455 Pennsylvania Avenue, NW, Washington, DC 20004
Baltimore  Beijing  Berlin  Boston  Brussels  London  Munich  New York  Northern Virginia  Oxford  Palo Alto  Waltham  Washington