Exhibit 4

WILMERHALE

April 19, 2006

Joseph R. Baldwin

+1 202 942 8508 (t)
+1 202 942 8484 (f)
joseph.baldwin@wilmerhale.com

**Via Facsimile and First Class Mail**

Aaron W. Moore, Esq.
Lowrie, Lando & Anastasi
Riverfront Office Park
One Main Street
Cambridge, MA 02142

Re: Electronic Production
    *Color Kinetics Inc. v. TIR Systems Ltd.*, 03-CV-12491-MEL (D. Mass)

Dear Aaron:

I write regarding electronic production in the case identified above.

After considering Color Kinetics' two proposals regarding electronic production – to either produce no electronic documents or to produce all electronic documents relevant to any request – TIR has decided to opt for the first proposal of producing no electronic documents. Producing all relevant electronic documents would be both unnecessary and unduly burdensome.

As suggested in its prior proposals, TIR is still willing to negotiate a reasonable proposal for the production of some electronic documents. Please contact me if you would like to discuss such proposal.

Very truly yours,

Joseph R. Baldwin