IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

COLOR KINETICS INCORPORATED,

      Plaintiff,

v.

TIR SYSTEMS LTD.,

      Defendant.

Civil Action No.: 03-CV-12491-MEL

NOTICE OF APPEARANCE

    Pursuant to local Rule 83.5.2, please enter my appearance on behalf of Plaintiff Color Kinetics Incorporated in the above-identified action.

Respectfully submitted,

Dated: July 31, 2006

    /s/ Thomas P. McNulty
Thomas P. McNulty, BBO No. 654564
Lowrie, Lando & Anastasi, LLP
Riverfront Office Park
One Main Street - 11th Floor
Cambridge, MA 02142
Tel: 617-395-7000
Fax: 617-395-7070

**CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the foregoing was filed through the ECF system and will be sent electronically to the registered participants, including those persons listed below, this 31st day of July, 2006.

    Mark G. Matuschak, Esq.
    Wilmer Cutler Pickering Hale and Dorr LLP
    60 State Street
    Boston, MA  02109


Dated:  July 31, 2006                    s/sThomas P.McNulty
                                                 Thomas P. McNulty

569749