UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| COLOR KINETICS INCORPORATED, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 03cv12491 (MEL) |
| TIR SYSTEMS LTD., | ) ) ) | |
| Defendant. | ) ) | |

## NOTICE OF APPEARANCE

The below named counsel hereby enters his appearance as counsel in this action for TIR Systems Ltd.

/s/ *Christopher R. Noyes*
Christopher R. Noyes (BBO#654324)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000
christopher.noyes@wilmerhale.com

Attorney for the Defendant
TIR Systems Ltd.

Dated: August 1, 2006

US1DOCS 5774879v1

## **CERTIFICATE OF SERVICE**

I, Christopher R. Noyes, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 2, 2006.

/s/ *Christopher R. Noyes*
Christopher R. Noyes