UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| COLOR KINETICS INCORPORATED, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:03-cv-12491-MEL |
| TIR SYSTEMS LTD, | ) ) ) | |
| Defendant. | ) ) | |

## ASSENTED-TO MOTION FOR LEAVE TO FILE A REPLY BRIEF

TIR Systems Ltd. ("TIR") hereby moves for leave to file a Reply Memorandum in Support of its Motion to Modify the Scheduling Order and Increase Number of Depositions. A copy of the Reply Memorandum is attached hereto as Exhibit A.

As grounds for this Motion, TIR states that it believes the reply brief to be necessary to respond to issues and arguments contained in Color Kinetics Incorporated's ("CK") Opposition to the Motion to Modify the Scheduling Order and Increase Number of Depositions, as well as recent continued delay in document production by CK.

Counsel for CK has assented to this motion.

Wherefore, TIR hereby requests that is Motion for Leave to File a Reply by ALLOWED.

Dated: August 2, 2005

                              Respectfully submitted,

                              WILMER CUTLER PICKERING
                                HALE AND DORR LLP

                              /s/ Calvin Walden
                              Mark G. Matuschak (BBO #543873)
                              mark.matuschak@wilmerhale.com
                              Wendy Haller Verlander (BBO # 652943)
                              wendy.verlander@wilmerhale.com
                              60 State Street
                              Boston, MA 02109
                              Telephone: 617-526-6000

                              S. Calvin Walden (admitted pro hac vice)
                              calvin.walden@wilmerhale.com
                              Alexandra McTague (admitted pro hac vice)
                              alexandra.mctague@wilmerhale.com
                              399 Park Avenue
                              New York, NY 10021
                              Telephone: 212-937-7200

                              Attorneys for Defendant
                              TIR SYSTEMS LTD.

## CERTIFICATE OF SERVICE

I hereby certify that today I caused a true and correct copy of this motion and the attached Exhibits to be served, by CM/ECF, on the following counsel of record:

                              Matthew B. Lowrie
                              Aaron Moore
                              Lowrie, Lando & Anastasi, LLP
                              Riverfront Office Park
                              One Main Street – 11th Floor
                              Cambridge, MA 02142

Dated: August 2, 2005                              /s/ S. Calvin Walden
                                                               S. Calvin Walden