# EXHIBIT A

## Walden, S. Calvin

**From:**      Aaron Moore [AMoore@ll-a.com]
**Sent:**      Monday, October 17, 2005 1:52 PM
**To:**        Walden, S. Calvin
**Cc:**        Oblon, Michael; Matuschak, Mark; CK6002
**Subject:** RE: CK v. TIR

Hi Calvin,

We would like dates certain for the claim charts. The validity charts are the subject of a Court order that resulted from a motion to compel; if you can't tell me when we will see the chart, we'll need to ask the Court for a clarification of the order. Also, it was September 21st that TIR agreed to provide the infringement charts so as to avoid another motion to compel. If TIR won't give us a date on those, we will have to file that motion as well.

I believe that Matt left Mark a voicemail on the 30(b)(6) deposition. The short of it is that we think we are being very reasonable, asking only that TIR bring a handful of products to a deposition that is directed to those products, and even agreeing to go to Vancouver to make that easier. We ask again that TIR reconsider its position. If not, we are willing to go to the Court on that issue as well.

On the opinion, we are not willing to wait until the end of November, in particular because TIR has offered no justification for such a delay. I don't think that TIR has previously agreed to a date to produce that information, and we have been asking for it since August. I expect to file that motion to compel shortly unless you agree to produce any opinions by the end of next week.

On the electronic discovery issue, my understanding is that our production has been commensurate with TIR's. We have not done broad, system-wide keyword searching, but we are willing to do so if TIR does as well. Please let me know and also let me know whether or not you think it would make sense to agree in advance on some parameters.

We are in the process of collecting the damages documents and should be producing them this week. The other documents are, I believe, covered in your pending motion to compel. I guess we will address those when that motion is decided.

Finally, we would like a short extension of time to file our oppositions to TIR's pending motions. Please let me know if you will assent to a motion to extend the date for the responses from Thursday to Monday.

Thanks.

--Aaron

Aaron W. Moore
amoore@ll-a.com
Lowrie, Lando & Anastasi, LLP
Riverfront Office Park
One Main Street - 11th Floor
Cambridge, MA 02142
T +1 (617) 395-7000; F +1 (617) 395-7070; DD +1 (617) 395-7016

Confidentiality Note: This e-mail message and any attachments may contain confidential or privileged information. If you are not the intended recipient, please notify me immediately by replying to this message. Please destroy all copies of this message and any attachments. Thank you.

-----Original Message-----
**From:** Walden, S. Calvin [mailto:Calvin.Walden@wilmerhale.com]
**Sent:** Friday, October 14, 2005 5:11 PM
**To:** Aaron Moore
**Cc:** CK6002; Matuschak, Mark; Oblon, Michael
**Subject:** RE: CK v. TIR

Aaron,

In response to your e-mail below:

We continue to work on the infringement and validity claim charts, and expect to produce them within the next couple of weeks. If we are able to finalize them sooner, we will let you know.

We are waiting for confirmation from our client as to when we might be able to make a 30(b)(6) witness available in Boston, most likely sometime in mid-November. We again offer October 28 in Vancouver. We will not be bringing samples to the deposition, wherever it is scheduled. Please let me know by Tuesday, October 18, whether CK agrees to schedule the deposition October 28 in Vancouver so that we can make the necessary arrangements.

Regarding "the issues of willfulness and the existence of any opinions," we believe any Motion to Compel filed at this time would be grossly premature, especially given that we indicated previously that we would provide a date on these issues. We can agree to produce any opinions, and provide updated responses to CK's interrogatory on the subject of willfulness, by November 30, 2005.

Finally, when can I expect a response to my enquiry regarding CK's lack of production of electronic documents and e-mail? Also, when does CK intend to produce the Product Documents and Damages Documents that you stated CK would produce in your September 28, 2005 e-mail to me?

Thanks,

Calvin Walden

-----Original Message-----
**From:** Aaron Moore [mailto:AMoore@ll-a.com]
**Sent:** Friday, October 14, 2005 1:47 PM
**To:** Walden, S. Calvin
**Cc:** CK6002
**Subject:** CK v. SV

Hi Calvin,

Please let me know when we will receive the infringement claim charts and the validity claim charts.

Please also let me know where we stand on the deposition about the TIR products.

Finally, we expect to file a motion to compel on Monday on the issues of willfulness and the existence of any opinions. We have discussed those matters on a number of occasions, but please let me know if TIR has since changed its positions.

Thanks.

--Aaron

Aaron W. Moore
amoore@ll-a.com

Lowrie, Lando & Anastasi, LLP
Riverfront Office Park
One Main Street - 11th Floor
Cambridge, MA 02142
T +1 (617) 395-7000; F +1 (617) 395-7070; DD +1 (617) 395-7016

Confidentiality Note: This e-mail message and any attachments may contain confidential or privileged information. If you are not the intended recipient, please notify me immediately by replying to this message. Please destroy all copies of this message and any attachments. Thank you.

# EXHIBIT B

## McTague, Alexandra

| | |
|---|---|
| **From:** | Aaron Moore [AMoore@ll-a.com] |
| **Sent:** | Wednesday, July 26, 2006 6:11 PM |
| **To:** | McTague, Alexandra |
| **Cc:** | CK6002F |
| **Subject:** | CK v. TIR |

Hi Alex,

It appears that our vendor needs some information from you to prepare the Introspect load files.  I am told that what we need is "the Header UDF number/file layout."  Apparently, this is something that can be e-mailed to us and then used to create the files for you.  If you (or someone else there) needs more information, please contact Regina Edwards at redwards@ll-a.com.

Also on the subject of the e-mail document production, our electronic discovery consultant made a substantial error in the searching/filtering process that will delay a portion of our production by some extent.  We will be producing materials by the end of this week, but it appears now that we will need some additional time to fully complete the process.

--Aaron

Aaron W. Moore
amoore@ll-a.com
Lowrie, Lando & Anastasi, LLP
One Main Street
Cambridge, MA 02142
T 617/395-7000; F 617/395-7070; DD 617/395-7016

*Confidentiality Note: This e-mail message and any attachments may contain confidential or privileged information. If you are not the intended recipient, please notify me immediately by replying to this message. Please destroy all copies of this message and any attachments. Thank you.*