IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COLOR KINETICS INCORPORATED,<br><br>    Plaintiff<br><br>v.<br><br>TIR SYSTEMS LTD.,<br><br>    Defendant. | Civil Action No.:  03-cv-12491 (MEL) |

**COLOR KINETICS' MOTION FOR SUMMARY JUDGMENT
ON THE ISSUE OF INEQUITABLE CONDUCT**

Pursuant to Fed.R.Civ.P. 56, Plaintiff Color Kinetics Incorporated ("Color Kinetics") hereby moves for summary judgment against Defendant TIR Systems, Ltd. ("TIR") on the issue of inequitable conduct on the grounds that the facts alleged by TIR cannot, as a matter of law, constitute inequitable conduct. There are no disputed issues of material fact concerning the allegations of inequitable conduct and Color Kinetics is entitled to judgment as a matter of law for each patent-in-suit that TIR has not proven, and cannot prove, inequitable conduct.

The grounds for granting this motion are further described in Color Kinetics' Memorandum in Support of its Motion for Summary Judgment on the Issue of Inequitable Conduct, filed herewith.

791171.1

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Counsel for Color Kinetics hereby certify that we have conferred with opposing counsel and have attempted in good faith, but without success, to resolve or narrow the issues presented in this motion.

Respectfully submitted,

COLOR KINETICS INCORPORATED

Dated: August 4, 2006

/s/ Aaron W. Moore
Matthew B. Lowrie, BBO No. 563,414
Aaron W. Moore, BBO No. 638,076
Emily A. Berger, BBO No. 650,841
Thomas P. McNulty, BBO No. 654,564
Lowrie, Lando & Anastasi, LLP
One Main Street - 11th Floor
Cambridge, MA 02142
Tel: 617-395-7000
Fax: 617-395-7070

## CERTIFICATE OF SERVICE

I hereby certify that today I caused a true and correct copy of the foregoing to be served, by CM/ECF, on the following counsel of record:

Mark G. Matuschak, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

Dated: August 4, 2006

/s/ Aaron W. Moore
Aaron W. Moore

791171.1-