# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| COLOR KINETICS INCORPORATED )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>TIR SYSTEMS LTD, )<br>)<br>Defendant. )<br>) | Civil Action No. 1:03-cv-12491(MEL) |

## JOINT MOTION FOR ENLARGEMENT OF TIME

Defendant TIR Systems, Ltd. ("TIR") filed a motion to extend discovery by two months and increase the number of depositions per side from 10 to 20, on July 21, 2006. Plaintiff Color Kinetics Incorporated ("Color Kinetics") opposed that motion on July 28, 2006. The parties have now reached an agreement to extend fact discovery by 6 weeks and modify the schedule as detailed below:

| Event | Current Deadline in Scheduling Order | Proposed Modified Date |
|---|---|---|
| Close of Fact Discovery | September 1, 2006 | October 13, 2006 |
| Serve Initial Expert Reports on Issues for which Each Party Bears the Burden of Proof | October 13, 2006 | December 1, 2006 |
| Serve Rebuttal Expert Reports | November 10, 2006 | December 22, 2006 |
| Close of Expert Discovery | January 12, 2007 | February 23, 2007 |
| Dispositive Motions Filed | March 16, 2007 | April 13, 2007 |

The parties have not reached an agreement with respect to the number of depositions to be taken in this case, as detailed in the motion papers of July 21st and 28th, and respectfully request an expedited decision with regard to that issue.

| COLOR KINETICS INCORPORATED | TIR SYSTEMS, LTD. |
|---|---|
| By its attorneys, | By its attorneys, |
| LOWRIE LANDO & ANASTASI, LLP | WILMER CUTLER PICKERING HALE AND DORR LLP |
| /s/ Emily A. Berger<br>Matthew B. Lowrie (BBO# 563414)<br>mlowrie@LL-A.com<br>Aaron W. Moore (BBO# 638076)<br>amoore@LL-A.com<br>Emily A. Berger (BBO# 650841)<br>eberger@LL-A.com<br>LOWRIE, LANDO & ANASTASI, LLP<br>Riverfront Office Park<br>One Main Street – 11th Floor<br>Cambridge, MA 02142<br>(617) 395-7000 | /s/ Calvin Walden<br>Mark G. Matuschak (BBO #543873)<br>mark.matuschak@wilmerhale.com<br>Wendy Haller Verlander (BBO # 652943)<br>wendy.verlander@wilmerhale.com<br>60 State Street<br>Boston, MA 02109<br>Telephone: 617-526-6000<br><br>S. Calvin Walden (admitted pro hac vice)<br>calvin.walden@wilmerhale.com<br>Alexandra McTague (admitted pro hac vice)<br>alexandra.mctague@wilmerhale.com<br>399 Park Avenue<br>New York, NY 10021<br>Telephone: 212-937-7200<br><br>Attorneys for Defendant<br>TIR SYSTEMS LTD. |

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| COLOR KINETICS INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TIR SYSTEMS LTD, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 1:03-cv-12491-MEL |

## PROPOSED ORDER GRANTING
## JOINT MOTION FOR ENLARGEMENT OF TIME

IT IS HEREBY ORDERED that the parties' Joint Motion for Enlargement Of Time is

GRANTED. Deadlines and dates in this case are extended as follows:

| Event | Current Deadline | Revised Deadline |
|---|---|---|
| Close of Fact Discovery | September 1, 2006 | October 13, 2006 |
| Serve Initial Expert Reports on Issues for which Each Party Bears the Burden of Proof | October 13, 2006 | December 1, 2006 |
| Serve Rebuttal Expert Reports | November 10, 2006 | December 22, 2006 |
| Close of Expert Discovery | January 12, 2007 | February 23, 2007 |
| Dispositive Motions Filed | March 16, 2007 | April 13, 2007 |

**IT IS SO ORDERED.**

Dated _____          _____
                                      The Honorable Morris E. Lasker
                                       U.S. District Court Judge