# UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COLOR KINETICS INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TIR SYSTEMS LTD, )<br>)<br>Defendant. )<br> ) | Civil Action No. 1:03-cv-12491-MEL |

## ~~PROPOSED~~ ORDER GRANTING JOINT MOTION FOR ENLARGEMENT OF TIME

IT IS HEREBY ORDERED that the parties' Joint Motion for Enlargement Of Time is GRANTED. Deadlines and dates in this case are extended as follows:

| Event | Current Deadline | Revised Deadline |
|---|---|---|
| Close of Fact Discovery | September 1, 2006 | October 13, 2006 |
| Serve Initial Expert Reports on Issues for which Each Party Bears the Burden of Proof | October 13, 2006 | December 1, 2006 |
| Serve Rebuttal Expert Reports | November 10, 2006 | December 22, 2006 |
| Close of Expert Discovery | January 12, 2007 | February 23, 2007 |
| Dispositive Motions Filed | March 16, 2007 | April 13, 2007 |

**IT IS SO ORDERED.**

Dated August 11, 2006

_____
The Honorable Morris E. Lasker
U.S. District Court Judge