# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| COLOR KINETICS INCORPORATED, <br><br> Plaintiff, <br><br> v. <br><br> TIR SYSTEMS LTD, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:03-cv-12491-MEL <br> ) <br> ) <br> ) <br> ) <br> ) |

## JOINT MOTION FOR BRIEFING SCHEDULE ON INEQUITABLE CONDUCT MOTIONS

Plaintiff Color Kinetics filed its Motion For Summary Judgment On The Issue Of Inequitable Conduct on August 4, 2006.  Defendant TIR has indicated to Color Kinetics that it will oppose the motion and cross move for summary judgment of inequitable conduct and bifurcation of the inequitable conduct issues from validity and infringement.  The parties have agreed to the following briefing schedule for those motions and have consented to replies for each, and respectfully request the Court enter the same.

| Event | Date |
|---|---|
| Color Kinetics Motion for Summary Judgment filed | August 4, 2006 |
| TIR's Opposition and Cross Motion due | September 1, 2006 |
| Color Kinetics Reply and Opposition to Cross Motion due | September 29, 2006 |
| TIR's Reply due | October 13, 2006 |

Dated:  August 15, 2006

COLOR KINETICS, INC.

Dated: August 15, 2006

TIR SYSTEMS, LTD.

US1DOCS 5793138v1

| | |
|---|---|
| By its attorneys, | By its attorneys, |
| LOWRIE LANDO & ANASTASI, LLP | WILMER CUTLER PICKERING HALE AND DORR LLP |

/s/   Emily Berger_____
Matthew B. Lowrie (BBO# 563414)
mlowrie@LL-A.com
Aaron W. Moore (BBO# 638076)
amoore@LL-A.com
Emily A. Berger (BBO# 650841)
eberger@LL-A.com
LOWRIE, LANDO & ANASTASI, LLP
Riverfront Office Park
One Main Street – 11th Floor
Cambridge, MA 02142
(617) 395-7000

/s/  Calvin Walden____
Mark G. Matuschak (BBO #543873)
mark.matuschak@wilmerhale.com
Wendy Haller Verlander (BBO # 652943)
wendy.verlander@wilmerhale.com
60 State Street
Boston, MA 02109
Telephone: 617-526-6000

S. Calvin Walden (admitted pro hac vice)
calvin.walden@wilmerhale.com
Alexandra McTague (admitted pro hac vice)
alexandra.mctague@wilmerhale.com
399 Park Avenue
New York, NY 10021
Telephone: 212-937-7200

Attorneys for Defendant
TIR SYSTEMS LTD.

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COLOR KINETICS INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TIR SYSTEMS LTD, ) <br> ) <br> Defendant. ) | Civil Action No. 1:03-cv-12491-MEL |

**PROPOSED ORDER GRANTING JOINT MOTION FOR**
**BRIEFING SCHEDULE ON INEQUITABLE CONDUCT MOTIONS**

IT IS HEREBY ORDERED that the parties' Joint Motion For Briefing Schedule On Inequitable Conduct Motions is GRANTED. Deadlines for briefing are set as follows:

| Event | Date |
|---|---|
| Color Kinetics Motion for Summary Judgment filed | August 4, 2006 |
| TIR's Opposition and Cross Motion due | September 1, 2006 |
| Color Kinetics Reply and Opposition to Cross Motion due | September 29, 2006 |
| TIR's Reply due | October 13, 2006 |

**IT IS SO ORDERED.**

Dated _____          _____
                                                                    The Honorable Morris E. Lasker
                                                                     U.S. District Court Judge

US1DOCS 5793138v1