# UNITED STATES DISTRICT COURT

### DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| COLOR KINETICS INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TIR SYSTEMS LTD, )<br>)<br>Defendant. )<br>) | Civil Action No. 1:03-cv-12491-MEL |

### ~~PROPOSED~~ ORDER GRANTING JOINT MOTION FOR BRIEFING SCHEDULE ON INEQUITABLE CONDUCT MOTIONS

IT IS HEREBY ORDERED that the parties' Joint Motion For Briefing Schedule On Inequitable Conduct Motions is GRANTED. Deadlines for briefing are set as follows:

| Event | Date |
|---|---|
| Color Kinetics Motion for Summary Judgment filed | August 4, 2006 |
| TIR's Opposition and Cross Motion due | September 1, 2006 |
| Color Kinetics Reply and Opposition to Cross Motion due | September 29, 2006 |
| TIR's Reply due | October 13, 2006 |

**IT IS SO ORDERED.**

Dated _____

_____
The Honorable Morris E. Lasker
U.S. District Court Judge