IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

COLOR KINETICS INCORPORATED,

       Plaintiff

v.

TIR SYSTEMS LTD.,

       Defendant.

Civil Action No.: 1:03-cv-12491 (MEL)

## [PROPOSED] PROTECTIVE ORDER

In light of Color Kinetics' Motion for a Protective Order to Preclude the Depositions of Six Attorneys and Quash Eight Subpoenas, the Court makes the following Order:

1. TIR Systems, Ltd. ("TIR") is precluded from taking the depositions of attorneys David Lane, Richard Giunta, Joseph Teja, Charles Cella, Robert Mazzarese, and David Halstead; and

2. The subpoenas issued by TIR to attorneys David Lane, Richard Giunta, Joseph Teja, Charles Cella, Robert Mazzarese, and David Halstead, and the law firms of Wolf, Greenfield & Sacks, P.C. and Lowrie, Lando & Anastasi, LLP are quashed.

So Ordered

Dated: _____     _____
                                          Morris E. Lasker, U.S.D.J.

791439.1

**Style Definition:** Heading 2: Outline numbered + Level: 2 + Numbering Style: I, II, III, … + Start at: 1 + Alignment: Left + Aligned at: 0" + Tab after: 0.5" + Indent at: 0.5"