# EXHIBIT B

US1DOCS 5810579v1

RED-LINED VERSION OF AMENDMENTS TO ANSWER AND COUNTERCLAIMS

**Sixth Affirmative Defense**

102.    Paragraphs 62 through 101 are hereby incorporated by reference as if fully set forth

herein.

103.    ~~The '659 Patent and the '011 Patent are related to the '774 Patent.~~The '038 Patent, the

'774 Patent, the '659 Patent, the '011 Patent, the '868 Patent, the '626 Patent, the '919

Patent, and the '079 Patent are each related with related claims.

104.    The ~~withholding of material information~~inequitable conduct committed during

prosecution of the '774 Patent ~~with intent to deceive the U.S. Patent and Trademark~~

~~Office is inequitable conduct under 37 C.F.R. § 1.56.~~renders unenforceable the '038,

'659, '011, '868, '626, '919, and '079 Patents by infection.

105.    ~~The '659 Patent and the '011 Patent are also unenforceable for inequitable conduct.~~The

inequitable conduct committed during prosecution of the patents-in-suit renders

unenforceable each of the patents-in-suit by infection.