UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COLOR KINETICS INCORPORATED, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TIR SYSTEMS LTD, )<br>)<br>Defendant. )<br>) | Civil Action No. 1:03-cv-12491-MEL |

**DEFENDANT TIR'S CROSS MOTION FOR**
**SUMMARY JUDGMENT OF UNENFORCEABILITY**

Pursuant to Federal Rule of Civil Procedure 56, the defendant, TIR Systems, Ltd., ("TIR"), hereby moves move for summary judgment of unenforceability of U.S. Patent No. 6,150,774 ("the '774 patent), U.S. Patent No. 6,016,038 ("the '038 patent), U.S. Patent No. 6,806,659 ("the '659 patent), U.S. Patent No. 6,340,868 ("the '868 patent), U.S. Patent No. 6,211,626 ("the '626 patent), U.S. Patent No. 6,459,919 ("the '919 patent), U.S. Patent No. 6,788,011 ("the '011 patent), and U.S. Patent No. 6,975,079 ("the '079 patent), by virtue of plaintiff Color Kinetics, Inc.'s ("CK") inequitable conduct before the United States Patent and Trademark Office.

As grounds for this motion, TIR states:

**1.** The undisputed facts of CK's actions and statements in prosecuting the '774 patent claims show that CK intended to deceive the patent examiner to obtain patent claims to which it was not entitled. On these undisputed facts, as a matter of law, summary judgment is warranted that the '774 patent is unenforceable because of CK's inequitable conduct in prosecution.

1

**2.** Because all of the patents-in-suit are related with related claims, and all were pending at the time of, or after, the inequitable conduct in the '774 patent, as a matter of law on these undisputed facts, summary judgment is warranted extending the unenforceability to all of these patents.

For the reasons stated herein, and more fully set forth in the accompanying memorandum of law and supporting declarations, TIR respectfully requests that the Court enter an order:

1. Granting TIR's Cross-Motion for Summary Judgment of Unenforceability;
2. Denying CK's Motion for Summary Judgment of No Inequitable Conduct;
3. Entering final judgment in favor of TIR; and
4. Granting such other and further relief as the Court deems just and appropriate.

## **REQUEST FOR ORAL ARGUMENT**

TIR respectfully requests an expedited hearing on the earliest possible date consistent with the Court's calendar.

Dated: September 1, 2006                             Respectfully submitted,

                          WILMER CUTLER PICKERING
                            HALE AND DORR LLP

                          /s/ Calvin Walden
                          Mark G. Matuschak (BBO #543873)
                          mark.matuschak@wilmerhale.com
                          Wendy Haller Verlander (BBO #652943)
                          wendy.verlander@wilmerhale.com
                          Christopher R. Noyes (BBO #654324)
                          christopher.noyes@wilmerhale.com
                          60 State Street
                          Boston, MA 02109
                          Telephone: 617-526-6000

                          S. Calvin Walden (admitted pro hac vice)
                          calvin.walden@wilmerhale.com
                          Alexandra McTague (admitted pro hac vice)
                          alexandra.mctague@wilmerhale.com
                          399 Park Avenue
                          New York, NY 10021
                          Telephone: 212-937-7200

                          Attorneys for Defendant
                          TIR SYSTEMS LTD.

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that I have conferred with opposing counsel and have attempted in good faith, but without success, to resolve or narrow the issues presented in the motion.

Dated: September 1, 2006                                       ___/s/ Alexandra McTague____

## CERTIFICATE OF SERVICE

I hereby certify that today I caused a true and correct copy of this motion and the attached Exhibits to be served, by CM/ECF, on the following counsel of record:

>Matthew B. Lowrie
>Aaron W. Moore
>Emily A. Berger
>Lowrie, Lando & Anastasi, LLP
>Riverfront Office Park
>One Main Street
>Cambridge, MA 02142

Dated: September 1, 2006                                       ____/s/ Alexandra McTague___