UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CK INCORPORATED, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:03-cv-12491-MEL |
| ) | |
| TIR SYSTEMS LTD, ) | |
| ) | |
| Defendant. ) | |

**DECLARATION OF ALEXANDRA MCTAGUE IN OPPOSITION TO CK'S MOTION FOR SUMMARY JUDGMENT OF INEQUITABLE CONDUCT ISSUES AND IN SUPPORT OF TIR'S CROSS MOTION FOR SUMMARY JUDGMENT OF <u>INEQUITABLE CONDUCT, OR IN THE ALTERNATIVE, FOR BIFURCATION</u>**

I, Alexandra McTague, hereby affirm and declare that:

1. I am an attorney at the firm of Wilmer Cutler Pickering Hale and Dorr LLP, located at 399 Park Avenue, New York, NY 10022.

2. I submit this Declaration Opposition to CK's Motion for Summary Judgment Of Inequitable Conduct Issues And In Support of TIR's Cross Motion For Summary Judgment Of Inequitable Conduct, Or In The Alternative, For Bifurcation.

3. A true and correct copy of the file history of U.S. Patent No. 6,016,038 (hereinafter "the '038 patent") is attached hereto as Exhibit A.

4. A true and correct copy of the file history of U.S. Patent No. 6,150,774 (hereinafter "the '774 patent") is attached hereto as Exhibit B.

5. A true and correct copy of 37 C.F.R. § 1.56 (2006) is attached hereto as Exhibit C

6. A true and correct copy of Manual of Patent Examining Procedure (hereinafter "MPEP") § 609 (2005) is attached hereto as Exhibit D.

7. A true and correct copy of MPEP § 609 (1996) is attached hereto as Exhibit E.

8. A true and correct copy of MPEP § 707.05 (2005) is attached hereto as Exhibit F.

9. A true and correct copy of MPEP § 707 (1996) is attached hereto as Exhibit G.

10. A true and correct copy of MPEP § 2001.06(b) (2004) is attached hereto as Exhibit H.

11. A true and correct copy of MPEP § 2001.06(b) (1996) is attached hereto as Exhibit I.

12. A true and correct copy of MPEP § 2004 (2004) is attached hereto as Exhibit J.

13. A true and correct copy of MPEP § 2004 (1996) is attached hereto as Exhibit K.

14. A true and correct copy of the Foreword of the MPEP (2005) is attached hereto as Exhibit L.

15. A true and correct copy of the family tree of the patents-in-suit is attached hereto as Exhibit M.

16. A true and correct copy of the April 26, 2000 Office Action in Application Serial No. 09/213,659 is attached hereto as Exhibit N.

17. A true and correct copy of the July 26, 2000 Amendment in Application Serial No. 09/213,659 is attached hereto as Exhibit O.

18. A true and correct copy of the Notice of Allowability in Application serial No. 09/626,905 is attached hereto as Exhibit P.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 1, 2006　　　　　　　　　_____/s/ Alexandra McTague__
New York, New York　　　　　　　　　　　　Alexandra McTague

**CERTIFICATE OF SERVICE**

I hereby certify that today I caused a true and correct copy of the foregoing declaration of Alexandra McTague and the attached Exhibits to be served, by CM/ECF, on the following counsel of record:

>Matthew B. Lowrie
>Aaron W. Moore
>Emily A. Berger
>Lowrie, Lando & Anastasi, LLP
>Riverfront Office Park
>One Main Street
>Cambridge, MA 02142

Dated: September 1, 2006                             ____/s/ Alexandra McTague___