# Exhibit A
# Part 2

Attorney Docket No. 2546

1    can take on a value from 0 to 255, these values create 256 possible different duty cycles in a

2    linear range from 0% to 100%. Since the square wave frequency is uniform and determined by

3    the program running in the microcontroller IC2 400, these different discrete duty cycles represent

4    variations in the width of the square wave pulses. This is known as pulse width modulation

5    (PWM).

6        The PWM interrupt routine is implemented using a simple counter, incrementing from 0

7    to 255 in a cycle during each period of the square wave output on pins 434, 454 and 474. When

8    the counter rolls over to zero, all three signals are set high. Once the counter equals the register

9    value, signal output is changed to low. When microcontroller IC2 400 receives new data, it

10    freezes the counter, copies the new data to the working registers, compares the new register

11    values with the current count and updates the output pins accordingly, and then restarts the

12    counter exactly where it left off. Thus, intensity values may be updated in the middle of the

13    PWM cycle. Freezing the counter and simultaneously updating the signal outputs has at least

14    two advantages. First, it allows each lighting unit to quickly pulse/strobe as a strobe light does.

15    Such strobing happens when the central controller sends network data having high intensity

16    values alternately with network data having zero intensity values at a rapid rate. If one restarted

17    the counter without first updating the signal outputs, then the human eye would be able to

18    perceive the staggered deactivation of each individual color LED that is set at a different pulse

19    width. This feature is not of concern in incandescent lights because of the integrating effect

20    associated with the heating and cooling cycle of the illumination element. LEDs, unlike

21    incandescent elements, activate and deactivate essentially instantaneously in the present

-12-

Attorney Docket No. 2546

1    application. The second advantage is that one can "dim" the LEDs without the flickering that

2    would otherwise occur if the counter were reset to zero. The central controller can send a

3    continuous dimming signal when it creates a sequence of intensity values representing a uniform

4    and proportional decrease in light intensity for each color LED. If one did not update the output

5    signals before restarting the counter, there is a possibility that a single color LED will go through

6    nearly two cycles without experiencing the zero current state of its duty cycle. For instance,

7    assume the red register is set at 4 and the counter is set at 3 when it is frozen. Here, the counter

8    is frozen just before the "off" part of the PWM cycle is to occur for the red LEDs. Now assume

9    that the network data changes the value in the red register from 4 to 2 and the counter is restarted

10    without deactivating the output signal. Even though the counter is greater than the intensity

11    value in the red register, the output state is still "on", meaning that maximum current is still

12    flowing through the red LEDs. Meanwhile, the blue and green LEDs will probably turn off at

13    their appropriate times in the PWM cycle. This would be perceived by the human eye as a red

14    flicker in the course of dimming the color intensities. Freezing the counter and updating the

15    output for the rest of the PWM cycle overcomes these disadvantages, ensuring the flicker does

16    not occur.

17         The network interface for microcontroller IC2 400 will now be described. Jacks 800 and

18    900 are standard RJ-8 network jacks. Jack 800 is used as an input jack, and is shown for

19    simplicity as having only three inputs: signal inputs 860, 870 and ground 850. Network data

20    enters jack 800 and passes through signal inputs 860 and 870. These signal inputs are then

21    coupled to IC3 500, which is an RS-485/RS-422 differential bus repeater of the standard type,

-13-

Attorney Docket No. 2546

1    preferably a DS96177 from the National Semiconductor Corporation, Santa Clara, California.

2    The teachings of the DS96177 datasheet are hereby incorporated by reference.  The signal inputs

3    860, 870 enter IC3 500 at pins 560, 570.  The data signal is passed through from pin 510 to pin

4    520 on microcontroller IC2 400.  The same data signal is then returned from pin 540 on IC2 400

5    to pin 530 on IC3 500.  Jack 900 is used as an output jack and is shown for simplicity as having

6    only five outputs: signal outputs 960, 970, 980, 990 and ground 950.  Outputs 960 and 970 are

7    split directly from input lines 860 and 870, respectively.  Outputs 980 and 990 come directly

8    from IC3 500 pins 580 and 590, respectively.  It will be appreciated that the foregoing assembly

9    enables two network nodes to be connected for receiving the network data.  Thus, a network may

10   be constructed as a daisy chain, if only single nodes are strung together, or as a binary tree, if two

11   nodes are attached to the output of each single node.

