# Exhibit A
# Part 3

POWER OF ATTORNEY: As a named inventor, I hereby appoint the following attorney(s) and/or agent(s) to prosecute this application and transact all business in the Patent and Trademark Office connected therewith.  *(list name and registration number)*

| Raymond P. Niro | Reg. #: 24, 131 | Richard B. Megley | Reg. #: 21, 102 |
|---|---|---|---|
| Thomas G. Scavone | 26, 801 | Dean D. Niro | 36, 881 |
| Timothy J. Haller | 26, 692 | Keith A. Vogt | 37, 252 |
| Joseph N. Hosteny | 28, 020 | Arthur A. Gasey | 35, 150 |
| Robert A. Vitale | 32, 319 | Robert P. Greenspoon | 40, 004 |
| John C. Janka | 32, 996 | Lawrence Cruz | 36, 385 |
| Michael P. Mazza | 34, 092 | James P. Murphy | 40, 741 |

Send Correspondence to:    Robert P. Greenspoon
Niro, Scavone, Haller & Niro
181 W. Madison Street, Suite 4600
Chicago, IL 60602

Direct Telephone Calls to:  *(name and telephone number)*
Robert P. Greenspoon,  (312) 236-0733

Full name of sole or first inventor
George G. Mueller
Sole or first inventor's
Residence
234 Hanover Street, #3    Boston, MA 02113  U.S.A.
Citizenship
U.S.
Post Office Address
234 Hanover Street, #3

Boston, MA 02113  U.S.A.

Date 2/2/199?

Full name of second inventor, if any
Ihor A. Lys
Second inventor's signature
Residence
531 Ivy Street    Pittsburgh, PA 15232  U.S.A.
Citizenship
U.S.
Post Office Address
531 Ivy Street

Pittsburgh, PA 15232  U.S.A.

Date 2/4/9?

Form PTO-SB-01 (6-95) (Modified)                    Patent and Trademark Office-U.S. DEPARTMENT OF COMMERCE

Page 1 of 2

| VERIFIED STATEMENT (DECLARATION) CLAIMING SMALL ENTITY STATUS (37 CFR 1.9(f) AND 1.27 (b)) - INDEPENDENT INVENTOR | Docket No. 2546 |
|---|---|

| Serial No. 08/ 920, 156 | Filing Date 08/ 26/ 1997 | Patent No. NOT YET KNOWN | Issue Date NOT YET KNOWN |
|---|---|---|---|

Applicant/ Patentee: **George G. Mueller and Ihor A. Lys**

Invention: **MULTICOLORED LED LIGHTING METHOD AND APPARATUS**

As a below named inventor, I hereby declare that I qualify as an independent inventor as defined in 37 CFR 1.9(c) for purposes of paying reduced fees under section 41(a) and (b) of Title 35, United States Code, to the Patent and Trademark Office with regard to the invention entitled above and described in:

- ❑ the specification to be filed herewith.
- ☒ the application identified above.
- ❑ the patent identified above.

I have not assigned, granted, conveyed or licensed and am under no obligation under contract or law to assign, grant, convey or license, any rights in the invention to any person who could not be classified as an independent inventor under 37 CFR 1.9(c) if that person had made the invention, or to any concern which would not qualify as a small business concern under 37 CFR 1.9(d) or a nonprofit organization under 37 CFR 1.9(e).

Each person, concern or organization to which I have assigned, granted, conveyed, or licensed or am under an obligation under contract or law to assign, grant, convey, or license any rights in the invention is listed below:

- ☒ No such person, concern or organization exists.
- ❑ Each such person, concern or organization is listed below.

*NOTE:  Separate verified statements are required from each named person, concern or organization having rights to the invention averring to their status as small entities (37 CFR 1.27)

FULL NAME
ADDRESS _____

❑ Individual     ❑ Small Business Concern     ❑ Nonprofit Organization

FULL NAME
ADDRESS _____

❑ Individual     ❑ Small Business Concern     ❑ Nonprofit Organization

FULL NAME
ADDRESS _____

❑ Individual     ❑ Small Business Concern     ❑ Nonprofit Organization

FULL NAME
ADDRESS _____

❑ Individual     ❑ Small Business Concern     ❑ Nonprofit Organization

Copyright 1994 Legalsoft         P03/REV01         Patent and Trademark Office-U.S. DEPARTMENT OF COMMERCE

I acknowledge the duty to file, in this application or patent, notification of any change in status resulting in loss of entitlement to small entity status prior to paying, or at the time of paying, the earliest of the issue fee or any maintenance fee due after the date on which status as a small entity is no longer appropriate. (37 CFR 1.28(b))

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application, any patent issuing thereon, or any patent to which this verified statement is directed.

NAME OF INVENTOR    George G. Mueller

SIGNATURE OF INVENTOR    DATE: 2/2/1997

NAME OF INVENTOR    Ihor A. Lys

SIGNATURE OF INVENTOR    DATE: 2/4/97

NAME OF INVENTOR

SIGNATURE OF INVENTOR    DATE:

NAME OF INVENTOR

SIGNATURE OF INVENTOR    DATE:

NAME OF INVENTOR

SIGNATURE OF INVENTOR    DATE:

NAME OF INVENTOR

SIGNATURE OF INVENTOR    DATE:

NAME OF INVENTOR

SIGNATURE OF INVENTOR    DATE:

NAME OF INVENTOR

SIGNATURE OF INVENTOR    DATE:

NAME OF INVENTOR

SIGNATURE OF INVENTOR    DATE:

NAME OF INVENTOR

SIGNATURE OF INVENTOR    DATE:

NAME OF INVENTOR

SIGNATURE OF INVENTOR    DATE:

Patent and Trademark Office-U.S. DEPARTMENT OF COMMERCE



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
ASSISTANT SEC  RY OF COMMERCE AND
COMMISSIONER  \TENTS AND TRADEMARKS
Washington, D.C. 20231

# NOTICE OF FILING/CLAIM FEE(S) DUE
## TO ENSURE PROPER CREDIT OF FEES, PLEASE RETURN A COPY OF THIS FEE CALCULATION SHEET WITH YOUR RESPONSE.

APPLICATION NUMBER: ___*18/920156*___

## Total Fee Calculation

|  | Fee Code | Total # Claims | Number Extra | X | Fee | Fee = | Total |
|---|---|---|---|---|---|---|---|
|  | Sm./Lg. |  |  |  | Sm. Entity | Lg. Entity |  |
| Basic Filing Fee | 201/101 |  |  |  | ___ | *✓* | *790* |
| Total Claims >20 | 203/103 | *35* | -20 = *15* | X | ___ | *✓* | *330* |
| Independent Claims >3 | 202/102 | *7* | -3 = *4* | X | ___ | ___ | *328* |
| Mult. Dep Claim Present | 204/104 |  |  |  | ___ | ___ |  |
| Surcharge | 205/105 |  |  |  | ___ | ___ | *130.* |
| English Translation | 139 |  |  |  |  |  | ___ |

**TOTAL FEE CALCULATION**                                           *1578*

Fees due upon filing the application:

Total Filing Fees Due = $ ___*1578*___

Less Filing Fees Submitted    - $ ___*0*___

**BALANCE DUE**        = $ ___*1578*___

Office of Initial Patent Examination

FORM OIPE-RAM-01 (Rev. 5/97)

**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NUMBER | FILING/RECEIPT DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO./TITLE |
|---|---|---|---|
| ...156 | 06/26/97 | MUELLER | G  2546 |

02327/0113

... P GREENSPOON
... AVONE HALLER & NIRO
... DISON ST                                     NOT ASSIGNED
...00
...GO IL 6060...                                 2502

DATE MAILED:

*Response due 2-13-98*

01/13/98

**NOTICE TO FILE MISSING PARTS OF APPLICATION**
*Filing Date Granted*

An Application Number and Filing Date have been assigned to this application. However, the items indicated below are missing. The required items and fees identified below must be timely submitted ALONG WITH THE PAYMENT OF A SURCHARGE for items 1 and 3-6 only of $_____ for a ☑ large entity ☐ small entity in compliance with 37 CFR 1.27. The surcharge is set forth in 37 CFR 1.16(e). Applicant is given TWO MONTHS FROM THE DATE OF THIS NOTICE within which to file all required items and pay any fees required above to avoid abandonment. Extensions of time may be obtained by filing a petition accompanied by the extension fee under the provisions of 37 CFR 1.136(a).

