# Exhibit A
# Part 4

Assistant Commissioner for Patents
January 15, 1999        08/920,156
Page 2


Kindly enter the following Amendment:

## IN THE CLAIMS

Kindly cancel claims 1, 22, 23, 25, 26, and 32 without prejudice to the subject matter

thereof.  Kindly enter the following amended claims:

1   2.   (Amended) Light apparatus comprising:

a power terminal;

at least one LED coupled to the power terminal;

a current sink coupled to the at least one LED, the current sink comprising an

input responsive to an activation signal enables flow of current through the current sink;

an addressable controller having an alterable address, the controller coupled to the

input and having timing means for generating the activation signal for a predefined portion of a

timing cycle;

the addressable controller further comprising means for receiving data

corresponding to the alterable address and indicative of the predefined portion of the timing cycle


[The light apparatus of claim 1 comprising]:

a second LED coupled to the power terminal and the current sink;

the current sink comprising a second input corresponding to the second LED and

responsive to a second activation signal;

the addressable controller comprising second timing means for generating the

second activation signal for a second predefined portion of the timing cycle, and further

comprising second means for receiving data corresponding to the alterable address and indicative

327627.2

Assistant Commissioner for Patents
January 15, 1999        08/920,156
Page 3

of the second predefined portion of a timing cycle.

4.    (Amended) The light apparatus of claim [1] 2 wherein the predefined portion

represents the duty cycle of a PWM signal and the timing cycle is the PWM period.

5.    (Amended) A modular LED illumination assembly comprising:

a body portion having an open end, an illumination end, and a reflective interior

portion therebetween defining a body portion axis;

a power module adapted to be mechanically attachable to the illumination end

substantially along the body portion axis, the power module having a terminal for attachment to a

power supply; and

a light module comprising a plurality of LEDs and having an electrical connector

removably attachable to the power module, the light module disposed between the illumination

end and the power module such that the LEDs optically communicate with the reflective interior

portion, so that the reflective interior portion reflects light from the LEDs;

whereby different light modules having a different plurality of LED's may be

conveniently interchanged.

15.    (Amended) A lighting network comprising a central controller and a plurality of

uniquely addressable illumination units, each unit comprising a first color LED and second color

LED;

each unit further comprising:

data means for receiving from the central controller network data comprising LED

intensity values addressed to an individual illumination unit and corresponding to respective ones

of the first color and second color LED;

memory means for storing intensity values received from said network data

327627.2

Assistant Commissioner for Patents
January 15, 1999          08/920,156
Page 4

corresponding to the first color LED and to the second color LED;

control means for generating a first pulse width modulated signal and a second

pulse width modulated signal, both first and second signals having a duty cycle corresponding to

the respective intensity values, whereby each of the first and second pulse width modulated

signals is alternately in high voltage or a low voltage state;

current switching means for applying current to the first color LED when the first pulse

width modulated signal is in one of either the high voltage or the low voltage state, and for

applying current to the second color LED when the second pulse width modulated signal is in

one of either the high voltage or the low voltage state.

18.      (Amended) The network of claim 18 wherein the unit comprises a third color

LED, the intensity values addressed to an individual illumination unit further correspond to the

third color LED, the control means further generates a third pulse width modulated signal having

a duty cycle corresponding to the third color LED intensity value, whereby the third pulse width

modulated signal is alternately in a high voltage or a low voltage state, and the current switching

means further applies current to the third color LED when the third pulse width modulated signal

is in one of either the high voltage or the low voltage state.

24.      (Amended) An illumination apparatus comprising:

a plurality of LEDs of at least two different colors adapted to be coupled to a power

source and to a common potential reference;

a current sink interposed between the plurality of LEDs and the common potential

reference, the current sink comprising at least two switches corresponding to respective current

paths of the at least two different color LEDs;

control means for periodically and independently opening and closing the at least two

327627.2

103

Assistant Commissioner for Patents
January 15, 1999        08/920,156
Page 5

switches at high frequency and for generating a duty cycle thereby;

programming means coupled to the control means for programming respective duty
cycles for each color of the at least two different color LEDs, [The apparatus of claim 23]
wherein the duty cycle ranges from a minimum to a maximum, and the programming means is
adapted to generate a substantially continuous range of duty cycles between the minimum and
the maximum.

25.    (Amended) The apparatus of claim [23] 24 wherein the programming means
comprises respective potentiometers for each color of the at least tow different color LEDs each
having an independently adjustable setting, and the control means comprises and analog-to-
digital converter for converting each independently adjustable setting into a numerical value
indicative of each respective duty cycle.

27.    (Amended) The apparatus of claim [26] 25 wherein the housing is hand-held.

29.    (Amended) The apparatus of claim [23] 24 wherein the programming means
comprises and inclinometer, the inclinometer generating an output signal indicative of the
angular orientation of the apparatus, and the control means comprises conversion means for
converting the output signal into a numerical value indicative of each respective duty cycle,

whereby different angular orientations produce different color outputs from the
plurality of LEDs.

30.    (Amended) The apparatus of claim [23] 24 wherein the programming means
comprises a transceiver for receiving an electromagnetic signal containing data that includes a
numerical value indicative of each respective duty cycle.

31.    (Amended) The apparatus of claim [23] 24 wherein the programming means

327627.2

Assistant Commissioner for Patents
January 15, 1999        08/920,156
Page 6

comprises a transceiver for receiving an infrared signal containing data that includes a numerical

value indicative of each respective duty cycle.

33.    (Amended) An Edison-mount lightbulb comprising:

voltage regulating means for converting an AC potential into a DC power source;

a plurality of LEDs of at least tow different colors adapted to be coupled to the DC power

source and to a common potential reference;

a light-transmitting enclosure surrounding the plurality of LEDs;

a current sink interposed between the plurality of LEDs and the common potential

reference, the current sink comprising at least two switches corresponding to respective current

paths of the at least two different color LEDs;

control means for periodically and independently opening and closing the at least two

switches at high frequency and for generating a duty cycle thereby.

[The lightbulb of claim 32] wherein the duty cycle is predefined and uniform,

whereby the lightbulb permanently generates a single unalterable color of light.

34.    (Amended) A method for controlling current through an LED assembly

comprising the steps of:

providing a memory location;

placing a numerical value in the memory location indicative of the duty cycle of a pulse

width modulated waveform;

closing an LED circuit between supply and ground when the waveform is in one state,

and opening the LED circuit when the waveform is in [the other] another state;

changing the numerical value in the memory location upon receipt of a new numerical

value over a computer network.

327627.2

105

Assistant Commissioner for Patents
January 15, 1999        08/920,156
Page 7

## REMARKS

With respect to the rejection of claims 1, 22, 23, 25, 26 and 32 Applicant has deleted such claims without prejudice to the subject matter thereof.

