# Exhibit A

# Part 5

*C₄ᵘ 2821  C PA  8*

PTO/SB29 (8/98)
Approved for use through 9/30/2000.  OMB 0651-0032
Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# CONTINUED PROSECUTION APPLICATION (CPA)
## REQUEST TRANSMITTAL
Submit an original, and a duplicate for fee processing.
(Only for Continuation or Divisional applications under 37 CFR 1.53(d))

CHECK BOX, if applicable:
☐ DUPLICATE

Address to:

**Assistant Commissioner for Patents**
**Box CPA**
**Washington, DC  20231**

| | |
|---|---|
| *Attorney Docket No.* *of Prior Application* | CKC-004.01 |
| *First Named Inventor* | Mueller et al. |
| *Examiner Name* | Lee, Wilson |
| *Group / Art Unit* | 2821 |
| *Express Mail Label No.* | EL046634849US |

This is a request for a ☒ continuation or ☐ divisional application under 37 CFR 1.53(d),
continued prosecution application (CPA) of a prior application number ____08/920,156____
filed on ___August 26, 1997___, entitled *Multicolored LED Lighting Method and Apparatus*

### NOTES

*FILING QUALIFICATIONS: The prior application identified above must be a nonprovisional application that is either: (1) complete as defined by 37 C.F.R. § 1.51(b), or (2) the national stage of an international application in compliance with 35 U.S.C. 371. A Notice will be placed on a patent issuing from a CPA, except for reissues and designs, to the effect that the patent issued on a CPA and is subject to the twenty-year patent term provisions of 35 U.S.C. § 154(a)(2). Therefore, the prior application of a CPA may have been filed before, on or after June 8, 1995.*

*C-I-P NOT PERMITTED: A continuation-in-part application cannot be filed as a CPA under 37 C.F.R. § 1.53(d), but must be filed under 37 C.F.R. § 1.53(b).*

*EXPRESS ABANDONMENT OF PRIOR APPLICATION: The filing of this CPA is a request to expressly abandon the prior application as of the filing date of the request for a CPA. 37 C.F.R. § 1.53(b) must be used to file a continuation, divisional, or continuation-in-part of an application that is not to be abandoned.*

*ACCESS TO PRIOR APPLICATION: The filing of this CPA will be construed to include a waiver of confidentiality by the applicant under 35 U.S.C. 122 to the extent that any member of the public who is entitled under the provisions of 37 C.F.R. § 1.14 to access to, copies of, or information concerning, the prior application may be given similar access to, copies of, or similar information concerning, the other application or applications in the file jacket.*

*35 U.S.C. 120 STATEMENT: In a CPA, no reference to the prior application is needed in the first sentence of the specification and none should be submitted. If a sentence referencing the prior application is submitted, it will not be entered. A request for a CPA is the specific reference required by 35 U.S.C. 120 and to every application assigned the application number identified in such request, 37 C.F.R. § 1.78(a).*

1. ☐ *Enter the unentered amendment previously filed on* _____
   *under 37 CFR 1.116 in the prior nonprovisional application.*

2. ☐ *A preliminary amendment is enclosed.*

3. ☐ *This application is filed by fewer than all the inventors named in the prior application , 37 CFR 1.53 (d)(4).*

   a ☐ *DELETE the following inventor(s) named in the prior nonprovisional application:*

   ...........................................................................................................................

   b ☐ *The inventor(s) to be deleted are set forth on a separate sheet attached hereto.*

4. ☐ *A new power of attorney or authorization of agent (PTO/SB/81) is enclosed.*

5. *Information Disclosure Statement (IDS) is enclosed:*

   a ☒ *PTO-1449*

   b ☒ *Copies of IDS Citations*

RECEIVED
JUL 2 2 1999
TECHNOLOGY CENTER 2800

07/21/1999 DVUONG  00000051 08920156
01 FC:231                    380.00 OP

(Page 1 of 2)

Burden Hour Statement: This form is estimated to take 0.4 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Box CPA, Washington, DC 20231.

PTO/SB29 (8/98)
....roved for use through 9/30/2000. OMB 0651-0032
Patent and 1.....mark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| CLAIMS | (1) FOR | (2) NUMBER FILED | (3) NUMBER EXTRA | (4) RATE | (5) CALCULATIONS |
|---|---|---|---|---|---|
| | TOTAL CLAIMS | 0 | | x $9.00  = | $ |
| | INDEPENDENT CLAIMS | 0 | | x $78  = | |
| | MULTIPLE DEPENDENT CLAIMS (if applicable) (37 CFR 1.16(d)) | | | + $260.00  = | |
| | | | | BASIC FEE | $760.00 |
| | | | Total of above Calculations = | | $760.00 |
| | Reduction by 50% for filing by small entity (Note 37 CFR 1.9, 1.27, 1.28) | | | | $380.00 |
| | *Reissue claims in excess of 20 and over original patent.<br>** Reissue independent claims over original patent. | | | TOTAL = | $380.00 |

6.  Small entity status:
    a.  ☐  A small entity statement is enclosed, if (b) and (c) do not apply.
    b.  ☒  A small entity statement was filed in the prior nonprovisional application
           and such status is still proper and desired.
    c.  ☐  Is no longer claimed.

7.  The Commissioner is hereby authorized to credit overpayments or charge the following fees to
    Deposit Account No.  ___06___ - __1448__ :
    a.  ☒  Fees required under 37 CFR § 1.16.
    b.  ☒  Fees required under 37 CFR § 1.17.
    c.  ☒  Fees required under 37 CFR § 1.18.

8.  ☒  A check in the amount of      $380 is enclosed  to cover filing   is enclosed.
          fees under 37 CFR 1.16.

9.  ☐  New Attorney Docket Number, if desired  _____
        (Prior application Attorney Docket Number will carryover to this CPA unless a new Attorney Docket number has been provided herein.)

10.  a. ☐        Receipt For Facsimile Transmitted CPA (PTO/SB/29A)
     b. ☐   x    Return Receipt Postcard (Should be specifically itemized, See MPEP 503)

11.  ☐  Other: ..........................................................................

**RECEIVED**

**JUL 2 2 1999**

TECHNOLOGY CENTER 2900

---

**NOTE:**    **The prior application's correspondence address will carry over to this CPA**
             **UNLESS a new correspondence address is provided below.**

---

**10. NEW CORRESPONDENCE ADDRESS**

☐ Customer Number or Bar Code Label

(Insert Customer No. or Attach bar code label here)

or ☐ New correspondence address below

| NAME | |
|---|---|
| ADDRESS | |

| CITY | | STATE | | ZIP CODE | |
|---|---|---|---|---|---|
| COUNTRY | | TELEPHONE | | FAX | |

---

**11. SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT REQUIRED**

| Name (Print/Type) | David P. Halstead |
|---|---|
| Signature | |
| Registration No. (Attorney/Agent) | Reg. No. P-44,735 |
| Date | July 14, 1999 |

351568.1                                    (Page 2 of 2)



**UNITED STATE~ DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address:    COMMISSIONER OF PATENTS AND TRADEMARKS
           Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 08/920,156 | 08/26/97 | MUELLER | G | 2546 |

MM41/0701

PATENT GROUP
FOLEY,HOAG & ELIOT LLP
ONE POST OFFICE SQUARE
BOSTON MA 02109

| EXAMINER |
|---|
| LEE,W |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2821 | 7⁰ |

DATE MAILED: 07/01/99

**Please find below and/or attached an Office communication concerning this application or proceeding.**

Commissioner of Patents and Trademarks

PTO-90C (Rev. 2/95)

1- File Copy

| *Notice of Allowability* | Application No. 08/920,156 | Applicant(s) Goerge G. Mueller |
|---|---|---|
| | Examiner Wilson Lee | Group Art Unit 2821 |

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance and Issue Fee Due or other appropriate communication will be mailed in due course.

☒ This communication is responsive to *06/24/99* .

☒ The allowed claim(s) is/are *2-21, 28-31, and 35* .

☐ The drawings filed on _____ are acceptable.

☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

    ☐ All ☐ Some* ☐ None   of the CERTIFIED copies of the priority documents have been

       ☐ received.

       ☐ received in Application No. (Series Code/Serial Number) _____ .

       ☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

    *Certified copies not received: _____ .

☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE **THREE MONTHS** FROM THE "DATE MAILED" of this Office action. Failure to timely comply will result in ABANDONMENT of this application. Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION, PTO-152, which discloses that the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.

☒ Applicant MUST submit NEW FORMAL DRAWINGS

    ☐ because the originally filed drawings were declared by applicant to be informal.

    ☒ including changes required by the Notice of Draftsperson's Patent Drawing Review, PTO-948, attached hereto or to Paper No. *20* .

    ☒ including changes required by the proposed drawing correction filed on *6/24/99* , which has been approved by the examiner.

    ☐ including changes required by the attached Examiner's Amendment/Comment.

**Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the reverse side of the drawings. The drawings should be filed as a separate paper with a transmittal lettter addressed to the Official Draftsperson.**

☐ Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

Any response to this letter should include, in the upper right hand corner, the APPLICATION NUMBER (SERIES CODE/SERIAL NUMBER). If applicant has received a Notice of Allowance and Issue Fee Due, the ISSUE BATCH NUMBER and DATE of the NOTICE OF ALLOWANCE should also be included.

Attachment(s)

    ☐ Notice of References Cited, PTO-892

    ☐ Information Disclosure Statement(s), PTO-1449, Paper No(s). _____

    ☒ Notice of Draftsperson's Patent Drawing Review, PTO-948

    ☐ Notice of Informal Patent Application, PTO-152

    ☐ Interview Summary, PTO-413

    ☐ Examiner's Amendment/Comment

    ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material

    ☒ Examiner's Statement of Reasons for Allowance

Don Wong
Supervisory Patent Examiner
Technology Center 2800

Application/Control Number: 08/920,156                                    Page 2

Art Unit: 2821

## DETAILED ACTION

### *Allowable Subject Matter*

1.      Claims 2-21, 28-31 and 35 are allowed.

2.      The following is an examiner's statement of reasons for allowance:

The prior art neither discloses nor suggests a light apparatus comprising a second LED

coupled to the power terminal and the current sink which comprising a second input

corresponding to the second LED and responsive to a second activation signal, the addressable

controller comprising second timing means for generating the second activation signal for a

second predefined portion of the timing cycle, and further comprising second means for receiving

data corresponding to the alternate address and indicative of the second predefined portion of a

timing cycle such as required by Claim 2.

The prior art neither discloses nor suggests a light module comprising a plurality of LEDs

and having an electrical connector removably attachable to the power module, the light module

disposed between the illumination end and the power module such that the LEDs optically

communicate with the reflective interior portion, so that the reflective interior portion reflects

light from the LEDs such as required by Claim 5.

The prior art neither discloses nor suggests a current switching means for applying current

to the first color LED when the first pulse width modulated signal is in one of either the high

voltage or the low voltage state, and for applying current to the second color LED when the

Application/Control Number: 08/920,156                                    Page 3

Art Unit: 2821

second pulse width modulated signal is in one of either the high voltage or the low voltage state

such as required by Claim 15.

The prior art neither discloses nor suggests a programming means coupled to the control

means for programming respective duty cycles for each color of the at least two different color

LEDs, wherein the duty cycle ranges from a minimum to a maximum, and the programming

means is adapted to generate a substantially continuous range of duty cycles between the

minimum and the maximum such as required by Claims 28, 29, 30, 31.

The prior art neither discloses nor suggests the step of closing an LED circuit between

supply and ground when the waveform is in one state and opening the LED circuit when the

waveform is in the other state and providing a counter, wherein the pulse width modulated

waveform is in the one state when the counter is below the numerical value such as required by

Claim 35.

Any comments considered necessary by applicant must be submitted no later than the

payment of the issue fee and, to avoid processing delays, should preferably accompany the issue

fee. Such submissions should be clearly labeled "Comments on Statement of Reasons for

Allowance."

### *Correspondence*

3.      Any inquiry concerning this communication or earlier communications from the examiner

should be directed to Examiner Wilson Lee whose telephone number is *(703) 306-3426.*

Application/Control Number: 08/920,156                                    Page 4

Art Unit: 2821

4.    Any inquiry of a general nature or relating to the status of this application should be

directed to the Technology Center receptionist whose telephone number is *(703) 308-0956.*

5.    Papers related to Technology Center 2800 applications **only** may be submitted to

Technology Center 2800 by facsimile transmission.  Any transmission not to be considered an

official response must be clearly marked "DRAFT".   The faxing of such papers must conform

with the notice published in the Official Gazette, 1096 OG 30 (November 15, 1989).  The

Technology Center Fax Center number is *(703) 308-7722 or (703) 308-7724.*

WL
June 25, 1999

Don Wong
Supervisory Patent Examiner
Technology Center 2800

Form PTO 948 (Rev. 8-98)    U.S. DEPARTMENT OF COMMERCE - Patent and Trademark Office    Application No. 08/920150

## NOTICE OF DRAFTSPERSON'S
## PATENT DRAWING REVIEW

The drawing(s) filed (insert date) 7/30/97 are:

A. ☐ approved by the Draftsperson under 37 CFR 1.84 or 1.152.

B. ☒ objected to by the Draftsperson under 37 CFR 1.84 or 1.152 for the reasons indicated below. The Examiner will require submission of new, corrected drawings when necessary. Corrected drawing must be submitted according to the instructions on the back of this notice.

1. DRAWINGS. 37 CFR 1.84(a): Acceptable categories of drawings:
   Black ink. Color.
   ____ Color drawings are not acceptable until petition is granted.
   ○ Fig(s) ____
   ____ Pencil and non black ink not permitted. Fig(s) ____

2. PHOTOGRAPHS. 37 CFR 1.84 (b)
   ____ 1 full-tone set is required. Fig(s) ____
   ____ Photographs not properly mounted (must use brystol board or photographic double-weight paper). Fig(s) ____
   ____ Poor quality (half-tone). Fig(s) ____

3. TYPE OF PAPER. 37 CFR 1.84(e)
   ____ Paper not flexible, strong, white, and durable.
        Fig(s) ____
   ____ Erasures, alterations, overwritings, interlineations, folds, copy machine marks not accepted. Fig(s) ____
   ____ Mylar, velum paper is not acceptable (too thin).
        Fig(s) ____

4. SIZE OF PAPER. 37 CFR 1.84(f): Acceptable sizes:
   ____ 21.0 cm by 29.7 cm (DIN size A4)
   ○ 21.0 cm by 27.9 cm (8 1/2 x 11 inches)
   ____ All drawing sheets not the same size.
        Sheet(s) ____ 16
   ____ Drawings sheets not an acceptable size. Fig(s) ____

5. MARGINS. 37 CFR 1.84(g): Acceptable margins:
   Top 2.5 cm  Left 2.5cm  Right 1.5 cm  Bottom 1.0 cm
              SIZE: A4 Size
   Top 2.5 cm  Left 2.5 cm  Right 1.5 cm  Bottom 1.0 cm
              SIZE: 8 1/2 x 11
   Margins not acceptable. Fig(s) ____
   ____ Top (T) ____ Left (L)
   ____ Right (R) ____ Bottom (B)

6. VIEWS. 37 CFR 1.84(h)
   REMINDER: Specification may require revision to correspond to drawing changes.
   Partial views. 37 CFR 1.84(h)(2)
   ____ Brackets needed to show figure as one entity.
        Fig(s) ____
   ____ Views not labeled separately or properly.
        Fig(s) ____
   ____ Enlarged view not labeled separately or properly.
        Fig(s) ____

7. SECTIONAL VIEWS. 37 CFR 1.84 (h)(3)
   ____ Hatching not indicated for sectional portions of an object.
        Fig(s) ____
   ____ Sectional designation should be noted with Arabic or Roman numbers. Fig(s) ____

8. ARRANGEMENT OF VIEWS. 37 CFR 1.84(i)
   ____ Words do not appear on a horizontal, left-to-right fashion when page is either upright or turned so that the top becomes the right side, except for graphs. Fig(s) ____

9. SCALE. 37 CFR 1.84(k)
   ____ Scale not large enough to show mechanism without crowding when drawing is reduced in size to two-thirds in reproduction.
        Fig(s) ____

10. CHARACTER OF LINES, NUMBERS, & LETTERS. 37 CFR 1.84(l)
    ____ Lines, numbers & letters not uniformly thick and well defined, clean, durable, and black (poor line quality).
         Fig(s) ALL

11. SHADING. 37 CFR 1.84(m)
    ____ Solid black areas pale. Fig(s) ____
    ____ Solid black shading not permitted. Fig(s) ____
    ____ Shade lines, pale, rough and blurred. Fig(s) ____

12. NUMBERS, LETTERS, & REFERENCE CHARACTERS. 37 CFR 1.84(p)
    ____ Numbers and reference characters not plain and legible.
         Fig(s) 9
    ____ Figure legends are poor. Fig(s) ____
    ____ Numbers and reference characters not oriented in the same direction as the view. 37 CFR 1.84(p)(1).
         Fig(s) ____
    ____ English alphabet not used. 37 CFR 1.84(p)(2)
         Figs ____
    ____ Numbers, letters and reference characters must be at least .32 cm (1/8 inch) in height. 37 CFR 1.84(p)(3)
         Fig(s) ____

13. LEAD LINES. 37 CFR 1.84(q)
    ____ Lead lines cross each other. Fig(s) ____
    ____ Lead lines missing. Fig(s) ____

14. NUMBERING OF SHEETS OF DRAWINGS. 37 CFR 1.84(t)
    ____ Sheets not numbered consecutively, and in Arabic numerals beginning with number 1. Sheet(s) ____

15. NUMBERING OF VIEWS. 37 CFR 1.84(u)
    ____ Views not numbered consecutively, and in Arabic numerals, beginning with number 1. Fig(s) ____

