# Exhibit A

# Part 6

## Absolute Maximum Ratings (Note 1)

If Military/Aerospace specified devices are required, please contact the National Semiconductor Sales Office/ Distributors for availability and specifications.

| | |
|---|---|
| Power Dissipation | Internally Limited |
| Input-Output Voltage Differential | +40V, −0.3V |
| Storage Temperature | −65°C to +150°C |
| Lead Temperature | |
| Metal Package (Soldering, 10 seconds) | 300°C |
| Plastic Package (Soldering, 4 seconds) | 260°C |
| ESD Tolerance (Note 5) | 3 kV |

## Operating Temperature Range

| | |
|---|---|
| LM117 | −55°C ≤ $T_J$ ≤ +150°C |
| LM317A | −40°C ≤ $T_J$ ≤ +125° |
| LM317 | 0°C ≤ $T_J$ ≤ +125°C |

## Preconditioning

| | |
|---|---|
| Thermal Limit Burn-In | All Devices 100% |

## Electrical Characteristics (Note 3)

Specifications with standard type face are for $T_J$ = 25°C, and those with boldface type apply over full Operating Temperature Range. Unless otherwise specified, $V_{IN} − V_{OUT}$ = 5V, and $I_{OUT}$ = 10 mA.

| Parameter | Conditions | LM117 (Note 2) | | | Units |
|---|---|---|---|---|---|
| | | Min | Typ | Max | |
| Reference Voltage | | | | | V |
| | 3V ≤ $(V_{IN} − V_{OUT})$ ≤ 40V, 10 mA ≤ $I_{OUT}$ ≤ $I_{MAX}$, P ≤ $P_{MAX}$ | 1.20 | 1.25 | 1.30 | V |
| Line Regulation | 3V ≤ $(V_{IN} − V_{OUT})$ ≤ 40V (Note 4) | | 0.01 | 0.02 | %/V |
| | | | 0.02 | 0.05 | %/V |
| Load Regulation | 10 mA ≤ $I_{OUT}$ ≤ $I_{MAX}$ (Note 4) | | 0.1 | 0.3 | % |
| | | | 0.3 | 1 | % |
| Thermal Regulation | 20 ms Pulse | | 0.03 | 0.07 | %/W |
| Adjustment Pin Current | | | 50 | 100 | µA |
| Adjustment Pin Current Change | 10 mA ≤ $I_{OUT}$ ≤ $I_{MAX}$ 3V ≤ $(V_{IN} − V_{OUT})$ ≤ 40V | | 0.2 | 5 | µA |
| Temperature Stability | $T_{MIN}$ ≤ $T_J$ ≤ $T_{MAX}$ | | 1 | | % |
| Minimum Load Current | $(V_{IN} − V_{OUT})$ = 40V | | 3.5 | 5 | mA |
| Current Limit | $(V_{IN} − V_{OUT})$ ≤ 15V | | | | |
| | K Package | 1.5 | 2.2 | 3.4 | A |
| | H, K Packages | 0.5 | 0.8 | 1.8 | A |
| | $(V_{IN} − V_{OUT})$ = 40V | | | | |
| | K Package | 0.3 | 0.4 | | A |
| | H, K Packages | 0.15 | 0.2 | | A |
| RMS Output Noise, % of $V_{OUT}$ | 10 Hz ≤ f ≤ 10 kHz | | 0.003 | | % |
| Ripple Rejection Ratio | $V_{OUT}$ = 10V, f = 120 Hz, $C_{ADJ}$ = 0 µF | | 65 | | dB |
| | $V_{OUT}$ = 10V, f = 120 Hz, $C_{ADJ}$ = 10 µF | 66 | 80 | | dB |
| Long-Term Stability | $T_J$ = 125°C, 1000 hrs | | 0.3 | 1 | % |
| Thermal Resistance, Junction-to-Case | K Package | | 2.3 | 3 | °C/W |
| | H Package | | 12 | 15 | °C/W |
| | E Package | | | | °C/W |
| Thermal Resistance, Junction-to-Ambient (No Heat Sink) | K Package | | 35 | | °C/W |
| | H Package | | 140 | | °C/W |
| | E Package | | | | °C/W |

2

181

## Electrical Characteristics (Note 3)

Specifications with standard type face are for $T_J = 25°C$, and those with boldface type apply over full Operating Temperature Range. Unless otherwise specified, $V_{IN} - V_{OUT} = 5V$, and $I_{OUT} = 10$ mA.

| Parameter | Conditions | LM317A | | | LM317 | | | Units |
|---|---|---|---|---|---|---|---|---|
| | | Min | Typ | Max | Min | Typ | Max | |
| Reference Voltage | | 1.238 | 1.250 | 1.262 | | | | V |
| | $3V \leq (V_{IN} - V_{OUT}) \leq 40V$, $10$ mA $\leq I_{OUT} \leq I_{MAX}, P \leq P_{MAX}$ | 1.225 | 1.250 | 1.270 | 1.20 | 1.25 | 1.30 | V |
| Line Regulation | $3V \leq (V_{IN} - V_{OUT}) \leq 40V$ (Note 4) | | 0.005 | 0.01 | | 0.01 | 0.04 | %/V |
| | | | 0.01 | 0.02 | | 0.02 | 0.07 | %/V |
| Load Regulation | $10$ mA $\leq I_{OUT} \leq I_{MAX}$ (Note 4) | | 0.1 | 0.5 | | 0.1 | 0.5 | % |
| | | | 0.3 | 1 | | 0.3 | 1.5 | % |
| Thermal Regulation | 20 ms Pulse | | 0.04 | 0.07 | | 0.04 | 0.07 | %/W |
| Adjustment Pin Current | | | 50 | 100 | | 50 | 100 | µA |
| Adjustment Pin Current Change | $10$ mA $\leq I_{OUT} \leq I_{MAX}$ $3V \leq (V_{IN} - V_{OUT}) \leq 40V$ | | 0.2 | 5 | | 0.2 | 5 | µA |
| Temperature Stability | $T_{MIN} \leq T_J \leq T_{MAX}$ | | 1 | | | 1 | | % |
| Minimum Load Current | $(V_{IN} - V_{OUT}) = 40V$ | | 3.5 | 10 | | 3.5 | 10 | mA |
| Current Limit | $(V_{IN} - V_{OUT}) \leq 15V$ | | | | | | | |
| | K, T, S Packages | 1.5 | 2.2 | 3.4 | 1.5 | 2.2 | 3.4 | A |
| | H Package | 0.5 | 0.8 | 1.8 | 0.5 | 0.8 | 1.8 | A |
| | $(V_{IN} - V_{OUT}) = 40V$ | | | | | | | |
| | K, T, S Packages | 0.15 | 0.4 | | 0.15 | 0.4 | | A |
| | H Package | 0.075 | 0.2 | | 0.075 | 0.2 | | A |
| RMS Output Noise, % of $V_{OUT}$ | $10$ Hz $\leq f \leq 10$ kHz | | 0.003 | | | 0.003 | | % |
| Ripple Rejection Ratio | $V_{OUT} = 10V, f = 120$ Hz, $C_{ADJ} = 0$ µF | | 65 | | | 65 | | dB |
| | $V_{OUT} = 10V, f = 120$ Hz, $C_{ADJ} = 10$ µF | 66 | 80 | | 66 | 80 | | dB |
| Long-Term Stability | $T_J = 125°C$, 1000 hrs | | 0.3 | 1 | | 0.3 | 1 | % |
| Thermal Resistance, Junction-to-Case | K Package | | | | | 2.3 | 3 | °C/W |
| | H Package | | 12 | 15 | | 12 | 15 | °C/W |
| | T Package | | 4 | 5 | | 4 | | °C/ |
| Thermal Resistance, Junction-to-Ambient (No Heat Sink) | K Package | | 35 | | | 35 | | °C/W |
| | H Package | | 140 | | | 140 | | °C/W |
| | T Package | | 50 | | | 50 | | °C/W |
| | S Package (Note 6) | | 50 | | | 50 | | °C/W |

Note 1: Absolute Maximum Ratings indicate limits beyond which damage to the device may occur. Operating Ratings indicate conditions for which the device is intended to be functional, but do not guarantee specific performance limits. For guaranteed specifications and test conditions, see the Electrical Characteristics. The guaranteed specifications apply only for the test conditions listed.

Note 2: Refer to RETS317H drawing for the LM317H, or the RETS117K for the LM117K military specifications.

Note 3: Although power dissipation is internally limited, these specifications are applicable for maximum power dissipations of 2W for the TO-39 and 20W for the TO-3, TO-220, and TO-263. $I_{MAX}$ is 1.5A for the TO-3, TO-220, and TO-263 packages and 0.5A for the TO-39 package. All limits (i.e., the numbers in the Min. and Max. columns) are guaranteed to National's AOQL (Average Outgoing Quality Level).

Note 4: Regulation is measured at a constant junction temperature, using pulse testing with a low duty cycle. Changes in output voltage due to heating effects are covered under the specification for thermal regulation.

Note 5: Human body model, 100 pF discharged through a 1.5 kΩ resistor.

Note 6: If the TO-263 package is used, the thermal resistance can be reduced by increasing the PC board copper area thermally connected to the package: Using 0.5 square inches of copper area, $θ_{JA}$ is 50°C/W; with 1 square inch of copper area, $θ_{JA}$ is 37°C/W; and with 1.6 or more square inches of copper area, $θ_{JA}$ is 32°C/W.

3

www.national.com

182

## Typical Performance Characteristics
Output Capacitor = 0 µF unless otherwise noted



## Typical Performance Characteristics (Continued)

Output Impedance          Line Transient Response          Load Transient Response





## Application Hints

In operation, the LM117 develops a nominal 1.25V reference voltage, $V_{REF}$, between the output and adjustment terminal. The reference voltage is impressed across program resistor R1 and, since the voltage is constant, a constant current $I_1$ then flows through the output set resistor R2, giving an output voltage of

$$V_{OUT} = V_{REF} \left(1 + \frac{R2}{R1}\right) + I_{ADJ}R2$$



**FIGURE 1.**

Since the 100 µA current from the adjustment terminal represents an error term, the LM117 was designed to minimize $I_{ADJ}$ and make it very constant with line and load changes. To do this, all quiescent operating current is returned to the output establishing a minimum load current requirement. If there is insufficient load on the output, the output will rise.

### External Capacitors

An input bypass capacitor is recommended. A 0.1 µF disc or 1 µF solid tantalum on the input is suitable input bypassing for almost all applications. The device is more sensitive to the absence of input bypassing when adjustment or output capacitors are used but the above values will eliminate the possibility of problems.

The adjustment terminal can be bypassed to ground on the LM117 to improve ripple rejection. This bypass capacitor prevents ripple from being amplified as the output voltage is increased. With a 10 µF bypass capacitor 80 dB ripple rejection is obtainable at any output level. Increases over 10 µF

do not appreciably improve the ripple rejection at frequencies above 120 Hz. If the bypass capacitor is used, it is sometimes necessary to include protection diodes to prevent the capacitor from discharging through internal low current paths and damaging the device.

In general, the best type of capacitors to use is solid tantalum. Solid tantalum capacitors have low impedance even at high frequencies. Depending upon capacitor construction, it takes about 25 µF in aluminum electrolytic to equal 1 µF solid tantalum at high frequencies. Ceramic capacitors are also good at high frequencies; but some types have a large decrease in capacitance at frequencies around 0.5 MHz. For this reason, 0.01 µF disc may seem to work better than a 0.1 µF disc as a bypass.

