# Exhibit B

# Part 2

Attorney Docket No. 2546

1    application. The second advantage is that one can "dim" the LEDs without the flickering that

2    would otherwise occur if the counter were reset to zero. The central controller can send a

3    continuous dimming signal when it creates a sequence of intensity values representing a uniform

4    and proportional decrease in light intensity for each color LED. If one did not update the output

5    signals before restarting the counter, there is a possibility that a single color LED will go through

6    nearly two cycles without experiencing the zero current state of its duty cycle. For instance,

7    assume the red register is set at 4 and the counter is set at 3 when it is frozen. Here, the counter

8    is frozen just before the "off" part of the PWM cycle is to occur for the red LEDs. Now assume

9    that the network data changes the value in the red register from 4 to 2 and the counter is restarted

10   without deactivating the output signal. Even though the counter is greater than the intensity

11   value in the red register, the output state is still "on", meaning that maximum current is still

12   flowing through the red LEDs. Meanwhile, the blue and green LEDs will probably turn off at

13   their appropriate times in the PWM cycle. This would be perceived by the human eye as a red

14   flicker in the course of dimming the color intensities. Freezing the counter and updating the

15   output for the rest of the PWM cycle overcomes these disadvantages, ensuring the flicker does

16   not occur.

17        The network interface for microcontroller IC2 400 will now be described. Jacks 800 and

18   900 are standard RJ-8 network jacks. Jack 800 is used as an input jack, and is shown for

19   simplicity as having only three inputs: signal inputs 860, 870 and ground 850. Network data

20   enters jack 800 and passes through signal inputs 860 and 870. These signal inputs are then

21   coupled to IC3 500, which is an RS-485/RS-422 differential bus repeater of the standard type,

-13-

Attorney Docket No. 2546

1    preferably a DS96177 from the National Semiconductor Corporation, Santa Clara, California.

2    The teachings of the DS96177 datasheet are hereby incorporated by reference. The signal inputs

3    860, 870 enter IC3 500 at pins 560, 570. The data signal is passed through from pin 510 to pin

4    520 on microcontroller IC2 400. The same data signal is then returned from pin 540 on IC2 400

5    to pin 530 on IC3 500. Jack 900 is used as an output jack and is shown for simplicity as having

6    only five outputs: signal outputs 960, 970, 980, 990 and ground 950. Outputs 960 and 970 are

7    split directly from input lines 860 and 870, respectively. Outputs 980 and 990 come directly

8    from IC3 500 pins 580 and 590, respectively. It will be appreciated that the foregoing assembly

9    enables two network nodes to be connected for receiving the network data. Thus, a network may

10    be constructed as a daisy chain, if only single nodes are strung together, or as a binary tree, if two

11    nodes are attached to the output of each single node.

12            From the foregoing description, one can see that an addressable network of LED

13    illumination or display units can be constructed from a collection of power modules each

14    connected to a respective light module. As long as at least two primary color LEDs are used, any

15    illumination or display color may be generated simply by preselecting the light intensity that

16    each color emits. Further, each color LED can emit light at any of 255 different intensities,

17    depending on the duty cycle of PWM square wave, with a full intensity pulse generated by

18    passing maximum current through the LED. Further still, the maximum intensity can be

19    conveniently programmed simply by adjusting the ceiling for the maximum allowable current

20    using programming resistances for the current regulators residing on the light module. Light

21    modules of different maximum current ratings may thereby be conveniently interchanged.

-14-

Attorney Docket No. 2546

1    The foregoing embodiment may reside in any number of different housings.  A preferred

2    housing for an illumination unit is described.  Turning now to Figure 3, there is shown an

3    exploded view of an illumination unit of the present invention comprising a substantially

4    cylindrical body section 10, a light module 20, a conductive sleeve 30, a power module 40, a

5    second conductive sleeve 50, and an enclosure plate 60.  It is to be assumed here that the light

6    module 20 and the power module 40 contain the electrical structure and software of light module

7    100 and power module 200, described above.  Screws 62, 64, 66, 68 allow the entire apparatus to

8    be mechanically connected.  Body section 10, conductive sleeves 30 and 50 and enclosure plate

9    60 are preferably made from a material that conducts heat, most preferably aluminum.  Body

10   section 10 has an open end, a reflective interior portion and an illumination end, to which module

11   20 is mechanically affixed.  Light module 20 is disk shaped and has two sides.  The illumination

12   side (not shown) comprises a plurality of LEDs of different primary colors.  The connection side

13   holds an electrical connector male pin assembly 22.  Both the illumination side and the

14   connection side are coated with aluminum surfaces to better allow the conduction of heat

15   outward from the plurality of LEDs to the body section 10.  Likewise, power module 40 is disk

16   shaped and has every available surface covered with aluminum for the same reason.  Power

17   module 40 has a connection side holding an electrical connector female pin assembly 44 adapted

18   to fit the pins from assembly 22.  Power module 40 has a power terminal side holding a terminal

19   42 for connection to a source of DC power.  Any standard AC or DC jack may be used, as

20   appropriate.

21       Interposed between light module 20 and power module 40 is a conductive aluminum

-15-

Attorney Docket No. 2546

1     sleeve 30, which substantially encloses the space between modules 20 and 40. As shown, a disk-

2     shaped enclosure plate 60 and screws 62, 64, 66 and 68 seal all of the components together, and

3     conductive sleeve 50 is thus interposed between enclosure plate 60 and power module 40. Once

4     sealed together as a unit, the illumination apparatus may be connected to a data network as

5     described above and mounted in any convenient manner to illuminate an area. In operation,

6     preferably a light diffusing means will be inserted in body section 10 to ensure that the LEDs on

7     light module 20 appear to emit a single uniform frequency of light.

8          From the foregoing, it will be appreciated that PWM current control of LEDs to produce

9     multiple colors may be incorporated into countless environments, with or without networks. For

10    instance, Figure 8 shows a hand-held flashlight can be made to shine any conceivable color using

11    an LED assembly of the present invention. The flashlight contains an external adjustment means

12    5, that may be for instance a set of three potentiometers coupled to an appropriately programmed

13    microcontroller through respective A/D conversion means 15. Each potentiometer would control

14    the current duty cycle, and thus the illumination intensity, of an individual color LED on LED

15    board 25. With three settings each capable of generating a different byte from 0 to 255, a

16    computer-controlled flashlight may generate twenty-four bit color. Of course, three individual

17    potentiometers can be incorporated into a single device, such as a track ball or joystick, so as to

18    be operable as a single adjuster. Further, it is not necessary that the adjustment means must be a

19    potentiometer. For instance, a capacitive or resistive thumb plate may also be used to program

20    the two or three registers necessary to set the color. A non-hand held embodiment of the present

21    invention may be used as an underwater swimming pool light. Since the present invention can

-16-

Attorney Docket No. 2546

1    operate at relatively low voltages and low current, it is uniquely suited for safe underwater

2    operation.

3          Similarly, the present invention may be used as a general indicator of any given

4    environmental condition.  Figure 9 shows the general functional block diagram for such an

5    apparatus.  Shown within Figure 9 is also an exemplary chart showing the duty cycles of the

6    three color LEDs during an exemplary period.  As one example of an environmental indicator,

7    the power module can be coupled to an inclinometer.  The inclinometer measures general angular

8    orientation with respect to the earth's center of gravity.  The inclinometer's angle signal can be

9    converted through an A/D converter and coupled to the data inputs of the microcontroller in the

10   power module.  The microcontroller can then be programmed to assign each discrete angular

11   orientation a different color through the use of a lookup table associating angles with LED color

12   register values.  The "color inclinometer" may be used for safety, such as in airplane cockpits, or

13   for novelty, such as to illuminate the sails on a sailboat that sways in the water.  Another

14   indicator use is to provide an easily readable visual temperature indication.  For example, a

15   digital thermometer can be connected to provide the microcontroller a temperature reading.  Each

16   temperature will be associated with a particular set of register values, and hence a particular color

17   output.  A plurality of such "color thermometers" can be located over a large space, such as a

18   storage freezer, to allow simple visual inspection of temperature over three dimensions.

