# Exhibit B

# Part 3

This submission does not represent that a search has been made or that no better art exists.  Nor does it constitute an admission that each or all of the listed documents are material or constitute "prior art."  If the Examiner applies any of the documents as prior art against any claim in the application and applicants determine that the cited documents do not constitute "prior art" under United States law, Applicants reserve the right to present to the Office the relevant facts and law regarding the appropriate status of such documents.

Applicants further reserve the right to take appropriate action to establish the patentability of the disclosed invention over the listed documents, should one or more of the documents be applied against the claims of the present application.

If there is any fee due in connection with the filing of this Statement, please charge the fee to our Deposit Account, **No. 06-1448**.

                                Respectfully submitted,

                                FOLEY, HOAG & ELIOT, LLP

                                By: _____
                                    David P. Halstead
                                    Reg. No. 44,735
                                    Agent for Applicants

Dated: 3/28/00
Foley, Hoag & Eliot, LLP
One Post Office Square
Boston, MA 02109
Voice:  (617) 832-1000
Facsimile: (617) 832-7000

- 2 -

#8/Amdt B
6/7/00
C. McKinney

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of:           )
    MUELLER, et al.            )    Atty. Docket No.: CKC-004.02
                            )
Appl. No.: 09/425,770          )    Art Unit: 2821
                            )
Filed: October 22, 1999        )    Examiner: H. Philogene
                            )
For: MULTICOLORED LED LIGHTING )
       METHOD AND APPARATUS     )

*(stamp: OIPE JC111 MAY 2 5 2000 PATENT & TRADEMARK OFFICE)*

---

### CERTIFICATE OF MAILING

     I hereby certify that the foregoing document is being deposited with the United States Postal Service as first class mail in an envelope addressed to Assistant Commissioner for Patents, Washington, DC 20231 on May 23, 2000.

                                      *Jonathan Furtado*
                                      Jonathan Furtado

---

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

     In response to the Office Action dated April 6, 2000, Applicants submit the following amendment and remarks.

### AMENDMENT

Please enter the following amendment:

**In the Specification:**

     After the claims, please insert the following abstract:

RECEIVED
JUN 0 1 2000
TECHNOLOGY CENTER 2800

---

--                        **Abstract**

     The systems and methods described herein relate to LED systems capable of generating light, such as for illumination or display purposes. The light-emitting LEDs may be controlled by

a processor to alter the brightness and/or color of the generated light, e.g., by using pulse-width modulated signals. Thus, the resulting illumination may be controlled by a computer program to provide complex, predesigned patterns of light in virtually any environment. --

## REMARKS

Upon entry of the foregoing amendments, claims 1, 4, 22-27, and 32-34 are pending in the application.

Claims 1, 4, 23, 24, 26, 27 and 34 are rejected under the judicially created doctrine of double patenting over claims 1, 3, 21, and 25 of U.S. Patent No. 6,016,038. Applicants submit herewith a terminal disclaimer to obviate this rejection.

Applicants believe that the above amendments and remarks place the present application in condition for allowance and request early notification to this effect.

If there are any other fees due in connection with the filing of this Response, please charge the fees to our **Deposit Account No. 06-1448.** If a fee is required for an extension of time under 37 C.F.R. § 1.136 not accounted for above, such an extension is requested and the fee should also be charged to our Deposit Account. If there are any questions regarding the filing of this Response, the Examiner can contact the undersigned attorney at (617) 832-1701.

Respectfully submitted,
FOLEY, HOAG, & ELIOT LLP

May 23, 2000

Robert Mazzarese
Reg. No. 42,852
Attorney for Applicants

Patent Group
Foley, Hoag & Eliot LLP
One Post Office Square
Boston, MA 02109-2170
Telephone: (617) 832-1000
Facsimile: (617) 832-7000

-2-

GAU 2821 $

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of                                    :
    Mueller et al.                                      :
                                       :

Appln. No.:   09/425,770                        :    Art Unit:     2821

Filed:  October 22, 1999                              :    Examiner:    H. Philogene

For:    MULTICOLORED LED LIGHTING         :    Atty Docket:  CKC-004.02
         METHOD AND APPARATUS                 :

*(OIPE stamp: MAY 2 5 2000 — PATENT & TRADEMARK OFFICE)*

CERTIFICATE OF FIRST CLASS MAILING

I hereby certify that the foregoing document is being deposited with the United States Postal Service as First Class Mailing, postage prepaid, in an envelope addressed to Assistant Commissioner for Patents, Washington, DC 20231 on this date of May 23, 2000.

Signature: *[signature]*
                   Jonathan Furtado

## TRANSMITTAL

Assistant Commissioner for Patents
Washington, D.C.  20231

Sir:

      In response to the Office Action dated April 6, 2000, enclosed please find an amendment and a Terminal Disclaimer for the above-referenced application.

      Although we believe that we have appropriately provided for any fees due in connection with this submission, the Commissioner is authorized to credit any overpayment or charge any deficiencies to/from our **Deposit Account No. 06-1448**. Two originally-executed copies of this form are being submitted.

                                Respectfully submitted,

                                FOLEY, HOAG & ELIOT LLP

                                *[signature]*

  May 23, 2000
      Date                            Robert A. Mazzarese
                                Registration No. 42,852

Patent Group
Foley, Hoag & Eliot LLP
One Post Office Square
Boston, MA  02109-2170

*RECEIVED JUN 0 1 2000 TECHNOLOGY CENTER 2800*

402419.1

# 9
# Philogene
6|8|2000

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of:                                    )
   MUELLER, et al.                                       )        Atty. Docket No.: CKC-004.02

Appl. No.: 09/425,770                                    )

Filed: October 22, 1999                                  )        Art Unit: 2821        **RECEIVED**

For: MULTICOLORED LED LIGHTING )                                  Examiner: H. Philogene    **JUN 0 8 2000**

   METHOD AND APPARATUS      )

*(OIPE MAY 25 2000 PATENT & TRADEMARK OFFICE stamp)*

TECHNOLOGY CENTER 2800
SPECIAL PROGRAM CENTER

┌─────────────────────────────────────────────────────────────────┐
│                    **CERTIFICATE OF MAILING**                      │
│    I hereby certify that the foregoing document is being deposited with the United │
│ States Postal Service as first class mail in an envelope addressed to Assistant │
│ Commissioner for Patents, Washington, DC 20231 on May 23, 2000.   │
│                                                                   │
│                              *Jonathan Furtado*                    │
│                          Jonathan Furtado                         │
└─────────────────────────────────────────────────────────────────┘

TERMINAL DISCLAIMER
APPROVED

JUN 0 8 2000

TECHNOLOGY CENTER 2800
SPECIAL PROGRAM CENTER

Assistant Commissioner for Patents                 **RECEIVED**
Washington, D.C. 20231
                                                    JUN 0 1 2000
Sir:                                                TECHNOLOGY CENTER 2800

## TERMINAL DISCLAIMER

Petitioner ("assignee") Color Kinetics Incorporated, duly organized under the laws of the

Commonwealth of Massachusetts and having its principal place of business at 50 Milk St.,

Boston, Massachusetts, represents that it is the only assignee of the entire right, title and interest

in both application Serial No. 08/920,156, filed August 26, 1997, now U.S. Patent No.

