# Exhibit B
# Part 4

ISSUE SLIP STAPLE AREA (for additional cross references)

| POSITION | INITIALS | ID NO. | DATE |
|---|---|---|---|
| FEE DETERMINATION | | 7S331 | |
| O.I.P.E. CLASSIFIER | | | |
| FORMALITY REVIEW | | | 11-18-98 |

## INDEX OF CLAIMS

- ✓ .............................. Rejected
- = .............................. Allowed
- — (Through numeral) Canceled
- ÷ .............................. Restricted
- N .............................. Non-elected
- I .............................. Interference
- A .............................. Appeal
- O .............................. Objected

| Claim | | Date | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Final | Original | 4/5/00 | 6/16/00 | | | | | | | | | | |
| 1 | 1 | | = | | | | | | | | | | |
| | 2 | | — | | | | | | | | | | |
| | 3 | | — | | | | | | | | | | |
| 2 | 4 | ✓ | = | | | | | | | | | | |
| | 5 | | — | | | | | | | | | | |
| | 6 | | | | | | | | | | | | |
| | 7 | | | | | | | | | | | | |
| | 8 | | | | | | | | | | | | |
| | 9 | | | | | | | | | | | | |
| | 10 | | | | | | | | | | | | |
| | 11 | | | | | | | | | | | | |
| | 12 | | | | | | | | | | | | |
| | 13 | | | | | | | | | | | | |
| | 14 | | | | | | | | | | | | |
| | 15 | | | | | | | | | | | | |
| | 16 | | | | | | | | | | | | |
| | 17 | | | | | | | | | | | | |
| | 18 | | | | | | | | | | | | |
| | 19 | | | | | | | | | | | | |
| | 20 | ✓ | ✓ | | | | | | | | | | |
| | 21 | | — | | | | | | | | | | |
| 3 | 22 | = | = | | | | | | | | | | |
| 4 | 23 | ✓ | ↑ | | | | | | | | | | |
| 5 | 24 | ✓ | | | | | | | | | | | |
| 6 | 25 | O | | | | | | | | | | | |
| 7 | 26 | ✓ | | | | | | | | | | | |
| 8 | 27 | ✓ | ↓ | | | | | | | | | | |
| | 28 | | — | | | | | | | | | | |
| | 29 | | ↑ | | | | | | | | | | |
| | 30 | | — | | | | | | | | | | |
| | 31 | | ✓ | | | | | | | | | | |
| 9 | 32 | = | N | | | | | | | | | | |
| 10 | 33 | = | | | | | | | | | | | |
| 11 | 34 | ✓ | = | | | | | | | | | | |
| | 35 | | — | | | | | | | | | | |
| | 36 | | | | | | | | | | | | |
| | 37 | | | | | | | | | | | | |
| | 38 | | | | | | | | | | | | |
| | 39 | | | | | | | | | | | | |
| | 40 | | | | | | | | | | | | |
| | 41 | | | | | | | | | | | | |
| | 42 | | | | | | | | | | | | |
| | 43 | | | | | | | | | | | | |
| | 44 | | | | | | | | | | | | |
| | 45 | | | | | | | | | | | | |
| | 46 | | | | | | | | | | | | |
| | 47 | | | | | | | | | | | | |
| | 48 | | | | | | | | | | | | |
| | 49 | | | | | | | | | | | | |
| | 50 | | | | | | | | | | | | |

| Claim 51–100 | (blank) |
|---|---|

| Claim 110–150 | (blank) |
|---|---|

If more than 150 claims or 10 actions
staple additional sheet here

(LEFT INSIDE)

| SEARCHED | | | | SEARCH NOTES (INCLUDING SEARCH STRATEGY) | | |
|---|---|---|---|---|---|---|
| Class | Sub. | Date | Exmr. | | Date | Exmr. |
| 315 | 291 | 4/5/00 | hp | WEST search | 4/5/00 | hp |
| ↓ | 292 | ↓ | ↓ | | | |
| | 295 | | | | | |
| | 300 | | | | | |
| | 308 | | | | | |
| | 312 | | | | | |
| | 302 | | | | | |
| | 314 | | | | | |
| | 76 | | | | | |
| | 360 | | | | | |
| ↓ | 362 | ↓ | ↓ | | | |
| Updated Search above | | 6/16/00 | hp | | | |

| INTERFERENCE SEARCHED | | | |
|---|---|---|---|
| Class | Sub. | Date | Exmr. |
| 315 | 291 | 6/16/00 | hp |
| | 292 | | |
| | 312 | | |
| ✓ | 362 | ✓ | ✓ |

(RIGHT OUTSIDE)

117