# Exhibit M

## CK'S Patents-In-Suit

