# Exhibit N



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 09/213,659 | 12/17/98 | LYS | CKC-012.08 |

PATENT GROUP
FOLEY HOAG & ELIOT LLP
ONE POST OFFICE SQUARE
BOSTON MA 02109-2170

MMC2/0426

| EXAMINER |
|---|
| TRAN, C |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2821 | |

DATE MAILED: 04/26/00

**Please find below and/or attached an Office communication concerning this application or proceeding.**

Commissioner of Patents and Trademarks

| | Application No. | Applicant(s) |
|---|---|---|
| **Office Action Summary** | 09/213,659 | George G. Mueller |
| | Examiner<br>Chuc Tran | Group Art Unit<br>2821 |

☒ Responsive to communication(s) filed on *Jan 27, 1999*

☐ This action is **FINAL**.

☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11; 453 O.G. 213.

A shortened statutory period for response to this action is set to expire ___3___ month(s), or thirty days, whichever is longer, from the mailing date of this communication. Failure to respond within the period for response will cause the application to become abandoned. (35 U.S.C. § 133). Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

**Disposition of Claims**

☒ Claim(s) *1-81* is/are pending in the application.

☐ Of the above, claim(s) _____ is/are withdrawn from consideration.

☒ Claim(s) *80 and 81* is/are allowed.

☒ Claim(s) *1-79* is/are rejected.

☐ Claim(s) _____ is/are objected to.

☐ Claims _____ are subject to restriction or election requirement.

**Application Papers**

☒ See the attached Notice of Draftsperson's Patent Drawing Review, PTO-948.

☐ The drawing(s) filed on _____ is/are objected to by the Examiner.

☐ The proposed drawing correction, filed on _____ is ☐ approved ☐ disapproved.

☐ The specification is objected to by the Examiner.

☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. § 119**

☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

  ☐ All ☐ Some* ☐ None of the CERTIFIED copies of the priority documents have been

    ☐ received.

    ☐ received in Application No. (Series Code/Serial Number) _____.

    ☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

  *Certified copies not received: _____

☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

**Attachment(s)**

☒ Notice of References Cited, PTO-892

☒ Information Disclosure Statement(s), PTO-1449, Paper No(s). ___6___

☐ Interview Summary, PTO-413

☒ Notice of Draftsperson's Patent Drawing Review, PTO-948

☐ Notice of Informal Patent Application, PTO-152

--- *SEE OFFICE ACTION ON THE FOLLOWING PAGES* ---

U. S. Patent and Trademark Office
PTO-326 (Rev. 9-95)                       Office Action Summary                       Part of Paper No. ___7___

Application/Control Number: 09/213,659 Page 2

Art Unit: 2821

### DETAILED ACTION

*Claim Rejections - 35 USC § 112*

1. The following is a quotation of the second paragraph of 35 U.S.C. 112:

> The specification shall conclude with one or more claims particularly pointing out and distinctly claiming the subject matter which the applicant regards as his invention.

2. Claims 29-79 are rejected under 35 U.S.C. 112, second paragraph, as being indefinite for failing to particularly point out and distinctly claim the subject matter which applicant regards as the invention.

The scope of these claims is not clearly defined. A method claim can not depend on an apparatus claim. A clarafication of whether claims 29-79 are directed to an independent method or a dependent apparatus is required.

*Claim Rejections - 35 USC § 102*

3. The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that form the basis for the rejections under this section made in this Office action:

> A person shall be entitled to a patent unless --
>
> (e) the invention was described in a patent granted on an application for patent by another filed in the United States before the invention thereof by the applicant for patent, or on an international application by another who has fulfilled the requirements of paragraphs (1), (2), and (4) of section 371(c) of this title before the invention thereof by the applicant for patent.

Application/Control Number: 09/213,659                                                                 Page 3

Art Unit: 2821

4.  Claims 1-79 are rejected under 35 U.S.C. 102(e) as being anticipated by Chliwnyj et al (USP. 5,924,784).

Regarding claims 1, 6, 18, 29-79, Chliwnyj et al disclose an illumination components comprising a light module having a plurality of LEDs, each LED being provided with a plurality of light-emitting semiconductor dies for generating a range of colors within a color spectrum (Col. 2, Line 39), a data communication link for connecting the plurality of LEDs (Col. 5, Line 26), and a processor for controlling the amount of electrical current supplied to the plurality of semiconductor dies in each LED, so that a particular amount of current supplied thereto generates a corresponding color within the color spectrum (Col. 3, Line 16) (Col. 5, Line 34), a power module for providing electrical current from a power source to the light module (Col. 5, Line 26).

