# Exhibit O

GAU 2821

#8/B
8-5-00

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

| | | |
|---|---|---|
| In re Application of: Ihor LYS et al. | ) | Atty Docket No. CKC-012.08 |
| Serial No.: 09/213,659 | ) | Group Art Unit: 2821 |
| Filed: December 17, 1998 | ) | Examiner: C. Tran |
| For: *Illumination Components* | ) | |

**CERTIFICATE MAILING UNDER 37 C.F.R. §1.8(a)**

I hereby certify that this correspondence is being deposited with the United States Postal Service as First Class Mail, postage prepaid, in an envelope addressed to: Assistant Commissioner for Patents Washington, D.C. 20231.

July 26, 2000      C.E. Coker
Date of Signature      Eugene Coker
and of Mail Deposit

Assistant Commissioner for Patents
Washington, D.C. 20231

RECEIVED
AUG 0 4 2000
TECHNOLOGY CENTER 2300

Sir

**RESPONSE UNDER 37 C.F.R. § 1.111**

In response to the Office Action dated April 26, 2000, Applicants submit the following Amendment and Remarks. Please enter the following amendments:

**IN THE SPECIFICATION:**

On page 1, line 10, please delete "further claims priority to" and insert therefor -- incorporates by reference the specifications of the following applications: PCT/US98/17702 filed August 26, 1998,"--

**IN THE CLAIMS:**

All pending claims, whether or not amended, are presented below for the convenience of the Examiner.

Please cancel claims 1-79 without prejudice.

80. A light module, comprising:

an LED system for generating a range of colors within a color spectrum;

a processor for controlling the amount of electrical current supplied to the plurality of light emitting diodes, so that a particular amount of current supplied thereto generates a corresponding color within the color spectrum,

a housing within which the LED system is positioned, and

a heat spreader plate in contact with the housing for dissipating heat from the housing; wherein the LED system includes a thermal connection to the heat spreader plate.

81. A light module of claim 80, wherein the thermal connection includes a thermally conductive polymer.

Please add new claims 82-87 as follows:

82. (New) The light module of claim 80, further comprising a power/data multiplexor.

83. (New) The light module of claim 80, further comprising a data connection.

84. (New) The light module of claim 80, further comprising a power module.

85. (New) The light module of claim 80, the LED system further comprising a light bulb fixture.

86. (New) The light module of claim 80, the LED system further comprising a halogen bulb fixture.

87. (New) The light module of claim 80, further comprising a connector for attaching to a track lighting system.

## REMARKS

Applicants note with appreciation the allowance of claims 80 and 81.

2

Applicants have cancelled claims 1-79 to expedite issuance of the allowed claims. Applicants reserve the right to prosecute claims of similar or differing scope in subsequent applications. Cancellation of these claims is believed to render moot the examiner's outstanding rejections of claims 1-79 under 35 U.S.C. 112, second paragraph, and under 35 U.S.C. 102(e).

Applicants have added new claims 82-87. New claims 82-87 depend from allowed claim 80, and are supported by the specification. Accordingly, the new claims are believed to be in condition for allowance. Claims 80-87 are now pending.

Applicants have also amended the priority claim to more particularly point out the relationship between the present application and the applications to which it claims priority.

The examiner's rejections having been rendered moot by the above amendments, and the new claims being supported by the specification, the currently pending claims 80-87 are believed to be in condition for allowance, and a notice of allowance for same is requested.

## CONCLUSION

For the foregoing reasons, Applicants respectfully request reconsideration and withdrawal of the pending rejections. Applicants believe that claims 80-87 are now in condition for allowance and early notification to this effect is earnestly solicited.

If there are any other fees due in connection with the filing of this Response, please charge the fees to our **Deposit Account No. 06-1448.** If a fee is required for an extension of time under 37 C.F.R. § 1.136 not accounted for above, such an extension is requested and the fee should also be charged to our Deposit Account.

Respectfully submitted,
FOLEY, HOAG, & ELIOT LLP

Dated: July 26, 2000

David P. Halstead
Reg. No. 44,735
Agent for Applicants

Patent Group
Foley, Hoag & Eliot LLP
One Post Office Square
Boston, MA 02109-2170
Telephone: (617) 832-1000
Facsimile: (617) 832-7000

3