# Exhibit P



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 09/626,905 | 07/27/00 | LYS | I | CKC-012.11 |

```
┌025181                    MMC2/0731        ┐
 FOLEY, HOAG & ELIOT, LLP
 PATENT GROUP
 ONE POST OFFICE SQUARE
 BOSTON MA 02109
```

| EXAMINER |
|---|
| TRAN, C |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2821 | 10 |

DATE MAILED: 07/31/01

Please find below and/or attached an Office communication concerning this application or proceeding.

Commissioner of Patents and Trademarks

| **Notice of Allowability** | Application No. | Applicant(s) |
|---|---|---|
| | 09/626,905 | LYS ET AL. |
| | Examiner | Art Unit |
| | Chuc D. Tran | 2821 |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance and Issue Fee Due or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to *5/21/01*.
2. ☒ The allowed claim(s) is/are *82-91*.
3. ☐ The drawings filed on _____ are acceptable as formal drawings.
4. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
   a) ☐ All   b) ☐ Some*   c) ☐ None   of the:
   1. ☐ Certified copies of the priority documents have been received.
   2. ☐ Certified copies of the priority documents have been received in Application No. _____ .
   3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).
   * Certified copies not received: _____ .
5. ☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application. **THIS THREE-MONTH PERIOD IS NOT EXTENDABLE FOR SUBMITTING NEW FORMAL DRAWINGS , OR A SUBSTITUTE OATH OR DECLARATION. This three-month period for complying with the REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL is extendable under 37 CFR 1.136(a).**

6. ☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION (PTO-152) which gives reason(s) why the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.
7. ☒ Applicant MUST submit NEW FORMAL DRAWINGS
   (a) ☒ including changes required by the Notice of Draftsperson's Patent Drawing Review( PTO-948) attached
      1) ☐ hereto or 2) ☒ to Paper No. *4*.
   (b) ☐ including changes required by the proposed drawing correction filed _____, which has been approved by the examiner.
   (c) ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No. _____ .

   Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings. The drawings should be filed as a separate paper with a transmittal letter addressed to the Official Draftsperson.

8. ☐ Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

Any reply to this letter should include, in the upper right hand corner, the APPLICATION NUMBER (SERIES CODE / SERIAL NUMBER). If applicant has received a Notice of Allowance and Issue Fee Due, the ISSUE BATCH NUMBER and DATE of the NOTICE OF ALLOWANCE should also be included.

**Attachment(s)**

1 ☐ Notice of References Cited (PTO-892)
2 ☐ Notice of Informal Patent Application (PTO-152)
3 ☒ Notice of Draftsperson's Patent Drawing Review (PTO-948)
4 ☐ Interview Summary (PTO-413), Paper No._____ .
5 ☒ Information Disclosure Statements (PTO-1449), Paper No. *9*.
6 ☐ Examiner's Amendment/Comment
7 ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material
8 ☒ Examiner's Statement of Reasons for Allowance
9 ☐ Other

Don Wong
Supervisory Patent Examiner
Technology Center 2800

U.S. Patent and Trademark Office
PTO-37 (Rev. 01-01)                                     Notice of Allowability                                    Part of Paper No. 10 .

Application/Control Number: 09/626,905　　　　　　　　　　　　　　　　　　　　　　Page 2
Art Unit: 2821

## DETAILED ACTION

### *Allowable Subject Matter*

Claims 82-91 are allowed.

The following is an examiner's statement of reasons for allowance:

Prior art Chliwnyj et al (USP. 5,924,784) microprocessor based simulated electronic flame but lack : the power module including a connector for removably and replacably connecting the power module to the light module.

Prior art Allen (USP. 6,072,280) led light string employing series-parallel block coupling but lack : the power module including a connector for removably and replacably connecting the power module to the light module.

Prior art Mueller et al (USP. 6,016,038) multicolored led lighting method and apparatus but lack : the power module including a connector for removably and replacably connecting the power module to the light module.

Prior art Mikolajczak et al (USP. 5,896,010) system for controlling lighting in an illuminating indicating device but lack : the power module including a connector for removably and replacably connecting the power module to the light module.

Prior art Kaza (USP. 5,008,595) ornamental light display apparatus but lack : the power module including a connector for removably and replacably connecting the power module to the light module.

Any comments considered necessary by applicant must be submitted no later than the payment of the issue fee and, to avoid processing delays, should preferably

Application/Control Number: 09/626,905 Page 3
Art Unit: 2821

accompany the issue fee. Such submissions should be clearly labeled "Comments on Statement of Reasons for Allowance."

Any inquiry concerning this communication or earlier communications from the examiner should be directed to Chuc D. Tran whose telephone number is (703)306-5984. The examiner can normally be reached on Mon.-Fri..

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Don Wong can be reached on (703)308-4856. The fax phone numbers for the organization where this application or proceeding is assigned are (703)308-7722 for regular communications and (703)308-7722 for After Final communications.

Any inquiry of a general nature or relating to the status of this application or proceeding should be directed to the receptionist whose telephone number is (703)308-0956.

