IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COLOR KINETICS INCORPORATED,<br><br>       Plaintiff<br><br>v.<br><br>TIR SYSTEMS LTD.,<br><br>       Defendant. | Civil Action No.: 03-cv-12491 (MEL) |

**ASSENTED-TO MOTION FOR
A ONE DAY EXTENSION OF THE TIME IN WHICH TO FILE
AN OPPOSITION TO TIR'S MOTION TO AMEND ITS ANSWSER**

    Plaintiff Color Kinetics Incorporated ("Color Kinetics") hereby moves for a one-day extension of the time in which to file an opposition to TIR's motion to amend its Answer and Counterclaims, to and including Monday, September 11, 2006. As grounds for this motion, Color Kinetics states that memorandum was completed on Friday, September 8, 2006, but was inadvertently not filed that day, and that no party will be prejudiced by this one day extension.

    TIR's counsel has assented to this motion.

                                                       COLOR KINETICS INCORPORATED

                                                       By its attorneys,

Dated: September 11, 2006                   /s/ Aaron W. Moore
                                                    Matthew B. Lowrie (BBO# 563414)
                                                    mlowrie@LL-A.com
                                                    Aaron W. Moore (BBO# 638076)
                                                    amoore@LL-A.com
                                                    Emily A. Berger (BBO# 650841)
                                                    eberger@LL-A.com
                                                    LOWRIE, LANDO & ANASTASI, LLP
                                                    One Main Street – 11th Floor
                                                    Cambridge, MA 02142
                                                    (617) 395-7000