**Exhibit A**

Charles E. Van Horn
6915 Baylor Drive
Alexandria, VA 22307-1704
(703) 768 2290 [H]
(202) 408 4072 [O]

Employment History

Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.
    2/1995 – date : Partner as of 1/1998
        Practice emphasizes client counseling, experting, and patent prosecution, with a particular emphasis on reissue, reexamination, patent term extension, and practice under the Patent Cooperation Treaty.

Patent and Trademark Office
    11/1994 to 2/1995: Administrator, Legislative and
                            International Affairs
        Developed legislative program to accomplish the objectives established by the Commissioner. Recommended appropriate action on proposals for creating/amending agreements for the protection of industrial property.

    5/1990 to 10/1994: Deputy Assistant Commissioner
                            for Patent Policy (Other titles)
        Under the direction of the Assistant Commissioner for Patents, developed policy and practice for the examination of patent applications. Activities included developing regulations (e.g., duty of disclosure), preparing statements of practice (e.g., interpretation of claims under § 112/6th paragraph after <u>Donaldson</u>) and guiding decision of over 12,000 petitions annually.

    2/1988 to 4/1990: Deputy Solicitor
        Rendered legal advice on matters of practice within the PTO on patent and trademark issues. Represented the Commissioner in Federal courts.

    7/1979 to 1/1988: Group Director, Patent Examining
    Group 120
        Organic Chemistry and Biotechnology
        Directed activity of 135 patent examiners first in the area of organic chemistry, and starting in 1984,

>biotechnology. He also directed the implementations of several legislative initiatives including reexamination, patent term extension, and new fees.

>9/1977 to 6/1979:   Petitions Examiner
>Supervised disposition of a variety of petitions delegated to the Deputy Assistant Commissioner for Patents, and served as his executive assistant.

>10/1973 to 8/1977:   Supervisory Patent Examiner
>Supervised 15-19 examiners in examination of inventions related to miscellaneous chemical manufacture. Served six months as Examiner-in-chief at the Board of Appeals.

>1/1964 to 9/1973:   Patent Examiner
>Examined applications in three areas - glass fibers, electrophotography, and structural laminates.

Education

>B.S. Chemical Engineering, Lehigh University (1963)
>J.D. Washington College of Law, American University (1968)
>M.B.A. George Washington University (1973)

Bars

>Court of Appeals for the Federal Circuit
>Commonwealth of Virginia
>District of Columbia
>U.S. Patent and Trademark Office

Professional Affiliations

>Maryland Patent Law Association
>American Intellectual Property Law Association
>  Chairman: Committee on Relations With USPTO - Patents
>Intellectual Property Owners, Inc.
>Patent and Trademark Office Society

PTO Representational Activities

From 1985-1995, Mr. Van Horn represented the Patent and Trademark Office on over 100 occasions by presenting a paper and/or speech before bar groups [including ABA, AIPLA, and PIPA], industry groups [including PMA, IBA, IPO, ACS and FDLI], the National Academy of Sciences, and the Office of Technology Assessment. These presentations have included talks in Japan, Belgium and Germany. Topics for these presentations have included biotechnology and chemical patent practice, patent term extension, harmonization, duty of disclosure, and general practice before the PTO.

In addition, Mr. Van Horn has participated in Congressional hearings on such topics as reexamination, process patent protection, patent term extension, and prior user rights. He has represented the United States internationally in areas of the protection of biotechnology inventions, regulations and practice implementing the Patent Cooperation Treaty, protection of plant subject matter, and at expert meetings and the first part of the Diplomatic Conference to conclude a Patent Law Harmonization Treaty.