**Exhibit B**

<u>Publications</u>

McCurdy, Barbara C., Van Horn, Charles E., U.S. Patent Rights After GATT: Equal Rights for Non-U.S. Inventors, IP Worldwide, pp. 9-12 (June 1995).

Van Horn, Charles E., Practicalities and Potential Pitfalls When Using Provisional Patent Applications, AIPLA Quarterly Journal, Vol. 22, Nos. 3 & 4, pp. 259-307 (Summer/Fall 1995).

Van Horn, Charles E., A Patent--What Is It and How Do You Get It, AUTM Technology Transfer Practice Manual (Feb. 1996)

Irving, Thomas L., Van Horn, Charles E., Forman, David S., and Lewis, Stacy, Chapter 1: Begot by GATT: Changes to United States Patent Law, Intellectual Property Law Update, John Wiley & Sons (1996).

Einaudi, Carol P., Van Horn, Charles E., and Johnson, Lori-Ann, Submarine Patents: Is The Threat Really Over?, Intellectual Property Worldwide Outlook, pp. 11,12 (Spring 1996).

Van Horn, Charles E. and Barlow, Stacey A., "The New Section 103(b) of the Patent Law: An Obvious Solution?", Nature Biotechnology, Vol. 14, No. 6, pp. 773-74 (June 1996).

Fordis, Jean Burke and Van Horn, Charles E., "Biotechnology Patents: Claim Construction and Enforcement," Journal of Biotechnology in Healthcare-Research and Regulation (Spring 1997).

Fordis, Jean Burke and Van Horn, Charles E., "Tips for Preparing A Biotechnology or Chemical Patent Application of Broad Scope," Journal of Commercial Biotechnology, Vol. 1, pp. 21-32 (Summer 1998).

Van Horn, Charles E., "Patent Office Simplifies Application Procedures," Managing Intellectual Property, p. 8 (October 1997).

Fordis, Jean Burke and Van Horn, Charles E., "Strategies for Obtaining the Earliest Filing Date for a Patent Application in the United States," Journal of the Japanese Group of the International Association for the Protection of Industrial Property (January 1998).

Van Horn, Charles E., McGurk, Michael R. and Vicente, Wendy S., "A Patent Litigation Reduction Act in the US? The New Optional *Inter Partes* Reexamination Procedure Act of 1999" Patent World (March 2000)

Van Horn, Charles E., "USPTO Practice Update" A.I.P.P.I. Journal of the Japanese Group (July 2001)

Van Horn, Charles E., "RCE? Continuation? CIP? Divisional? Which will it be? The Patent Journal, Aspen Law & Business, Vol. 1, Issue 2 (November 2001)

Van Horn, Charles E., "Amending Claims While Still Obtaining Provisional Rights" The Patent Journal, Aspen Law & Business, Vol. 1, Issue 3 (December 2001)

Van Horn, Charles E., "The Publication of Patent Applications & Nonpublication Requests" The Patent Journal, Aspen Law & Business, Vol. 1, Issue 4 (January 2002)

Van Horn, Charles E., "Is Official Notice Dead" The Patent Journal, Aspen Law & Business, Vol. 1, Issue 5 (February 2002)

Van Horn, Charles E., "The Actual-Notice Requirements for Provisional Patent Rights" The Patent Journal, Aspen Law & Business, Vol. 1, Issue 6 (March 2002)

Van Horn, Charles E., "The Final Rule on Claiming Priority" The Patent Journal, Aspen Law & Business, Vol. 1, Issue 7 (April 2002)

<u>Conferences and Seminars</u>

## 2001

Prosecution Strategies in Light of Recent Court Cases
    12/01    IPO-PTO Day

New Patent Rules
    02/01    Pennsylvania Bar Institute

## 2000

Avoiding Pitfalls in the American Inventors Protection Act and the Patent Business Goals Rules
    12/00    IPO-PTO Day

## 1996

Changes in USPTO Practice
    10/96    DuPont 1996 CLE Patent Law Seminar

Scope and Enforcement of Biotechnology Patents
    09/96    ATCC Biotech Patent Forum

Important Recent Developments in Intellectual Property Law
    06/96    BIO '96 International Biotechnology Meeting

Abiding By the Duty of Disclosure: Important Recent Decisions On Inequitable Conduct Guiding Proper Patent Prosecution
    04/96    ABA Section of Intellectual Property Law

Review of GATT-TRIPs Patent Implementation
    01/96    NJIPLA

## 1995

Strategic Uses of Provisional Patent Applications
    12/08    Institute for International Research Seminar