## Exhibit C

1. Ericsson Radio Systems, Inc. et al. v. Interdigital Communications Corporation, et al., C.A. No. 3-93CV1809-H (N.D.Tex.)

2. Arthur D. Little Enterprises, Inc. and The Gillette Company, American Arbitration Association, Arbitration No. 11 133 00735 00 (RI)

3. Unitherm Food Systems, Inc. et al. v. Swift-Eckrich, Inc. d/b/a Conagra Refrigerated Foods, C.A. No. CIV-01-347-C (W.D.Ok.)

4. Martyn A. Lewis et al. v. Stuart Lubitz et al., Case No. BC 271707 (CA)

5. FCI USA, Inc. et al. v. Hon Hai Precision Industry Co., Ltd. et al., Case No. C-01-1192 CRB (N.D. CA)

6. Pfizer Inc. et al. v. Ajix Inc. d/b/a Farmacapsulas S.A., Civil Action No. 303CV00754JCH (USDC - CT)

7. Storage Technology Corporation v. Quantum Corporation, Case No. 03-M-0672 (PAC) (USDC - CO)

8. Mag Instrument, Inc. v. Dollar Tree Stores, Inc. et al., Case No. 03-6215 RSWL (SHx) (USDC - CA)

9. UCB Societe Anonyme and UCB Pharma, Inc. v. Mylan Laboratories, Inc. and Mylan Pharmaceuticals, Inc., CA No. 1:04-cv-0683-WSD; UCB Societe Anonyme and UCB Pharma, Inc. v. Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc., CA No. 1:04-cv-792-WSD; UCB Societe Anonyme and UCB Pharma, Inc. v. Sandoz, Inc., CA No. 1:05-cv-188-WSD; UCB Societe Anonyme and UCB Pharma, Inc. v. Cobalt Pharmaceuticals, Inc., CA No. 1:05-CV-479-WSD (USDC - GA)

10. Nokia Corporation and Interdigital Technology Corporation, In the High Court of Justice, Chancery Division, Patents Court, HC 04 C01952

11. SEB S.A. v. Montgomery Ward & Co., Inc. et al., CA No. 99 Civ. 9284 (SCR) (USDC - SDNY)