# Exhibit D

1. U.S. Patent No. 6,016,038 and its prosecution history

2. U.S. Patent No. 6,150,774 and its prosecution history

3. U.S. Patent No. 6,211,626 and its prosecution history

4. U.S. Patent No. 6,340,868 and its prosecution history

5. U.S. Patent No. 6,788,011 and its prosecution history

6. U.S. Patent No. 6,806,659 and its prosecution history

7. Second Amended Complaint and Jury Demand (February 23, 2006)

8. [Proposed] Defendant's Amended Answer, Affirmative Defenses and Amended Counterclaims in Response to Plaintiff's Second Amended Complaint (April 7, 2006)

9. Color Kinetics' Memorandum in Support of Its Motion For Summary Judgment on the Issue of Inequitable Conduct (August 4, 2006)

10. Defendant TIR's Opposition to CK's Motion for Summary Judgment of No Inequitable Conduct and Cross Motion for Summary Judgment of Inequitable Conduct, or In The Alternative, For Bifurcation (September 1, 2006)

11. Declaration of Professor Lisa Dolak in Support of Defendant TIR System Ltd's Opposition to CK's Motion for Summary Judgment on Inequitable Conduct Issues and Cross Motion for Summary Judgment of Inequitable Conduct

12. U.S. Patent No. 6,631,720 and its prosecution history

13. U.S. Patent No. 7,004,169 and its prosecution history

14. U.S. Application No. 10/684,048 and its prosecution history