**Exhibit F**



1182523