# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| COLOR KINETICS INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 1:03-cv-12491-MEL |
| TIR SYSTEMS LTD, | ) ) ) | |
| Defendant. | ) ) | |

## ASSENTED TO MOTION FOR EXTENSION OF TIME

Defendant TIR's reply in support of its motion for summary judgment is currently scheduled to be filed on October 13, 2006.  The parties have reached an agreement to extend the time for that reply to October 20, 2006, and respectfully request that the Court grant the same.


COLOR KINETICS, INC.

By its attorneys,

LOWRIE LANDO & ANASTASI, LLP


/s/   Aaron W. Moore
Matthew B. Lowrie (BBO# 563414)
Aaron W. Moore (BBO# 638076)
Emily A. Berger (BBO# 650841)
Riverfront Office Park
One Main Street, 11th Floor
Cambridge, MA 02142
Tel. 617-395-7000
Fax: 617-395-7070

TIR SYSTEMS, LTD.

By its attorneys,

WILMER CUTLER PICKERING
   HALE AND DORR LLP


/s/  Calvin Walden
Mark G. Matuschak (BBO #543873)
mark.matuschak@wilmerhale.com
Wendy Haller Verlander (BBO # 652943)
wendy.verlander@wilmerhale.com
60 State Street
Boston, MA 02109
Telephone: 617-526-6000

S. Calvin Walden (admitted pro hac vice)
calvin.walden@wilmerhale.com
Alexandra McTague (admitted pro hac vice)

US1DOCS 5883111v1

alexandra.mctague@wilmerhale.com
399 Park Avenue
New York, NY 10021
Telephone: 212-937-7200

Attorneys for Defendant
TIR SYSTEMS LTD.

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| COLOR KINETICS INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:03-cv-12491-MEL |
| TIR SYSTEMS LTD, | ) ) ) | |
| Defendant. | ) ) | |

**PROPOSED ORDER GRANTING
<u>ASSENTED TO MOTION FOR EXTENSION OF TIME</u>**

     IT IS HEREBY ORDERED that the parties' Assented to Motion for an Extension of Time is GRANTED. Defendant's reply brief in support of its summary judgment motion is due October 20, 2006.

**IT IS SO ORDERED.**

Dated _____     _____
                                                                                The Honorable Morris E. Lasker
                                                                                U.S. District Court Judge