# UNITED STATES DISTRICT COURT

### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COLOR KINETICS INC., <br><br> Plaintiff, <br><br> v. <br><br> TIR SYSTEMS LTD, <br><br> Defendant. | Civil Action No. 1:03-cv-12491-MEL |

## ~~PROPOSED~~ ORDER GRANTING
## ASSENTED TO MOTION FOR EXTENSION OF TIME

IT IS HEREBY ORDERED that the parties' Assented to Motion for an Extension of Time is GRANTED. Defendant's reply brief in support of its summary judgment motion is due October 20, 2006.

**IT IS SO ORDERED.**

Dated 10/13/06

_____
The Honorable Morris E. Lasker
U.S. District Court Judge

USIDOCS 5883111v1