UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COLOR KINETICS INCORPORATED, </br></br>Plaintiff, </br></br>v. </br></br>TIR SYSTEMS LTD, </br></br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:03-cv-12491-MEL |

### TIR SYSTEMS LTD.'S EMERGENCY MOTION TO COMPEL THE DEPOSITION OF COLOR KINETICS INC.'S EXPERT, FOR AN EXTENSION OF TIME TO FILE ITS REPLY, AND TO CONTINUE THE SCHEDULED MOTION HEARING DATE

Pursuant to the Federal Rule of Civil Procedure, TIR Systems, Ltd., ("TIR") moves this Court compel the deposition of Color Kinetics' expert Mr. Charles E. Van Horn, to extend the due date of TIR's reply brief in support of its summary judgment motion of inequitable conduct, and to continue the scheduled motion hearing to a later date.

For the reasons stated more fully in the accompanying memorandum of law, TIR respectfully requests that the Court enter an order:

1. Granting TIR's motion to compel Mr. Van Horn's deposition on or before November 3, 2006;

2. Granting TIR's motion for an extension of time to file its Reply In Further Support of TIR's Cross Motion for Summary Judgment Of Unenforceability until one week after Mr. Van Horn's deposition;

1

3. Granting TIR's motion for a continuance from October 26, 2006 until November 14, 2006, or another date that is convenient for the Court, to account for both Mr. Van Horn's deposition and the Reply extension, as well as the current scheduling conflict the parties have on October 26th;

4. Granting TIR's motion for an expedited briefing schedule in which CK's opposition is due by 9:30 a.m. on Thursday, October 19th and/or for a telephone conference to address the issues herein.

## REQUEST FOR ORAL ARGUMENT

TIR respectfully requests an expedited hearing or telephone conference on the earliest possible date consistent with the Court's calendar.

Dated: October 17, 2006

Respectfully submitted,

WILMER CUTLER PICKERING
HALE AND DORR LLP

/s/ Calvin Walden
Mark G. Matuschak (BBO #543873)
mark.matuschak@wilmerhale.com
Wendy Haller Verlander (BBO #652943)
wendy.verlander@wilmerhale.com
Christopher R. Noyes (BBO #654324)
christopher.noyes@wilmerhale.com
60 State Street
Boston, MA 02109
Telephone: 617-526-6000

S. Calvin Walden (admitted pro hac vice)
calvin.walden@wilmerhale.com
Alexandra McTague (admitted pro hac vice)
alexandra.mctague@wilmerhale.com
399 Park Avenue
New York, NY 10021
Telephone: 212-937-7200

Attorneys for Defendant
TIR SYSTEMS LTD.

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that I have conferred with opposing counsel and have attempted in good faith, but without success, to resolve or narrow the issues presented in the motion.

Dated: October 17, 2006                                   /s/ Alexandra McTague

## CERTIFICATE OF SERVICE

I hereby certify that today I caused a true and correct copy of this motion to be served, by CM/ECF, on the following counsel of record:

>Matthew B. Lowrie
>Aaron W. Moore
>Emily A. Berger
>Lowrie, Lando & Anastasi, LLP
>Riverfront Office Park
>One Main Street
>Cambridge, MA 02142

Dated: October 17, 2006                                   /s/ Alexandra McTague