UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COLOR KINETICS INCORPORATED, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TIR SYSTEMS LTD, )<br>)<br>Defendant. )<br>) | Civil Action No. 1:03-cv-12491-MEL |

**[PROPOSED] ORDER GRANTING TIR SYSTEMS LTD.'S EMERGENCY MOTION TO COMPEL THE DEPOSITION OF COLOR KINETICS' EXPERT, FOR AN EXTENSION OF TIME TO FILE ITS REPLY, AND TO CONTINUE THE SCHEDULED MOTION HEARING DATE**

For good cause shown, TIR's Emergency Motion to Compel the Deposition of Color Kinetics' Expert, For an Extension of Time to File Its Reply, and to Continue the Scheduled Motion Hearing Date is hereby GRANTED. Mr. Van Horn shall appear for deposition on or before November 3, 2006 at a location to be agreed to by the parties. TIR shall file its reply brief in support of its motion for summary judgment within one week after Mr. Van Horn's deposition. The hearing on all outstanding motions scheduled for October 26, 2006 shall be continued until November 14, 2006.

**IT IS SO ORDERED.**

DATED: _____          BY:_____
                                  Hon. Morris E. Lasker,
                                  U.S. District Judge

US1DOCS 5887759v1