UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| COLOR KINETICS INCORPORATED,<br><br>Plaintiff<br><br>v.<br><br>TIR SYSTEMS LTD,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:03-cv-12491(MEL)<br>)<br>)<br>)<br>) |

## JOINT MOTION FOR MODIFICATION OF BRIEFING SCHEDULE

Defendant TIR Systems, Ltd. ("TIR") filed an emergency motion to compel on October 17, 2006 (Docket No. 102). The parties have now reached agreement on the issues presented in that motion.

Specifically, the parties have agreed to a deposition of Color Kinetics' expert, Mr. Van Horn, on October 24, 2006, and to a deposition of TIR's expert, Professor Dolak, on November 1, 2006. The depositions will each be limited to four hours.

The parties have further agreed to an extension of the time for the filing of TIR's summary judgment reply brief to and including one week following the Van Horn deposition, and to the filing of a sur-reply by Color Kinetics to and including one week following the Dolak deposition.

A copy of a proposed order embodying the new briefing schedule is attached hereto as Exhibit A.

Each party will bear its own costs and fees.

WHEREFORE, the parties respectfully request that the new proposed schedule be entered and that the emergency motion be dismissed as moot.

| COLOR KINETICS INCORPORATED | TIR SYSTEMS, LTD. |
|---|---|
| By its attorneys, | By its attorneys, |
| LOWRIE LANDO & ANASTASI, LLP | WILMER CUTLER PICKERING HALE AND DORR LLP |
| /s/ Aaron W. Moore<br>Matthew B. Lowrie (BBO# 563414)<br>mlowrie@LL-A.com<br>Aaron W. Moore (BBO# 638076)<br>amoore@LL-A.com<br>Emily A. Berger (BBO# 650841)<br>eberger@LL-A.com<br>LOWRIE, LANDO & ANASTASI, LLP<br>Riverfront Office Park<br>One Main Street – 11th Floor<br>Cambridge, MA 02142<br>(617) 395-7000 | /s/ Alexandra McTague<br>Mark G. Matuschak (BBO #543873)<br>mark.matuschak@wilmerhale.com<br>Wendy Haller Verlander (BBO # 652943)<br>wendy.verlander@wilmerhale.com<br>60 State Street<br>Boston, MA 02109<br>Telephone: 617-526-6000<br><br>S. Calvin Walden (admitted pro hac vice)<br>calvin.walden@wilmerhale.com<br>Alexandra McTague (admitted pro hac vice)<br>alexandra.mctague@wilmerhale.com<br>399 Park Avenue<br>New York, NY 10021<br>Telephone: 212-937-7200 |