# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| COLOR KINETICS INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:03-cv-12491-MEL |
| | ) | |
| TIR SYSTEMS LTD, | ) | |
| | ) | |
| Defendant. | ) | |

## [PROPOSED] ORDER GRANTING
## JOINT MOTION FOR MODIFICATION OF BRIEFING SCHEDULE

IT IS HEREBY ORDERED that the parties' Joint Motion for Modification of Briefing Schedule is GRANTED.

The summary judgment briefing schedule is modified as set forth below. The emergency motion to compel (Docket No. 102) is dismissed as moot.

| Event | New Deadline |
|---|---|
| TIR Reply Brief | October 31, 2006 |
| Color Kinetics' Sur-Reply | November 8, 2006 |

**IT IS SO ORDERED.**

Dated _____

_____
The Honorable Morris E. Lasker
 U.S. District Court Judge