UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COLOR KINETICS INC., <br><br> Plaintiff, <br><br> v. <br><br> TIR SYSTEMS LTD, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:03-cv-12491-MEL |

**ASSENTED-TO MOTION FOR A ONE DAY EXTENSION OF THE TIME IN WHICH TO FILE TIR SYSTEMS LTD.'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT OF INEQUITABLE CONDUCT AND BIFURCATION**

Defendant ("TIR") hereby moves for a one-day extension of the time in which to file its Reply in Support of its Motion for Summary Judgment of Inequitable Conduct and Bifurcation, to and including Wednesday, November 1, 2006.

Color Kinetics' counsel has assented to this motion.

Dated: October 31, 2006

                                          WILMER CUTLER PICKERING HALE AND DORR LLP

                                          _____/s/ Alexandra McTague_____
                                          Mark G. Matuschak (BBO #543873)
                                          mark.matuschak@wilmerhale.com
                                          Wendy Haller Verlander (BBO # 652943)
                                          wendy.verlander@wilmerhale.com
                                          60 State Street
                                          Boston, MA 02109
                                          Telephone: 617-526-6000

S. Calvin Walden (admitted <u>pro hac vice</u>)
calvin.walden@wilmerhale.com
Alexandra McTague (admitted <u>pro hac vice</u>)
alexandra.mctague@wilmerhale.com
399 Park Avenue
New York, NY 10021
Telephone: 212-937-7200

Attorneys for Defendant
TIR SYSTEMS LTD.

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COLOR KINETICS INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TIR SYSTEMS LTD, )<br>)<br>Defendant. )<br>_____) | Civil Action No. 1:03-cv-12491-MEL |

**[PROPOSED] ORDER GRANTING TIR'S
ASSENTED-TO MOTION FOR A ONE DAY EXTENSION**

For good cause shown, TIR's Assented-To Motion for a One Day Extension of the Time in which to File its Motion Reply in Support of its Motion for Summary Judgment of Inequitable Conduct and Bifurcation is hereby GRANTED. The extension shall be to and including Wednesday, November 1, 2006

**IT IS SO ORDERED.**

DATED: _____     _____
                              The Honorable Morris E. Lasker
                              United States District Court Judge

3

## CERTIFICATE OF SERVICE

I, Alexandra McTague, hereby certify that on October 31, 2006, I served a copy of the foregoing Defendant's Motion for Assented-To One Day Extension on the following counsel of record by CM/ECF:

>Aaron Moore, Esq.
>Lowrie, Lando & Anastasi, LLP
>Riverfront Office Park
>One Main Street
>Cambridge, MA 02142

>__/s/ Alexandra McTague_____
>Alexandra McTague