UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| COLOR KINETICS INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:03-cv-12491-MEL |
| TIR SYSTEMS LTD, | ) ) ) | |
| Defendant. | ) ) | |

## MOTION FOR LEAVE TO FILE UNDER SEAL

Defendants, by their attorneys, respectfully move this Court for leave to file under seal the following materials: (1) TIR Systems Ltd.'s Reply in Support of its Motion for Summary Judgment of Inequitable Conduct and Bifurcation, and (2) the Declaration of Alexandra McTague in Support of TIR Systems Ltd.'s Reply in Support of its Motion for Summary Judgment of Inequitable Conduct and Bifurcation.

The forgoing items include or reference documents or excerpts of documents that have been identified as "HIGHLY CONFIDENTIAL" pursuant to the terms of the March 23, 2006 Protective Order.

WHEREFORE, defendants respectfully request that this Court grant them leave to file the foregoing listed materials under seal.

Dated:  October 31, 2006

WILMER CUTLER PICKERING HALE AND DORR LLP

_____/s/ Alexandra McTague_____
Mark G. Matuschak (BBO #543873)
mark.matuschak@wilmerhale.com
Wendy Haller Verlander (BBO # 652943)
wendy.verlander@wilmerhale.com
60 State Street
Boston, MA 02109
Telephone: 617-526-6000

S. Calvin Walden (admitted pro hac vice)
calvin.walden@wilmerhale.com
Alexandra McTague (admitted pro hac vice)
alexandra.mctague@wilmerhale.com
399 Park Avenue
New York, NY 10021
Telephone: 212-937-7200

Attorneys for Defendant
TIR SYSTEMS LTD.

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| COLOR KINETICS INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:03-cv-12491-MEL |
| TIR SYSTEMS LTD, | ) ) ) | |
| Defendant. | ) ) | |

### [PROPOSED] ORDER GRANTING TIR'S MOTION FOR LEAVE TO FILE UNDER SEAL

For good cause shown, TIR's Motion for Leave to File Under Seal the following materials: (1) TIR Systems Ltd.'s Reply in Support of its Motion for Summary Judgment of Inequitable Conduct and Bifurcation, and (2) the Declaration of Alexandra McTague in Support of TIR Systems Ltd.'s Reply in Support of its Motion for Summary Judgment of Inequitable Conduct and Bifurcation is hereby GRANTED.

**IT IS SO ORDERED.**

DATED: _____     _____
                               The Honorable Morris E. Lasker
                               United States District Court Judge

CERTIFICATE OF SERVICE

I, Alexandra McTague, hereby certify that on October 31, 2006, I served a copy of the foregoing Defendant's Motion for Leave to File Under Seal on the following counsel of record by CM/ECF:

>Aaron Moore, Esq.
>Lowrie, Lando & Anastasi, LLP
>Riverfront Office Park
>One Main Street
>Cambridge, MA 02142

>__/s/ Alexandra McTague_____
>Alexandra McTague