| | |
|---|---|
| COLOR KINETICS INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TIR SYSTEMS LTD, )<br>)<br>Defendant. )<br>) | Civil Action No. 1:03-cv-12491-MEL |

## [~~PROPOSED~~] ORDER GRANTING TIR'S ASSENTED-TO MOTION FOR A ONE DAY EXTENSION

For good cause shown, TIR's Assented-To Motion for a One Day Extension of the Time in which to File its Motion Reply in Support of its Motion for Summary Judgment of Inequitable Conduct and Bifurcation is hereby GRANTED. The extension shall be to and including Wednesday, November 1, 2006

IT IS SO ORDERED.

DATED: 11/1/06

_____
The Honorable Morris E. Lasker
United States District Court Judge

3