# UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COLOR KINETICS INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TIR SYSTEMS LTD, ) <br> ) <br> Defendant. ) | Civil Action No. 1:03-cv-12491-MEL |

## [PROPOSED] ORDER GRANTING TIR'S MOTION FOR LEAVE TO FILE UNDER SEAL

For good cause shown, TIR's Motion for Leave to File Under Seal the following materials: (1) TIR Systems Ltd.'s Reply in Support of its Motion for Summary Judgment of Inequitable Conduct and Bifurcation, and (2) the Declaration of Alexandra McTague in Support of TIR Systems Ltd.'s Reply in Support of its Motion for Summary Judgment of Inequitable Conduct and Bifurcation is hereby GRANTED.

**IT IS SO ORDERED.**

DATED: 11/1/06

_____
The Honorable Morris E. Lasker
United States District Court Judge

3