IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COLOR KINETICS INCORPORATED,<br><br>      Plaintiff<br><br>v.<br><br>TIR SYSTEMS LTD.,<br><br>      Defendant. | Civil Action No.:  03-cv-12491 (MEL) |

**ASSENTED-TO MOTION FOR A ONE DAY EXTENSION OF THE TIME IN WHICH TO FILE COLOR KINETICS' SUR-REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT ON THE ISSUE OF INEQUITABLE CONDUCT**

    Plaintiff Color Kinetics Incorporated hereby moves for a one-day extension of the time in which to file its Sur-Reply in Support of its Motion for Summary Judgment on the Issue of Inequitable Conduct, to and including Thursday, November 9, 2006.

    TIR's counsel has assented to this motion.

Dated:  November 8, 2006

                                                /s/ Aaron W. Moore
                                          Matthew B. Lowrie, BBO No. 563,414
                                          Aaron W. Moore, BBO No. 638,076
                                          Emily A. Berger, BBO No. 650,841
                                          Thomas P. McNulty, BBO No. 654,564
                                          Lowrie, Lando & Anastasi, LLP
                                          Riverfront Office Park
                                          One Main Street - 11th Floor
                                          Cambridge, MA 02142
                                          Tel: 617-395-7000
                                          Fax: 617-395-7070

2

## CERTIFICATE OF SERVICE

     I hereby certify that today I caused a true and correct copy of the foregoing to be served, by CM/ECF, on the following counsel of record:

Mark G. Matuschak
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA  02109

Dated:  November 8, 2006        /s/ Aaron W. Moore
                                             Aaron W. Moore