IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

COLOR KINETICS INCORPORATED,

Plaintiff

v.

TIR SYSTEMS LTD.,

Defendant.

Civil Action No. 1:03-cv-12491(MEL)

## DECLARATION OF THOMAS P. McNULTY, ESQ.

I, Thomas P. McNulty, Esq., having been duly sworn, state as follows:

1. I am an attorney at the law firm of Lowrie, Lando & Anastasi, LLP, and I am admitted to practice in the Commonwealth of Massachusetts. I represent Color Kinetics Incorporated ("Color Kinetics") in this action against TIR Systems, Ltd. ("TIR"). I submit this declaration in support of Color Kinetics Incorporated's Sur-Reply In Support Of Its Motion For Summary Judgment On The Issue Of inequitable Conduct.

2. Attached hereto as Exhibit 1 is a true and correct copy of pages 58-59, 107, and 169 of the October 24, 2006 deposition of Mr. Charles E. Van Horn.

3. Attached hereto as Exhibit 2 is a true and correct copy of pages 10-13, 25, 31, 33-34, 42-43, 47, 91, and 114 of the November 1, 2006 deposition of Professor Lisa Dolak.

4. Attached hereto as Exhibit 3 is a true and correct copy of an October 18, 2006 e-mail from Alexandra McTague, Esq. to Aaron Moore, Esq

5. Attached hereto as Exhibit 4 is a true and correct copy of the claim as filed in the application that matured into U.S. Patent No. 7,004,169.

6. Attached hereto as Exhibit 5 is a true and correct copy of the claims as filed in U.S. Application Serial No. 10/684,048.

7. Attached hereto as Exhibit 6 is a true and correct copy of an office action, dated May 4, 2004, in U.S. Application Serial No. 10/684,048.

8. Attached hereto as Exhibit 7 is a true and correct copy of the claims as filed in the application that matured into U.S. Patent No. 6,631,720.

9. Attached hereto as Exhibit 8 is a true and correct copy of an office action, dated March 28, 2001, in the application that matured into U.S. Patent No. 6,631,720.

10. Attached hereto as Exhibit 9 is a true and correct copy of the claims as filed in the application that matured into U.S. Patent No. 7,069,246.

11. Attached hereto as Exhibit 10 is a true and correct copy of the claims as filed in the application that matured into U.S. Patent No. 6,684,199.

12. Attached hereto as Exhibit 11 is a true and correct copy of an office action, dated September 20, 2001, in the application that matured into U.S. Patent No. 6,684,199.

13. Attached hereto as Exhibit 12 is a true and correct copy of a second office action, dated July 9, 2002, in the application that matured into U.S. Patent No. 6,684,199.

14. Attached hereto as Exhibit 13 is a true and correct copy of the claims as filed in the application that matured into U.S. Patent No. 6,999,860.

15. Attached hereto as Exhibit 14 is a true and correct copy of the claims as filed in the application that matured into U.S. Patent No. 6,751,531.

16. Attached hereto as Exhibit 15 is a true and correct copy of the claims as filed in the application that matured into U.S. Patent No. 6,577,930.

- 3 -

17.     Attached hereto as Exhibit 16 is a true and correct copy of an office action, dated March 27, 2002, in the application that matured into U.S. Patent No. 6,577,930.

18.     Attached hereto as Exhibit 17 is a true and correct copy of a letter from Alexandra McTague, Esq. to Aaron W. Moore, Esq., dated August 11, 2006.

Subscribed to and sworn by me under the pains and penalties of perjury, this 11th day of November, 2006.

       /s/ Thomas P. McNulty    
Thomas P. McNulty