# EXHIBIT 3

## Aaron Moore

| | |
|---|---|
| **From:** | McTague, Alexandra [Alexandra.McTague@wilmerhale.com] |
| **Sent:** | Wednesday, October 18, 2006 10:02 AM |
| **To:** | Aaron Moore |
| **Cc:** | -TIR_ColorKinetics-Yarin |
| **Subject:** | RE: Deposition Time |

Sender **ALLOWED**  [ Remove ]  [ Block ]   details
Vanquish Anti-Spam Control Panel

Hi Aaron,
For the reasons we stated previously, we will not be producing the file histories you request.  We do not need any further meet and confer on this issue.

Regards,
Alex