**EXHIBIT 4**

While this invention has been described with reference to particular devices, other and different devices, including those obvious to those skilled in the art, will embody the invention and are within the scope of the following claims.

What is claimed is:

26

**HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY**

CKI0096731

CKI0096732

1.  A laryngeal mask airway system for insertion into a patient, said airway system comprising:

an expandable mask at least partially filled with a cellular material and having an inner space and including a generally elliptical inflatable/deflatable masking ring configured to sealingly surround a laryngeal inlet when inflated to obstruct communication between a laryngeal inlet and an oesophagus;

one or more airway tubes connected to said mask to provide a fluid flow path from the exterior of the patient to a portion of said mask arranged to communicate with the laryngeal inlet when said mask sealingly surrounds the laryngeal inlet; and,

a gastro-tube connected to said mask and configured to provide a fluid flow path from the oesophagus to the exterior of the patient when said mask sealingly surrounds the laryngeal inlet,

said gastro-tube and said one or more airway tubes being sealed adjacent to one another and to said mask to define an inner space between transversely spaced walls of said masking ring and said gastro-tube and to obstruct fluid flow between the oesophagus and trachea.

WASHINGTON 228858v1

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY