**EXHIBIT 7**

While this invention has been described with reference to particular devices, other and different devices, including those obvious to those skilled in the art, will embody the invention and are within the scope of the following claims.

What is claimed is:

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

CKI0094839

1. A laryngeal-mask airway system for a patient having an anatomical airway branching into an oesophagus and a trachea, the inlet to the trachea having a laryngeal inlet, said airway system comprising:

an expandable mask including a generally elliptical inflatable/deflatable masking ring for sealingly surrounding the laryngeal inlet when expanded to obstruct communication between the laryngeal inlet and oesophagus;

one or more airway tubes connected to said mask to provide a fluid flow-path from the exterior of the patient to a portion of said mask arranged to communicate with the laryngeal inlet when said mask sealingly surrounds the laryngeal inlet; and,

a gastro-tube connected to said mask to provide a fluid flow-path to a portion of said mask facing the oesophagus when said mask sealingly surrounds the laryngeal inlet,

said gastro-tube and said one or more airway tube being hermetically sealed in side-by-side abutting adjacency to one another and to said mask so as to define an inner space between transversely spaced walls of said masking ring and said gastro-tube and airway tube and to obstruct fluid flow between the oesophagus and trachea.

2. The laryngeal-mask airway system of claim 1, wherein said airway tube comprises a pair of airway tubes laterally disposed on opposite sides of said gastro-tube, longitudinal portions of the outer surfaces of each of said airway tubes being sealed to said masking ring.

3. The laryngeal-mask airway system of claim 2, wherein each of said one or more airway tubes has a distal end thereof truncated at an angle to the longitudinal axis of the said tube to define an elongated opening facing towards said inner space, the portions of the said one or more airway tubes adjacent the said opening thereof being sealed to said masking ring and to said gastro tube.

27

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

CKI0094840

4. The laryngeal-mask airway system of claim 1 wherein the cross-sectional area of said gastro tube is greater than that of one of said one or more airway tubes.

5. The laryngeal-mask airway system of claim 2 wherein the cross-sectional area of said gastro-tube is not less than about three-fourths the total cross-sectional area of said airway tubes.

6. The laryngeal-mask airway system of claim 1 wherein a collapsible tube extends through a distal portion of said masking ring.

7. The laryngeal-mask airway system of claim 6 wherein said collapsible tube is a distal portion of said gastro tube, and portions of said masking adjacent said tube are sealed to the exterior of said tube.

8. The laryngeal-mask airway system of claim 6 further comprising a pair of porous collapsible support plugs disposed within said distal portion of said masking ring, each of said support plugs being disposed on one side of said collapsible tube, having one outer surface thereof sealed to a an interior surface of said masking ring, and having a second outer surface thereof forming a portion of, or sealed to a portion of the outer surface of, said collapsible tube.

9. The laryngeal-mask airway system of claim 8 wherein each said support plug is wedge-shaped having a concave surface conforming to or forming outer surface of said collapsible tube and a convex surface conforming to an adjoining inner surface of said distal portion of said masking ring.

10. The laryngeal-mask airway system of claim 6 wherein said collapsible tube has a pair of lateral hinges defined by the radial thickness of said collapsible tube and positioned on generally

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

CKI0094841

opposite sides thereof, each of said lateral hinges extending generally longitudinally of said collapsible tube and including a flexible base contiguous with the interior surface of said collapsible tube and a pair of edges extending generally radially outwardly from the base to the exterior surface of said collapsible tube, each of said lateral hinges being such that the angle between the edges thereof is greater when the mask is in a collapsed configuration than when the mask is in an expanded configuration.

11. The laryngeal-mask airway system of claim 6 wherein said collapsible tube has a pair of medial hinges defined by the radial thickness of said collapsible tube and positioned on generally opposite sides thereof, each of said lateral hinges extending generally longitudinally of said collapsible tube and including a flexible base contiguous with the exterior surface of said collapsible tube and a pair of edges extending generally radially inwardly from the base to the interior surface of said collapsible tube, each of said lateral hinges being such that the angle between the edges thereof is greater when the mask is in a collapsed configuration than when the mask is in an expanded configuration.

