# EXHIBIT 10

104706-121                          77                          PATENT

      Further, since numerous modifications and variations will readily occur to those skilled in the art, it is not desired to limit the invention to the exact construction and operation illustrated and described. Accordingly, all suitable modifications and equivalents may be resorted to, falling within the scope of the invention.

      What is claimed is:

78

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

CKI0095097

104706-121                            78                        PATENT

1. A method for authenticating at least one of a media and data stored on said media in order to prevent at least one of piracy, unauthorized access and unauthorized copying of the data stored on said media,
5   wherein predetermined errors are introduced with the data into mixed data and storing the mixed data on said media, the predetermined errors comprising at least one authentication key or component thereof, for authenticating whether the at least one of said media
10  and data is authorized, said method comprising the steps of:

   (a)  reading the mixed data from said media;

   (b)  detecting the predetermined errors from the mixed data;

15 (c)  comparing the predetermined errors to the at least one authentication key or component thereof;

   (d)  authenticating the at least one of the media and the data in the mixed data responsive to the comparing step;

20 (e)  removing the predetermined errors from the mixed data via a decoding operation resulting in substantially the data; and

   (f)  outputting the data as at least one of audio, video, audio data, video data and digital data
25  substantially free of the predetermined errors.

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

CKI0095098

104706-121                        79                        PATENT

     2.  A method according to claim 1, wherein the predetermined errors comprise on-off binary codes representing ones and zeros to represent a predetermined pattern usable as the at least one
5    authentication key or component thereof.

     3.  A method according to claim 1, wherein said outputting step (f) further includes converting the data to a stereo analog signal without transferring, in
10   the data, the predetermined errors used as the at least one authentication key or component thereof.

     4.  A method according to claim 1, wherein said method further includes the step of embedding both said predetermined errors and said data onto a data disc on at least one of a per track basis and on an interval
15   basis throughout the disc, such that the authentication is performed at least for at least one of each track to be played, throughout playback and recording.

     5.  A method according to claim 1, wherein said authenticating step further includes the step of
20   authenticating using a different authentication key for each track.

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

CKI0095099

104706-121                            80                        PATENT

~~6.   A method according to claim 1, further
including the step of using a process defined in at
least one of the configuring, intentionally embedding,
introducing and outputting steps, as a multi-level
5      authentication system containing at least two different
authentication keys, each of which successively must be
authenticated before said corrected data is finally
output.~~

~~7.   A method according to claim 1, further
10     including the step of at least one of performing said
method over a plurality of inter-connected computer
networks comprising at least one of a local network, a
global network, and the Internet.~~

8.   A method according to claim 1, wherein said
authenticating step further comprises authenticating
15     the at least one of the media and the data, wherein the
media is at least one of read from and recorded to at
least one of a disc player, a disc recorder, a
computer, a work station and a network of computers.

20          9.   A method according to claim 1, wherein said
reading step (a) further comprises the step of at least
one of decoding and decrypting the mixed data from said
media.

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

CKI0095100

104706-121                       81                        PATENT

10. A method for authenticating at least one of a media and data stored on said media in order to prevent at least one of piracy, unauthorized access and unauthorized copying of the data stored on said media, wherein at least one predetermined error is introduced with the data into mixed data and storing the mixed data on said media, the at least one predetermined error comprising at least one authentication key or component thereof, for authenticating whether the at least one of said media and data is authorized;

said method comprising the steps of:

(a) reading the mixed data from said media;

(b) detecting the at least one predetermined error from the mixed data;

(c) comparing the at least one predetermined error to the at least one authentication key or component thereof;

(d) authenticating the at least one of the media and the data in the mixed data responsive to the comparing step;

(e) removing the at least one predetermined error from the mixed data resulting in substantially the data; and

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

CKI0095101

104706-121                       82                    PATENT

(f) outputting the data as at least one of audio, video, audio data, video data and digital data substantially free of the at least one predetermined error.

5   11. In a method for authenticating at least one of a media and data stored on said media in order to prevent at least one of piracy, unauthorized access and unauthorized copying of the data stored on said media, a data disk comprising at least one predetermined error introduced in the data disk with the data as mixed
10  data, the mixed data stored on said data disk, the at least one predetermined error comprising at least one authentication key or component thereof, used in authenticating whether the at least one of said data
15  disk and data is authorized.

12. In a method for authenticating at least one of a media and data stored on said media in order to prevent at least one of piracy, unauthorized access and unauthorized copying of the data stored on said media,
20  wherein at least one predetermined error is introduced with the data into mixed data and storing the mixed data on said media, the at least one predetermined error comprising at least one authentication key or component thereof, for authenticating whether the at

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY                    CKI0095102

104706-121                        83                        PATENT

least one of said media and data is authorized, a data player comprising a data processor performing the steps of:

    (a)   reading the mixed data from said media;

5      (b)   detecting the at least one predetermined error from the mixed data;

    (c)   comparing the at least one predetermined error to the at least one authentication key or component thereof;

10    (d)   authenticating the at least one of the media and the data in the mixed data responsive to the comparing step;

    (e)   removing the at least one predetermined error from the mixed data resulting in substantially the

15    data; and

    (f)   outputting the data as at least one of audio, video, audio data, video data and digital data substantially free of the at least one predetermined error.

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

CKI0095103

104706-121          84          <u>PATENT</u>

13. In a method for authenticating at least one of data stored to be stored on said media in order to prevent at least one of piracy, unauthorized access and unauthorized copying of the data stored on said media, a data message comprising at least one predetermined error introduced in the data message comprising a mixed data message, the at least one predetermined error comprising at least one authentication key or component thereof, used in authenticating whether the data message is authorized, and wherein the predetermined errors are sufficiently minimal such that the at least one predetermined error is capable of being removed therefrom without substantially altering an audible component of the data message, and wherein the data message is transmitted substantially free of the at least one predetermined error preventing a destination processor from the at least one predetermined error comprising the at least one authentication key or component thereof, used in the authenticating whether the data message is authorized.

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY      CKI0095104