# EXHIBIT 12



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231
www.uspto.gov

L.C

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 09/315,012 | 05/20/1999 | DAVID W. STEBBINGS | 104706.121 | 5910 |

24395    7590    07/09/2002
HALE & DORR LLP
THE WILLARD OFFICE BUILDING
1455 PENNSYLVANIA AVE, NW
WASHINGTON, DC 20004

| EXAMINER |
|---|
| WORJLOH, JALATEE |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3621 | 19 |

DATE MAILED: 07/09/2002

Please find below and/or attached an Office communication concerning this application or proceeding.

PTO-90C (Rev. 07-01)

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY    CKI0095294

| Office Action Summary | Application No. | Applicant(s) |
|---|---|---|
| | 09/315,012 | STEBBINGS, DAVID W. |
| | Examiner | Art Unit |
| | Jalatee Worjloh | 3621 |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTH(S) FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If the period for reply specified above is less than thirty (30) days, a reply within the statutory minimum of thirty (30) days will be considered timely.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
- Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1) ☐ Responsive to communication(s) filed on _____.
2a) ☐ This action is **FINAL**.      2b) ☒ This action is non-final.
3) ☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

4) ☒ Claim(s) <u>1-10,12-19 and 22-26</u> is/are pending in the application.
    4a) Of the above claim(s) _____ is/are withdrawn from consideration.
5) ☒ Claim(s) <u>1-10,12,14-19 and 22-24</u> is/are allowed.
6) ☒ Claim(s) <u>13,25 and 26</u> is/are rejected.
7) ☐ Claim(s) _____ is/are objected to.
8) ☐ Claim(s) _____ are subject to restriction and/or election requirement.

**Application Papers**

9) ☐ The specification is objected to by the Examiner.
10) ☒ The drawing(s) filed on <u>22 January 2002</u> is/are: a) ☒ accepted or b) ☐ objected to by the Examiner.
    Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
11) ☐ The proposed drawing correction filed on _____ is: a) ☐ approved b) ☐ disapproved by the Examiner.
    If approved, corrected drawings are required in reply to this Office action.
12) ☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. §§ 119 and 120**

13) ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
    a) ☐ All b) ☐ Some * c) ☐ None of:
        1. ☐ Certified copies of the priority documents have been received.
        2. ☐ Certified copies of the priority documents have been received in Application No. _____.
        3. ☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).
    * See the attached detailed Office action for a list of the certified copies not received.
14) ☐ Acknowledgment is made of a claim for domestic priority under 35 U.S.C. § 119(e) (to a provisional application).
    a) ☐ The translation of the foreign language provisional application has been received.
15) ☐ Acknowledgment is made of a claim for domestic priority under 35 U.S.C. §§ 120 and/or 121.

**Attachment(s)**

1) ☐ Notice of References Cited (PTO-892)
2) ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)
3) ☒ Information Disclosure Statement(s) (PTO-1449) Paper No(s) <u>18</u>.
4) ☒ Interview Summary (PTO-413) Paper No(s). <u>19</u>.
5) ☐ Notice of Informal Patent Application (PTO-152)
6) ☐ Other:

U.S. Patent and Trademark Office
PTO-326 (Rev. 04-01)      Office Action Summary      Part of Paper No. 19

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

CKI0095295

Application/Control Number: 09/315,012                                           Page 2
Art Unit: 3621

## DETAILED ACTION

1.  Claims 1-10, 12-19, 22-26 have been examined.

### *Examiner's Amendment*

2.  An examiner's amendment to the record appears below. Should the changes and/or additions be unacceptable to applicant, an amendment may be filed as provided by 37 CFR 1.213. To ensure consideration of such an amendment, it MUST be submitted no later than the payment of the issue fee.

Authorization for this examiner's amendment was given in a telephone interview with Luke Yeh on 3/19/2002. The application has been amended as follows: Claims 20 and 21 were canceled.

### *Claim Rejections - 35 USC § 112*

3.  The following is a quotation of the second paragraph of 35 U.S.C. 112:

    The specification shall conclude with one or more claims particularly pointing out and distinctly claiming the subject matter which the applicant regards as his invention.

4.  Claim 13 is recites the limitation "said media" in line 2. There is insufficient antecedent basis for this limitation in the claim.

### *Claim Rejections - 35 USC § 101*

5.  35 U.S.C. 101 reads as follows:

    Whoever invents or discovers any new and useful process, machine, manufacture, or composition of matter, or any new and useful improvement thereof, may obtain a patent therefor, subject to the conditions and requirements of this title.

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

CKI0095296

Application/Control Number: 09/315,012                                                                Page 3
Art Unit: 3621

Claims 13, 25, and 26 are rejected under 35 U.S.C. 101 because the claimed invention is directed to non-statutory subject matter. Claim 13 is directed to a data per se, not tangibly embodied on a medium; it is claiming non-functional descriptive information.

*Allowable Subject Matter*

6.   Claims 1-10, 12, 14-19, 22-24 are allowed.

*Conclusion*

7.   The prior art made of record and not relied upon is considered pertinent to applicant's disclosure.

"Software Piracy" by Rife, Richard C. discloses the definition of software piracy, the law regarding illegal copying of data, and piracy problems.

Dialog (File 275, Accession Number 01153930) discloses how copy protection affects software publishers and users.

"Joint Wavelet Compression and Authentication Watermarking" by Xie, Liehua and Arce, Gonzalo R. disclose watermarking method for image authentication.

Any inquiry concerning this communication or earlier communications from the examiner should be directed to Jalatee Worjloh whose telephone number is 703-305-0057. The examiner can normally be reached on Mondays-Thursdays 8:30 - 7:00.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, James Trammell can be reached on 703-305-9768. The fax phone numbers for the

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

CKI0095297

Application/Control Number: 09/315,012    Page 4
Art Unit: 3621

organization where this application or proceeding is assigned are 703-305-7687 for regular communications and After Final communications, 703-746-7800 for unofficial communications.

Any inquiry of a general nature or relating to the status of this application or proceeding should be directed to the receptionist whose telephone number is 703-308-1113.

\*\*\*
May 22, 2002

JAMES P. TRAMMELL
SUPERVISORY PATENT EXAMINER
TECHNOLOGY CENTER 3600

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY    CKI0095298