# EXHIBIT 15

What is claimed is:

1. A method of changing at least one of an inclination and an altitude of an object including at least one of a space vehicle, satellite and rocket by generating a combination Hohmann transfer for the object emanating substantially at earth or earth orbit to arrive at a weak stability boundary (WSB) or WSB orbit at or near the moon or moon orbit and generating an operational ballistic ejection transfer (BET) for the object emanating at the WSB or the WSB orbit to return to the earth or the earth orbit, using a computer implemented process, comprising the sequential or non-sequential steps of:

(a) generating the Hohmann transfer for convergence of first target variables at the WSB or the WSB orbit;

(b) traveling from the earth or the earth orbit to a weak lunar capture in the WSB or the WSB orbit using the Hohmann transfer;

(c) optionally performing an inclination change at the WSB or the WSB orbit;

(d) generating the BET for convergence of second target variables at the earth or the earth orbit from the WSB or the WSB orbit, optionally including the inclination change performed in step (c); and

(e) traveling from the WSB or the WSB orbit to the earth or the earth orbit at a predetermined arbitrary altitude using the operational ballistic ejection transfer.

2. A method according to claim 1, wherein said generating step (d) further comprises the step of generating the BET using a forward targeting process for convergence of the second target variables at the earth or the earth orbit from the WSB or the WSB orbit, optionally including the inclination change performed in step (c).



10/050,773 . 052602

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

CKI0094555

3. A method according to claim 1, wherein the second target variables are decoupled from the earth or the earth orbit in said step (d) of generating the BET.

4. A method according to claim 1, wherein the second target variables are decoupled from angular moon elements in said step (d) of generating the BET.

5. A method according to claim 1, wherein at least one of the Hohmann transfer and the operational ballistic ejection transfer are dynamically generated in the at least one of the space vehicle, the satellite, and the rocket.

6. A method according to claim 1, wherein at least one of the Hohmann transfer and the operational ballistic ejection transfer are dynamically generated in a central controller remote from the space vehicle or the rocket.

7. A method of changing at least one of an inclination and an altitude of an object including at least one of a space vehicle, satellite and rocket by generating a combination operational ballistic capture transfer (BCT) for the object emanating substantially at earth or earth orbit to arrive at a weak stability boundary (WSB) or WSB orbit at or near the moon or moon orbit and generating a Hohmann transfer for the object emanating at the WSB or the WSB orbit to return to the earth or the earth orbit, using a computer implemented process, comprising the sequential or non-sequential steps of:

(a) generating the BCT for convergence of first target variables at the WSB or the WSB orbit;

(b) traveling from the earth or the earth orbit to a weak lunar capture in the WSB or the WSB orbit using the BCT;



09845273.050701

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

(c) optionally performing an inclination change at the WSB or the WSB orbit;

(d) generating the Hohmann transfer for convergence of second target variables at the earth or the earth orbit from the WSB or the WSB orbit, optionally including the inclination change performed in step (c); and

(e) traveling from the WSB or the WSB orbit to the earth or the earth orbit at a predetermined arbitrary altitude using the Hohmann transfer.

8. A method according to claim 7, wherein said generating step (a) further comprises the step of generating the BCT using a forward targeting process for convergence of the first target variables at the WSB or the WSB orbit from the earth or the earth orbit, optionally including the inclination change performed in step (c).

9. A method according to claim 7, wherein the first target variables are decoupled from the moon or the moon orbit in said step (a) of generating the BCT.

10. A method according to claim 7, wherein the first target variables are decoupled from angular earth elements in said step (a) of generating the BCT.

11. A method according to claim 7, wherein at least one of the Hohmann transfer and the operational ballistic capture transfer are dynamically generated in the at least one of the space vehicle, the satellite, and the rocket.

12. A method according to claim 7, wherein at least one of the Hohmann transfer and the operational ballistic capture transfer are dynamically generated in a central controller remote from the space vehicle or the rocket.



09849273.050701

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

13. A method of changing at least one of an inclination and an altitude of an object including at least one of a space vehicle, satellite and rocket by generating a combination first Hohmann transfer for the object emanating substantially at earth or earth orbit to arrive at a weak stability boundary (WSB) or WSB orbit at or near the moon or moon orbit and generating a second Hohmann transfer for the object emanating at the WSB or the WSB orbit to return to the earth or the earth orbit, using a computer implemented process, comprising the sequential or non-sequential steps of:

(a) generating the first Hohmann transfer for convergence of first target variables at the WSB or the WSB orbit;

(b) traveling from the earth or the earth orbit to a weak lunar capture in the WSB or the WSB orbit using the first Hohmann transfer;

(c) optionally performing an inclination change at the WSB or the WSB orbit;

(d) generating the second Hohmann transfer for convergence of second target variables at the earth or the earth orbit from the WSB or the WSB orbit, optionally including the inclination change performed in step (c); and

(e) traveling from the WSB or the WSB orbit to the earth or the earth orbit at a predetermined arbitrary altitude using the second Hohmann transfer.

