# EXHIBIT 17

WILMERHALE

August 11, 2006

**Alexandra McTague**

+1 212 295 6368 (t)
+1 212 230 8888 (f)
alexandra.mctague@wilmerhale.com

Aaron W. Moore
Lowrie, Lando & Anastasi
Riverfront Office Park
One Main Street
Cambridge, MA 02142

Re:   Color Kinetics Inc. v. TIR Systems, Ltd.

Dear Aaron:

In response to your proposal that TIR only be permitted to depose one of the multiple attorneys involved in the prosecution of Color Kinetics' asserted patents, we cannot agree. We maintain our position that TIR is permitted to depose any and all of the persons involved in the prosecution of the asserted patents, and that the decision as to which of those persons to depose should be left to TIR. Please let us know if you still plan to file a motion for a protective order to prevent TIR from taking those depositions. As we stated previously, we will oppose such a motion.

Very truly yours,

Alexandra McTague

Wilmer Cutler Pickering Hale and Dorr LLP, 399 Park Avenue, New York, New York 10022
Baltimore   Beijing   Berlin   Boston   Brussels   London   Munich   New York   Northern Virginia   Oxford   Palo Alto   Waltham   Washington

USIDOCS 5790554v1