**LISA A. DOLAK**
318 Stratford Street
Syracuse, New York 13210
(315) 424-1332
ladolak@law.syr.edu

## EXPERIENCE

| | |
|---|---|
| **PROFESSOR OF LAW** | **August 2005-Present** |
| **SENIOR ASSOCIATE DEAN FOR ACADEMIC AFFAIRS** | **April 2005-Present** |
| **ASSOCIATE PROFESSOR** | **August 1999-August 2005** |
| **ASSISTANT PROFESSOR** | **August 1995-August 1999** |

**Syracuse University College of Law, Syracuse, New York**
Teach courses on patent law, patent prosecution, federal courts, federal civil procedure, and Internet law.

**LAW CLERK**                                                                                     **August 2003-July 2004**
**United States Court of Appeals for the Federal Circuit, Washington, D.C.**
On sabbatical leave from the Syracuse University College of Law, served as law clerk to the Hon. Paul F. Michel, Circuit Judge.

**PROFESSIONAL CONSULTING**                                                        **August 1995-Present**
Serve as expert and early neutral evaluator/mediator in patent litigation matters.  Advise on federal and state court litigation matters and reexamination and interference proceedings in the United States Patent and Trademark Office, prepare patent opinion letters.

**ASSOCIATE**                                                                                     **September 1988-July 1995**
**Technology and Intellectual Property Practice Group**
**Nixon, Hargrave, Devans & Doyle, Rochester, New York**
Prepared and prosecuted patent applications and trademark registration applications; prosecuted and defended patent, trademark, trade dress, and copyright infringement actions, trademark oppositions and concurrent use proceedings, patent interferences, and appeals; negotiated and drafted license agreements; prepared opinions (patentability, validity, infringement, and patent and trademark clearance).

**RESEARCH ASSISTANT**                                                                  **October 1984-July 1986**
**Ayerst Laboratories Research, Inc., Princeton, New Jersey**
Designed and conducted radiolabelled syntheses of drug candidates and putative metabolites.

**RESEARCH ASSISTANT**                                                                  **September 1983-September 1984**
**Bristol-Myers Company, Evansville, Indiana**
Synthesized new drug candidates and putative metabolites.  Purified and characterized synthetic products.  Designed and presented proposed synthetic routes.

Lisa  A. Dolak
Page 2

## EDUCATION

**Syracuse University College of Law, Syracuse, New York**
Juris Doctor, May 1988, *summa cum laude* (Class Rank:  1/240)

**Duquesne University, Pittsburgh, Pennsylvania**
Bachelor of Science, Chemistry, May 1983

## PUBLICATIONS

*The Ethics of Delaying Prosecution*, 53 AM. U. L. REV. 739 (2004)

*Negotiation Ethics:  Not an Oxymoron*, ABA SECTION OF INTELLECTUAL PROPERTY LAW (IPL) NEWSLETTER Vol. 22, No. 1 (Fall 2003)

*Professionalism: What's In It For In-House Counsel?*, INSIDE, Vol. 21, No. 1 (Summer 2003)

*Risky Business:  The Perils of Representing Competitors*, 30 A.I.P.L.A. Q.J. 413 (2002)

*Judges Increasingly Criticize Patent Counsel*, PAT. STRAT. & MGMT., Dec. 2002, at 5

*The Inequitable Conduct Doctrine:  Lessons from Recent Cases*, 84 J. PAT. & TM. OFF. SOC. 719 (2002)

*Recognizing and Resolving Conflicts Of Interest In Intellectual Property Matters*, 42 IDEA: J.L. & TECH. 453 (2002)

*Pre-File Investigations:  Look Before You Leap*, PAT. STRAT. & MGMT., March 2002, at 1

*E-Evidence:  Proving Invention Dates with Electronic Records*, PAT. STRAT. & MGMT., August 2001, at 1

*Clients, Their Confidences, and Internet Communications,* 36 ABA TORT & INS. L.J. 829 (Spring 2001)

*Responding to Prior Art Rejections – An Analytical Framework*, 83 J. PAT. & TM. OFF. SOC. 5 (January 2001) (with Michael L. Goldman)

*How to Educate Inventors About Inequitable Conduct*, INT. PROP. STRAT., August 2000, at 1

