UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | ) | |
|---|---|---|
| COLOR KINETICS INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:03-cv-12491-MEL |
| | ) | |
| TIR SYSTEMS LTD, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**JOINT MOTION TO EXTEND EXPERT DISCOVERY PENDING RESOLUTION OF CK'S MOTION OBJECTING TO TIR'S EXPERT STEVEN CARLSON**

1. During discovery in this case, the parties have marked documents, deposition transcripts and other information Confidential or Highly Confidential (the "confidential information") under the Court's March 23, 2006 Protective Order.

2. On November 14, 2006, pursuant to the Protective Order, TIR Systems, Ltd. ("TIR") identified Steven B. Carlson as a proposed technical expert. On November 20, 2006, Color Kinetics Incorporated ("Color Kinetics") objected in writing to Mr. Carlson viewing Color Kinetics' confidential information. After meeting and conferring with TIR, Color Kinetics will file a motion today for an order that access to Color Kinetics' confidential information be denied to Mr. Carlson (the "Motion").

3. Because opening expert reports are currently due on December 1, 2006, the parties have agreed to extend that date until after resolution of Color Kinetics' Motion and respectfully request the Court order the same.

US1DOCS 5951785v1

4.	In the event that Color Kinetics' motion is denied, the parties have further agreed, and request, that the Court modify the current schedule such that initial expert reports will be due 14 days after entry of the Court's order denying the motion, and rebuttal reports will be due 30 days after initial expert reports.

5.	In the event that Color Kinetics' Motion is granted, the parties agree that additional time will be needed for the submission of initial expert reports, but do not agree on the amount of time needed.  TIR requests that, if CK's Motion is granted, the Court order that expert reports are due 90 days from the Court's grant of CK's motion – and states in support of this request that this period of time will be necessary to ensure that a new expert can be procured and able to review and opine on the eight patents-in-suit, their file histories, the more than 90 claims being asserted against TIR, the plethora of prior art that has been identified, and other materials such as inventor depositions and other CK confidential information.  CK requests that, if CK's Motion is granted, the Court order that expert reports are due 30 days from the Court's grant of CK's motion – and states in support of this request that the three months TIR seeks is an excessive amount of time in a case that has already been extended multiple times, that TIR has only itself to blame for not locating and identifying a technical expert earlier, and that a new expert can easily be brought up to speed in much less than 90 days, particularly where discovery has already focused the validity contentions on a known subset of the prior art.

6.	The parties agree and request that the Court order that the parties confer in good faith on all remaining deadlines including the close of expert discovery and the filing of dispositive motions.

7.  Finally, the parties respectfully request hearing on the Motion at the December 6, 2006 conference that is currently scheduled, if possible, and have agreed to the following expedited briefing schedule regarding the Motion with that in mind:

CK's Motion will be filed on or before 11/29/06; and

TIR's opposition will be filed on or before 12/4/06.

Respectfully submitted,

| COLOR KINETICS, INC. | TIR SYSTEMS, LTD. |
|---|---|
| By its attorneys, | By its attorneys, |
| LOWRIE LANDO & ANASTASI, LLP | WILMER CUTLER PICKERING HALE AND DORR LLP |
| /s/  Aaron Moore | /s/  Calvin Walden |
| Matthew B. Lowrie, BBO No. 563,414 | Mark G. Matuschak (BBO #543873) |
| Aaron W. Moore, BBO No. 638,076 | mark.matuschak@wilmerhale.com |
| Emily A. Berger, BBO No. 650,841 | Wendy Haller Verlander (BBO # 652943) |
| Thomas P. McNulty, BBO No. 654,564 | wendy.verlander@wilmerhale.com |
| Riverfront Office Park | 60 State Street |
| One Main Street – 11th Floor | Boston, MA 02109 |
| Cambridge, MA 02142 | Telephone: 617-526-6000 |
| Tel: 617-395-7000 | |
| Fax: 617-395-7070 | S. Calvin Walden (admitted pro hac vice) |
| | calvin.walden@wilmerhale.com |
| | Alexandra McTague (admitted pro hac vice) |
| | alexandra.mctague@wilmerhale.com |
| | 399 Park Avenue |
| | New York, NY 10021 |
| | Telephone: 212-937-7200 |

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COLOR KINETICS INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TIR SYSTEMS LTD, )<br>)<br>Defendant. )<br> | Civil Action No. 1:03-cv-12491-MEL |

### [PROPOSED] ORDER GRANTING
### JOINT MOTION TO EXTEND EXPERT DISCOVERY PENDING
### RESOLUTION OF CK'S MOTION OBJECTING TO TIR'S EXPERT STEVEN CARLSON

IT IS HEREBY ORDERED that the parties' Joint Motion To Extend Expert Discovery Pending Resolution Of CK's Objection To TIR's Expert Steven Carlson is GRANTED.

Deadlines and dates in this case are extended as follows:

| Event | Current Deadline | Revised Deadline |
|---|---|---|
| Initial Expert Reports | December 1, 2006 | 14 days after entry of order denying CK's Motion<br><br>OR<br><br>[TIR: 90 days after entry of order granting CK's Motion]<br><br>[CK: 30 days after entry of order granting CK's Motion] |
| Rebuttal Expert Reports | December 22, 2006 | 30 days after service of initial expert reports |

US1DOCS 5951785v1

| Close of Expert Discovery | February 23, 2007 | Parties to confer in good faith after resolution of CK's Motion |
|---|---|---|
| Dispositive Motions Filed | April 27, 2007 | Parties to confer in good faith after resolution of CK's Motion |

**IT IS SO ORDERED.**

Dated _____     _____
                                                                   The Honorable Morris E. Lasker
                                                                   U.S. District Court Judge