# Exhibit A

797922.1

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COLOR KINETICS INCORPORATED,<br><br>    Plaintiff<br><br>v.<br><br>TIR SYSTEMS LTD.,<br><br>    Defendant. | Civil Action No.:  03-cv-12491 (MEL) |

**[PROPOSED] ORDER CONCERNING COLOR KINETICS'S
MOTION FOR A PROTECTIVE ORDER PREVENTING DISCLOSURE
OF CONFIDENTIAL INFORMATION TO STEVEN B. CARLSON**

IT IS HEREBY ORDERED that Defendant TIR Systems, Ltd. ("TIR") shall not disclose any information of Color Kinetics that has been marked or otherwise identified as Confidential or Highly Confidential to Steven B. Carlson.

Dated: _____            _____
                                          The Honorable Morris E. Lasker
                                          United States District Court Judge

797922.1