IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

COLOR KINETICS INCORPORATED,

    Plaintiff

v.

TIR SYSTEMS LTD.,

    Defendant.

Civil Action No. 1:03-cv-12491(MEL)

## DECLARATION OF THOMAS P. McNULTY, ESQ.

I, Thomas P. McNulty, Esq., having been duly sworn, state as follows:

1. I am an attorney at the law firm of Lowrie, Lando & Anastasi, LLP, and I am admitted to practice in the Commonwealth of Massachusetts. I represent Color Kinetics Incorporated ("Color Kinetics") in this action against TIR Systems, Ltd. ("TIR"). I submit this declaration in support of Color Kinetics Incorporated's Motion For A Protective Order Preventing Disclosure Of It's Confidential Information To Steven B. Carlson.

2. Attached hereto as Exhibit A is a true and correct copy of portions of the 2005 Annual Report of The Genlyte Group.

3. Attached hereto as Exhibit B is a true and correct copy of an October 28, 2005 TIR press release.

4. Attached hereto as Exhibit C is a true and correct copy of a July 26, 2006 TIR press release.

797899.1

- 2 -

5. Attached hereto as Exhibit D is a true and correct copy of a November 14, 2006 letter from Jim Yarin to Aaron W. Moore.

6. Attached hereto as Exhibit E is a true and correct copy of a November 17, 2006 e-mail from Kevin Littman, to Calvin S. Walden, and Alexandra McTague.

7. Attached hereto as Exhibit F is a true and correct copy of a November 20, 2006 letter from Kevin Littman, to Alexandra McTague.

8. Attached hereto as Exhibit G is a true and correct copy of a November 21, 2006 e-mail from Calvin Walden to Aaron Moore.

9. Attached hereto as Exhibit H is a true and correct copy of a November 22, 2006 e-mail from Calvin S. Walden to Aaron Moore.

Subscribed to and sworn by me under the pains and penalties of perjury, this 29th day of November, 2006.

    /s/ Thomas P. McNulty
Thomas P. McNulty