# Exhibit A



# Individual Effort
# Team Excellence

Annual Report 2005


GENLYTE GROUP

INDIVIDUAL EFFORT

# Brand Leadership

**Genlyte's strategy is** grounded in the business power of brand leadership. We believe in the power of multiple brands, each focused on its product and market segments. Thus, branding helps us to build profitable revenues and supports our new product and marketing initiatives effectively and precisely. Altogether, Genlyte markets an unparalleled portfolio of 23 well-regarded brands. They are dedicated to, and recognized for, leadership in their segments of the lighting market.

A unique cluster of focused products and marketing expertise backs each Genlyte brand. Each serves a different segment of the lighting business, optimizing product features for the specific needs of users. And each seeks the best market channel access to those users. In terms of market coverage and brand identity, the list is impressive.

In the interior market, Lightolier, America's best recognized name in architectural lighting, sells a broad range of fixtures and controls through a combination of direct and independent sales organizations. Day-Brite, Capri, Omega, Ledalite, and Chloride – also highly regarded brands – serve similar markets through their own independent sales representatives. Additionally, in the entertainment market and its growing architectural offspring, Vari*Lite is the technology leader.

In the exterior market, Bronzelite, Gardco, Hadco, Lumec, Shakespeare Composite Structures and Wide-Lite address the distinct needs of corporations, developers, and municipalities, among other users.

In the residential market, Thomas and Forecast provide distinctive styles, while Lightolier and Capri provide functional downlighting and track lighting to that market segment.

In Canada, where Genlyte has a dominant market share, the company uses two umbrella brands, Canlyte and Thomas Lighting Canada marketing the various Genlyte brands in that country, through their separate independent sales forces.

While many of the brands overlap to some degree in terms of market coverage, we believe that Genlyte's multiple brand strategy maximizes market penetration by using multiple sales and distribution channels. In addition, we understand that market recognition of powerful brands, built over decades of product leadership and customer service, cannot be easily or rapidly duplicated.

Genlyte's brands represent remarkable equity in market leadership. Individually, each brand attacks its market with focused strength and expertise. As a team, they cover the broad range of market opportunities. Managing both the specialization and the overlap has become one of Genlyte's business strengths.




# TEAM EXCELLENCE

 
 
  
  
  
  

  

           
            



INDIVIDUAL EFFORT

# Product Innovation

**Genlyte is fully** committed to product innovation as a key component of its overall marketing strategy. Thus we aim to achieve 30% of our sales from products introduced in the previous 36 months. Our outstanding track record of new product innovation represents Genlyte's individual/team approach in its most dynamic form. The individual creativity and persistence of designers, engineers, and marketers provide the driving energy behind our innovations. But, it is their teamwork that carries the ideas to success in the market.

In 2005, Genlyte introduced some 7,000 new products, supported by significant investment in research and development, tooling and equipment, manufacturing, and marketing investment. Over the next several years, we expect that these new ideas will enhance the human performance, energy efficiency, and the appearance of buildings and communities throughout North America.

We see evolving light sources and electronics as two important drivers for Genlyte innovation. In focusing on miniaturized metal halide lamps, for example, we have applied high efficiency and outstanding color properties of these new light sources to diverse areas of architectural lighting. Throughout the organization, creative optical, mechanical, and aesthetic ideas emerge to harness the technology. Development teams cross-pollinate the best of these, sharing insights and leapfrogging obstacles. The result is leadership performance available in many different fixture types.

LED's have become a core technology in several specialized applications, such as life safety lighting. Genlyte is poised to introduce this promising light source into architectural lighting applications, bringing enhanced control and fresh styles to the market. We have created truly international teams to identify the best technology for each of our applications and speed our products to market.

Still another example of innovation is Genlyte's broad-based focus on the environmental and economical issues related to energy and the development of energy efficient products. Task forces drawn from different parts of the company bring together diverse information on market and regulatory initiatives, emerging technology, and internal capabilities. External resources are leveraged across the organization. Using the individual/team approach, we have produced an array of energy-

*continued on page 12*



TEAM EXCELLENCE



