# Exhibit B

Case 1:03-cv-12491-MEL     Document 117-3     Filed 11/29/2006     Page 1 of 3



REQUEST A QUOTE | HOME | CONTACT | SITE MAP    SEARCH

PRODUCTS | APPLICATIONS | COMPANY INFO | NEWS & EVENTS | RESOURCE CENTER | INVESTORS | TECHNOLOGY

**news and events**

- \+ News Releases
- Events
- Media Coverage

**news release**

**28 October 2005**
TSX Symbol: TIR
For immediate release

**TIR SYSTEMS ANNOUNCES DESIGN COLLABORATION WITH THE GENLYTE GROUP TO DEVELOP LEXEL™- BASED LIGHTING PRODUCTS**

Vancouver, BC – TIR Systems Ltd. (TSX: TIR), a world leader in light enabling technologies for LED-based Solid State Lighting (SSL), announces the signing of a design collaboration agreement with the Genlyte Group, of Louisville, Kentucky, to develop and market LEXEL™ based products under the Lightolier and Canlyte brands. The initial focus of this design collaboration will be on developing products for the architect or lighting designer specified retail, restaurant, commercial and residential markets that demand the precise white-color temperature control and dimming, as well as the energy efficiency that only TIR, through the LEXEL™, has achieved.

Larry Powers, Genlyte Group Chairman, President and CEO, stated, "We believe that there has been considerable progress in Solid State Lighting and we are committed to developing innovative products that use the LED technology effectively. We intend to explore the various options and approaches in Solid State Lighting as we develop new products. TIR's LEXEL™ technology promises great potential and we look forward in our collaboration with TIR to incorporate the LEXEL™ technology into innovative lighting products – which is consistent with Genlyte's commitment to product and market leadership."

Leonard Hordyk , President and CEO of TIR Systems, added, "It is extremely gratifying to be collaborating with such an innovative and influential leader in the lighting industry. With Genlyte's help, our team is poised to make our vision of perfect white light, based on solid state technology, an affordable reality."

The collaboration will leverage the industry leading capabilities of each firm in the design and development of lighting products that advance the LEXEL™ technology within the target lighting markets. Both companies are committing significant resources to this collaborative effort and Solid State Lighting in general. It is expected that LEXEL™-based products will be available in the market in 2006.

**About the Genlyte Group**

The Genlyte Group Incorporated controls a 100% interest in Genlyte Thomas Group LLC, which is a leading manufacturer of lighting fixtures, controls, and related products for the commercial, industrial and residential markets. Genlyte Thomas sells lighting and lighting accessory products under the major brand names of Capri, Chloride Systems, Crescent, Day-Brite, Gardco, Hadco, Ledalite, Lightolier, Lightolier Controls, Lumec, Shakespeare Composite Structures, Stonco, Thomas, Vari-Lite, Wide-Lite, and Canlyte.

To find out more about the Genlyte Group (Nasdaq: GLYT ) , please visit http://www.genlyte.com.

**About TIR Systems Ltd.**

TIR Systems Ltd., a world leader in delivering specialty lighting systems, is building the foundations for tomorrow's lighting. Through sound innovation and proven technical capability, TIR is developing, designing and marketing the core technologies that will allow Solid State Lighting (SSL) to move to the forefront of mainstream lighting.

To find out more about TIR Systems Ltd. (TSX: TIR), visit http://www.tirsys.com.

**About LEXEL™**

The LEXEL™ is a perfectly controllable new solid state light source incorporating light emitting diodes (LEDs) that uses up to 80% less energy to produce the same amount of light as a conventional light source and does not degrade its output or color over its 50,000 hour life. LEXEL™ combines breakthroughs in thermal design, optics, and feedback to provide precise color temperature control and dimming in a cost effective design, resulting in a truly intelligent light source for illumination.

For more information, please contact:

| Ed Sadowski | J. Caren Holtby |
|---|---|
| Vice President, OEM Sales & Marketing | Investor Relations Manager |
| Tel: 604-473-3993 | Tel: 604-473-2318 |
| Email: ed.sadowski@tirsys.com | Email: caren.holtby@tirsys.com |

This News Release contains forward-looking statements concerning the development, design and marketing of SSL technology and its expected impact on the Company's business. Forward-looking statements are statements about the future and include, but are not limited to, our ability to develop, design and market and sell our products or technologies in response to the continuing change in technology, evolving industry standards and changing customer preferences and requirements. Such statements are inherently uncertain, and the actual events or results could be materially different than those anticipated in those forward-looking statements as a result of numerous factors, including without limitation, our ability to successfully address these developments on a timely basis or at all; as well the other risks and uncertainties affecting the Company and its business, as contained in the Company's most recent Annual Information Form and other subsequent news releases and filings with the Canadian Securities Regulatory Authorities, any of which could cause actual events or results to vary materially from the Company's expectations. Forward-looking

statements are based on the beliefs, opinions and expectations of the Company's management at the time they are made, and the Company does not assume any obligation to update its forward-looking statements if those beliefs, opinions or expectations, or other circumstances should change.

**TERMS AND CONDITIONS | 2005 © COPYRIGHT TIR SYSTEM**

home | applications | products | company | news
resources | investors | contact | website feedback