Exhibit C

   

TIR  *Building the Foundations of Tomorrow's Lighting*

REQUEST A QUOTE | HOME | CONTACT | SITE MAP          SEARCH

PRODUCTS   APPLICATIONS   COMPANY INFO   NEWS & EVENTS   RESOURCE CENTER   INVESTORS   TECHNOLOGY

## news and events

+ News Releases

Events

Media Coverage

**26 July 2006**
**TSX Symbol: TIR**
**For immediate release**

**JJI Lighting Group Joins Lexel™ Consortium**
**-- Ardee Lighting, A Division of JJI Lighting Group, Signs Development Agreement for Lexel™**

**Vancouver , BC** – TIR Systems Ltd. (TSX: TIR), announces that Ardee Lighting of Shelby, North Carolina, a division of JJI Lighting Group of Greenwich, Connecticut has signed a strategic development agreement to become the first JJI Lighting Group operating company to join TIR's consortium of companies developing and marketing lighting products based on its award-winning lexel™ technology.

Floyd Rose, Marketing Manager of Ardee Lighting, states, "lexel™'s superior quality, performance, functionality and control are a perfect fit with Ardee Lighting's portfolio of intelligent lighting products."

Leonard Hordyk, President & CEO of TIR Systems Ltd. says, "We are very pleased to be entering into our first relationship with a division of the JJI Lighting Group. Ardee Lighting's products and positioning in the lighting market make Ardee Lighting a logical fit for the lexel™." Hordyk added, "Our agreement with Ardee Lighting, following six others made with lighting companies in North America, Europe and Japan, shows lexel™'s growing acceptance in the global lighting marketplace."

**About Ardee Lighting**

Ardee Lighting was founded in 1985 by Herbert Freed and acquired by JJI Lighting Group in 1996, is an innovation-driven manufacturer of display/accent, retail, landscape and interior lighting products.

JJI Lighting Group, prior to its acquisition in May 2006 by Genlyte Group Inc. of Louisville Kentucky, was one of the largest privately held lighting companies in the United States. JJI has 15 branded business units (13 based in the US and 2 in Europe) which focus on specification-grade products.

The Genlyte Group Incorporated controls a 100% interest in Genlyte Thomas Group LLC, which is a leading manufacturer of lighting fixtures, controls, and related products for the commercial, industrial and residential markets. Genlyte Thomas sells lighting and lighting accessory products under the major brand names of Capri, Chloride Systems, Crescent, Day-Brite, Gardco, Hadco, Ledalite, Lightolier, Lightolier Controls, Lumec, Shakespeare Composite Structures, Stonco, Thomas, Vari-Lite, Wide-Lite, and Canlyte.

To find out more about Ardee Lighting, visit http://www.ardeelighting.com.

To find out more about the JJI Lighting Group, visit http://www.jjilightinggroup.com.

To find out more about the Genlyte Group, Inc., visit http://www.genlyte.com

**About Lexel™**

The Lexel™ is a perfectly controllable new solid state light source incorporating light emitting diodes (LEDs) that has the potential to use up to 80% less energy to produce the same amount of light as a conventional light source and does not degrade its output or color temperature over its 50,000 hour life. lexel™ combines breakthroughs in thermal design, optics, and feedback to provide precise color temperature control and dimming in a cost effective design, resulting in a truly intelligent light source for illumination.

**About TIR Systems Ltd.**

TIR Systems Ltd., a world leader in delivering specialty lighting systems, is building the foundations for tomorrow's lighting. Through sound innovation and proven technical capability, TIR is developing, designing and marketing the core technologies that will allow Solid State Lighting (SSL) to move to the forefront of mainstream lighting.

To find out more about TIR Systems Ltd. (TSX: TIR), visit www.tirsys.com.

**For more information, please contact:**

J. Caren Holtby
Investor Relations Manager
Tel: 604-473-2318
Email: caren.holtby@tirsys.com

This News Release contains forward-looking statements concerning the development, design and marketing of SSL technology and its expected impact on the Company's business. Forward-looking statements are statements about the future and include, but are not limited to, our ability to develop, design and market and sell our products or technologies in response to the continuing change in technology, evolving industry standards and changing customer preferences and requirements. Such statements are inherently uncertain, and the actual events or results could be materially different than those anticipated in those forward-looking statements as a result of numerous factors, including without limitation, our ability to successfully address these developments on a timely basis or at all; as well the other risks and uncertainties affecting the Company and its business, as contained in the Company's most recent Annual Information Form and other subsequent news releases and filings with the Canadian Securities Regulatory

Authorities, any of which could cause actual events or results to vary materially from the Company's expectations. Forward-looking statements are based on the beliefs, opinions and expectations of the Company's management at the time they are made, and the Company does not assume any obligation to update its forward-looking statements if those beliefs, opinions or expectations, or other circumstances should change.

TERMS AND CONDITIONS | 2005 © COPYRIGHT TIR SYSTEM

home | applications | products | company | news
resources | investors | contact | website feedback