# Exhibit D

Case 1:03-cv-12491-MEL   Document 117-5   Filed 11/29/2006   Page 1 of 5

WILMERHALE

November 14, 2006

+1 617 526 6000 (t)
+1 617 526 5000 (f)
wilmerhale.com

**By UPS Overnight Delivery**

Aaron W. Moore
Lowrie, Lando & Anastasi, LLP
Riverfront Office Park
One Main Street
Cambridge, MA  02142

Re: *Color Kinetics Inc. v. TIR Systems Ltd.*

Dear Aaron:

Enclosed please find the CV and Protective Order undertaking of Steven Carlson.

Yours truly,

Jim Yarin
Paralegal
+1 617 526 5087

jim.yarin@wilmerhale.com

Enclosures

**Steven Brian Carlson**
President/Owner
High Speed Design, Inc.
11929 N.W. Old Quarry Road
Portland, OR 97229
(503) 626-4206 Voice and FAX
scarlson@hspdesign.com

**Educational Experience**

Bachelor of Arts, Whitman College, Physics and Dramatic Arts, 1974

Course work in Computer Science and Electrical Engineering, University of Washington, 1972 - 1973

**Professional Experience**

High Speed Design, Inc., 2000 - present
President/Owner. High Speed Design, Inc. is a consulting firm focusing on embedded networking for industrial control applications. In addition, HSD provides product design and business consulting for companies in the architectural lighting/energy management and entertainment lighting industry. Clients include **Nortel Networks, Strand Lighting** (the award-winning C21 Dimmer Rack and Sinewave dimmers), **Genlyte Thomas, Pathway Connectivity, DESA, D-Link** and the **Lagrande Group**, among others.

ROSCO/Entertainment Technology, 1995 - 2000
Executive Vice President - Technology. ET was acquired by ROSCO Labs in 1995. RET has produced 12kW versions of the **Intelligent Power System**, the PC-based **Horizon** lighting console, and the **Horizon Playback**, which is controlled via a TCP/IP 10/100 Ethernet network, and the **VISTA** Architectural Control System.

Entertainment Technology, Inc., 1982 - 1995
Vice President/Owner. A design and manufacturing firm which has designed control systems for theatre, television and architectural lighting. ETI has designed all microprocessor-based architectural controls for **Genlyte/Lightolier Controls**. ETI has designed and manufactured the **Strand Lighting Impact**, the **Kliegl Bros. Performer IV**, the **Morpheus/PanCommand Commander**, and the complete line of **ETI ACCESS Controllers** marketed by **The Great American Market**. ET products include the award-winning **Intelligent Power System** dimming system and the **MAC-360** mixed-rig lighting controller.

Kliegl Bros. Lighting, Inc. 1976 - 1982
Chief System Designer. Responsible for the design of all microcomputer-based controls, including **Performance, Command Performance,** and the standard-setting **Performer I, II, and III**.

Electronics Diversified Inc., 1975 - 1976
Senior Engineer. Responsible for the design of standard control consoles and digital architectural control units, manufacturing support and customer support. Re-designed electronics for the **LS-8** control system, the first electronic memory controller used on a Broadway production (<u>A Chorus Line</u>).

1

**Patents**

Microcomputer-Controlled Light Switch
U.S. Patent # 4,649,323; March 10, 1987

Programmable Multicircuit Wall Mount Controller
U.S. Patent # 4,733,138; March 22, 1988

Multi-room Controller for Individual Light Controls
U.S. Patent # 4,792,731; December 20, 1988

Programmable lighting control system linked by a local area network
U.S. Patent # 5,059,871; October 22, 1991

Paired dimmers for controlling harmonic currents
U.S. Patent # 5,506,480; April 9, 1996

Load monitoring electrical outlet system
U.S. Patent # 5,699,051; December 16, 1997

Short-circuit protection for forward-phase-control AC power controller
U.S. Patent # 6,175,220; January 16, 2001

Devices for protecting network equipment from electrostatic discharge emanating from network cables
US Patent # 6,488,533; December 12, 2002

Other patents pending

**Publications**

"DMX/512 Standard", United States Institute for Theatre Technology, September 1986 (co-author)

"DMX/512-1990 Standard", United States Institute for Theatre Technology, September 1990 (co-author)

"Preventing Lighting System Disaster: A Guide for Technicians", LDI Conference Proceedings, November 1990.

"Distributed Dimming," LDI Conference Proceedings, November 1992.

"Standards and Practices for DMX Data Signal Distribution", United States Institute for Theatre Technology, January 1993 (co-author)

"Getting Your Data Around the Theatre: Parts I and II", LDI Conference Proceedings, November 1993

"Getting Your Data Around the Theatre: Parts III and VI", LDI Conference Proceedings, November 1994

Technical White Papers, ROSCO/ET Web Site, www.rosco-et.com, "Library"

2

**Professional Organizations**

United States Institute for Theatre Technology (USITT)
    Control Protocol Working Group, 1986 - 1990

Entertainment Services and Technology Association, ANSI E1
    Member, Technical Standards Commission, 1994 - 2000

Entertainment Services and Technology Association (ESTA)
    Co-chair, Control Protocols Working Group, 1994 - 2004

Entertainment Services and Technology Association
    Chair, Advanced Control Network Task Group, 1997 - 2004

Institute of Electrical and Electronic Engineers (Member)
    Chair, IEEE 802.3af DTE Power via MDI Task Force, 1999 - 2003
    Secretary, IEEE 802.3 LMSC Working Group 2002 - 2004
    Chair, Residential Ethernet Study Group, 2004
    Executive Secretary, IEEE 802.3 LMSC Working Group 2005 - present

Corporate member, ESTA and USITT