# Exhibit E

**Tom McNulty**

**From:** Kevin M. Littman
**Sent:** Friday, November 17, 2006 4:57 PM
**To:** CK6002F
**Subject:** FW: CK v. TIR - Steven Carlson

**From:** Kevin M. Littman
**Sent:** Friday, November 17, 2006 4:57 PM
**To:** 'McTague, Alexandra'; 'Walden, S. Calvin'
**Subject:** CK v. TIR - Steven Carlson

Calvin and Alex,

We are writing to let you know that we are considering objecting to designation of your proposed expert, Steven Carlson, under paragraph 8(b) of the protective order. According to his CV, he performs consulting services for competitors of Color Kinetics, including Genlyte; we believe Genlyte is a partner of TIR for Lexel – one of the products at issue in this case. Could you please find out the nature of his relationship with Genlyte and any other competitors or potential competitors of Color Kinetics and let us know what they are? We intend to let you know next week whether we will formally object to Mr. Carlson under the protective order, and we would appreciate this information as soon as possible, as it will likely inform our decision.

Thanks,
Kevin