# Exhibit F

Case 1:03-cv-12491-MEL    Document 117-7    Filed 11/29/2006    Page 1 of 2

**LOWRIE, LANDO & ANASTASI, LLP**
*Devoted to Intellectual Property Law*

Kevin M. Littman
klittman@LL-A.com
direct dial (617) 395-7063

November 20, 2006

<u>*VIA OVERNIGHT MAIL and E-MAIL*</u>

Alexandra McTague, Esq.
Wilmer Cutler Pickering
   Hale and Dorr LLP
399 Park Avenue
New York, New York 10022

Re:   Color Kinetics, Inc. v. TIR Systems Ltd.
      Civil Action No.: 03-12491-MEL
      <u>Our File No.: C1104-6002</u>

Dear Alex:

Pursuant to paragraph 8(b) of the protective order, we object to your expert, Steven Carlson.

Sincerely,

LOWRIE, LANDO & ANASTASI, LLP

Kevin M. Littman