# Exhibit G

# Tom McNulty

**From:** Walden, S. Calvin [Calvin.Walden@wilmerhale.com]
**Sent:** Tuesday, November 21, 2006 4:09 PM
**To:** Aaron Moore
**Cc:** CK6002F; Matuschak, Mark
**Subject:** RE: CK v. TIR

Aaron,

Would you like to do the "meet and confer" respecting Mr. Carlson today? I will try to give you a call shortly, or you can call me.

Further, in response to your question below, we can not give an inclusive list of all customers of High Speed Design (a trade secret, as you might expect), but we can again affirm that the only company for which Mr. Carlson or his company have done consulting with respect to "LEDs, lighting, entertainment lighting, solid state lighting and/or related fields" is Strand Lighting (as noted on Mr. Carlson's resume). As I further explained in my voice-mail to you, we understand Mr. Carlson has done *no* consulting with other companies respecting LEDs.

Thanks,

Calvin

-----Original Message-----
**From:** Aaron Moore [mailto:AMoore@ll-a.com]
**Sent:** Tuesday, November 21, 2006 1:26 PM
**To:** Walden, S. Calvin
**Cc:** CK6002F
**Subject:** CK v. TIR

Hi Calvin,

I got your voicemail.

I'm not in the office tomorrow. Since the hearing got moved, can we have the meet-and-confer on Monday? This would also give me a chance to follow up with our client on some of the issues raised in your letter.

Also, would you be willing to provide us with an inclusive list of customers of Mr. Carlson's company High Speed Design?

Thanks.

--Aaron

Aaron W. Moore
amoore@ll-a.com
Lowrie, Lando & Anastasi, LLP
One Main Street
Cambridge, MA 02142
T 617/395-7000; F 617/395-7070; DD 617/395-7016

*Confidentiality Note: This e-mail message and any attachments may contain confidential or privileged information. If you are not the intended recipient, please notify me immediately by replying to this message. Please destroy all copies of this message and any attachments. Thank you.*