# Exhibit H

## Tom McNulty

**From:** Walden, S. Calvin [Calvin.Walden@wilmerhale.com]
**Sent:** Wednesday, November 22, 2006 12:22 PM
**To:** Aaron Moore
**Cc:** CK6002F; Matuschak, Mark
**Subject:** RE: CK v. TIR

Aaron,

Can you do the meet and confer on Monday at 10:00 am?

Additionally, please note that we have confirmed with Mr. Carlson that the list on his resume (i.e., Strand Lighting) comprises the complete list of companies that Mr. Carlson or his company have consulted with in the field of lighting. Again, this consulting has not involved LEDs. Thus, you have the list that you need to determine whether to press forward with any objections to the inclusion of Mr. Carlson on the Protective Order -- we believe that it is clear that CK has no reasonable basis for objecting.

Talk to you Monday.

Calvin


-----Original Message-----
**From:** Aaron Moore [mailto:AMoore@ll-a.com]
**Sent:** Tuesday, November 21, 2006 5:12 PM
**To:** Walden, S. Calvin
**Cc:** CK6002F
**Subject:** RE: CK v. TIR

Hi Calvin,

I'm trying to leave now to travel tonight.

Your representations seem to be at odds with Mr. Carlson's resume, which states that his company does consulting work for "companies in the architectural lighting/energy management and entertainment lighting industry."

In order to complete the meet-and-confer, we believe that we need the list of clients. We think that we are entitled to that information to evaluate the conflict issue, as well as, for example, for impeachment. We are willing to treat the information as attorneys' eyes only under the protective order. Frankly, we don't see how Mr. Carlson can serve as an expert in this case if he is unwilling to disclose the list of clients for which he and/or his company have worked. It also seems to us that, if there truly are no conflicts, then there really is nothing to be concerned about in the way of disclosure.

Please reconsider and let me know.

What time on Monday would be good to finish this discussion?

Thanks.

--Aaron

Aaron W. Moore

11/29/2006

amoore@ll-a.com
Lowrie, Lando & Anastasi, LLP
One Main Street
Cambridge, MA 02142
T 617/395-7000; F 617/395-7070; DD 617/395-7016

*Confidentiality Note: This e-mail message and any attachments may contain confidential or privileged information. If you are not the intended recipient, please notify me immediately by replying to this message. Please destroy all copies of this message and any attachments. Thank you.*

---

**From:** Walden, S. Calvin [mailto:Calvin.Walden@wilmerhale.com]
**Sent:** Tuesday, November 21, 2006 4:09 PM
**To:** Aaron Moore
**Cc:** CK6002F; Matuschak, Mark
**Subject:** RE: CK v. TIR

Aaron,

Would you like to do the "meet and confer" respecting Mr. Carlson today? I will try to give you a call shortly, or you can call me.

Further, in response to your question below, we can not give an inclusive list of all customers of High Speed Design (a trade secret, as you might expect), but we can again affirm that the only company for which Mr. Carlson or his company have done consulting with respect to "LEDs, lighting, entertainment lighting, solid state lighting and/or related fields" is Strand Lighting (as noted on Mr. Carlson's resume). As I further explained in my voice-mail to you, we understand Mr. Carlson has done *no* consulting with other companies respecting LEDs.

Thanks,

Calvin

-----Original Message-----
**From:** Aaron Moore [mailto:AMoore@ll-a.com]
**Sent:** Tuesday, November 21, 2006 1:26 PM
**To:** Walden, S. Calvin
**Cc:** CK6002F
**Subject:** CK v. TIR

Hi Calvin,

I got your voicemail.

I'm not in the office tomorrow. Since the hearing got moved, can we have the meet-and-confer on Monday? This would also give me a chance to follow up with our client on some of the issues raised in your letter.

Also, would you be willing to provide us with an inclusive list of customers of Mr. Carlson's company High Speed Design?

Thanks.

--Aaron

Aaron W. Moore
amoore@ll-a.com
Lowrie, Lando & Anastasi, LLP
One Main Street
Cambridge, MA 02142
T 617/395-7000; F 617/395-7070; DD 617/395-7016

*Confidentiality Note: This e-mail message and any attachments may contain confidential or privileged information. If you are not the intended*

*recipient, please notify me immediately by replying to this message. Please destroy all copies of this message and any attachments. Thank you.*