UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COLOR KINETICS INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>TIR SYSTEMS LTD,<br><br>Defendant. | Civil Action No. 1:03-cv-12491-MEL |

**DECLARATION OF STEVEN B. CARLSON IN SUPPORT OF TIR'S OPPOSITION TO COLOR KINETICS' MOTION FOR A PROTECTIVE ORDER PREVENTING DISCLOSURE OF ITS CONFIDENTIAL INFORMATION TO <u>STEVEN B. CARLSON</u>**

1. I am an independent expert and consult for TIR only with respect to this litigation. I have over 32 years of experience in the design and development of lighting control systems.

2. I am an inventor on nine issued U.S. patents. I am the author of more than 40 technical papers, seminars and presentations relating to lighting control and computer networking. I have also presented (approximately 20 times) at technical conferences on technologies related to lighting control systems, lighting networks such as DMX512, Ethernet-based lighting networks, lighting system safety, and international standards as applied to the lighting industry. I have also provided professional services such as serving on advisory groups and program committees, chairing conferences and technical groups, and editing and reviewing technical literature, on numerous occasions.

3. I received my undergraduate Bachelor of Arts degree in Physics and Dramatic Arts from Whitman College in 1974. From 1975 to 1976, I was a Senior Engineer at Electronics Diversified Inc., where I was responsible for the design of standard lighting control consoles and

digital architectural control lighting units. While in this position, I redesigned the electronics used in the LS-8 lighting control system, which became the first computerized lighting control system used in a Broadway production ("A Chorus Line" in 1975).

4. Between 1976 and 1982, I was Chief System Designer at Kliegl Bros. Lighting, Inc., where I led the company's design of computer-based lighting control systems. In 1977, I supervised the development of the Kliegl "Performance" system, which was the first microprocessor-based theatrical lighting control system.

5. In 1982, I founded my own lighting design and manufacturing firm, Entertainment Technology, Inc. ("ET"), which designed lighting control systems for theatre, television and architectural lighting. As owner and Vice-President of ET, I oversaw several major lighting design projects, including all computer-based architectural lighting controls for Genlyte/Lightolier Controls and numerous lighting control products marketed by The Great American Market. Among other products, ET developed the 1987 Lightolier EasySet, which was the first computer-controlled wall box dimmer; the "Intelligent Power System" dimming system, which has won several awards; and the "MAC-360" mixed-rig lighting controller.

6. In 1995, ET was acquired by ROSCO Labs. I assumed the position of Executive Vice President – Technology at the new ROSCO/Entertainment Technology ("RET"). In that position, which I held until 2000, I oversaw the development of more sophisticated lighting control systems, such as the PC-based Horizon lighting console, the Horizon Playback system (controlled via an Ethernet network), and the VISTA architectural control system.

7. In 2000, I founded my own consulting firm, High Speed Design, Inc. ("HSD"), which provides high-tech consulting services in the area of embedded networking for industrial control and lighting control applications. HSD also provides product design and business

consulting for companies in the architectural lighting/energy management and entertainment lighting industry. HSD's clients have included Nortel Networks, Strand Lighting, the Genlyte Controls, D-Link, Pathway Connectivity and the Lagrande Group. Neither myself or HSD has ever worked directly with Genlyte Thomas on any luminaire projects

8. I have worked with Strand Lighting on the development and design of dimmer racks – which are devices that allow for the manual, independent control of multiple lights, to be used for example in concert lighting – as well as lighting network solutions. I have assisted Strand Lighting in the design and development of the award winning C21 Dimmer Rack and Sinewave Dimmers. The products I have worked on with Strand Lighting are designed for high voltage applications, and as such are not suitable for use with LEDs. Neither myself nor HSD has consulted with any company in the last 5 years with respect to any LED products.

9. I have also served on several international standards-setting committees, both in the lighting and computer networking fields. In the lighting industry, I was a member of the United States Institute of Theatre Technology ("USITT") subcommittee that created the Digital Data Transmission Standard for Dimmers and Controllers, commonly known as DMX512. DMX512 is now widely used as the standard electrical interface and software protocol for controlling dimmers (and other devices) from remote consoles using a 250Kbps differential serial digital data interface. I also worked on the revision that produced the DMX512/1990 standard. I served as a primary reviewer for Adam Bennette's book *Recommended Practice for DMX512*, which is the leading reference work regarding the DMX512 protocol. I also authored several application guides on DMX512 for my company, Entertainment Technology, in the late 1980s and 1990s.

10. In 1994, I was one of the founders of the Technical Standards Program of the Entertainment Services and Technology Association ("ESTA TSP"). Several years later, the USITT transferred responsibility for maintenance of the DMX512 standard to the ESTA TSP. The American National Standards Institute ("ANSI") has accredited the ESTA TSP, giving it the formal title of "Accredited Standards Committee E1 - Safety and Compatibility of Entertainment Technical Equipment and Practices." I also served as the Co-Chair of ESTA's Control Protocols Working Group from 1994 to 2003 and as the Chair of the ESTA Advanced Control Network Task Group from 1997 to 2004.

11. In the computer networking field, I work with the P802 LAN/MAN Standards Committee of the Institute of Electrical and Electronics Engineers, Inc. ("IEEE"), which sets standards for local and metropolitan area computer networks. I am the Executive Secretary of the IEEE 802.3 Working Group, which develops standards for Ethernet-based local area networks (LANs). I also served as Chair of the IEEE P802.3af Working Group, which developed standards for the provision of up to 15W of direct current power over Ethernet connections. I additionally served as Chair of the IEEE's Residential Ethernet Study Group, which developed standards for Ethernet-based LANs in residential applications.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: December 4, 2006

                                                Steven B. Carlson

## CERTIFICATE OF SERVICE

I hereby certify that today I caused a true and correct copy of the foregoing declaration of Steven B. Carlson to be served, by CM/ECF, on the following counsel of record:

>Matthew B. Lowrie
>Aaron W. Moore
>Emily A. Berger
>Lowrie, Lando & Anastasi, LLP
>Riverfront Office Park
>One Main Street
>Cambridge, MA 02142

Dated: December 4, 2006                                    /s/ Alexandra McTague