# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| COLOR KINETICS INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:03-cv-12491-MEL |
| TIR SYSTEMS LTD, | ) ) ) | |
| Defendant. | ) ) | |

### UNOPPOSED MOTION TO COMPEL PRODUCTION OF COLOR KINETICS' LICENSING AGREEMENTS WITH SUPERVISION AND NEO-NEON

Defendant TIR Systems Ltd. ("TIR") brings this unopposed motion to compel the production of l) the licensing agreement between plaintiff Color Kinetics Incorporated ("Color Kinetics") and Super Vision International, Inc. and all related, non-privileged documents; 2) the licensing agreement between Color Kinetics and Neo-Neon International Ltd. and all related, non-privileged documents; and 3) any other licensing agreements entered into by Color Kinetics whose terms preclude production without a court order, and all related, non-privileged documents.

These licensing agreements were requested by TIR and are responsive to at least TIR Request for Production Nos. 40 and 49.  Counsel for Color Kinetics has represented that the terms of the licenses themselves do not allow for their production without a court order.  Counsel has further indicated that Color Kinetics does not oppose this motion to compel production.

Because the licensing agreements are responsive to TIR's document requests and because they are relevant to the damages analysis, TIR respectfully requests that the court compel their production.

Dated: January 16, 2007               TIR SYSTEMS, LTD.

                                      By its attorneys,

                                      WILMER CUTLER PICKERING
                                         HALE AND DORR LLP


                                      /s/  Calvin Walden
                                      Mark G. Matuschak (BBO #543873)
                                      mark.matuschak@wilmerhale.com
                                      Wendy Haller Verlander (BBO # 652943)
                                      wendy.verlander@wilmerhale.com
                                      60 State Street
                                      Boston, MA 02109
                                      Telephone: 617-526-6000

                                      S. Calvin Walden (admitted pro hac vice)
                                      calvin.walden@wilmerhale.com
                                      Alexandra McTague (admitted pro hac vice)
                                      alexandra.mctague@wilmerhale.com
                                      399 Park Avenue
                                      New York, NY 10021
                                      Telephone: 212-937-7200

                                      Attorneys for Defendant
                                      TIR SYSTEMS LTD.

## CERTIFICATE UNDER L. R. 7.1 (A)(2)

I hereby certify pursuant to Local Rule 7.1 (A)(2), that I conferred with Aaron Moore, Esq., counsel for Plaintiff, prior to filing this motion, and that Plaintiff has indicated that it does not oppose this motion.

/s/  Alexandra McTague
Alexandra McTague

## CERTIFICATE OF SERVICE

I hereby certify that today I caused a true and correct copy of this motion and the attached Exhibits to be served, by CM/ECF, on the following counsel of record:

Matthew B. Lowrie
Aaron W. Moore
Lowrie, Lando & Anastasi, LLP
Riverfront Office Park
One Main Street
Cambridge, MA 02142

Dated January 16, 2007                    ____/s/ Alexandra McTague_____

# UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| COLOR KINETICS INC., | ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiff, | | |
| v. | | Civil Action No. 1:03-cv-12491-MEL |
| TIR SYSTEMS LTD, | | |
| Defendant. | | |

### [PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO COMPEL PRODUCTION OF COLOR KINETICS' LICENSING AGREEMENTS

IT IS HEREBY ORDERED that the motion by Defendant to compel the production of l) the licensing agreement between plaintiff Color Kinetics and Super Vision International, Inc. and all related, non-privileged documents; 2) the licensing agreement between Color Kinetics and Neo-Neon International Ltd. and all related, non-privileged documents; and 3) any other licensing agreements entered into by Color Kinetics whose terms preclude production without a court order, and all related, non-privileged documents is GRANTED. Color Kinetics shall produce the documents within two weeks of the date of this order.

**IT IS SO ORDERED.**

Dated _____        _____
                                     The Honorable Morris E. Lasker
                                     U.S. District Court Judge