UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COLOR KINETICS INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TIR SYSTEMS LTD, )<br>)<br>Defendant. )<br>) | Civil Action No. 1:03-cv-12491-MEL |

[~~PROPOSED~~] ORDER GRANTING UNOPPOSED MOTION TO COMPEL
PRODUCTION OF COLOR KINETICS' LICENSING AGREEMENTS

IT IS HEREBY ORDERED that the motion by Defendant to compel the production of 1) the licensing agreement between plaintiff Color Kinetics and Super Vision International, Inc. and all related, non-privileged documents; 2) the licensing agreement between Color Kinetics and Neo-Neon International Ltd. and all related, non-privileged documents; and 3) any other licensing agreements entered into by Color Kinetics whose terms preclude production without a court order, and all related, non-privileged documents is GRANTED. Color Kinetics shall produce the documents within two weeks of the date of this order.

IT IS SO ORDERED.

Dated  1/23/07

_____
The Honorable Morris E. Lasker
U.S. District Court Judge

USIDOCS 5883111v2