UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| COLOR KINETICS INC.<br>　　Plaintiff,<br><br>　　　　v.<br><br>TIR SYSTEMS LTD.<br>　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 03-CV-12491-MEL |

### COLOR KINETICS' MOTION FOR A PROTECTIVE ORDER PREVENTING DISCLOSURE OF ITS CONFIDENTIAL INFORMATION TO STEVEN B. CARLSON

CK's motion is DENIED on the basis that proper measures will be taken to protect confidential information. The nature of the disclosure is limited and Carlson has agreed to be bound by the standing protective order in this case.

*[signature]*
USDJ
2/12/07