UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| COLOR KINETICS INC.<br>    Plaintiff,<br><br>        v.<br><br>TIR SYSTEMS LTD.<br>    Defendant. | 03-CV-12491-MEL |

## TIR'S MOTION FOR A PROTECTIVE ORDER

TIR's motion is GRANTED without prejudice to CK's renewal upon (1) completion of discovery on the LEXEL technology from TIR, and (2) a showing that there is good reason to believe LSI could provide evidence beyond what TIR provides.

*[signature]*
USDJ
2/12/07