# UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COLOR KINETICS INC., <br><br> Plaintiff, <br><br> v. <br><br> TIR SYSTEMS LTD, <br><br> Defendant. | Civil Action No. 1:03-cv-12491-MEL |

### [~~PROPOSED~~] ORDER GRANTING TIR'S MOTION FOR A PROTECTIVE ORDER

For good cause shown, TIR's Motion for a Protective Order is hereby GRANTED. Color Kinetics, Inc. shall immediately withdraw its subpoena on Lighting Services Incorporated and is restricted from seeking any further discovery from Lighting Services in this action without first obtaining an order permitting such discovery from this Court.

**IT IS SO ORDERED.**

DATED: 2/2/07

[signature]