# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| COLOR KINETICS INCORPORATED, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:03-cv-12491-MEL |
| TIR SYSTEMS LTD, | ) ) | |
| Defendant. | ) ) ) | |

## JOINT MOTION TO EXTEND EXPERT REPORT DEADLINES

The parties filed a joint motion on November 29, 2006, seeking to extend the deadline for initial expert reports. (D.I. 115) The due date for reports was dependent upon entry of the Court's decision regarding Color Kinetics Inc.'s ("CK") motion for a protective order with respect to TIR's expert Steven Carlson. The Court denied CK's motion for a protective order on February 14, 2007, making initial expert reports currently due to be exchanged between the parties on February 28, 2007.

Because of exigent circumstances caused by the illness of Mr. Carlson's father, TIR Systems, Ltd. ("TIR") has requested, and CK has consented to, a four week extension of the current February 28, 2007 deadline for initial expert reports, to March 28 2007. The parties have further agreed that rebuttal reports will be due 30 days later on April 30, 2007, and respectfully request that the Court enter an order granting the same.

Dated: February 26, 2007

| COLOR KINETICS, INC. | TIR SYSTEMS, LTD. |
|---|---|
| By its attorneys, | By its attorneys, |
| LOWRIE LANDO & ANASTASI, LLP | WILMER CUTLER PICKERING HALE AND DORR LLP |

/s/   Aaron W. Moore
Matthew B. Lowrie, BBO No. 563,414
Aaron W. Moore, BBO No. 638,076
Emily A. Berger, BBO No. 650,841
Thomas P. McNulty, BBO No. 654,564
Riverfront Office Park
One Main Street – 11th Floor
Cambridge, MA 02142
Tel: 617-395-7000
Fax: 617-395-7070

/s/  Calvin Walden
Mark G. Matuschak (BBO #543873)
mark.matuschak@wilmerhale.com
Wendy Haller Verlander (BBO # 652943)
wendy.verlander@wilmerhale.com
60 State Street
Boston, MA 02109
Telephone: 617-526-6000

S. Calvin Walden (admitted pro hac vice)
calvin.walden@wilmerhale.com
Alexandra McTague (admitted pro hac vice)
alexandra.mctague@wilmerhale.com
399 Park Avenue
New York, NY 10021
Telephone: 212-937-7200

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COLOR KINETICS INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>TIR SYSTEMS LTD,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 1:03-cv-12491-MEL<br>)<br>)<br>)<br>)<br>) |

### [PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND EXPERT REPORT DEADLINES

The parties' Joint Motion To Extend Expert Report Deadlines is hereby GRANTED.

Initial expert reports shall be due on March 28, 2007, and rebuttal expert reports shall be due on April 30, 2007.

**IT IS SO ORDERED.**

Dated _____            _____
                                                                 The Honorable Morris E. Lasker
                                                                  U.S. District Court Judge