# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| COLOR KINETICS INCORPORATED, ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 1:03-cv-12491-MEL |
| TIR SYSTEMS LTD, ) | |
| Defendant. ) | |

### [~~PROPOSED~~] ORDER GRANTING JOINT MOTION TO EXTEND EXPERT REPORT DEADLINES

The parties' Joint Motion To Extend Expert Report Deadlines is hereby GRANTED.

Initial expert reports shall be due on March 28, 2007, and rebuttal expert reports shall be due on April 30, 2007.

**IT IS SO ORDERED.**

Dated __2/28/07__

_____
The Honorable Morris E. Lasker
U.S. District Court Judge