# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|                                   |   |
|-----------------------------------|---|
| COLOR KINETICS INCORPORATED,      ) |   |
|                                   ) |   |
| Plaintiff,                        ) |   |
|                                   ) |   |
| v.                                ) | Civil Action No. 1:03-cv-12491-MEL |
|                                   ) |   |
| TIR SYSTEMS LTD,                  ) |   |
|                                   ) |   |
| Defendant.                        ) |   |

## DECLARATION OF STEVEN B. CARLSON

I, Steven B. Carlson, hereby state as follows:

1. In September 2006, I was retained by TIR Systems Ltd. ("TIR") to act as an expert witness in this case.

2. At the time that I was retained, opening expert reports were due to be submitted on December 1, 2006.

3. In late November 2006, I was informed that Color Kinetics Incorporated ("CK") objected to my being given access to certain information in this case. I was later informed that the parties had agreed to extend the expert report deadlines pending resolution of Color Kinetics' objections.

4. The Court denied Color Kinetics' objections on February 14, 2007, and I received and began to review the confidential information that same week. Under the parties' agreement, opening expert reports were to be due on February 28, 2007.

5. On February 19, 2007, my father, who is 88 years old, suffered a stroke. He was in the hospital until February 24. As his only immediate relative living nearby, I was required to

devote nearly all of my time during this period to ensuring that he was properly cared for in the hospital and to care for him myself following his discharge. My own children assisted me in this process, but the primary responsibility for my father's care fell to me.

6. As of February 25, my father's prognosis was positive. Accordingly, I believed that I would be able to complete the work required to complete the opening expert report by March 28, 2007. Accordingly, TIR approached CK for an extension until that date, and I am informed that CK agreed and the Court granted such an extension.

7. On March 1, 2007, my father suffered a second stroke, which resulted in a fall. He returned to the hospital and underwent a complicated surgery from which he is still recovering. During this time, I was unable to spend any meaningful amount of time on my ordinary work, including on work for this case.

8. On March 4, 2007, I myself was hospitalized with pneumonia, which I contracted in part due to the strain caused by my father's situation.

9. As of today, my father remains hospitalized with an uncertain prognosis. I spend every day with him in hospital. If his condition improves such that he may be discharged from the hospital and able to move into a nursing home, I will need to devote time to locating an appropriate facility and assisting him in that transition. If he remains in hospital, it will be because his situation remains unstable.

10. I was prepared to complete my expert report in this matter in November 2006, on the assumption that I could review information subject to the protective order. Although I expected to complete the work in February 2007 following the Court's decision allowing me to review that information, my father's sudden illness has made it impossible for me to give the task the time and concentration that it requires.

11. It is my understanding that, within the next four weeks, my father's physicians will be in a better position to determine the likely course of my father's health. At that point, I expect to be able to determine whether I can continue to serve as an expert in this case. It is my earnest hope that I will be able to continue the work I have begun on this case.

12. I wish to offer my sincerest apologies to the Court and to CK for any inconvenience that this situation has caused. It has never been my intent to delay the proceedings in this case.

I declare under the pains and penalties of perjury that the foregoing is true and correct. Done at Portland, Oregon, on March 21, 2007.

Steven B. Carlson