# UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| COLOR KINETICS INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:03-cv-12491-MEL |
| TIR SYSTEMS LTD, | ) ) ) | |
| Defendant. | ) ) | |

### [PROPOSED] ORDER GRANTING TIR'S EXPEDITED MOTION FOR AN EXTENSION OF EXPERT DISCOVERY

For good cause shown, TIR's Motion to Extend Expert Discovery is hereby GRANTED. TIR shall provide the Court with a status update on April 27, 2007 on whether Mr. Carlson will continue as TIR's expert. If Mr. Carlson will continue as TIR's expert in this case, opening expert reports will be due May 28, 2007 and rebuttal reports will be due June 28, 2007. If Mr. Carlson cannot continue as TIR's expert, the schedule for expert discovery will be revisited at that time.

**IT IS SO ORDERED.**

DATED: _____          _____

Judge Morris E. Lasker

US1DOCS 6119576v1