**LOWRIE, LANDO & ANASTASI, LLP**
*Devoted to Intellectual Property Law*

Aaron W. Moore
amoore@LL-A.com
direct dial (617) 395-7016

March 22, 2007

**BY CM/ECF**

Honorable Morris E. Lasker
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210

    Re:   Color Kinetics, Inc. v. TIR Systems, Ltd.
           D. Mass. Civil Action No. 03-12491 (MEL)

Dear Judge Lasker:

    We file this letter in response to correspondence we received from counsel for TIR Systems, Ltd. ("TIR"), informing us that the Court had contacted them about having a telephone conference today concerning the motion for additional time filed by TIR at 5:59 yesterday evening (Docket No. 129).

    We advised TIR that we believe that are important facts that had been omitted from TIR's papers, that we wished to file a written opposition, and that we were prepared to file our papers <u>today</u> and be available for a conference at any time tomorrow. TIR refused to agree to that arrangement, explaining that "[i]t is the Court who requested this call today, and we plan on complying with that request."

    Because we believe that the additional factual material—which is expected to include an affidavit from Color Kinetics and correspondence from TIR's counsel to the Federal Court in Canada in a related matter—will aid the Court in its assessment of TIR's motion, we request the opportunity to file a written opposition today and in advance of any conference on the motion.

    Thank you for your consideration of this request.

                            Sincerely,

                            LOWRIE, LANDO & ANASTASI, LLP

                            Aaron W. Moore

MBL/sg
cc:   Mark G. Matuschak, Esq. (by CM/ECF)