WILMERHALE

March 22, 2007

**Alexandra McTague**

+1 212 295 6368 (t)
+1 212 230 8888 (f)
alexandra.mctague@wilmerhale.com

**By CM/ECF**

Honorable Morris E. Lasker
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210

Re:    *Color Kinetics Inc. v. TIR Systems Ltd.*, 03-cv-12491 (MEL)

Dear Judge Lasker:

We believe the letter submitted by Color Kinetics' counsel misconstrues our position. We were simply trying to accommodate the Court's schedule by setting up a conference call for today. If the Court is available and prefers to have the call tomorrow, we are available in the morning, or alternatively, we are available any time on Monday.

Regards,

Alexandra McTague