# Exhibit A



**March 13, 2007**
**TSX Symbol: TIR**
**For immediate release**

**PHILIPS TO ACQUIRE TIR SYSTEMS LTD.**

Vancouver, Canada – Royal Philips Electronics (NYSE:PHG, AEX:PHI, "PHILIPS") and TIR Systems Ltd. (TSX:TIR, "TIR") today announced that they have entered into an Arrangement Agreement (the "Agreement") whereby Philips will acquire 100% of the outstanding shares of TIR at a price of C$1.60 per share in cash and all of the convertible debentures of TIR will be repaid on the basis of C$1,230.77 per C$1,000 of outstanding principal amount. In addition, holders of outstanding warrants and options to acquire shares of TIR shall be entitled to receive the difference between the $1.60 and the exercise price for such warrants and options.

The total value of the transaction is approximately C$75 million, or EUR €48.5 million. This all-cash transaction represents a 29% premium over the closing price of the shares on March 12, 2007, the last trading day for the shares on the Toronto Stock Exchange prior to this announcement. Based on the weighted average closing price of TIR shares for the 10 days prior to yesterday's close, the transaction represents a premium of 16%.

TIR, based in Vancouver, Canada, is a leading supplier of specialized Solid State Lighting (SSL) technology and products for high quality white light. In addition to products sold into the architectural and corporate identity markets through its established sales channels, TIR developed and has commercialized its Lexel™ technology. Lexel is the first fully integrated SSL light source designed to be analogous to a conventional lamp, socket, and ballast for ease of adoption by lighting manufacturers. Lexel incorporates advances in thermal management, optical design and feedback to produce controllable illumination that is maintained for the life of the product.

Supporting TIR's technology and products is a solid and sizeable white light enabling intellectual property portfolio that, when integrated into Philips' substantial SSL patent portfolio, is expected to create a formidable competitive advantage. The addition of TIR's products to Philips' SSL product line strengthens Philips' position as a leader in SSL, which is expected to be the fastest growing segment of the lighting market over the next two decades.

"We are pleased to strengthen our position in Solid State Lighting through this acquisition," Peter van Strijp, Chief Executive of the Solid State Lighting business unit of Philips Lighting, said. "Through the successful integration of Lumileds in 2005, we ensured a leading position in Light Emitting Diodes (LEDs) for the general lighting market, and through the acquisition of TIR Systems we now strengthen our position in delivering integrated lighting products to lighting fixtures manufacturers. Our focus will now be on making lighting products that utilize TIR Systems' Solid State Lighting modules widely available."

"This transaction provides immediate value to TIR shareholders as well as the support of a world-class lighting partner, enabling TIR to expand its Solid State Lighting strategy," said Leonard Hordyk, Chief Executive Officer of TIR. "We are excited to be a centre of excellence in an organization that shares our vision for Solid State Lighting and recognizes the strength of our technology, intellectual property and people. TIR will continue to maintain its existing relationships with its OEM consortium and remains committed to its established products, such as Destiny®, ColorTrace™, LightMark™ and Light Pipe™."

The Board of Directors of TIR has, upon the recommendation of the Strategic Review Committee of independent directors, unanimously approved the transaction. The Board of Directors has also determined, based in part on an opinion from Montgomery & Co., LLC, that the transaction is fair from a financial point of view to shareholders of TIR. The transaction is to be carried out by way of a statutory plan of arrangement under the provisions of the British Columbia Business Corporations Act (BCBCA). Accordingly, it will be subject to the approval by a majority of the convertible debenture holders holding not less than 75% of the principal amount of the debentures and by 66 2/3% of TIR's other security holders at a Special General Meeting, currently anticipated to take place in June of 2007. The Company expects to prepare and mail a proxy circular to security holders of TIR in advance of the meeting that will contain further important information about the transaction. Once mailed, the proxy circular will be available on the Canadian Securities Administrators' SEDAR website at www.sedar.com. The Board of Directors of TIR has resolved to recommend in the proxy circular that shareholders vote in favor of the transaction.

