# Exhibit B

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COLOR KINETICS INCORPORATED,<br><br>      Plaintiff<br><br>v.<br><br>TIR SYSTEMS LTD.,<br><br>      Defendant. | Civil Action No.:  03-cv-12491 (MEL) |

## DECLARATION OF PETER KAROL

I, Peter Karol, make the following declaration in support of Color Kinetics' Opposition to TIR's Emergency Motion for an Extension of Expert Discovery.

1.    I am Vice-President and General Counsel of Color Kinetics Incorporated ("Color Kinetics").  I have personal knowledge of the facts stated below and am competent to testify to the same.

2.    On March 13, 2007, a representative of Philips Lighting B.V., believed to be a division of Royal Philips Electronics N.V. (both are referred to collectively herein as "Philips"), contacted Color Kinetics, disclosed that Philips was shortly to announce an agreement to acquire TIR Systems, Ltd. ("TIR"), and stated that Philips was assuming control of this litigation from TIR effectively immediately.

3.    At that time, Philips requested that Color Kinetics agree to an immediate and indefinite stay of this litigation due to what it described as an imminent case deadline.  According to Philips, if Color Kinetics would not agree to the stay, Philips would be forced to make public what it claimed was new prior art.  Color Kinetics refused to stay the case.

804197.1

4.  Later that same day, Philips again contacted Color Kinetics and asked for an agreement on a stay. Color Kinetics again refused.

5.  Philips subsequently stated that it required additional time for the completion of TIR's expert report because the expert's father was ill. Color Kinetics was disinclined to believe that this new reason for a delay was legitimate, in particular because it had been raised only after the initial threats had failed and because TIR had already asked for, and received, an extension of the expert report deadline for this same reason. Color Kinetics explained that it would not agree to modify the schedule again.

6.  The next morning, Color Kinetics requested that Philips provide it with copies of the alleged new prior art. That request was ignored.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 22, 2007

_____
Peter Karol
Vice-President and General Counsel
Color Kinetics Incorporated

804197.1                              2