# Exhibit C

Case 1:03-cv-12491-MEL   Document 133-4   Filed 03/23/2007   Page 1 of 2

## Aaron Moore

| | |
|---|---|
| **From:** | Aaron Moore |
| **Sent:** | Wednesday, March 21, 2007 3:03 PM |
| **To:** | 'Walden, S. Calvin' |
| **Cc:** | CK6002F; Matuschak, Mark |
| **Subject:** | CK v. TIR |

Hi Calvin,

We've given this a great deal of consideration, but we simply cannot agree to an unlimited extension, particularly because this date has already been extended once.

Our proposal is that we extend the date for another 4 weeks, agree that there will be no more extensions under any circumstances, and TIR agrees that it will not introduce prior art that is not already in the case (i.e., that which is in the interrogatory answer claim charts and anything from LED Effects or Digitrax).

We understand that this may require TIR to begin looking for a new expert while Mr. Carlson decides whether or not he can continue, or require Mr. Carlson to either commit now to getting the report done or withdraw, but that does not seem unreasonable under these unusual circumstances.

Please let me know what you think.

Thanks.

--Aaron

Aaron W. Moore
amoore@ll-a.com
Lowrie, Lando & Anastasi, LLP
One Main Street
Cambridge, MA 02142
T 617/395-7000; F 617/395-7070; DD 617/395-7016

*Confidentiality Note: This e-mail message and any attachments may contain confidential or privileged information. If you are not the intended recipient, please notify me immediately by replying to this message. Please destroy all copies of this message and any attachments. Thank you.*