# Exhibit D

Case 1:03-cv-12491-MEL    Document 133-5    Filed 03/23/2007    Page 1 of 3



**BY FACSIMILE**

March 21, 2007

The Administrator
Federal Court of Canada
Courts Administration Service
Lorne Building
90 Elgin Street, 1st Floor
Ottawa, Ontario
K1A 0H9

    Re:    Color Kinetics Incorporated v. TIR Systems Ltd.
            Federal Court No. T-21-06
            Our File:    1037-169lg

Dear Sir or Madam:

We are counsel for the Defendant (Plaintiff by Counterclaim) in the above proceedings.

Please direct this letter to the attention of Case Management Prothonotary Aronovitch.

We write to advise the Court that on March 13, 2007 TIR publicly announced that the company has signed an arrangement agreement whereby 100% of the outstanding shares of TIR would be acquired by Royal Philips Electronics. The proposed transaction is expected to close in June of 2007.[1]

As there will be a change of control of TIR, certain pending steps in the present litigation may be best addressed after June of 2007.

In particular, the change of control will likely result in a change in the party in the proceeding, as well as the persons providing instructions for the Defendant in these proceedings. We request that the Case Management Teleconference regarding the Court assisted mediation which is currently scheduled for March 23, 2007 at 11:30 a.m. (pacific time) be re-scheduled for the first week of July 2007. This will allow opportunity for the acquiring party to become familiar with this matter and provide informed instructions for fruitful court assisted mediation.

---

[1] The acquisition is subject to certain conditions, including approval by the Supreme Court of British Columbia, but is not subject to any financing condition. It will be subject to the approval by a majority of the convertible debenture holders holding not less than 75% of the principal amount of the debentures and by 66 2/3% of TIR's other security holders at a Special General Meeting, currently anticipated to take place in June of 2007.

2

Likewise, in order to provide for possible consent resolution of some or all of the pending motions arising from the first round of examination for discovery, it is requested that the hearing date for both motions be set concurrently in the fourth week of July, as this should provide time for the acquiring party to review the motions and provide instruction, and for Counsel to meet and confer during the first week of July, 2007. We are presently available July 2nd to July 6th, 2007 and July 24th to 27th, 2007.

Yours truly,

Aiyaz A. Alibhai
AAA/jjw

cc:   Cristin Wagner, Counsel for the Plaintiff (Defendant by Counterclaim)