Exhibit E

Case 1:03-cv-12491-MEL    Document 133-6    Filed 03/23/2007    Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COLOR KINETICS INCORPORATED,<br><br>　　　　Plaintiff<br><br>v.<br><br>TIR SYSTEMS LTD.,<br><br>　　　　Defendant. | Civil Action No.:  03-cv-12491 (MEL) |

**[PROPOSED] ORDER CONCERNING
TIR'S MOTION FOR AN EXTENSION OF EXPERT DISCOVERY**

　　　　IT IS HEREBY ORDERED that

　　　　1.　　The deadline for opening expert reports for both parties is extended to and including April 27, 2007.  The deadline for rebuttal expert reports is extended to and including May 28, 2007.  No further extensions will be granted.

　　　　2.　　TIR shall not introduce prior art that it had not identified to Color Kinetics prior to February 28, 2007, the date of the initial deadline for opening expert reports.

Dated: _____

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　The Honorable Morris E. Lasker
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge

797922.1