WILMERHALE

April 3, 2007

**Alexandra McTague**

+1 212 295 6368 (t)
+1 212 230 8888 (f)
alexandra.mctague@wilmerhale.com

**By CM/ECF**

Honorable Morris E. Lasker
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210

Re:      *Color Kinetics Inc. v. TIR Systems Ltd.*, 03-cv-12491 (MEL)

Dear Judge Lasker:

Submitted herewith is TIR's proposed order requested by the Court during the motion hearing of March 26, 2007. It would appear that the parties agree in essence to the first paragraph regarding deadlines for expert reports. The parties disagree in material aspects regarding the second paragraph, which prohibits the addition of new matter after the close of fact discovery. TIR's order seeks a balanced approach that limits the prior art TIR's expert may rely upon at trial to that which CK knew about by the conclusion of fact discovery on November 16, 2006, but also limits infringement allegations by CK to the claims and accused products identified to TIR by November 16, 2006.

We believe that TIR's proposed order accurately reflects the sentiments expressed by the Court at the March 26, 2007 hearing concerning the exclusion of new matter after the close of fact discovery. We respectfully request that the Court enter TIR's proposed order.

Regards,

/s/ Alexandra McTague