# UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COLOR KINETICS INC., )<br><br>Plaintiff, )<br><br>v. )<br><br>TIR SYSTEMS LTD, )<br><br>Defendant. ) | Civil Action No. 1:03-cv-12491-MEL |

## [PROPOSED] ORDER GRANTING TIR'S EMERGENCY MOTION FOR AN EXTENSION OF EXPERT DISCOVERY

Upon TIR's emergency motion for an extension of time, it is Ordered that:

1.  The time for filing initial expert reports is extended one month, to April 30, 2007, so that TIR may determine whether TIR's expert witness will be able to continue, in light of the illness of his father.  At that time, the Court will determine whether a further extension is appropriate, and if so, shall consider a further extension of not more than three months.

2.  TIR's expert witness shall not base an assertion of anticipation or obviousness on prior art that was not disclosed to CK prior to November 16, 2006 when fact discovery was concluded, unless CK was already aware of such prior art at that time.  Color Kinetics shall not rely on evidence of infringement not produced to TIR prior to November 16, 2006, and shall not assert infringement of any claims or by any products not identified as infringed prior to November 16, 2006.

**IT IS SO ORDERED.**

DATED: _____                    _____

Judge Morris E. Lasker

US1DOCS 6125316v2

US1DOCS 6125316v2