**LOWRIE, LANDO**
**& ANASTASI, LLP**
*Devoted to Intellectual Property Law*

Aaron W. Moore
amoore@LL-A.com
direct dial (617) 395-7016

April 3, 2007

**BY CM/ECF**

Honorable Morris E. Lasker
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA  02210

    Re:    Color Kinetics, Inc. v. TIR Systems, Ltd.
              D. Mass. Civil Action No. 03-12491 (MEL)

Dear Judge Lasker:

    At the Court's request, we are enclosing a Proposed Order regarding TIR's motion to extend the opening expert report deadline (Docket No. 129). We have conferred with counsel for TIR and have, unfortunately, been unable to reach an agreement on this issue.

    The proposed order submitted by TIR departs in material ways from that discussed at the hearing. The proposed order also differs substantially from the version that TIR provided to Color Kinetics when the parties were trying to reach an agreement, calling into question whether TIR has complied with its obligation to negotiate in good faith on this issue. Color Kinetics did not see the proposed order submitted by TIR until after it was filed.

    The principal disagreement lies in TIR's effort to include additional language relating to infringement issues that were not presented by TIR's motion, or the opposition, and that were, in fact, raised by TIR during the telephone conference and set aside upon objection by Color Kinetics. This additional language is found in the second sentence of the second paragraph of TIR's proposed order.

    A second disagreement lies in the last clause of the first sentence of the second paragraph, which appears to be crafted to exempt from the limitation on the use of new prior art items that have never been identified to Color Kinetics by TIR. This is completely inappropriate.

    A third disagreement relates to TIR's identification of November 16, 2006 as the date "when fact discovery was concluded." That was not the date fact discovery in this case closed (see August 11, 2006 Order Granting Joint Motion for Extension of Time) and is, instead, a date chosen by TIR in a presumed attempt to obtain a tactical advantage, but without a complete explanation or rationale.



Hon. Morris E. Lasker
April 3, 2007
Page 2

    In the event that the Court is inclined to accept TIR's proposed order, Color Kinetics requests an opportunity to brief the issues that are being presented but not fully explained by TIR, and to submit a copy of the portion of the hearing transcript during which TIR tried unsuccessfully to add the infringement issue to this motion.

    Color Kinetics' proposal closely tracks the views expressed by the Court during the hearing and embodied in the Clerk's Notes of the hearing. It merely extends the expert date, as requested by TIR, and ensures that TIR does not obtain an unfair advantage from its requested extension, by prohibiting the introduction of new prior art. Color Kinetics respectfully requests that its Proposed Order be entered.

Sincerely,

LOWRIE, LANDO & ANASTASI, LLP

Aaron W. Moore

MBL/sg
cc:    Mark G. Matuschak, Esq. (by CM/ECF)

804152.1