IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

COLOR KINETICS INCORPORATED,

        Plaintiff

v.                                                                Civil Action No.:  03-cv-12491 (MEL)

TIR SYSTEMS LTD.,

        Defendant.

**[PROPOSED] ORDER CONCERNING**
**TIR'S MOTION FOR AN EXTENSION OF EXPERT DISCOVERY**

    IT IS HEREBY ORDERED that

    1.    TIR is given until April 27, 2007 to determine whether Steven Carlson is able to continue as TIR's expert in this case.  In the event that Mr. Carlson is unable to proceed, TIR may apply for additional time to submit the opening report, not to be more than three months, upon a showing of diligence and actual need.

    2.    TIR shall not be permitted to rely on any new prior art.

Dated: _____

        _____
        The Honorable Morris E. Lasker
        United States District Court Judge