IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COLOR KINETICS INCORPORATED,<br><br>Plaintiff<br><br>v.<br><br>TIR SYSTEMS LTD.,<br><br>Defendant. | Civil Action No.: 03-cv-12491 (MEL) |

### ■ ORDER CONCERNING TIR'S MOTION FOR AN EXTENSION OF EXPERT DISCOVERY

IT IS HEREBY ORDERED that

1. TIR is given until April 27, 2007 to determine whether Steven Carlson is able to continue as TIR's expert in this case. In the event that Mr. Carlson is unable to proceed, TIR may apply for additional time to submit the opening report, not to be more than three months, upon a showing of diligence and actual need.

2. TIR shall not be permitted to rely on any new prior art.

Dated: 4/4/07

_____
The Honorable Morris E. Lasker
United States District Court Judge

797922.1