UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| COLOR KINETICS INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:03-cv-12491-MEL |
| TIR SYSTEMS LTD, | ) ) ) | |
| Defendant. | ) ) | |

## MOTION TO EXTEND THE DEADLINES FOR
## SERVICE OF REBUTTAL EXPERT REPORTS (ASSENTED TO)

Pursuant to the Federal Rules of Civil Procedure, defendant TIR Systems Ltd. hereby moves for an Order extending the deadline for the service of rebuttal expert reports by four weeks, from May 29, 2007 to June 26, 2007. In support of its motion, TIR states as follows:

1.      Pursuant to the present deadline for the service of initial expert reports, TIR is serving today on Color Kinetics, Inc. ("Color Kinetics") the Initial Expert Report of Steven B. Carlson On Invalidity of the Color Kinetics Patents. TIR has been informed by CK that CK intends to serve its initial expert reports today as well. TIR thus presumes that Color Kinetics will be serving an expert report on the issue of infringement today, and, if such is the case, TIR intends to submit a report from Mr. Carlson in rebuttal.

2.      Under the present schedule, the parties are to serve rebuttal expert reports 30 days after the service of initial reports – thus, the current deadline for the service of rebuttal reports is May 29, 2007. As TIR explained in its prior motion to extend the deadline for initial expert reports, Mr. Carlson has been primarily responsible for the care of his father who recently suffered a stroke and has been hospitalized continuously since. While the condition of Mr.

Carlson's father has fortunately stabilized – thus allowing Mr. Carlson to complete his Invalidity Report and to continue being TIR's expert of choice – Mr. Carlson continues to spend a considerable amount of time tending to the care of his father.

3. Because of Mr. Carlson's continued circumstances vis-à-vis his father, TIR requested of Color Kinetics that the parties stipulate to extend the time for rebuttal expert reports by four weeks. Color Kinetics has consented to this Motion. Accordingly, TIR respectfully requests that the Court enter an Order extending the deadline for the service of rebuttal expert reports by four weeks, from May 29, 2007 to June 26, 2007.

Respectfully submitted,

TIR SYSTEMS, LTD.

By its attorneys,

WILMER CUTLER PICKERING
  HALE AND DORR LLP

/s/  Calvin Walden
Mark G. Matuschak (BBO #543873)
mark.matuschak@wilmerhale.com
Wendy Haller Verlander (BBO # 652943)
wendy.verlander@wilmerhale.com
60 State Street
Boston, MA 02109
Telephone: 617-526-6000

S. Calvin Walden (admitted pro hac vice)
calvin.walden@wilmerhale.com
Alexandra McTague (admitted pro hac vice)
alexandra.mctague@wilmerhale.com
399 Park Avenue
New York, NY 10021
Telephone: 212-937-7200

Attorneys for Defendant
TIR SYSTEMS LTD.

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| COLOR KINETICS INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 1:03-cv-12491-MEL |
| TIR SYSTEMS LTD, | ) | |
| Defendant. | ) | |

### [PROPOSED] ORDER GRANTING MOTION TO EXTEND THE DEADLINES FOR SERVICE OF REBUTTAL EXPERT REPORTS

IT IS HEREBY ORDERED that the parties' Motion to extend the deadline for the service of rebuttal expert reports by four weeks, from May 29, 2007 to June 26, 2007 is GRANTED.

**IT IS SO ORDERED.**

Dated _____          _____
                                       The Honorable Morris E. Lasker
                                       U.S. District Court Judge