# UNITED STATES DISTRICT COURT

### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COLOR KINETICS INC., ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 1:03-cv-12491-MEL |
| TIR SYSTEMS LTD, ) | |
| Defendant. ) | |

### [~~PROPOSED~~] ORDER GRANTING MOTION TO EXTEND THE DEADLINES FOR SERVICE OF REBUTTAL EXPERT REPORTS

IT IS HEREBY ORDERED that the parties' Motion to extend the deadline for the service of rebuttal expert reports by four weeks, from May 29, 2007 to June 26, 2007 is GRANTED.

**IT IS SO ORDERED.**

Dated 5/1/07

/s/ Morris E. Lasker
The Honorable Morris E. Lasker
U.S. District Court Judge