# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| COLOR KINETICS INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:03-cv-12491-MEL |
| ) | |
| TIR SYSTEMS LTD, ) | |
| ) | |
| Defendant. ) | |

### TIR'S MOTION TO PRECLUDE COLOR KINETICS' ASSERTION OF NEW INFRINGEMENT CONTENTIONS AFTER THE CLOSE OF FACT DISCOVERY

Defendant TIR Systems Ltd. ("TIR") hereby moves to preclude Plaintiff Color Kinetics Inc.'s ("CK") assertion of new infringement contentions, to strike the portions of CK's infringement expert report relating to those new contentions, and to strike the portions CK's damages report that rely upon sales of newly accused products. The grounds for this motion are set forth in the accompanying Memorandum of Law, Declaration of Alexandra McTague, and the exhibits thereto.

For the reasons stated in the accompanying memorandum of law and supporting declarations, TIR respectfully requests the Court enter an order precluding CK from asserting any infringement contentions not identified before the close of fact discovery; striking the portions of CK's infringement report setting forth those new contentions; and striking the portions of CK's damages report that rely on sales of the LightPipe product. In the alternative, should CK be permitted to assert its many new allegations, TIR requests that the Court set a scheduling conference in order to new fact and expert discovery schedules so that TIR may have an opportunity to develop a defense against CK's new assertions.

## REQUEST FOR ORAL ARGUMENT

TIR respectfully requests an oral argument on its motion at the Court's earliest possible convenience.

                                                Respectfully submitted,

                                                WILMER CUTLER PICKERING
                                                  HALE AND DORR LLP

Dated: May 23, 2007                       /s/ Calvin Walden
                                                  Mark G. Matuschak (BBO #543873)
                                                  mark.matuschak@wilmerhale.com
                                                  Wendy Haller Verlander (BBO # 652943)
                                                  wendy.verlander@wilmerhale.com
                                                  60 State Street
                                                  Boston, MA 02109
                                                  Telephone: 617-526-6000

                                                  S. Calvin Walden (admitted *pro hac vice*)
                                                  calvin.walden@wilmerhale.com
                                                  Alexandra McTague (admitted *pro hac vice*)
                                                  alexandra.mctague@wilmerhale.com
                                                  399 Park Avenue
                                                  New York, NY 10021
                                                  Telephone: 212-937-7200

                                                  Attorneys for Defendant
                                                  TIR SYSTEMS LTD.

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that I have conferred with opposing counsel and have attempted in good faith, but without success, to resolve or narrow the issues presented in the motion.

Dated: May 23, 2007                                                               /s/ Mark Matuschak

## CERTIFICATE OF SERVICE

I hereby certify that today I caused a true and correct copy of this motion and the attached Exhibits to be served, by CM/ECF, on the following counsel of record:

Matthew B. Lowrie
Aaron W. Moore
Emily A. Berger
Lowrie, Lando & Anastasi, LLP
Riverfront Office Park
One Main Street
Cambridge, MA 02142


Dated: May 23, 2007                                             ____/s/ Alexandra McTague___

US1DOCS 6207585v2