UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COLOR KINETICS INCORPORATED,    )<br>                                                                    )<br>          Plaintiff,                                 )<br>                                                                    )<br>v.                                                               )          Civil Action No. 1:03-cv-12491-MEL<br>                                                                    )<br>TIR SYSTEMS LTD,                             )<br>                                                                    )<br>          Defendant.                           )<br>_____) | |

**[PROPOSED] ORDER GRANTING TIR'S MOTION
TO PRECLUDE COLOR KINETICS' ASSERTION OF NEW INFRINGEMENT
CONTENTIONS AFTER THE CLOSE OF FACT DISCOVERY**

For good cause shown, TIR's Motion to Preclude is hereby GRANTED. Color Kinetics is precluded from asserting in this case any infringement contentions not identified by the close of fact discovery, including: (1) infringement of any claims not identified as infringed by the close of fact discovery; (2) infringement by any products not identified as infringing by the close of fact discovery; and (3) infringement of particular claims by particular products if it was not alleged by the close of fact discovery that those particular claims were infringed by those particular products. Color Kinetics is also precluded from relying upon any of the above for purposes of calculating any damages. The portions of Color Kinetics' expert reports which relate to any of the above are hereby stricken.

**IT IS SO ORDERED.**

Dated _____                                        By: _____
                                                                                               Judge Morris E. Lasker

US1DOCS 6208740v1