IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COLOR KINETICS INCORPORATED,<br><br>   Plaintiff<br><br>v.<br><br>TIR SYSTEMS LTD.,<br><br>   Defendant. | Civil Action No.: 1:03-cv-12491 (MEL) |

## COLOR KINETICS' MOTION TO STRIKE CERTAIN PARAGRAPHS FROM THE EXPERT REPORT OF STEVEN B. CARLSON

Plaintiff Color Kinetics Incorporated hereby moves to strike paragraphs 30 to 94 of the Initial Expert Report of Steven B. Carlson on Invalidity of the Color Kinetics Patents, and to preclude reliance on those paragraphs and the new prior art they cite, on the grounds that they are offered in violation of the April 4, 2007 Order Concerning TIR's Motion for an Extension of Expert Discovery (Docket No. 136).

The grounds for this motion are set forth in the accompanying Memorandum.

                 Respectfully submitted,

                 COLOR KINETICS INCORPORATED

Dated: May 23, 2007    by:   /s/ Aaron W. Moore
                 Matthew B. Lowrie, BBO No. 563,414
                 Aaron W. Moore, BBO No. 638,076
                 Thomas P. McNulty, BBO No. 654,564
                 LOWRIE, LANDO & ANASTASI, LLP
                 Riverfront Office Park
                 One Main Street - 11th Floor
                 Cambridge, MA 02142
                 Tel : 617-395-7000
                 Fax: 617-395-7070

-2-

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Counsel for Color Kinetics hereby certify that we have conferred with opposing counsel and have attempted in good faith, but without success, to resolve or narrow the issues presented in this motion.

Dated: May 23, 2007         by:        /s/ Aaron W. Moore

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was filed through the ECF system today and should be sent electronically to the registered participants, including those persons listed below.

Mark G. Matuschak, Esq.
mark.matuschak@wilmerhale.com
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

Dated: May 23, 2007         by:        /s/ Aaron W. Moore