# Exhibit B

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COLOR KINETICS INCORPORATED,<br><br>    Plaintiff<br><br>v.<br><br>TIR SYSTEMS LTD.,<br><br>    Defendant. | Civil Action No.:  1:03-cv-12491 (MEL) |

**[PROPOSED] ORDER CONCERNING
COLOR KINETICS' MOTION TO STRIKE CERTAIN PARAGRAPHS
FROM THE EXPERT REPORT OF STEVEN B. CARLSON**

IT IS HEREBY ORDERED that paragraphs 30-94 of the <u>Initial Expert Report of Steven B. Carlson on Invalidity of the Color Kinetics Patents</u> are stricken and that Defendant TIR Systems, Ltd. ("TIR") may not rely on the facts or references cited in those paragraphs, whether they appear in paragraphs 30-94 or elsewhere in the report.

Dated: _____

_____
The Honorable Morris E. Lasker
United States District Court Judge