UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COLOR KINETICS INCORPORATED,<br><br>    Plaintiff,<br><br>v.<br><br>TIR SYSTEMS LTD.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 1:03-cv-12491-MEL<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

The below-named counsel hereby enters his appearance as counsel in this action for TIR Systems Ltd.

*[signature]*
Mark C. Fleming (BBO #639358)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
Tel:   (617) 526-6000
Fax:  (617) 526-5000

Dated: June 1, 2007

## CERTIFICATE OF SERVICE

I, Mark C. Fleming, hereby certify that on June 1, 2007 I served a copy of the foregoing Notice of Appearance on the following by first-class mail, U.S. postage prepaid:

> Matthew B. Lowrie, Esq.
> Lowrie, Lando & Anastasi, LLP
> Riverfront Office Park
> One Main Street
> Cambridge, MA 02142

_____
Mark C. Fleming

USIDOCS 6220557v1