# EXHIBIT C to
# TIR'S OPPOSITION TO
# COLOR KINETICS' MOTION TO
# STRIKE CERTAIN PARAGRAPHS
# FROM THE EXPERT REPORT OF
# STEVEN B. CARLSON

# (FILED UNDER SEAL)