IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COLOR KINETICS INCORPORATED,<br><br>        Plaintiff<br><br>v.<br><br>TIR SYSTEMS LTD.,<br><br>        Defendant. | Civil Action No.:  1:03-cv-12491 (MEL) |

**COLOR KINETICS' CROSS-MOTION TO
PRECLUDE ASSERTION OF UNTIMELY INVALIDITY CONTENTIONS**

Color Kinetics Incorporated ("Color Kinetics") has today filed an opposition to TIR's motion to preclude assertion of infringement of certain claims (Docket No. 139).

In the event that TIR's arguments are accepted, Color Kinetics hereby moves for complementary relief, namely preclusion of any reliance by TIR on prior art and invalidity allegations first identified at 9:45 p.m. on the last day of the discovery period or later (including prior art associated with the companies "LED Effects" and "Digitrax"), and to strike the portions of the Expert Report of Steven B. Carlson that rely on that prior art, for the exact same reasons that underlie TIR's motion.

The grounds for this motion are contained in the accompanying Memorandum in Opposition to TIR's Motion to Preclude Infringement Contentions and in Support of Color Kinetics' Cross-Motion to Preclude Assertion of Untimely Invalidity Contentions, as supported by the Declaration of Aaron W. Moore and exhibits.

## REQUEST FOR ORAL ARGUMENT

Color Kinetics respectfully requests oral argument on this cross-motion.

Respectfully submitted,

COLOR KINETICS INCORPORATED

Dated: June 1, 2007         by:        /s/ Aaron W. Moore
                                   Matthew B. Lowrie, BBO No. 563,414
                                   Aaron W. Moore, BBO No. 638,076
                                   Thomas P. McNulty, BBO No. 654,564
                                   LOWRIE, LANDO & ANASTASI, LLP
                                   Riverfront Office Park
                                   One Main Street - 11th Floor
                                   Cambridge, MA 02142
                                   Tel : 617-395-7000
                                   Fax: 617-395-7070

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Counsel for Color Kinetics hereby certify that we have conferred with opposing counsel and have attempted in good faith, but without success, to resolve or narrow the issues presented in this motion.

Dated: June 1, 2007         by:        /s/ Aaron W. Moore

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was filed through the ECF system today and should be sent electronically to the registered participants, including those persons listed below.

Mark G. Matuschak, Esq.
mark.matuschak@wilmerhale.com
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

Dated: June 1, 2007         by:        /s/ Aaron W. Moore