IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COLOR KINETICS INCORPORATED,<br><br>        Plaintiff<br><br>v.<br><br>TIR SYSTEMS LTD.,<br><br>        Defendant. | Civil Action No.: 1:03-cv-12491 (MEL) |

**ASSENTED-TO MOTION TO FILE UNREDACTED VERSIONS
OF COLOR KINETICS' MEMORANDUM REGARDING
THE EXCLUSION OF INFRINGEMENT AND VALIDITY CONTENTIONS
AND THE DECLARATION OF AARON W. MOORE UNDER SEAL**

Plaintiff Color Kinetics Incorporated ("Color Kinetics") hereby moves for leave to file, under seal, unredacted versions of its Memorandum in Opposition to TIR's Motion to Preclude Infringement Contentions and in Support of Color Kinetics' Cross-Motion to Preclude Assertion of Untimely Invalidity Contentions and the Declaration of Aaron W. Moore.

As grounds for this Motion, Color Kinetics states that these documents make reference to, and include as exhibits, material that has been designated Highly Confidential by defendant TIR Systems, Ltd. ("TIR"). Color Kinetics believes it to be important that the Court have access to the confidential material in order to understand the issues before it.

Counsel for TIR has assented to this motion.

WHEREFORE, Color Kinetics hereby requests that this Motion to File Under Seal be GRANTED.

Respectfully submitted,

COLOR KINETICS INCORPORATED

Dated: June 1, 2007        by:        /s/ Aaron W. Moore
Matthew B. Lowrie, BBO No. 563,414
Aaron W. Moore, BBO No. 638,076
Thomas P. McNulty, BBO No. 654,564
LOWRIE, LANDO & ANASTASI, LLP
Riverfront Office Park
One Main Street - 11th Floor
Cambridge, MA 02142
Tel : 617-395-7000
Fax: 617-395-7070

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing document was filed through the ECF system today and should be sent electronically to the registered participants, including those persons listed below.

Mark G. Matuschak, Esq.
mark.matuschak@wilmerhale.com
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

Dated: June 1, 2007        by:        /s/ Aaron W. Moore