12          From the foregoing description, one can see that an addressable network of LED

13   illumination or display units can be constructed from a collection of power modules each

14   connected to a respective light module.  As long as at least two primary color LEDs are used, any

15   illumination or display color may be generated simply by preselecting the light intensity that

16   each color emits.  Further, each color LED can emit light at any of 255 different intensities,

17   depending on the duty cycle of PWM square wave, with a full intensity pulse generated by

18   passing maximum current through the LED.  Further still, the maximum intensity can be

19   conveniently programmed simply by adjusting the ceiling for the maximum allowable current

20   using programming resistances for the current regulators residing on the light module.  Light

21   modules of different maximum current ratings may thereby be conveniently interchanged.

-14-

**Attorney Docket No. 2546**

1      The foregoing embodiment may reside in any number of different housings. A preferred

2    housing for an illumination unit is described. Turning now to Figure 3, there is shown an

3    exploded view of an illumination unit of the present invention comprising a substantially

4    cylindrical body section 10, a light module 20, a conductive sleeve 30, a power module 40, a

5    second conductive sleeve 50, and an enclosure plate 60. It is to be assumed here that the light

6    module 20 and the power module 40 contain the electrical structure and software of light module

7    100 and power module 200, described above. Screws 62, 64, 66, 68 allow the entire apparatus to

8    be mechanically connected. Body section 10, conductive sleeves 30 and 50 and enclosure plate

9    60 are preferably made from a material that conducts heat, most preferably aluminum. Body

10    section 10 has an open end, a reflective interior portion, and an illumination end, to which module

11    20 is mechanically affixed. Light module 20 is disk shaped and has two sides. The illumination

12    side (not shown) comprises a plurality of LEDs of different primary colors. The connection side

13    holds an electrical connector male pin assembly 22. Both the illumination side and the

14    connection side are coated with aluminum surfaces to better allow the conduction of heat

15    outward from the plurality of LEDs to the body section 10. Likewise, power module 40 is disk

16    shaped and has every available surface covered with aluminum for the same reason. Power

17    module 40 has a connection side holding an electrical connector female pin assembly 44 adapted

18    to fit the pins from assembly 22. Power module 40 has a power terminal side holding a terminal

19    42 for connection to a source of DC power. Any standard AC or DC jack may be used, as

20    appropriate.

21        Interposed between light module 20 and power module 40 is a conductive aluminum

-15-

Attorney Docket No. 2546

1    sleeve 30, which substantially encloses the space between modules 20 and 40.  As shown, a disk-

2    shaped enclosure plate 60 and screws 62, 64, 66 and 68 seal all of the components together, and

3    conductive sleeve 50 is thus interposed between enclosure plate 60 and power module 40.  Once

4    sealed together as a unit, the illumination apparatus may be connected to a data network as

5    described above and mounted in any convenient manner to illuminate an area.  In operation,

6    preferably a light diffusing means will be inserted in body section 10 to ensure that the LEDs on

7    light module 20 appear to emit a single uniform frequency of light.

8         From the foregoing, it will be appreciated that PWM current control of LEDs to produce

9    multiple colors may be incorporated into countless environments, with or without networks.  For

10   instance, Figure 8 shows a hand-held flashlight can be made to shine any conceivable color using

11   an LED assembly of the present invention.  The flashlight contains an external adjustment means

12   5, that may be for instance a set of three potentiometers coupled to an appropriately programmed

13   microcontroller through respective A/D conversion means 15.  Each potentiometer would control

14   the current duty cycle, and thus the illumination intensity, of an individual color LED on LED

15   board 25.  With three settings each capable of generating a different byte from 0 to 255, a

16   computer-controlled flashlight may generate twenty-four bit color.  Of course, three individual

17   potentiometers can be incorporated into a single device, such as a track ball or joystick, so as to

18   be operable as a single adjuster.  Further, it is not necessary that the adjustment means must be a

19   potentiometer.  For instance, a capacitive or resistive thumb plate may also be used to program

20   the two or three registers necessary to set the color.  A non-hand held embodiment of the present

21   invention may be used as an underwater swimming pool light.  Since the present invention can

-16-

**Attorney Docket No. 2546**

1    operate at relatively low voltages and low current, it is uniquely suited for safe underwater

2    operation.