*If all required items on this form are filed within the period set above, the total amount owed by applicant as a* ☐ *large entity* ☐ *small entity (verified statement filed), is $ 1512 .*

☐ 1. The statutory basic filing fee is:
   ☐ missing.
   ☐ insufficient.
   *Applicant must submit* $ 790 *to complete the basic filing fee and/or file a verified small entity statement claiming such status (37 CFR 1.27).*

☐ 2. Additional claim fees of $ 658 , including any multiple dependent claim fees, are required.
   *Applicant must either submit the additional claim fees or cancel additional claims for which fees are due.*

☐ 3. The oath or declaration:
   ☐ is missing.
   ☐ does not cover the newly submitted items.
   ☐ does not identify the application to which it applies.
   ☐ does not include the city and state or foreign country of applicant's residence.
   *An oath or declaration in compliance with 37 CFR 1. 63, including residence information and identifying the application by the above Application Number and Filing Date is required.*

☐ 4. The signature(s) to the oath or declaration is/are:
   ☐ missing.
   ☐ by a person other than inventor or person qualified under 37 CFR 1.42, 1.43, or 1.47.
   *A properly signed oath or declaration in compliance with 37 CFR 1.63, identifying the application by the above Application Number and Filing Date, is required.*

☐ 5. The signature of the following joint inventor(s) is missing from the oath or declaration:

   _____
   *An oath or declaration listing the names of all inventors and signed by the omitted inventor(s), identifying this application by the above Application Number and Filing Date, is required.*

☑ 6. A $_____ processing fee is required since your check was returned without payment (37 CFR 1.21(m)).
☐ 7. Your filing receipt was mailed in error because your check was returned without payment.
☐ 8. The application does not comply with the Sequence Rules.
   *See attached "Notice to Comply with Sequence Rules 37 CFR 1.821-1.825."*
☐ 9. OTHER:

Direct the response and any questions about this notice to "Attention: Box Missing Parts."

     **A copy of this notice MUST be returned with the response.**

_____
Customer Service Center
Initial Patent Examination Division (703) 308-1202

FORM PTO-1533 (REV.7-96)     **PART 2 - COPY TO BE RETURNED WITH RESPONSE**     *U.S. GPO: 1996-404-496/40515*



**UNITED STAT** **DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address:   COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 08/920,156 | 08/26/97 | MUELLER | G | 2546 |

MM41/1028

ROBERT P GREENSPOON
NIRO SCAVONE HALLER & NIRO
181 W MADISON ST
SUITE 4600
CHICAGO IL 60602

| EXAMINER |
|---|
| LEE, W |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2821 | 5 |

DATE MAILED:   10/28/98

**Please find below and/or attached an Office communication concerning this application or proceeding.**

**Commissioner of Patents and Trademarks**

| *Office Action Summary* | Application No. 08/920,156 | Applicant(s) Goerge G. Mueller |
|---|---|---|
| | Examiner Wilson Lee | Group Art Unit 2821 |

☐ Responsive to communication(s) filed on _____

☐ This action is **FINAL.**

☐ Since this application is in condition for allowance except for formal matters, **prosecution as to the merits is closed** in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11; 453 O.G. 213.

A shortened statutory period for response to this action is set to expire _____3___ month(s), or thirty days, whichever is longer, from the mailing date of this communication. Failure to respond within the period for response will cause the application to become abandoned. (35 U.S.C. § 133). Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

**Disposition of Claim**

☒ Claim(s) _1-35_____ is/are pending in the applicat

   Of the above, claim(s) _none_____ is/are withdrawn from consideration

☐ Claim(s) _____ is/are allowed.

☒ Claim(s) _1, 5-23, 25-27, 32, 34, and 35_____ is/are rejected.

☒ Claim(s) _2-4, 24, 28-31, and 33_____ is/are objected to.

☐ Claims _____ are subject to restriction or election requirement.

**Application Papers**

☒ See the attached Notice of Draftsperson's Patent Drawing Review, PTO-948.

☒ The drawing(s) filed on ____Aug 26, 1997_____ is/are objected to by the Examiner.

☐ The proposed drawing correction, filed on _____ is ☐ approved ☐disapproved.

☐ The specification is objected to by the Examiner.

☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. § 119**

☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

   ☐ All ☐Some* ☒None of the CERTIFIED copies of the priority documents have been

     ☐ received.

     ☐ received in Application No. (Series Code/Serial Number) _____ .

     ☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

   *Certified copies not received: _____

☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

**Attachment(s)**

☒ Notice of References Cited, PTO-892

☒ Information Disclosure Statement(s), PTO-1449, Paper No(s). ____4___

☐ Interview Summary, PTO-413

☒ Notice of Draftsperson's Patent Drawing Review, PTO-948

☐ Notice of Informal Patent Application, PTO-152

*— SEE OFFICE ACTION ON THE FOLLOWING PAGES —*

U. S. Patent and Trademark Office
PTO-326 (Rev. 9-95)                **Office Action Summary**                Part of Paper No. __**5**__

Application/Control Number: 08/920,156                                          Page 2

Art Unit: 2821

## DETAILED ACTION

### *Drawings*

1.      The drawings are objected to as failing to comply with 37 CFR 1.84(p)(5) because they do not include the following reference sign(s) mentioned in the description:

Regarding Figures 8 and 9, reference numbers are not sufficient provided.  Correction is required.

2.      The drawings are objected to as failing to comply with 37 CFR 1.84(p)(5) because they include the following reference sign(s) not mentioned in the description:

Regarding the specification, on page 16-18, reference numbers are not sufficient provided to describe the portions of the invention .  Correction is required.

### *Claim Rejections - 35 USC § 112*

3.      The following is a quotation of the second paragraph of 35 U.S.C. 112:

> The specification shall conclude with one or more claims particularly pointing out and
> distinctly claiming the subject matter which the applicant regards as his invention.

4.      Claims 5-22, 27, 34 and 35  are rejected under 35 U.S.C. 112, second paragraph, as being indefinite for failing to particularly point out and distinctly claim the subject matter which applicant regards as the invention.

Application/Control Number: 08/920,156                                          **Page 3**

Art Unit: 2821

Regarding Claim 5, page 19, lines 15 and 16, there is no antecedent basis for "an open end", "an illumination end", and "reflective interior portion". Applicant is requested to describe the portions as mentioned above in detail.

Claims 6-14 are indefinite by virtue of their dependency of Claim 5.

Regarding Claim 15, page 22, line 1, "a high or a low state" lacks antecedent basis. (e.g. Does high state mean high potential? High frequency? Or positive potential?)

Claims 16-21 are indefinite by virtue of their dependency of Claim 15.

Regarding Claim 22, line 11, the word "may" exhibits uncertainty to the claim whether the condition mentioned is required or not.

Regarding Claim 27, line 11, the word "hand-held" is vague and indefinite. (e.g. Does "hand-held" mean portable? Or touchable? Does it mean only the housing is portable?)

Regarding Claim 34, page 26, line 2, "one state", and line 3, "other state" lack antecedent basis. (e.g. What state? High frequency or low frequency?, high or low potential?). Further, "other state" is vague. "Other state" exhibits there are more than two states supposedly mentioned in the claimed method. However, applicant just mentions two states in the claim. Should "the other state" be changed to --another state--?

Claim 35 is indefinite by virtue of it's dependency of Claim 34.

### *Claim Rejections - 35 USC § 102*

5.      The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that form the basis for the rejections under this section made in this Office action:

Application/Control Number: 08/920,156                                    Page 4

Art Unit: 2821

A person shall be entitled to a patent unless --

(b) the invention was patented or described in a printed publication in this or a foreign country or in public use or on sale in this country, more than one year prior to the date of application for patent in the United States.