With respect to rejection of claims 2-4, 24, 28-31 and 33 as being dependent upon a rejected upon a rejected base claim, Applicant has amended such claims to be in independent form, in each case including all of the features of the base claim.

In response to the objection to claim 5 on the grounds that there is no antecedent basis for "an open end," "an illumination end," and "reflective interior portion," Applicant points out that the terms "open end" and "illumination end" define the respective ends of the body portion for purposes of identifying locations of other elements of the claim. Accordingly, Applicant submits that further definition of these terms is not required. With respect to the term "reflective interior portion" Applicant points out that the claim includes the fact that the LEDs optically communicate with the reflective interior portion. Accordingly, the purpose of this element is to reflect light from the LEDs. Applicant has amended claim 5 to recite that the reflective interior portion reflects light from the LEDs.

In response to the objection to use of the "a high or low state" in claim 15, Applicant has amended claim 15 and the subsequent dependent claims 16-21 to recite a high or low "voltage" state. Applicant submits that this clarifies the meaning of "high" and "low" in these claims.

In response to the objection to use of the word "may" in claim 22, Applicant has amended claim 22 to recite that the modules are conveniently interchangeable. Applicant submits that this precludes any uncertainty as to whether the condition mentioned is required or not.

327627.2

Assistant Commissioner for Patents
January 15, 1999        08/920,156
Page 8

 With respect to the objection to the word "hand-held" in claim 27, Applicant respectfully

traverses this rejection and requests reconsideration. The term "hand-held" is used in the sense

of being capable of being held in the hand. Thus, the housing is of a size and temperature

suitable for being held in the human hand. Nothing in the claims should be construed to indicate

that only the housing is portable.

 In response to the objection to the use of the terms of "one state" and "other state" in

claim 34, per the suggestion of the Examiner Applicant has changed "the other state" to "another

state."

 Favorable consideration and allowance are earnestly solicited. Should there be any

questions after reviewing this paper, the Examiner is invited to contact the undersigned at 617-

832-1187.

Respectfully submitted,

Date: January 15, 1999

Charles H. Cella
Reg. No. 38,099
Tel: (617) 832-1187

Patent Attorney
Foley, Hoag & Eliot LLP
One Post Office Square
Boston, MA  02109-2170

327627.2

107



*6P2821*

### Certificate of First Class Mail

I hereby certify that the foregoing Assignment is being deposited with the United States Postal Service as First Class Mail, Postage Prepaid, "Post Office to Addressee," in an Envelope Addressed to: Assistant Commissioner for Patents and Trademarks Office, Washington, D.C. 20231 on this date of January 15, 1999.

NAME: Ariel Collazo

Date of Deposit: January 15, 1999

RE:     Attorney Docket Number: **CKC-004.01**

RECEIVED
JAN 2 2 1999
GROUP 2100

333822.1

| AMENDMENT TRANSMITTAL LETTER | Docket Number (Optional) CKC-004.01 |
|---|---|

| Application Number 08/920,156 | Filing Date August 26, 1997 | Examiner Lee, Wilson | Group Art Unit 2821 |
|---|---|---|---|

Invention Title:
MULTICOLORED LED LIGHTING METHOD AND APPARATUS

**TO THE ASSISTANT COMMISSIONER FOR PATENTS**

Transmitted herewith is an amendment in the above-identified application.

( )    Small Entity status of this application has been established under 37 CFR 1.27 by a verified statement previously submitted.

( )    A Verified Statement to Establish Small Entity Status under 37 CFR 1.27 is enclosed.

(X)    No additional fee is required.

( )    The fee has been calculated as shown below:

### CLAIMS AS AMENDED

| | (1) CLAIMS REMAINING AFTER AMENDMENT | | (2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (3) PRESENT NUMBER EXTRA | RATE | FEE |
|---|---|---|---|---|---|---|
| TOTAL CLAIMS | * | minus | ** | | x $22 | |
| INDEPENDENT CLAIMS | * | minus | ** | | x $80 | |
| MULTIPLE DEPENDENT CLAIM ADDED | | | | | $260 | |
| **Petition is hereby made** to extend the original due date to cover the date this response is filed. | | (1 month): $110.00 (2 months): $390.00 (3 months): $950.00 | | | | $ |
| ( ) Fee for filing of Notice of Appeal: $300.00 | | | | | | $ |
| | | | | | TOTAL | $ |
| If applicant has small entity status under 37 CFR 1.9 and 1.27, then divide total fee by 2, and enter amount here. | | | | **SMALL ENTITY TOTAL** | | |

*   If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
**   If the highest number previously paid for IN THIS SPACE is less than 20, enter "20".
*** If the highest number previously paid for IN THIS SPACE is less than 3, enter "3".
The "highest number previously paid for" (total or independent) is the highest number found in the appropriate box in column 1.

( )    Please charge **Deposit Account Number 06-1448, ref. CKC-004.01** in the amount of $_____ A duplicate copy of this sheet is enclosed.

( )    A check in the amount of $_____ to cover the filing fee is enclosed.

(x)    The Commissioner is hereby authorized to credit any overpayment or charge any deficiencies to our **Deposit Account Number 06-1448, ref. CKC-004.01**. A duplicate copy of this sheet is enclosed.

_Charles H. Cella_
Charles H. Cella
Reg. No. 38,099
Date: January 15, 1999

**Certificate of First Class**
I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to: Assistant Commissioner for Patents, Washington, D.C. 20231, on January 15, 1999.

_____
Ariel Collazo

(10-95)                            Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

333824.1

| Interview Summary | Application No. 08/920,156 | Applicant(s) George G. Mueller |
|---|---|---|
| | Examiner Wilson Lee | Group Art Unit 2821 |

All participants (applicant, applicant's representative, PTO personnel):

(1) _Wilson Lee_                              (3) _George G. Mueller_

(2) _Charles H. Cella_                        (4) _Ihor A. Lys_

Date of Interview _____ Mar 8, 1999 _____

Type:  ☐ Telephonic  ☒ Personal (copy is given to  ☐ applicant  ☒ applicant's representative).

Exhibit shown or demonstration conducted:  ☒ Yes  ☐ No. If yes, brief description:
_Applicant's claimed invention is demonstrated to the examiner._

Agreement  ☒ was reached.  ☐ was not reached.

Claim(s) discussed: _None_

Identification of prior art discussed:
_None_

Description of the general nature of what was agreed to if an agreement was reached, or any other comments:
_Applicant is agreed to cancel Claims 36-43_

(A fuller description, if necessary, and a copy of the amendments, if available, which the examiner agreed would render the claims allowable must be attached. Also, where no copy of the amendents which would render the claims allowable is available, a summary thereof must be attached.)