16. CORRECTIONS. 37 CFR 1.84(w)
    ____ Corrections not made from prior PTO-948 dated ____

17. DESIGN DRAWINGS. 37 CFR 1.152
    ____ Surface shading shown not appropriate. Fig(s) ____
    ____ Solid black shading not used for color contrast.
         Fig(s) ____

COMMENTS

VIEWER _____    DATE 6/29/99



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**

## NOTICE OF ALLOWANCE AND ISSUE FEE DUE

MM41/0701

PATENT GROUP
FOLEY,HOAG & ELIOT LLP
ONE POST OFFICE SQUARE
BOSTON MA 02109

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| 08/920,156 | 08/26/97 | 025 | LEE, W | 2821 | 07/01/99 |

| First Named Applicant | MUELLER, | 35 USC 154(b) term ext. – | 0 Days. | | |

TITLE OF INVENTION MULTICOLORED LED LIGHTING METHOD AND APPARATUS

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 2546 | 315-291.000 | V23 | UTILITY | NO | $1210.00 | 10/01/99 |

**_THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT._**
**_PROSECUTION ON THE MERITS IS CLOSED._**

**_THE ISSUE FEE MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS
APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED._**

## HOW TO RESPOND TO THIS NOTICE:

I. Review the SMALL ENTITY status shown above.
  If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:

  A. If the status is changed, pay twice the amount of the FEE DUE shown above and notify the Patent and Trademark Office of the change in status, or
  B. If the status is the same, pay the FEE DUE shown above.

If the SMALL ENTITY is shown as NO:

  A. Pay FEE DUE shown above, or

  B. File verified statement of Small Entity Status before, or with, payment of 1/2 the FEE DUE shown above.

II. Part B-Issue Fee Transmittal should be completed and returned to the Patent and Trademark Office (PTO) with your ISSUE FEE. Even if the ISSUE FEE has already been paid by charge to deposit account, Part B Issue Fee Transmittal should be completed and returned. If you are charging the ISSUE FEE to your deposit account, section "4b" of Part B-Issue Fee Transmittal should be completed and an extra copy of the form should be submitted.

III. All communications regarding this application must give application number and batch number.
  Please direct all communications prior to issuance to Box ISSUE FEE unless advised to the contrary.

**_IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due._**

PATENT AND TRADEMARK OFFICE COPY

TOL-85 (REV. 10-96) Approved for use through 06/30/99. (0651-0033)

*U.S. GPO: 1998-437-639/80023



**UNITED STATES  DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**

## NOTICE OF ALLOWANCE AND ISSUE FEE DUE

**CORRECTED COPY**

MM41 70 709

PATENT GROUP
FOLEY, HOAG & ELIOT LLP
ONE POST OFFICE SQUARE
BOSTON MA 02109

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| 08/920,156 | 08/26/97 | 025 | LEE, W | 2821 | 07/09/99 |

| First Named Applicant | MUELLER, | GEORGE G. | | | |

**TITLE OF INVENTION** MULTICOLORED LED LIGHTING METHOD AND APPARATUS

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 2546 | 315-291.000 | V23 | UTILITY | YES | $605.00 | 10/12/99 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED.**

**THE ISSUE FEE MUST BE PAID WITHIN _THREE MONTHS_ FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED.  _THIS STATUTORY PERIOD CANNOT BE EXTENDED._**

## HOW TO RESPOND TO THIS NOTICE:

I. Review the SMALL ENTITY status shown above.
   If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:

   A. If the status is changed, pay twice the amount of the FEE DUE shown above and notify the Patent and Trademark Office of the change in status, or
   B. If the status is the same, pay the FEE DUE shown above.

   If the SMALL ENTITY is shown as NO:

   A. Pay FEE DUE shown above, or

   B. File verified statement of Small Entity Status before, or with, payment of 1/2 the FEE DUE shown above.

II. Part B-Issue Fee Transmittal should be completed and returned to the Patent and Trademark Office (PTO) with your ISSUE FEE.  Even if the ISSUE FEE has already been paid by charge to deposit account, Part B Issue Fee Transmittal should be completed and returned.  If you are charging the ISSUE FEE to your deposit account, section "4b" of Part B-Issue Fee Transmittal should be completed and an extra copy of the form should be submitted.

III. All communications regarding this application must give application number and batch number.
   Please direct all communications prior to issuance to Box ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees.  It is patentee's responsibility to ensure timely payment of maintenance fees when due.**

**PATENT AND TRADEMARK OFFICE COPY**

PTOL-85 (REV. 10-96) Approved for use through 06/30/99. (0651-0033)

*U.S. GPO: 1998-437-639/80023

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of: MUELLER et al.                          :

Appln. No.  08/920,156                                       :

Filed:      August 26, 1997                                  :          Art Unit:  2821

                                                             :          Examiner: Lee, Wilson

For:    MULTICOLORED LED LIGHTING                            :          Docket No.: CKC-004.01
        METHOD AND APPARATUS                                 :

### INFORMATION DISCLOSURE
### STATEMENT UNDER 37 CFR 1.97(b)

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

  Submitted herewith on a Form PTO-1449 are documents known to the Applicant and/or the attorney in compliance with the requirements of 37 CFR 1.56.  Copies of these documents and of an International Search Report are provided herewith.

  The Examiner is respectfully requested to initial the space adjacent to each document on the PTO-1449 form and return a copy of the PTO-1449 form to confirm that these documents have been considered by the Examiner and made of record in this application.

  Although we believe that no fees are due at this time in connection with this submission, the Commissioner is authorized to credit any overpayment or charge any deficiencies to/from our **Deposit Account No. 06-1448**.  Two originally-executed copies of this form are being submitted.

  Should there be any questions after reviewing this paper, the Examiner is invited to contact the undersigned at (617) 832-1754.

                                        Respectfully submitted,

                                        *FOLEY, HOAG & ELIOT* LLP

___July 27, 1999___
        Date                            _____
                                        David P. Halstead
                                        Registration No. P-44,735

Patent Group
Foley, Hoag & Eliot LLP
One Post Office Square
Boston, MA  02109-2170

335864.1

**PATENT COOPERATION TREAT** )        *Article 19: Amend Claim*
                                              *2-4-99*
                                          *3-4-99*

From the INTERNATIONAL SEARCHING AUTHORITY

## PCT

To:
FOLEY, HOAG & ELIOT LLP
Attn. CELLA, C.
1 Post Office Square
Boston, Massachusetts 02109
UNITED STATES OF AMERICA

NOTIFICATION OF TRANSMITTAL OF
THE INTERNATIONAL SEARCH REPORT
OR THE DECLARATION

(PCT Rule 44.1)

*4-4-99 Supp I D S.*

| Date of mailing *(day/month/year)* | 04/01/1999 |

| Applicant's or agent's file reference | | |
|---|---|---|
| CKC-004.25 | **FOR FURTHER ACTION** | See paragraphs 1 and 4 below |

| International application No. | International filing date *(day/month/year)* | |
|---|---|---|
| PCT/US 98/ 17702 | 26/08/1998 | |

Applicant

COLOR KINETICS INCORPORATED

---

1. [X]  The applicant is hereby notified that the International Search Report has been established and is transmitted herewith.

   **Filing of amendments and statement under Article 19**
   The applicant is entitled, if he so wishes, to amend the claims of the International Application (see Rule 46):

   **When?**  The time limit for filing such amendments is normally 2 months from the date of transmittal of the
   International Search Report; however, for more details, see the notes on the accompanying sheet.

   **Where?**  Directly to the    International Bureau of WIPO
                                  34, chemin des Colombettes
                                  1211 Geneva 20, Switzerland
                                  Fascimile No.: (41-22) 740.14.35

   **For more detailed instructions,** see the notes on the accompanying sheet.

2. [ ]  The applicant is hereby notified that no International Search Report will be established and that the declaration under
   Article 17(2)(a) to that effect is transmitted herewith.

3. [ ]  **With regard to the protest** against payment of (an) additional fee(s) under Rule 40.2, the applicant is notified that:

   [ ]  the protest together with the decision thereon has been transmitted to the International Bureau together with the
        applicant's's request to forward the texts of both the protest and the decision thereon to the designated Offices.

   [ ]  no decision has been made yet on the protest; the applicant will be notified as soon as a decision is made.

4. **Further action(s):**    The applicant is reminded of the following:

   Shortly after **18 months** from the priority date, the international application will be published by the International Bureau.
   If the applicant wishes to avoid or postpone publication, a notice of withdrawal of the international application, or of the
   priority claim, must reach the International Bureau as provided in Rules 90bis.1 and 90bis.3, respectively, before the
   completion of the technical preparations for international publication.

   Within **19 months** from the priority date, a demand for international preliminary examination must be filed if the applicant
   wishes to postpone the entry into the national phase until 30 months from the priority date (in some Offices even later).