Although the LM117 is stable with no output capacitors, like any feedback circuit, certain values of external capacitance can cause excessive ringing. This occurs with values between 500 pF and 5000 pF. A 1 µF solid tantalum (or 25 µF aluminum electrolytic) on the output swamps this effect and insures stability. Any increase of the load capacitance larger than 10 µF will merely improve the loop stability and output impedance.

### Load Regulation

The LM117 is capable of providing extremely good load regulation but a few precautions are needed to obtain maximum performance. The current set resistor connected between the adjustment terminal and the output terminal (usually 240Ω) should be tied directly to the output (case) of the regulator rather than near the load. This eliminates line drops from appearing effectively in series with the reference and degrading regulation. For example, a 15V regulator with 0.05Ω resistance between the regulator and load will have a load regulation due to line resistance of 0.05Ω x $I_L$. If the set resistor is connected near the load the effective line resistance will be 0.05Ω (1 + R2/R1) or in this case, 11.5 times worse.

*Figure 2* shows the effect of resistance between the regulator and 240Ω set resistor.

## Application Hints (Continued)



FIGURE 2. Regulator with Line Resistance in Output Lead

With the TO-3 package, it is easy to minimize the resistance from the case to the set resistor, by using two separate leads to the case. However, with the TO-39 package, care should be taken to minimize the wire length of the output lead. The ground of R2 can be returned near the ground of the load to provide remote ground sensing and improve load regulation.

**Protection Diodes**

When external capacitors are used with *any* IC regulator it is sometimes necessary to add protection diodes to prevent the capacitors from discharging through low current points into the regulator. Most 10 μF capacitors have low enough internal series resistance to deliver 20A spikes when shorted. Although the surge is short, there is enough energy to damage parts of the IC.

When an output capacitor is connected to a regulator and the input is shorted, the output capacitor will discharge into *the output of the regulator*. The discharge current depends on the value of the capacitor, the output voltage of the regulator, and the rate of decrease of $V_{IN}$. In the LM117, this discharge path is through a large junction that is able to sustain 15A surge with no problem. This is not true of other types of positive regulators. For output capacitors of 25 μF or less, there is no need to use diodes.

The bypass capacitor on the adjustment terminal can discharge through a low current junction. Discharge occurs when *either* the input or output is shorted. Internal to the LM117 is a 50Ω resistor which limits the peak discharge current. No protection is needed for output voltages of 25V or less and 10 μF capacitance. *Figure 3* shows an LM117 with protection diodes included for use with outputs greater than 25V and high values of output capacitance.



$$V_{OUT} = 1.25V \left(1 + \frac{R2}{R1}\right) + I_{ADJ} R2$$

D1 protects against C1
D2 protects against C2

**FIGURE 3. Regulator with Protection Diodes**



## Schematic Diagram

## Typical Applications

**5V Logic Regulator with Electronic Shutdown***

*Min. output = 1.2V

**Slow Turn-On 15V Regulator**

**Adjustable Regulator with Improved Ripple Rejection**

†Solid tantalum
*Discharges C1 if output is shorted to ground

**High Stability 10V Regulator**

## Typical Applications (Continued)



**High Current Adjustable Regulator**

†Optional—improves ripple rejection
†Solid tantalum
*Minimum load current = 30 mA

**0 to 30V Regulator**

Full output current not available at high input-output voltages

**Power Follower**

## Typical Applications (Continued)



5A Constant Voltage/Constant Current Regulator

†Solid tantalum
*Lights in constant current mode

**1A Current Regulator**

**1.2V–20V Regulator with Minimum Program Current**

*Minimum load current ≈ 4 mA

**High Gain Amplifier**

## Typical Applications (Continued)



Low Cost 3A Switching Regulator

†Solid tantalum
*Core—Arnold A-254168-2 60 turns

4A Switching Regulator with Overload Protection

†Solid tantalum
*Core—Arnold A-254168-2 60 turns

Precision Current Limiter

$$I_{OUT} = \frac{V_{REF}}{R1}$$

*0.8Ω ≤ R1 ≤ 120Ω

189

## Typical Applications (Continued)



**Tracking Preregulator**

DS009063-22

**Current Limited Voltage Regulator**

$$V_{OUT} = 1.25V \left( 1 + \frac{R2}{R1} \right) + I_{ADJ} R_2$$

—Short circuit current is approximately $\frac{600 \text{ mV}}{R3}$, or 120 mA

(Compared to LM117's higher current limit)

—At 50 mA output only ¼ volt of drop occurs in R₃ and R₄

DS009063-23

**Adjusting Multiple On-Card Regulators with Single Control***

*All outputs within ±100 mV
†Minkmum load—10 mA

DS009063-24

www.national.com

## Typical Applications (Continued)

### AC Voltage Regulator



### 12V Battery Charger



*$R_S$—sets output impedance of charger: $Z_{OUT} = R_S \left(1 + \dfrac{R2}{R1}\right)$

Use of $R_S$ allows low charging rates with fully charged battery.

### 50 mA Constant Current Battery Charger



191

## Typical Applications (Continued)



**Adjustable 4A Regulator**

**Current Limited 6V Charger**

*Sets peak current (0.8A for 1Ω)
**The 1000 µF is recommended to filter out input transients

**Digitally Selected Outputs**

*Sets maximum $V_{OUT}$

www.national.com

192

## Connection Diagrams



**(TO-3)**
Metal Can Package

ADJUSTMENT                 $V_{IN}$

D8000063-30

CASE IS OUTPUT

**Bottom View**
**Steel Package**
**Order Number LM117K STEEL**
**or LM317K STEEL**
**See NS Package Number K02A**
**Order Number LM117K/883**
**See NS Package Number K02C**

**(TO-39)**
Metal Can Package

— INPUT
— ADJUSTMENT
— OUTPUT

D8000063-31

CASE IS OUTPUT
**Bottom View**
**Order Number LM117H, LM117H/883,**
**LM317AH or LM317H**
**See NS Package Number H03A**

**(TO-220)**
Plastic Package

— $V_{OUT}$

ADJ — — $V_{IN}$

$V_{OUT}$

D8000063-33

**Front View**
**Order Number LM317AT or**
**LM317T**
**See NS Package Number T03B**

**(TO-263) Surface-Mount Package**

TAB IS
OUTPUT
INPUT
OUTPUT
ADJ

D8000063-35

**Top View**

D8000063-36

**Side View**
**Order Number**
**LM317AS or LM317S**
**See NS Package**
**Number TS3B**

**Ceramic Leadless**
**Chip Carrier**

OUTPUT

ADJUST

INPUT

D8000063-34

**Top View**
**Order Number LM117E/883**
**See NS Package Number E20A**



15

194

## Physical Dimensions inches (millimeters) unless otherwise noted



Ceramic Leadless Chip Carrier
Order Number LM117E/883
NS Package Number E20A

195

## Physical Dimensions inches (millimeters) unless otherwise noted (Continued)



(TO-39) Metal Can Package
Order Number LM117H, LM117H/883, LM317AH or LM317H
NS Package Number H03A

TO-3 Metal Can Package (K)
Order Number LM117K STEEL,
LM117K STEEL/883, or LM317K STEEL
NS Package Number K02A

17

**Physical Dimensions** inches (millimeters) unless otherwise noted (Continued)



TO-3 Metal Can Package (K)
Mil-Aero Product
Order Number LM117K/883
NS Package Number K02C

197

## Physical Dimensions inches (millimeters) unless otherwise noted (Continued)



(TO-220) Outline Drawing
Order Number LM317AT or LM317T
NS Package Number T03B

198

**LM117/LM317A/LM317 3-Terminal Adjustable Regulator**

## Physical Dimensions inches (millimeters) unless otherwise noted (Continued)



Order Number LM317AS or LM317S
NS Package Number TS3B

1636 (REV C)

### LIFE SUPPORT POLICY

NATIONAL'S PRODUCTS ARE NOT AUTHORIZED FOR USE AS CRITICAL COMPONENTS IN LIFE SUPPORT DEVICES OR SYSTEMS WITHOUT THE EXPRESS WRITTEN APPROVAL OF THE PRESIDENT OF NATIONAL SEMICONDUCTOR CORPORATION. As used herein:

1. Life support devices or systems are devices or systems which, (a) are intended for surgical implant into the body, or (b) support or sustain life, and whose failure to perform when properly used in accordance with instructions for use provided in the labeling, can be reasonably expected to result in a significant injury to the user.

2. A critical component in any component of a life support device or system whose failure to perform can be reasonably expected to cause the failure of the life support device or system, or to affect its safety or effectiveness.

**National Semiconductor Corporation**
Americas
Tel: 1-800-272-9959
Fax: 1-800-737-7018
Email: support@nsc.com
www.national.com

**National Semiconductor Europe**
Fax: +49 (0) 1 80-530 85 86
Email: europe.support@nsc.com
Deutsch Tel: +49 (0) 1 80-530 85 85
English Tel: +49 (0) 1 80 532 78 32
Français Tel: +49 (0) 1 80-532 93 58
Italiano Tel: +49 (0) 1 80-534 16 80

**National Semiconductor Hong Kong Ltd.**
13th Floor, Straight Block,
Ocean Centre, 5 Canton Rd.
Tsimshatsui, Kowloon
Hong Kong
Tel: (852) 2737-1600
Fax: (852) 2736 9960

**National Semiconductor Japan Ltd.**
Tel: 81-3-5620-6175
Fax: 81-3-5620-6179

National does not assume any responsibility for use of any circuitry described, no circuit patent licenses are implied and National reserves the right at any time without notice to change said circuitry and specifications.

BR

 **National Semiconductor**

February 1996

# DS96177
# RS-485/RS-422 Differential Bus Repeater

DS96177 RS-485/RS-422 Differential Bus Repeater

## General Description

The DS96177 Differential Bus Repeater is a monolithic integrated device designed for one-way data communication on multipoint bus transmission lines. This device is designed for balanced transmission bus line applications and meets EIA Standard RS-485 and RS-422A. The device is designed to improve the performance of the data communication over long bus lines. The DS96177 has an active high Enable.

The DS96177 features positive and negative current limiting and TRI-STATE® outputs for the receiver and driver. The receiver features high input impedance, input hysteresis for increased noise immunity, and input sensitivity of 200 mV over a common mode input voltage range of $-12V$ to $+12V$. The driver features thermal shutdown for protection from line fault conditions. Thermal shutdown is designed to occur at a junction temperature of approximately 160°C. The driver is designed to drive current loads up to 60 mA maximum.

The DS96177 is designed for optimum performance when used on transmission buses employing the DS96172 and DS96174 differential line drivers, DS96173 and DS96175 differential line receivers, or DS96176 differential bus transceivers.