19         Another use of the present invention is as a lightbulb.  Using appropriate rectifier and

20   voltage transformation means, the entire power and light modules may be placed in an Edison-

21   mount (screw-type) lightbulb housing.  Each bulb can be programmed with particular register

-17-



Attorney Docket No. 2546

1  values to deliver a particular color bulb, including white. The current regulator can be pre-

2  programmed to give a desired current rating and thus preset light intensity. Naturally, the

3  lightbulb will have a transparent or translucent section that allows the passage of light into the

4  ambient.

5      While the foregoing has been a detailed description of the preferred embodiment of the

6  invention, the claims which follow define more freely the scope of invention to which applicant

7  is entitled. Modifications or improvements which may not come within the explicit language of

8  the claims described in the preferred embodiments should be treated as within the scope of

9  invention insofar as they are equivalent or otherwise consistent with the contribution over the

10  prior art and such contribution is not to be limited to specific embodiments disclosed.

11

12  We claim:

13      1.    Light apparatus comprising:

14      a power terminal;

15      at least one LED coupled to the power terminal;

16      a current sink coupled to the at least one LED, the current sink comprising an input

17  responsive to an activation signal that enables flow of current through the current sink;

18      an addressable controller having an alterable address, the controller coupled to the input

19  and having timing means for generating the activation signal for a predefined portion of a timing

20  cycle;

21      the addressable controller further comprising means for receiving data corresponding to

-18-

Attorney Docket No. 2546

1    the alterable address and indicative of the predefined portion of the timing cycle.

2    2.    The light apparatus of claim 1 comprising:

3    a second LED coupled to the power terminal and the current sink;

4    the current sink comprising a second input corresponding to the second LED and

5    responsive to a second activation signal;

6    the addressable controller comprising second timing means for generating the second

7    activation signal for a second predefined portion of the timing cycle, and further comprising

8    second means for receiving data corresponding to the alterable address and indicative of the

9    second predefined portion of a timing cycle.

10    3.    The light apparatus of claim 2 wherein the at least one LED and the second LED

11    comprise different colors.

12    4.    The light apparatus of claim 1 wherein the predefined portion represents the duty

13    cycle of a PWM signal and the timing cycle is the PWM period.

14    5.    A modular LED illumination assembly comprising

15    a body portion having an open end, an illumination end, and a reflective interior portion

16    therebetween defining a body portion axis;

17    a power module adapted to be mechanically attachable to the illumination end

18    substantially along the body portion axis, the power module having a terminal for attachment to a

19    power supply; and

20    a light module comprising a plurality of LEDs and having an electrical connector

-19-

Attorney Docket No. 2546

1    removably attachable to the power module, the light module disposed between the illumination

2    end and the power module such that the LEDs optically communicate with the reflective interior

3    portion;

4          whereby different light modules having a different plurality of LED's may be

5    conveniently interchanged.

6          6.    The assembly of claim 5, wherein the power module comprises a current regulator

7    for controlling maximum current supplied to the plurality of LED's, and the light module

8    comprises means for programming the current regulator.

9          7.    The assembly of claim 5, wherein the light module comprises a thermally

10   conductive surface.

11         8.    The assembly of claim 5, wherein the power module comprises a thermally

12   conductive surface.

13         9.    The assembly of claim 5, wherein the body portion is substantially cylindrical,

14   and the power module and light module are substantially disk-shaped.

15         10.   The assembly of claim 5 wherein the power module and the light module define a

16   space therebetween and a conductive sleeve disposed between the light module and the power

17   module substantially encloses the space.

18         11.   The assembly of claim 5, wherein the electrical connector comprises a conductive

19   pin assembly.

20         12.   The assembly of claim 5, wherein the plurality of LED's comprises a first plurality

21   of LED's of a first color and a second plurality of LED's of a second color.

-20-

Attorney Docket No. 2546

1    13.    The assembly of claim 12, wherein the first color and the second colors are

2    different primary colors.

3    14.    The assembly of claim 5, wherein the power module comprises:

4    a current sink coupled to the plurality of LED's, the current sink comprising an input

5    responsive to an activation signal that enables flow of current through the current sink;

6    an addressable controller having an alterable address and coupled to the input, the

7    addressable controller comprising timing means for generating the activation signal for a

8    predefined portion of a timing cycle;

9    the addressable controller further comprising means for receiving data corresponding to

10    the alterable address and indicative of the predefined portion of a timing cycle.

11    15.    A lighting network comprising a central controller and a plurality of uniquely

12    addressable illumination units, each unit comprising a first color LED and a second color LED;

13    each unit further comprising:

14    data means for receiving from the central controller network data comprising LED

15    intensity values addressed to an individual illumination unit and corresponding to respective ones

16    of the first color and second color LED;

17    memory means for storing intensity values received from said network data

18    corresponding to the first color LED and to the second color LED;

19    control means for generating a first pulse width modulated signal and a second pulse

20    width modulated signal, both first and second signals having a duty cycle corresponding to the

21    respective intensity values, whereby each of the first and second pulse width modulated signals is

-21-

Attorney Docket No. 2546

1    alternately in a high or a low state;

2         current switching means for applying current to the first color LED when the first pulse

3    width modulated signal is in one of either the high or the low state, and for applying current to

4    the second color LED when the second pulse width modulated signal is in one of either the high

5    or the low state.

6         16.    The network of claim 15 wherein the first color LED is a plurality of first color

7    LEDs and the second color LED is a plurality of second color LEDs.

8         17.    The network of claim 15 wherein the first color and the second color LEDs are

9    respectively a first primary color LED and a second primary color LED.

10        18.    The network of claim 15 wherein the unit comprises a third color LED, the

11   intensity values addressed to an individual illumination unit further correspond to the third color

12   LED, the control means further generates a third pulse width modulated signal having a duty

13   cycle corresponding to the third color LED intensity value, whereby the third pulse width

14   modulated signals is alternately in a high or a low state, and the current switching means further

15   applies current to the third color LED when the third pulse width modulated signal is in one of

16   either the high or the low state.

17        19.    The network of claim 18 wherein the first color, the second color and the third

18   color are different primary colors.

19        20.    The network of claim 15 wherein the data means comprises a repeater adapted to

20   electrically interconnect each unit to at least two other units to form a path for the network data.

21        21.    The network of claim 20 wherein the repeater is adapted to electrically

-22-

Attorney Docket No. 2546

1    interconnect each unit to one network data input and to two network data outputs, whereby the

2    network may comprise a binary tree configuration.

3    3 22.    A modular LED illumination assembly comprising

4        a power module having a terminal for attachment to a power supply; and

5        a light module comprising a plurality of LEDs and having an electrical connector

6    removably attachable to the power module,

7        the power module further comprising a current regulator for controlling maximum current

8    supplied to the plurality of LED's, and the light module further comprising means for

9    programming the current regulator,

10        whereby different light modules having a different plurality of LED's and different light

11    intensity ratings may be conveniently interchanged.

12    23.    An illumination apparatus comprising:

13        a plurality of LEDs of at least two different colors adapted to be coupled to a power

14    source and to a common potential reference;

15        a current sink interposed between the plurality of LEDs and the common potential

16    reference, the current sink comprising at least two switches corresponding to respective current

17    paths of the at least two different color LEDs;

18        control means for periodically and independently opening and closing the at least two

19    switches at high frequency and for generating a duty cycle thereby;

20        programming means coupled to the control means for programming respective duty

21    cycles for each color of the at least two different color LEDs.

-23-

Attorney Docket No. 2546

24. The apparatus of claim 23 wherein the duty cycle ranges from a minimum to a maximum, and the programming means is adapted to generate a substantially continuous range of duty cycles between the minimum and the maximum.

25. The apparatus of claim 23 wherein the programming means comprises respective potentiometers for each color of the at least two different color LEDs each having an independently adjustable setting, and the control means comprises an analog-to-digital converter for converting each independently adjustable setting into a numerical value indicative of each respective duty cycle.