6,016,038, for *Multicolored LED Lighting Method and Apparatus*, in the name of George G.

Mueller et al., as indicated by assignments duly recorded in the United States Patent and

Trademark Office at Reel 9573 and Frame 0507, and of the above-identified continuation

application thereof, Serial No. 09/425,770, filed October 22, 1999, for *Multicolored LED*

*Lighting Method and Apparatus*, in the name of George G. Mueller et al., as indicated by

assignments duly recorded in the United States Patent and Trademark Office at Reel 9573 and

Frame 0507. Assignee Color Kinetics Incorporated further represents that the evidentiary

documents establishing the assignments have been viewed and certifies that to the best of

392255.1

05/25/2000 IKOROMA 00000023 061448 09425770
01 FC:148        110.00 CH

Assignee's knowledge and belief, title to the above-identified application and U.S. Patent No. 6,016,038, are in Assignee, which is submitting this Terminal Disclaimer.

To obviate a double patenting rejection, Color Kinetics Incorporated hereby disclaims, under the provisions of 37 C.F.R. § 1.321, the terminal part of any patent granted on the above-identified application, Serial No. 09/425,770, which would extend beyond the expiration date of U.S. Patent No. 6,016,038, and hereby agrees that any patent so granted on the above-identified application shall be enforceable only for and during such period that the legal title to said patent shall be the same as the legal title to U.S. Patent No. 6,016,038, this agreement to run with any patent granted on the above-identified application and to be binding upon the grantee, its successors or assigns.

Color Kinetics Incorporated does not disclaim any terminal part of any patent granted on the present application prior to the expiration date of the full statutory term of U.S. Patent No. 6,016,038, in the event that U.S. Patent No. 6,016,038 were to expire for failure to pay a maintenance fee, is held unenforceable, is found invalid, is statutorily disclaimed in whole or terminally disclaimed under 37 C.F.R. §1.32(a), has all claims canceled by a reexamination certificate, or is otherwise terminated prior to expiration of its statutory term as presently shortened by any disclaimer.

In accordance with the fee schedule set forth in 37 C.F.R. § 1.20(d), please charge the required fee of $110 to our **Deposit Account No. 06-1448**. Also, if a fee required for an extension of time under 37 C.F.R. 1.136 is not accounted for above, such an extension is requested and the fee should also be charged to our Deposit Account.

The undersigned is authorized to act on behalf of assignee Color Kinetics Incorporated.

I hereby declare that all statements made of my own knowledge and belief are true and that all statements made on information and belief are believed to be true and further that these statements were made with the knowledge that willful false statements and the like so made are

392255.1

punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issuing thereon.

TERMINAL DISCLAIMER
APPROVED

JUN 0 8 2000

TECHNOLOGY CENTER 2800
SPECIAL PROGRAM CENTER
May 23, 2000

Respectfully submitted,
FOLEY, HOAG, & ELIOT LLP

Robert Mazzarese
Reg. No.42,852
Attorney for Applicants

Patent Group
Foley, Hoag & Eliot LLP
One Post Office Square
Boston, MA 02109-2170
Telephone: (617) 832-1000
Facsimile: (617) 832-7000

392255.1



**UNITED STATES L. PARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address:  COMMISSIONER OF PATENTS AND TRADEMARKS
          Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 09/425,770 | 10/22/99 | MUELLER | CKC-00402 |

MMC2/0618

| EXAMINER |
|---|
| PHILOGENE,H |

PATENT GROUP
FOLEY HOAG & ELIOT LLP
ONE POST OFFICE SQUARE
BOSTON MA 02109-2170

| ART UNIT | PAPER NUMBER |
|---|---|
| 2821 | #10 |

DATE MAILED:
                06/16/00


**Please find below and/or attached an Office communication concerning this application or proceeding.**

                                        **Commissioner of Patents and Trademarks**


PTO-90C (Rev. 2/95)

U.S. G.P.O. 2000 ; 465-188/25266

1- File Copy

| **Notice of Allowability** | Application No. 09/425,770 | Applicant(s) George G. Mueller et al. |
|---|---|---|
| | Examiner Haissa Philogene | Group Art Unit 2821 |

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance and Issue Fee Due or other appropriate communication will be mailed in due course.

☒ This communication is responsive to *amendment filed on 5/25/00*                                    .

☒ The allowed claim(s) is/are *1, 4, 22-27, 32-34 now numbered 1-11*                                    .

☐ The drawings filed on _____ are acceptable.

☒ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

    ☐ All ☐ Some* ☒ None   of the CERTIFIED copies of the priority documents have been

        ☒ received.

        ☐ received in Application No. (Series Code/Serial Number) _____ .

        ☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

    *Certified copies not received: _____ .

☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE **THREE MONTHS** FROM THE "DATE MAILED" of this Office action. Failure to timely comply will result in ABANDONMENT of this application. Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION, PTO-152, which discloses that the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.

☒ Applicant MUST submit NEW FORMAL DRAWINGS

    ☐ because the originally filed drawings were declared by applicant to be informal.

    ☒ including changes required by the Notice of Draftsperson's Patent Drawing Review, PTO-948, attached hereto or to Paper No. _6_ .

    ☐ including changes required by the proposed drawing correction filed on _____ , which has been approved by the examiner.

    ☐ including changes required by the attached Examiner's Amendment/Comment.

    **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the reverse side of the drawings. The drawings should be filed as a separate paper with a transmittal lettter addressed to the Official Draftsperson.**

☐ Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

Any response to this letter should include, in the upper right hand corner, the APPLICATION NUMBER (SERIES CODE/SERIAL NUMBER). If applicant has received a Notice of Allowance and Issue Fee Due, the ISSUE BATCH NUMBER and DATE of the NOTICE OF ALLOWANCE should also be included.