Regarding claims 2, 4-5 and 9, Chliwnyj et al disclose an illumination components comprising a power module for providing electrical current from a power source to the light module, including means for programming the processor (Col. 5, Line 26).

Regarding claims 3, 10, 19, Chliwnyj et al disclose an illumination components comprising the light module includes an electrical connector for removably coupling the light module to the power module (Col. 11, Line1).

Regarding claims 7-8 and 20-21, Chliwnyj et al disclose an illumination components comprising the light module includes a receiver for facilitating communication between the

Application/Control Number: 09/213,659 Page 4

Art Unit: 2821

processor and the light module, the light module further includes a transmitter for facilitating communication with the processor (Col. 5, Line 10).

Regarding claims 11-15, 22, 24 and 26, Chliwnyj et al disclose an illumination components comprising the plurality of LEDs, in the light module is arranged linearly in series within a strip, wherein the strip of LEDs includes a mechanism to permit coupling of a plurality of strips between modular LED units, wherein the plurality of LEDs in the light module is arranged in within a geometrical panel, wherein the geometrical panel of LEDs includes a mechanism to permit coupling of a plurality of panels between modular LED units, wherein the plurality of LEDs in the light module is arranged to represent a three dimensional structure (Col. 2, Line 57).

Regarding claims 16-17, 23, 25 and 27-28, Chliwnyj et al disclose an illumination components comprising the three dimensional structure of LEDs includes a mechanism to permit coupling of a plurality of three dimensional structures between modular LED units. the coupling mechanism permits electrical and mechanical coupling between modular LED units (Col. 7, Line 36).

*Allowable Subject Matter*

5. Claims 80-81 are allowed.

Application/Control Number: 09/213,659                                                                 Page 5

Art Unit: 2821

Prior art Chliwnyj et al (USP. 5,924,784) do not disclose a light module comprising a heat spreader plate in contact with the housing for dissipating heat from the housing wherein the LED system includes a thermal connection to the heat spreader plate, the thermal connection includes a thermally conductive polymer.

*Conclusion*

Chliwnyj et al (USP. 5,924,784) Microprocessor based simulated electronic flame.

Mueller et al (USP. 6,016,038) Multicolored led lighting method and apparatus.

Mikolajczak et al (USP. 5,896,010) System for controlling lighting in an illuminating indicating device.

Kazar (USP. 5,008,595) Ornamental light display apparatus.

Any inquiry concerning this Office Action from the examiner should be directed to Examiner Chuc Tran whose telephone number is (703) 306-5984.

Any inquiry of a general nature or relating to the status of this application should be directed to the Group receptionist whose telephone number is (703) 308-0956.

Papers related to Group Art Unit 2821 applications only may be submitted to Group Art Unit 2821 by facsimile transmission. Any transmission not to be considered an official response must be clearly marked "DRAFT."

The faxing of such papers must conform with the notice published in the Official Gazette, 1096 OG 30 (November 15, 1989). The Group 2810 Fax Center number is (703) 308-7722.

Application/Control Number: 09/213,659                                    Page 6

Art Unit: 2821

TDC

Examiner

Art Unit 2821

April 21, 2000

Don Wong
Supervisory Patent Examiner
Technology Center 2800

| | | Application No. 09/213,659 | Applicant(s) George G. Mueller | |
|---|---|---|---|---|
| **Notice of References Cited** | | Examiner Chuc Tran | Group Art Unit 2821 | Page 1 of 1 |

### U.S. PATENT DOCUMENTS

| | DOCUMENT NO. | DATE | NAME | CLASS | SUBCLASS |
|---|---|---|---|---|---|
| A | 6,016,038 | 1/2000 | Mueller et al | 315 | 291 |
| B | 5,008,595 | 4/1991 | Kazar | 315 | 178 |
| C | 5,896,010 | 4/1999 | Mikolajczak et al | 315 | 77 |
| D | 5,924,784 | 7/1999 | Chliwnyj et al | 362 | 234 |
| E | | | | | |
| F | | | | | |
| G | | | | | |
| H | | | | | |
| I | | | | | |
| J | | | | | |
| K | | | | | |
| L | | | | | |
| M | | | | | |