TDC
July 25, 2001

Don Wong
Supervisory Patent Examiner
Technology Center 2800

Form PTO-1449

**INFORMATION DISCLOSURE CITATION IN AN APPLICATION**
(Use several sheets if necessary)

Sheet Page 1 of 2

| Docket Number (Optional) | Application Number |
|---|---|
| CKC-01211 (20169-1211) | 09/626,905 |

| Applicant |
|---|
| Lys et al. |

| Filing Date | Group Art Unit |
|---|---|
| July 27, 2000 | 2821 |

Stamp: MAY 2 1 2001 PATENT & TRADEMARK OFFICE

## U.S. PATENT DOCUMENTS

| EXAMINER INITIAL | | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| TDC | CA | 3,832,503 | 08/27/74 | Crane | 200 | 51R | 08/10/73 |
| TDC | CB | 3,909,670 | 09/30/75 | Wakamatsu et al | 315 | 276 | 06/25/74 |
| TDC | CC | 3,958,885 | 05/25/76 | Stockinger et al. | 356 | 139 | 05/12/75 |
| TDC | CD | 3,974,637 | 08/17/76 | Bergey et al. | 58 | 50 R | 03/28/75 |
| TDC | CE | 4,082,395 | 04/04/78 | Donato et al. | 339 | 21 R | 02/22/77 |
| TDC | CF | 4,388,589 | 06/14/83 | Molldrem, Jr. | 324 | 96 | 06/23/80 |
| TDC | CG | 4,656,398 | 04/07/87 | Michael et al. | 315 | 293 | 12/02/85 |
| TDC | CH | 4,688,154 | 08/18/87 | Nilssen | 362 | 147 | 10/15/84 |
| TDC | CI | 4,818,072 | 04/04/89 | Mohebban | 350 | 336 | 07/22/87 |
| TDC | CJ | 5,083,063 | 01/21/92 | Brooks | 315 | 294 | 08/14/90 |
| TDC | CK | 5,128,595 | 07/07/92 | Hara | 315 | 312 | 10/23/90 |
| TDC | CL | 5,371,618 | 12/06/94 | Tai et al. | 359 | 53 | 01/05/93 |
| TDC | CM | 5,912,653 | 06/15/99 | Fitch | 345 | 87 | 07/29/97 |
| TDC | CN | 6,150,774 | 11/21/00 | Mueller et al. | 315 | 291 | 10/22/99 |
| TDC | CO | 6,016,038 | 01/18/00 | Mueller et al. | 315 | 291 | 08/26/97 |
| TDC | CP | 4,647,217 | 03/03/87 | Havel | 368 | 10 | 01/08/86 |
| TDC | CQ | 4,687,340 | 08/18/87 | Havel | 368 | 10 | 10/16/86 |
| TDC | CR | 4,705,406 | 11/10/87 | Havel | 368 | 10 | 11/03/86 |
| TDC | CS | 4,707,141 | 11/17/87 | Havel | 368 | 11 | 01/06/87 |
| TDC | CT | 4,771,274 | 09/13/88 | Havel | 340 | 703 | 11/12/86 |
| TDC | CU | 4,845,745 | 07/04/89 | Havel | 379 | 354 | 02/12/88 |
| TDC | CV | 4,965,561 | 10/23/90 | Havel | 340 | 762 | 03/13/89 |
| TDC | CW | 5,752,766 | 05/19/98 | Bailey et al. | 362 | 250 | 03/11/97 |
| TDC | CX | 5,803,579 | 09/08/98 | Turnbull et al. | 362 | 83.1 | 06/13/96 |
| TDC | CY | 5,896,010 | 04/20/99 | Mikolajczak et al. | 315 | 77 | 06/30/97 |
| TDC | CZ | 5,924,784 | 07/20/99 | Chliwnyj et al. | 362 | 234 | 08/15/96 |
| TDC | DA | 6,132,072 | 10/17/00 | Turnbull et al. | 362 | 494 | 09/04/98 |

Stamp: RECEIVED MAY 29 2001 TC 2800 MAIL ROOM

20/455401.1

Sheet Page 2 of 2

| Form PTO-1449 INFORMATION DISCLOSURE CITATION IN AN APPLICATION (Use several sheets if necessary) MAY 2 1 2001 | | Docket Number (Optional) CKC-01211 (20169-1211) | | Application Number 09/626,905 | | |
|---|---|---|---|---|---|---|
| | | Applicant Lys et al. | | | | |
| | | Filing Date July 27, 2000 | | Group Art Unit 2821 | | |
| TDC | 6,135, | 10/24/00 | Lin | 362 | 101 | 10/25/99 |
| TDC | DC 6,183,086 | 02/06/01 | Neubert | 351 | 221 | 0312/99 |
| TDC | DD 6,184,628 | 02/06/01 | Ruthemberg | 315 | 185 R | 11/30/99 |
| TDC | DE 6,196,471 | 03/06/01 | Ruthenberg | 239 | 18 | 11/30/99 |