12. The laryngeal-mask airway system of claim 11 wherein said collapsible tube has a pair of lateral hinges defined by the radial thickness of said collapsible tube and positioned on generally opposite sides thereof, each of said lateral hinges extending generally longitudinally of said collapsible tube and including a flexible base contiguous with the interior surface of said collapsible tube and a pair of edges extending generally radially outwardly from the base to the exterior surface of said collapsible tube, each of said lateral hinges being such that the angle between the edges thereof is greater when the mask is in a collapsed configuration than when the mask is in an expanded configuration.

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

CKI0094842

13. A laryngeal-mask airway system, comprising:

an elongate flexible gastro-tube having a proximal end adapted for connection to a gastro-apparatus external to a patient for gastric drainage and having an open distal end for insertion via the patient's anatomical airway into communication with the oesophageal inlet of the patient,

flexible airway-tube means of smaller diameter than the diameter of the gastro-tube, said airway-tube means having a proximal end adapted for connection to ventilating apparatus external to the patient and having a distal end, said airway-tube means comprising two like smaller-diameter airway tubes that are in respectively sealed and bonded relation to opposite sides of said gastro-tube within a masking region at substantially the distal end of said gastro-tube thereby establishing a distally projecting end of the gastro-tube; and

a generally elliptical inflatable/deflatable masking ring, included in said masking region, said masking ring being adapted for sealing engagement with the laryngeal inlet, said masking ring defining an inner space between transversely spaced walls of said masking ring, the combined transverse width of said gastro-tube and of said like airway tubes in said masking region being substantially the transverse width of said inner space and being so bonded to said masking ring as to establish a sealed closure of said inner space, said distal end of said gastro-tube passing through the distal region of said masking ring with sealed proximal entrance into and distal exit from the distal region of said masking ring, each of said two like airway tubes being open within said masking region for exclusive airway communication with the laryngeal inlet.

14. The laryngeal-mask airway system of claim 13, in which for each of said two like airway tubes, the open end within the masking region is defined by an elongate slanted truncation which establishes a tapered distal end of each airway tube wherein the taper is of reducing arcuate extent in the distal direction throughout traverse of said inner space.

30

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

CKI0094843

15. The laryngeal-mask airway system of claim 14, in which the distal end of said taper is distally pointed with continuously bonded connection to said gastro-drainage tube and to said inflatable masking ring to substantially the location of sealed proximal entrance of said gastro-tube into the distal region of said masking ring.

16. The laryngeal-mask airway system of claim 13, wherein said gastro-tube is (i) of relatively great wall thickness through at least traverse of the proximal region of said masking ring and (ii) of relatively thin wall thickness throughout passage of said gastro-tube through the distal region of said inflatable/deflatable masking ring such that, when said masking ring is deflated, the distal region of said masking ring is rendered into a substantially flattened flexible shape enabling said distal region to smoothly ride posterior contours of the throat and pharynx and to assure that the deflated masking ring enters and locates within the upper sphincteral region of the oesophagus so that, upon inflation of said masking ring following insertion into the patient, the flexible distal region will inflate to open the distal end of said gastrotube within the upper sphincteral region of the oesophagus.

17. The laryngeal-mask airway system of claim 13, in which said gastro tube is in such laterally squeezed adjacency to and between said airway tubes in the region of said sealed closure of said inner space that at least on the anterior side of said sealed closure the squeezed portion of said gastro-tube projects in the anterior direction to define a stop to prevent an epiglottis of the patient from interfering with airway-tube communication with the laryngeal inlet.

18. A laryngeal-mask airway system for a patient having an anatomical airway branching into an oesophagus and a trachea, the inlet to the trachea having a laryngeal inlet, said airway system comprising:

31

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

CKI0094844

an expandable mask including an inflatable/deflatable masking ring for sealingly surrounding the laryngeal inlet when expanded to obstruct communication between the laryngeal inlet and oesophagus;

an airway tube connected to said mask to provide a fluid flow-path to a portion of said mask arranged to communicate with the laryngeal inlet when said mask sealingly surrounds the laryngeal inlet; and

a gastro-tube having a cross-sectional area greater than that of the airway tube connected to said mask and extending through a distal region of said mask to provide a fluid flow-path to a surface of said mask that faces the oesophagus when said mask sealingly surrounds the laryngeal inlet.