14. A navigational system for changing at least one of an inclination and an altitude of an object including at least one of a space vehicle, satellite and rocket by generating at least one of an operational ballistic capture transfer (BCT) and a first Hohmann transfer for the object emanating substantially at earth or earth orbit to arrive at a weak stability boundary (WSB) or WSB orbit at or near the moon or moon orbit and generating at least one of

09849273.050701



HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY CKI0094558

an operational ballistic ejection transfer (BET) and a second Hohmann transfer for the object emanating at the WSB or the WSB orbit to return to the earth or the earth orbit, using a computer, wherein the computer implements the sequential or non-sequential functions of:

(a) generating the at least one of the BCT and the Hohmann transfer for convergence of first target variables at the WSB or the WSB orbit,;

(b) generating the at least one of the BET and the second Hohmann transfer for convergence of second target variables at the earth or the earth orbit from the WSB or the WSB orbit; and

(c) navigating the object from the earth or the earth orbit to a weak lunar capture in the WSB or the WSB orbit using the at least one of the BCT and the first Hohmann transfer, and navigating the object from the WSB or the WSB orbit to the earth or the earth orbit at a predetermined arbitrary altitude using the at least one of the BET and the second Hohmann transfer.

09849273 .050701

15. A computer program memory, storing computer instructions for changing at least one of an inclination and an altitude of an object by generating at least one of an operational ballistic capture transfer (BCT) and a first Hohmann transfer for the object emanating substantially at earth or earth orbit to arrive at a weak stability boundary (WSB) or WSB orbit at or near the moon or moon orbit and generating at least one of an operational ballistic ejection transfer (BET) and a second Hohmann transfer for the object emanating at the WSB or the WSB orbit to return to the earth or the earth orbit using a computer, the computer instructions including:

(a) generating the at least one of the BCT and the Hohmann transfer for convergence of first target variables at the WSB or the WSB orbit,



HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

CKI0094559

(b) iterating step (a) until sufficient convergence to obtain the at least one of the BCT and the first Hohmann transfer from the earth or the earth orbit to a weak lunar capture in the WSB or the WSB orbit;

(c) generating the at least one of the BET and the second Hohmann transfer for convergence of second target variables at the earth or the earth orbit from the WSB or the WSB orbit; and

(d) iterating step (c) until sufficient convergence to obtain the at least one of the BET and the Hohmann transfer from the WSB or the WSB orbit to the earth or the earth orbit for changing the at least one of the inclination and the altitude.

16. A method of changing at least one of an inclination and an altitude of an object including at least one of a space vehicle, satellite and rocket, using a computer implemented process, comprising the sequential or non-sequential steps of:

(a) traveling from the earth or the earth orbit to a weak lunar capture in a weak stability boundary (WSB) or WSB orbit using at least one of an operational ballistic capture transfer (BCT) and a first Hohmann transfer;

(b) performing at least one of a maneuver and a negligible maneuver, and optionally performing an inclination change at the WSB or the WSB orbit; and

(c) traveling from the WSB or the WSB orbit to the earth or the earth orbit at a predetermined arbitrary altitude and optionally at the inclination change using at least one of an operational ballistic ejection transfer (BET) and a second Hohmann transfer.

17. A method according to claim 16, wherein said performing step (b) further comprises the step of performing the negligible maneuver of between 2-20



10/050.E7E5460

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY 

meters per second at the WSB or the WSB orbit for ejection therefrom.

18. A method according to claim 16, wherein said traveling step (a) further comprises the step of maneuvering around the moon by performing a negligible maneuver of between 2-20 meters per second at the WSB or the WSB orbit for at least one of timing and positioning of the object prior to ejection therefrom.

19. A method according to claim 16, wherein the at least one of the WSB or the WSB orbit is realizable at the predetermined arbitrary altitude by specifying a predetermined velocity magnitude of the object, thereby defining a predetermined capture eccentricity.

20. A method according to claim 16, wherein said method performs said steps (a)-(c) in anywhere from approximately 6 to approximately 88 days.