*As If You Didn't Have Enough to Worry About:  Current Ethics Issues for Intellectual Property Practitioners*, 82 J. PAT. & TM. OFF. SOC. 235 (April 2000)

*Evaluating Conflicts of Interest: Are You Cavalier, Confident, Cautious or Clueless? (A Quiz for the Intellectual Property Law Specialist)*, ABA SECTION OF INTELLECTUAL PROPERTY LAW (IPL) NEWSLETTER Vol. 18, No. 1 (Fall 1999)

*Patents Without Paper: Proving a Date of Invention with Electronic Evidence*, 36 HOUS. L. REV. 472 (1999)

*Conflicts of Interest: Guidance for the Intellectual Property Practitioner*, 39 IDEA: J.L. & TECH. 267 (1999)

*Declaratory Judgment Jurisdiction in Patent Cases: Restoring the Balance Between the Patentee and the Accused Infringer*, 38 B.C.L. REV. 903 (1997)

*The Inequitable Conduct Defense: Down, But Not Out,* ABA SECTION OF INTELLECTUAL PROPERTY LAW (IPL) NEWSLETTER Vol. 15, No. 4 (Summer 1997)

*Federal Circuit Treatment of the Inequitable Conduct Defense*, AIPLA SELECTED LEGAL PAPERS, Vol. XVI, No. 1, 175-211 (April, 1997) (with Steven C. Becker)

*Inequitable Conduct in the Presentation of Affidavits to the U.S. Patent and Trademark Office,* Course Book, 1996 AIPLA Basic Chemical and Biotechnology Patent Practice Seminar (with Michael L. Goldman)

*Prosecuting Patent Applications in the Face of Prior Art Rejections,* Course Book, 1994 AIPLA Basic Chemical and Biotechnology Patent Practice Seminar (with Michael L. Goldman)

*Riding the Rapids: Financing the Leveraged Transaction Without Getting Wet,* 41 SYRACUSE L. REV. 661 (1990) (with Christian C. Day and Michael P. Walls)


**SELECTED PRESENTATIONS**

"Prudence vs. Power: It Does Matter in Patent Cases," Intellectual Property Scholars Conference, Berkeley, California, August 10, 2006

Panelist, "Panel of patent experts ponders Supreme Court's increased interest in IP law," Intellectual Property LAWCAST®, Vol. XII, No.13, August 7, 2006

"Intellectual Property Law Reform: Real Progress or Rearranging Deck Chairs?", LawLive @ Lubin Speaker Series, New York, New York, May 24, 2006

Panelist, "Patent law experts ponder the BlackBerry settlement and its impact on the practice," Intellectual Property LAWCAST®, Vol. XII, No. 7, May 8, 2006

"Inequitable Conduct: A Few Things Worth Knowing," Utah IP Summit, Salt Lake City, Utah, February 24, 2006

"Triggering 'Due Care' and Damages: Requiring More Detailed Notice of Infringement," Intellectual Property Owners Association conference on "Patent 'Trolls' and Patent Property Rights, Washington, D.C., March 14, 2005

"Ethical Intellectual Property Opinions (And It's All Legal!)," Seventh Annual Richard C. Sughrue Symposium on Intellectual Property Law and Policy, University of Akron School of Law, Akron, Ohio, March 7, 2005

"Negotiation Ethics: Not an Oxymoron," AIPLA Annual Meeting, Washington, D.C., October 16, 2004

"Ethical Intellectual Property Opinons (And It's All Legal!)," Practising Law Institute "Preparing Patent Legal Opinions" Course, New York, New York, September 29, 2004; New York, New York, September 28, 2005

"Ethics Issues for I.P. Opinion Counsel," The 14th All Ohio Annual Institute On Intellectual Property (AOAIOIP), Cleveland, Ohio, September 9, 2004; Cincinnati, Ohio, September 10, 2004

"Current Issues in Inequitable Conduct and Representation Conflicts," Patent Resources Group, Inc., Washington, D.C., August 4, 2004; Bonito Springs, Florida, April 20, 2005; Indian Wells, California, October 26, 2005; Bonita Springs, Florida, April 9, 2006

"Conflicts of Interest in IP Practice," Intellectual Property Owners ("IPO") Association Patent and Trademark Office Day, Washington, D.C., December 8, 2003

Panelist, "*Dastar*: Narrowing Opinion, Broad Implications," Intellectual Property LAWCAST®, Vol. IX, No. 7, June 9, 2003

"Hatch-Waxman Law and Policy," Conference on Patent Policy in the Pharmaceutical Industry, Syracuse University College of Law, Syracuse, New York, April 9, 2003

"Ethics Implications of Prosecution Laches," New York State Bar Association 126th Annual Meeting (Intellectual Property Law Section), New York, New York, January 21, 2003

"Ethics Implications of Prosecution Laches," Rochester Intellectual Property Law Association Annual IP Law Seminar, Rochester, New York, November 22, 2002

"Patent Law Update," 18th Annual Institute on Intellectual Property Law, Galveston, Texas, September 27, 2002

"Ethics Implications of Prosecution Laches," George Mason University School of Law Symposium on "Hot Topics in Patent Law," Arlington, Virginia, July 16, 2002

"Ethical Issues in Licensing and License Negotiations," American Law Institute-American Bar Association ("ALI-ABA") Course of Study on Intellectual Property Licensing in Today's "E-conomy," Boston, Massachusetts, May 30, 2002

"Inequitable Conduct:  Lessons from Recent Cases," American Intellectual Property Law Association ("AIPLA") Advanced Patent Practice Seminar, Newport Beach, California, May 3, 2002; Chicago, Illinois, May 17, 2002; Boston, Massachusetts, June 7, 2002

"Risky Business – the Perils of Representing Competitors," The 17th Annual Intellectual Property Law Conference (ABA-IPL), Washington, DC, April 12, 2002

"Risky Business – the Perils of Representing Competitors," Washington State Patent Law Association, Seattle, Washington, March 22, 2002

"Ethics:  Risky Business – the Perils of Representing Competitors," New York State Bar Association 125th Annual Meeting (Intellectual Property Law Section), New York, New York, January 22, 2002

"Patent Law Update," 17th Annual Institute on Intellectual Property Law, Galveston, Texas, November 9, 2001

"Professionalism and the In-House IP Counsel," Intellectual Property Owners ("IPO") Association Annual Meeting, New York, New York, November 6, 2001

"Ensuring Your Outside Patent Counsel Does Not Have a Conflict of Interest," American Conference Institute 3rd National Legal and Regulatory Forum for Patenting:  Genomics, Proteomics, and Complex Biotech, New York, New York, November 5, 2001

"Risky Business:  The Ethics and Perils of Representing Competitors," AIPLA Annual Meeting, Washington, DC, October 20, 2001

"Cavalier, Confident, Cautious, or Clueless?:  Test Your Conflicts IQ," New York State Bar Association "Bridge the Gap" Program on Intellectual Property and the Internet, Rochester, New York, September 20, 2001

"Patents Without Paper" (Mock Trial, Proving Invention Dates with Electronic Evidence), The Collaborative Electronic Notebook Systems Association Legal & Regulatory Symposium, Summit, New Jersey, May 1, 2001

"As if You Don't Have Enough to Worry About:  Current Ethics Issues for Intellectual Property Practitioners," Patent, Trademark, and Copyright Section, Colorado Bar Association, Denver, Colorado, March 14, 2001

"State of the Professional Rules:  Conflicts in IP Representation," New York State Bar Association 124th Annual Meeting (Intellectual Property Law Section), New York, New York, January 23, 2001

Panelist, "Three New Rulings on Inequitable Conduct Serve as Prosecution Practice Pointers," Intellectual Property LAWCAST®, Vol. VI, No. 23, December 11, 2000

"Cavalier, Confident, Cautious, or Clueless?:  Test Your Conflicts IQ," New York Intellectual Property Law Association Fall 2000 CLE Weekend, Tarrytown, New York, October 15, 2000

"Cavalier, Confident, Cautious, or Clueless?:  Test Your Conflicts IQ," Iowa Intellectual Property Law Association Continuing Legal Education Seminar, Des Moines, Iowa, October 13, 2000

"Understanding and Responding to PTO Office Actions: Prior Art Rejections," American Intellectual Property Law Association ("AIPLA") Patent Prosecution Basic Training Program, Arlington, Virginia, September 23, 2000

"Clients, Their Confidences, and the Internet," Law Seminars International "E-Commerce in the Heart of Techtopia" Conference, Tyson's Corner, Virginia, September 22, 2000

 "As if You Didn't Have Enough to Worry About:  Current Ethics Issues for Intellectual Property Practitioners," State Bar of Wisconsin Annual Convention, Madison, Wisconsin, June 30, 2000

"Current Ethics Issues for the Patent Practitioner," AIPLA Advanced Patent Practice Seminar, Washington, D.C., April 8, 2000; New Orleans, Louisiana, May 26, 2000; San Francisco, California, June 9, 2000

"Conflicts of Interest for the Intellectual Property Practitioner," Spring Ethics CLE Course, Patent, Trademark & Copyright Section of the Bar Association of the District of Columbia and Virginia Bar Association Intellectual Property Law Section, Washington, D.C., April 6, 2000

"Conflicts of Interest in IP Practice," Intellectual Property Owners ("IPO") Association Patent and Trademark Office Day, Washington, D.C., December 6, 1999

Mock Trial, Self-Authenticating Electronic Records, Sixth National Managing Electronic Records Conference, Chicago, Illinois, November 2, 1998

"Evidence in Cyberspace," New York State Association of Disciplinary Attorneys, Syracuse, New York, October 1, 1998

Intellectual Property Seminar, Central New York Advanced Course in Engineering, Syracuse University CASE Center, Syracuse, New York, September 14, 1998; September 13, 1999

"Rules of Engagement:  Conflicts and Other Client Issues," American Intellectual Property Law Association ("AIPLA") Advanced Patent Practice Seminar, Houston, Texas, May 8, 1998; New York, New York, May 22, 1998; San Diego, California, June 12, 1998

"Cavalier, Confident, Cautious, or Clueless?:  Test Your Conflicts IQ," AIPLA Spring Meeting, Minneapolis, Minnesota, April 24, 1998

"The Legal Aspects of Electronic Recordkeeping Systems," The Collaborative Electronic Notebook Systems Consortium, San Diego, California, January 15, 1998

Panelist, Expert Focus Group, Electronic Filing of Patent Applications, United States Patent and Trademark Office, Washington, D.C., September 19, 1997

"How to Protect Your Flank:  Minimizing the Risk of an Inequitable Conduct Charge," AIPLA Spring Meeting, San Antonio, Texas, April 30, 1997

"Discovery in Civil Litigation," 1996 Cohasset Associates, Inc. Conference on Managing Electronic Records, November 4, 1996

"Ethical Considerations:  Proper Use of Data and Affidavits," AIPLA 1996 Basic Chemical and Biotechnology Patent Practice Seminar, Chicago, Illinois, June 7, 1996; San Francisco, California, June 14, 1996

"Patents and Ownership of Data," SUNY Health Science Center, Syracuse, New York, January 31, 1996; November 6, 1996; September 23, 1997; September 22, 1998; October, 1999; October 3, 2000; November 14, 2001; November 13, 2002

"Drafting and Prosecuting the Application to Meet §102/103 Novelty/Obviousness Requirement," AIPLA 1994 Basic Chemical and Biotechnology Patent Practice Seminar, Cambridge, Massachusetts, September 23, 1994


**COURSES**

Patent Resources Group Biotechnology Patent Practice Workshop, Steamboat Springs, Colorado, March, 1995
Patent Resources Group New U.S. Patent Term Extension & Diminution Practice, Bethesda, Maryland, February, 1995
Patent Resources Group Chemical Patent Practice Course, Hilton Head, South Carolina, April 1991

**BAR ADMISSIONS**

State of New York
United States District Courts: Western, Eastern, Northern and Southern Districts of New York
United States Court of Appeals for the Federal Circuit
United States Patent and Trademark Office


**PROFESSIONAL ACTIVITIES**

Advisory Council, United States Court of Appeals for the Federal Circuit (appointed)
AIPLA Special Committee to Study the National Research Council's Report on Reaping the Benefits of Genomic and Proteomic Research (appointed)
Board of Editors, *Patent Strategy & Management*, American Lawyer Media (2000-2003)
American Intellectual Property Law Association, Education Committee (Chair, Fall 1999-Fall 2001), Professionalism and Ethics Committee (by appointment), Chemical Practice, Patent Law, and Women in Intellectual Property Law Committees
American Bar Association, Section of Intellectual Property Law
New York State Bar Association, Intellectual Property Section