The Agreement is subject to certain conditions, including approval by the Supreme Court of British Columbia, but is not subject to any financing condition. The proposed transaction is expected to close in June of 2007, at which time TIR will apply to have its common shares delisted from the Toronto Stock Exchange.

Pursuant to the Agreement, TIR has agreed to not solicit alternative transactions. The Agreement provides the Board of Directors of TIR with the ability to withdraw its support regarding the transaction and proceed with a superior proposal prior to the completion of the transaction. In such an event, TIR is obligated to pay Philips a payment of C$2.375 million.

Montgomery & Co., LLC acted as financial advisor, and Farris, Vaughan, Wills and Murphy LLP acted as legal advisor, to TIR. Davis & Company LLP acted as legal advisor to the Strategic Review Committee of the Board of Directors of TIR. Blake, Cassels & Graydon LLP acted as legal advisor to Philips.

**About Royal Philips Electronics**

Royal Philips Electronics of the Netherlands (NYSE: PHG, AEX: PHI) is a global leader in healthcare, lifestyle and technology, delivering products, services and solutions through the brand promise of "sense and simplicity". Headquartered in the Netherlands, Philips employs approximately 121,700 employees in more than 60 countries worldwide. With sales of EUR 27 billion in 2006, the company is a market leader in medical diagnostic imaging and patient monitoring systems, energy efficient lighting solutions, personal care and home appliances, as well as consumer electronics. News from Philips is located at www.philips.com/newscenter.

**About TIR Systems Ltd.**

TIR Systems Ltd., a world leader in Solid State Lighting (SSL), is building the foundations for tomorrow's lighting. TIR developed the Lexel®, which is the first, fully integrated, LED-based light source, designed specifically to produce high quality white light essential for general lighting applications. The benefits of the Lexel technology will encourage a more rapid adoption of Solid State Lighting and the Lexel is positioned to become a new standard in the global lighting market.

To find out more about TIR Systems Ltd. (TSX: TIR), visit www.tirsys.com.

For more information, please contact:
J. Caren Holtby
Investor Relations Manager
Tel: 604-473-2318
Email: caren.holtby@tirsys.com

*This news release contains forward-looking statements or information within the meaning of applicable Canadian securities legislation (collectively, "forward-looking statements"). Forward-looking statements concern TIR's strategy, future operations, litigation, and plans and objectives of management. Forward-looking statements are statements about the future and are inherently uncertain, and will be impacted by known and unknown risks, uncertainties and other factors that may cause TIR's actual results to differ materially from any future results, performance or achievements expressed or implied by TIR's forward-looking statements. Forward-looking statements in this news release include, but are not limited to, statements regarding the anticipated date of the meeting of TIR's security holders in connection with the transaction, the expected closing date of the transaction, the mailing of a proxy circular in advance of the meeting and the expected growth of the market for SSL. TIR's forward-looking statements are based on assumptions which include, but are not limited to: that TIR is able to satisfy the conditions of closing for the transaction, that Philips complies with its obligations under the transaction agreement, that security holders of TIR approve the transaction, that the court approves the transaction and that certain amendments to TIR's agreement with Technology Partnerships Canada are obtained. Factors that could cause actual events or results to differ materially from any future results, performance or achievements, expressed or implied by our forward-looking statements include, but are not limited to: the failure of TIR to satisfy the conditions of closing for the transaction, Philips does not comply with its obligations under the transaction agreement, security holders do not approve the transaction, that the court does not approve the transaction, that TIR is unable to obtain certain amendments to its agreement with Technology Partnerships Canada and other risks and uncertainties affecting TIR and its business, as contained in TIR's most recent Annual Information Form and other subsequent news releases and filings with the Canadian securities regulatory authorities, available at www.sedar.com. Forward-looking statements are based on the beliefs, opinions and expectations of TIR's management at the time they are made, and TIR does not assume any obligation to update its forward-looking statements, except as required by law.*