3         Similarly, the present invention may be used as a general indicator of any given

4    environmental condition.  Figure 9 shows the general functional block diagram for such an

5    apparatus.  Shown within Figure 9 is also an exemplary chart showing the duty cycles of the

6    three color LEDs during an exemplary period.  As one example of an environmental indicator

7    the power module can be coupled to an inclinometer.  The inclinometer measures general angular

8    orientation with respect to the earth's center of gravity.  The inclinometer's angle signal can be

9    converted through an A/D converter and coupled to the data inputs of the microcontroller in the

10   power module.  The microcontroller can then be programmed to assign each discrete angular

11   orientation a different color through the use of a lookup table associating angles with LED color

12   register values.  The "color inclinometer" may be used for safety, such as in airplane cockpits, or

13   for novelty, such as to illuminate the sails on a sailboat that sways in the water.  Another

14   indicator use is to provide an easily readable visual temperature indication.  For example, a

15   digital thermometer can be connected to provide the microcontroller a temperature reading.  Each

16   temperature will be associated with a particular set of register values, and hence a particular color

17   output.  A plurality of such "color thermometers" can be located over a large space, such as a

18   storage freezer, to allow simple visual inspection of temperature over three dimensions.

19        Another use of the present invention is as a lightbulb.  Using appropriate rectifier and

20   voltage transformation means, the entire power and light modules may be placed in an Edison-

21   mount (screw-type) lightbulb housing.  Each bulb can be programmed with particular register

-17-

Attorney Docket No. 2546

1    values to deliver a particular color bulb, including white. The current regulator can be pre-

2    programmed to give a desired current rating and thus preset light intensity. Naturally, the

3    lightbulb will have a transparent or translucent section that allows the passage of light into the

4    ambient.

5          While the foregoing has been a detailed description of the preferred embodiment of the

6    invention, the claims which follow define more freely the scope of invention to which applicant

7    is entitled. Modifications or improvements which may not come within the explicit language of

8    the claims described in the preferred embodiments should be treated as within the scope of

9    invention insofar as they are equivalent or otherwise consistent with the contribution over the

10   prior art and such contribution is not to be limited to specific embodiments disclosed.

11

12   We claim:

13          1.    Light apparatus comprising:

14          a power terminal;

15          at least one LED coupled to the power terminal;

16          a current sink coupled to the at least one LED, the current sink comprising an input

17   responsive to an activation signal that enables flow of current through the current sink;

18          an addressable controller having an alterable address, the controller coupled to the input

19   and having timing means for generating the activation signal for a predefined portion of a timing

20   cycle;

21          the addressable controller further comprising means for receiving data corresponding to

-18-

**Attorney Docket No. 2546**

1    the alterable address and indicative of the predefined portion of the timing cycle.

2        2.    The light apparatus of claim 1 comprising:

3        a second LED coupled to the power terminal and the current sink;

4        the current sink comprising a second input corresponding to the second LED and

5    responsive to a second activation signal;

6        the addressable controller comprising second timing means for generating the second

7    activation signal for a second predefined portion of the timing cycle, and further comprising

8    second means for receiving data corresponding to the alterable address and indicative of the

9    second predefined portion of a timing cycle.

10        3.    The light apparatus of claim 2 wherein the at least one LED and the second LED

11    comprise different colors.

12        4.    The light apparatus of claim 1 wherein the predefined portion represents the duty

13    cycle of a PWM signal and the timing cycle is the PWM period.

14        5.    A modular LED illumination assembly comprising

15        a body portion having an open end, an illumination end, and a reflective interior portion

16    therebetween defining a body portion axis;

17        a power module adapted to be mechanically attachable to the illumination end

18    substantially along the body portion axis, the power module having a terminal for attachment to a

19    power supply; and

20        a light module comprising a plurality of LEDs and having an electrical connector

-19-

Attorney Docket No. 2546

1    removably attachable to the power module, the light module disposed between the illumination

2    end and the power module such that the LEDs optically communicate with the reflective interior

3    portion;

4         whereby different light modules having a different plurality of LED's may be

5    conveniently interchanged.

6         6.    The assembly of claim 5, wherein the power module comprises a current regulator

7    for controlling maximum current supplied to the plurality of LED's, and the light module

8    comprises means for programming the current regulator.

9         7.    The assembly of claim 6, wherein the light module comprises a thermally

10    conductive surface.

11         8.    The assembly of claim 5, wherein the power module comprises a thermally

12    conductive surface.

13         9.    The assembly of claim 5, wherein the body portion is substantially cylindrical,

14    and the power module and light module are substantially disk-shaped.

15         10.    The assembly of claim 5 wherein the power module and the light module define a

16    space therebetween and a conductive sleeve disposed between the light module and the power

17    module substantially encloses the space.

18         11.    The assembly of claim 5, wherein the electrical connector comprises a conductive

19    pin assembly.

20         12.    The assembly of claim 5, wherein the plurality of LED's comprises a first plurality

21    of LED's of a first color and a second plurality of LED's of a second color.

-20-

**Attorney Docket No. 2546**

1    13.    The assembly of claim 12, wherein the first color and the second colors are

2    different primary colors.

3    14.    The assembly of claim 3, wherein the power module comprises:

4    a current sink coupled to the plurality of LED's, the current sink comprising an input

5    responsive to an activation signal that enables flow of current through the current sink;

6    an addressable controller having an alterable address and coupled to the input, the

7    addressable controller comprising timing means for generating the activation signal for a

8    predefined portion of a timing cycle;

9    the addressable controller further comprising means for receiving data corresponding to

10    the alterable address and indicative of the predefined portion of a timing cycle.

11    15.    A lighting network comprising a central controller and a plurality of uniquely

12    addressable illumination units, each unit comprising a first color LED and a second color LED;

13    each unit further comprising:

14    data means for receiving from the central controller network data comprising LED

15    intensity values addressed to an individual illumination unit and corresponding to respective ones

16    of the first color and second color LED;

17    memory means for storing intensity values received from said network data

18    corresponding to the first color LED and to the second color LED;

19    control means for generating a first pulse width modulated signal and a second pulse

20    width modulated signal, both first and second signals having a duty cycle corresponding to the

21    respective intensity values, whereby each of the first and second pulse width modulated signals is

-21-

**Attorney Docket No. 2546**

1    alternately in a high or a low state;

2         current switching means for applying current to the first color LED when the first pulse

3    width modulated signal is in one of either the high or the low state, and for applying current to

4    the second color LED when the second pulse width modulated signal is in one of either the high

5    or the low state.

6         16.    The network of claim 15 wherein the first color LED is a plurality of first color

7    LEDs and the second color LED is a plurality of second color LEDs.

8         17.    The network of claim 15 wherein the first color and the second color LEDs are

9    respectively a first primary color LED and a second primary color LED.

10         18.    The network of claim 15 wherein the unit comprises a third color LED, the

11    intensity values addressed to an individual illumination unit further correspond to the third color

12    LED, the control means further generates a third pulse width modulated signal having a duty

13    cycle corresponding to the third color LED intensity value, whereby the third pulse width

14    modulated signals is alternately in a high or a low state, and the current switching means further

15    applies current to the third color LED when the third pulse width modulated signal is in one of

16    either the high or the low state.

17         19.    The network of claim 18 wherein the first color, the second color and the third

18    color are different primary colors.

19         20.    The network of claim 15 wherein the data means comprises a repeater adapted to

20    electrically interconnect each unit to at least two other units to form a path for the network data.

21         21.    The network of claim 20 wherein the repeater is adapted to electrically

-22-

Attorney Docket No. 2546

1    interconnect each unit to one network data input and to two network data outputs, whereby the

2    network may comprise a binary tree configuration.

3         22.    A modular LED illumination assembly comprising

4         a power module having a terminal for attachment to a power supply; and

5         a light module comprising a plurality of LEDs and having an electrical connector

6    removably attachable to the power module,

7         the power module further comprising a current regulator for controlling maximum current

8    supplied to the plurality of LED's, and the light module further comprising means for

9    programming the current regulator,

10        whereby different light modules having a different plurality of LED's and different light

11   intensity ratings may be conveniently interchanged.

12        23.    An illumination apparatus comprising:

13        a plurality of LEDs of at least two different colors adapted to be coupled to a power

14   source and to a common potential reference;

15        a current sink interposed between the plurality of LEDs and the common potential

16   reference, the current sink comprising at least two switches corresponding to respective current

17   paths of the at least two different color LEDs;

18        control means for periodically and independently opening and closing the at least two

19   switches at high frequency and for generating a duty cycle thereby;

20        programming means coupled to the control means for programming respective duty

21   cycles for each color of the at least two different color LEDs.

-23-

Attorney Docket No. 2546

1      24.    The apparatus of claim 23 wherein the duty cycle ranges from a minimum to a

2    maximum, and the programming means is adapted to generate a substantially continuous range

3    of duty cycles between the minimum and the maximum.

4      25.    The apparatus of claim 23 wherein the programming means comprises respective

5    potentiometers for each color of the at least two different color LEDs each having an

6    independently adjustable setting, and the control means comprises an analog-to-digital converter

7    for converting each independently adjustable setting into a numerical value indicative of each

8    respective duty cycle.

9      26.    The apparatus of claim 23 comprising a housing that substantially encloses the

10    plurality of LEDs, the current sink, the control means and the programming means.

11      27.    The apparatus of claim 26 wherein the housing is hand-held.

12      28.    The apparatus of claim 27 wherein the housing comprises a compartment for

13    containing the power source and common reference potential, and wherein the housing further

14    comprises a lens assembly for reflecting the light emitted from the plurality of LEDs.

15      29.    The apparatus of claim 23 wherein the programming means comprises an

16    inclinometer, the inclinometer generating an output signal indicative of the angular orientation of

17    the apparatus, and the control means comprises conversion means for converting the output

18    signal into a numerical value indicative of each respective duty cycle,

19      whereby different angular orientations produce different color outputs from the plurality

20    of LEDs.

21      30.    The apparatus of claim 23 wherein the programming means comprises a

-24-

**Attorney Docket No. 2546**

1    transceiver for receiving an electromagnetic signal containing data that includes a numerical

2    value indicative of each respective duty cycle.

3         31.     The apparatus of claim 23 wherein the programming means comprises a

4    transceiver for receiving an infrared signal containing data that includes a numerical value

5    indicative of each respective duty cycle.

6         32.     An Edison-mount lightbulb comprising:

7         voltage regulating means for converting an AC potential into a DC power source;

8         a plurality of LEDs of at least two different colors adapted to be coupled to the DC power

9    source and to a common potential reference;

10         a light-transmitting enclosure surrounding the plurality of LEDs;

11         a current sink interposed between the plurality of LEDs and the common potential

12    reference, the current sink comprising at least two switches corresponding to respective current

13    paths of the at least two different color LEDs;

14         control means for periodically and independently opening and closing the at least two

15    switches at high frequency and for generating a duty cycle thereby.

16         33.     The lightbulb of claim 32 wherein the duty cycle is predefined and uniform,

17    whereby the lightbulb permanently generates a single unalterable color of light.

18         34.     A method for controlling current through an LED assembly comprising the steps

19    of:

20         providing a memory location;

21         placing a numerical value in the memory location indicative of the duty cycle of a pulse

-25-

**Attorney Docket No. 2546**

1   width modulated waveform;

2       closing an LED circuit between supply and ground when the waveform is in one state,

3   and opening the LED circuit when the waveform is in the other state;

4       changing the numerical value in the memory location upon receipt of a new numerical

5   value over a computer network.

6       35.    The method of claim 34 comprising the steps of:

7       providing a counter, wherein the pulse width modulated waveform is in the one state

8   when the counter is below the numerical value;

9       stopping the counter, updating the waveform state, changing the numerical value in the

10  memory location, and restarting the counter, all upon receipt of a new numerical value over a

11  computer network.



-26-

PRINT OF DRAWINGS
AS ORIGINALLY FILED

3/5
16



100

120 RED

140 BLUE

160 GREEN

122

142

162

124 126 128

144 146

148 164 166 168

110

180

Fig. 1

PRINT OF DRAWINGS
AS ORIGINALLY FILED



Fig. 2

RINT OF DRAWINGS
AS ORIGINALLY FILED



FIG. 3

PRINT OF DRAWINGS
AS ORIGINALLY FILED



Fig. 4

**PRINT OF DRAWINGS
AS ORIGINALLY FILED**



Fig. 5

PRINT OF DRAWINGS
AS ORIGINALLY FILED



Fig. 6

PRINT OF DRAWINGS
AS ORIGINALLY FILED



Fig. 7

PRINT OF DRAWINGS
AS ORIGINALLY FILED



Fig. 8

PRINT OF DRAWINGS
AS ORIGINALLY FILED



Fig. 9



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NUMBER | FILING/RECEIPT DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO./TITLE |
|---|---|---|---|
| 08/920,156 | 08/26/97 | MUELLER | G    2546 |

#2

0232/0113

ROBERT P GREENSPOON
NIRO SCAVONE HALLER & NIRO          NOT ASSIGNED
181 W MADISON ST
SUITE 4600
CHICAGO IL 60602          **DATE MAILED:**          2502

01/13/98

### NOTICE TO FILE MISSING PARTS OF APPLICATION
*Filing Date Granted*

An Application Number and Filing Date have been assigned to this application. However, the items indicated below are missing. The required items and fees identified below must be timely submitted ALONG WITH THE PAYMENT OF A SURCHARGE for items 1 and 3-6 only of $_____ 150 ____ for a ☑ large entity ☐ small entity in compliance with 37 CFR 1.27. The surcharge is set forth in 37 CFR 1.16(e). Applicant is given TWO MONTHS FROM THE DATE OF THIS NOTICE within which to file all required items and pay any fees required above to avoid abandonment. Extensions of time may be obtained by filing a petition accompanied by the extension fee under the provisions of 37 CFR 1.136(a).

*If all required items on this form are filed within the period set above, the total amount owed by applicant as a* ☑ *large entity* ☐ *small entity (verified statement filed), is $__1512__.*

☐ 1. The statutory basic filing fee is:
    ☐ missing.
    ☐ insufficient.
    *Applicant must submit $___790___ to complete the basic filing fee and/or file a verified small entity statement claiming such status (37 CFR 1.27).*

☐ 2. Additional claim fees of $___658___, including any multiple dependent claim fees, are required.
    *Applicant must either submit the additional claim fees or cancel additional claims for which fees are due.*

☐ 3. The oath or declaration:
    ☐ is missing.
    ☐ does not cover the newly submitted items.
    ☐ does not identify the application to which it applies.
    ☐ does not include the city and state or foreign country of applicant's residence.
    *An oath or declaration in compliance with 37 CFR 1. 63, including residence information and identifying the application by the above Application Number and Filing Date is required.*

☐ 4. The signature(s) to the oath or declaration is/are:
    ☐ missing.
    ☐ by a person other than inventor or person qualified under 37 CFR 1.42, 1.43, or 1.47.
    *A properly signed oath or declaration in compliance with 37 CFR 1.63, identifying the application by the above Application Number and Filing Date, is required.*

☐ 5. The signature of the following joint inventor(s) is missing from the oath or declaration:

    _____
    *An oath or declaration listing the names of all inventors and signed by the omitted inventor(s), identifying this application by the above Application Number and Filing Date, is required.*

☐ 6. A $_____ processing fee is required since your check was returned without payment (37 CFR 1.21(m)).

☐ 7. Your filing receipt was mailed in error because your check was returned without payment.

☐ 8. The application does not comply with the Sequence Rules.
    *See attached "Notice to Comply with Sequence Rules 37 CFR 1.821-1.825."*

☐ 9. OTHER:

Direct the response and any questions about this notice to "Attention: Box Missing Parts."

*A copy of this notice* ***MUST*** *be returned with the response.*

_David Costin_
Customer Service Center
Initial Patent Examination Division (703) 308-1202

FORM PTO-1533 (REV.7-96)          **PART 1 - ATTORNEY/APPLICANT COPY**          *U.S. GPO: 1996-404-496/40515

| Response To Notice To File Missing Parts Of Application Filing Date Granted (PTO-1533)(Small Entity) | Docket No. 2546 |
|---|---|

In Re Application Of:   GEORGE C. MUELLER; IHOR A. LYS

| Serial No. 08/ 920, 156 | Filing Date 08/ 26/ 1997 | Examiner NOT ASSIGNED | Group Art Unit 2502 |
|---|---|---|---|

Invention:   **MULTICOLORED LED LIGHTING METHOD AND APPARATUS**

TO THE ASSISTANT COMMISSIONER FOR PATENTS:

Box Missing Parts

This is a response to the **Notice to File Missing Parts of Application - Filing Date Granted (PTO-1533)** mailed on
  01/ 13/ 1998  
  *Date*

Enclosed herewith for filing are the following:

☒  A copy of the Notice to File Missing Parts of Application - Filing Date Granted (PTO-1533).  **(REQUIRED)**

☐  A new original oath or declaration together with a statement that the "attached" specification is a copy of the specification and any amendments thereto that were filed in the United States Patent and Trademark Office to obtain the filing date.

☒  The original declaration or oath for this application together with a statement by a registered patent attorney or agent that the application filed in the United States Patent and Trademark Office is the application that the inventor executed by signing the declaration or oath.

☐  A verified English translation of the non-English language application papers as originally filed.  It is requested that this translation be used as the copy for examination purposes in the United States Patent and Trademark Office.

☒  _____ 1 _____  verified small entity declaration(s)

   ☒  is/are attached.

   ☐  was/were filed on  _____

☐  A separate request for refund.

☐  Other (list):

[Page 1 of 3]                                                                    P31SMALL/REV02

| Response To Notice To File Missing Parts Of Application<br>Filing Date Granted (PTO-1533)(Small Entity) | Docket No.<br>2546 |
|---|---|

| In Re Application Of:    GEORGE B. MUELLER;  IHOR A. LYS | | | |
|---|---|---|---|
| Serial No.<br>08/ 920, 156 | Filing Date<br>08/ 26/ 1997 | Examiner<br>**NOT ASSIGNED** | Group Art Unit<br>2502 |

Invention:

### TO THE ASSISTANT COMMISSIONER FOR PATENTS:

#### Attention: Manager, Application Branch

☒   Completion of application fees as calculated below:

☒   Utility application filing fee      $395.00

☐   Design application filing fee      _____

☒   Total number of independent claims =    7      $164.00

☒   Total number of claims =    35      $165.00

☐   Multiple dependent claims      _____

☒   Surcharge for late payment of filing fee and/or late filing of original declaration or oath      $65.00

☐   Petition and fee for filing by other than all the inventors or a person not the invention      _____

☐   Fee for processing an application filed with a non-English language specification      _____

☐   Fee for processing and retention of application      _____

             Total completion of application fees      $789.00

This is a request under the provisions of 37 CFR 1.136(a) to extend the period for filing a response to the above-identified Notice To File Missing Parts of Application. The requested extension is as follows (check time period desired). If an additional time extension is required, please consider this a petition therefor.

     ☐  One month     ☐  Two months     ☐  Three months     ☐  Four months

from: _____      until: _____
             *Date*                                  *Date*

             Total time extension fees      _____

             Total fees due      $789.00

[Page 2 of 3]

P31SMALL/REV02

03CD

| Response To Notice To File Missing Parts Of Application Filing Date Granted (PTO-1533) (Small Entity) | Docket No. 2546 |
|---|---|

In Re Application Of:  **GEORGE C. MUELLER; IHOR A. LYS**

| Serial No. 08/ 920, 156 | Filing Date 08/ 26/ 1997 | Examiner **NOT ASSIGNED** | Group Art Unit 2502 |
|---|---|---|---|

Invention:   **MULTICOLORED LED LIGHTING METHOD AND APPARATUS**

### TO THE ASSISTANT COMMISSIONER FOR PATENTS:

### Attention: Manager, Application Branch

The fee of      $789      is to be paid as follows:

☒   A check in the amount of the fee is enclosed.

☒   The Commissioner is hereby authorized to charge any fees which may be required, or credit any overpayment, to Deposit Account No.  14-1131
A duplicate copy of this sheet is enclosed.

☐   If an additional extension of time is required, please consider this a petition therefor and charge any additional fees which may be required to Deposit Account No.  14-1131
A duplicate copy of this sheet is enclosed.

_____
Signature

Dated:   2/6/98

**ROBERT P. GREENSPOON**

**NIRO, SCAVONE, HALLER & NIRO**
**181 W. MADISON STREET, SUITE 4600**
**CHICAGO, IL  60602**
**(312) 236-0733**

Reg. #: 40, 004
CC:

I certify that this document and fee is being deposited on FEBRUARY 6, 1998 with the U.S. Postal Service as first class mail under 37 C.F.R. 1.8 and is addressed to the Assistant Commissioner for Patents, Washington, D.C. 20231.

_____
Signature of Person Mailing Correspondence

**TRINIDAD ESCOBEDO**
Typed or Printed Name of Person Mailing Correspondence

[Page 3 of 3]

P31SMALL/REV02



Express Mail Label No.

| Docket No. |
| --- |
| 2546 |

# Declaration and Power of Attorney For Patent Application

## English Language Declaration

As a below named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name,

I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled

**MULTICOLORED LED LIGHTING METHOD AND APPARATUS**

the specification of which

(check one)

❑ is attached hereto.

☒ was filed on   08/ 26/ 1997                          as United States Application No. or PCT International
Application Number   08/ 920, 156

and was amended on _____

(if applicable)

I hereby state that I have reviewed and understand the contents of the above identified specification, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose to the United States Patent and Trademark Office all information known to me to be material to patentability as defined in Title 37, Code of Federal Regulations, Section 1.56.

I hereby claim foreign priority benefits under Title 35, United States Code, Section 119(a)-(d) or Section 365(b) of any foreign application(s) for patent or inventor's certificate, or Section 365(a) of any PCT International application which designated at least one country other than the United States, listed below and have also identified below, by checking the box, any foreign application for patent or inventor's certificate or PCT International application having a filing date before that of the application on which priority is claimed.

Prior Foreign Application(s)

Priority Not Claimed

| (Number) | (Country) | (Day/Month/Year Filed) | ❑ |
| --- | --- | --- | --- |
| (Number) | (Country) | (Day/Month/Year Filed) | ❑ |
| (Number) | (Country) | (Day/Month/Year Filed) | ❑ |

Form PTO-SB-01 (9-95) (Modified)     Copyright 1994-95 Legalsoft     P02/REV02     Patent and Trademark Office-U.S. DEPARTMENT OF COMMERCE

I hereby claim the benefit under 35 U.S.C. Section 119(e) of any United States provisional application(s) listed below:

| | |
|---|---|
| (Application Serial No.) | (Filing Date) |

| | |
|---|---|
| (Application Serial No.) | (Filing Date) |

| | |
|---|---|
| (Application Serial No.) | (Filing Date) |

I hereby claim the benefit under 35 U. S. C. Section 120 of any United States application(s), or Section 365(c) of any PCT International application designating the United States, listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States or PCT International application in the manner provided by the first paragraph of 35 U.S.C. Section 112. I acknowledge the duty to disclose to the United States Patent and Trademark Office all information known to me to be material to patentability as defined in Title 37, C. F. R., Section 1.56 which became available between the filing date of the prior application and the national or PCT International filing date of this application:

| | | |
|---|---|---|
| (Application Serial No.) | (Filing Date) | (Status) (patented, pending, abandoned) |

| | | |
|---|---|---|
| (Application Serial No.) | (Filing Date) | (Status) (patented, pending, abandoned) |

| | | |
|---|---|---|
| (Application Serial No.) | (Filing Date) | (Status) (patented, pending, abandoned) |

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.