6.      Claim 1 is rejected under 35 U.S.C. 102(b) as being anticipated by Phares(5,420,482).

        Regarding Claim 1, Phares discloses the lighting system comprising a driver(94R, 94B or 94G) as a current sink coupled to the LED(48R, 48B or 48G) (See Figure 4 of Phares)comprising an input responsive to an activation signal that enables flow of current through the control units; transmitter(64) as an addressable controller having a Logic Control network(76) for providing alterable address, the controller coupled to the input and having Pulse Generator(80) as a timing means for generating the activation signal for a predefined portion of a timing cycle(See Col. 3, lines 18-26 of Phares); the addressable controller further comprising an internal shift register means for receiving data corresponding to the alterable address(See Col. 3, lines 57-60 of Phares) and indicative of the prefined portion of the timing cycle(See Figure 1 and Col. 4, lines 4-23 of Phares).

7.      Claims 23 and 32 are rejected under 35 U.S.C. 102(b) as being anticipated by Hamamoto et al.(5,350,977).

        Regarding Claims 23 and 32, Hamamoto discloses an illumination apparatus comprising a plurality of light source(12R, 12G and 12B) of three different colors(Red, Green and Blue) adapted to be coupled to a power source(AC) and a common potential reference(A)(See Figure 3 of Hamamoto et al.); Dimming characteristic converters(28R, 28G and 28B) as the current sink interposed between the plurality of the light source(12R, 12G and 12B respectively) and the

Application/Control Number: 08/920,156                                               Page 5

Art Unit: 2821

common potential reference(A), the current sink comprising two switches(SW1 and SW2)

corresponding to respective current paths of the three different color light source(See Figures 3

and 4, and Col. 9, lines 52-68 and Col. 10, lines 54-66 of Hamamoto et al.), converters(28R, 28G

and 28B) also constitute the control means for periodically and independently opening and closing

the switches(SW1 and SW2) at high frequency and for generating a duty cycle(See Col. 11, lines

17-29 of Hamamoto et al.), memory means(16) as the programming means coupled to the control

means(See Figure 3 of Hamamoto et al.) for programming respective duty cycles for each

color(See Col. 11, lines 44-68, Col. 12, lines 1-11 of Hamamoto et al.)

Regarding Claim 25, Hamamoto discloses light dimmers(14R, 14G and 14B) as the

potentiometers for each color of the different color light source each having an independently

adjustable voltage setting, and the control means(13) comprises an A/D converter(38B)(See

Figures 9 and 10) for converting each independently adjustable voltage setting into a numerical

value indicative of each respective duty cycle from $V_{sig}$ (See Col. 11, lines 62-68, Col. 12, lines 1-

12).

### *Claim Rejections - 35 USC § 103*

8.      The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all obviousness

rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set forth in
> section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are
> such that the subject matter as a whole would have been obvious at the time the invention was made to a person
> having ordinary skill in the art to which said subject matter pertains. Patentability shall not be negatived by the
> manner in which the invention was made.

Application/Control Number: 08/920,156                                              Page 6

Art Unit: 2821

9.      Claims 22 and 26 are rejected under 35 U.S.C. 103(a) as being unpatentable over

Hamamoto et al.(5,350,977).

        Regarding Claim 22, Hamamoto discloses an illumination assembly comprising a power

supply(AC), a control device(13) and luminaire section(11) constitute a light module comprising a

plurality of light source(12R, 12G and 12B), light dimmers(14R, 14G and 14B) as the current

regulator for controlling maximum current supplied to the plurality of the light source(12R, 12G

and 12B), and the light module further comprising memory means(16) as the means for

programming the current regulator, whereby different light modules having a different plurality of

light source and different light intensity ratings(See Figure 1 and Col. 5, lines 27-46 of Hamamoto

et al.).

        Hamamoto does not disclose the illumination assembly having an electrical connector

removably attachable to the power module.  However, it would have been obvious to one of

ordinary skill in the art to have used an electrical connector removably attachable to the power

supply to disconnect the power supply to the light module in order to provide an advantageous

benefit of power consumption when the user desires to stop the operation.

        Regarding Claim 26, Hamamoto discloses the claimed invention except for the housing.

However, it would have been obvious to one of ordinary skill in the art to have provided a

housing or casing to enclose Hamamoto's illumination assembly in order to protect the electronic

components of the circuit from any damage caused by moisture, collision etc.

Application/Control Number: 08/920,156                                                    Page 7

Art Unit: 2821

### *Allowable Subject Matter*

10.    Claims 2-4, 24, 28-31 and 33 are objected to as being dependent upon a rejected base

claim, but would be allowable if rewritten in independent form including all of the limitations of

the base claim and any intervening claims.

11.    The following is a statement of reasons for the indication of allowable subject matter:

The prior art does not disclose nor suggest multi-colored light module comprising timing

means in each of the illumination units.

### *Conclusion*

12.    The prior art made of record and not relied upon is considered pertinent to applicant's

disclosure. Mortimer(5,751,118) discloses a universal input dimming circuit for coupling an

isolated external control signal into a variable output power supply. Luchaco et al.(5,357,170)

discloses an energy-saving lighting control system is selectively operable in either a normal

mode(max and min light levels) or in an off-normal mode(calibration). Nissen(5,003,227)

discloses a number of power-line-operated high-frequency multi-output central power supplies are

mounted at spaced-apart points on the permanent ceiling above a suspended ceiling. Yamazaki et

al.(4,388,567) discloses a main control device comprises a plurality of lighting-control signal

generators for generating lighting-control signals whose contents can be analogously varied, and a

keyboard for specifying the contents of mode signals corresponding to those of the lighting-

control signals.

Application/Control Number: 08/920,156                                        **Page 8**

Art Unit: 2821

### *Correspondence*

13.     Any inquiry concerning this communication or earlier communications from the examiner

should be directed to Examiner Wilson Lee whose telephone number is *(703) 306-3426.*

14.     Any inquiry of a general nature or relating to the status of this application should be

directed to the Technology Center receptionist whose telephone number is *(703) 308-0956.*

15.     Papers related to Technology Center 2800 applications **only** may be submitted to

Technology Center 2800 by facsimile transmission.  Any transmission not to be considered an

official response must be clearly marked "DRAFT".   *The faxing of such papers must conform*

with the notice published in the Official Gazette, 1096 OG 30 (November 15, 1989).  The

Technology Center Fax Center number is *(703) 308-7722 or (703) 308-7724.*


David H. Vu
Examiner

WL
October 21, 1998.

## Notice of References Cited

| Application No. | Applicant(s) | | |
|---|---|---|---|
| 08/920,156 | Goerge G. Mueller | | |
| Examiner | Group Art Unit | | Page 1 of 1 |
| Wilson Lee | 2821 | | |

### U.S. PATENT DOCUMENTS

| | DOCUMENT NO. | DATE | NAME | CLASS | SUBCLASS |
|---|---|---|---|---|---|
| A | 5,350,977 | 09/27/94 | Hamamoto et al. | 315 | 324 |
| B | 5,751,118 | 05/12/98 | Mortimer | 315 | 291 |
| C | 5,357,170 | 10/18/94 | Luchaco et al. | 315 | 302 |
| D | 5,003,227 | 03/26/91 | Nilssen | 315 | 324 |
| E | 4,388,567 | 06/14/83 | Yamazaki et al. | 315 | 316 |
| F | | | | | |
| G | | | | | |
| H | | | | | |
| I | | | | | |
| J | | | | | |
| K | | | | | |
| L | | | | | |
| M | | | | | |

### FOREIGN PATENT DOCUMENTS

| | DOCUMENT NO. | DATE | COUNTRY | NAME | CLASS | SUBCLASS |
|---|---|---|---|---|---|---|
| N | | | | | | |
| O | | | | | | |
| P | | | | | | |
| Q | | | | | | |
| R | | | | | | |
| S | | | | | | |
| T | | | | | | |

### NON-PATENT DOCUMENTS

| | DOCUMENT (Including Author, Title, Source, and Pertinent Pages) | DATE |
|---|---|---|
| U | | |
| V | | |
| W | | |
| X | | |

| INFORMATION DISCLOSURE CITATION<br>(Use several sheets if necessary) | | ATTY DOCKET NO.<br>254c | | SERIAL NO.<br>NOT YET KNOWN | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | FILING<br>HEREWITH | | GROUP<br>NOT YET KNOWN | | |

### U.S. PATENT DOCUMENTS

| *EXAMINER INITIAL | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
| --- | --- | --- | --- | --- | --- | --- |
| WL | 4,298,869 | 11/3/1981 | OKUNO | 340 | 782 | #A 98 |
| WL | 4,367,464 | 1/4/1983 | KURAHASHI ET AL. | 340 | 701 | Apr. |
| WL | 4,420,711 | 12/13/1983 | TAKAHASHI ET AL. | 315 | 296 | R. Ta |
| WL | 4,625,152 | 11/25/1986 | NAKAI | 315 | 317 | |
| WL | 4,727,289 | 2/23/1988 | UCHIDA | 315 | 71 | |
| WL | 4,845,481 | 4/4/1989 | HAVEL | 340 | 762 | — |
| WL | 4,992,704 | 2/12/1991 | STINSON | 315 | 312 | — |
| WL | 5,008,595 | 4/16/1991 | KAZAR | 315 | 178 | — |
| WL | 5,134,387 | 7/28/1992 | SMITH ET AL. | 340 | 701 | — |
| WL | 5,164,715 | 11/17/1992 | KASHIWABARA ET AL. | 340 | 716 | — |

### FOREIGN PATENT DOCUMENTS

| | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | YES | NO |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

### OTHER DOCUMENTS   (Including Author, Title, Date, Pertinent Pages, Etc.)

| | | |
| --- | --- | --- |
| WL | DATA SHEET LM140A/LM140/LM340A/LM7800C, National Semiconductor, January 1995. | |
| WL | DATA SHEET DS2003/DS9667/DS2004, National Semiconductor, December 1995. | |

| EXAMINER   Wilson Lee | DATE CONSIDERED   October 13, 1998 |
| --- | --- |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

Form PTO-A820
(also form PTO-1449)

Copyright 1994-97 LegalStar          P09C/REV03

Patent and Trademark Office * U.S. DEPARTMENT OF COMMERCE

PAGE   1   OF   3

| INFORMATION DISCLOSURE CITATION | | ATTY DOCKET NO. 254ι | | SERIAL NO. NOT YET KNOWN | | | |
|---|---|---|---|---|---|---|---|
| (Use several sheets if necessary) | | FILING HEREWITH | | GROUP NOT YET KNOWN | | | |

### U.S. PATENT DOCUMENTS

| *EXAMINER INITIAL | | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| WL | | 5,184,114 | 2/2/1993 | BROWN | 340 | 701 | — |
| WL | | 5,226,723 | 7/13/1993 | CHEN | 362 | 241 | — |
| WL | | 5,254,910 | 10/19/1993 | YANG | 315 | 313 | — |
| WL | | 5,256,948 | 10/26/1993 | BOLDIN ET AL. | 315 | 313 | → |
| WL | | 5,282,121 | 1/25/1994 | BORNHORST ET AL. | 362 | 294 | — |
| WL | | 5,374,876 | 12/20/1994 | HORIBATA ET AL. | 315 | 313 | — |
| WL | | 5,388,357 | 2/14/1995 | MALITA | 40 | 570 | — |
| WL | | 5,404,282 | 4/4/1995 | KLINKE ET AL. | 362 | 249 | — |
| WL | | 5,420,482 | 5/30/1995 | PHARES | 315 | 292 | — |
| WL | | 5,436,535 | 7/25/1995 | YANG | 315 | 313 | — |
| | | | | | | | |

### FOREIGN PATENT DOCUMENTS

| | | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION YES | NO |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

### OTHER DOCUMENTS *(Including Author, Title, Date, Pertinent Pages, Etc.)*

| WL | | DATA SHEET DS96177, National Semiconductor, February 1996 |
|---|---|---|
| WL | | DATA SHEET LM117/LM317A/LM317, National Semiconductor, May 1997 |

| EXAMINER *Wilson Lee* | DATE CONSIDERED *October 13, 1998* |
|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

Form PTO-A820 (also form PTO-1449)    Copyright 1994-97 LegalStar    P09C/REV03    Patent and Trademark Office * U.S. DEPARTMENT OF COMMERCE

PAGE    2    OF    3

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **INFORMATION DISCLOSURE CITATION** *(Use several sheets if necessary)* | | | ATTY DOCKET NO. **254**⍰ | | SERIAL NO. **NOT YET KNOWN** | | |
| | | | FILING **HEREWITH** | | GROUP **NOT YET KNOWN** | | |

## U.S. PATENT DOCUMENTS

| *EXAMINER INITIAL | | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| *wl* | | 5,561,346 | 10/1/1996 | BYRNE | 313 | 512 | — |
| *wl* | | 5,575,459 | 11/19/1996 | ANDERSON | 362 | 240 | — |
| *wl* | | 5,463,280 | 10/31/1995 | JOHNSON | 315 | 187 | — |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## FOREIGN PATENT DOCUMENTS

| | | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION YES | NO |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

## OTHER DOCUMENTS   *(Including Author, Title, Date, Pertinent Pages, Etc.)*

| | | | |
|---|---|---|---|
| | | | |
| | | | |

| EXAMINER *Wilson Lee* | DATE CONSIDERED *October 13, 1998* |
|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

Form PTO-A820 (also form PTO-1449)    Copyright 1994-97 LegalStar    P09C/REV03    Patent and Trademark Office * U.S. DEPARTMENT OF COMMERCE

PAGE   3   OF  3

PTO-948 (REV.01-97)     U.S. DEPARTMENT OF COMMERCE-Patent and Trademark Office     Application No. __920/56.__

## NOTICE OF DRAFTPERSON'S
## PATENT DRAWING REVIEW

The drawing(s) filed (insert date) _8/26/97_ are:

_____ A. not objected to by the Draftperson under 37 CFR 1.84 or 1.152.

_✓_ B. objected to by the Draftperson under 37 CFR 1.84 or 1.152 as indicated below. The Examiner will require submission of new, corrected drawings when necessary. Corrected drawings must be submitted according to the instructions on the back of this notice.

1. DRAWINGS. 37 CFR 1.84(a): Acceptable categories of drawings:
Black ink.  Color.
_____ Color drawing are not acceptable until petition is granted.
Fig(s)_____
_____ Pencil and non black ink is not permitted. Fig(s)_____

2. PHOTOGRAPHS. 37 CFR 1.84(b)
_____ Photographs are not acceptable until petition is granted.
_____ 3 full tone sets are required. Fig(s)_____
_____ Photographs not properly mounted (must bristol board or photographic double-weight paper). Fig(s)_____
_____ Poor quality (half-tone). Fig(s)_____

3. TYPE OF PAPER. 37 CFR 1.84(e)
_✓_ Paper not flexible, strong, white and durable.
Fig(s)_____
_✓_ Erasures, alterations, overwritings, interlineations, folds, copy machine marks not acceptable. (too thin)
_____ Mylar, vellum paper is not acceptable (too thin).
Fig(s)_____

4. SIZE OF PAPER. 37 CFR 1.84(F): Acceptable sizes:
_____ 21.0 cm by 29.7 cm (DIN size A4)
_____ 21.6 cm by 27.9 cm (8 1/2 x 11 inches)
_____ All drawings sheets not the same size.
Sheet(s)_____

5. MARGINS. 37 CFR 1.84(g): Acceptable margins:
Top 2.5 cm Left 2.5 cm Right 1.5 cm Bottom 1.0 cm
SIZE: A4 Size
Top 2.5 cm Left 2.5 cm Right 1.5 cm Bottom 1.0 cm
SIZE 8 1/2 x 11
_____ Margins not acceptable. Fig(s)_____
_____ Top (T) _____ Left (L)
_____ Right (R) _____ Bottom (B)

6. VIEWS. CFR 1.84(h)
REMINDER: Specification may require revision to correspond to drawing changes.
_____ Views connected by projection lines or lead lines.
Fig(s)_____
Partial views. 37 CFR 1.84(h)(2)
_____ Brackets needed to show figure as one entity.
Fig(s)_____
_____ Views not labeled separately or properly.
Fig(s)_____
_____ Enlarged view not labeled separately or properly.
Fig(s)_____

7. SECTIONAL VIEWS. 37 CFR 1.84(h)(3)
_____ Hatching not indicated for sectional portions of an object.
Fig(s)_____
_____ Sectional designation should be noted with Arabic or Roman numbers. Fig(s)_____

8. ARRANGEMENT OF VIEWS. 37 CFR 1.84(i)
_____ Words do not appear on a horizontal, left-to-right fashion when page is either upright or turned, so that the top becomes the right side, except for graphs. Fig(s)_____
_____ Views not on the same plane on drawing sheet. Fig(s)_____

9. SCALE. 37 CFR 1.84(k)
_____ Scale not large enough to show mechansim with crowding when drawing is reduced in size to two-thirds in reproduction. Fig(s)_____

10. CHARACTER OF LINES, NUMBERS, & LETTERS. 37 CFR 1.84(l)
_✓_ Lines, numbers & letters not uniformly thick and well defined, clean, durable and black (poor line quality).
Fig(s) _1-9_

11. SHADING. 37 CFR 1.84(m)
_____ Solid black areas pale. Fig(s)_____
_____ Solid black shading not permitted. Fig(s)_____
_____ Shade lines, pale, rough and blurred. Fig(s)

12. NUMBERS, LETTERS, & REFERENCE CHARACTERS. 37 CFR 1.48(p)
_✓_ Numbers and reference characters not plain and legible.
Fig(s) _1-9_
_____ Figure legends are poor. Fig(s)_____
_____ Numbers and reference characters not oriented in the same direction as the view. 37 CFR 1.84(p)(3) Fig(s)_____
_____ English alphabet not used. 37 CFR 1.84(p)(3) Fig(s)_____
_✓_ Numbers, letters and reference characters must be at least .32 cm (1/8 inch) in height. 37 CFR 1.84(p)(3) Fig(s) _1-9_

13. LEAD LINES. 37 CFR 1.84(q)
_____ Lead lines cross each other. Fig(s)_____
_____ Lead lines missing. Fig(s)_____

14. NUMBERING OF SHEETS OF DRAWINGS. 37 CFR 1.48(t)
_____ Sheets not numbered consecutively, and in Ababic numerals beginning with number 1. Fig(s)_____

15. NUMBERING OF VIEWS. 37 CFR 1.84(u)
_____ Views not numbered consecutively, and in Abrabic numerals, beginning with number 1. Fig(s)_____

16. CORRECTIONS. 37 CFR 1.84(w)
_____ Corrections not made from PTO-948 dated _____

17. DESIGN DRAWINGS. 37 CFR 1.152
_____ Surface shading shown not appropriate. Fig(s)_____
_____ Solid black shading not used for color contrast.
Fig(s)_____

COMMENTS

DATE _3/8/98_   TELEPHONE NO. _703 305 8464_

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

*1F-13-98*

In re Application of:                           :

        Mueller, et al.                        :

                            :

Appln. No.    To be assigned                :    Art Unit:

                            :

Filed:        August 26, 1997                  :    Examiner:

                            :

For:    MULTICOLORED LED LIGHTING      :    Atty Docket:  2546
        METHOD AND APPARATUS            :

## CHANGE OF ADDRESS

Assistant Commissioner for Patents
Washington, DC  20231

Sir:

    Please change the address of the applicant in the above-referenced application to:

           Color Kinetics, Inc.
           50 Milk Street, 17th Floor
           Boston, Massachusetts 02109

    Correspondence should continue to go to:

           PATENT GROUP
           Foley, Hoag & Eliot LLP
           One Post Office Square
           Boston, Massachusetts 02109

                        Respectfully submitted,

Dated:  *8/25/1998*

                        George Meuller, President

323191

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

In re Application of:                         :

        Mueller, et al.                  :

Appln. No.      08/920.156                    :        Art Unit:    TBA

Filed:          August 26, 1997               :        Examiner:  TBA

For:    MULTICOLORED LED LIGHTING             :        Atty Docket:  CKC - 00401
       METHOD AND APPARATUS               :

<u>**REVOCATION AND NEW POWER OF ATTORNEY**</u>
<u>**AND CHANGE OF DOCKET NUMBER**</u>

Assistant Commissioner for Patents
Washington, DC  20231

Sir:

      Color Kinetics, Inc., the Assignee of the entire right, title, and interest in the above-captioned application by virtue of assignment hereby revokes all previous powers of attorney in the above-captioned application and appoints the following attorneys to prosecute the application and transact all business in the U.S. Patent and Trademark Office connected therewith:

     Donald W. Muirhead, Reg. No. 33,978     Charles H. Cella, Reg. No. 38,099
     Beth E. Arnold, Reg. No. 35,430        Edward J. Kelly, Reg. No. 38,936
     Matthew P. Vincent, Reg. No. 36,709

      The undersigned submits that the evidentiary documents of assignment to the Assignee have been reviewed and certifies that, to the best of the undersigned belief, title is in the Assignee seeking this action. The undersigned also requests a change of docket number to CKC-004.01.

      The undersigned (whose title is supplied below) is empowered to sign this Substitute Power of Attorney on behalf of the Assignee.

                             Respectfully submitted,

Dated:  8/25/1998

                             George Mueller, President

312235



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 08/920156 | 08/26/97 | MUELLER | 2546 |

EXAMINER

LEE, WILSON

| ART UNIT | PAPER NUMBER |
|---|---|
| 2821 | 6 |

ROBERT P GREENSPOON
NIRO SCAVONE HALLER & NIRO
181 W MADISON ST
SUITE 4600
CHICAGO IL 60602

**DATE MAILED:**    11/13/98

This is in response to the Power of Attorney filed _____09/11/98_____ .

☑ 1. The Power of Attorney to you in this application **has been revoked** by the applicant. Future correspondence will be mailed to the new address of record. 37 CFR 1.33.

☐ 2. The Power of Attorney to you in this application **has been revoked** by the assignee who has intervened as provided by 37 CFR 3.71. Future correspondence will be mailed to the new address of record. (37 CFR 1.33).

☐ 3. The withdrawal as attorney in this application **has been accepted.** Future correspondence will be mailed to the new address of record. 37 CFR 1.33.

This is a communication from the
Patent and Trademark Office

☑ 4. The Power of Attorney in this application **is accepted.** Correspondence in this application will be mailed to the below-noted address as provided by 37 CFR 1.33.

☐ 5. The Power of Attorney in this application **is not accepted** for the reason(s) checked below:

    ☐ a. The Power of Attorney is from an assignee and the Certificate required by 37 CFR 3.73 (b) has not been received.

    ☐ b. The person signing for the assignee has omitted their empowerment to sign on behalf of the assignee.

    ☐ c. The inventor(s) is without authority to appoint attorneys since the assignee has intervened as provided by 37 CFR 3.71.

    ☐ d. The signature of _____, a co-inventor in this application, has been omitted. The Power of Attorney will be entered upon receipt of confirmation signed by said co-inventor.

    ☐ e. The person(s) appointed in the Power of Attorney is not registered to practice before the U.S. Patent & Trademark Office.

    ☐ f. The revocation is not signed by the applicant, the assignee of the entire interest, or **one** particular principal attorney having the authority to revoke.

PATENT GROUP
FOLEY, HOAG & ELIOT LLP
ONE POST OFFICE SQUARE
BOSTON MA 02109

This is a communication from the
Patent and Trademark Office

GP2502

PATENT

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

In re application of:                                              :

    Mueller et al.                                             :        Art Unit:        2502

Appln. No.:    08/920,156                                  :        Examiner:     TO BE ASSIGNED

Filed:    August 26, 1997                                    :        Docket No.:    CKC-004.01

For:    MULTICOLORED LED LIGHTING           :
       METHOD AND APPARATUS                    :

## STATUS INQUIRY

Assistant Commissioner for Patents
Washington, D.C. 20231

      Applicants respectfully request information on the status of this application.  We have not yet received a Filing Receipt for this application.

      Should there be any questions concerning this request, please contact the undersigned at the number indicated below.

                                Respectfully submitted,

Dated: September 23, 1998
Patent Group                                                        Charles H. Cella
Foley, Hoag & Eliot, LLP                                     Reg. No. 38,099
One Post Office Square                                         Tel.: 617-832-1187
Boston, MA 02109-2170

**CERTIFICATE OF MAILING UNDER 37 C.F.R. §1.8(a)**

      I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail, postage prepaid, in an envelope addressed to:  Assistant Commissioner for Patents, Washington, D.C.  20231, on September 23, 1998.

Ariel Collazo

RECEIVED
OCT 0 1 1998
GROUP 2100

321390.1

# $\#$ 10/A
## 12/16/98
C. McKuing

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of:                           :
                      MUELLER, et al            :
                                                :
Appln. No.        08/920,156                    :   Art Unit:  ~~2502~~ 2820
                                                :
Filed:            August 26, 1997               :   Examiner: Not yet assigned.
                                                :
For:   MULTICOLORED LED LIGHTING               :   Attorney Docket: CKC-004.01
       METHOD AND APPARATUS                     :

## Certificate of Express Mail

I hereby certify that this PRELIMINARY AMENDMENT is being deposited with the United States Postal Service as First Class Mail, postage prepaid, in an envelope addressed to Assistant Commissioner for Patents, Washington, D.C. 20231 on this date of September 11, 1998.

Sandra Pires
Sandra Pires
Date of Deposit: September 11, 1998

## PRELIMINARY AMENDMENT

Assistant Commissioner Patents
Washington, D.C.  20231

Sir:

          Applicant submits the following Amendment and Remarks.


          It is not believed that extensions of time or fees for net addition of claims are required,

beyond those which may otherwise be provided for in documents accompanying this paper.

However, in the event that additional extensions of time are necessary, then such extensions of

time are hereby petitioned under 37 C.F.R. § 1.136(a), and any fees required for consideration of

this paper (including fees for net addition of claims) are authorized to be charged in two

originally-executed copies of an Amendment Transmittal Letter filed herewith.


311106.1

Kindly enter the following Amendment:

**IN THE CLAIMS**

Please add new claims 36-43, as follows:

36.    An illumination system, comprising:

a plurality of light modules; and

a pulse width modulated current control, wherein each light module is addressable and capable of receiving illumination color information.

37.    An illumination system, comprising:

a plurality of light modules; and

a current control, wherein each light module is addressable and capable of receiving illumination color information on a computer lighting network.

38.    The illumination system of claim 37, wherein the current control is a pulse width modulated current control.

39.    An illumination system, comprising:

a network for delivery of data;

a plurality of uniquely addressable light emitting diodes, connected to the network; and

a microprocessor, for selectively controlling the light emitting diodes to provide a desired illumination condition.

40.    The illumination system of claim 39, wherein selectively controlling the light emitting diodes includes providing a pulse width modulated current control.

311106.1

085

41.     The illumination system of claim 39, further comprising:

a computer program for controlling the microprocessor.

42.     The illumination system of claim 41, further comprising:

a sensor, for sensing a condition, wherein the sensor provides an input to the

computer program for controlling microprocessor, whereby the illumination is

controlled in response to the condition.

43.     The illumination system of claim 42, further comprising:

an object to be illuminated, wherein the illumination condition is responsive to a

condition of the object.

## REMARKS

Applicant has added new claims 36 through 41, in order to more fully claim the subject

matter disclosed in the application as filed.

Favorable consideration and allowance are earnestly solicited.  Should there be any

questions after reviewing this paper, the Examiner is invited to contact the undersigned at 617-

832-1187.

Respectfully submitted,

Date: _Ap C.11 1998_

_Charles H. Cella_
Charles H. Cella
Reg. No. 38,099
Tel: (617) 832-1187

Patent Attorney
Foley, Hoag & Eliot LLP
One Post Office Square
Boston, MA  02109-2170

311106.1

*G·8·2502*

| **AMENDMENT TRANSMITTAL LETTER** | Docket Number (Optional) CKC-004.01 |
|---|---|

| Application Number 08/920,156 | Filing Date August 26, 1997 | Examiner Not yet assigned. | Group Art Unit 2502 |
|---|---|---|---|

Invention Title:
MULTICOLORED LED LIGHTING METHOD AND APPARATUS

**TO THE ASSISTANT COMMISSIONER FOR PATENTS**
Transmitted herewith is an amendment in the above-identified application.

( )    Small Entity status of this application has been established under 37 CFR 1.27 by a verified statement previously submitted.

(X)    Power of Attorney

( )    A Verified Statement to Establish Small Entity Status under 37 CFR 1.27 is enclosed.

(X)    Change of Address

( )    No additional fee is required.

( x )    The fee has been calculated as shown below:

SEP 2 1 is

### CLAIMS AS AMENDED

| | (1) CLAIMS REMAINING AFTER AMENDMENT | | (2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (3) PRESENT NUMBER EXTRA | RATE | FEE |
|---|---|---|---|---|---|---|
| TOTAL CLAIMS | 43* | minus | **35 | 8 | x $22 | 176 |
| INDEPENDENT CLAIMS | 10* | minus | ***7 | 3 | x $82 | 246 |
| MULTIPLE DEPENDENT CLAIM ADDED | | | | | $260 | |
| Petition is hereby made to extend the original due date to cover the date this response is filed. | | | (1 month): $110.00 (2 months): $390.00 (3 months): $950.00 | | | $ |
| ( ) Fee for filing of Notice of Appeal: $300.00 | | | | | | $ |
| | | | | | **TOTAL** | $422 |
| | If applicant has small entity status under 37 CFR 1.9 and 1.27, then divide total fee by 2, and enter amount here. | | | | **SMALL ENTITY TOTAL** | $211 |

  *   If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
  **   If the highest number previously paid for IN THIS SPACE is less than 20, enter "20".
  ***   If the highest number previously paid for IN THIS SPACE is less than three, enter "3".
The "highest number previously paid for" (total or independent) is the highest number found in the appropriate box in column 1.

( )    Please charge **Deposit Account Number 06-1448, ref. KVC-019.01** in the amount of $
     A duplicate copy of this sheet is enclosed.

( )    A check in the amount of $_____ to cover the filing fee is enclosed.

(X)    The Commissioner is hereby authorized to credit any overpayment or charge any deficiencies to our Deposit Account Number 06-1448, ref. KVC-019.01. A duplicate copy of this sheet is enclosed.

09/17/1998 SLIAHG

01 FC:202    123.00 DP
02 FC:203    88.00 DP

*Charles H. Cella*

Charles H. Cella
Reg. No. 38,099
Date: August 19, 1998

**Certificate of First Class**
I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to:
Assistant Commissioner for Patents, Washington, D.C. 20231, on September 11, 1998

*Sandra Pires*

Sandra Pires

320451.1

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of: MUELLER et al.          :
:
:
:
Appln. No. 08/920,156          :          Art Unit:  2502
:
Filed:     August 26, 1997          :          Examiner: Vu, David H.
:
For:    MULTICOLORED LED LIGHTING  :          Docket No.: CKC-004.01
        METHOD AND APPARATUS      :

### INFORMATION DISCLOSURE STATEMENT
### UNDER 37 CFR 1.97(b)(3)

**RECEIVED**

Assistant Commissioner for Patents
Washington, D. C. 20231

**NOV 2 5 1998**

**GROUP 2100**

Sir:

Submitted herewith on a Form PTO-1449 are documents known to the Applicant and/or

the attorney in compliance with the requirements of 37 CFR 1.56.  Copies of these documents

are also being submitted.  Enclosed we include a check for the fee in the amount of $240.00.

The Examiner is respectfully requested to initial the space adjacent to each document

on the PTO-1449 form and return a copy of the PTO-1449 form to confirm that these

documents have been considered by the Examiner and made of record in this application.

11/23/1998 AIBRAHIM 00000029 08920156
01 FC:126          240.00 OP

326866.1

Although we believe that no fees are due at this time in connection with this submission, the Commissioner is authorized to credit any overpayment or charge any deficiencies to/from our **Deposit Account No. 06-1448**. Two originally-executed copies of this form are being submitted.

Should there be any questions after reviewing this paper, the Examiner is invited to contact the undersigned at (617) 832-1187.

Respectfully submitted,

FOLEY, HOAG & ELIOT LLP

_November 16, 1998_
Date

Charles H. Cella
Registration No. 38,099

RECEIVED

NOV 2 5 1998

GROUP 2100

Patent Group
Foley, Hoag & Eliot LLP
One Post Office Square
Boston, MA  02109-2170

## CERTIFICATE OF MAILING

I Ariel Collazo hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to:  Assistant Commissioner for Patents Washington, D.C.  20231, on November 16, 1998.

Ariel Collazo

326866.1

 

**THE UNITED STATES PATENT AND TRADEMARK OFFICE**

In re application of: MUELLER et al.         :
                                             :
                                             :
                                             :
Appln. No.  08/920,156                       :         Art Unit:   2502
                                             :
Filed:    August 26, 1997                    :         Examiner: Vu, David H.
                                             :
For:    MULTICOLORED LED LIGHTING  :         Docket No.: CKC-004.01
        METHOD AND APPARATUS        :

**INFORMATION DISCLOSURE STATEMENT**
**UNDER 37 CFR 1.97(b)(3)**

RECEIVED

NOV 2 5 1998

Assistant Commissioner for Patents
Washington, D. C. 20231

GROUP 2100

Sir:

        Submitted herewith on a Form PTO-1449 are documents known to the Applicant and/or

the attorney in compliance with the requirements of 37 CFR 1.56.  Copies of these documents

are also being submitted.  Enclosed we include a check for the fee in the amount of $240.00.

        The Examiner is respectfully requested to initial the space adjacent to each document

on the PTO-1449 form and return a copy of the PTO-1449 form to confirm that these

documents have been considered by the Examiner and made of record in this application.

326866.1

Although we believe that no fees are due at this time in connection with this submission, the Commissioner is authorized to credit any overpayment or charge any deficiencies to/from our **Deposit Account No. 06-1448**.  Two originally-executed copies of this form are being submitted.

Should there be any questions after reviewing this paper, the Examiner is invited to contact the undersigned at (617) 832-1187.

Respectfully submitted,

FOLEY, HOAG & ELIOT LLP

___November 16, 1998___
Date

Charles H. Cella
Registration No.  38,099

Patent Group
Foley, Hoag & Eliot LLP
One Post Office Square
Boston, MA  02109-2170

RECEIVED

NOV 2 5 1998

GROUP 2100

## CERTIFICATE OF MAILING

I Ariel Collazo hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to:  Assistant Commissioner for Patents Washington, D.C.  20231, on November 16, 1998.

Ariel Collazo

326866.1

#12                    GPU 2821

| TRANSMITTAL LETTER (General - Patent Pending) | Docket No. 2546 |
|---|---|

JAN 1 1 1999

#12

In Re Application Of:    George G. Mueller, et al

| Serial No. 08/920,156 | Filing Date 08/26/1997 | Examiner Wilson Lee | Group Art Unit 2821 |
|---|---|---|---|

Title:   MULTICOLORED LED LIGHTING METHOD AND APPARATUS

TO THE COMMISSIONER OF PATENTS AND TRADEMARKS:

Transmitted herewith is:

Request for Approval to Withdraw Pursuant to 37 CFR 1.36 and 37 CFR 10.40(c)

RECEIVED

JAN 1 5 1999

GROUP 2100

in the above identified application.

☒  No additional fee is required.

☐  A check in the amount of                is attached.

☒  The Commissioner is hereby authorized to charge and credit Deposit Account No.    14-1131
as described below.  A duplicate copy of this sheet is enclosed.

    ☐  Charge the amount of

    ☒  Credit any overpayment.

    ☒  Charge any additional fee required.

_____
             Signature

Joseph N. Hosteny
Niro, Scavone, Haller & Niro
181 W. Madison-Suite 4600
Chicago, Illinois 60602
(312) 236-0733

Dated:   January 7, 1999

I certify that this document and fee is being deposited on January 7, 1999          with the U.S. Postal Service as first class mail under 37 C.F.R. 1.8 and is addressed to the Commissioner of Patents and Trademarks, Washington, D.C. 20231.

_____
Signature of Person Mailing Correspondence

Hannah Martin
Typed or Printed Name of Person Mailing Correspondence

CC:

Copyright 1995 Legalsoft                    P16B/REV01



DOCKET NO. 2546

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Applicant: | George G. Mueller ) | |
| | Ihor A. Lys ) | |
| | ) | |
| Serial No.: | 08/920,156 ) | Group Art Unit: 2821 |
| | ) | |
| Filed: | August 26, 1997 ) | Examiner: Wilson Lee |
| | ) | |
| For: | Multicolored LED Lighting ) | Attorney Docket No. 2546 |
| | Method and Apparatus ) | |
| | ) | |

Honorable Commissioner of
Patents and Trademarks
Washington, D.C. 20231

RECEIVED

JAN 1 5 1999

GROUP 2100

## REQUEST FOR APPROVAL TO WITHDRAW
## PURSUANT TO 37 CFR 1.36 AND 37 CFR 10.40(c)

Raymond P. Niro, Thomas G. Scavone, Timothy J. Haller, William L. Niro, Joseph N.

Hosteny, Robert A. Vitale, Jr., John C. Janka, Richard B. Megley, Paul K. Vickrey, Michael P.

Mazza, Dean D. Niro, Raymond P. Niro, Jr., Keith A. Vogt, Patrick F. Solon, Arthur A. Gasey,

Christopher J. Lee, David J. Sheikh, Robert P. Geenspoon, Sally Wiggins, Richard B. Megley, Jr.,

Paul C. Gibbons and William W. Flachsbart (all of the firm of Niro, Scavone, Haller & Niro) hereby

request approval pursuant to 37 CFR § 1.36 and 10.40(c) to withdraw. The following paragraphs set

forth the grounds for this request.

On June 12, 1998, we were advised by Mr. Charles H. Cella that he was now representing

the inventors in this patent application. I wrote to Mr. Cella on June 23 requesting that he substitute

himself as the representative of the applicants in this application. We also provided to Mr. Cella a

power to inspect the application. The applicants, Mr. George Mueller and Mr. Ihor Lys, authorized

**DOCKET NO. 2546**

me to transfer the file to Mr. Cella. Shortly after receiving that authorization I forwarded the file to

Mr. Cella with my letter of July 13, 1998.

On approximately October 28, 1998, our office received an Office Action in this case. The

Office Action indicates at page 7 that there is allowable subject matter. Following receipt of that

Office Action, we forwarded a copy of the action to Mr. Cella by letter dated November 2, 1998.

In subsequent conversations with Mr. Cella and the applicants, I learned that Mr. Cella had

filed a "Revocation and New Power of Attorney and Change of Docket Number" on August 25,

1998. A copy was faxed to me on November 25, 1998 and is Exhibit A.

However, the Office Action was sent to our address, and not to Mr. Cella. Since the

applicants are represented by new counsel who has appeared, and to avoid any further confusion with

respect to the mailing of office actions, the attorneys listed above respectfully request leave to

withdraw and also request that the applicants be notified of the withdrawal.

The undersigned has been expressly authorized by the firm of Niro, Scavone, Haller & Niro

and by each of the attorneys identified above to make this petition to withdraw. An express letter

of authorization from the Vice President and shareholder in the firm is attached as Exhibit B to this

petition.

This petition is being filed in triplicate with all attachments and have has been served upon

each of the patent applicants as well as upon Mr. Charles Cella as follows:

> Charles H. Cella
> Foley, Hoag, Eliot, LLP
> One Post Office Square
> Boston, Massachusetts 02109-2170

2

**DOCKET NO. 2546**

Mr. George G. Mueller
Color Kinetics Incorporated
234 Hanover Street, #3
Boston, Massachusetts 02113

Mr. Ihor A. Lys
Color Kinetics Incorporated
234 Hanover Street, #3
Boston, Massachusetts 02113

For the foregoing reasons and in accordance with 37 CFR 1.36 and 10.40 (c), Raymond P.

Niro, Thomas G. Scavone, Timothy J. Haller, William L. Niro, Joseph N. Hosteny, Robert A. Vitale,

Jr., John C. Janka, Richard B. Megley, Paul K. Vickrey, Michael P. Mazza, Dean D. Niro, Raymond

P. Niro, Jr., Keith A. Vogt, Patrick F. Solon, Arthur A. Gasey, Christopher J. Lee, David J. Sheikh,

Robert P. Greenspoon, Sally Wiggins, Richard B. Megley, Jr., Paul C. Gibbons and William W.

Flachsbart (all of the firm of Niro, Scavone, Haller & Niro) hereby request approval to withdraw.

Joseph N. Hosteny
Registration No. 28,020

Niro, Scavone, Haller & Niro
181 West Madison Street, Suite 4600
Chicago, Illinois 60602
Phone:      312 236-0733
Fax:         312 236-3137

3

## NIRO, SCAVONE, HALLER & NIRO

RAYMOND P. NIRO
THOMAS G. SCAVONE
TIMOTHY J. HALLER
WILLIAM L. NIRO
JOSEPH N. HOSTENY, III
ROBERT A. VITALE, JR.
JOHN C. JANKA
RICHARD B. MEGLEY
PAUL K. VICKREY
MICHAEL P. MAZZA
DEAN D. NIRO

181 WEST MADISON STREET · SUITE 4600

CHICAGO, ILLINOIS 60602 - 4515

———

TELEPHONE (312) 236-0733

FACSIMILE (312) 236-3137

RAYMOND P. NIRO, JR.
KEITH A. VOGT
PATRICK F. SOLON
ARTHUR A. GASEY
CHRISTOPHER J. LEE
DAVID J. SHEIKH
ROBERT P. GREENSPOON
SALLY WIGGINS
RICHARD B. MEGLEY, JR.
PAUL C. GIBBONS
WILLIAM W. FLACHSBART

January 7, 1999

Re:    Our Docket No. 2546; Serial No. 08/920,156

To Whom It May Concern:

Joseph N. Hosteny is hereby authorized by the firm of Niro, Scavone, Haller & Niro and by each of the attorneys named in the "Request for Approval to Withdraw Pursuant to 37 CFR 1.36 and 37 CFR 10.40(c)" to make the petition to withdraw in Serial No. 08/920,156.

Sincerely,

Joseph N. Hosteny
Vice President and Shareholder

JNH:bz

EXHIBIT

B

NOV 25 '98 15:23 FR HOAG&ELIOT LLP 617 832 7000 TO 3122363137     P.02

JAN 1 1 1999
C52
PATENT & TRADEMARK OFFICE

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

COPY

In re Application of:                               :

Mueller, et al.                                     :

Appln. No.    08/920.156                            :     Art Unit:   TBA

Filed:        August 26, 1997                       :     Examiner:  TBA

For:   MULTICOLORED LED LIGHTING                    :     Atty Docket:   CKC - 00401
       METHOD AND APPARATUS                         :

## REVOCATION AND NEW POWER OF ATTORNEY
## AND CHANGE OF DOCKET NUMBER

Assistant Commissioner for Patents
Washington, DC  20231

Sir:

Color Kinetics, Inc., the Assignee of the entire right, title, and interest in the above-
captioned application by virtue of assignment hereby revokes all previous powers of attorney in the
above-captioned application and appoints the following attorneys to prosecute the application and
transact all business in the U.S. Patent and Trademark Office connected therewith:

Donald W. Muirhead, Reg. No. 33,978          Charles H. Cella, Reg. No. 38,099
Beth E. Arnold, Reg. No. 35,430              Edward J. Kelly, Reg. No. 38,936
Matthew P. Vincent, Reg. No. 36,709

The undersigned submits that the evidentiary documents of assignment to the Assignee have
been reviewed and certifies that, to the best of the undersigned belief, title is in the Assignee
seeking this action. The undersigned also requests a change of docket number to CKC-004.01.

The undersigned (whose title is supplied below) is empowered to sign this Substitute Power
of Attorney on behalf of the Assignee.

Respectfully submitted,

Dated:  8/25/1998

George Mueller, President

EXHIBIT

A

313335

NOV 25 '98 15:22 FR FC ᐟ HOAG&ELIOT LLP 617 832 7000 TO  3122363137     P.01



## FOLEY, HOAG & ELIOT LLP
ONE POST OFFICE SQUARE
BOSTON, MASSACHUSETTS 02109

Telephone: (617) 832-1000                          Facsimile: (617) 832-7000

## FACSIMILE COVER SHEET

November 25, 1998

TO: Joe Hosteny
FAX #: 312-236-3137
CONFIRMATION #:

CLIENT SYMBOL-CASE #: 20169-401

FROM: Charles H. Cella            EXT: 1187                 USER #: 5787

TOTAL PAGES SENT: 2 (including cover sheet)

——————————————— MESSAGE ———————————————

### IMPORTANT -- PLEASE READ

The information contained in this facsimile message is intended only for the personal and confidential use of the designated recipients named above. This message may be an attorney-client communication and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us by mail. Thank you.

IF THERE ARE ANY PROBLEMS WITH THIS TRANSMISSION
PLEASE TELEPHONE US AT

        (617) 832-1000  EXT.          ☐ 7752 ... 17th floor

                                      ☐ 7734 ... 18th floor

                                      ☐ 7735 ... 20th floor

328806.1





**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
ASSISTANT SECRETARY AND COMMISSIONER
OF PATENTS AND TRADEMARKS
Washington, D.C. 20231      JAN 2 5 1999

In re Application of                    :
MUELLER, et al.                          :          DECISION ON
Serial No.: 08/920,156                  :          REQUEST TO WITHDRAW
Filing Date: August 26, 1997            :          AS ATTORNEY OF RECORD
For:   MULTICOLORED LED LIGHTING        :
         METHOD AND APPARATUS            :

This is a decision on the "REQUEST FOR APPROVAL TO WITHDRAW PURSUANT TO 37 CFR 1.36 AND 10.40(c)" filed January 11, 1999.  No petition fee is required.

The petition is **DISMISSED** as moot.

A review of the application file record reveals that a proper revocation and new power of attorney was filed by applicants on September 11, 1998, which has now been matched with the application file, processed, and accepted.  As such, the power of the attorneys seeking withdrawal to act on behalf of applicants has already been revoked.  Accordingly, the present request is moot and must be dismissed.

Brian W. Brown
Special Programs Examiner
Examining Group 2100
Industrial Electronics, Physics,
and Related Elements
(703) 308-6452

Joseph N. Hosteny
Niro, Scavone. Haller & Niro
181 West Madison Street, Suite 4600
Chicago, IL  60602

PATENT GROUP
Foley, Hoag & Eliot LLP
One Post Office Square
Boston, Massachusetts  02109

BWB:bb

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of:

      MUELLER, et al

Appln. No.      08/920,156      :  Art Unit:   2821

Filed:      August 26, 1997      :  Examiner:  Lee, Wilson

For:   MULTICOLORED LED LIGHTING     :  Attorney Docket: CKC-004.01
      METHOD AND APPARATUS      :

#14/B
2/17/99
V. Vanzali

<u>Certificate of First Class Mail</u>

I hereby certify that this AMENDMENT is being deposited with the United States Postal Service as First Class Mail, postage prepaid, in an envelope addressed to Assistant Commissioner for Patents, Washington, D.C. 20231 on this date of January 15, 1999.

Ariel Collazo
Date of Deposit: January 15, 1999

## AMENDMENT

Assistant Commissioner Patents
Washington, D.C.  20231

Sir:

     In response to the office action mailed 10/28/98 in the above-referenced case, applicant submits the following Amendment and Remarks.  It is not believed that extensions of time or fees for net addition of claims are required, beyond those which may otherwise be provided for in documents accompanying this paper.  However, in the event that additional extensions of time are necessary, then such extensions of time are hereby petitioned under 37 C.F.R. § 1.136(a), and any fees required for consideration of this paper (including fees for net addition of claims) are authorized to be charged in two originally-executed copies of an Amendment Transmittal Letter filed herewith.

327627.2