1.  ☑  It is not necessary for applicant to provide a separate record of the substance of the interview.

Unless the paragraph above has been checked to indicate to the contrary, A FORMAL WRITTEN RESPONSE TO THE LAST OFFICE ACTION IS NOT WAIVED AND MUST INCLUDE THE SUBSTANCE OF THE INTERVIEW. (See MPEP Section 713.04). If a response to the last Office action has already been filed, APPLICANT IS GIVEN ONE MONTH FROM THIS INTERVIEW DATE TO FILE A STATEMENT OF THE SUBSTANCE OF THE INTERVIEW.

2.  ☐  Since the Examiner's interview summary above (including any attachments) reflects a complete response to each of the objections, rejections and requirements that may be present in the last Office action, and since the claims are now allowable, this completed form is considered to fulfill the response requirements of the last Office action. Applicant is not relieved from providing a separate record of the interview unless box 1 above is also checked.

Examiner Note: You must sign and stamp this form unless it is an attachment to a signed Office action.

. S. Patent and Trademark Office
'TO-413 (Rev. 10-95)          Interview Summary          Paper No. __15__



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address:    COMMISSIONER OF PATENTS AND TRADEMARKS
            Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 08/920,136 | 08/26/97 | MUELLER | G | 2546 |

MM41/0512

PATENT GROUP
FOLEY,HOAG & ELIOT LLP
ONE POST OFFICE SQUARE
BOSTON MA 02109

| EXAMINER |
|---|
| LEE,W |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2821 | 16 |

DATE MAILED: 05/12/99

**Please find below and/or attached an Office communication concerning this application or proceeding.**

Commissioner of Patents and Trademarks

| *Office Action Summary* | Application No. <br> **08/920,156** | Applicant(s) <br> **Goerge G. Mueller** |
|---|---|---|
| | Examiner <br> **Wilson Lee** | Group Art Unit <br> **2821** |

☒ Responsive to communication(s) filed on *Jan 15, 1999* _____ .

☐ This action is **FINAL.**

☐ Since this application is in condition for allowance except for formal matters, **prosecution as to the merits is closed** in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11; 453 O.G. 213.

A shortened statutory period for response to this action is set to expire _____ *3* _____ month(s), or thirty days, whichever is longer, from the mailing date of this communication. Failure to respond within the period for response will cause the application to become abandoned. (35 U.S.C. § 133). Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

**Disposition of Claims**

   ☒ Claim(s) *2-21, 24, 25, 27-31, and 33-35* _____ is/are pending in the application.

     Of the above, claim(s) *none* _____ is/are withdrawn from consideration.

   ☒ Claim(s) *2-4 and 15-21* _____ is/are allowed.

   ☒ Claim(s) *5-14, 24, 25, 27, 33, and 34* _____ is/are rejected.

   ☒ Claim(s) *28-31 and 35* _____ is/are objected to.

   ☐ Claims _____ are subject to restriction or election requirement.

**Application Papers**

   ☐ See the attached Notice of Draftsperson's Patent Drawing Review, PTO-948.

   ☐ The drawing(s) filed on _____ is/are objected to by the Examiner.

   ☐ The proposed drawing correction, filed on _____ is  ☐ approved  ☐ disapproved.

   ☐ The specification is objected to by the Examiner.

   ☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. § 119**

   ☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

     ☐ All  ☐ Some*  ☐ None   of the CERTIFIED copies of the priority documents have been

       ☐ received.

       ☐ received in Application No. (Series Code/Serial Number) _____ .

       ☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

     *Certified copies not received: _____ .

   ☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

**Attachment(s)**

   ☒ Notice of References Cited, PTO-892

   ☒ Information Disclosure Statement(s), PTO-1449, Paper No(s). _I I_

   ☒ Interview Summary, PTO-413

   ☐ Notice of Draftsperson's Patent Drawing Review, PTO-948

   ☐ Notice of Informal Patent Application, PTO-152

--- SEE OFFICE ACTION ON THE FOLLOWING PAGES ---

Application/Control Number: 08/920,156                                    Page 2

Art Unit: 2821

## DETAILED ACTION

### *Response to Arguments*

1.     Applicant's arguments with respect to claims 2-21, 24, 25, 27-31, 33-35 have been

considered but are moot in view of the new ground(s) of rejection.

### *Remarks*

2.     For clarification, claims 1, 22, 23, 26 and 32 were canceled by applicant in the

amendment dated on January 15, 1999.  Claims 36-43 were canceled by applicant during the in-

person interview dated on March 8, 1999.

3.     Although applicant requested to cancel Claim 25 in the amendment dated on January 15,

1999, Claim 25, however, has not been canceled yet since applicant also amended Claim 25.

Applicant is requested to verify the status of Claim 25 whether is canceled or not canceled.

### *Drawings*

4.     The drawings are objected to under 37 CFR 1.83(a).  The drawings must show every

feature of the invention specified in the claims.  Therefore, *the open end, illumination end, and a*

*reflective interior portion* in Claim 5, *current switching means* in Claim 15 **must be shown** or

the feature(s) canceled from the claim(s).  No new matter should be entered.

5.     The drawings are objected to as failing to comply with 37 CFR 1.84(p)(5) because they

do not include the following reference sign(s) mentioned in the description:

     Regarding Figures 8 and 9, reference numbers are **not sufficient provided**.  Correction is

required.

Application/Control Number: 08/920,156                                    Page 3

Art Unit: 2821

6.      The drawings are objected to as failing to comply with 37 CFR 1.84(p)(5) because they

include the following reference sign(s) not mentioned in the description:

        Regarding the specification, on page 16-18, reference numbers are **not sufficient**

**provided** to describe the portions of the invention . Correction is required.

### *Claim Rejections - 35 USC § 112*

7.      The following is a quotation of the second paragraph of 35 U.S.C. 112:

> The specification shall conclude with one or more claims particularly pointing out and
> distinctly claiming the subject matter which the applicant regards as his invention.

8.      Claim 5-14 are rejected under 35 U.S.C. 112, second paragraph, as being indefinite for

failing to particularly point out and distinctly claim the subject matter which applicant regards as

the invention.

        Regarding Claim 5, line 11, "may be" exhibits uncertainty to the claim whether the

condition mentioned is required or not.

        Claims 6-14 are indefinite by virtue of their dependency on Claim 5.

### *Claim Rejections - 35 USC § 102*

9.      The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that form the

basis for the rejections under this section made in this Office action:

> A person shall be entitled to a patent unless --
>
> (b) the invention was patented or described in a printed publication in this or a foreign country or in public use
> or on sale in this country, more than one year prior to the date of application for patent in the United States.

Application/Control Number: 08/920,156                                    Page 4

Art Unit: 2821

10.    Claims 24, 25 and 33, rejected under 35 U.S.C. 102(b) as being anticipated by Hamamoto
et al.(5,350,977).

Regarding Claims 24 and 33, Hamamoto discloses an illumination apparatus comprising
a plurality of light source(12R, 12G and 12B) of three different colors(Red, Green and Blue)
adapted to be coupled to a power source(AC) and a common potential reference(A)(See Figure 3
of Hamamoto et al.); Dimming characteristic converters(28R, 28G and 28B) as the current sink
interposed between the plurality of the light source(12R, 12G and 12B respectively) and the
common potential reference(A), the current sink comprising two switches(SW1 and SW2)
corresponding to respective current paths of the three different color light source(See Figures 3
and 4, and Col. 9, lines 52-68 and Col. 10, lines 54-66 of Hamamoto et al.), converters(28R, 28G
and 28B) also constitute the control means for periodically and independently opening and
closing the switches(SW1 and SW2) at high frequency and for generating a duty cycle(See Col.
11, lines 17-29 of Hamamoto et al.), memory means(16) as the programming means coupled to
the control means(See Figure 3 of Hamamoto et al.) for programming respective duty cycles for
each color(See Col. 11, lines 44-68, Col. 12, lines 1-11 of Hamamoto et al.).

In addition, Hamamoto discloses the duty cycle(See Col. 11, lines 17-29 of Hamamoto et
al.) inherently having a range of between a maximum and minimum values.  Also, Hamamoto's
light bulb inherently generates a single unalterable color of light(e.g. red color) when the blue
color and green color are eliminated by dimming(See Table VIII).

Application/Control Number: 08/920,156                                    Page 5

Art Unit: 2821

Regarding Claim 25, Hamamoto discloses light dimmers(14R, 14G and 14B) as the potentiometers for each color of the different color light source each having an independently adjustable voltage setting, and the control means(13) comprises an A/D converter(38B)(See Figures 9 and 10) for converting each independently adjustable voltage setting into a numerical value indicative of each respective duty cycle from $V_{sig}$ (See Col. 11, lines 62-68, Col. 12, lines 1-12).

### *Claim Rejections - 35 USC § 103*

11.     The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set forth in section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are such that the subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art to which said subject matter pertains. Patentability shall not be negatived by the manner in which the invention was made.

12.     Claim 27 is rejected under 35 U.S.C. 103(a) as being unpatentable over Hamamoto et al.(5,350,977) .

Regarding Claim 27, Hamamoto, as discussed above, essentially discloses the claimed invention but fails to disclose a housing. Cho(5,545,950) discloses a housing(10) enclosing the lamp which is inherently hand-held(See Figure 1). It would have been obvious to one of ordinary skill in the art to use Cho's housing(10) to enclose Hamamoto's lighting system in order to keep the circuit from moisture and damage, and thereupon it inherently provides a hand-held housing to Hamamoto's invention.

Application/Control Number: 08/920,156                                    Page 6

Art Unit: 2821

13.    Claims 34 is rejected under 35 U.S.C. 103(a) as being unpatentable over

Sugden(5,406,176).

Regarding Claim 34, Sugden discloses a method for controlling a plurality of multiple

lamp units comprising the steps of providing a memory location(e.g. RAM 306)(See Col. 6, lines

46-52); placing data files as a numerical value in the RAM(306). Sugden discloses the data files

stored in the RAM(306) to control the lamp units' timing(See Col. 6, lines 46-52). Since the

duty cycle is merely a measure of the proportion of time, Sugden's RAM(306) inherently points

out the duty cycle of the output signal for the lamp units' timing control

In addition, Sugden discloses the step of changing the software in the RAM(306) upon

receipt of a new numerical value(e.g. binary numbers on the new program) over a computer

network(See Col. 4, lines 7-18).

Sugden, as discussed above, essentially discloses the claimed invention but fails to

disclose the step of closing the lamp unit between supply and ground when the waveform is in

one state and opening the lamp unit when the waveform is in another state. However, Sugden

discloses his invention that reads the data file and controls the lamps(See Col. 3, lines 16-26,

lines 51-54). Therefore, it would have been obvious to one of ordinary skill in the art to alternate

Sugden's data file or program in the RAM(306) to close the lamp unit between supply and

ground when the waveform is in one state and open the lamp unit when the waveform is in

another state to order to operate the desired sequences or patterns of the illumination.

Application/Control Number: 08/920,156                                    Page 7

Art Unit: 2821

### *Allowable Subject Matter*

14.    Claims 2-4, 15-21 are allowed.

15.    Claims 28-31 and 35 are objected to as being dependent upon a rejected base claim, but would be allowable if rewritten in independent form including all of the limitations of the base claim and any intervening claims.

16.    The following is an examiner's statement of reasons for allowance:

The prior art neither discloses nor suggests a light apparatus comprising a second LED coupled to the power terminal and the current sink which comprising a second input corresponding to the second LED and responsive to a second activation signal, the addressable controller comprising second timing means for generating the second activation sinal for a second predefined portion of the timing cycle, and further comprising second means for receiving data corresponding to the alternate address and indicative of the second predefined portion of a timing cycle.

Any comments considered necessary by applicant must be submitted no later than the payment of the issue fee and, to avoid processing delays, should preferably accompany the issue fee. Such submissions should be clearly labeled "Comments on Statement of Reasons for Allowance."

### *Correspondence*

17.    Any inquiry concerning this communication or earlier communications from the examiner should be directed to Examiner Wilson Lee whose telephone number is *(703) 306-3426.*

Application/Control Number: 08/920,156                                    Page 8

Art Unit: 2821

18.     Any inquiry of a general nature or relating to the status of this application should be

directed to the Technology Center receptionist whose telephone number is *(703) 308-0956.*

19.     Papers related to Technology Center 2800 applications **only** may be submitted to

Technology Center 2800 by facsimile transmission.  Any transmission not to be considered an

official response must be clearly marked "DRAFT".   The faxing of such papers must conform

with the notice published in the Official Gazette, 1096 OG 30 (November 15, 1989).  The

Technology Center Fax Center number is *(703) 308-7722 or (703) 308-7724.*

David H. Vu
Examiner

WL
April 30, 1999

*Notice of References Cited*

| Application No.<br>08/920,156 | Applicant(s)<br>Goerge G. Mueller | | |
|---|---|---|---|
| Examiner<br>Wilson Lee | | Group Art Unit<br>2821 | Page 1 of 1 |

### U.S. PATENT DOCUMENTS

| | DOCUMENT NO. | DATE | NAME | CLASS | SUBCLASS |
|---|---|---|---|---|---|
| A | 5,406,176 | 04/11/95 | Sugden | 315 | 292 |
| B | | | | | |
| C | | | | | |
| D | | | | | |
| E | | | | | |
| F | | | | | |
| G | | | | | |
| H | | | | | |
| I | | | | | |
| J | | | | | |
| K | | | | | |
| L | | | | | |
| M | | | | | |

### FOREIGN PATENT DOCUMENTS

| | DOCUMENT NO. | DATE | COUNTRY | NAME | CLASS | SUBCLASS |
|---|---|---|---|---|---|---|
| N | | | | | | |
| O | | | | | | |
| P | | | | | | |
| Q | | | | | | |
| R | | | | | | |
| S | | | | | | |
| T | | | | | | |

### NON-PATENT DOCUMENTS

| | DOCUMENT (Including Author, Title, Source, and Pertinent Pages) | DATE |
|---|---|---|
| U | | |
| V | | |
| W | | |
| X | | |

Sheet 1 of 1

Form PTO-1449

**INFORMATION DISCLOSURE CITATION**
**IN AN APPLICATION**

*(Use several sheets if necessary)*

| Docket Number (Optional) | Application Number |
|---|---|
| CKC-004.01 | 08/920,156 |

Applicant: MUELLER et al.

Filing Date: August 26, 1997

Group Art Unit: ~~2502~~ 2821

## U.S. PATENT DOCUMENTS

| EXAMINER INITIAL | | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| WL | AA | 3,746,918 | 07/17/73 | Drucker et al. | 315 | 77 | 05/24/71 |
| WL | AB | 4,329,625 | 05/11/82 | Nishizawa et al. | 315 | 158 | 07/17/79 |
| WL | AC | 4,992,704 | 02/12/91 | Stinson | 315 | 312 | 04/17/89 |
| WL | AD | 5,126,634 | 06/30/92 | Johnson | 315 | 71 | 09/25/90 |
| WL | AE | 5,294,865 | 03/15/94 | Haraden | 315 | 58 | 09/18/92 |
| WL | AF | 5,504,395 | 04/02/96 | Johnson et al. | 315 | 71 | 03/04/94 |
| WL | AG | 5,545,950 | 08/13/96 | Cho | 315 | 56 | 05/31/94 |
| WL | AH | 5,592,051 | 01/07/97 | Korkala | 315 | 210 | 08/24/95 |
| WL | AI | 5,821,695 | 10/13/98 | Vilanilam et al. | 315 | 58 | 08/06/96 |

## FOREIGN PATENT DOCUMENTS

| | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | Translation YES | Translation NO |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | RECEIVED | | | | |
| | | | NOV 25 1998 | | | | |
| | | | GROUP 2100 | | | | |
| | | | | | | | |

## OTHER DOCUMENTS    *(Including Author, Title, Date, Pertinent Pages, Etc.)*

| | |
|---|---|
| | |
| | |
| | |
| | |
| | |

EXAMINER: *Wilson Lee*    DATE CONSIDERED: *April 30, 99*

EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP § 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to the applicant.

Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

326865.1

121

06/07/99  MON 16:00 FAX 617 832 7000        FOLEY HOAG & ELIOT LLP                    ☒001

*C*
*#17*

## FOLEY, HOAG & ELIOT LLP
ONE POST OFFICE SQUARE
BOSTON, MASSACHUSETTS 02109

Telephone: (617) 832-1000                                  Facsimile: (617) 832-7000

### FACSIMILE COVER SHEET                                  JUN  7 1999

June 7, 1999

TO: Wilson Lee

FAX #:  703-308-7722

CONFIRMATION #: 703-306-3426

CLIENT SYMBOL-CASE #:  20169-401

FROM:  Charles H. Cella          EXT: 1187                    USER #:

TOTAL PAGES SENT:  11 (including cover sheet)

———————————————————— MESSAGE ————————————————————

### IMPORTANT -- PLEASE READ

The information contained in this facsimile message is intended only for the personal and confidential use of the designated recipients named above.  This message may be an attorney-client communication and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited.  If you have received this communication in error, please notify us immediately by telephone and return the original message to us by mail.  Thank you.

IF THERE ARE ANY PROBLEMS WITH THIS TRANSMISSION
PLEASE TELEPHONE US AT

    (617) 832-1000  EXT.           ☐ 7752 ... 17th floor

                                    ☐ 7734 ... 18th floor

                                    ☐ 7735 ... 20th floor

351801.1

06/07/99  MON 16:00 FAX 617 832 7000        FOLEY HOAG & ELIOT LLP                    ☒002

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

~~~~~~~ RECEIVED

JUN 7 1999

In re Application of:       :

   MUELLER, et al    :

Appln. No.  08/920,156   : Art Unit:   2821

Filed:   August 26, 1997  : Examiner:  Lee, Wilson  # 17

For: MULTICOLORED LED LIGHTING : Attorney Docket: CKC-004.01
  METHOD AND APPARATUS  :

### Certificate of Facsimile Transmission

I hereby certify that this AMENDMENT is being transmitted through facsimile No. 703-308-7722, to Wilson Lee, Assistant Commissioner for Patents, Washington, D.C. 20231 on this date of June 7, 1999.

_Sandra Pires_

Sandra Pires
Date of Deposit: June 7, 1999

## AMENDMENT

Assistant Commissioner Patents
Washington, D.C. 20231

Sir:

  In response to the Office Action mailed 5/12/99 in the above-referenced case, Applicants submit the following Amendment and Remarks. It is not believed that extensions of time or fees for net addition of claims are required, beyond those which may otherwise be provided for in documents accompanying this paper. However, in the event that additional extensions of time are necessary, then such extensions of time are hereby petitioned under 37 C.F.R. § 1.136(a), and any fees required for consideration of this paper (including fees for net addition of claims) are authorized to be charged in two originally executed copies of an Amendment Transmittal Letter filed herewith.

350796.1

06/07/99  MON 16:01 FAX 817 832 7000        FOLEY HOAG & ELIOT LLP                    ☑003

Assistant Commissioner for Patents
June 7, 1999   08/920,156
Page 2

Kindly enter the following Amendment:

## IN THE SPECIFICATION

On page 15, line 10,   after "an open end", please insert --11--;

after "a reflective interior portion", please insert --12--;

after "an illumination end", please insert --13--;

on page 16, line 13,   after "microcontroller", please insert --92--;

on page 17,   line 6, after "environmental indicator", please insert --96--;

line 9, after "an A/D converter", please insert --94--;

after "inputs of the microcontroller", please insert --92--;

line 10, after "The microcontroller", please insert --92--;

line 12, after "register values." please insert --A current switch 90,

coupled to the microcontroller 92, may be used to control

the current supply to LEDs 120, 140, and 160 of different

colors.--

## IN THE CLAIMS

Kindly cancel claims 24, 25, 27, 33, and 34 without prejudice to the subject matter

thereof. Kindly enter the following amended claims:

5.       (Twice Amended) A modular LED illumination assembly comprising:

a body portion having an open end, an illumination end, and a reflective interior

portion therebetween defining a body portion axis;'

350796.1

06/07/99   MON 16:01 FAX 617 832 7000        FOLEY HOAG & ELIOT LLP                      ✉️004

Assistant Commissioner for Patents
June 7, 1999   08/920,156
Page 3

a power module adapted to be mechanically attachable to the illumination end

substantially along the body portion axis, the power module having a terminal for attachment

to a power supply; and

a light module comprising a plurality of LEDs and having an electrical

connector removably attachable to the power module, the light module disposed between the

illumination end and the power module such that the LEDs optically communicate with the

reflective interior portion, so that the reflective interior portion reflects light from the LEDs;

whereby different light modules having a different plurality of LED's [may be]

are capable of being conveniently interchanged.


28.     (Amended) [The apparatus of claim 27, wherein the housing comprises] An

illumination apparatus comprising:

a plurality of LEDs of at least two different colors adapted to be coupled to a power

source and to a common potential reference;

a current sink interposed between the plurality of LEDs and the common potential

reference, the current sink comprising at least two switches corresponding to respective current

paths of the at least two different color LEDs;

control means for periodically and independently opening and closing the at least two

switches at high frequency and for generating a duty cycle thereby;

a hand-held housing comprising a compartment for containing the power source and

common reference potential, and [wherein the housing] further [comprises] comprising a lens

assembly for reflecting the light emitted from the plurality of LEDs, which housing

350796.1

Assistant Commissioner for Patents
June 7, 1999   08/920,156
Page 4

substantially encloses the plurality of LEDs, the current sink, the control means, and the programming means; and

programming means coupled to the control means for programming respective duty cycles for each color of the at least two different color LEDs, wherein the duty cycle ranges from a minimum to a maximum, and the programming means is adapted to generate a substantially continuous range of duty cycles between the minimum and the maximum.

29.    (Twice Amended) [The apparatus of claim 24] An illumination apparatus comprising:

a plurality of LEDs of at least two different colors adapted to be coupled to a power source and to a common potential reference;

a current sink interposed between the plurality of LEDs and the common potential reference, the current sink comprising at least two switches corresponding to respective current paths of the at least two different color LEDs;

control means for periodically and independently opening and closing the at least two switches at high frequency and for generating a duty cycle thereby; and

programming means coupled to the control means for programming respective duty cycles for each color of the at least two different color LEDs, wherein the duty cycle ranges from a minimum to a maximum, and the programming means is adapted to generate a substantially continuous range of duty cycles between the minimum and the maximum, and wherein the programming means comprises an inclinometer, the inclinometer generating an output signal indicative of the angular orientation of the apparatus, and the control means

350796.1

Assistant Commissioner for Patents
June 7, 1999    08/920,156
Page 5

comprises conversion means for converting the output signal into a numerical value indicative

of each respective duty cycle,

whereby different angular orientations produce different color outputs from the

plurality of LEDs.


30.    (Twice Amended) [The apparatus of claim 24] An illumination apparatus

comprising:

a plurality of LEDs of at least two different colors adapted to be coupled to a power

source and to a common potential reference;

a current sink interposed between the plurality of LEDs and the common potential

reference, the current sink comprising at least two switches corresponding to respective current

paths of the at least two different color LEDs;

control means for periodically and independently opening and closing the at least two

switches at high frequency and for generating a duty cycle thereby; and

programming means coupled to the control means for programming respective duty

cycles for each color of the at least two different color LEDs, wherein the duty cycle ranges

from a minimum to a maximum, and the programming means is adapted to generate a

substantially continuous range of duty cycles between the minimum and the maximum, and

wherein the programming means comprises a transceiver for receiving an electromagnetic

signal containing data that includes a numerical value indicative of each respective duty cycle.


31.    (Twice Amended) [The apparatus of claim 24] An illumination apparatus

350796.1

06/07/99  MON 16:02 FAX 617 832 7000        FOLEY HOAG & ELIOT LLP                    ☒007

Assistant Commissioner for Patents
June 7, 1999   08/920,156
Page 6

comprising:

a plurality of LEDs of at least two different colors adapted to be coupled to a power

source and to a common potential reference;

a current sink interposed between the plurality of LEDs and the common potential

reference, the current sink comprising at least two switches corresponding to respective current

paths of the at least two different color LEDs;

control means for periodically and independently opening and closing the at least two

switches at high frequency and for generating a duty cycle thereby; and

programming means coupled to the control means for programming respective duty

cycles for each color of the at least two different color LEDs, wherein the duty cycle ranges

from a minimum to a maximum, and the programming means is adapted to generate a

substantially continuous range of duty cycles between the minimum and the maximum, and

wherein the programming means comprises a transceiver for receiving an infrared signal

containing data that includes a numerical value indicative of each respective duty cycle.


35.    (Amended) [The method of claim 34, comprising the steps of:] A method for

controlling current through an LED assembly comprising the steps of:

providing a memory location;

placing a numerical value in the memory location indicative of the duty cycle of a pulse

width modulated waveform;

closing an LED circuit between supply and ground when the waveform is in one state,

and opening the LED circuit when the waveform is in the other state;

350796.1

06/07/99   MON 16:02 FAX 617 832 7000          FOLEY HOAG & ELIOT LLP                      ☒ 008

Assistant Commissioner for Patents
June 7, 1999   08/920,156
Page 7

    providing a counter, wherein the pulse width modulated waveform is in the one state when the counter is below the numerical value;

    stopping the counter, updating the waveform state, changing the numerical value in the memory location, and restarting the counter, all upon receipt of a new numerical value over a computer network.

## REMARKS

    In response to the objection to the drawings as failing to show every feature of the invention as claimed, Figures 3, 8, and 9 have been amended to provide reference numbers for the open end, illumination end, reflective interior portion, current switching means, and other portions depicted in the Figures. These numbers have been incorporated into the specification as well, and a sentence describing the current switch as shown in the drawings and recited in the claims has been added. No new matter is being added.

    With respect to the objection to Figures 8 and 9 and pages 16-18 of the specification as failing to comply with 37 CFR 1.84(p)(5), Applicants respectfully submit that this rule requires only that "[r]eference characters not mentioned in the description shall not appear in the drawings [and] [r]eference characters mentioned in the description must appear in the drawings." It is Applicants' position that the drawings submitted comply with this rule. The Office Action states only that "reference numbers are **not sufficient provided**". This statement does not clearly set forth the grounds for the objection, and Applicants respectfully request that this objection be withdrawn or clarified.  Additionally, Applicants have supplied additional reference numbers to better clarify the subject matter disclosed in the specification.

    With respect to the rejection of claims 24, 25, 27, 33, and 34, Applicant has deleted such

350796.1

Assistant Commissioner for Patents
June 7, 1999    08/920,156
Page 8

claims without prejudice to the subject matter thereof.

With respect to rejection of claims 28-31 and 35 as being dependent upon a rejected base claim, Applicant has amended such claims to be in independent form, in each case including all of the features of the base claim.

In response to the objection with respect to claim 5 on the grounds that "may be" exhibits uncertainty, Applicant has amended claim 5 to recite that the modules <u>are capable of being</u> conveniently interchanged. Applicant submits that this precludes any uncertainty as to whether the condition mentioned is required or not. Applicant further submits that claims 6-14, rejected as indefinite by virtue of their dependency on rejected claim 5, are now allowable as well.

Claims 2-21, 28-31, and 35 are currently pending in this application. Favorable consideration and allowance are earnestly solicited. Should there be any questions after reviewing this paper, the Examiner is invited to contact the undersigned at 617-832-1187.

Respectfully submitted,

Date: <u>June 7, 1999</u>

*Charles H. Cella*

Charles H. Cella
Reg. No. 38,099
Tel: (617) 832-1187

Patent Attorney
Foley, Hoag & Eliot LLP
One Post Office Square
Boston, MA  02109-2170

06/07/99  MON 16:02 FAX 617 832 7000       FOLEY HOAG & ELIOT LLP              

6/6



Fig. 8



Fig. 9

06/07/99  MON 16:03 FAX 617 832 7000     FOLEY HOAG & ELIOT LLP                    ☒011

CKC-004.25

3/6



Fig. 3

| *Interview Summary* | Application No. 08/920,156 | Applicant(s) Goerge G. Mueller | |
|---|---|---|---|
| | Examiner Wilson Lee | Group Art Unit 2821 | |

All participants (applicant, applicant's representative, PTO personnel):

(1) _Wilson Lee_                              (3) _Don Wong_

(2) _Charles Cella_                           (4) _____

Date of Interview _____ _Jun 8, 1999_ _____

Type:  ☐ Telephonic   ☒ Personal (copy is given to   ☐ applicant   ☒ applicant's representative).

Exhibit shown or demonstration conducted:   ☐ Yes   ☒ No.  If yes, brief description:

_____

_____

Agreement   ☒ was reached.   ☐ was not reached.

Claim(s) discussed: _2-21, 28-31, and 35_

Identification of prior art discussed:
_None_ _____

_____

Description of the general nature of what was agreed to if an agreement was reached, or any other comments:
_Applicant submits amended claims, cancels the rejected claims 24, 25, 27, 33 and 34 and provides new drawings._
The amended claims appear to place the application in conditions for allowance.

_____

_____

_____

_____

(A fuller description, if necessary, and a copy of the amendments, if available, which the examiner agreed would render the claims allowable must be attached.  Also, where no copy of the amendents which would render the claims allowable is available, a summary thereof must be attached.)

1.  ☐   It is not necessary for applicant to provide a separate record of the substance of the interview.

Unless the paragraph above has been checked to indicate to the contrary, A FORMAL WRITTEN RESPONSE TO THE LAST OFFICE ACTION IS NOT WAIVED AND MUST INCLUDE THE SUBSTANCE OF THE INTERVIEW.  (See MPEP Section 713.04).  If a response to the last Office action has already been filed, APPLICANT IS GIVEN ONE MONTH FROM THIS INTERVIEW DATE TO FILE A STATEMENT OF THE SUBSTANCE OF THE INTERVIEW.

2.  ☐   Since the Examiner's interview summary above (including any attachments) reflects a complete response to each of the objections, rejections and requirements that may be present in the last Office action, and since the claims are now allowable, this completed form is considered to fulfill the response requirements of the last Office action.  Applicant is not relieved from providing a separate record of the interview unless box 1 above is also checked.

_Wilson Lee_
EXAMINER AU 2821

Examiner Note:  You must sign and stamp this form unless it is an attachment to a signed Office action.

D

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE        # 19

| | | |
|---|---|---|
| In re Application of: | : | |
| MUELLER, et al | : | |
| | : | |
| Appln. No.      08/920,156 | : | Art Unit:      2821 |
| | : | |
| Filed:      August 26, 1997 | : | Examiner:      Lee, Wilson |
| | : | |
| For:   MULTICOLORED LED LIGHTING | : | Attorney Docket:  CKC-004.01 |
| METHOD AND APPARATUS | : | |

Certificate of Facsimile Transmission

I hereby certify that this AMENDMENT is being transmitted through facsimile No. 703-308-7722, to Wilson Lee,
Assistant Commissioner for Patents, Washington, D.C. 20231 on this date of June 24, 1999.

*Sandra Pires*

Sandra Pires
Date of Transmission: June 24, 1999

JUN 2 4 1999

**AMENDMENT**

Assistant Commissioner Patents
Washington, D.C. 20231

Sir:

In response to the Office Action mailed 5/12/99 in the above-referenced case, Applicants

submit the following supplementary Amendment and Remarks. It is not believed that extensions

of time or fees for net addition of claims are required, beyond those which may otherwise be

provided for in documents accompanying this paper. However, in the event that additional

extensions of time are necessary, then such extensions of time are hereby petitioned under 37

C.F.R. § 1.136(a), and any fees required for consideration of this paper (including fees for net

addition of claims) are authorized to be charged in two originally executed copies of an

Amendment Transmittal Letter filed herewith.

353750.1

06/24/99  THU 16:35 FAX 617 832 7000        FOLEY HOAG & ELIOT LLP                    ☑005

Assistant Commissioner for Patents
June 24, 1999 08/920,156
Page 2

Kindly enter the following Amendment:                    JUN 2 4 1990

## IN THE SPECIFICATION

on page 16,    line 20, after "to set the color.", please insert --A lens assembly 93 may

be provided for reflecting the emitted light.--;

on page 17,    line 12, after "register values." please insert --The microcontroller 92

may be coupled to a transceiver 95 for transmitting and receiving signals.--

## IN THE CLAIMS

Kindly enter the following amended claim:

5.    (Thrice Amended) A modular LED illumination assembly comprising:

a body portion having an open end, an illumination end, and a reflective interior

portion therebetween defining a body portion axis;

a power module adapted to be mechanically attachable to the illumination end

substantially along the body portion axis, the power module having a terminal for attachment

to a power supply; and

a light module comprising a plurality of LEDs and having an electrical

connector removably attachable to the power module, the light module disposed between the

illumination end and the power module such that the LEDs optically communicate with the

reflective interior portion, so that the reflective interior portion reflects light from the LEDs;

whereby [different light modules having a different plurality of LED's are] the

353750.1

06/24/99  THU 16:35 FAX 617 832 7000       FOLEY HOAG & ELIOT LLP                    ☑006

Assistant Commissioner for Patents
June 24, 1999 08/920,156
Page 3

light module is capable of being conveniently interchanged with a different light module.


## REMARKS

In response to the objection to the drawings as failing to show every feature of the invention as claimed, Figure 8 has been amended to provide a reference number for the lens assembly, and this number has been incorporated into the specification. The transceiver originally claimed has been included in the drawings and the specification. No new matter is being added.

In response to the objection with respect to claim 5, Applicant has amended claim 5 to more clearly set forth the interchangeable nature of the light module. Withdrawal of this objection is respectfully requested.

In response to the objection with respect to claim 2 that the second timing means is not described in the specification, Applicant respectfully points out that a triad of signals is frequently mentioned in the specification, corresponding to the three colors of LED described in the exemplary embodiment. The paragraph beginning on page 12, line 6, describes the use of PWM to control the intensity of the three colors. One of ordinary skill in the art will understand that this passage describes no less than three timing means. Applicants thus hold that the specification does indeed support the recitation of a second timing means as claimed. Withdrawal of this objection is respectfully requested.

In response to the objection with respect to claim 29, that an inclinometer is not shown in the drawings, Applicants respectfully point out that Figure 9 presents an environmental indicator 96. The specification, at page 17, lines 6-7, reads "As one example of an environmental indicator, the power module may be coupled to an inclinometer." One of ordinary skill in the art will

353750.1

Assistant Commissioner for Patents
June 24, 1999  08/920,156
Page 4

understand that the environmental indicator may be an inclinometer, and thus the inclinometer is

included in the drawing. Withdrawal of this objection is respectfully requested.

Claims 2-21, 28-31, and 35 are currently pending in this application. Favorable

consideration and allowance are earnestly solicited.  Should there be any questions after

reviewing this paper, the Examiner is invited to contact the undersigned at 617-832-1187.

Respectfully submitted,

Date: June 24, 1999

Charles H. Cella
Reg. No. 38,099
Tel: (617) 832-1187

Patent Attorney
Foley, Hoag & Eliot LLP
One Post Office Square
Boston, MA  02109-2170

353750.1

137

6/6

*The submitted Figs 8 and 9 are approved for entry.* /JdL/ 8·25·99

# 19



## Fig. 8



## Fig. 9

06/24/99  THU 16:34 FAX 617 832 7000        FOLEY HOAG & ELIOT LLP                    ☑001

## FOLEY, HOAG & ELIOT LLP
ONE POST OFFICE SQUARE
BOSTON, MASSACHUSETTS 02109

JUN 24 1999

Telephone: (617) 832-1000                                         Facsimile: (617) 832-7000

## FACSIMILE COVER SHEET

June 24, 1999

TO: Assistant Commissioner for Patents, Attention of Wilson Lee

FAX #: 703-308-7722

CONFIRMATION #: 703-306-3426

CLIENT SYMBOL-CASE #:  20169-401

FROM:  Charles H. Cella          EXT: 1187                    USER #:

TOTAL PAGES SENT:  8 (including cover sheet)

———————————————————————— MESSAGE ————————————————————————

### IMPORTANT -- PLEASE READ

The information contained in this facsimile message is intended only for the personal and confidential use of the designated recipients named above.  This message may be an attorney-client communication and as such is privileged and confidential.  If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited.  If you have received this communication in error, please notify us immediately by telephone and return the original message to us by mail.  Thank you.

IF THERE ARE ANY PROBLEMS WITH THIS TRANSMISSION
PLEASE TELEPHONE US AT

        (617) 832-1000  EXT.          ☐ 7752 ... 17th floor
                                      ☐ 7734 ... 18th floor
                                      ☐ 7735 ... 20th floor

354165.1

06/24/99  THU 16:34 FAX 617 832 7000        FOLEY HOAG & ELIOT LLP                      ☒002

| AMENDMENT TRANSMITTAL LETTER | Docket Number (Optional) |
|---|---|
| | CKC-004.01 |

| Application Number 08/920,156 | Filing Date August 26, 1997 | Examiner Lee, Wilson | Group Art Unit 2821 |
|---|---|---|---|

Invention Title:
MULTICOLORED LED LIGHTING METHOD AND APPARATUS

TO THE ASSISTANT COMMISSIONER FOR PATENTS

Transmitted herewith is an amendment in the above-identified application.

( )    Small Entity status of this application has been established under 37 CFR 1.27 by a verified statement previously submitted.

( )    A Verified Statement to Establish Small Entity Status under 37 CFR 1.27 is enclosed.

(X)    No additional fee is required.

( )    The fee has been calculated as shown below:

**CLAIMS AS AMENDED**        JUN 2 4 1999

| | (1) CLAIMS REMAINING AFTER AMENDMENT | | (2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (3) PRESENT NUMBER EXTRA | RATE | FEE |
|---|---|---|---|---|---|---|
| TOTAL CLAIMS | * | minus | ** | | x $22 | |
| INDEPENDENT CLAIMS | * | minus | ** | | x $80 | |
| MULTIPLE DEPENDENT CLAIM ADDED | | | | | $260 | |
| Petition is hereby made to extend the original due date to cover the date this response is filed. | | | (1 month): $110.00 (2 months): $390.00 (3 months): $950.00 | | | $ |
| ( ) Fee for filing of Notice of Appeal: $300.00 | | | | | | $ |
| | | | | | TOTAL | $ |
| If applicant has small entity status under 37 CFR 1.9 and 1.27, then divide total fee by 2, and enter amount here. | | | | SMALL ENTITY TOTAL | | |

\*   If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
\*\*  If the highest number previously paid for IN THIS SPACE is less than 20, enter "20".
\*\*\* If the highest number previously paid for IN THIS SPACE is less than 3, enter "3".
The "highest number previously paid for" (total or independent) is the highest number found in the appropriate box in column 1.

( )    Please charge **Deposit Account Number 06-1448, ref. CKC-004.01** in the amount of $
A duplicate copy of this sheet is enclosed.

( )    A check in the amount of $____ to cover the filing fee is enclosed.

(x)    The Commissioner is hereby authorized to credit any overpayment or charge any deficiencies to our **Deposit Account Number 06-1448, ref. CKC-004.01.** A duplicate copy of this sheet is enclosed.

_Charles H. Cella_
Charles H. Cella
Reg. No. 38,099
Date: June 24, 1999

**Certificate of Facsimile**
I hereby certify that this correspondence is being transmitted through Fax No. 703-308-7722, to the Attention of Examiner Wilson Lee, on June 24, 1999.

_Sandra Pires_
Sandra Pires

(10-95)                           Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

354163.1