   Within **20 months** from the priority date, the applicant must perform the prescribed acts for entry into the national phase
   before all designated Offices which have not been elected in the demand or in a later election within 19 months from the
   priority date or could not be elected because they are not bound by Chapter II.                    **RECEIVED**

---

| Name and mailing address of the International Searching Authority | Authorized officer | JAN 0 6 1999 |
|---|---|---|
| European Patent Office, P.B. 5818 Patentlaan 2<br>NL-2280 HV Rijswijk<br>Tel. (+31-70) 340-2040, Tx. 31 651 epo nl,<br>Fax: (+31-70) 340-3016 | Marjory Sastropawiro | F.H. & E. LLP<br>PATENT DEPT |

Form PCT/ISA/220 (January 1994)

## NOTES TO FORM PCT/ISA/220

These Notes are intended to give the basic instructions concerning the filing of amendments under article 19. The Notes are based on the requirements of the Patent Cooperation Treaty, the Regulations and the Administrative Instructions under that Treaty. In case of discrepancy between these Notes and those requirements, the latter are applicable. For more detailed information, see also the PCT Applicant's Guide, a publication of WIPO.

In these Notes, "Article", "Rule", and "Section" refer to the provisions of the PCT, the PCT Regulations and the PCT Administrative Instructions respectively.

## INSTRUCTIONS CONCERNING AMENDMENTS UNDER ARTICLE 19

The applicant has, after having received the international search report, one opportunity to amend the claims of the international application. It should however be emphasized that, since all parts of the international application (claims, description and drawings) may be amended during the international preliminary examination procedure, there is usually no need to file amendments of the claims under Article 19 except where, e.g. the applicant wants the latter to be published for the purposes of provisional protection or has another reason for amending the claims before international pbulication. Furthermore, it should be emphasized that provisional protection is available in some States only.

**What parts of the international application may be amended?**

Under Article 19, only the claims may be amended.

During the international phase, the claims may also be amended (or further amended) under Article 34 before the International Preliminary Examining Authority. The description and drawings may only be amended under Article 34 before the International Examining Authority.

Upon entry into the national phase, all parts of the international application may be amended under Article 28 or, where applicable, Article 41.

**When?**       Within 2 months from the date of transmittal of the international search report or 16 months from the priority date, whichever time limit expires later. It should be noted, however, that the amendments will be considered as having been received on time if they are received by the International Bureau after the expiration of the applicable time limit but before the completion of the technical preparations for international publication (Rule 46.1).

**Where not to file the amendments?**

The amendments may only be filed with the International Bureau and not with the receiving Office or the International Searching Authority (Rule 46.2).

Where a demand for international preliminary examination has been/is filed, see below.

**How?**        Either by cancelling one or more entire claims, by adding one or more new claims or by amending the text of one or more of the claims as filed.

A replacement sheet must be submitted for each sheet of the claims which, on account of an amendment or amendments, differs from the sheet originally filed.

All the claims appearing on a replacement sheet must be numbered in Arabic numerals. Where a claim is cancelled, no renumbering of the other claims is required. In all cases where claims are renumbered, they must be renumbered consecutively (Administrative Instructions, Section 205(b)).

**The amendments must be made in the language in which the international application is to be published.**

**What documents must/may accompany the amendments?**

**Letter (Section 205(b)):**

The amendments must be submitted with a letter.

The letter will not be published with the international application and the amended claims. It should not be confused with the "Statement under Article 19(1)" (see below, under "Statement under Article 19(1)").

**The letter must be in English or French, at the choice of the applicant. However, if the language of the international application is English, the letter must be in English; if the language of the international application is French, the letter must be in French.**

## NOTES TO FORM PCT/ISA/220 (continued)

The letter must indicate the differences between the claims as filed and the claims as amended. It must, in particular, indicate, in connection with each claim appearing in the international application (it being understood that identical indications concerning several claims may be grouped),whether

   (i)   the claim is unchanged;

   (ii)   the claim is cancelled;

   (iii)   the claim is new;

   (iv)   the claim replaces one or more claims as filed;

   (v)   the claim is the result of the division of a claim as filed.

The following examples illustrate the manner in which amendments must be explained in the accompanying letter:

1. [Where originally there were 48 claims and after amendment of some claims there are 51]:
"Claims 1 to 29, 31, 32, 34, 35, 37 to 48 replaced by amended claims bearing the same numbers; claims 30, 33 and 36 unchanged; new claims 49 to 51 added."

2. [Where originally there were 15 claims and after amendment of all claims there are 11]:
"Claims 1 to 15 replaced by amended claims 1 to 11."

3. [Where originally there were 14 claims and the amendments consist in cancelling some claims and in adding new claims]:
"Claims 1 to 6 and 14 unchanged; claims 7 to 13 cancelled; new claims 15, 16 and 17 added." or
"Claims 7 to 13 cancelled; new claims 15, 16 and 17 added; all other claims unchanged."

4. [Where various kinds of amendments are made]:
"Claims 1-10 unchanged; claims 11 to 13, 18 and 19 cancelled; claims 14, 15 and 16 replaced by amended claim 14; claim 17 subdivided into amended claims 15, 16 and 17; new claims 20 and 21 added."

### "Statement under article 19(1)" (Rule 46.4)

The amendments may be accompanied by a statement explaining the amendments and indicating any impact that such amendments might have on the description and the drawings (which cannot be amended under Article 19(1)).

The statement will be published with the international application and the amended claims.

**It must be in the language in which the international appplication is to be published.**

It must be brief, not exceeding 500 words if in English or if translated into English.

It should not be confused with and does not replace the letter indicating the differences between the claims as filed and as amended. It must be filed on a separate sheet and must be identified as such by a heading, preferably by using the words "Statement under Article 19(1)."

It may not contain any disparaging comments on the international search report or the relevance of citations contained in that report. Reference to citations, relevant to a given claim, contained in the international search report may be made only in connection with an amendment of that claim.

### Consequence if a demand for international preliminary examination has already been filed

If, at the time of filing any amendments under Article 19, a demand for international preliminary examination has already been submitted, the applicant must preferably, at the same time of filing the amendments with the International Bureau, also file a copy of such amendments with the International Preliminary Examining Authority (see Rule 62.2(a), first sentence).

### Consequence with regard to translation of the international application for entry into the national phase

The applicant's attention is drawn to the fact that, where upon entry into the national phase, a translation of the claims as amended under Article 19 may have to be furnished to the designated/elected Offices, instead of, or in addition to, the translation of the claims as filed.

For further details on the requirements of each designated/elected Office, see Volume II of the PCT Applicant's Guide.

PATENT COOPERATION TREAT͵

# PCT

## INTERNATIONAL SEARCH REPORT

(PCT Article 18 and Rules 43 and 44)

| Applicant's or agent's file reference | **FOR FURTHER ACTION** | see Notification of Transmittal of International Search Report (Form PCT/ISA/220) as well as, where applicable, item 5 below. |
|---|---|---|
| CKC-004.25 | | |

| International application No. | International filing date *(day/month/year)* | (Earliest) Priority Date *(day/month/year)* |
|---|---|---|
| PCT/US 98/ 17702 | 26/08/1998 | 26/08/1997 |

| Applicant |
|---|
| COLOR KINETICS INCORPORATED |

This International Search Report has been prepared by this International Searching Authority and is transmitted to the applicant according to Article 18. A copy is being transmitted to the International Bureau.

This International Search Report consists of a total of _____3_____ sheets.

[X]  It is also accompanied by a copy of each prior art document cited in this report.

1. [ ] **Certain claims were found unsearchable** (see Box I).

2. [ ] **Unity of invention is lacking** (see Box II).

3. [ ] The international application contains disclosure of a **nucleotide and/or amino acid sequence listing** and the international search was carried out on the basis of the sequence listing

   [ ] filed with the international application.

   [ ] furnished by the applicant separately from the international application.

   [ ] but not accompanied by a statement to the effect that it did not include matter going beyond the disclosure in the international application as filed.

   [ ] Transcribed by this Authority

4. With regard to the **title,**  [X] the text is approved as submitted by the applicant

   [ ] the text has been established by this Authority to read as follows:

5. With regard to the **abstract,**

   [X] the text is approved as submitted by the applicant

   [ ] the text has been established, according to Rule 38.2(b), by this Authority as it appears in Box III. The applicant may, within one month from the date of mailing of this International Search Report, submit comments to this Authority.

6. The figure of the **drawings** to be published with the abstract is:

   Figure No. ___2___  [ ] as suggested by the applicant.        [ ] None of the figures.

   [X] because the applicant failed to suggest a figure.

   [ ] because this figure better characterizes the invention.

Form PCT/ISA/210 (first sheet) (July 1992)

## INTERNATIONAL SEARCH REPORT

International Application No

PCT/US 98/17702

**A. CLASSIFICATION OF SUBJECT MATTER**

IPC 6   G09G3/32   H05B37/02

According to International Patent Classification (IPC) or to both national classification and IPC

**B. FIELDS SEARCHED**

Minimum documentation searched (classification system followed by classification symbols)

IPC 6   G09G   H05B

Documentation searched other than minimum documentation to the extent that such documents are included in the fields searched

Electronic data base consulted during the international search (name of data base and, where practical, search terms used)

**C. DOCUMENTS CONSIDERED TO BE RELEVANT**

| Category ° | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
|---|---|---|
| X | US 4 887 074 A (SIMON MICHAEL  ET AL)<br>12 December 1989 | 23 |
| A | see abstract; figures 1-5 | 1-3,7,<br>12-17 |
| | see column 2, line 29 - column 3, line 65<br>see column 5, line 27 - column 7, line 25<br>--- | |
| A | US 5 410 328 A (YOKSZA DAVID R  ET AL)<br>25 April 1995<br>see abstract; figures 1-9<br>see column 3, line 47 - column 4, line 66<br>--- | 5,11-13,<br>15-17 |
| A | EP 0 752 632 A (VARI LITE INC)<br>8 January 1997<br>see abstract; figures 1,2<br>see column 6, line 55 - column 8, line 30<br>--- | 1,15,20,<br>21,38,41 |
| | -/-- | |

[X] Further documents are listed in the continuation of box C.    [X] Patent family members are listed in annex.

° Special categories of cited documents :

"A" document defining the general state of the art which is not considered to be of particular relevance

"E" earlier document but published on or after the international filing date

"L" document which may throw doubts on priority claim(s) or which is cited to establish the publication date of another citation or other special reason (as specified)

"O" document referring to an oral disclosure, use, exhibition or other means

"P" document published prior to the international filing date but later than the priority date claimed

"T" later document published after the international filing date or priority date and not in conflict with the application but cited to understand the principle or theory underlying the invention

"X" document of particular relevance; the claimed invention cannot be considered novel or cannot be considered to involve an inventive step when the document is taken alone

"Y" document of particular relevance; the claimed invention cannot be considered to involve an inventive step when the document is combined with one or more other such documents, such combination being obvious to a person skilled in the art.

"&" document member of the same patent family

| Date of the actual completion of the international search | Date of mailing of the international search report |
|---|---|
| 23 December 1998 | 04/01/1999 |

| Name and mailing address of the ISA | Authorized officer |
|---|---|
| European Patent Office, P.B. 5818 Patentlaan 2<br>NL - 2280 HV Rijswijk<br>Tel. (+31-70) 340-2040, Tx. 31 651 epo nl,<br>Fax: (+31-70) 340-3016 | Van Roost, L |

Form PCT/ISA/210 (second sheet) (July 1992)

page 1 of 2

INT' 'NATIONAL SEARCH REPORT

:ernational Application No

PCT/US 98/17702

| C.(Continuation) DOCUMENTS CONSIDERED TO BE RELEVANT | | |
|---|---|---|
| Category ° | Citation of document, with indication,where appropriate, of the relevant passages | Relevant to claim No. |
| A | FR 2 640 791 A (CHENG ERIC) 22 June 1990<br><br>see abstract; figures 1-9<br>see page 2, line 20 - page 2, line 25<br>see page 9, line 11 - page 12, line 11<br>--- | 1-3,5,<br>15,39-41 |
| A | PATENT ABSTRACTS OF JAPAN<br>vol. 018, no. 273 (P-1742), 24 May 1994<br>& JP 06 043830 A  (NEC CORP),<br>18 February 1994<br>see abstract<br>--- | 1,2,4,15 |
| A | US 5 420 482 A (PHARES LOUIS A)<br>30 May 1995<br>cited in the application<br>see abstract; figures 1-10<br>----- | 1-43 |

Form PCT/ISA/210 (continuation of second sheet) (July 1992)

INTERNATIONAL SEARCH REPORT

Information on patent family members

International Application No

PCT/US 98/17702

| Patent document cited in search report | | Publication date | Patent family member(s) | | Publication date |
|---|---|---|---|---|---|
| US 4887074 | A | 12-12-1989 | NONE | | |
| US 5410328 | A | 25-04-1995 | NONE | | |
| EP 0752632 | A | 08-01-1997 | US | 5769527 A | 23-06-1998 |
| | | | AU | 699094 B | 19-11-1998 |
| | | | AU | 6267996 A | 30-12-1996 |
| | | | CA | 2178432 A | 08-12-1996 |
| | | | JP | 9320766 A | 12-12-1997 |
| | | | WO | 9641098 A | 19-12-1996 |
| FR 2640791 | A | 22-06-1990 | NONE | | |
| US 5420482 | A | 30-05-1995 | AU | 6034394 A | 29-08-1994 |
| | | | CA | 2155858 A | 18-08-1994 |
| | | | WO | 9418809 A | 18-08-1994 |

Form PCT/ISA/210 (patent family annex) (July 1992)

PTO/SB29 (8/98)
Approved for use through 9/30/2000.  OMB 0651-0032
Patent and Trademark Office:  U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# CONTINUED PROSECUTION APPLICATION (CPA)
## REQUEST TRANSMITTAL
Submit an original, and a duplicate for fee processing.
*(Only for Continuation or Divisional applications under 37 CFR 1.53(d))*

CHECK BOX, *if applicable:*

[X] DUPLICATE

| | |
|---|---|
| *Address to:*  **Assistant Commissioner for Patents**  **Box CPA**  **Washington, DC  20231** | *Attorney Docket No.* *of Prior Application*  CKC-004.01 |
| | *First Named Inventor*  Mueller et al. |
| | *Examiner Name*  Lee, Wilson |
| | *Group / Art Unit*  2821 |
| | *Express Mail Label No.*  EL046634849US |

This is a request for a  [X] continuation or  [ ] divisional application under 37 CFR 1.53(d),

continued prosecution application (CPA)) of a prior application number _____08/920,156_____

filed on ____August 26, 1997____, entitled *Multicolored LED Lighting Method and Apparatus*

---

## NOTES

*FILING QUALIFICATIONS: The prior application identified above must be a nonprovisional application that is either: (1) complete as defined by 37 C.F.R. § 1.51(b), or (2) the national stage of an international application in compliance with 35 U.S.C. § 371. A Notice will be placed on a patent issuing from a CPA, except for reissues and designs, to the effect that the patent issued on a CPA and is subject to the twenty-year patent term provisions of 35 U.S.C. § 154(a)(2). Therefore, the prior application of a CPA may have been filed before, on or after June 8, 1995.*

*C-I-P NOT PERMITTED: A continuation-in-part application cannot be filed as a CPA under 37 C.F.R. § 1.53(d), but must be filed under 37 C.F.R. & 1.53(b).*

*EXPRESS ABANDONMENT OF PRIOR APPLICATION: The filing of this CPA is a request to expressly abandon the prior application as of the filing date of the request for a CPA. 37 C.F.R. § 1.53(b) must be used to file a continuation, divisional, or continuation-in-part of an application that is not to be abandoned.*

*ACCESS TO PRIOR APPLICATION: The filing of this CPA will be construed to include a waiver of confidentiality by the applicant under 35 U.S.C. 122 to the extent that any member of the public who is entitled under the provisions of 37 C.F.R. § 1.14 to access to, copies of, or information concerning, the prior application may be given similar access to, copies of, or similar information concerning, the other application or applications in the file jacket.*

*35 U.S.C. 120 STATEMENT: In a CPA, no reference to the prior application is needed in the first sentence of the specification and none should be submitted. If a sentence referencing the prior application is submitted, it will not be entered. A request for a CPA is the specific reference required by 35 U.S.C. 120 and to every application assigned the application number identified in such request, 37 C.F.R. § 1.78(a).*

1. [ ]  *Enter the unentered amendment previously filed on* _____
        *under 37 CFR 1.116 in the prior nonprovisional application.*

2. [ ]  *A preliminary amendment is enclosed.*

3.      *This application is filed by fewer than all the inventors named in the prior application , 37 CFR 1.53 (d)(4).*
   a [ ]  *DELETE the following inventor(s) named in the prior nonprovisional application:*
        ...........................................................................................................

   b [ ]  *The inventor(s) to be deleted are set forth on a separate sheet attached hereto.*

4. [ ]  *A new power of attorney or authorization of agent (PTO/SB/81) is enclosed.*

5.      *Information Disclosure Statement (IDS) is enclosed:*
   a [X]  *PTO-1449*
   b [X]  *Copies of IDS Citations*

---

*(Page 1 of 2)*

*Burden Hour Statement: This form is estimated to take 0.4 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Box CPA, Washington, DC 20231.*

PTO/SB29 (8/98)
Approved for use through 9/30/2000.  OMB 0651-0032
Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| CLAIMS | (1) FOR | (2) NUMBER FILED | (3) NUMBER EXTRA | (4) RATE | (5) CALCULATIONS |
|---|---|---|---|---|---|
| | TOTAL CLAIMS | | 0 | x $9.00 = | $ |
| | INDEPENDENT CLAIMS | | 0 | x $78 = | |
| | MULTIPLE DEPENDENT CLAIMS (if applicable) (37 CFR 1.16(d)) | | | + $260.00 = | |
| | | | | BASIC FEE | $760.00 |
| | | | Total of above Calculations = | | $760.00 |
| | Reduction by 50% for filing by small entity (Note 37 CFR 1.9, 1.27, 1.28) | | | | $380.00 |
| | *Reissue claims in excess of 20 and over original patent. ** Reissue independent claims over original patent. | | | TOTAL = | $380.00 |

6.  Small entity status:
    a.  [ ]  A small entity statement is enclosed, if (b) and (c) do not apply.
    b.  [X]  A small entity statement was filed in the prior nonprovisional application and such status is still proper and desired.
    c.  [ ]  Is no longer claimed.

7.  The Commissioner is hereby authorized to credit overpayments or charge the following fees to Deposit Account No.  06  - 1448  :
    a.  [X]  Fees required under 37 CFR § 1.16.
    b.  [X]  Fees required under 37 CFR § 1.17.
    c.  [X]  Fees required under 37 CFR § 1.18.

8.  [ ]  A check in the amount of  $380 is enclosed to cover filing  is enclosed. fees under 37 CFR 1.16.

9.  [ ]  New Attorney Docket Number, if desired
    (Prior application Attorney Docket Number will carryover to this CPA unless a new Attorney Docket number has been provided herein.)

10.  [ ] a.  Receipt For Facsimile Transmitted CPA (PTO/SB/29A)
     [ ] b.  Return Receipt Postcard (Should be specifically itemized, See MPEP 503)

11.  [ ]  Other: ..........................................................................................

NOTE:  The prior application's correspondence address will carry over to this CPA UNLESS a new correspondence address is provided below.

**10. NEW CORRESPONDENCE ADDRESS**

[ ]  Customer Number or Bar Code Label

(Insert Customer No. or Attach bar code label here)

or  [ ]  New correspondence address below

| NAME | |
|---|---|
| ADDRESS | |

| CITY | | STATE | | ZIP CODE | |
|---|---|---|---|---|---|
| COUNTRY | | TELEPHONE | | FAX | |

**11. SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT REQUIRED**

| Name (Print/Type) | David P. Halstead |
|---|---|
| Signature | |
| Registration No. (Attorney/Agent) | Reg. No. P-44,735 |
| Date | July 27, 1999 |

351568.1

(Page 2 of 2)



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address:    COMMISSIONER OF PATENTS AND TRADEMARKS
              Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 08/920,156 | 08/26/97 | MUELLER          G | 2546 |

| | EXAMINER |
|---|---|
| MM41/0818 | LEE.W |

```
┌                              ┐
  PATENT GROUP
  FOLEY,HOAG & ELIOT LLP
  ONE POST OFFICE SQUARE
  BOSTON MA 02109
└                              ┘
```

| ART UNIT | PAPER NUMBER |
|---|---|
| 2821 | #23 |

DATE MAILED:    08/18/99

**Please find below and/or attached an Office communication concerning this application or proceeding.**

Commissioner of Patents and Trademarks

| *Notice of Allowability* | Application No. 08/920,156 | Applicant(s) Goerge G. Mueller |
|---|---|---|
| | Examiner Wilson Lee | Group Art Unit 2821 |

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance and Issue Fee Due or other appropriate communication will be mailed in due course.

[X] This communication is responsive to *7-27-99*                                                                                      .

[X] The allowed claim(s) is/are *2-21, 28-31, and 35*                                                                                   .

[ ] The drawings filed on _____ are acceptable.

[ ] Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

    [ ] All [ ] Some* [ ] None   of the CERTIFIED copies of the priority documents have been

        [ ] received.

        [ ] received in Application No. (Series Code/Serial Number) _____ .

        [ ] received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

    *Certified copies not received: _____ .

[ ] Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE THREE MONTHS FROM THE "DATE MAILED" of this Office action. Failure to timely comply will result in ABANDONMENT of this application. Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

[X] Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION, PTO-152, which discloses that the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.

[X] Applicant MUST submit NEW FORMAL DRAWINGS

    [ ] because the originally filed drawings were declared by applicant to be informal.

    [X] including changes required by the Notice of Draftsperson's Patent Drawing Review, PTO-948, attached hereto or to Paper No. _20_ .

    [X] including changes required by the proposed drawing correction filed on ___*Jun 24, 1999*___ , which has been approved by the examiner.

    [ ] including changes required by the attached Examiner's Amendment/Comment.

    Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the reverse side of the drawings. The drawings should be filed as a separate paper with a transmittal lettter addressed to the Official Draftsperson.

[ ] Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

Any response to this letter should include, in the upper right hand corner, the APPLICATION NUMBER (SERIES CODE/SERIAL NUMBER). If applicant has received a Notice of Allowance and Issue Fee Due, the ISSUE BATCH NUMBER and DATE of the NOTICE OF ALLOWANCE should also be included.

Attachment(s)

[ ] Notice of References Cited, PTO-892

[X] Information Disclosure Statement(s), PTO-1449, Paper No(s). ___*21*___

[ ] Notice of Draftsperson's Patent Drawing Review, PTO-948

[ ] Notice of Informal Patent Application, PTO-152

[ ] Interview Summary, PTO-413

[ ] Examiner's Amendment/Comment

[ ] Examiner's Comment Regarding Requirement for Deposit of Biological Material

[X] Examiner's Statement of Reasons for Allowance

Don Wong
Supervisory Patent Examiner
Technology Center 2800

U. S. Patent and Trademark Office
PTO-37 (Rev. 9-95)                    Notice of Allowability                    Part of Paper No. __23__

Application/Control Number: 08/920,156                                    Page 2

Art Unit: 2821

## DETAILED ACTION

### Continued Prosecution Application

1.      The request filed on July 27, 1999 for a Continued Prosecution Application (CPA) under

37 CFR 1.53(d) based on parent Application No. 08/920,156 is acceptable and a CPA has been

established. An action on the CPA follows.

### Information Disclosure Statement

2.      The references cited by applicant as follows:

Simon et al.(US 4,887,074), Yoksaz et al.(US 5,410,328), Hisaharu(JP 06043830),

Taylor(EP 0 752 632 A2), Taylor(EP 0 752 632 A3), Cheng(FR 2 640 791) and Brown(GB 2 176

042)

on the *Information Disclosure Statement* filed on July 27, 1999 have been considered. A

copy of citation of the *Information Disclosure Statement* with Examiner's initials hereby attached

### Allowable Subject Matter

3.      Claims 2-21, 28-31 and 35 are allowed(twice).

4.      Reasons for allowance have been made in record(See Office Action dated July 1, 1999).

### Correspondence

5.      Any inquiry concerning this communication or earlier communications from the examiner

should be directed to Examiner Wilson Lee whose telephone number is *(703) 306-3426.*

6.      Any inquiry of a general nature or relating to the status of this application should be

directed to the Technology Center receptionist whose telephone number is *(703) 308-0956.*

Application/Control Number: 08/920,156                                    Page 3

Art Unit: 2821

7.    Papers related to Technology Center 2800 applications **only** may be submitted to

Technology Center 2800 by facsimile transmission.  Any transmission not to be considered an

official response must be clearly marked "DRAFT".  The faxing of such papers must conform

with the notice published in the Official Gazette, 1096 OG 30 (November 15, 1989).  The

Technology Center Fax Center number is *(703) 308-7722 or (703) 308-7724.*

WL
August 10, 1999

Don Wong
Supervisory Patent Examiner
Technology Center 2800

Sheet 1 of 1

| Form PTO-1449 | | Docket Number (Optional) CKC-004.01 | | | | Application Number 08/920,156 | |
|---|---|---|---|---|---|---|---|
| **SUPPLEMENTAL INFORMATION DISCLOSURE CITATION IN AN APPLICATION** | | Applicant MUELLER et al. | | | | | |
| *(Use several sheets if necessary)* | | Filing Date August 26, 1997 | | | | Group Art Unit 2821 | |

### U.S. PATENT DOCUMENTS

| EXAMINER INITIAL | | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| *WL* | BA | 4,887,074 | 12/12/89 | Simon et al. | 340 | 782 | 01/20/88 |
| *WL* | BB | 5,410,328 | 04/25/95 | Yoksza et al. | 345 | 82 | 03/28/94 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

### FOREIGN PATENT DOCUMENTS

| | | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | Translation YES | NO |
|---|---|---|---|---|---|---|---|---|
| *WL* | BC | 06043830 | 18-02-94 | JP | | | YES | |
| *WL* | BD | 0 752 632 A2 | 08-01-97 | EP | | | YES | |
| *WL* | BE | 0 752 632 A3 | 20-08-97 | EP | | | YES | |
| *WL* | BF | 2 640 791 | 21-12-88 | FR | | | NO | |
| *WL* | BG | 2 176 042 | 10-12-86 | GB | | | NO | |

### OTHER DOCUMENTS    *(Including Author, Title, Date, Pertinent Pages, Etc.)*

| | | |
|---|---|---|
| | | |
| | | |
| | | |

| EXAMINER *Wilson Lee* | DATE CONSIDERED *August 10, 1999* |
|---|---|

EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP § 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to the applicant.

Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

335848.2

OCT 22 '99 16:30 FR FOLEY HOAG&ELIOT LLP 617 832 7000 TO 917033087722     P.03

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| In re Application of: | MUELLER, et al | : | OCT 22 1999 |
| Appln. No. | 08/920,156 | : Art Unit: | 2821 |
| Filed: | August 26, 1997 | : Examiner: | Lee, Wilson |
| For: | MULTICOLORED LED LIGHTING METHOD AND APPARATUS | : Attorney Docket: | CKC-004.01 |

### Certificate of Facsimile Transmission

I hereby certify that this AMENDMENT is being transmitted through facsimile No. 703-308-7722, to Wilson Lee, Assistant Commissioner for Patents, Washington, D.C. 20231 on this date of October 21, 1999.

~~Sharon Shaw~~ Kelly Brewer Balch

Date of Transmission: October 21, 1999

### AMENDMENT

**CONFIRMATION COPY**

Assistant Commissioner Patents
Washington, D.C.  20231

Sir:

    After the claims, please insert the following abstract:

### Abstract

--     The systems and methods described herein relate to LED systems capable of generating light, such as for illumination or display purposes. The light-emitting LEDs may be controlled by a processor to alter the brightness and/or color of the generated light, e.g., by using pulse-width modulated signals. Thus, the resulting illumination may be controlled by a computer program to provide complex, predesigned patterns of light in virtually any environment. --

    This submission is believed to place the abovementioned application in condition for issuance. Should there be any questions after reviewing this paper, the Examiner is invited to contact the undersigned at 617-832-1754.

                              Respectfully submitted,

Date: October 21, 1999

                        David P. Halstead
                        Reg. No. 44,735
                        Tel: (617) 832-1754

Patent Attorney
Foley, Hoag & Eliot LLP
One Post Office Square
Boston, MA  02109-2170

368874.1

** TOTAL PAGE.03 **

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of:                          :
    Mueller et al.                         :
                                           :
Appln. No.: 08/920,156                         :        Art Unit:        2821
                                           :
Filed:  August 26, 1997                        :        Examiner:    Lee, W.
                                           :
For:    Multicolored Led Lighting Method and : Docket No.:  CKC-004.01
    Apparatus

### Certificate of Mailing

    I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail, in an envelope addressed to the Assistant Commissioner for Patents, Washington, D.C. 20231 on August 30, 1999.

          *Carmen Parra*
          Carmen Parra

### SUBMISSION OF FORMAL DRAWINGS

Assistant Commissioner for Patents
Washington, D.C.  20231

**Attn: Official Draftsperson**

Sir:

    Attached is a formal drawing for the above-referenced application.

    Although we believe that we have appropriately provided for any fees due in connection with this submission, the Commissioner is authorized to credit any overpayment or charge any deficiencies to/from our **Deposit Account No. 06-1448**.  Two originally-executed copies of this form are being submitted.

    Should there be any questions after reviewing this paper, the Examiner is invited to contact the undersigned at (617) 832-1187.

               Respectfully submitted,

               FOLEY, HOAG & ELIOT LLP

__August 30, 1999__
   Date                                      *Charles H. Cella*
               Charles H. Cella
               Registration No. 38,099

Patent Group
Foley, Hoag & Eliot LLP
One Post Office Square
Boston, MA  02109-2170

362365.1

**6016038**

1/6



Fig. 1



168



Fig. 2



3/6



Fig 3

4/6



Fig. 4



Fig. 5

5/6



Fig. 6



Fig. 7

6/6



**Fig. 8**



**Fig. 9**

**PART B—ISSUE FEE TRANSMITTAL**

Complete and mail this form, together with app, fees, to:  **Box ISSUE FEE**
**Assistant Commissioner for Patents**
**Washington, D.C. 20231**

| | |
|---|---|
| *MAILING INSTRUCTIONS:* This form should be used for transmitting the ISSUE FEE. Blocks 1 through 4 should be completed where appropriate. All further correspondence including the Issue Fee Receipt, the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications. | Note: The certificate of mailing below can only be used for domestic mailings of the Issue Fee Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment, formal drawing, must have its own certificate of mailing. |

CURRENT CORRESPONDENCE ADDRESS (Note: Legibly mark-up with any corrections or use Block 1)

PATENT GROUP
FOLEY.HOAG & ELIOT LLP
ONE POST OFFICE SQUARE
BOSTON MA 02109

MM41/0818

**Certificate of Mailing**

I hereby certify that this Issue Fee Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Box Issue Fee address above on the date indicated below.

Carmen Parra _____ (Depositor's name)

Carmen Parra _____ (Signature)

(Date) 8-24-99

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | DATE MAILED |
|---|---|---|---|---|
| 08/920,156 | 08/26/97 | 025 | LEE, W                    2821 | 08/18/99 |

First Named Applicant   MUELLER.     35 USC 154(b) term ext. =     0 Days.

TITLE OF INVENTION   MULTICOLORED LED LIGHTING METHOD AND APPARATUS

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 2  2546 | 315-076.000 | A35 | UTILITY | YES | $605.00 | 11/18/99 |

**1.** Change of correspondence address or indication of "Fee Address" (37 CFR 1.363). Use of PTO form(s) and Customer Number are recommended, but not required.

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47) attached.

**2.** For printing on the patent front page, list (1) the names of up to 3 registered patent attorneys or agents OR, alternatively, (2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1  Foley, Hoag & Eliot, LLP

2 _____

3 _____

**3.** ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)
**PLEASE NOTE:** Unless an assignee is identified below, no assignee data will appear on the patent. Inclusion of assignee data is only appropriate when an assignment has been previously submitted to the PTO or is being submitted under separate cover. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE  Color Kinetics, Inc.

(B) RESIDENCE: (CITY & STATE OR COUNTRY)  Boston, MA

Please check the appropriate assignee category indicated below (will not be printed on the patent)

☐ individual    ☒ corporation or other private group entity    ☐ government

**4a.** The following fees are enclosed (make check payable to Commissioner of Patents and Trademarks):

☒ Issue Fee

☒ Advance Order - # of Copies  10

**4b.** The following fees or deficiency in these fees should be charged to:

DEPOSIT ACCOUNT NUMBER  00-1448
(ENCLOSE AN EXTRA COPY OF THIS FORM)

☐ Issue Fee

☐ Advance Order - # of Copies _____

The COMMISSIONER OF PATENTS AND TRADEMARKS IS requested to apply the Issue Fee to the application identified above.

(Authorized Signature)  Charles H. Cella     (Date) 8/24/99

NOTE: The Issue Fee will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the Patent and Trademark Office.

08/26/1999 AIBRAHI1 00000087 08920156
01 FC:142                                605.00 OP
02 FC:561                                 30.00 OP

**Burden Hour Statement:** This form is estimated to take 0.2 hours to complete. Time will vary depending on the needs of the individual case. Any comments on the amount of time required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, D.C. 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND FEES AND THIS FORM TO: Box Issue Fee, Assistant Commissioner for Patents, Washington D.C. 20231

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

AUG 27 1999

**TRANSMIT THIS FORM WITH FEE**

PTOL-85B (REV 10-96) Approved for use through 06/30/99. OMB 0651-0033          Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE



**UNITED STATE, EPARTMENT OF COMMERCE**
Patent and Trademark Office

ASSISTANT SECRETARY AND COMMISSIONER
OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

## CHANGE OF ADDRESS/POWER OF ATTORNEY

FILE LOCATION    2816    SERIAL NUMBER 08920156    PATENT NUMBER 6016038

THE CORRESPONDENCE ADDRESS HAS BEEN CHANGED TO CUSTOMER #  25181

THE PRACTITIONERS OF RECORD HAVE BEEN CHANGED TO CUSTOMER #  25181

ON 11/14/00 THE ADDRESS OF RECORD FOR CUSTOMER NUMBER  25181 IS:

                    FOLEY, HOAG & ELIOT, LLP
                    PATENT GROUP
                    ONE POST OFFICE SQUARE
                    BOSTON MA 02109

    AND THE PRACTITIONERS OF RECORD FOR CUSTOMER NUMBER  25181 ARE:

| 20407 | 28129 | 35430 | 36709 | 38936 | 39261 | 39329 | 40256 | 42049 | 42461 |
| 42581 | 42852 | 43221 | 43946 | 44133 | 44719 | 44735 | 46663 | 46967 | |

RECEIVED
NOV 22 2000
TECHNOLOGY CENTER 2800

    PTO INSTRUCTIONS: PLEASE TAKE THE FOLLOWING ACTION WHEN THE
    CORRESPONDENCE ADDRESS HAS BEEN CHANGED TO CUSTOMER NUMBER:
    RECORD, ON THE NEXT AVAILABLE CONTENTS LINE OF THE FILE JACKET,
    'ADDRESS CHANGE TO CUSTOMER NUMBER'.  LINE THROUGH THE OLD
    ADDRESS ON THE FILE JACKET LABEL AND ENTER ONLY THE 'CUSTOMER
    NUMBER' AS THE NEW ADDRESS.  FILE THIS LETTER IN THE FILE JACKET.
    WHEN ABOVE CHANGES ARE ONLY TO FEE ADDRESS AND/OR PRACTITIONERS
    OF RECORD, FILE LETTER IN THE FILE JACKET.
    THIS FILE IS ASSIGNED TO GAU 2821.

PTO-FMD
TALBOT- 1/97

PATENT APPLICATION SERIAL NO. ____*08/980156*____

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

PTO-1556
(5/87)

*Please Complete !*

**CPA**

**PATENT APPLICATION FEE DETERMINATION RECORD**
Effective _____, 1998

Application or Docket Number
08/920156

FILE DATE   7-27-99

| CLAIMS AS FILED - PART I | | | SMALL ENTITY TYPE ☐ | OR | OTHER THAN SMALL | |
|---|---|---|---|---|---|---|
| | (Column 1) | (Column 2) | RATE | FEE | OR | RATE | FEE |
| FOR | NUMBER FILED | NUMBER EXTRA | RATE | FEE | | RATE | FEE |
| BASIC FEE | | | | 380.00 | OR | | 760.0 |
| ⊤ | 25 | — | x$9 = | — | OR | x 18 = | |
| INDEPENDENT CLAIMS | 7 | minus 3 = — | x38 = | — | OR | x 78 = | |
| MULTIPLE DEPENDENT CLAIM PRESENT | | | +130 = | — | OR | +260 = | |
| * If the difference in column 1 is less than zero, enter "0" in column 2 | | | TOTAL | 380.00 | OR | TOTAL | |

| | | (Column 1) | | (Column 2) | (Column 3) | SMALL ENTITY | | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|---|---|---|---|---|---|
| AMENDMENT | | | CLAIMS REMAINING AFTER AMENDMENT | | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE | ADDI-TIONAL FEE | OR | RATE | ADDI-TIONAL FEE |
| | Total | * | | Minus | ** | = | x 9 = | | OR | x 18 = | |
| | Independent | * | | Minus | *** | = | x 39 = | | OR | x 78 = | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | | +130 = | | OR | +260 = | |
| | | | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

| | | (Column 1) | | (Column 2) | (Column 3) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| AMENDMENT | | | CLAIMS REMAINING AFTER AMENDMENT | | NUMBER PREVIOUSLY | PRESENT EXTRA | | ADDI-TIONAL FEE | | RATE | ADDI-TIONAL FEE |
| | Total | * | | Minus | ** | = | | | OR | x 18 = | |
| | Independent | * | | Minus | *** | = | x 39 = | | OR | x 78 = | |
| | | | | | | | +130 = | | OR | +260 = | |
| | | | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

| | | (Column 1) | | (Column 2) | (Column 3) | RATE | ADDI-TIONAL FEE | | RATE | ADDI-TIONAL FEE |
|---|---|---|---|---|---|---|---|---|---|---|
| AMENDMENT | | | CLAIMS REMAINING AFTER AMENDMENT | | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | | | | | |
| | Total | * | | Minus | ** | = | x$9 = | | OR | x$18 = | |
| | Independent | * | | Minus | *** | = | x 39 = | | OR | x 78 = | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | | +130 = | | OR | +260 = | |
| | | | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20."
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3."
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

FORM PTO-875 (Rev. 8/97)          *U.S. Government Printing Office: 1997 - 430-671/80194          Patent and Trademark Office, U.S. DEPARTMENT OF COR

# PATENT APPLICATION FEE DETERMINATION RECORD
### Effective October 1, 1997

**Application or Docket Number**

1,5,15,22,23
32,34

| CLAIMS AS FILED - PART I | | | SMALL ENTITY TYPE ☐ | | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|---|---|---|
| | (Column 1) | (Column 2) | | | | | |
| FOR | NUMBER FILED | NUMBER EXTRA | RATE | FEE | | RATE | FEE |
| BASIC FEE | | | | 395.00 | OR | | 790.00 |
| TOTAL CLAIMS | 35 | minus 20 = * 15 | x$11= | 165 | OR | x$22= | 330 |
| INDEPENDENT CLAIMS | 7 | minus 3 = * 4 | x41= | 164 | OR | x82= | 328 |
| MULTIPLE DEPENDENT CLAIM PRESENT | | | +135= | | OR | +270= | |
| * If the difference in column 1 is less than zero, enter "0" in column 2 | | | TOTAL | 724 | OR | TOTAL | 1448 |

| CLAIMS AS AMENDED - PART II | | | | SMALL ENTITY | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|---|---|---|
| | (Column 1) | (Column 2) | (Column 3) | | | | |
| **AMENDMENT A** | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE | ADDI-TIONAL FEE | RATE | ADDI-TIONAL FEE |
| Total | * 43 | Minus ** 35 | = 8 | x$11= 88 | | OR x$22= | 176 |
| Independent | * 9 | Minus *** 7 | = 2 | x41= 82 | | OR x82= | 164 |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | +135= | | OR +270= | |
| | | | | TOTAL ADDIT. FEE | | OR TOTAL ADDIT. FEE | |

| | (Column 1) | (Column 2) | (Column 3) | | | | |
|---|---|---|---|---|---|---|---|
| **AMENDMENT B** | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE | ADDI-TIONAL FEE | RATE | ADDI-TIONAL FEE |
| Total | * 37 | Minus ** 43 | = | x$11= | | OR x$22= | |
| Independent | * 8 | Minus *** 9 | = | x41= | | OR x82= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | +135= | | OR +270= | |
| | | | | TOTAL ADDIT. FEE | | OR TOTAL ADDIT. FEE | |

| | (Column 1) | (Column 2) | (Column 3) | | | | |
|---|---|---|---|---|---|---|---|
| **AMENDMENT C** | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE | ADDI-TIONAL FEE | RATE | ADDI-TIONAL FEE |
| Total | * | Minus ** | = | x$11= | | OR x$22= | |
| Independent | * | Minus *** | = | x41= | | OR x82= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | +135= | | OR +270= | |
| | | | | TOTAL ADDIT. FEE | | OR TOTAL ADDIT. FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20."
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3."
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

FORM PTO-875 (Rev. 8/97)          *U.S. Government Printing Office: 1997 - 430-571/69194          Patent and Trademark Office, U.S. DEPARTMENT OF COMMERCE



**N** *National Semiconductor*

May 1997

# LM117/LM317A/LM317
# 3-Terminal Adjustable Regulator

## General Description

The LM117 series of adjustable 3-terminal positive voltage regulators is capable of supplying in excess of 1.5A over a 1.2V to 37V output range. They are exceptionally easy to use and require only two external resistors to set the output voltage. Further, both line and load regulation are better than standard fixed regulators. Also, the LM117 is packaged in standard fixed regulators. Also, the LM117 is packaged in standard transistor packages which are easily mounted and handled.

In addition to higher performance than fixed regulators, the LM117 series offers full overload protection available only in IC's. Included on the chip are current limit, thermal overload protection and safe area protection. All overload protection circuitry remains fully functional even if the adjustment terminal is disconnected.

Normally, no capacitors are needed unless the device is situated more than 6 inches from the input filter capacitors in which case an input bypass is needed. An optional output capacitor can be added to improve transient response. The adjustment terminal can be bypassed to achieve very high ripple rejection ratios which are difficult to achieve with standard 3-terminal regulators.

Besides replacing fixed regulators, the LM117 is useful in a wide variety of other applications. Since the regulator is "floating" and sees only the input-to-output differential volt-

age, supplies of several hundred volts can be regulated as long as the maximum input to output differential is not exceeded, i.e., avoid short-circuiting the output.

Also, it makes an especially simple adjustable switching regulator, a programmable output regulator, or by connecting a fixed resistor between the adjustment pin and output, the LM117 can be used as a precision current regulator. Supplies with electronic shutdown can be achieved by clamping the adjustment terminal to ground which programs the output to 1.2V where most loads draw little current.

*For applications requiring greater output current, see LM150 series (3A) and LM138 series (5A) data sheets. For the negative complement, see LM137 series data sheet.*

## Features

- Guaranteed 1% output voltage tolerance (LM317A)
- Guaranteed max. 0.01%/V line regulation (LM317A)
- Guaranteed max. 0.3% load regulation (LM117)
- Guaranteed 1.5A output current
- Adjustable output down to 1.2V
- Current limit constant with temperature
- P⁺ Product Enhancement tested
- 80 dB ripple rejection
- Output is short-circuit protected

## Typical Applications



Full output current not available at high input-output voltages
*Needed if device is more than 6 inches from filter capacitors.
†Optional—improves transient response. Output capacitors in the range of 1 μF to 1000 μF of aluminum or tantalum electrolytic are commonly used to provide improved output impedance and rejection of transients.

$$†† V_{OUT} = 1.25V \left(1 + \frac{R2}{R1}\right) + (I_{ADJ})(R2)$$

## LM117 Series Packages and Power Capability

| Part Number Suffix | Package | Rated Power Dissipation | Design Load Current |
|---|---|---|---|
| K | TO-3 | 20W | 1.5A |
| H | TO-39 | 2W | 0.5A |
| T | TO-220 | 20W | 1.5A |
| E | LCC | 2W | 0.5A |
| S | TO-263 | 4W | 1.5A |

© 1997 National Semiconductor Corporation    DS009063

www.national.com