## Features

- Meets EIA Standard RS-422A and RS-485
- Designed for multipoint transmission on long bus lines in noisy environments
- TRI-STATE outputs
- Bus voltage range $-7.0V$ to $+12V$
- Positive and negative current limiting
- Driver output capability $\pm 60$ mA max
- Driver thermal shutdown protection
- Receiver input high impedance
- Receiver input sensitivity of $\pm 200$ mV
- Receiver input hysteresis of 50 mV typical
- Operates from single 5.0V supply
- Low power requirements

## Connection Diagram

**8-Lead Dual-In-Line Package**

```
        1       8
V_CC ──┤         ├── A  BUS
        2       7      B  IN
T (RO)─┤         ├──
        3       6      Z  BUS
  E ───┤         ├── Y  OUT
        4       5
GND ───┤         ├──
```

TL/F/9844-1

**Top View**

**Order Number DS96177CN**
**See NS Package Number N08E**

## Function Table

| Differential Inputs | Enable | Outputs | | |
|---|---|---|---|---|
| A−B | E | T | Y | Z |
| $V_{ID} \geq 0.2V$ | H | H | H | L |
| $V_{ID} \leq -0.2V$ | H | L | L | H |
| X | L | Z | Z | Z |

Note: T is an output pin only, monitoring the BUS (RO).

H = High Level
L = Low Level
X = Immaterial
Z = High Impedance (off)

TRI-STATE® is a registered trademark of National Semiconductor Corporation.

© 1996 National Semiconductor Corporation    TL/F/9844                RRD-B30M38/Printed in U. S. A.                http://www.national.com

## Absolute Maximum Ratings (Note 1)

If Military/Aerospace specified devices are required, please contact the National Semiconductor Sales Office/Distributors for availability and specifications.

Storage Temperature Range
Ceramic DIP      −65°C to +175°C
Molded DIP      −65°C to +150°C
Lead Temperature
Ceramic DIP (Soldering, 60 sec.)   300°C
Molded DIP (Soldering, 10 sec.)   265°C
Maximum Power Dissipation* at 25°C
Molded Package      930 mW
Supply Voltage      7.0V
Input Voltage      5.5V
*Derate molded DIP package 7.5 mW/°C above 25°C.

## Recommended Operating Conditions

| | Min | Typ | Max | Units |
|---|---|---|---|---|
| Supply Voltage ($V_{CC}$) | 4.75 | 5.0 | 5.25 | V |
| Voltage at any Bus Terminal (Separately or Common Mode) ($V_I$ or $V_{CM}$) | −7.0 | | 12 | V |
| Differential Input Voltage ($V_{ID}$) | | | ±12 | V |
| Output Current HIGH ($I_{OH}$) | | | | |
|   Driver | | | −60 | mA |
|   Receiver | | | −400 | µA |
| Output Current LOW ($I_{OL}$) | | | | |
|   Driver | | | 60 | mA |
|   Receiver | | | 16 | |
| Operating Temperature ($T_A$) | 0 | 25 | 70 | °C |

## Electrical Characteristics

Over recommended temperature, common mode input voltage, and supply voltage ranges, unless otherwise specified (Notes 2 and 3)

### DRIVER SECTION

| Symbol | Parameter | Conditions | Min | Typ | Max | Units |
|---|---|---|---|---|---|---|
| $V_{IH}$ | Input Voltage HIGH | | 2.0 | | | V |
| $V_{IL}$ | Input Voltage LOW | | | | 0.8 | V |
| $V_{IC}$ | Input Clamp Voltage | $I_I = -18$ mA | | | −1.5 | V |
| $|V_{OD1}|$ | Differential Output Voltage | $I_O = 0$ mA | | | 6.0 | V |
| $|V_{OD2}|$ | Differential Output Voltage | $R_L = 100Ω$, Figure 1 | 2.0 | 2.25 | | V |
| | | $R_L = 54Ω$, Figure 1 and 2 | 1.5 | 2.0 | | |
| $Δ|V_{OD2}|$ | Change in Magnitude of Differential Output Voltage (Note 4) | $R_L = 100Ω$, Figure 1 | | | ±0.2 | V |
| | | $R_L = 54Ω$ Figure 1 and 2, $V_{CM} = 0$V | | | ±0.2 | |
| $V_{OC}$ | Common Mode Output Voltage (Note 5) | $R_L = 54Ω$ or 100Ω | | | 3.0 | V |
| $Δ|V_{OC}|$ | Change in Magnitude of Common Mode Output Voltage (Note 4) | Figure 1 | | | ±0.2 | V |
| $I_O$ | Output Current with Power Off | $V_{CC} = 0$V, $V_O = -7.0$V to 12 | | | ±100 | µA |
| $I_{OZ}$ | High Impedance State Output Current | $V_O = -7.0$V to 12 | | ±50 | ±200 | µA |
| $I_{IH}$ | Input Current HIGH | $V_I = 2.7$V | | | 20 | µA |
| $I_{IL}$ | Input Current LOW | $V_I = 0.5$V | | | −100 | µA |
| $I_{OS}$ | Short Circuit Output Current (Note 9) | $V_O = -7.0$V | | | −250 | mA |
| | | $V_O = 0$V | | | −150 | |
| | | $V_O = V_{CC}$ | | | 150 | |
| | | $V_O = 12$V | | | 250 | |
| $I_{CC}$ | Supply Current | No Load    Outputs Enabled | | | 35 | mA |
| | | Outputs Disabled | | | 40 | |

### RECEIVER SECTION

| Symbol | Parameter | Conditions | Min | Typ | Max | Units |
|---|---|---|---|---|---|---|
| $V_{TH}$ | Differential Input High Threshold Voltage | $V_O = 2.7$V, $I_O = -0.4$ mA | | | 0.2 | V |
| $V_{TL}$ | Differential Input Low Threshold Voltage (Note 6) | $V_O = 0.5$V, $I_O = 8.0$ mA | −0.2 | | | V |
| $V_{T+} - V_{T-}$ | Hysteresis (Note 7) | $V_{CM} = 0$V | | 50 | | mV |
| $V_{IH}$ | Enable Input Voltage HIGH | | 2.0 | | | V |
| $V_{IL}$ | Enable Input Voltage LOW | | | | 0.8 | V |
| $V_{IC}$ | Enable Input Clamp Voltage | $I_I = -18$ mA | | | −1.5 | V |

## Electrical Characteristics (Continued)
Over recommended temperature, common mode input voltage, and supply voltage ranges, unless otherwise specified

**RECEIVER SECTION (Continued)**

| Symbol | Parameter | Conditions | | Min | Typ | Max | Units |
|---|---|---|---|---|---|---|---|
| $V_{OH}$ | High Level Output Voltage | $V_{ID}$ = 200 mV, $I_{OH}$ = −400 μA, Figure 3 | | 2.7 | | | V |
| $V_{OL}$ | Low Level Output Voltage | $V_{ID}$ = −200 mV, Figure 3 | $I_{OL}$ = 8.0 mA | | | 0.45 | V |
| | | | $I_{OL}$ = 16 mA | | | 0.50 | |
| $I_{OZ}$ | High-Impedance State Output | $V_O$ = 0.4V | | | | −360 | μA |
| | | $V_O$ = 2.4V | | | | 20 | |
| $I_I$ | Line Input Current (Note 8) | Other input = 0V | $V_I$ = 12V | | | 1.0 | mA |
| | | | $V_I$ = −7.0V | | | −0.8 | |
| $I_{IH}$ | Enable Input Current HIGH | $V_{IH}$ = 2.7V | | | | 20 | μA |
| $I_{IL}$ | Enable Input Current LOW | $V_{IL}$ = 0.4V | | | | −100 | μA |
| $R_I$ | Input Resistance | | | | 12 | | kΩ |
| $I_{OS}$ | Short Circuit Output Current | (Note 9) | | −15 | | −85 | mA |
| $I_{CC}$ | Supply Current (Total Package) | No Load | Outputs Enabled | | | 35 | mA |
| | | | Outputs Disabled | | | 40 | |

## Drive Switching Characteristics $V_{CC}$ = 5.0V, $T_A$ = 25°C

| Symbol | Parameter | Conditions | Min | Typ | Max | Units |
|---|---|---|---|---|---|---|
| $t_{DD}$ | Differential Output Delay Time | $R_L$ = 60Ω, Figure 4 | | 15 | 25 | ns |
| $t_{TD}$ | Differential Output Transition Time | $R_L$ = 60Ω, Figure 4 | | 15 | 25 | ns |
| $t_{PLH}$ | Propagation Delay Time, Low-to-High Level Output | $R_L$ = 27Ω, Figure 5 | | 12 | 20 | ns |
| $t_{PHL}$ | Propagation Delay Time, High-to-Low Level Output | $R_L$ = 27Ω, Figure 5 | | 12 | 20 | ns |
| $t_{PZH}$ | Output Enable Time to High Level | $R_L$ = 110Ω, Figure 6 | | 25 | 45 | ns |
| $t_{PZL}$ | Output Enable Time to Low Level | $R_L$ = 110Ω, Figure 7 | | 25 | 40 | ns |
| $t_{PHZ}$ | Output Disable Time from High Level | $R_L$ = 110Ω, Figure 6 | | 20 | 25 | ns |
| $t_{PLZ}$ | Output Disable Time from Low Level | $R_L$ = 110Ω, Figure 7 | | 29 | 35 | ns |

## Receiver Switching Characteristics $V_{CC}$ = 5.0V, $T_A$ = 25°C

| Symbol | Parameter | Conditions | Min | Typ | Max | Units |
|---|---|---|---|---|---|---|
| $t_{PLH}$ | Propagation Delay Time, Low-to-High Level Output | $V_{ID}$ = 0V to 3.0V, $C_L$ = 15 pF, Figure 8 | | 16 | 25 | ns |
| $t_{PHL}$ | Propagation Delay Time, High-to-Low Level Output | | | 16 | 25 | ns |
| $t_{PZH}$ | Output Enable Time to High Level | $C_L$ = 15 pF, Figure 9 | | 15 | 22 | ns |
| $t_{PZL}$ | Output Enable Time to Low Level | | | 15 | 22 | ns |
| $t_{PHZ}$ | Output Disable Time from High Level | $C_L$ = 5.0 pF, Figure 9 | | 14 | 30 | ns |
| $t_{PLZ}$ | Output Disable Time from Low Level | | | 24 | 40 | ns |

3

http://www.national.com

Note 1: "Absolute Maximum Ratings" are those values beyond which the safety of the device cannot be guaranteed. They are not meant to imply that the devices should be operated at these limits. The tables of "Electrical Characteristics" provide conditions for actual device operation.

Note 2: Unless otherwise specified Min/Max limits apply across the 0°C to +70°C range for the DS26177. All typicals are given for $V_{CC}$ = 5V and $T_A$ = 25°C.

Note 3: All currents into the device pins are positive; all currents out of the device pins are negative. All voltages are referenced to ground unless otherwise specified.

Note 4: $\Delta|V_{OD}|$ and $\Delta|V_{OC}|$ are the changes in magnitude of $V_{OD}$, $V_{OC}$ respectively, that occur when the input is changed from a high level to a low level.

Note 5: In EIA Standards RS-422A and RS-485, $V_{OC}$, which is the average of the two output voltages with respect to ground, is called output offset voltage, $V_{OS}$.

Note 6: The algebraic convention, when the less positive (more negative) limit is designated minimum, is used in this data sheet for common mode input voltage and threshold voltage levels only.

Note 7: Hysteresis is the difference between the positive-going input threshold voltage, $V_{T+}$, and the negative going input threshold voltage, $V_{T-}$.

Note 8: Refer to EIA Standards RS-485 for exact conditions.

Note 9: Only one output at a time should be shorted.

## Parameter Measurement Information



FIGURE 1. Driver $V_{OD2}$ and $V_{OC}$

FIGURE 2. Driver $V_{OD2}$ with Varying Common Mode Voltage



FIGURE 3. Receiver $V_{OH}$ and $V_{OL}$

FIGURE 4. Driver Differential Output Delay and Transition Times



## Parameter Measurement Information (Continued)



TL/F/9644–9
**FIGURE 6. Driver Enable and Disable Times ($t_{PZH}$, $t_{PHZ}$)**

TL/F/9644–11
**FIGURE 7. Driver Enable and Disable Times ($t_{PZL}$, $t_{PLZ}$)**

TL/F/9644–13
**FIGURE 8. Receiver Propagation Delay Times**

http://www.national.com

## Parameter Measurement Information (Continued)



**FIGURE 8. Receiver Enable and Disable Times**

Note 1: The input pulse is supplied by a generator having the following characteristics: PRR = 1.0 MHz, duty cycle ≈ 50%, $t_r$ ≤ 6.0 ns, $t_f$ ≤ 6.0 ns, $Z_O$ = 60Ω.

Note 2: $C_L$ includes probe and stray capacitance.

Note 3: DS96177 Enable is active high.

Note 4: All diodes are 1N916 or equivalent.

## Typical Application



**Notes:**

The line length should be terminated at both ends in its characteristic impedance.

Stub lengths off the main line should be kept as short as possible.

Repeater control logic not shown

TL/F/9644-20

**FIGURE 10**

7

http://www.national.com

## Physical Dimensions inches (millimeters)



Molded Dual-In-Line Package (N)
Order Number DS96177CN
NS Package Number N08E

**DS96177 RS-485/RS-422 Differential Bus Repeater**

1. Life support devices or systems are devices or systems which, (a) are intended for surgical implant into the body, or (b) support or sustain life, and whose failure to perform, when properly used in accordance with instructions for use provided in the labeling, can be reasonably expected to result in a significant injury to the user.

2. A critical component is any component of a life support device or system whose failure to perform can be reasonably expected to cause the failure of the life support device or system, or to affect its safety or effectiveness.

| National Semiconductor Corporation | National Semiconductor Europe | National Semiconductor Hong Kong Ltd. | National Semiconductor Japan Ltd. |
|---|---|---|---|
| 1111 West Bardin Road Arlington, TX 76017 Tel: 1(800) 272-9959 Fax: 1(800) 737-7018 | Fax: +49 (0) 180-530 85 86 Email: europe.support@nsc.com Deutsch Tel: +49 (0) 180-530 85 85 English Tel: +49 (0) 180-532 78 32 Français Tel: +49 (0) 180-532 93 58 Italiano Tel: +49 (0) 180-534 16 80 | 13th Floor, Straight Block, Ocean Centre, 5 Canton Rd. Tsimshatsui, Kowloon Hong Kong Tel: (852) 2737-1600 Fax: (852) 2736-9960 | Tel: 81-043-299-2308 Fax: 81-043-299-2408 |

http://www.national.com

National does not assume any responsibility for use of any circuitry described, no circuit patent licenses are implied and National reserves the right at any time without notice to change said circuitry and specifications.

BS

**N** *National Semiconductor*

December 1995

# DS2003/DS9667/DS2004
## High Current/Voltage Darlington Drivers

### General Description

The DS2003/DS9667/DS2004 are comprised of seven high voltage, high current NPN Darlington transistor pairs. All units feature common emitter, open collector outputs. To maximize their effectiveness, these units contain suppression diodes for inductive loads and appropriate emitter base resistors for leakage.

The DS2003/DS9667 has a series base resistor to each Darlington pair, thus allowing operation directly with TTL or CMOS operating at supply voltages of 5.0V.

The DS2004 has an appropriate input resistor to allow direct operation from CMOS or PMOS outputs operating from supply voltages of 6.0V to 15V.

The DS2003/DS9667/DS2004 offer solutions to a great many interface needs, including solenoids, relays, lamps, small motors, and LEDs. Applications requiring sink currents beyond the capability of a single output may be accommodated by paralleling the outputs.

### Features

- Seven high gain Darlington pairs
- High output voltage ($V_{CE} = 50V$)
- High output current ($I_C = 350$ mA)
- TTL, PMOS, CMOS compatible
- Suppression diodes for inductive loads
- Extended temperature range

### Connection Diagram

16-Lead DIP



Top View

TL/F/9647–1

### Order Numbers

| | J Package Number J16A | N Package Number N16E | M Package Number M16A |
|---|---|---|---|
| DS2003 DS9667 | DS2003MJ DS2003TJ DS2003CJ DS9667MJ DS9667TJ DS9667CJ | DS2003TN DS2003CN DS9667TN DS9667CN | DS2003TM DS2003CM |
| DS2004 | DS2004MJ DS2004TJ DS2004CJ | DS2004TN DS2004CN | DS2004TM DS2004CM |

©1995 National Semiconductor Corporation     TL/F/9647          RRD-B30M96/Printed in U.S.A.

DS2003/DS9667/DS2004 High Current/Voltage Darlington Drivers

## Absolute Maximum Ratings (Note 1)

If Military/Aerospace specified devices are required, please contact the National Semiconductor Sales Office/Distributors for availability and specifications.

| | |
|---|---|
| **Storage Temperature Range** | |
| Ceramic DIP | −65°C to +175°C |
| Molded DIP | −65°C to +150°C |
| **Operating Temperature Range** | |
| DS2003M/DS9667M | −55°C to +125°C |
| DS2004M | −55°C to +125°C |
| DS2003T/DS9667T | −40°C to +105°C |
| DS2004T | −40°C to +105°C |
| DS2003C/DS9667C | 0°C to +85°C |
| DS2004C | 0°C to +85°C |

| | |
|---|---|
| **Lead Temperature** | |
| Ceramic DIP (Soldering, 60 seconds) | 300°C |
| Molded DIP (Soldering, 10 seconds) | 265°C |
| **Maximum Power Dissipation\* at 25°C** | |
| Cavity Package | 2016 mW |
| Molded Package | 1836 mW |
| S.O. Package | 926 mW |
| \*Derate cavity package 16.13 mW/°C above 25°C; derate molded DIP package 14.7 mW/°C above 25°C. Derate S.O. package 7.4 mW/°C. | |
| Input Voltage | 30V |
| Output Voltage | 55V |
| Emitter-Base Voltage | 6.0V |
| Continuous Collector Current | 500 mA |
| Continuous Base Current | 25 mA |

## Electrical Characteristics $T_A = 25°C$, unless otherwise specified (Note 2)

| Symbol | Parameter | Conditions | | Min | Typ | Max | Units |
|---|---|---|---|---|---|---|---|
| $I_{CEX}$ | Output Leakage Current | $T_A = 25°C$, $V_{CE} = 50V$ (Figure 1a) | | | | 20 | |
| | | $T_A = 85°C$, $V_{CE} = 50V$ (Figure 1a) for Commercial Grade | | | | 100 | μA |
| | | $T_A = 25°C$, $V_{CE} = 50V$, $V_I = 1.0V$ (Figure 1b) | DS2004 | | | 500 | |
| $V_{CE(Sat)}$ | Collector-Emitter Saturation Voltage | $I_C = 350$ mA, $I_B = 500$ μA (Figure 2) (Note 3) | | | 1.25 | 1.6 | |
| | | $I_C = 200$ mA, $I_B = 350$ μA (Figure 2) | | | 1.1 | 1.3 | V |
| | | $I_C = 100$ mA, $I_B = 250$ μA (Figure 2) | | | 0.9 | 1.1 | |
| $I_{I(ON)}$ | Input Current | $V_I = 3.85V$ (Figure 3) | DS2003/DS9667 | | 0.93 | 1.35 | |
| | | $V_I = 5.0V$ (Figure 3) | DS2004 | | 0.35 | 0.5 | mA |
| | | $V_I = 12V$ (Figure 3) | | | 1.0 | 1.45 | |
| $I_{I(OFF)}$ | Input Current (Note 4) | $T_A = 85°C$ for Commercial $I_C = 500$ μA (Figure 4) | | 50 | 100 | | μA |
| $V_{I(ON)}$ | Input Voltage (Note 5) | $V_{CE} = 2.0V$, $I_C = 200$ mA (Figure 5) | DS2003/DS9667 | | | 2.4 | |
| | | $V_{CE} = 2.0V$, $I_C = 250$ mA (Figure 5) | | | | 2.7 | |
| | | $V_{CE} = 2.0V$, $I_C = 300$ mA (Figure 5) | | | | 3.0 | V |
| | | $V_{CE} = 2.0V$, $I_C = 125$ mA (Figure 5) | DS2004 | | | 5.0 | |
| | | $V_{CE} = 2.0V$, $I_C = 200$ mA (Figure 5) | | | | 6.0 | |
| | | $V_{CE} = 2.0V$, $I_C = 275$ mA (Figure 5) | | | | 7.0 | |
| | | $V_{CE} = 2.0V$, $I_C = 350$ mA (Figure 5) | | | | 8.0 | |
| $C_I$ | Input Capacitance | | | | 15 | 30 | pF |
| $t_{PLH}$ | Turn-On Delay | 0.5 $V_I$ to 0.5 $V_O$ | | | | 1.0 | μs |
| $t_{PHL}$ | Turn-Off Delay | 0.5 $V_I$ to 0.5 $V_O$ | | | | 1.0 | μs |
| $I_R$ | Clamp Diode Leakage Current | $V_R = 50V$ (Figure 6)            $T_A = 25°C$ | | | | 50 | μA |
| | | $T_A = 85°C$ | | | | 100 | μA |
| $V_F$ | Clamp Diode Forward Voltage | $I_F = 350$ mA (Figure 7) | | | 1.7 | 2.0 | V |

Note 1: "Absolute Maximum Ratings" are those values beyond which the safety of the device cannot be guaranteed. They are not meant to imply that the devices should be operated at these limits. The tables of "Electrical Characteristics" provide conditions for actual device operation.

Note 2: All limits apply to the complete Darlington series except as specified for a single device type.

Note 3: Under normal operating conditions these units will sustain 350 mA per output with $V_{CE(Sat)} = 1.6V$ at 70°C with a pulse width of 20 ms and a duty cycle of 30%.

Note 4: The $I_{I(OFF)}$ current limit guaranteed against partial turn-on of the output.

Note 5: The $V_{I(ON)}$ voltage limit guarantees a minimum output sink current per the specified test conditions.

http://www.national.com

2

## Typical Performance Characteristics



210



### Equivalent Circuits

### Test Circuits

FIGURE 1a

FIGURE 1b

FIGURE 2

FIGURE 3

FIGURE 4

FIGURE 5

FIGURE 6

FIGURE 7

## Typical Applications



TL/F/9647–16

TL/F/9647–17

212



6

213

**Physical Dimensions** inches (millimeters) unless otherwise noted



Ceramic Dual-In-Line Package (J)
Order Number DS2003CJ, DS9667CJ, DS2003MJ, DS9667MJ,
DS2003TJ, DS9667TJ, DS2004CJ, DS2004MJ or DS2004TJ
NS Package Number J16A

Surface Mount Package (M)
Order Number DS2003CM, DS9667CM, DS2003TM, DS9667TM, DS2004CM or DS2004TM
NS Package Number M16A

7

http://www.national.com

**DS2003/DS9667/DS2004 High Current/Voltage Darlington Drivers**

## Physical Dimensions inches (millimeters) unless otherwise noted (Continued)



Molded Dual-In-Line Package (N)
Order Number DS2003CN, DS9667CN, DS2003TN, DS9667TN, DS2004CN or DS2004TN
NS Package Number N16E

### LIFE SUPPORT POLICY

NATIONAL'S PRODUCTS ARE NOT AUTHORIZED FOR USE AS CRITICAL COMPONENTS IN LIFE SUPPORT DEVICES OR SYSTEMS WITHOUT THE EXPRESS WRITTEN APPROVAL OF THE PRESIDENT OF NATIONAL SEMICONDUCTOR CORPORATION. As used herein:

1. Life support devices or systems are devices or systems which, (a) are intended for surgical implant into the body, or (b) support or sustain life, and whose failure to perform, when properly used in accordance with instructions for use provided in the labeling, can be reasonably expected to result in a significant injury to the user.

2. A critical component is any component of a life support device or system whose failure to perform can be reasonably expected to cause the failure of the life support device or system, or to affect its safety or effectiveness.



National Semiconductor
Corporation
1111 West Bardin Road
Arlington, TX 76017
Tel: 1(800) 272-9959
Fax: 1(800) 737-7018

http://www.national.com

National Semiconductor
Europe
Fax: +49 (0) 180-530 85 86
Email: europe.support@nsc.com
Deutsch Tel: +49 (0) 180-530 85 85
English Tel: +49 (0) 180-532 78 32
Français Tel: +49 (0) 180-532 93 58
Italiano Tel: +49 (0) 180-534 16 80

National Semiconductor
Hong Kong Ltd.
13th Floor, Straight Block,
Ocean Centre, 5 Canton Rd.
Tsimshatsui, Kowloon
Hong Kong
Tel: (852) 2737-1600
Fax: (852) 2736-9960

National Semiconductor
Japan Ltd.
Tel: 81-043-299-2308
Fax: 81-043-299-2408

National does not assume any responsibility for use of any circuitry described, no circuit patent licenses are implied and National reserves the right at any time without notice to change said circuitry and specifications.

BT



**LM140A/LM140/LM340A/LM340/LM7800C Series 3-Terminal Positive Regulators**

**National Semiconductor**

January 1995

# LM140A/LM140/LM340A/LM340/LM7800C
## Series 3-Terminal Positive Regulators

## General Description

The LM140A/LM140/LM340A/LM340/LM7800C monolithic 3-terminal positive voltage regulators employ internal current-limiting, thermal shutdown and safe-area compensation, making them essentially indestructible. If adequate heat sinking is provided, they can deliver over 1.0A output current. They are intended as fixed voltage regulators in a wide range of applications including local (on-card) regulation for elimination of noise and distribution problems associated with single-point regulation. In addition to use as fixed voltage regulators, these devices can be used with external components to obtain adjustable output voltages and currents.

Considerable effort was expanded to make the entire series of regulators easy to use and minimize the number of external components. It is not necessary to bypass the output, although this does improve transient response. Input bypassing is needed only if the regulator is located far from the filter capacitor of the power supply.

The 5V, 12V, and 15V regulator options are available in the steel TO-3 power package. The LM340A/LM340/LM7800C series is available in the TO-220 plastic power package, and the LM7805 and LM7812 are also available in the surface-mount TO-263 package.

## Features

- Complete specifications at 1A load
- Output voltage tolerances of ±2% at $T_j = 25°C$ and ±4% over the temperature range (LM140A/LM340A)
- Line regulation of 0.01% of $V_{OUT}/V$ of $\Delta V_{IN}$ at 1A load (LM140A/LM340A)
- Load regulation of 0.3% of $V_{OUT}/A$ (LM140A/LM340A)
- Internal thermal overload protection
- Internal short-circuit current limit
- Output transistor safe area protection
- P+ Product Enhancement tested

| Device | Output Voltages | Packages |
|---|---|---|
| LM140A/LM140 | 5, 12, 15 | TO-3 (K) |
| LM340A/LM340 | 5, 12, 15 | TO-3 (K), TO-220 (T) |
| LM7800C | 5, 6, 8, 12, 15, 18, 24 | TO-220 (T), TO-263 (S) (5V and 12V only) |

## Typical Applications

Fixed Output Regulator



TL/H/7781–1

*Required if the regulator is located far from the power supply filter.

**Although no output capacitor is needed for stability, it does help transient response. (If needed, use 0.1 µF, ceramic disc).

Adjustable Output Regulator



TL/H/7781–2

$V_{OUT} = 5V + (5V/R1 + I_Q) R2$  5V/R1 > 3 $I_Q$,
load regulation ($L_r$) ≈ [(R1 + R2)/R1] ($L_r$ of LM340-5).

Current Regulator



TL/H/7781–3

$I_{OUT} = \dfrac{V2\text{-}3}{R1} + I_Q$

$\Delta I_Q = 1.3$ mA over line and load changes.

©1995 National Semiconductor Corporation    TL/H/7781

RRD-B30M115/Printed in U.S.A.

## Absolute Maximum Ratings (Note 1)

If Military/Aerospace specified devices are required, please contact the National Semiconductor Sales Office/Distributors for availability and specifications. (Note 5)

DC Input Voltage
| | |
|---|---|
| All Devices except LM7824/LM7824C | 35V |
| LM7824/LM7824C | 40V |

| | |
|---|---|
| Internal Power Dissipation (Note 2) | Internally Limited |
| Maximum Junction Temperature | 150°C |
| Storage Temperature Range | −65°C to +150°C |

Lead Temperature (Soldering, 10 sec.)
| | |
|---|---|
| TO-3 Package (K) | 300°C |
| TO-220 Package (T), TO-263 Package (S) | 230°C |
| ESD Susceptibility (Note 3) | 2 kV |

## Operating Conditions (Note 1)

Temperature Range ($T_A$) (Note 2)
| | |
|---|---|
| LM140A, LM140 | −55°C to +125°C |
| LM340A, LM340, LM7805C, LM7812C, LM7815C | 0°C to +70°C |
| LM7806C, LM7808C, LM7818C, | |
| LM7824C | 0°C to +125°C |

## LM140A/LM340A

### Electrical Characteristics

$I_{OUT} = 1A$, $-55°C \leq T_J \leq +150°C$ (LM140A), or $0°C \leq T_J \leq +125°C$ (LM340A) unless otherwise specified (Note 4)

| Symbol | Parameter | Conditions | 5V (10V) Min | Typ | Max | 12V (19V) Min | Typ | Max | 15V (23V) Min | Typ | Max | Units |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $V_O$ | Output Voltage | $T_J = 25°C$ | 4.9 | 5 | 5.1 | 11.75 | 12 | 12.25 | 14.7 | 15 | 15.3 | V |
| | | $P_D \leq 15W$, $5 mA \leq I_O \leq 1A$ | 4.8 | | 5.2 | 11.5 | | 12.5 | 14.4 | | 15.6 | V |
| | | $V_{MIN} \leq V_{IN} \leq V_{MAX}$ | $(7.5 \leq V_{IN} \leq 20)$ | | | $(14.8 \leq V_{IN} \leq 27)$ | | | $(17.9 \leq V_{IN} \leq 30)$ | | | V |
| $\Delta V_O$ | Line Regulation | $I_O = 500 mA$ | | 10 | | | 18 | | | 22 | | mV |
| | | $\Delta V_{IN}$ | $(7.5 \leq V_{IN} \leq 20)$ | | | $(14.8 \leq V_{IN} \leq 27)$ | | | $(17.9 \leq V_{IN} \leq 30)$ | | | V |
| | | $T_J = 25°C$ | | 3 | 10 | | 4 | 18 | | 4 | 22 | mV |
| | | $\Delta V_{IN}$ | $(7.5 \leq V_{IN} \leq 20)$ | | | $(14.5 \leq V_{IN} \leq 27)$ | | | $(17.5 \leq V_{IN} \leq 30)$ | | | V |
| | | $T_J = 25°C$ | | 4 | | | 9 | | | 10 | | mV |
| | | Over Temperature | | 12 | | | 30 | | | 30 | | mV |
| | | $\Delta V_{IN}$ | $(8 \leq V_{IN} \leq 12)$ | | | $(16 \leq V_{IN} \leq 22)$ | | | $(20 \leq V_{IN} \leq 26)$ | | | V |
| $\Delta V_O$ | Load Regulation | $T_J = 25°C$ $5 mA \leq I_O \leq 1.5A$ | | 10 | 25 | | 12 | 32 | | 12 | 35 | mV |
| | | $250 mA \leq I_O \leq 750 mA$ | | 15 | | | 19 | | | 21 | | mV |
| | | Over Temperature, $5 mA \leq I_O \leq 1A$ | | 25 | | | 60 | | | 75 | | mV |
| $I_Q$ | Quiescent Current | $T_J = 25°C$ | | 8 | | | 8 | | | 8 | | mA |
| | | Over Temperature | | 6.5 | | | 6.5 | | | 6.5 | | mA |
| $\Delta I_Q$ | Quiescent Current Change | $5 mA \leq I_O \leq 1A$ | | 0.5 | | | 0.5 | | | 0.5 | | mA |
| | | $T_J = 25°C$, $I_O = 1A$ | | 0.8 | | | 0.8 | | | 0.8 | | mA |
| | | $V_{MIN} \leq V_{IN} \leq V_{MAX}$ | $(7.5 \leq V_{IN} \leq 20)$ | | | $(14.8 \leq V_{IN} \leq 27)$ | | | $(17.9 \leq V_{IN} \leq 30)$ | | | V |
| | | $I_O = 500 mA$ | | 0.8 | | | 0.8 | | | 0.8 | | mA |
| | | $V_{MIN} \leq V_{IN} \leq V_{MAX}$ | $(8 \leq V_{IN} \leq 25)$ | | | $(15 \leq V_{IN} \leq 30)$ | | | $(17.9 \leq V_{IN} \leq 30)$ | | | V |
| $V_N$ | Output Noise Voltage | $T_A = 25°C$, 10 Hz $\leq f \leq 100$ kHz | | 40 | | | 76 | | | 90 | | $\mu V$ |
| $\dfrac{\Delta V_{IN}}{\Delta V_{OUT}}$ | Ripple Rejection | $T_J = 25°C$, f = 120 Hz, $I_O = 1A$ or f = 120 Hz, $I_O = 500 mA$, | 68 | 80 | | 61 | 72 | | 60 | 70 | | dB |
| | | | 68 | | | 61 | | | 60 | | | dB |
| | | Over Temperature, $V_{MIN} \leq V_{IN} \leq V_{MAX}$ | $(8 \leq V_{IN} \leq 18)$ | | | $(15 \leq V_{IN} \leq 25)$ | | | $(18.5 \leq V_{IN} \leq 28.5)$ | | | V |
| $R_O$ | Dropout Voltage | $T_J = 25°C$, $I_O = 1A$ | | 2.0 | | | 2.0 | | | 2.0 | | V |
| | Output Resistance | f = 1 kHz | | 8 | | | 18 | | | 19 | | m$\Omega$ |
| | Short-Circuit Current | $T_J = 25°C$ | | 2.1 | | | 1.5 | | | 1.2 | | A |
| | Peak Output Current | $T_J = 25°C$ | | 2.4 | | | 2.4 | | | 2.4 | | A |
| | Average TC of $V_O$ | Min, $T_J = 0°C$, $I_O = 5 mA$ | | −0.6 | | | −1.5 | | | −1.8 | | mV/°C |
| $V_{IN}$ | Input Voltage Required to Maintain Line Regulation | $T_J = 25°C$ | 7.5 | | | 14.5 | | | 17.5 | | | V |

2

217

## LM140

### Electrical Characteristics (Note 4) −55°C ≤ $T_J$ ≤ +150°C unless otherwise specified

| Symbol | Parameter | Conditions | Output Voltage 5V / 10V | | | 12V / 19V | | | 15V / 23V | | | Units |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | (Input Voltage unless otherwise noted) | Min | Typ | Max | Min | Typ | Max | Min | Typ | Max | |
| $V_O$ | Output Voltage | $T_J = 25°C$, 5 mA ≤ $I_O$ ≤ 1A | 4.8 | 5 | 5.2 | 11.5 | 12 | 12.5 | 14.4 | 15 | 15.6 | V |
| | | $P_D$ ≤ 15W, 5 mA ≤ $I_O$ ≤ 1A, $V_{MIN}$ ≤ $V_{IN}$ ≤ $V_{MAX}$ | 4.75 | | 5.25 (8 ≤ $V_{IN}$ ≤ 20) | 11.4 | | 12.6 (15.5 ≤ $V_{IN}$ ≤ 27) | 14.25 | | 15.75 (18.5 ≤ $V_{IN}$ ≤ 30) | V |
| $\Delta V_O$ | Line Regulation | $I_O = 500$ mA, $T_J = 25°C$, $\Delta V_{IN}$ | | 3 | 50 (7 ≤ $V_{IN}$ ≤ 25) | | 4 | 120 (14.5 ≤ $V_{IN}$ ≤ 30) | | 4 | 150 (17.5 ≤ $V_{IN}$ ≤ 30) | mV / V |
| | | −55°C ≤ $T_J$ ≤ +150°C, $\Delta V_{IN}$ | | | 50 (8 ≤ $V_{IN}$ ≤ 20) | | | 120 (15 ≤ $V_{IN}$ ≤ 27) | | | 150 (18.5 ≤ $V_{IN}$ ≤ 30) | mV / V |
| | | $I_O$ ≤ 1A, $T_J = 25°C$, $\Delta V_{IN}$ | | | 50 (7.5 ≤ $V_{IN}$ ≤ 20) | | | 120 (14.6 ≤ $V_{IN}$ ≤ 27) | | | 150 (17.7 ≤ $V_{IN}$ ≤ 30) | mV / V |
| | | −55°C ≤ $T_J$ ≤ +150°C, $\Delta V_{IN}$ | | | 25 (8 ≤ $V_{IN}$ ≤ 12) | | | 60 (16 ≤ $V_{IN}$ ≤ 22) | | | 75 (20 ≤ $V_{IN}$ ≤ 26) | mV / V |
| $\Delta V_O$ | Load Regulation | $T_J = 25°C$ 5 mA ≤ $I_O$ ≤ 1.5A | | 10 | 50 | | 12 | 120 | | 12 | 150 | mV |
| | | 250 mA ≤ $I_O$ ≤ 750 mA | | | 25 | | | 60 | | | 75 | mV |
| | | −55°C ≤ $T_J$ ≤ +150°C, 5 mA ≤ $I_O$ ≤ 1A | | | 50 | | | 120 | | | 150 | mV |
| $I_Q$ | Quiescent Current | $I_O$ ≤ 1A, $T_J = 25°C$ | | | 6 | | | 6 | | | 6 | mA |
| | | −55°C ≤ $T_J$ ≤ +150°C | | | 7 | | | 7 | | | 7 | mA |
| $\Delta I_Q$ | Quiescent Current Change | 5 mA ≤ $I_O$ ≤ 1A | | | 0.5 | | | 0.5 | | | 0.5 | mA |
| | | $T_J = 25°C$, $I_O$ ≤ 1A, $V_{MIN}$ ≤ $V_{IN}$ ≤ $V_{MAX}$ | | | 0.8 (8 ≤ $V_{IN}$ ≤ 20) | | | 0.8 (15 ≤ $V_{IN}$ ≤ 27) | | | 0.8 (18.5 ≤ $V_{IN}$ ≤ 30) | mA / V |
| | | $I_O = 500$ mA, −55°C ≤ $T_J$ ≤ +150°C, $V_{MIN}$ ≤ $V_{IN}$ ≤ $V_{MAX}$ | | | 0.8 (8 ≤ $V_{IN}$ ≤ 25) | | | 0.8 (15 ≤ $V_{IN}$ ≤ 30) | | | 0.8 (18.5 ≤ $V_{IN}$ ≤ 30) | mA / V |
| $V_N$ | Output Noise Voltage | $T_A = 25°C$, 10 Hz ≤ f ≤ 100 kHz | | | 40 | | | 75 | | | 90 | μV |
| $\Delta V_{IN} / \Delta V_{OUT}$ | Ripple Rejection | $f = 120$ Hz, $I_O$ ≤ 1A, $T_J = 25°C$ or $I_O$ ≤ 500 mA, −55°C ≤ $T_J$ ≤ +150°C | 68 | 80 | | 61 | 72 | | 60 | 70 | | dB |
| | | | 68 | | | 61 | | | 60 | | | dB |
| | | $V_{MIN}$ ≤ $V_{IN}$ ≤ $V_{MAX}$ | | | (8 ≤ $V_{IN}$ ≤ 18) | | | (15 ≤ $V_{IN}$ ≤ 25) | | | (18.5 ≤ $V_{IN}$ ≤ 28.5) | V |
| $R_O$ | Dropout Voltage | $T_J = 25°C$, $I_O = 1A$ | | 2.0 | | | 2.0 | | | 2.0 | | V |
| | Output Resistance | $f = 1$ kHz | | 8 | | | 18 | | | 19 | | mΩ |
| | Short-Circuit Current | $T_J = 25°C$ | | 2.1 | | | 1.5 | | | 1.2 | | A |
| | Peak Output Current | $T_J = 25°C$ | | 2.4 | | | 2.4 | | | 2.4 | | A |
| | Average TC of $V_{OUT}$ | 0°C ≤ $T_J$ ≤ +150°C, $I_O = 5$ mA | | −0.8 | | | −1.5 | | | −1.8 | | mV/°C |
| $V_{IN}$ | Input Voltage Required to Maintain Line Regulation | $T_J = 25°C$, $I_O$ ≤ 1A | | 7.5 | | | 14.6 | | | 17.7 | | V |

3

218

# LM340/LM7800C

## Electrical Characteristics (Note 4) 0°C ≤ $T_J$ ≤ +125°C unless otherwise specified

| Symbol | Parameter | Conditions | 5V / 10V Min | Typ | Max | 12V / 19V Min | Typ | Max | 15V / 23V Min | Typ | Max | Units |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Output Voltage | | | | | | | | | | | |
| | Input Voltage (unless otherwise noted) | | | | | | | | | | | |
| $V_O$ | Output Voltage | $T_J$ = 25°C, 5 mA ≤ $I_O$ ≤ 1A | | 4.8  5 | 5.2 | | 11.5  12 | 12.5 | | 14.4  15 | 15.6 | V |
| | | $P_D$ ≤ 15W, 5 mA ≤ $I_O$ ≤ 1A, $V_{MIN}$ ≤ $V_{IN}$ ≤ $V_{MAX}$ | 4.75 | | 5.25  (7.5 ≤ $V_{IN}$ ≤ 20) | 11.4 | | 12.6  (14.5 ≤ $V_{IN}$ ≤ 27) | 14.25 | | 15.75  (17.5 ≤ $V_{IN}$ ≤ 30) | V |
| $\Delta V_O$ | Line Regulation | $I_O$ = 500 mA, $T_J$ = 25°C, $\Delta V_{IN}$ | | 3 | 50  (7 ≤ $V_{IN}$ ≤ 25) | | 4 | 120  (14.5 ≤ $V_{IN}$ ≤ 30) | | 4 | 150  (17.5 ≤ $V_{IN}$ ≤ 30) | mV V |
| | | 0°C ≤ $T_J$ ≤ +125°C, $\Delta V_{IN}$ | | | 50  (8 ≤ $V_{IN}$ ≤ 20) | | | 120  (15 ≤ $V_{IN}$ ≤ 27) | | | 150  (18.5 ≤ $V_{IN}$ ≤ 30) | mV V |
| | | $I_O$ ≤ 1A, $T_J$ = 25°C, $\Delta V_{IN}$ | | | 50  (7.5 ≤ $V_{IN}$ ≤ 20) | | | 120  (14.6 ≤ $V_{IN}$ ≤ 27) | | | 150  (17.7 ≤ $V_{IN}$ ≤ 30) | mV V |
| | | 0°C ≤ $T_J$ ≤ +125°C, $\Delta V_{IN}$ | | | 25  (8 ≤ $V_{IN}$ ≤ 12) | | | 60  (16 ≤ $V_{IN}$ ≤ 22) | | | 75  (20 ≤ $V_{IN}$ ≤ 26) | mV V |
| $\Delta V_O$ | Load Regulation | $T_J$ = 25°C  5 mA ≤ $I_O$ ≤ 1.5A | | 10 | 50 | | 12 | 120 | | 12 | 150 | mV |
| | | 250 mA ≤ $I_O$ ≤ 750 mA | | | 25 | | | 60 | | | 75 | mV |
| | | 5 mA ≤ $I_O$ ≤ 1A, 0°C ≤ $T_J$ ≤ +125°C | | | 50 | | | 120 | | | 150 | mV |
| $I_Q$ | Quiescent Current | $I_O$ ≤ 1A  $T_J$ = 25°C | | | 8 | | | 8 | | | 8 | mA |
| | | 0°C ≤ $T_J$ ≤ +125°C | | | 8.5 | | | 8.5 | | | 8.5 | mA |
| $\Delta I_Q$ | Quiescent Current Change | 5 mA ≤ $I_O$ ≤ 1A | | | 0.5 | | | 0.5 | | | 0.5 | mA |
| | | $T_J$ = 25°C, $I_O$ ≤ 1A, $V_{MIN}$ ≤ $V_{IN}$ ≤ $V_{MAX}$ | | | 1.0  (7.5 ≤ $V_{IN}$ ≤ 20) | | | 1.0  (14.8 ≤ $V_{IN}$ ≤ 27) | | | 1.0  (17.9 ≤ $V_{IN}$ ≤ 30) | mA V |
| | | $I_O$ ≤ 500 mA, 0°C ≤ $T_J$ ≤ +125°C, $V_{MIN}$ ≤ $V_{IN}$ ≤ $V_{MAX}$ | | | 1.0  (7 ≤ $V_{IN}$ ≤ 25) | | | 1.0  (14.5 ≤ $V_{IN}$ ≤ 30) | | | 1.0  (17.5 ≤ $V_{IN}$ ≤ 30) | mA V |
| $V_N$ | Output Noise Voltage | $T_A$ = 25°C, 10 Hz ≤ f ≤ 100 kHz | | | 40 | | | 75 | | | 90 | μV |
| $\Delta V_{IN}/\Delta V_{OUT}$ | Ripple Rejection | f = 120 Hz { $I_O$ ≤ 1A, $T_J$ = 25°C or $I_O$ ≤ 500 mA, 0°C ≤ $T_J$ ≤ +125°C } | 62 | 80 | | 55 | 72 | | 54 | 70 | | dB |
| | | $V_{MIN}$ ≤ $V_{IN}$ ≤ $V_{MAX}$ | 62  (8 ≤ $V_{IN}$ ≤ 18) | | | 55  (15 ≤ $V_{IN}$ ≤ 25) | | | 54  (18.5 ≤ $V_{IN}$ ≤ 28.5) | | | dB |
| $R_O$ | Dropout Voltage | $T_J$ = 25°C, $I_O$ = 1A | | | 2.0 | | | 2.0 | | | 2.0 | V |
| | Output Resistance | f = 1 kHz | | | 8 | | | 18 | | | 19 | mΩ |
| | Short-Circuit Current | $T_J$ = 25°C | | | 2.1 | | | 1.5 | | | 1.2 | A |
| | Peak Output Current | $T_J$ = 25°C | | | 2.4 | | | 2.4 | | | 2.4 | A |
| | Average TC of $V_{OUT}$ | 0°C ≤ $T_J$ ≤ +125°C, $I_O$ = 5 mA | | | −0.6 | | | −1.5 | | | −1.8 | mV/°C |
| $V_{IN}$ | Input Voltage Required to Maintain Line Regulation | $T_J$ = 25°C, $I_O$ ≤ 1A | 7.5 | | | 14.6 | | | 17.7 | | | V |

Note 1: Absolute Maximum Ratings are limits beyond which damage to the device may occur. Operating Conditions are conditions under which the device functions but the specifications might not be guaranteed. For guaranteed specifications and test conditions see the Electrical Characteristics.

Note 2: The maximum allowable power dissipation at any ambient temperature is a function of the maximum junction temperature for operation ($T_{JMAX}$ = 125°C or 150°C), the junction-to-ambient thermal resistance ($\theta_{JA}$), and the ambient temperature ($T_A$). $P_{DMAX}$ = ($T_{JMAX}$ − $T_A$)/$\theta_{JA}$. If this dissipation is exceeded, the die temperature will rise above $T_{JMAX}$ and the electrical specifications do not apply. If the die temperature rises above 150°C, the device will go into thermal shutdown. For the TO-3 package (K, KC), the junction-to-ambient thermal resistance ($\theta_{JA}$) is 39°C/W. When using a heatsink, $\theta_{JA}$ is the sum of the 4°C/W junction-to-case thermal resistance ($\theta_{JC}$) of the TO-3 package and the case-to-ambient thermal resistance of the heatsink. For the TO-220 package (T), $\theta_{JA}$ is 54°C/W and $\theta_{JC}$ is 4°C/W.

If the TO-220 package is used, the thermal resistance can be reduced by increasing the PC board copper area thermally connected to the package: Using 0.5 square inches of copper area, $\theta_{JA}$ is 50°C/W; with 1 square inch of copper area, $\theta_{JA}$ is 37°C/W; and with 1.6 or more inches of copper area, $\theta_{JA}$ is 32°C/W.

Note 3: ESD rating is based on the human body model, 100 pF discharged through 1.5 kΩ.

Note 4: All characteristics are measured with a 0.22 μF capacitor from input to ground and a 0.1 μF capacitor from output to ground. All characteristics except noise voltage and ripple rejection ratio are measured using pulse techniques ($t_w$ ≤ 10 ms, duty cycle ≤ 5%). Output voltage changes due to changes in internal temperature must be taken into account separately.

Note 5: A military RETS specification is available on request. At the time of printing, the military RETS specifications for the LM140AK-5.0/883, and LM140AK-15/883 complied with the min and max limits for the respective versions of the LM140A. At the time of printing, the military RETS specifications for the LM140K-5.0/883, LM140K-12/883, and LM140K-15/883 complied with the min and max limits for the respective versions of the LM140. The LM140H/883, LM140K/883, and LM140AK/883 may also be procured as a Standard Military Drawing.

4

## LM7806C
### Electrical Characteristics
$0°C \leq T_J \leq +150°C$, $V_I = 11V$, $I_O = 500$ mA, $C_I = 0.33$ $\mu$F, $C_O = 0.1$ $\mu$F, unless otherwise specified

| Symbol | Parameter | | Conditions (Note 4) | | Min | Typ | Max | Units |
|---|---|---|---|---|---|---|---|---|
| $V_O$ | Output Voltage | | $T_J = 25°C$ | | 5.75 | 6.0 | 6.25 | V |
| $\Delta V_O$ | Line Regulation | | $T_J = 25°C$ | $8.0V \leq V_I \leq 25V$ | | 5.0 | 120 | mV |
| | | | | $9.0V \leq V_I \leq 13V$ | | 1.5 | 60 | |
| $\Delta V_O$ | Load Regulation | | $T_J = 25°C$ | $5.0$ mA $\leq I_O \leq 1.5A$ | | 14 | 120 | mV |
| | | | | $250$ mA $\leq I_O \leq 750$ mA | | 4.0 | 60 | |
| $V_O$ | Output Voltage | | $8.0V \leq V_I \leq 21V$, $5.0$ mA $\leq I_O \leq 1.0A$, $P \leq 16W$ | | 5.7 | | 6.3 | V |
| $I_Q$ | Quiescent Current | | $T_J = 25°C$ | | | 4.3 | 8.0 | mA |
| $\Delta I_Q$ | Quiescent Current Change | With Line | $8.0V \leq V_I \leq 25V$ | | | | 1.3 | mA |
| | | With Load | $5.0$ mA $\leq I_O \leq 1.0A$ | | | | 0.5 | |
| $V_N$ | Noise | | $T_A = 25°C$, $10$ Hz $\leq f \leq 100$ kHz | | | 45 | | $\mu$V |
| $\Delta V_I/\Delta V_O$ | Ripple Rejection | | $f = 120$ Hz, $I_O = 350$ mA, $T_J = 25°C$ | | 59 | 75 | | dB |
| $V_{DO}$ | Dropout Voltage | | $I_O = 1.0A$, $T_J = 25°C$ | | | 2.0 | | V |
| $R_O$ | Output Resistance | | $f = 1.0$ kHz | | | 9 | | m$\Omega$ |
| $I_{OS}$ | Output Short Circuit Current | | $T_J = 25°C$, $V_I = 35V$ | | | 550 | | mA |
| $I_{PK}$ | Peak Output Current | | $T_J = 25°C$ | | | 2.2 | | A |
| $\Delta V_O/\Delta T$ | Average Temperature Coefficient of Output Voltage | | $I_O = 5.0$ mA, $0°C \leq T_A \leq +125°C$ | | | 0.8 | | mV/°C |

## LM7808C
### Electrical Characteristics
$0°C \leq T_J \leq +150°C$, $V_I = 14V$, $I_O = 500$ mA, $C_I = 0.33$ $\mu$F, $C_O = 0.1$ $\mu$F, unless otherwise specified

| Symbol | Parameter | | Conditions (Note 4) | | LM7808C | | | Units |
|---|---|---|---|---|---|---|---|---|
| | | | | | Min | Typ | Max | |
| $V_O$ | Output Voltage | | $T_J = 25°C$ | | 7.7 | 8.0 | 8.3 | V |
| $\Delta V_O$ | Line Regulation | | $T_J = 25°C$ | $10.5V \leq V_I \leq 25V$ | | 6.0 | 160 | mV |
| | | | | $11.0V \leq V_I \leq 17V$ | | 2.0 | 80 | |
| $\Delta V_O$ | Load Regulation | | $T_J = 25°C$ | $5.0$ mA $\leq I_O \leq 1.5A$ | | 12 | 160 | mV |
| | | | | $250$ mA $\leq I_O \leq 750$ mA | | 4.0 | 80 | |
| $V_O$ | Output Voltage | | $11.5V \leq V_I \leq 23V$, $5.0$ mA $\leq I_O \leq 1.0A$, $P \leq 15W$ | | 7.6 | | 8.4 | V |
| $I_Q$ | Quiescent Current | | $T_J = 25°C$ | | | 4.3 | 8.0 | mA |
| $\Delta I_Q$ | Quiescent Current Change | With Line | $11.5V \leq V_I \leq 25V$ | | | | 1.0 | mA |
| | | With Load | $5.0$ mA $\leq I_O \leq 1.0A$ | | | | 0.5 | |
| $V_N$ | Noise | | $T_A = 25°C$, $10$ Hz $\leq f \leq 100$ kHz | | | 52 | | $\mu$V |
| $\Delta V_I/\Delta V_O$ | Ripple Rejection | | $f = 120$ Hz, $I_O = 350$ mA, $T_J = 25°C$ | | 56 | 72 | | dB |
| $V_{DO}$ | Dropout Voltage | | $I_O = 1.0A$, $T_J = 25°C$ | | | 2.0 | | V |
| $R_O$ | Output Resistance | | $f = 1.0$ kHz | | | 16 | | m$\Omega$ |
| $I_{OS}$ | Output Short Circuit Current | | $T_J = 25°C$, $V_I = 35V$ | | | 0.45 | | A |
| $I_{PK}$ | Peak Output Current | | $T_J = 25°C$ | | | 2.2 | | A |
| $\Delta V_O/\Delta T$ | Average Temperature Coefficient of Output Voltage | | $I_O = 5.0$ mA | | | 0.8 | | mV/°C |

Note 4: All characteristics are measured with a 0.22 $\mu$F capacitor from input to ground and a 0.1 $\mu$F capacitor from output to ground. All characteristics except noise voltage and ripple rejection ratio are measured using pulse techniques ($t_w \leq 10$ ms, duty cycle $\leq 5\%$). Output voltage changes due to changes in internal temperature must be taken into account separately.

5

## LM7818C
### Electrical Characteristics
$0°C \leq T_J \leq +150°C$, $V_I = 27V$, $I_O = 500$ mA, $C_I = 0.33$ μF, $C_O = 0.1$ μF, unless otherwise specified

| Symbol | Parameter | Conditions (Note 4) | | LM7818C | | | Units |
|---|---|---|---|---|---|---|---|
| | | | | Min | Typ | Max | |
| $V_O$ | Output Voltage | $T_J = 25°C$ | | 17.3 | 18.0 | 18.7 | V |
| $\Delta V_O$ | Line Regulation | $T_J = 25°C$ | $21V \leq V_I \leq 33V$ | | 15 | 360 | mV |
| | | | $24V \leq V_I \leq 30V$ | | 5.0 | 180 | |
| $\Delta V_O$ | Load Regulation | $T_J = 25°C$ | $5.0$ mA $\leq I_O \leq 1.5A$ | | 12 | 360 | mV |
| | | | $250$ mA $\leq I_O \leq 750$ mA | | 4.0 | 180 | |
| $V_O$ | Output Voltage | $22V \leq V_I \leq 33V$, $5.0$ mA $\leq I_O \leq 1.0A$, $P \leq 15W$ | | 17.1 | | 18.9 | V |
| $I_Q$ | Quiescent Current | $T_J = 25°C$ | | | 4.5 | 8.0 | mA |
| $\Delta I_Q$ | Quiescent Current Change | With Line | $22V \leq V_I \leq 33V$ | | | 1.0 | mA |
| | | With Load | $5.0$ mA $\leq I_O \leq 1.0A$ | | | 0.5 | |
| $V_N$ | Noise | $T_A = 25°C$, 10 Hz $\leq f \leq 100$ kHz | | | 110 | | μV |
| $\Delta V_I / \Delta V_O$ | Ripple Rejection | $f = 120$ Hz, $I_O = 350$ mA, $T_J = 25°C$ | | 53 | 69 | | dB |
| $V_{DO}$ | Dropout Voltage | $I_O = 1.0A$, $T_J = 25°C$ | | | 2.0 | | V |
| $R_O$ | Output Resistance | $f = 1.0$ kHz | | | 22 | | mΩ |
| $I_{OS}$ | Output Short Circuit Current | $T_J = 25°C$, $V_I = 35V$ | | | 0.20 | | A |
| $I_{PK}$ | Peak Output Current | $T_J = 25°C$ | | | 2.1 | | A |
| $\Delta V_O / \Delta T$ | Average Temperature Coefficient of Output Voltage | $I_O = 5.0$ mA | | | 1.0 | | mV/°C |

## LM7824C
### Electrical Characteristics
$0°C \leq T_J \leq +150°C$, $V_I = 33V$, $I_O = 500$ mA, $C_I = 0.33$ μF, $C_O = 0.1$ μF, unless otherwise specified

| Symbol | Parameter | Conditions (Note 4) | | LM7824C | | | Units |
|---|---|---|---|---|---|---|---|
| | | | | Min | Typ | Max | |
| $V_O$ | Output Voltage | $T_J = 25°C$ | | 23.0 | 24.0 | 25.0 | V |
| $\Delta V_O$ | Line Regulation | $T_J = 25°C$ | $27V \leq V_I \leq 38V$ | | 18 | 480 | mV |
| | | | $30V \leq V_I \leq 36V$ | | 6.0 | 240 | |
| $\Delta V_O$ | Load Regulation | $T_J = 25°C$ | $5.0$ mA $\leq I_O \leq 1.5A$ | | 12 | 480 | mV |
| | | | $250$ mA $\leq I_O \leq 750$ mA | | 4.0 | 240 | |
| $V_O$ | Output Voltage | $28V \leq V_I \leq 38V$, $5.0$ mA $\leq I_O \leq 1.0A$, $P \leq 16W$ | | 22.8 | | 25.2 | V |
| $I_Q$ | Quiescent Current | $T_J = 25°C$ | | | 4.6 | 8.0 | mA |
| $\Delta I_Q$ | Quiescent Current Change | With Line | $28V \leq V_I \leq 38V$ | | | 1.0 | mA |
| | | With Load | $5.0$ mA $\leq I_O \leq 1.0A$ | | | 0.5 | |
| $V_N$ | Noise | $T_A = 25°C$, 10 Hz $\leq f \leq 100$ kHz | | | 170 | | μV |
| $\Delta V_I / \Delta V_O$ | Ripple Rejection | $f = 120$ Hz, $I_O = 350$ mA, $T_J = 25°C$ | | 50 | 66 | | dB |
| $V_{DO}$ | Dropout Voltage | $I_O = 1.0A$, $T_J = 25°C$ | | | 2.0 | | V |
| $R_O$ | Output Resistance | $f = 1.0$ kHz | | | 28 | | mΩ |
| $I_{OS}$ | Output Short Circuit Current | $T_J = 25°C$, $V_I = 35V$ | | | 0.15 | | A |
| $I_{PK}$ | Peak Output Current | $T_J = 25°C$ | | | 2.1 | | A |
| $\Delta V_O / \Delta T$ | Average Temperature Coefficient of Output Voltage | $I_O = 5.0$ mA | | | 1.5 | | mV/°C |

Note 4: All characteristics are measured with a 0.22 μF capacitor from input to ground and a 0.1 μF capacitor from output to ground. All characteristics except noise voltage and ripple rejection ratio are measured using pulse techniques ($t_w \leq 10$ ms, duty cycle $\leq 5\%$). Output voltage changes due to changes in internal temperature must be taken into account separately.

6

## Typical Performance Characteristics



TL/H/7781–4

7

## Typical Performance Characteristics (Continued)

**Load Regulation**
140AK-5.0, V_IN = 10V, T_A = 25°C



**Line Regulation**
140AK-5.0, I_OUT = 1A, T_A = 25°C

## Equivalent Schematic

## Application Hints

The LM340/LM78XX series is designed with thermal protection, output short-circuit protection and output transistor safe area protection. However, as with any IC regulator, it becomes necessary to take precautions to assure that the regulator is not inadvertently damaged. The following describes possible misapplications and methods to prevent damage to the regulator.

**Shorting the Regulator Input:** When using large capacitors at the output of these regulators, a protection diode connected input to output *(Figure 1)* may be required if the input is shorted to ground. Without the protection diode, an input short will cause the input to rapidly approach ground potential, while the output remains near the initial $V_{OUT}$ because of the stored charge in the large output capacitor. The capacitor will then discharge through a large internal input to output diode and parasitic transistors. If the energy released by the capacitor is large enough, this diode, low current metal and the regulator will be destroyed. The fast diode in *Figure 1* will shunt most of the capacitors discharge current around the regulator. Generally no protection diode is required for values of output capacitance $\leq 10 \mu F$.

**Raising the Output Voltage above the Input Voltage:** Since the output of the device does not sink current, forcing the output high can cause damage to internal low current paths in a manner similar to that just described in the "Shorting the Regulator Input" section.

**Regulator Floating Ground** *(Figure 2)*: When the ground pin alone becomes disconnected, the output approaches the unregulated input, causing possible damage to other circuits connected to $V_{OUT}$. If ground is reconnected with power "ON", damage may also occur to the regulator. This fault is most likely to occur when plugging in regulators or modules with on card regulators into powered up sockets. Power should be turned off first, thermal limit ceases operating, or ground should be connected first if power must be left on.

**Transient Voltages:** If transients exceed the maximum rated input voltage of the device, or reach more than 0.8V below ground and have sufficient energy, they will damage the regulator. The solution is to use a large input capacitor, a series input breakdown diode, a choke, a transient suppressor or a combination of these.



**FIGURE 1. Input Short**



**FIGURE 2. Regulator Floating Ground**



**FIGURE 3. Transients**

9

224

## Typical Applications



**Fixed Output Regulator**

TL/H/7781–13

Note 1: Bypass capacitors are recommended for optimum stability and transient response, and should be located as close as possible to the regulator.

**High Input Voltage Circuits**

TL/H/7781–14

TL/H/7781–15

**High Current Voltage Regulator**

$$\beta(Q1) \geq \frac{I_{O\ Max}}{I_{REG\ Max}}$$

$$R1 = \frac{0.6}{I_{REG}} = \frac{\beta(Q1)\ V_{BE(Q1)}}{I_{REG\ Max}\ (\beta + 1) - I_{O\ Max}}$$

TL/H/7781–16

**High Output Current, Short Circuit Protected**

$$R_{SC} = \frac{0.6}{I_{SC}}$$

$$R1 = \frac{\beta V_{BE(Q1)}}{I_{REG\ Max}\ (\beta + 1) - I_{O\ Max}}$$

TL/H/7781–17

**Positive and Negative Regulator**

TL/H/7781–18

10

## Connection Diagrams and Ordering Information

**TO-3 Metal Can Package (K)**



Bottom View

TL/H/7781-11

**Steel Package Order Numbers:**

| | | |
|---|---|---|
| LM140K-5.0 | LM140K-12 | LM140K-15 |
| LM340AK-5.0 | LM340K-12 | LM340K-15 |
| LM340K-5.0 | | |

**See Package Number K02A**

LM140AK-5.0/883   LM140AK-12/883   LM140AK-15/883
LM140K-5.0/883   LM140K-12/883   LM140K-15/883
**See Package Number K02C**

**TO-220 Power Package (T)**



Top View

TL/H/7781-12

**Plastic Package Order Numbers:**

| | |
|---|---|
| LM340AT-5.0 | LM340T-5.0 |
| LM340AT-12 | LM340T-12 |
| LM340AT-15 | LM340T-15 |
| LM7805CT | LM7812CT |
| LM7815CT | LM7806CT |
| LM7808CT | LM7818CT |
| LM7824CT | |

**See Package Number T03B**

**TO-39 Metal Can Package (H)**



Top View

TL/H/7781-19

**Metal Can Order Numbers†:**

| | |
|---|---|
| LM140H-5.0/883 | LM140H-5.0/883 |
| LM140H-8.0/883 | LM140H-12/883 |
| LM140H-15/883 | LM140H-24/883 |

**See Package Number H03A**

**TO-263 Surface-Mount Package (S)**



Top View

TL/H/7781-20

Side View

TL/H/7781-21

**Surface-Mount Package Order Numbers:**
LM7805S    LM7812S
**See Package Number TS3B**

†The specifications for the LM140H/883 devices are not contained in this datasheet. If specifications for these devices are required, contact the National Semiconductor Sales Office/Distributors.

11

**Physical Dimensions** inches (millimeters)



TO-3 Metal Can Package (K)
Order Number LM340AK-5.0, LM140K-5.0, LM340K-5.0, LM140K-12, LM340K-12,
LM140K-15, LM340K-15, LM7806CK, LM7808CK, LM7818CK or LM7824CK
NS Package Number K02A

12

## Physical Dimensions inches (millimeters) (Continued)



**TO-3 Metal Can Package (K)**
**Mil-Aero Products**
Order Number LM140AK-5.0/883, LM140K-5.0/883, LM140AK-12/883,
LM140K-12/883, LM140AK-15/883 or LM140K-15/883
NS Package Number K02C

**TO-263 Surface-Mount Package (S)**
Order Number LM7805S or LM7812S
NS Package Number TS3B

13

**LM140A/LM140/LM340A/LM340/LM7800C Series 3-Terminal Positive Regulators**

## Physical Dimensions inches (millimeters) (Continued)



TO-220 Power Package (T)
Order Number LM340AT/LM340T-5.0, LM340AT/LM340T-12, LM340AT/LM340T-15,
LM7805CT, LM7812CT, LM7815CT, LM7806CT, LM7808CT, LM7818CT or LM7824CT
NS Package Number T03B

T03B (REV L)

### LIFE SUPPORT POLICY

NATIONAL'S PRODUCTS ARE NOT AUTHORIZED FOR USE AS CRITICAL COMPONENTS IN LIFE SUPPORT DEVICES OR SYSTEMS WITHOUT THE EXPRESS WRITTEN APPROVAL OF THE PRESIDENT OF NATIONAL SEMICONDUCTOR CORPORATION. As used herein:

1. Life support devices or systems are devices or systems which, (a) are intended for surgical implant into the body, or (b) support or sustain life, and whose failure to perform, when properly used in accordance with instructions for use provided in the labeling, can be reasonably expected to result in a significant injury to the user.

2. A critical component is any component of a life support device or system whose failure to perform can be reasonably expected to cause the failure of the life support device or system, or to affect its safety or effectiveness.



| National Semiconductor Corporation | National Semiconductor Europe | National Semiconductor Hong Kong Ltd. | National Semiconductor Japan Ltd. |
|---|---|---|---|
| 1111 West Bardin Road Arlington, TX 76017 Tel: 1(800) 272-9959 Fax: 1(800) 737-7018 | Fax: (+49) 0-180-530 85 86 Email: cnjwge@tevm2.nsc.com Deutsch Tel: (+49) 0-180-530 85 85 English Tel: (+49) 0-180-532 78 32 Français Tel: (+49) 0-180-532 93 58 Italiano Tel: (+49) 0-180-534 16 80 | 13th Floor, Straight Block, Ocean Centre, 5 Canton Rd. Tsimshatsui, Kowloon Hong Kong Tel: (852) 2737-1600 Fax: (852) 2736-9960 | Tel: 81-043-299-2309 Fax: 81-043-299-2408 |

National does not assume any responsibility for use of any circuitry described, no circuit patent licenses are implied and National reserves the right at any time without notice to change said circuitry and specifications.

229