26. The apparatus of claim 23 comprising a housing that substantially encloses the plurality of LEDs, the current sink, the control means and the programming means.

27. The apparatus of claim 26 wherein the housing is hand-held.

28. The apparatus of claim 27 wherein the housing comprises a compartment for containing the power source and common reference potential, and wherein the housing further comprises a lens assembly for reflecting the light emitted from the plurality of LEDs.

29. The apparatus of claim 23 wherein the programming means comprises an inclinometer, the inclinometer generating an output signal indicative of the angular orientation of the apparatus, and the control means comprises conversion means for converting the output signal into a numerical value indicative of each respective duty cycle,

whereby different angular orientations produce different color outputs from the plurality of LEDs.

30. The apparatus of claim 23 wherein the programming means comprises a

-24-

Attorney Docket No. 2546

1   transceiver for receiving an electromagnetic signal containing data that includes a numerical

2   value indicative of each respective duty cycle.

3       31.    The apparatus of claim 23 wherein the programming means comprises a

4   transceiver for receiving an infrared signal containing data that includes a numerical value

5   indicative of each respective duty cycle.

6       32.    An Edison-mount lightbulb comprising:

7       voltage regulating means for converting an AC potential into a DC power source;

8       a plurality of LEDs of at least two different colors adapted to be coupled to the DC power

9   source and to a common potential reference;

10      a light-transmitting enclosure surrounding the plurality of LEDs;

11      a current sink interposed between the plurality of LEDs and the common potential

12  reference, the current sink comprising at least two switches corresponding to respective current

13  paths of the at least two different color LEDs;

14      control means for periodically and independently opening and closing the at least two

15  switches at high frequency and for generating a duty cycle thereby.

16      33.    The lightbulb of claim 32 wherein the duty cycle is predefined and uniform,

17  whereby the lightbulb permanently generates a single unalterable color of light.

18      34.    A method for controlling current through an LED assembly comprising the steps

19  of:

20      providing a memory location;

21      placing a numerical value in the memory location indicative of the duty cycle of a pulse

-25-

Attorney Docket No. 2546

1  width modulated waveform;

2      closing an LED circuit between supply and ground when the waveform is in one state,

and opening the LED circuit when the waveform is in the other state;

      changing the numerical value in the memory location upon receipt of a new numerical

5  value over a computer network.

6      35.    The method of claim 34 comprising the steps of:

7          providing a counter, wherein the pulse width modulated waveform is in the one state

8  when the counter is below the numerical value;

9          stopping the counter, updating the waveform state, changing the numerical value in the

10  memory location, and restarting the counter, all upon receipt of a new numerical value over a

11  computer network.

-26-

LARATION FOR PATENT APPLICATION

Docket No : CKC-00402

As a below named inventor, I hereby  are that:

*(9)Con ʃ /\*

My residence, post office address and citizenship are as stated below next to my name.

I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled:

MULTICOLORED LED LIGHTING METHOD AND APPARATUS

the specification of which (check one)

( ) is attached hereto.
(X) was filed on <u>August 26, 1997</u>, as United States Application Number or PCT International Application Number <u>08/920,156</u>, and was amended on _____ (if applicable).

I hereby state that I have reviewed and understand the contents of the above identified specification, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose information which is material to patentability as defined in Title 37, Code of Federal Regulation, § 1.56.

I hereby claim foreign priority benefits under Title 35, United States Code, § 119(a)-(d) of any foreign application(s) for patent or inventor's certificate listed below and have also identified below any foreign application for patent or inventor's certificate having a filing date before that of the application on which priority is claimed.

Prior Foreign Application(s)

Priority Claimed

( ) Yes  ( ) No

| (Number) | (Country) | (Day/Month/Year Filed) |
|---|---|---|

( ) Yes  ( ) No

| (Number) | (Country) | (Day/Month/Year Filed) |
|---|---|---|

I hereby claim the benefit under Title 35, United States Code, § 119(e) of any United States Provisional application(s) listed below.

| (Application Number) | (Filing Date) |
|---|---|

| (Application Number) | (Filing Date) |
|---|---|

I hereby claim the benefit under Title 35, United States Code, § 120 of any United States application(s) listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code, § 112, I acknowledge the duty to disclose information which is material to patentability as defined in Title 37, Code of Federal Regulations, § 1.56 which became available between the filing date of the prior application and the national or PCT international filing date of this application.

| (Application Number) | (Filing Date) | (Status - patented, pending, abandoned) |
|---|---|---|

| (Application Number) | (Filing Date) | (Status - patented, pending, abandoned) |
|---|---|---|

I hereby appoint Beth E. Arnold, Reg. No. 35,430; Paula A. Campbell, Reg. No. 32,503; Charles H. Cella, Reg. No. 38,099; Dana M. Gordon, Reg. No. P-44,719; David P. Halstead, Reg. No. 44,735 Edward J. Kelly, Reg. No. 38,936; Donald W. Muirhead, Reg. No. 33,978; Chinh H. Pham, Reg No. 39,329; Karoline K.M. Shair, Reg. No. 44,332, Anne E. Saturnelli, Reg. No. 41,290, Diana M. Steel, Reg. No. 43,153; Wolfgang E. Stutius, Reg. No. 40,256, Kingsley L. Taft, Reg. No. P-43,946, Anita Varma, Reg. No. 43,221; and Matthew P. Vincent, Reg.No. 36,709 as attorneys to prosecute this application and to transact all business in the Patent and Trademark Office connected therewith.

Address all telephone calls to David P. Halstead at telephone number (617) 832-1298.

Address all correspondence to:    Patent Group
                                  Foley, Hoag & Eliot LLP
                                  One Post Office Square
                                  Boston, Ma. 02109-2170

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

Full name of sole or first inventor (given name, family name) <u>George G. Mueller (unexecuted)</u>
Inventor's signature _____ Date _____
Residence _____ Citizenship <u>United States</u>
Post Office Address <u>same as above</u>

(X)  Additional inventors are being named on separately numbered sheets attached hereto.

369112.1

DEC`     `ION FOR PATENT APPLICATION (continu`     `                Docket No : CKC-010.01

Full name of second joint inventor (given name, family name)  Ihor Lys (unexecuted)
Inventor's Signature_____Date
Residence_____ Citizenship  United States
Post Office Address   same as above

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

PRINT OF DRAWINGS
AS ORIGINALLY FT.

Philogene
3/5/891

09/405,730
1/9



Fig. 1

PRESS OF DRAWING
AS ORIGINALLY F



FIG. 2

PRINT OF DRAWINGS
AS ORIGINALLY F

3/9



FIG. 3

PRINT OF DRAWINGS
AS ORIGINALLY F

4/9



Fig. 4



PRINT OF DRAWINGS
AS ORIGINALLY F



Fig. 5

PRINT OF DRAWINGS
AS ORIGINALLY F    )





FIG. 6

PRINT OF DRAWINGS
AS ORIGINALLY F





Fig. 7

PRINT OF DRAWINGS
AS ORIGINALLY F





Fig. 8

PRINT OF DRAWINGS
AS ORIGINALLY F





Fig. 9



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address:  COMMISSIONER OF PATENTS AND TRADEMARKS
          Washington, D.C. 20231

| APPLICATION NUMBER | FILING/RECEIPT DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO./TITLE |
|---|---|---|---|
| | | | CKC-00402 |

PATENT GROUP
FOLEY HOAG & ELIOT LLP
ONE POST OFFICE SQUARE
BOSTON MA 02109-2170

NOT ASSIGNED

2321

**DATE MAILED:**

11/19/99

## NOTICE TO FILE MISSING PARTS OF APPLICATION
### Filing Date Granted

An Application Number and Filing Date have been assigned to this application. The items indicated below, however, are missing. Applicant is given **TWO MONTHS FROM THE DATE OF THIS NOTICE** within which to file all required items and pay any fees required below to avoid abandonment. Extensions of time may be obtained by filing a petition accompanied by the extension fee under the provisions of 37 CFR 1.136(a). **If any of items 1 or 3 through 5 are indicated as missing, the SURCHARGE set forth in 37 CFR 1.16(e) of ☐ $65.00 for a small entity in compliance with 37 CFR 1.27, or ☒ $130.00 for a non-small entity, must also be timely submitted in reply to this NOTICE to avoid abandonment.**

*If all required items on this form are filed within the period set above, the total amount owed by applicant as a*
☐ *small entity (statement filed)* ☒ *non-small entity is $* 1116 *.*

☒ 1. The statutory basic filing fee is:
    ☒ missing.
    ☐ insufficient.
    *Applicant must submit $* 760 *to complete the basic filing fee and/or file a small entity statement claiming such status (37 CFR 1.27).*

☒ 2. The following additional claims fees are due:
    $_____for_____total claims over 20.
    $ 156 for 2 independent claims over 3.
    $_____for multiple dependent claim surcharge.
    *Applicant must either submit the additional claim fees or cancel additional claims for which fees are due.*

☒ 3. The oath or declaration:
    ☒ is missing or unsigned.
    ☐ does not cover the newly submitted items.
    *An oath or declaration in compliance with 37 CFR 1. 63, including residence information and identifying the application by the above Application Number and Filing Date is required.*

☐ 4. The signature(s) to the oath or declaration is/are by a person other than inventor or person qualified under 37 CFR 1.42, 1.43 or 1.47.
    *A properly signed oath or declaration in compliance with 37 CFR 1.63, identifying the application by the above Application Number and Filing Date, is required.*

☐ 5. The signature of the following joint inventor(s) is missing from the oath or declaration:

_____
    *An oath or declaration in compliance with 37 CFR 1.63 listing the names of all inventors and signed by the omitted inventor(s), identifying this application by the above Application Number and Filing Date, is required.*

☐ 6. **A $50.00 processing fee is required since your check was returned without payment (37 CFR 1.21(m)),**

☐ 7. Your filing receipt was mailed in error because your check was returned without payment.

☐ 8. The application was filed in a language other than English.
    *Applicant must file a verified English translation of the application, the $130.00 set forth in 37 CFR 1.17(k), unless previously submitted, and a statement that the translation is accurate (37 CFR 1.52(d)).*

☐ 9. OTHER:_____

Direct the reply and any questions about this notice to "Attention: Box Missing Parts."

### A copy of this notice _MUST_ be returned with the reply.

Customer Service Center
Initial Patent Examination Division (703) 308-1202

FORM **PTO-1533** (REV. 9/98)

U.S. GPO 1999 450-5875

PART 3 - OFFICE COPY

$SECTOR/5$

PATENT
Attorney Docket No.: CKC-004.02

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| In re Application of: | ) | |
| | ) | |
| MUELLER, et al. | ) | |
| | ) | |
| Appl. No.: 09/425,770 | ) | Art Unit: Not Yet Assigned |
| | ) | |
| Filed: October 22, 1999 | ) | Examiner: Not Yet Assigned |
| | ) | |
| For: MULTICOLORED LED LIGHTING | ) | |
| METHOD AND APPARATUS | ) | |

---

### CERTIFICATE OF MAILING

I hereby certify that the foregoing document is being deposited with the United States Postal Service as first class mail in an envelope addressed to Assistant Commissioner for Patents, Washington, DC 20231 on December 30, 1999.

*Carmen Parra*
Carmen Parra

---

Box Missing Parts
Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

### RESPONSE TO NOTICE TO FILE MISSING PARTS

Attached is a check in the sum of $523 to cover the small entity filing fee, extra claim fee and the late filing surcharge for the above-referenced application. Also enclosed is a signed Declaration for Patent Application and form PTO-1533.

Although we believe that we have submitted the correct amount to cover the above-listed items, the Commissioner is authorized to credit any overpayment or charge any deficiencies to our **Deposit Account No. 06-1448**.

If there are any questions regarding the filing of this Response the Examiner can contact the undersigned attorney at (617) 832-1754.

Respectfully submitted,
FOLEY, HOAG, & ELIOT, LLP

December 30, 1999

David P. Halstead, Ph.D.
Reg. No. 44,735

Patent Group
Foley, Hoag & Eliot LLP
One Post Office Square
Boston, MA 02109-2170
Tel: (617) 832-1000
FAX: (617) 832-7000

-2-

**DECLARATION FOR PATENT APPLICATION**

Docket No : CKC-00

As a below named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name.

I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled:

MULTICOLORED LED LIGHTING METHOD AND APPARATUS

the specification of which (check one)

( ) is attached hereto.
(X) was filed on October 22, 1999, as United States Application Number or PCT International Application Number 09/425,770, and was amended on _____ (if applicable).

I hereby state that I have reviewed and understand the contents of the above identified specification, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose information which is material to patentability as defined in Title 37, Code of Federal Regulation, § 1.56.

I hereby claim foreign priority benefits under Title 35, United States Code, § 119(a)-(d) of any foreign application(s) for patent or inventor's certificate listed below and have also identified below any foreign application for patent or inventor's certificate having a filing date before that of the application on which priority is claimed.

Prior Foreign Application(s)                                                                          Priority Claimed

| 98/17702 | PCT | August 26, 1997 | |
|----------|-----|-----------------|---|
| (Number) | (Country) | (Day/Month/Year Filed) | |
| | | | ( ) Yes ( ) No |
| (Number) | (Country) | (Day/Month/Year Filed) | |

I hereby claim the benefit under Title 35, United States Code, § 119(e) of any United States Provisional application(s) listed below.

| (Application Number) | (Filing Date) |
|----------------------|---------------|
| (Application Number) | (Filing Date) |

I hereby claim the benefit under Title 35, United States Code, § 120 of any United States application(s) listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code, § 112, I acknowledge the duty to disclose information which is material to patentability as defined in Title 37, Code of Federal Regulations, § 1.56 which became available between the filing date of the prior application and the national or PCT international filing date of this application.

| 08/920,156 | August 26, 1999 | Pending |
|------------|-----------------|---------|
| (Application Number) | (Filing Date) | (Status - patented, pending, abandoned) |
| (Application Number) | (Filing Date) | (Status - patented, pending, abandoned) |

I hereby appoint Beth E. Arnold, Reg. No. 35,430; Paula A. Campbell, Reg. No. 32,503; Charles H. Cella, Reg. No. 38,099; Dana M. Gordon, Reg. No. 44,719; David P. Halstead, Reg. No. 44,735 Edward J. Kelly, Reg. No. 38,936; Chinh H. Pham, Reg No. 39,329; Karoline K.M. Shair, Reg. No. 44,332; Diana M. Steel, Reg. No. 43,153; Wolfgang E. Stutius, Reg. No. 40,256; Kingsley L. Taft, Reg. No. 43,946; Anita Varma, Reg. No. 43,221; and Matthew P. Vincent, Reg.No. 36,709 as attorneys to prosecute this application and to transact all business in the Patent and Trademark Office connected therewith.

Address all telephone calls to David P. Halstead at telephone number (617) 832-1298.

Address all correspondence to:    Patent Group
                                  Foley, Hoag & Eliot LLP
                                  One Post Office Square
                                  Boston, Ma. 02109-2170

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

Full name of sole or first inventor (given name, family name) George G. Mueller

Inventor's signature _____    Date 12/17/1999
Residence 234 Hanover Street, #3, Boston, MA 02113    Citizenship U.S.
Post Office Address  same as above

(X) Additional inventors are being named on separately numbered sheets attached hereto.

369112.1

**DECLARATION FOR PATENT APPLICATIO,    ntinued)**        Docket No : CKC-004.02

Full name of second joint inventor (given name, family name) _Ihor Lys_

Inventor's Signature _~~Quoz ex-fur~~_                              Date _12/19/99_

Residence _____  Citizenship _____

Post Office Address _same as above_

_Per inventor → Pittsburg, PA_

369112.1





**UNITED STATES L.L. ARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address:   COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NUMBER | FILING/RECEIPT DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO./TITLE |
|---|---|---|---|
| 09/428,73. | 10-22-99 | MUELLER | 8   CKC-00402 |

023271119

PATENT GROUP                                    Resp to MP         NOT ASSIGNED
FOLEY HOAG & ELIOT LLP                          1-19-00
ONE POST OFFICE SQUARE
BOSTON MA 02109-2170                            6-19-00            2821

#3

**DATE MAILED:**
11/19/99

## NOTICE TO FILE MISSING PARTS OF APPLICATION
### *Filing Date Granted*

An Application Number and Filing Date have been assigned to this application. The items indicated below, however, are missing. Applicant is given TWO MONTHS FROM THE DATE OF THIS NOTICE within which to file all required items and pay any fees required below to avoid abandonment. Extensions of time may be obtained by filing a petition accompanied by the extension fee under the provisions of 37 CFR 1:136(a). **If any of items 1 or 3 through 5 are indicated as missing, the SURCHARGE set forth in 37 CFR 1.16(e) of ☐ $65.00 for a small entity in compliance with 37 CFR 1.27, or ☒ $130.00 for a non-small entity, must also be timely submitted in reply to this NOTICE to avoid abandonment.**

*If all required items on this form are filed within the period set above, the total amount owed by applicant as a* ☐ *small entity (statement filed)* ☒ *non-small entity is $* 1146 .

☒ 1. The statutory basic filing fee is:
    ☒ missing.
    ☐ insufficient.
    Applicant must submit $ 760 to complete the basic filing fee and/or file a small entity statement claiming such status (37 CFR 1.27).

☒ 2. The following additional claims fees are due:
    $ for total claims over 20.
    $ 156 for 2 independent claims over 3.
    $ for multiple dependent claim surcharge.
    *Applicant must either submit the additional claim fees or cancel additional claims for which fees are due.*

☒ 3. The oath or declaration:
    ☒ is missing or unsigned.
    ☐ does not cover the newly submitted items.
    *An oath or declaration in compliance with 37 CFR 1. 63, including residence information and identifying the application by the above Application Number and Filing Date is required.*

☐ 4. The signature(s) to the oath or declaration is/are by a person other than inventor or person qualified under 37 CFR 1.42, 1.43 or 1.47.
    *A properly signed oath or declaration in compliance with 37 CFR 1.63, identifying the application by the above Application Number and Filing Date, is required.*

☐ 5. The signature of the following joint inventor(s) is missing from the oath or declaration:

    _____

    *An oath or declaration in compliance with 37 CFR 1.63 listing the names of all inventors and signed by the omitted inventor(s), identifying this application by the above Application Number and Filing Date, is required.*

☐ 6. **A $50.00 processing fee is required since your check was returned without payment (37 CFR 1.21(m)).**
☐ 7. Your filing receipt was mailed in error because your check was returned without payment.
☐ 8. The application was filed in a language other than English.
    *Applicant must file a verified English translation of the application, the $130.00 set forth in 37 CFR 1.17(k), unless previously submitted, and a statement that the translation is accurate (37 CFR 1.52(d)).*

☐ 9. OTHER:_____

Direct the reply and any questions about this notice to "Attention: Box Missing Parts."

### *A copy of this notice **MUST** be returned with the reply.*

Customer Service Center
Initial Patent Examination Division (703) 308-1202

FORM PTO-1533 (REV. 9/98)

U.S. GPO 1999 4

PART 2 - COPY TO BE RETURNED WITH RESPONSE

# REQUEST FOR FILING A PATENT APPLICATION UNDER 37 CFR 1.60

| DOCKET NUMBER | ANTICIPATED CLASSIFICATION OF THIS APPLICATION | | PRIOR APPLICATION EXAMINER | ART UNIT |
|---|---|---|---|---|
| 02 | CLASS 315 | SUBCLASS 076 | Lee, W. | 2821 |

Certificate of Express Mailing Under 37 C.F.R. §1.10
Express Mailing Label No. EL046634866US
Date of Deposit:  October 22, 1999

I hereby certify that this Continuation Patent Application and fee is being deposited with the United States Postal Service as "Express Mail Post Office to Addressee" service under 37 C.F.R. §1.10 on the date indicated above and is addressed to: Box Patent Application, Assistant Commissioner for Patents, Washington, D.C.  20231.

Dated:  October 22, 1999

Carmen Parra

1. ☐  Enclosed is a copy of the latest inventor-signed prior application, including a copy of the oath or declaration showing the original signature or an indication it was signed. I hereby verify that the papers are a true copy of the latest signed prior application number 08/920,156, and further that all statements made herein of my own knowledge are true; and further that these statements were made with the knowledge that willful false statements and the like are made punishable by fine or imprisonment, or both, under section 1001 of Title 18 of the United States Code and that such willful statements may jeopardize the validity of the application or any patent issuing thereon.

| CLAIM | (1) FOR | (2) NUMBER FILED | (3) NUMBER EXTRA | (4) RATE | (5) CALCULATIONS |
|---|---|---|---|---|---|
| | TOTAL CLAIMS (37 CFR 1.16(c)) | 11-20= | | x $22.00= | $0.00 |
| | INDEPENDENT CLAIMS (37 CFR 1.16(b)) | 5-3= | | x $80.00= | $0.00 |
| | MULTIPLE DEPENDENT CLAIMS (if applicable) (37 CFR 1.16(d)) | | | + $260.00= | $0.00 |
| | | | BASIC FEE (37 CFR 1.16(a)) | | + $760.00 |
| | | | Total of above Calculations = | | |
| | Reduction by 50% for filing by small entity (Note 37 CFR 1.9, 1.27, 1.28) | | | | |
| | | | | TOTAL= | $ |

2. ( )  A verified statement to establish small entity status under 37 CFR 1.9 and 1.27

    ( )  is enclosed.

    ( )  was filed in prior application number _____ and such status is still proper and desired (37 CFR 1.28(a)).

3. ( )  The Commissioner is hereby authorized to charge any deficiencies in fees which may be required under 37 CFR 1.16 and 1.17, or credit any overpayment to Deposit Account No. 06-1448.  A duplicate copy of this sheet is enclosed.

4. ( )  A check in the amount of $0.00 is enclosed.

(10-95)                [Page 1 of 2]    Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

5. (X) Cancel in this application origin⸍¹ ˙laims 2,3,5-21, 28-31 and 35 of the prior a⸍ ˙˙ation before calculating the filing fee.
(At least one original independ⸍ ̇im must be retained for filing purposes.)

**(REQUEST FOR FILING A PATENT APPLICATION UNDER 37 CFR 1.60, PAGE 2)**                (10-95)

6. (X) The inventor(s) of the invention being claimed in this application is (are): George G. Mueller and Ihor A. Lys

7. ( ) This application is being filed by less than all the inventors named in the prior application. In accordance with 37 CFR 1.60(b), the Commissioner is requested to delete the name(s) of the following person or persons who are not inventors of the invention being claimed in this application:

8. (X) Amend the specification by inserting before the first line the sentence; This application is a continuation of Number 08/920,156, filed on August 26, 1997, entitled Multicolored Led Lighting Method and Apparatus.

9. ( ) Transfer the drawings from the pending prior application to this application and abandon said prior application as of the filing date accorded this application. A duplicate copy of this sheet is enclosed for filing in prior application. (May only be used if signed by person authorized by 37 CFR 1.138 and before payment of issue fee.)

10. ( ) New formal drawings are enclosed.

11. ( ) Priority of foreign application number _____, filed on _____, in _____ is claimed under 35 U.S.C 119.

( ) The certified copy has been filed in prior application number ____/_____, filed _____.

12. ( ) A preliminary amendment is enclosed.

13. (X) The prior application is assigned of record to _Color Kinetics Incorporated.

14. ( ) Also enclosed: Copy of Assignment for prior application No. 08/920,156.

15. (X) The power of attorney in the prior application is to: Donald W. Muirhead, Reg. No. 33,978; Beth E. Arnold, Reg. No. 35,430; Charles H. Cella, Reg. No. 38,099; Edward J. Kelly, Reg. No. 38,936; Matthew P. Vincent, Reg. No. 36,709.

a. (x) The power of attorney appears in the prior application.

b. ( ) Since the power does not appear in the original paper, a copy of the power in the prior application is enclosed.

c. (x) Address all future correspondence to:(May only be completed by applicant, or attorney or agent of record.)

Patent Group _____

Foley, Hoag & Eliot LLP _____

One Post Office Square _____

Boston, Massachusetts 02109-2170 _____


October 22, 1999                                        David P. Halstead
     Date                                               Registration No. 44,735

*GAU 2821*

PATENT

Attorney Docket No.: **CKC-004.02**

(20169-402)

*#5 /*
*D. Scott*
*3-25-00*

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| In re Application of: | Mueller and Lys | ) |
| | | ) |
| Serial No.: | 09/425,770 | )Group Art Unit: 2821 |
| | | ) |
| Filed: | October 22, 1999 | )Examiner: To be Assigned |
| | | ) |
| Title | Multicolored Led Lighting Method and | ) |
| | APPARATUS | ) |

---

**CERTIFICATE MAILING UNDER 37 C.F.R. §1.8(a)**

I hereby certify that this correspondence is being deposited with the United States Postal Service as First Class Mail, postage prepaid, in an envelope addressed to: Assistant Commissioner for Patents, Box IDS, Washington, D.C. 20231.

*03/15/2000*

Date of Signature
and of Mail Deposit

Chafiou   Bakari

---

Assistant Commissioner for Patents
**Box IDS**
Washington, D.C. 20231

## INFORMATION  DISCLOSURE STATEMENT UNDER 37 C.F.R. §1.97(b)

Sir:

Submitted herewith on Form PTO-1449 is a list of references known to Applicants and/or their Attorney/ Agent in compliance with the requirements of 37 CFR 1.56. A copy of each reference listed is also being submitted. Since this Information Disclosure Statement is being submitted before the mailing date of the first Office Action on the merits, no fee is due.

Applicants respectfully request that the Examiner consider the listed documents and indicate that they were considered by making appropriate notations on the attached Form 1449.

This submission does not represent that a search has been made or that no better art exists. Nor does it constitute an admission that each or all of the listed documents are material or constitute "prior art." If the Examiner applies any of the documents as prior art against any claim in the application and applicants determine that the cited documents do not constitute "prior art" under United States law, Applicants reserve the right to present to the Office the relevant facts and law regarding the appropriate status of such documents.

Applicants further reserve the right to take appropriate action to establish the patentability of the disclosed invention over the listed documents, should one or more of the documents be applied against the claims of the present application.

If there is any fee due in connection with the filing of this Statement, please charge the fee to our Deposit Account, **No. 06-1448**.

Respectfully submitted,

FOLEY, HOAG & ELIOT, LLP

By: _Anita Varma_

Anita Varma
Reg. No. 43,221
Attorney for Applicants

Dated: _3/15/00_
Foley, Hoag & Eliot, LLP
One Post Office Square
Boston, MA 02109
Voice:  (617) 832-1000
Facsimile: (617) 832-7000

- 2 -



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address:    COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 09/425,770 | 10/22/99 | MUELLER | G | CKC-00402 |

MM92/0406

PATENT GROUP
FOLEY HOAG & ELIOT LLP
ONE POST OFFICE SQUARE
BOSTON MA 02109-2170

| EXAMINER |
|---|
| PHILOGENE,H |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2821 | |

DATE MAILED:    04/06/00

#6

**Please find below and/or attached an Office communication concerning this application or proceeding.**

Commissioner of Patents and Trademarks

PTO-90C (Rev. 2/95)                                                    1- File Copy

|  | Application No. | Applicant(s) |
|---|---|---|
| **Office Action Summary** | 09/425,770 | George G. Mueller et al. |
|  | Examiner | Group Art Unit |
|  | Haissa Philogene | 2821 |

☒ Responsive to communication(s) filed on *Oct 22, 1999* _____.

☐ This action is **FINAL.**

☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11; 453 O.G. 213.

A shortened statutory period for response to this action is set to expire _____*3*_____ month(s), or thirty days, whichever is longer, from the mailing date of this communication. Failure to respond within the period for response will cause the application to become abandoned. (35 U.S.C. § 133). Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

**Disposition of Claims**

☒ Claim(s) *1, 4, 22-27, and 32-34* _____ is/are pending in the application.

Of the above, claim(s) _____ is/are withdrawn from consideration.

☒ Claim(s) *22, 32, and 33* _____ is/are allowed.

☒ Claim(s) *1, 4, 23, 24, 26, 27, and 34* _____ is/are rejected.

☒ Claim(s) *25* _____ is/are objected to.

☐ Claims _____ are subject to restriction or election requirement.

**Application Papers**

☒ See the attached Notice of Draftsperson's Patent Drawing Review, PTO-948.

☐ The drawing(s) filed on _____ is/are objected to by the Examiner.

☐ The proposed drawing correction, filed on _____ is ☐approved ☐disapproved.

☐ The specification is objected to by the Examiner.

☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. § 119**

☒ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

☐ All ☐ Some* ☒ None    of the CERTIFIED copies of the priority documents have been

☒ received.

☐ received in Application No. (Series Code/Serial Number) _____ .

☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

*Certified copies not received: _____ .

☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

**Attachment(s)**

☒ Notice of References Cited, PTO-892

☒ Information Disclosure Statement(s), PTO-1449, Paper No(s). ___*6*___

☐ Interview Summary, PTO-413

☒ Notice of Draftsperson's Patent Drawing Review, PTO-948

☐ Notice of Informal Patent Application, PTO-152

--- *SEE OFFICE ACTION ON THE FOLLOWING PAGES* ---

U. S. Patent and Trademark Office
PTO-326 (Rev. 9-95)                    Office Action Summary                    Part of Paper No. ___6___

Application Serial Number: 09/425,770                                    Art Unit: 2821
Office Action: 1                                                  File Paper Number: 6

1.    This application does not contain an abstract of the disclosure as required by 37

CFR 1.72(b).  An abstract on a separate sheet is required.

2.    The nonstatutory double patenting rejection is based on a judicially created
doctrine grounded in public policy (a policy reflected in the statute) so as to prevent the
unjustified or improper timewise extension of the "right to exclude" granted by a patent
and to prevent possible harassment by multiple assignees.  See *In re Goodman*, 11 F.3d
1046, 29 USPQ2d 2010 (Fed. Cir. 1993); *In re Longi*, 759 F.2d 887, 225 USPQ 645
(Fed. Cir. 1985); *In re Van Ornum*, 686 F.2d 937, 214 USPQ 761 (CCPA 1982); *In re
Vogel*, 422 F.2d 438, 164 USPQ 619 (CCPA 1970);and, *In re Thorington*, 418 F.2d 528,
163 USPQ 644 (CCPA 1969).

A timely filed terminal disclaimer in compliance with 37 CFR 1.321© may be
used to overcome an actual or provisional rejection based on a nonstatutory double
patenting ground provided the conflicting application or patent is shown to be commonly
owned with this application.  See 37 CFR 1.130(b).

Effective January 1, 1994, a registered attorney or agent of record may sign a
terminal disclaimer.  A terminal disclaimer signed by the assignee must fully comply with
37 CFR 3.73(b).

3.    Claims 1, 4, 23, 24, 26, 27 and 34 are rejected under the judicially created doctrine

of double patenting over claims 1, 3, 21 and 25 of U. S. Patent No. 6,016,038 since the

claims, if allowed, would improperly extend the "right to exclude" already granted in the

patent.

The subject matter claimed in the instant application is fully disclosed in the patent

and is covered by the patent since the patent and the application are claiming common

subject matter, as follows: light apparatus of claims 1 and 4 of the application being

covered by claims 1 and 4 of the patent; the illumination apparatus of claims 23, 24, 26

and 27 of the application being covered by claim 21 of the patent; and the method for

-- page 2 --

Application Serial Number: 09/425,770                                    Art Unit: 2821
Office Action: 1                                                  File Paper Number: 6

controlling current through an LED assembly of claim 34 being covered by claim 25 of

the patent.

Furthermore, there is no apparent reason why applicant was prevented from

presenting claims corresponding to those of the instant application during prosecution of

the application which matured into a patent.  See *In re Schneller*, 397 F.2d 350, 158

USPQ 210 (CCPA 1968).  See also MPEP § 804.

4.      Claim 25 is objected to as being dependent upon a rejected base claim, but would

be allowable if rewritten in independent form including all of the limitations of the base

claim and any intervening claims.

5.      Claims 22, 32 and 33 are allowed.

6.      The prior art made of record and not relied upon is considered pertinent to

applicant's disclosure.

Phares, Patent No. 5,420,482, "controlled lighting system".

Brown, Patent No. 5,184,114, "Solid state color display system and light emitting diode

pixels therefor".

Smith et al., Patent No. 5,134,387, "Multicolor display system".

Havel, Patent No. 4,845,481, "Continuously variable color display device".

Okuno, Patent No. 4,298,869, "Light-emitting diode display".

Miller, Patent No. 4,740,882, "Slave processor for controlling environments".

-- page 3 --

Application Serial Number: 09/425,770                    Art Unit: 2821
Office Action: 1                              File Paper Number: 6

### *Correspondence*

7.    Any inquiry concerning this communication or earlier communications from the
examiner should be directed to Examiner Haissa Philogene whose telephone number is
*(703) 305-3485.*

8.    Any inquiry of a general nature or relating to the status of this application should
be directed to the Technology Center receptionist whose telephone number is *(703) 308-
0956.*

9.    Papers related to Technology Center 2800 applications **only** may be submitted to
Technology Center 2800 by facsimile transmission.  Any transmission not to be
considered an official response must be clearly marked "DRAFT".  The faxing of such
papers must conform with the notice published in the Official Gazette, 1096 OG 30
(November 15, 1989).  The Technology Center Fax Center number is *(703) 308-7722 or
(703) 308-7724.*

*Philogene Haissa*

*Examiner*

*Art Unit 2821*

*April 5, 2000*

Haissa Philogene
Primary Examiner
A.U. 2821

| *Notice of References Cited* | | Application No. 09/425,770 | Applicant(s) George G. Mueller et al. | | |
|---|---|---|---|---|---|
| | | Examiner Haissa Philogene | Group Art Unit 2821 | Page 1 of 1 | |

### U.S. PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | NAME | CLASS | SUBCLASS |
|---|---|---|---|---|---|---|
| | A | 4,740,882 | 4/1988 | Miller | 364 | 132 |
| x | B | 6,016,038 | 1/2000 | Mueller et al. | 315 | 291 |
| x | C | 4,298,869 | 11/1981 | Okuno | 340 | 782 |
| x | D | 4,845,481 | 7/1989 | Havel | 340 | 762 |
| x | E | 5,134,387 | 7/1992 | Smith et al. | 340 | 701 |
| x | F | 5,184,114 | 2/1993 | Brown | 340 | 701 |
| x | G | 5,420,482 | 5/1995 | Phares | 315 | 292 |
| | H | | | | | |
| | I | | | | | |
| | J | | | | | |
| | K | | | | | |
| | L | | | | | |
| | M | | | | | |

### FOREIGN PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | COUNTRY | NAME | CLASS | SUBCLASS |
|---|---|---|---|---|---|---|---|
| | N | | | | | | |
| | O | | | | | | |
| | P | | | | | | |
| | Q | | | | | | |
| | R | | | | | | |
| | S | | | | | | |
| | T | | | | | | |

### NON-PATENT DOCUMENTS

| * | | DOCUMENT (Including Author, Title, Source, and Pertinent Pages) | DATE |
|---|---|---|---|
| | U | | |
| | V | | |
| | W | | |
| | X | | |

*A copy of this reference is not being furnished with this Office action.
(See Manual of Patent Examining Procedure, Section 707.05(a).)

U. S. Patent and Trademark Office
PTO-892 (Rev. 9-95)    **Notice of References Cited**    Part of Paper No. ___6___

Sheet 1 of 1

| Form PTO-1449 | Docket Number (Optional) CKC-004.02(20169-402) | Application Number 09/425,770 |
|---|---|---|
| **INFORMATION DISCLOSURE CITATION IN AN APPLICATION** (Use several sheets if necessary) | Applicant  Mueller and Lys | |
| | Filing Date  October 22, 1999 | Group Art Unit  2821 |

**U. S. PATENT DOCUMENTS**

| EXAMINER INITIAL | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

**FOREIGN PATENT DOCUMENTS**

| | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | Translation YES | NO |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**OTHER DOCUMENTS**  (Including Author, Title, Date, Pertinent Pages, Etc.)

| | | |
|---|---|---|
| *hp* | AA | Ashford and deRaadt: "Estimation of Population at Risk of Infection and Number of Cases of Leishmaniasis", Parasitology Today 8 (3): 104-105 (1992). |
| *hp* | AB | Berman D. J., "Human Leishmaniasis: Clinical, Diagnostic, and Chemotherapeutic Developments in the Last 10 Years", Clinical Infectious Diseases 24:684-703 (1997). |
| *hp* | AC | Bhatnagar et al., "Exploration of Antileishmanial Activity in Heterocycles; Result of their in vivo & in vitro bioevaluations", Indian Journal of Medical Research89: 439-444 ( November 1989). |
| *hp* | AD | El Roufaie Mohammed et al., "ELISA Using Intact Promastigotes for Immunodiagnosis of Kala-azar", Transactions of the Royal Society of Tropical Medicine and Hygiene, 79(3): 344-350 (1985). |
| *hp* | AE | Gupta et al., "A Rising Trend  in Kala-azar in Varanasi District, Uttar Pradesh,  India: A Recent Survey Using Direct Agglutination Test', Current Science 73(5):456-459 (1997). |
| *hp* | AF | Harith et al., "Application of a Direct Agglutination Test for Detection Specific  Anti-Leishmania Antibodies in the Canine Reservoir", Journal of Clinical Microbiology, 27(10):2252-2257 (1989). |
| *hp* | AG | Harith et al., " A Simple and Economical Direct Agglutination Test for Serodiagnosis and Sero-epidemiological studies of Visceral Leishmaniasis", Transactions of the Royal Society of Tropical Medicine  and Hygiene, 80:583-587(1986). |
| *hp* | AH | Harith et al., "Improvement of a Direct Agglutination Test for field Studies of Visceral Leishmaniasis", Journal of Clinical Microbiology , 26(7):1321-1325 (1988). |
| *hp* | AI | Jaffe and McMahon-Pratt., "Serodiagnostic Assay for Visceral  Leishmaniasis Employing Monoclonal Antibodies", Transactions of the Royal Society of Tropical Medicine and Hygiene , 81:587-594 (1987). |
| *hp* | AJ | Jahn and Diesfeld; "Evaluation of a Visually Read  ELISA for Serodiagnosis and Sero-epidemiological Studies of Kala-azar in the Baringo District , Kenya", Transactions of the Royal Society of Tropical Medicine and Hygiene, 77(4): 451-454 (1983). |
| *hp* | AK | Kohanteb et al., "Detection of Leishmania Donovani Soluble Antigen and Antibody in the Urine of Visceral Leishmaniasis Patients", Transactions of the Royal Society of Tropical Medicine and Hygiene, 81:578-580 (1987). |
| *hp* | AL | Manning et al., " Approaches for Increasing  the Solution Stability of Proteins", Biotechnology and Bioingineering, 48: 506-512 (1995). |
| *hp* | AM | Mengistu et al., "The Value of a Direct Agglutination test in the Diagnosis of Cutaneous and Visceral Leishmaniasis in Ethiopia", Transactions of the Royal Society of Tropical Medicine and Hygiene, 84:359-362 (1990). |
| *hp* | AN | Naik et al., "Kala-azar in North-western India : A Studie of 24 Patients", Transactions of the Royal Society of Tropical Medicine and Hygiene73(1):61-65 (1979). |

387400.1

| EXAMINER | DATE CONSIDERED |
|---|---|
| *Narasi Philip* | 4/5/00 |

EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP § 609; Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to the applicant.

Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE



OIPE
MAR 1 7 2000
PATENT & TRADEMARK OFFICE

387400.1

Form PTO 948 (Rev. 8-98)    U.S. DEPARTMENT OF COMMERCE - Patent and Trademark Office    Application No. _9/425770_

## NOTICE OF DRAFTSPERSON'S
## PATENT DRAWING REVIEW

The drawing(s) filed (insert date) _10\22\99_ are:

A. ☐ Approved by the Draftsperson under 37 CFR 1.84 or 1.152.

B. ☑ objected to by the Draftsperson under 37 CFR 1.84 or 1.152 for the reasons indicated below. The Examiner will require submission of new, corrected drawings when necessary. Corrected drawing must be sumitted according to the instructions on the back of this notice.

---

1. **DRAWINGS.** 37 CFR 1.84(a): Acceptable categories of drawings:
   Black ink. Color.
   ____ Color drawings are not acceptable until petition is granted.
   Fig(s) _____
   ____ Pencil and non black ink not permitted. Fig(s) _____
2. **PHOTOGRAPHS.** 37 CFR 1.84 (b)
   ____ 1 full-tone set is required. Fig(s) _____
   ____ Photographs not properly mounted (must use brystol board or
   photographic double-weight paper). Fig(s)_____
   ____ Poor quality (half-tone). Fig(s) _____
3. **TYPE OF PAPER.** 37 CFR 1.84(e)
   ____ Paper not flexible, strong, white, and durable.
   Fig(s) _____
   ____ Erasures, alterations, overwritings, interlineations,
   folds, copy machine marks not accepted. Fig(s) _____
   ____ Mylar, velum paper is not acceptable (too thin).
   Fig(s) _____
4. **SIZE OF PAPER.** 37 CFR 1.84(f): Acceptable sizes:
   ____ 21.0 cm by 29.7 cm (DIN size A4)
   ____ 21.6 cm by 27.9 cm (8 1/2 x 11 inches)
   ____ All drawing sheets not the same size.
   ____ Sheet(s) _____
   ____ Drawings sheets not an acceptable size. Fig(s) _____
5. **MARGINS.** 37 CFR 1.84(g): Acceptable margins:

   Top 2.5 cm Left 2.5cm Right 1.5 cm Bottom 1.0 cm
   SIZE: A4 Size
   Top 2.5 cm Left 2.5 cm Right 1.5 cm Bottom 1.0 cm
   SIZE: 8 1/2 x 11
   Margins not acceptable. Fig(s) _____
   ____ Top (T)    ____ Left (L)
   ____ Right (R)    ____ Bottom (B)
6. **VIEWS.** 37 CFR 1.84(h)
   REMINDER: Specification may require revision to
   correspond to drawing changes.
   Partial views. 37 CFR 1.84(h)(2)
   ____ Brackets needed to show figure as one entity.
   Fig(s) _____
   ____ Views not labeled separately or properly.
   Fig(s) _____
   ____ Enlarged view not labeled separetely or properly.
   Fig(s) _____
7. **SECTIONAL VIEWS.** 37 CFR 1.84 (h)(3)
   ____ Hatching not indicated for sectional portions of an object.
   Fig(s) _____
   ____ Sectional designation should be noted with Arabic or
   Roman numbers. Fig(s) _____

8. **ARRANGEMENT OF VIEWS.** 37 CFR 1.84(i)
   ____ Words do not appear on a horizontal, left-to-right fashion
   when page is either upright or turned so that the top
   becomes the right side, except for graphs. Fig(s) _____
9. **SCALE.** 37 CFR 1.84(k)
   ____ Scale not large enough to show mechanism without
   crowding when drawing is reduced in size to two-thirds in
   reproduction.
   Fig(s) _____
10. **CHARACTER OF LINES, NUMBERS, & LETTERS.**
   37 CFR 1.84(l)
   ____ Lines, numbers & letters not uniformly thick and well
   defined, clean, durable, and black (poor line quality).
   Fig(s) _____
11. **SHADING.** 37 CFR 1.84(m)
   ____ Solid black areas pale. Fig(s) _____
   ____ Solid black shading not permitted. Fig(s) _____
   ____ Shade lines, pale, rough and blurred. Fig(s) _____
12. **NUMBERS, LETTERS, & REFERENCE CHARACTERS.**
   37 CFR 1.84(p)
   ____ Numbers and reference characters not plain and legible.
   Fig(s) _____
   ____ Figure legends are poor. Fig(s) _____
   ____ Numbers and reference characters not oriented in the
   same direction as the view. 37 CFR 1.84(p)(1)
   Fig(s) _____
   ____ English alphabet not used. 37 CFR 1.84(p)(2)
   Figs _____
   ____ Numbers, letters and reference characters must be at least
   .32 cm (1/8 inch) in height. 37 CFR 1.84(p)(3)
   Fig(s) _____
13. **LEAD LINES.** 37 CFR 1.84(q)
   ____ Lead lines cross each other. Fig(s) _____
   ____ Lead lines missing. Fig(s) _____
14. **NUMBERING OF SHEETS OF DRAWINGS.** 37 CFR 1.84(t)
   ____ Sheets not numbered consecutively, and in Arabic numerals
   beginning with number 1. Sheet(s) _____
15. **NUMBERING OF VIEWS.** 37 CFR 1.84(u)
   ____ Views not numbered consecutively, and in Arabic numerals,
   beginning with number 1. Fig(s) _____
16. **CORRECTIONS.** 37 CFR 1.84(w)
   ____ Corrections not made from prior PTO-948
   dated _____
17. **DESIGN DRAWINGS.** 37 CFR 1.152
   ____ Surface shading shown not appropriate. Fig(s) _____
   ____ Solid black shading not used for color contrast.
   Fig(s) _____

**COMMENTS**

---

REVIEWER __6__ _WS_ DATE _1/18/00_    TELEPHONE NO. _7033058404_

ATTACHMENT TO PAPER NO. _____

$GP 2821$

PATENT

Attorney Docket No.: CKC-004.02
(20169-402)

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

#7 IDS
DEVANS
4.11.00

In re Application of:  Mueller and Lys

Serial No.:          09/425,770

Filed:               October 22, 1999

Title:               Multicolored Led Lighting Method and
                     APPARATUS

)
)Group Art Unit: 2821
)
)Examiner: To be Assigned
)
)
)

RECEIVED

APR 0 4 2000

TECHNOLOGY CENTER 2800

---

**CERTIFICATE MAILING UNDER 37 C.F.R. §1.8(a)**

I hereby certify that this correspondence is being deposited with the United States Postal Service as First Class Mail, postage prepaid, in an envelope addressed to:
Assistant Commissioner for Patents, Box IDS, Washington, D.C. 20231.

03/28/2000
Date of Signature
and of Mail Deposit

Chafiou Bakari

---

Assistant Commissioner for Patents
**Box IDS**
Washington, D.C. 20231

### INFORMATION DISCLOSURE STATEMENT UNDER 37 C.F.R. §1.97(b)

Sir:

Submitted herewith on Form PTO-1449 is a list of references known to Applicants and/or their Attorney/ Agent in compliance with the requirements of 37 CFR 1.56. A copy of each reference listed is also being submitted. Since this Information Disclosure Statement is being submitted before the mailing date of the first Office Action on the merits, no fee is due.

Applicants respectfully request that the Examiner consider the listed documents and indicate that they were considered by making appropriate notations on the attached Form 1449.