Attachment(s)

☐ Notice of References Cited, PTO-892

☒ Information Disclosure Statement(s), PTO-1449, Paper No(s). _10_

☐ Notice of Draftsperson's Patent Drawing Review, PTO-948

☐ Notice of Informal Patent Application, PTO-152

☐ Interview Summary, PTO-413

☒ Examiner's ~~Amendment~~/Comment

☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material

☒ Examiner's Statement of Reasons for Allowance

Haissa Philogene
Primary Examiner
A.U. 2821

U. S. Patent and Trademark Office
PTO-37 (Rev. 9-95)                    **Notice of Allowability**                    Part of Paper No. _10_

Application Serial Number: 09/425,770                              Art Unit: 2821
Office Action: 2                                        File Paper Number: 10

1. In the IDS, PTO-1449 Form, filed on 3/31/00, the following patent Nos. 4,298,869--

4,845,481-- 5,134,387-- 5,184,114-- 5,420,482 have been lined through by the examiner

because they were already cited in PTO-892 Form of the previous Office Action.

2.      The following is an examiner's statement of reasons for allowance: The prior art

fails to disclose a light apparatus and method comprising an addressable controller having

an alterable address coupled to the input of a current sink coupled to at least one LED and

having timing means for generating an activation signal for a predetermined portion of a

timing cycle, said controller further comprising means for receiving data corresponding to

the alterable address and indicative of the predetermined portion; and a power module

comprising a current regulator for controlling maximum current supplied to the plurality

of LEDs and a light module comprising means for programming the current regulator

whereby different light modules having a different plurality of LEDs and different light

intensity ratings which may be conveniently interchanged, as recited in the independent

claims. Hence, the examiner has allowed claims 1, 4, 22-27 and 32-34.

      Any comments considered necessary by applicant must be submitted no later than

the payment of the issue fee and, to avoid processing delays, should preferably

accompany the issue fee. Such submissions should be clearly labeled "Comments on

Statement of Reasons for Allowance."

                                  -- page 2 --

Application Serial Number: 09/425,770                                    Art Unit: 2821
Office Action: 2                                              File Paper Number: 10

### Correspondence

3.      Any inquiry concerning this communication or earlier communications from the examiner should be directed to Examiner Haissa Philogene whose telephone number is *(703) 305-3485.*

4.      Any inquiry of a general nature or relating to the status of this application should be directed to the Technology Center receptionist whose telephone number is *(703) 308-0956.*

5.      Papers related to Technology Center 2800 applications **only** may be submitted to Technology Center 2800 by facsimile transmission.  Any transmission not to be considered an official response must be clearly marked "DRAFT".  The faxing of such papers must conform with the notice published in the Official Gazette, 1096 OG 30 (November 15, 1989).  The Technology Center Fax Center number is *(703) 308-7722 or (703) 308-7724.*

*Philogene Haissa*

*Examiner*

*Art Unit 2821*

*June 16, 2000*

Haissa Philogene
Primary Examiner
A.U. 2821

-- page 3 --

Sheet 1 of 1

Form PTO-1449

**INFORMATION DISCLOSURE CITATION**
**IN AN APPLICATION**

*(Use several sheets if necessary)*

| Docket Number (Optional) | Application Number |
|---|---|
| CKC-004.02(20169-402) | 09/425,770 |

| Applicant | |
| Mueller and Lys | |

| Filing Date | Group Art Unit |
| October 22, 1999 | 2821 |

## U.S. PATENT DOCUMENTS

| EXAMINER INITIAL | | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| hp | AA | 3,746,918 | 07/17/73 | Drucker et al. | 315 | 77 | 05/24/71 |
| | AB | 4,298,869 | 11/03/81 | Okuno | 340 | 782 | 06/25/79 |
| hp | AC | 4,329,625 | 05/11/82 | Nishizawa et al. | 315 | 158 | 07/17/79 |
| hp | AD | 4,367,464 | 01/04/83 | Kurahashi et al. | 340 | 701 | 05/29/80 |
| hp | AE | 4,388,567 | 06/14/83 | Yamazaki et al. | 315 | 291 | 02/25/81 |
| hp | AF | 4,420,711 | 12/13/83 | Takahashi et al. | 315 | 296 | 06/11/82 |
| hp | AG | 4,625,152 | 11/25/86 | Nakai | 315 | 317 | 07/09/84 |
| hp | AH | 4,727,289 | 02/23/88 | Uchika | 315 | 71 | 07/17/86 |
| | AI | 4,845,481 | 07/04/89 | Havel | 340 | 762 | 10/24/86 |
| hp | AJ | 4,887,074 | 12/12/89 | Simon et al. | 340 | 782 | 01/20/88 |
| hp | AK | 4,992,704 | 02/12/91 | Stinson | 315 | 167 | 04/17/89 |
| hp | AL | 5,003,227 | 03/26/91 | Nilssen | 315 | 161 | 12/18/89 |
| hp | AM | 5,008,595 | 04/16/91 | Kazar | 315 | 178 | 02/23/89 |
| hp | AN | 5,126,634 | 06/30/92 | Johnson | 315 | 71 | 09/25/90 |
| | AO | 5,134,387 | 07/28/92 | Smith et al. | 340 | 701 | 11/06/89 |
| hp | AP | 5,164,715 | 11/17/92 | Kashiwabara et al. | 340 | 716 | 04/10/90 |
| | AQ | 5,184,114 | 02/02/93 | Brown | 340 | 701 | 03/15/90 |
| hp | AR | 5,226,723 | 07/13/93 | Chen | 362 | 241 | 05/11/92 |
| hp | AS | 5,254,910 | 10/19/93 | Yang | 315 | 313 | 04/03/92 |
| hp | AT | 5,256,948 | 10/26/93 | Boldin et al. | 315 | 313 | 04/03/92 |
| hp | AU | 5,282,121 | 01/25/94 | Bornhorst et al. | 362 | 294 | 04/30/91 |
| hp | AV | 5,294,865 | 03/15/94 | Haraden | 315 | 58 | 09/18/92 |
| hp | AW | 5,350,977 | 09/27/94 | Hamamoto et al. | 315 | 291 | 06/08/93 |
| hp | AX | 5,357,170 | 10/18/94 | Luchaco et al. | 315 | 159 | 02/12/93 |
| hp | AY | 5,374,876 | 12/20/94 | Horibata et al. | 315 | 313 | 12/21/92 |
| hp | AZ | 5,388,357 | 02/14/95 | Malita | 40 | 570 | 04/08/93 |
| hp | BA | 5,404,282 | 04/04/95 | Klinke et al. | 362 | 249 | 08/19/94 |
| hp | BB | 5,410,328 | 04/25/95 | Yoksza et al. | 345 | 82 | 03/28/94 |
| | BC | 5,420,482 | 05/30/95 | Phares | 315 | 292 | 08/31/94 |
| hp | BD | 5,436,535 | 07/25/95 | Yang | 315 | 313 | 12/29/92 |

387736.1

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| *hp* | BE | 5,463,280 | 10/3 | Johnson | 31 | 187 | 03/03/94 |
| *hp* | BF | 5,504,395 | 04/0 | Johnson et al. | 31 | 71 | 03/04/94 |
| *hp* | BG | 5,545,950 | 08/13/96 | Cho | 315 | 56 | 05/31/94 |
| *hp* | BH | 5,561,346 | 10/01/96 | Byrne | 313 | 512 | 08/10/94 |
| *hp* | BI | 5,575,459 | 11/19/96 | Anderson | 362 | 240 | 04/27/95 |
| *hp* | BJ | 5,592,051 | 01/07/97 | Korkala | 315 | 210 | 08/24/95 |
| *hp* | BK | 5,751,118 | 05/12/98 | Mortimer | 315 | 291 | 07/07/95 |
| *hp* | BL | 5,821,685 | 10/13/98 | Vilanilam et al. | 315 | 58 | 08/06/96 |

## FOREIGN PATENT DOCUMENTS

| | | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | Translation | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | YES | NO |
| *hp* | BM | EP 0752 632 A2 | 01/08/97 | European Patent | | | | X |
| *hp* | BN | GB 2 176 042 | 12/10/86 | UK | | | | X |
| *hp* | BO | 2 640 791 | 06/22/90 | France | | | | X |
| *hp* | BP | J P 060 43830 | 02/18/94 | Japan | | | | X |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

## OTHER DOCUMENTS                    *(Including Author, Title, Date, Pertinent Pages, Etc.)*

| | | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| EXAMINER | DATE CONSIDERED |
|---|---|
| *Naisa Philos* | *6/15/00* |

EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP § 609; Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to the applicant.

Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

387736.1



**UNITED STATES  DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**

## NOTICE OF ALLOWANCE AND ISSUE FEE DUE

PATENT GROUP
FOLEY HOAG & ELIOT LLP
ONE POST OFFICE SQUARE
BOSTON MA 02109-2170

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | DATE MAILED |
|---|---|---|---|---|
| 09/425,770 | 10/22/99 | 011 | PHILOGENE, H    2821 | 06/16/00 |

| First Named Applicant | MUELLER, | 35 USC 154(b) term ext. = 0 Days. | | |
|---|---|---|---|---|

| TITLE OF INVENTION | MULTICOLORED LED LIGHTING METHOD AND APPARATUS |
|---|---|

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 2    CKC-0040.2 | 315-291.000 | M98 | UTILITY | YES | $605.00 | 09/18/00 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT.**
**PROSECUTION ON THE MERITS IS CLOSED.**

**THE ISSUE FEE MUST BE PAID WITHIN _THREE MONTHS_ FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED.  _THIS STATUTORY PERIOD CANNOT BE EXTENDED._**

## HOW TO RESPOND TO THIS NOTICE:

I. Review the SMALL ENTITY status shown above.
If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:

A. If the status is changed, pay twice the amount of the FEE DUE shown above and notify the Patent and Trademark Office of the change in status, or
B. If the status is the same, pay the FEE DUE shown above.

If the SMALL ENTITY is shown as NO:

A. Pay FEE DUE shown above, or

B. File verified statement of Small Entity Status before, or with, payment of 1/2 the FEE DUE shown above.

II. Part B-Issue Fee Transmittal should be completed and returned to the Patent and Trademark Office (PTO) with your ISSUE FEE.  Even if the ISSUE FEE has already been paid by charge to deposit account, Part B Issue Fee Transmittal should be completed and returned.  If you are charging the ISSUE FEE to your deposit account, section "4b" of Part B-Issue Fee Transmittal should be completed and an extra copy of the form should be submitted.

III. All communications regarding this application must give application number and batch number.
Please direct all communications prior to issuance to Box ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees.  It is patentee's responsibility to ensure timely payment of maintenance fees when due.**
**PATENT AND TRADEMARK OFFICE COPY**

PTOL-85 (REV. 10-96) Approved for use through 06/30/99. (0651-0033)

089

PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of:  MUELLER, et al                :

Appln. No.          09/425,770                       :  Art Unit:   2821

Filed:              October 22, 1999                 :  Examiner: H. Philogene
                                                     :
For:   MULTICOLORED LED LIGHTING                     :  Attorney Docket:  CKC-004.02
       METHOD AND APPARATUS                          :

---

### CERTIFICATE OF MAILING

I hereby certify that the foregoing document is being deposited with the United States Postal Service as first class mail in an envelope addressed to Assistant Commissioner for Patents, Washington, DC 20231 on August 11, 2000.

E. E. Coxox
Eugene Coker

---

### AMENDMENT UNDER 37 C.F.R. 312

Box Amendment
Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

Please amend the specification and claims as follows:

*In the specification:*

On page 15, line 10,  after "an open end", please insert --11--;

after "a reflective interior portion", please insert --12--,

after "an illumination end", please insert --13--;

on page 16, line 13,  after "microcontroller", please insert --92--;

on page 16, line 20, after "to set the color.", please insert --A lens assembly 93 may be provided for reflecting the emitted light--;

on page 17,   line 6, after "environmental indicator", please insert --96--;

line 9, after "an A/D converter", please insert --94--;

after "inputs of the microcontroller", please insert --92--;

line 10, after "The microcontroller", please insert --92--;

line 12, after "register values." please insert --The microcontroller 92 may be coupled to a transceiver 95 for transmitting and receiving signals. A current switch 90, coupled to the microcontroller 92, may be used to control the current supply to LEDs 120, 140, and 160 of different colors--

C 2

*In the claims:*

3  32.    (Amended) A modular LED illumination assembly comprising:

a power module having a terminal for attachment to a power supply; and

a light module comprising a plurality of LEDs and having an electrical connector removably attachable to the power module;

C 3

the power module further comprising a current regulator for controlling maximum current supplied to the plurality of LED's, and the light module further comprising means for programming the current regulator;

whereby [different light modules having a different plurality of LED's and different light intensity ratings] the light module is [may be] capable of being conveniently interchanged with a different light module having a different light intensity rating.

34.    (Amended) A method for controlling current through an LED assembly comprising the steps of:

providing a memory location;

placing a numerical value in the memory location indicative of the duty cycle of a pulse width modulated waveform;

C 4

closing an LED circuit between supply and ground when the waveform is in one state, and opening the LED circuit when the waveform is in [the other] another state;

changing the numerical value in the memory location upon receipt of a new numerical value over a computer network.

-2-

## REMARKS

Figure 8 has been amended to provide a reference number for the lens assembly, and this number has been incorporated into the specification. The transceiver originally claimed has been included in the drawings and the specification. No new matter is being added.

Applicant has amended claim 22 to more clearly set forth the interchangeable nature of the light module.

Figures 3, 8, and 9 have been amended to provide reference numbers for the open end, illumination end, reflective interior portion, current switching means, and other portions depicted in the Figures and present in the claims as originally filed. These numbers have been incorporated into the specification as well, and a sentence describing the current switch as shown in the drawings and recited in the originally presented claims has been added. No new matter is being added.

Applicants have supplied additional reference numbers to better clarify the subject matter disclosed in the specification. No new matter is being added.

Applicants submit that the above amendments enter no new matter and raise no new issues. A revised set of informal drawings reflecting the above changes is provided herewith. If there are any questions raised by this submission, Applicants respectfully request that the Examiner contact the undersigned at (617) 832-1000.

Respectfully submitted,
FOLEY, HOAG, & ELIOT

Dated: August 11, 2000

David P. Halstead, Ph.D.
Reg. No. 44,735

Patent Group
Foley, Hoag & Eliot LLP
One Post Office Square
Boston, MA 02109-2170
Tel: (617) 832-1000
FAX: (617) 832-7000

369715.1                                    -3-



Fig. 1



Fig. 2



Fig 3



Fig. 4



Fig. 5



Fig. 6

Fig. 7



## Fig. 8



## Fig. 9



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address:   COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 09/425,770 | 10/22/99 | MUELLER            G | CKC-00402 |

MMC2/0929

PATENT GROUP
FOLEY HOAG & ELIOT LLP
ONE POST OFFICE SQUARE
BOSTON MA 02109-2170

| EXAMINER |
|---|
| PHILOGENE, H |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2821 | 12 |

DATE MAILED:    09/29/00

**Please find below and/or attached an Office communication concerning this application or proceeding.**

Commissioner of Patents and Trademarks

| *Response to Rule 312 Communication* | Application No. 09/425,770 | Applicant(s) George G. Mueller et al. |
|---|---|---|
| | Examiner Haissa Philogene | Group Art Unit 2821 |

☐ The petition filed on _____ under 37 CFR 1.312(b) is granted.  The paper has been forwarded to the examiner for consideration on the merits.

☒ The amendment filed on ___*Aug 15, 2000*___ under 37 CFR 1.312 has been considered, and has been:

   ☐ entered.

   ☒ entered as directed to matters of form not affecting the scope of the invention (Order 3311).

   ☐ disapproved.  See explanation below.

   ☐ entered in part.  See explanation below.

*The informal drawings provided herewith have been approved.*

Haissa Philogene
Primary Examiner
A.U. 2821

**PART B—ISSUE FEE TRANSMITTAL**

Complete and mail this form, together with applicable fees, to:    **Box ISSUE FEE**
**Assistant Commissioner for Patents**
**Washington, D.C. 20231**

*(OIPE stamp: SEP 2 1 2000)*

**MAILING INSTRUCTIONS:** This form should be used for transmitting the ISSUE FEE. Blocks 1 through 4 should be completed where appropriate. All further correspondence including the Issue Fee Receipt, the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

Note: The certificate of mailing below can only be used for domestic mailings of the Issue Fee Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing.

**Certificate of Mailing**

I hereby certify that this Issue Fee Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Box Issue Fee address above on the date indicated below.

CURRENT CORRESPONDENCE ADDRESS (Note: Legibly mark-up with any corrections or use Block 1)

MMC2/0616

PATENT GROUP
FOLEY HOAG & ELIOT LLP
ONE POST OFFICE SQUARE
BOSTON MA 02109-2170

Robert King _____ (Depositor's name)

_____ (Signature)

September 18, 2000 (Date)

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| 09/425,770 | 10/22/99 | 011 | PHILOGENE, H | 2821 | 06/16/00 |

| First Named Applicant | MUELLER, | 35 USC 154(b) term ext. = 0 Days. |
|---|---|---|

TITLE OF INVENTION   MULTICOLORED LED LIGHTING METHOD AND APPARATUS

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 2 CKC-00402 | 315-291.000 | N98 | UTILITY | YES | $605.00 | 09/18/00 |

**1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).** Use of PTO form(s) and Customer Number are recommended, but not required.

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47) attached.

**2.** For printing on the patent front page, list (1) the names of up to 3 registered patent attorneys or agents or, alternatively, (2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 Foley, Hoag, & Eliot LLP

2 _____

3 _____

**3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT** (print or type)
**PLEASE NOTE:** Unless an assignee is identified below, no assignee data will appear on the patent. Inclusion of assignee data is only appropriate when an assignment has been previously submitted to the PTO or is being submitted under separate cover. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE   Color Kinetics, Incorporated

(B) RESIDENCE: (CITY & STATE OR COUNTRY)   Boston, Massachusetts

Please check the appropriate assignee category indicated below (will not be printed on the patent)

☐ individual   ☐ corporation or other private group entity   ☐ government

**4a.** The following fees are enclosed (make check payable to Commissioner of Patents and Trademarks):

☒ Issue Fee

☒ Advance Order - # of Copies   ten (10)

**4b.** The following fees or deficiency in these fees should be charged to:

DEPOSIT ACCOUNT NUMBER 06-1448
(ENCLOSE AN EXTRA COPY OF THIS FORM)

☐ Issue Fee

☐ Advance Order - # of Copies

The COMMISSIONER OF PATENTS AND TRADEMARKS is requested to apply the Issue Fee to the application identified above.

(Authorized Signature) _____   (Date) 9/18/00

NOTE: The Issue Fee will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the Patent and Trademark Office.

09/22/2000 HMOLDER2 00000031 09425770
01 FC:142    605.00 OP
02 FC:561    30.00 OP

0-00

**Burden Hour Statement:** This form is estimated to take 0.2 hours to complete. Time will vary depending on the needs of the individual case. Any comments on the amount of time required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, D.C. 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND FEES AND THIS FORM TO: Box Issue Fee, Assistant Commissioner for Patents, Washington D.C. 20231

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

**TRANSMIT THIS FORM WITH FEE**

PTOL-85B (REV.10-96) Approved for use through 06/30/99. OMB 0651-0033    Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of:                    )
    MUELLER, et al.                      )        Atty. Docket No.: CKC-004.02
                             )
Appl. No.: 09/425,770                    )        Art Unit: 2821
                             )
Filed: October 22, 1999                  )        Examiner: H. Philogene
                             )        *Batch No. N98*
For:  MULTICOLORED LED LIGHTING         )
      METHOD AND APPARATUS                )

*[USPTO stamp: SEP 2 1 2000 — OIPE / PATENT & TRADEMARK OFFICE]*

---

**CERTIFICATE OF MAILING UNDER 37 C.F.R. §1.8(a)**

   I hereby certify that this correspondence is being deposited with the United States Postal Service, postage prepaid, in an envelope addressed to: Box Issue Fee, Assistant Commissioner for Patents, Washington, D.C. 20231, on September 18, 2000.

                                       Robert King

---

Box Issue Fee
Assistant Commissioner for Patents
Washington, D.C.  20231

Sir:

### ISSUE FEE TRANSMITTAL

     In response to the Notice of Allowance and Issue Fee Due, dated June 16, 2000, for the above-referenced application, enclosed is a check for $635.00 to cover the issue fee and 10 soft copies, and PTOL Form 85B.

     Although we believe that we have appropriately provided for any fees due in connection with this submission, the Commissioner is authorized to credit any overpayment or charge any deficiencies to our **Deposit Account No. 06-1448**.

20/423066.1

If there are any questions after reviewing these papers, the Examiner can contact the undersigned at (617) 832-1701.

Respectfully submitted,

FOLEY, HOAG & ELIOT LLP

September 18, 2000

Robert A. Mazzarese
Registration No. 42,882

Patent Group
Foley, Hoag & Eliot LLP
One Post Office Square

Boston, MA 02109-2170
Tel. No. (617) 832-1000
Fax. No. (617) 832-7000

20/423066.1                    - 2 -

103

#
13
31

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of:                     )
    MUELLER, et al.                      )          Atty. Docket No.: CKC-004.02
                                         )
Appl. No.: 09/425,770                     )          Art Unit: 2821
                                         )
Filed:  October 22, 1999                  )          Examiner: H. Philogene
                                         )
For: MULTICOLORED LED LIGHTING            )          *Batch No. N98*
    METHOD AND APPARATUS                  )

*(stamp: OIPE  SEP 2 1 2000  PATENT & TRADEMARK OFFICE)*

---

**CERTIFICATE OF MAILING UNDER 37 C.F.R. §1.8(a)**

    I hereby certify that this correspondence is being deposited with the United States Postal Service, postage prepaid, in an envelope addressed to: Box Issue Fee, Assistant Commissioner for Patents, Washington, D.C.  20231, on September 18, 2000.

                                        Robert King

---

Box Issue Fee
Assistant Commissioner for Patents
Washington, D.C.  20231


Sir:

### SUBMISSION OF FORMAL DRAWINGS

    Applicants hereby submit 6 sheets of formal drawings containing Figures 1-9 for the above-referenced application.

    If there are any questions after reviewing this paper, the Examiner is invited to contact the undersigned at (617) 832-1701.

                                 Respectfully submitted,
                                 FOLEY, HOAG & ELIOT LLP


September 18, 2000

                                 Robert A. Mazzarese
                                 Reg. No. 42,852

Patent Group
Foley, Hoag & Eliot LLP
One Post Office Square
Boston, MA  02109-2170


20/423061.1

1/6

**6150774**



Fig. 1

2/6



Fig. 2

3/6



Fig 3

4/6



Fig. 4



Fig. 5

5/6



Fig. 6



Fig. 7

6/6



Fig. 8



Fig. 9





OIPE JC 35
SEP 2 1 2000
PATENT & TRADEMARK OFFICE

Form PTO 948 (Rev. 8-98)     U.S. DEPARTMENT OF COMMERCE - Patent and Trademark Office     Application No. 9/425770

# NOTICE OF DRAFTSPERSON'S
## PATENT DRAWING REVIEW

The drawing(s) filed (insert date) 10/22/99 are:

A. ☐ approved by the Draftsperson under 37 CFR 1.84 or 1.152.

B. ☑ objected to by the Draftsperson under 37 CFR 1.84 or 1.152 for the reasons indicated below. The Examiner will require submission of new, corrected drawings when necessary. Corrected drawing must be submitted according to the instructions on the back of this notice.

1. **DRAWINGS.** 37 CFR 1.84(a): Acceptable categories of drawings:
   Black ink. Color.
   ____ Color drawings are not acceptable until petion is granted.
   Fig(s) ____
   ____ Pencil and non black ink not permitted. Fig(s) ____

2. **PHOTOGRAPHS.** 37 CFR 1.84 (b)
   ____ 1 full-tone set is required. Fig(s) ____
   ____ Photographs not properly mounted (must use bristol board or photographic double-weight paper). Fig(s) ____
   ____ Poor quality (half-tone). Fig(s) ____

3. **TYPE OF PAPER.** 37 CFR 1.84(e)
   ____ Paper not flexible, strong, white, and durable. Fig(s) ____
   ____ Erasures, alterations, overwritings, interlineations, folds, copy machine marks not accepted. Fig(s) ____
   ____ Mylar, velum paper is not acceptable (too thin). Fig(s) ____

4. **SIZE OF PAPER.** 37 CFR 1.84(f): Acceptable sizes:
   ____ 21.0 cm by 29.7 cm (DIN size A4)
   ____ 21.6 cm by 27.9 cm (8 1/2 x 11 inches)
   ____ All drawing sheets not the same size. Sheet(s) ____
   ____ Drawings sheets not an acceptable size. Fig(s) ____

5. **MARGINS.** 37 CFR 1.84(g): Acceptable margins:
   Top 2.5 cm Left 2.5cm Right 1.5 cm Bottom 1.0 cm
   SIZE: A4 Size
   Top 2.5 cm Left 2.5 cm Right 1.5 cm Bottom 1.0 cm
   SIZE: 8 1/2 x 11
   Margins not acceptable. Fig(s) ____
   ____ Top (T)    ____ Left (L)
   ____ Right (R)   ____ Bottom (B)

6. **VIEWS.** 37 CFR 1.84(h)
   **REMINDER:** Specification may require revision to correspond to drawing changes.
   Partial views. 37 CFR 1.84(h)(2)
   ____ Brackets needed to show figure as one entity. Fig(s) ____
   ____ Views not labeled separately or properly. Fig(s) ____
   ____ Enlarged view not labeled separetely or properly. Fig(s) ____

7. **SECTIONAL VIEWS.** 37 CFR 1.84 (h)(3)
   ____ Hatching not indicated for sectional portions of an object. Fig(s) ____
   ____ Sectional designation should be noted with Arabic or Roman numbers. Fig(s) ____

8. **ARRANGEMENT OF VIEWS.** 37 CFR 1.84(i)
   ____ Words do not appear on a horizontal, left-to-right fashion when page is either upright or turned so that the top becomes the right side, except for graphs. Fig(s) ____

9. **SCALE.** 37 CFR 1.84(k)
   ____ Scale not large enough to show mechanism without crowding when drawing is reduced in size to two-thirds in reproduction.
   Fig(s) ____

10. **CHARACTER OF LINES, NUMBERS, & LETTERS.** 37 CFR 1.84(l)
    ____ Lines, numbers & letters not uniformly thick and well defined, clean, durable, and black (poor line quality).
    Fig(s) ____

11. **SHADING.** 37 CFR 1.84(m)
    ____ Solid black areas pale. Fig(s) ____
    ____ Solid black shading not permitted. Fig(s) ____
    ____ Shade lines, pale, rough and blurred. Fig(s) ____

12. **NUMBERS, LETTERS, & REFERENCE CHARACTERS.** 37 CFR 1.84(p)
    ____ Numbers and reference characters not plain and legible. Fig(s) ____
    ____ Figure legends are poor. Fig(s) ____
    ____ Numbers and reference characters not oriented in the same direction as the view. 37 CFR 1.84(p)(1) Fig(s) ____
    ____ English alphabet not used. 37 CFR 1.84(p)(2) Figs ____
    ____ Numbers, letters and reference characters must be at least .32 cm (1/8 inch) in height. 37 CFR 1.84(p)(3) Fig(s) ____

13. **LEAD LINES.** 37 CFR 1.84(q)
    ____ Lead lines cross each other. Fig(s) ____
    ____ Lead lines missing. Fig(s) ____

14. **NUMBERING OF SHEETS OF DRAWINGS.** 37 CFR 1.84(t)
    ____ Sheets not numbered consecutively, and in Arabic numerals beginning with number 1. Sheet(s) ____

15. **NUMBERING OF VIEWS.** 37 CFR 1.84(u)
    ____ Views not numbered consecutively, and in Arabic numerals, beginning with number 1. Fig(s) ____

16. **CORRECTIONS.** 37 CFR 1.84(w)
    ____ Corrections not made from prior PTO-948 dated ____

17. **DESIGN DRAWINGS.** 37 CFR 1.152
    ____ Surface shading shown not appropriate. Fig(s) ____
    ____ Solid black shading not used for color contrast. Fig(s) ____

**COMMENTS**

REVIEWER  6  [signature]  DATE 1/18/00    TELEPHONE NO. 0033058404

ATTACHMENT TO PAPER NO. ____

111



# FOLEY, HOAG & ELIOT LLP

ONE POST OFFICE SQUARE
BOSTON, MASSACHUSETTS 02109-2170

_____

TELEPHONE 617-832-1000
FACSIMILE 617-832-7000
www.fhe.com

1747 PENNSYLVANIA AVENUE, N.W.
SUITE 1200
WASHINGTON, D.C. 20006
TEL: 202-223-1200
FAX: 202-785-6687

ROBERT A. MAZZARESE ESQ.
(617) 832-1701
RMAZZARE@FHE.COM

September 18, 2000

Box ISSUE FEE
Assistant Commissioner for Patents
Washington, D.C. 20231

Re:        U.S. Patent Application Serial No.: 09/425,770
           Filed: October 22, *1999*
           Title: **MULTICOLORED LED LIGHTING
                   METHOD AND APPARATUS**
           Applicant: Mueller, et al.
           Examiner: H. Philogene; Group Art Unit: 2821
           Batch No.: N98
           <u>Our Reference No.: CKC-004.02 (20169-402)</u>

Dear Sir:

        I enclose herewith for filing in the above-identified application the following:

1.    Issue Fee Transmittal;
2.    Copy of Form PTOL-85B;
3.    Submission of Formal Drawings;
5.    6 Sheets of Formal Drawings (Figures 1-9);
6.    Copy of PTO Form 948;
7.    Check in the amount of $635.00 (issue fee and soft copies); and
9.    Return receipt postcard.

        Please charge any necessary fees to our Deposit Account No. 06-1448.  The undersigned requests any extensions of time necessary to respond.  A duplicate of this sheet is enclosed.

<table>
<tr><td>

I hereby certify that this correspondence is deposited with the United States Postal Service as first class mail in an envelope addressed to:  Assistant Commissioner for Patents, Box ISSUE FEE, Washington, DC 20231 on:

_____September 18, 2000_____
Date

_____

Robert King

</td><td>

Respectfully submitted,

_____

Robert A. Mazzarese
Reg. No. 42,852
Agent for Applicant (s)

</td></tr>
</table>

COPY

20/423079.1

T.D. INFORMAL MEMO: DO NOT MAIL THIS MEMO TO APPLICANT

DATE:     <u>11-Jun-00</u>                                          APPL. S.N.:     <u>09/425,770</u>

TO: EXAMINER     **Philogene, Haissa**                ART UNIT:     <u>2821</u>

FROM:     <u>Preston, Renee</u>

PARALEGAL SPECIALIST                    RETURN THIS MEMO TO:   CP4-6D28

SUBJECT:     Decision on Terminal Disclaimer (T.D.) filed   |   25-May-00   |

INSTRUCTIONS: I have reviewed the submitted T.D. with the results as set forth below. If you agree, please use the appropriate form paragraphs identified by this informal memo in your next Office action to notify applicant of the T.D. If you disagree or have any questions, please see me or the Special Program Examiner. THIS IS AN INFORMAL, INTERNAL MEMO ONLY. IT MUST NOT BE (1) MAILED TO APPLICANT OR (2) PLACED OF RECORD IN THE APPLICATION FILE. When your action is complete, please initial, date and return this memo to me. THANK YOU.

☑ The T.D. is PROPER and has been recorded (see ¶14.23).

☐ The T.D. is NOT PROPER and has not been accepted for the reason(s) checked below (see ¶ 14.24):

  ☐ The TD fee of |         | has not been submitted nor is there any authorization in the application file for the use of a deposit account (see ¶ 14.26.07).

  ☐ The T.D. does not satisfy Rule 321 in that the person who has signed the T.D. has not stated the extent of his/her interest (and/or the extent of the interest of the business entity represented by the signature) in the application/patent (see ¶ ¶ 14.26 & 14.26.01).

  ☐ The T.D. lacks the enforceable only during common ownership clause – needed to overcome a non-statutory double patenting rejection, Rule 321(b) (see ¶ 14.27.01).

  ☐ The T.D. is directed to a particular claim(s), which is not acceptable since "the disclaimer must be for a terminal portion of the term of the <u>entire</u> patent to be granted" (MPEP 1490) (see ¶ ¶ 14.26 & 14.26.02).

  ☐ The person who signed the T.D.:

    ☐ is not an attorney "of record" (see ¶ ¶ 14.29 and 14.29.01).

    ☐ has failed to state his/her capacity to sign for the business entity (see ¶ 14.28).

    ☐ is not recognized as an officer of the assignee (see ¶ ¶ 14.29 & possible 14.29.02).

  ☐ No documentary evidence of a chain of title from the original inventor(s) to assignee has been submitted, nor is the reel and frame number specified as to where such evidence is recorded in the Office (see 37 CFR 3.73(b) and 1140 O.G. 72). NOTE: This documentary evidence or the specifying of the reel and frame number may be found in the T.D. or in a separate paper of record in the application (see ¶ 14.30).

  ☐ The T.D. is not signed (see ¶ ¶ 14.26 & 14.26.03).

  ☐ The serial number of the application (or the number of the patent) which forms the basis for the double patenting rejection is missing or incorrect (see ¶ 14.32).

  ☐ The serial number of this application (or the number of the patent in reexam or reissue cases being disclaimed is missing or incorrect (see ¶ ¶ 14.26, 14.27.02 or 14.26.05).

  ☐ The period disclaimed is incorrect or not specified (see ¶ ¶ 14.26, 14.27.02 or 14.26.03).

  ☐ Other: |                                                                    |

  ☐ Suggestion to request refund (see ¶ 14.36). NOTE: If already authorized, credit refund to deposit account and **do not** check this item.

I have appropriately notified applicant(s) of the status of the Terminal Disclaimer filed in this case.

Ex. Initials:_____     Date:_____                          Log Date

Special Program Database, Version 2     (Rev. 5/98)  |  Routing Slip Printed On:  |  Sunday, June 11, 2000 11:18:00 AM

FORM PTO—1002
(REV. 6—76)

NEW PATENT APPLICATION   CHECKLIST FOR MATTERS OF FORM

U. S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE

SERIAL NO.
09/425,770

Examiner:
The items checked below have been noted in processing this application as filed.
After the typist has included these statements in the first Office action, please initial this form in the margin to the left of the appropriate paragraph.  Please do NOT remove from the file jacket.

1. SPECIFICATION, JUMBO APPLICATION NOT CHECKED FOR MINOR ERRORS  (If more than 20 pages of description, exclusive of claims.)

☐  Because of the lengthy specification in this application, it has not been checked to the extent necessary to determine the presence of all possible minor errors.  Applicant's cooperation is  therefore  requested in promptly correcting any errors of which he may become aware in the specification or drawings.

2. RESIDENCE OMITTED  (MPEP 605.02 and 603.03)

☐  Applicant's residence has been omitted from the papers.  The city and state of his post—office address will be presumed to be the city and state of his residence.  If the above is incorrect, applicant should submit a statement of his place of residence no later than at the time of payment of the issue fee.

3. PRIORITY PAPERS, ACKNOWLEDGMENT  (MPEP 201.14(c))

☐  Receipt is acknowledged of papers submitted under 35 U.S.C. 119, which papers have been placed of record in the file.

4. PRIORITY PAPERS, ACKNOWLEDGMENT, PAPERS IN PARENT APPLICATION (MPEP 201.14(b))

☐  Applicant's claim for priority, based on papers filed in parent application Serial No. _____ submitted under 35 U.S.C. 119, is acknowledged.

5. PRIORITY, CLAIM FOR BUT NO PAPERS FILED (MPEP 201.14(c))

☑  Acknowledgment is made of applicant's claim for priority based on an application filed in ___PCT___ on _8/26/97_ .  It is noted, however, that applicant has not filed a certified copy of said application as required by 35 U.S.C. 119.

6. PRIORITY PAPERS, MORE THAN ONE YEAR SINCE FILING IN FOREIGN COUNTRY (MPEP 201.14(c))

☐  Receipt is acknowledged of the filing on _____ , of a certified copy of the _____ application referred to in the _____ .* A claim for priority can not be based on said applica- tion, since the United States application was filed more than twelve months thereafter.

7. PRIORITY, REFERENCE IN OATH OR DECLARATION OMITTED (MPEP 201.14(c))

☐  Receipt is acknowledged of papers filed _____ , based on an application filed in _____ on _____ .  Applicant has not complied with the requirements of Rule 65(a), since the _____ does not acknowledge the filing of any foreign application.  A new _____ is required.

* INSERT EITHER "DECLARATION" OR "OATH" WHICHEVER IS APPLICABLE.

CLERK

DATE   March 2, 2000

*U.S. GPO: 1997-417-376/60X

# PATENT APPLICATION FEE DETERMINATION RECORD
### Effective November 10, 1998

**Application or Docket Number**

425770

## CLAIMS AS FILED - PART I

| FOR | NUMBER FILED (Column 1) | NUMBER EXTRA (Column 2) |
|---|---|---|
| BASIC FEE | | |
| TOTAL CLAIMS | 11 minus 20= | * |
| INDEPENDENT CLAIMS | 5 minus 3 = | * 2 |
| MULTIPLE DEPENDENT CLAIM PRESENT | | |

**SMALL ENTITY TYPE** ☐  **OR**  **OTHER THAN SMALL ENTITY**

| RATE | FEE | | RATE | FEE |
|---|---|---|---|---|
| | 380.00 | OR | | 760.00 |
| X$ 9= | | OR | X$18= | |
| X39= | | OR | X78= | 156.00 |
| +130= | | OR | +260= | |
| TOTAL | | OR | TOTAL | 916.00 |

* If the difference in column 1 is less than zero, enter "0" in column 2

## CLAIMS AS AMENDED - PART II

**AMENDMENT A** (Re-Amdt)

| | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) |
|---|---|---|---|
| Total | * 11 | Minus ** 20 | = |
| Independent | * 5 | Minus *** 5 | = |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | |

**SMALL ENTITY**  **OR**  **OTHER THAN SMALL ENTITY**

| RATE | ADDI-TIONAL FEE | | RATE | ADDI-TIONAL FEE |
|---|---|---|---|---|
| X$ 9= | | OR | X$18= | |
| X39= | | OR | X78= | |
| +130= | | OR | +260= | |
| TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

**AMENDMENT B**

| | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) |
|---|---|---|---|
| Total | * 11 | Minus ** 20 | = |
| Independent | * 5 | Minus *** 5 | = |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | |

| RATE | ADDI-TIONAL FEE | | RATE | ADDI-TIONAL FEE |
|---|---|---|---|---|
| X$ 9= | | OR | X$18= | |
| X39= | | OR | X78= | |
| +130= | | OR | +260= | |
| TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

**AMENDMENT C**

| | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) |
|---|---|---|---|
| Total | * | Minus ** | = |
| Independent | * | Minus *** | = |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | |

| RATE | ADDI-TIONAL FEE | | RATE | ADDI-TIONAL FEE |
|---|---|---|---|---|
| X$ 9= | | OR | X$18= | |
| X39= | | OR | X78= | |
| +130= | | OR | +260= | |
| TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20."
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3."
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

FORM PTO-875 (Rev. 11/98)    *U.S. Government Printing Office: 1999 — 459-072/19142    Patent and Trademark Office, U.S. DEPARTMENT OF COMMERCE