### FOREIGN PATENT DOCUMENTS

| | DOCUMENT NO. | DATE | COUNTRY | NAME | CLASS | SUBCLASS |
|---|---|---|---|---|---|---|
| N | | | | | | |
| O | | | | | | |
| P | | | | | | |
| Q | | | | | | |
| R | | | | | | |
| S | | | | | | |
| T | | | | | | |

### NON-PATENT DOCUMENTS

| | DOCUMENT (Including Author, Title, Source, and Pertinent Pages) | DATE |
|---|---|---|
| U | | |
| V | | |
| W | | |
| X | | |

U. S. Patent and Trademark Office
TO-892 (Rev. 9-95)    Notice of References Cited    Part of Paper No. 7

Sheet 1 of 2

| Form PTO-1449 | | Docket Number (Optional) CKC-012.08 (20169-1208) | | Application Number 09/ 213,659 | | |
|---|---|---|---|---|---|---|
| INFORMATION DISCLOSURE CITATION IN AN APPLICATION (Use several sheets if necessary) | | Applicant Lys et al. | | | | |
| | | Filing Date December 17, 1998 | | Group Art Unit 2875 | | |
| **U.S. PATENT DOCUMENTS** | | | | | | |
| EXAMINER INITIAL | DOCUMENT NUMBER | | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
| TDC | AA | 5, 821, 695 | 10/13/98 | Vilanilam et al | 315 | 58 | 08/ 06/ 96 |
| | AB | 5, 769, 527 | 06/23/98 | Taylor et al | 362 | 85 | 06/ 07/ 95 |
| | AC | 5, 751, 118 | 05/12/98 | Mortimer | 315 | 291 | 07/ 07/ 95 |
| | AD | 5, 592, 051 | 01/07/97 | Korkala | 315 | 210 | 08/ 24/ 95 |
| | AE | 5, 545, 950 | 08/13/96 | Cho | 315 | 56 | 05/ 31/ 94 |
| | AF | 5, 504, 395 | 04/02/96 | Johnson et al. | 315 | 71 | 03/ 04/ 94 |
| | AG | 5, 575, 459 | 11/19/96 | Anderson | 362 | 240 | 04/ 27/ 95 |
| | AH | 5, 561, 346 | 10/01/96 | Byrne | 313 | 512 | 08/ 10/ 94 |
| | AI | 5, 463, 280 | 10/31/95 | Johnson | 315 | 187 | 03/ 03/ 94 |
| | AJ | 5, 436, 535 | 07/25/95 | Yang | 315 | 313 | 12/ 29/ 92 |
| | AK | 5, 420, 482 | 05/30/95 | Phares | 315 | 292 | 08/ 31/ 94 |
| | AL | 5, 410, 328 | 04/25/95 | Yoksza et al. | 345 | 82 | 03/ 28/ 94 |
| | AM | 5,406,176 | 04/11/95 | Sugden | 315 | 292 | 01/ 12/ 94 |
| | AN | 5, 404, 282 | 04/04/95 | Klinke et al. | 362 | 249 | 08/ 19/ 94 |
| | AO | 5, 388, 357 | 02/14/95 | Malita | 40 | 570 | 04/ 08/ 93 |
| | AP | 5, 374, 876 | 12/20/94 | Horibata et al. | 315 | 313 | 12/ 21/ 92 |
| | AQ | 5,357,170 | 10/18/94 | Luchaco et al. | 315 | 159 | 02/ 12/ 93 |
| | AR | 5,350, 977 | 09/27/94 | Hamamoto et al. | 315 | 291 | 06/ 08/ 93 |
| | AS | 5, 294, 865 | 03/15/94 | Haraden | 315 | 58 | 09/ 18/ 92 |
| | AT | 5, 282, 121 | 01/25/94 | Bornhorst et al. | 362 | 294 | 04/ 30/ 91 |
| | AU | 4, 887, 074 | 12/12/89 | Simon et al. | 340 | 782 | 01/ 20/ 88 |
| | AV | 4, 845, 481 | 07/04/89 | Havel | 340 | 762 | 10/ 24/ 86 |
| | AW | 4, 727, 289 | 02/23/88 | Uchida | 315 | 71 | 07/ 17/ 86 |
| | AX | 4, 625, 152 | 11/25/86 | Nakai | 315 | 317 | 07/ 09/ 84 |
| | AY | 4, 388, 567 | 06/14/83 | Yamazaki et al. | 315 | 291 | 02/ 25/ 81 |
| | AZ | 4, 367, 464 | 12/04/83 | Kurahashi et al. | 340 | 701 | 05/29/80 |
| | BA | 4, 420, 711 | 12/13/83 | Takahashi et al. | 315 | 296 | 06/ 11/ 82 |
| | BB | 4, 329, 625 | 05/11/82 | Nishizawa et al. | 315 | 158 | 07/ 17/ 79 |
| | BC | 4, 298, 869 | 11/03/81 | Okuno | 340 | 782 | 06/ 25/ 79 |
| | BD | 3, 746, 918 | 07/17/73 | Drucker et al. | 315 | 77 | 05/ 24/ 71 |

366448.1

| Form PTO-1449 | | Docket Number (Optional) CKC-012.08 (20169-1208) | | Application Number 09/ 213,659 | | | |
|---|---|---|---|---|---|---|---|
| INFORMATION DISCLOSURE CITATION IN AN APPLICATION (Use several sheets if necessary) | | Applicant Lys et al. | | | | | |
| | | Filing Date December 17, 1998 | | Group Art Unit 2875 | | | |

## FOREIGN PATENT DOCUMENTS

| TDC | | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | Translation YES | Translation NO |
|---|---|---|---|---|---|---|---|---|
| | BE | WO 96 41098 | 12/19/96 | PCT | | | | |
| | BF | WO 95 13498 | 05/18/95 | PCT | | | | |
| | BG | WO 94 18809 | 08/18/94 | PCT | | | | |
| | BH | WO 89 05086 | 06/01/89 | PCT | | | | |
| | BI | EP 0752 632 A2 | 01/08/97 | EP | | | | NO |
| | BJ | EP 0534 710 B1 | 01/17/96 | European Patent Application | | | | |
| | BK | CA 2 178 432 | 12/08/96 | Canada | | | | |
| | BL | FR 2 640 791 | 06/22/90 | France | | | | NO |
| | BM | GB 2 176 042 A | 12/10/86 | U K | | | | NO |
| | BN | AU 6 267 9 | 12/30/96 | Australia | | | | |
| | BO | JP 0604 3830 | 02/18/94 | Japan | | | Yes | |
| | BP | JP 9 320 766 | 12/12/97 | Japan | | | | |

**OTHER DOCUMENTS**       *(Including Author, Title, Date, Pertinent Pages, Etc.)*

| | BQ | "LM117/LM317A/LM317 3-Terminal Adjustable Regulator", National Semiconductor Corporation, May 1997, pp. 1-20. |
|---|---|---|
| | BR | "DS96177 RS-485 / RS-422 Differential Bus Repeater", National Semiconductor Corporation, February 1996, pp. 1-8 |
| | BS | "DS2003 / DA9667 / DS2004 High Current / Voltage Darlington Drivers", National Semiconductor Corporation, December 1995, pp. 1-8 |
| | BT | "LM140A / LM140/LM340A/LM7800C Series 3- Terminal Positive Regulators", National Semiconductor Corporation, January 1995, pp. 1-14. |

EXAMINER: [signature]   DATE CONSIDERED: 4/21/2000

EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP § 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to the applicant.

Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

366448.1

Form PTO 948 (Rev. 8-98)    U.S. DEPARTMENT OF COMMERCE - Patent and Trademark Office    Application No. 09/213659

## NOTICE OF DRAFTSPERSON'S
## PATENT DRAWING REVIEW

The drawing(s) filed (insert date) 12/17/98 are:
A. ☐ Approved by the Draftsperson under 37 CFR 1.84 or 1.152.
B. ☑ objected to by the Draftsperson under 37 CFR 1.84 or 1.152 for the reasons indicated below. The Examiner will require submission of new, corrected drawings when necessary. Corrected drawing must be submitted according to the instructions on the back of this notice.

1. DRAWINGS. 37 CFR 1.84(a): Acceptable categories of drawings:
   Black ink. Color.
   ___ Color drawings are not acceptable until petition is granted. Fig(s) ___
   ___ Pencil and non black ink not permitted. Fig(s) ___
2. PHOTOGRAPHS. 37 CFR 1.84 (b)
   ___ 1 full-tone set is required. Fig(s) ___
   ___ Photographs not properly mounted (must use bryslol board or photographic double-weight paper). Fig(s) ___
   ___ Poor quality (half-tone). Fig(s) ___
3. TYPE OF PAPER. 37 CFR 1.84(e)
   ___ Paper not flexible, strong, white, and durable. Fig(s) ___
   ___ Erasures, alterations, overwritings, interlineations, folds, copy machine marks not accepted. Fig(s) ___
   ___ Mylar, velum paper is not acceptable (too thin). Fig(s) ___
4. SIZE OF PAPER. 37 CFR 1.84(f): Acceptable sizes:
   ___ 21.0 cm by 29.7 cm (DIN size A4)
   ___ 21.6 cm by 27.9 cm (8 1/2 x 11 inches)
   ___ All drawing sheets not the same size. Sheet(s) ___
   ___ Drawings sheets not an acceptable size. Fig(s) ___
5. MARGINS. 37 CFR 1.84(g): Acceptable margins:
   Top 2.5 cm  Left 2.5cm  Right 1.5 cm  Bottom 1.0 cm
   SIZE: A4 Size
   Top 2.5 cm  Left 2.5 cm  Right 1.5 cm  Bottom 1.0 cm
   SIZE: 8 1/2 x 11
   Margins not acceptable. Fig(s) 90A 90B-97
   ___ Top (T)  ☑ Left (L)
   ___ Right (R)  ___ Bottom (B)
6. VIEWS. 37 CFR 1.84(h)
   REMINDER: Specification may require revision to correspond to drawing changes.
   Partial views. 37 CFR 1.84(h)(2)
   ___ Brackets needed to show figure as one entity. Fig(s) ___
   ___ Views not labeled separately or properly. Fig(s) ___
   ___ Enlarged view not labeled separately or properly. Fig(s) ___
7. SECTIONAL VIEWS. 37 CFR 1.84 (h)(3)
   ___ Hatching not indicated for sectional portions of an object. Fig(s) ___
   ___ Sectional designation should be noted with Arabic or Roman numbers. Fig(s) ___
8. ARRANGEMENT OF VIEWS. 37 CFR 1.84(i)
   ___ Words do not appear on a horizontal, left-to-right fashion when page is either upright or turned so that the top becomes the right side, except for graphs. Fig(s) ___
9. SCALE. 37 CFR 1.84(k)
   ___ Scale not large enough to show mechanism without crowding when drawing is reduced in size to two-thirds in reproduction. Fig(s) ___
10. CHARACTER OF LINES, NUMBERS, & LETTERS. 37 CFR 1.84(l)
    ___ Lines, numbers & letters not uniformly thick and well defined, clean, durable, and black (poor line quality). Fig(s) ___
11. SHADING. 37 CFR 1.84(m)
    ___ Solid black areas pale. Fig(s) ___
    ___ Solid black shading not permitted. Fig(s) ___
    ___ Shade lines, pale, rough and blurred. Fig(s) ___
12. NUMBERS, LETTERS, & REFERENCE CHARACTERS. 37 CFR 1.84(p)
    ☑ Numbers and reference characters not plain and legible. Fig(s) All
    ___ Figure legends are poor. Fig(s) ___
    ___ Numbers and reference characters not oriented in the same direction as the view. 37 CFR 1.84(p)(1) Fig(s) ___
    ___ English alphabet not used. 37 CFR 1.84(p)(2) Figs ___
    ___ Numbers, letters and reference characters must be at least .32 cm (1/8 inch) in height. 37 CFR 1.84(p)(3) Fig(s) ___
13. LEAD LINES. 37 CFR 1.84(q)
    ___ Lead lines cross each other. Fig(s) ___
    ___ Lead lines missing. Fig(s) ___
14. NUMBERING OF SHEETS OF DRAWINGS. 37 CFR 1.84(t)
    ___ Sheets not numbered consecutively, and in Arabic numerals beginning with number 1. Sheet(s) ___
15. NUMBERING OF VIEWS. 37 CFR 1.84(u)
    ___ Views not numbered consecutively, and in Arabic numerals beginning with number 1. Fig(s) ___
16. CORRECTIONS. 37 CFR 1.84(w)
    ___ Corrections not made from prior PTO-948 dated ___
17. DESIGN DRAWINGS. 37 CFR 1.152
    ___ Surface shading shown not appropriate. Fig(s) ___
    ___ Solid black shading not used for color contrast. Fig(s) ___

**COMMENTS**

REVIEWER _CBK_    DATE _6/3/99_    TELEPHONE NO. _7033058406_

ATTACHMENT TO PAPER NO. _7_