**FOREIGN PATENT DOCUMENTS**

| | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | Translation YES | NO |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**OTHER DOCUMENTS** *(Including Author, Title, Date, Pertinent Pages Etc.)*

| TPC | DF | High End Systems, Inc. Trackspot User Manual, August 1997, Excerpts (Cover, Title page, pp. ii through iii and 2-13 through 2-14) |
|---|---|---|
| TPC | DG | Artistic License, AL4000 DMX512 Processors, Revision 3.4, June 2000, Excerpts (Cover, pgs 7, 92 through 102 |
| TDC | DH | Artistic License, Miscellaneous Drawings (3 sheets), January 12, 1995 |
| TDC | DI | Artistic License, Miscellaneous Documents (2 sheets), February 1995 and April 1996 |

| EXAMINER | DATE CONSIDERED |
|---|---|
| *[signature]* | 7/25/01 |

EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP § 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to the applicant.

RECEIVED MAY 30 2001 TC 2800 MAIL ROOM

20/455401.1

**Attachment for PTO-948 (Rev. 03/01, or earlier)**
6/18/01

**The below text replaces the pre-printed text under the heading, "Information on How to Effect Drawing Changes," on the back of the PTO-948 (Rev. 03/01, or earlier) form.**

INFORMATION ON HOW TO EFFECT DRAWING CHANGES

**1. Correction of Informalities -- 37 CFR 1.85**

New corrected drawings must be filed with the changes incorporated therein. Identifying indicia, if provided, should include the title of the invention, inventor's name, and application number, or docket number (if any) if an application number has not been assigned to the application. If this information is provided, it must be placed on the front of each sheet and centered within the top margin. If corrected drawings are required in a Notice of Allowability (PTOL-37), the new drawings **MUST** be filed within the **THREE MONTH** shortened statutory period set for reply in the Notice of Allowability. Extensions of time may NOT be obtained under the provisions of 37 CFR 1.136(a) or (b) for filing the corrected drawings after the mailing of a Notice of Allowability. The drawings should be filed as a separate paper with a transmittal letter addressed to the Official Draftsperson.

**2. Corrections other than Informalities Noted by Draftsperson on form PTO-948.**

All changes to the drawings, other than informalities noted by the Draftsperson, **MUST** be made in the same manner as above except that, normally, a highlighted (preferably red ink) sketch of the changes to be incorporated into the new drawings **MUST** be approved by the examiner before the application will be allowed. No changes will be permitted to be made, other than correction of informalities, unless the examiner has approved the proposed changes.

**Timing of Corrections**

Applicant is required to submit the drawing corrections <u>within the time period set in the attached Office communication</u>. See 37 CFR 1.85(a).

Failure to take corrective action within the set period will result in **ABANDONMENT** of the application.

06/01/01



UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office

## NOTICE OF ALLOWANCE AND ISSUE FEE DUE

```
**CORRECTED COPY**
025181                          MM21/0803
FOLEY, HOAG & ELIOT, LLP
PATENT GROUP
ONE POST OFFICE SQUARE
BOSTON MA 02109
```

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| 09/626,905 | 07/27/00 | 10 | TRAN, C | 2821 | 08/03/0 |
| First Named Applicant | LYS, | | 35 USC 154(b) term ext. = 0 Days. | | |
| TITLE OF INVENTION | ILLUMINATION COMPONENTS | | | | |

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 3 CKC-012.11 | 315-185.00S | J98 | UTILITY | YES | $620.00 | 11/05/0 |

THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT.
**PROSECUTION ON THE MERITS IS CLOSED.**

*THE ISSUE FEE MUST BE PAID WITHIN **THREE MONTHS** FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. **THIS STATUTORY PERIOD CANNOT BE EXTENDED.***

### HOW TO RESPOND TO THIS NOTICE:

I. Review the SMALL ENTITY status shown above.
If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:

A. If the status is changed, pay twice the amount of the FEE DUE shown above and notify the Patent and Trademark Office of the change in status, or
B. If the status is the same, pay the FEE DUE shown above.

If the SMALL ENTITY is shown as NO:

A. Pay FEE DUE shown above, or

B. File verified statement of Small Entity Status before, or with, payment of 1/2 the FEE DUE shown above.

II. Part B-Issue Fee Transmittal should be completed and returned to the Patent and Trademark Office (PTO) with your ISSUE FEE. Even if the ISSUE FEE has already been paid by charge to deposit account, Part B Issue Fee Transmittal should be completed and returned. If you are charging the ISSUE FEE to your deposit account, section "4b" of Part B-Issue Fee Transmittal should be completed and an extra copy of the form should be submitted.

III. All communications regarding this application must give application number and batch number.
Please direct all communications prior to issuance to Box ISSUE FEE unless advised to the contrary.

***IMPORTANT REMINDER:** Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.*

PATENT AND TRADEMARK OFFICE COPY

PTOL-85 (REV. 10-96) Approved for use through 06/30/99. (0651-0033)