19. The laryngeal-mask airway system of claim 18 including a pair of said airway tubes disposed on opposite sides of said gastro tube and sealed to said gastro tube along a longitudinally extending length thereof, each of said airway tubes opening into an inner space between transversely spaced portions of the masking ring through openings therein arranged to face generally towards the laryngeal inlet when the mask sealingly surrounds the laryngeal inlet, and the cross-sectional area of said gastro tube being greater than that of either of said airway tubes and not less than about three-fourths of the total cross-sectional areas of said pair of airway tubes.

20. The laryngeal-mask airway system of claim 19 wherein the gastro-tube and airway tubes are sealed in side-by-side abutting adjacency to one another and to said mask so as to define an inner space between transversely spaced walls of said masking ring and said gastro-tube and airway tube and to obstruct fluid flow between the oesophagus and trachea.

32

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

CKI0094845

21. The laryngeal-mask airway system of claim 18, wherein said gastro tube includes a collapsible tube extending through a distal portion of said masking ring with the portions of the masking ring adjacent said tube sealed to the exterior surface of the collapsible tube, the collapsible tube providing a tubular distal lip and having a greater flexibility than the portion of said gastro-tube proximal of said lip portion.

22. The laryngeal-mask airway system of claim 21 wherein each of said air tubes has an inner diameter in the range of about 6 to about 10 mm and said gastro tube has an inner diameter in the range of about 10 to about 15 mm.

23. The laryngeal mask airway system of claim 22 wherein the inner diameter of each of said air tubes is about 8 mm and the inner diameter of said gastro tube is about 10 mm.

24. A laryngeal-mask airway system of claim 21 wherein said collapsible tube has sufficient sufficient flexibility to flatten in response to deflation of said masking ring and to open into a generally circular or elliptical cross-section in response to inflation of said masking ring, and, the portion of said masking ring adjacent each of the opposite sides of collapsible tube includes a respective collapsible support plug disposed adjacent an outer surface of collapsible tube and attached to said outer surface and to an interior surface of said masking ring.

33

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

CKI0094846

25. The laryngeal-mask airway system of claim 24 wherein each said support plug is on an opposite sides of a geometric plane of lateral symmetry including the axis of collapsible tube.

26. The laryngeal-mask airway system of claim 24 wherein said support plugs are such that, when said masking ring is deflated, the distally facing outer surface of said distal region has a predetermined contour to facilitate conformance of said masking ring with the anatomical airway of the patient when said masking ring is longitudinally displaced through the anatomical airway.

27. The laryngeal-mask airway system of claim 24 wherein each said support plug has a concave surface conforming to the adjoining outer surface of said collapsible tube and a convex outer surface conforming to an adjoining inner surface of a distal region of said masking ring.

28. The laryngeal-mask airway system of claim 21 wherein said collapsible tube has a pair of lateral hinges defined by the radial thickness of said collapsible tube and positioned on generally opposite sides thereof, each of said lateral hinges extending generally longitudinally of said collapsible tube and including a flexible base contiguous with the interior surface of said collapsible tube and a pair of edges extending generally radially outwardly from the base to the exterior surface of said collapsible tube, each of said lateral hinges being such that the angle between the edges thereof is greater when the mask is in a collapsed configuration than when the mask is in an expanded configuration.

29. The laryngeal-mask airway system of claim 21 wherein said collapsible tube has a pair of medial hinges defined by the radial thickness of said collapsible tube and positioned on generally opposite sides thereof, each of said lateral hinges extending generally longitudinally of said collapsible

34

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

CKI0094847

tube and including a flexible base contiguous with the exterior surface of said collapsible tube and a pair of edges extending generally radially inwardly from the base to the interior surface of said collapsible tube, each of said lateral hinges being such that the angle between the edges thereof is greater when the mask is in a collapsed configuration than when the mask is in an expanded configuration.

30. The laryngeal-mask airway system of claim 25 wherein said collapsible tube has a pair of lateral hinges defined by the radial thickness of said collapsible tube and positioned on generally opposite sides thereof, each of said lateral hinges extending generally longitudinally of said collapsible tube and including a flexible base contiguous with the interior surface of said collapsible tube and a pair of edges extending generally radially outwardly from the base to the exterior surface of said collapsible tube, each of said lateral hinges being such that the angle between the edges thereof is greater when the mask is in a collapsed configuration than when the mask is in an expanded configuration

31. The laryngeal-mask airway system of claim 28 wherein said lateral hinges terminate proximally of the extreme distal end of said collapsible tube, and the extreme distal end of said collapsible tube defines a substantially continuous outer surface that is sealed to said masking ring.

32. The laryngeal-mask airway system of any of claims 24 through 31 wherein said collapsible tube comprises said lip portion.

35

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

CKI0094848

33. A laryngeal-mask airway system for a patient having an anatomical airway branching into an oesophagus and a trachea, the inlet to the trachea having a laryngeal inlet, said airway system comprising:

an expandable mask including an inflatable generally elliptical annular masking ring for sealingly surrounding the laryngeal inlet when to obstruct communication between the laryngeal inlet and oesophagus;

at least one elongate airway tube having a proximal end adapted for connection to ventilating apparatus external to a patient extending to the mask and providing a fluid flow-path to a portion of the mask within the masking ring and arranged to communicate with the laryngeal inlet when said mask sealingly surrounds the laryngeal inlet;

a gastro-tube connected to said mask to provide a fluid flow-path to a surface of said mask facing the oesophagus when said mask sealingly surrounds the laryngeal inlet, the gastrotube having a distal end which passes through the distal region of said masking ring;

an inflatable flexible cover positioned on the posterior side of said airway tube and said gastro tube, said cover being sealed along its peripheral edges to anterior portions of said masking ring, said airway tube and said gastro tube.

34. The laryngeal mask-airway system of claim 33 wherein including one or more inflation tubes extending from exterior of said patient and connecting to said inflatable mask and said flexible cover for providing air flow to and from said mask and cover for inflating and deflating the same.

35. The laryngeal mask-airway system of claim 33 including a pair of said airway tubes each of which is laterally bonded in side-by-side adjacency to said gastro-tube at traverse of the proximal region of said masking ring and distally to the point of gastro-tube entry into said masking ring, the

36

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

CKI0094849

combined lateral extent of said airway tubes and gastro-tube covering the included inner space within said masking ring and is bonded in sealed closure of said inner space.

36. The laryngeal mask-airway system of claim 33 wherein said cover is elastomeric.

37. The laryngeal mask-airway system of claim 33 wherein said cover is sized so that, when said mask is deflated, said cover lies in juxtaposition with underlying portions of said masking ring, said airway tube and said gastro tube without folding portions of said cover.

38. The laryngeal mask-airway system of claim 33 wherein the proximal portions of said cover are bonded to said masking ring in regions closely adjacent the proximal portions of said airway tube and said gastro tube and extending distally of the proximal end of said masking ring to prevent ballooning of said proximal portions of said cover when the cover is inflated.

41. ~~39.~~ A laryngeal-mask airway system for a patient having an anatomical airway branching into an oesophagus and a trachea, the inlet to the trachea having a laryngeal inlet, said airway system comprising:

an expandable mask including an inflatable/deflatable masking ring for sealingly surrounding the laryngeal inlet when expanded to obstruct communication between the laryngeal inlet and oesophagus;

37

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

CKI0094850

an airway tube connected to said mask ane extending from proximal of said mask to a region of said surface of said mask arranged to communicate with the laryngeal inlet when said mask sealingly surrounds the laryngeal inlet; and

a gastro-tube having a cross-sectional area greater than that of the airway tube connected to said mask and extending from proximal of said mask to a distal region of said mask to provide a fluid flow-path to a surface of said mask that faces the oesophagus when said mask sealingly surrounds the laryngeal inlet,

at least one of (a) an anteriorly-facing portion of said gastro-tube proximal of the proximal side of said masking ring and (b) an anteriorly-facing portion of said air tube distal of the proximal side of said masking ring being removed thereby to increase the flexibility of said system.

39. ~~40.~~ The laryngeal-mask airway system of claim 38 wherein said portion of said gastro tube provides a curvilinear gutter defining an arcuate portion of said gastro tube closed at its posterior side.

40. ~~41.~~ The laryngeal-mask airway system of claim 38 wherein said portion of air tube provides a elongated opening extending proximally from the distal end of said air tube.

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

CKI0094851