21. A method according to claim 16, wherein the at least one of the WSB or the WSB orbit is nonlinear and being substantially at a boundary of capture and escape, thereby allowing the capture and the escape to occur for a substantially zero or relatively small maneuver.

22. A method according to claim 16, wherein the at least one of the WSB or the WSB orbit substantially at a boundary of capture and escape, and wherein solar gravitational perturbations influence the BET and BCT.

23. A method according to claim 16, wherein the at least one of the WSB or the WSB orbit is substantially at a boundary of interaction between gravitational fields of the moon and the earth as the object moves.

09849273 .050701



HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY 

24. A method according to claim 16, wherein a motion in the at least one of the WSB or the WSB orbit is at least one of parabolic and elliptic.

25. A method according to claim 16, wherein as the object moves in the at least one of the WSB or the WSB orbit, a Kepler energy of the object is slightly negative and substantially near to zero.

26. A method of changing at least one of an inclination and an altitude of an object including at least one of a space vehicle, satellite and rocket, using a computer implemented process, comprising the sequential or non-sequential steps of:

(a) traveling from the earth or the earth orbit to a first periapsis at a weak lunar capture in a weak stability boundary (WSB) or WSB orbit using at least one of an operational ballistic capture transfer (BCT) and a first Hohmann transfer;

(b) maneuvering around the moon by performing a first negligible maneuver at the WSB or the WSB orbit;

(c) optionally performing an inclination change at the WSB or the WSB orbit;

(d) ejecting from the WSB or the WSB orbit by performing a second negligible maneuver; and

(e) traveling from the WSB or the WSB orbit to a second periapsis at the earth or the earth orbit at a predetermined arbitrary altitude and optionally at the inclination change using at least one of an operational ballistic ejection transfer (BET) and a second Hohmann transfer.

27. A method of changing at least one of an inclination and an altitude of an object including at least one of a space vehicle, satellite and rocket, using a computer implemented process, comprising the sequential or non-sequential steps of:



09849273 . 050703

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

CKI0094562

(a) traveling from the moon or the moon orbit to a weak lunar capture in a weak stability boundary (WSB) or WSB orbit using at least one of an operational ballistic capture transfer (BCT) and a first Hohmann transfer;

(b) performing at least one of a maneuver and a negligible maneuver, and optionally performing an inclination change at the WSB or the WSB orbit; and

(c) traveling from the WSB or the WSB orbit to the moon or the moon orbit at a predetermined arbitrary altitude and optionally at the inclination change using at least one of an operational ballistic ejection transfer (BET) and a second Hohmann transfer.

28. A method of changing at least one of an inclination and an altitude of an object including at least one of a space vehicle, satellite and rocket, using a computer implemented process, comprising the sequential or non-sequential steps of:

(a) traveling from a first planet or first planet orbit to a weak lunar capture in a weak stability boundary (WSB) or WSB orbit using at least one of an operational ballistic capture transfer (BCT) and a first Hohmann transfer;

(b) performing at least one of a maneuver and a negligible maneuver, and optionally performing an inclination change at the WSB or the WSB orbit; and

(c) traveling from the WSB or the WSB orbit to at least one of the first planet or the first planet orbit and a second planet and a second planet orbit at a predetermined arbitrary altitude and optionally at the inclination change using at least one of an operational ballistic ejection transfer (BET) and a second Hohmann transfer.

29. A method of changing at least one of an inclination and an altitude of an object including at least one of a space vehicle, satellite and rocket,

09849273.050701



HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

using a computer implemented process, comprising the sequential or non-sequential steps of:

(a) traveling from a first planet or first planet orbit to a weak lunar capture in a weak stability boundary (WSB) or WSB orbit;

(b) performing at least one of a maneuver and a negligible maneuver, and optionally performing an inclination change at the WSB or the WSB orbit; and

(c) traveling from the WSB or the WSB orbit to at least one of the first planet or the first planet orbit and a second planet and a second planet orbit at a predetermined arbitrary altitude and optionally at the inclination change.

30. A method of generating operational ballistic capture transfer for an object emanating substantially at a first plant or first planet orbit to arrive at a second planet or second planet orbit using a computer implemented process, comprising the steps of:

(a) entering parameters for said method of generating operational ballistic capture transfer;

(b) implementing a forward targeting process by varying the parameters for convergence of target variables at the second planet from the first planet; and

(c) iterating step (b) until sufficient convergence to obtain the operational ballistic capture transfer from the first planet or the first planet orbit to the second planet or the second planet orbit.



09849273.050701



HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY