IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COLOR KINETICS INCORPORATED,<br><br>Plaintiff<br><br>v.<br><br>TIR SYSTEMS LTD.,<br><br>Defendant. | Civil Action No.: 1:03-cv-12491 (MEL) |

**[REDACTED]**

**DECLARATION OF AARON W. MOORE**

1. I am a partner of the law firm of Lowrie, Lando & Anastasi, LLP, and I am admitted to practice in the Commonwealth of Massachusetts and before this Court. I represent Color Kinetics Incorporated ("Color Kinetics") in this action against TIR Systems, Ltd. ("TIR"). I submit this declaration in support of Color Kinetics' Memorandum in Opposition to TIR's Motion to Preclude Infringement Contentions.

2. In response to a motion by TIR seeking more particularity, Color Kinetics provided a preliminary set of infringement claim charts on June 15, 2005. The charts were preliminary, and were directed only to TIR's Destiny CW product, because fact discovery had not commenced in the case.

3. On November 8, 2005, following a court-ordered deposition of a TIR representative (Paul Jungwirth), Color Kinetics provided supplemental claim charts adding other members of the Destiny product line and TIR's LEXEL product to the case. During that

deposition, ███████████████████████████████████████
███████████████. A true and correct copy of an excerpt from Mr. Jungwirth's 2005 deposition transcript ████████████████ is attached hereto as Exhibit A.

4. On August 11, 2006, after additional patents were added to the case, Color Kinetics provided another set of supplemental claim charts reading the new patents on various TIR products.

5. In part due to delays associated with an extensive electronic discovery process, the discovery schedule in this case was extended multiple times, ultimately to October 13, 2006. Both parties waited until after the electronic discovery process was complete to begin taking their respective party depositions.

6. Color Kinetics took the depositions of TIR representatives Grant Harlow on September 19, 2006, Paul Jungwirth on September 29, 2006, Brent York on October 11, 2006, Leonard Hordyk on October 12, 2006, and Ian Ashdown on October 26, 2006. Color Kinetics did not receive final transcripts from the depositions of Mr. York and Mr. Harlow until October 27, 2006. The September 29, 2006 deposition of Mr. Jungwirth was Color Kinetics' first opportunity to question a witness about the structure and operation of the LEXEL product.

7. Mr. Ashdown's deposition was originally noticed by Color Kinetics on July 28, 2006, to take place on August 22, 2006. On September 7, 2006, the parties had a meet-and-confer during which TIR offered Mr. Ashdown for deposition on October 3, 2007, an offer that Color Kinetics accepted. Due to the number of depositions being scheduled for the first two weeks of October, TIR's desire to staff the depositions with certain attorneys, and the witnesses' availability, Mr. Ashdown's deposition was moved to October 26, 2006, at TIR's suggestion. That deposition did take place on October 26, 2006. Because the Canadian court reporter who

transcribed Mr. Ashdown's deposition required payment in advance, Color Kinetics did not receive that transcript until November 17, 2006. A true and correct copy of an excerpt from Mr. Ashdown's deposition transcript is attached hereto as Exhibit B.

8. In October and November, TIR indicated that it believed Color Kinetics should reduce the number of claims being asserted in this case. Color Kinetics agreed to review the list of asserted claims and to make appropriate adjustments in light of the fact discovery that had taken place since the earlier supplemental infringement claim charts. Color Kinetics never agreed that it would not add additional claims when it finalized its list after completing its fact discovery.

9. On November 27, 2006, the parties conducted a meet-and-confer on a number of issues, including the issue of the final list of claims being asserted. At that time, Color Kinetics offered to provide a final list of claims being asserted within the next couple of days. TIR agreed to this arrangement. Color Kinetics did not agree that it would not add additional claims as it finalized its lists.

10. On December 1, 2006, Color Kinetics provided TIR with a final list of claims being asserted. A true and correct copy of the December 1, 2006 letter is attached hereto as Exhibit C.

11. On December 5, 2006, TIR objected to the inclusion of the additional claims. Color Kinetics responded that same day, pointing out that both parties had reserved the right to supplement, that the additional claims involved elements that were also included in other claims, and that this supplementation was no different than TIR's addition of new prior art references after the close of business on the last day of the discovery period. A true and correct copy of this correspondence is attached hereto as Exhibit D.

12. On the last day of the discovery period, Friday, October 13, 2006, Color Kinetics received an e-mail at 9:45 p.m. from counsel for TIR enclosing supplemental invalidity claim charts. A copy of this e-mail and the attached charts is attached hereto as Exhibit E. These charts for the first time identified TIR's intent to rely on prior art associated LED Effects and Digitrax. TIR's October 13, 2006 claim charts did not include an element-by-element analysis of how the Digitrax and LED Effects prior art would apply to the Color Kinetics patent claims.

13. TIR issued five third party subpoenas in the last few weeks of the discovery period, to Alfred Ducharme, Alex Chilwynj, Tam Bailey, Digitrax, and LED Effects. TIR never took depositions of Mr. Ducharme, Mr. Chilwynj, or Mr. Bailey.

14. On August 17, 2006, TIR received ███████████████████████████████████████████████████████████████████████████████████████. A true and correct copy of this letter is attached hereto as Exhibit F.

15. Documents describing the LED Effects "LED Tower" device were produced to TIR by Color Kinetics in 2005, as they had been relied on by Supervision International in its litigation with Color Kinetics.

16. Color Kinetics did not receive supplemental claim charts applying the Digitrax and LED Effects materials to the Color Kinetics patents until it was served with a copy of Mr. Carlson's opening expert report on April 27, 2007.

Subscribed to and sworn by me under the pains and penalties of perjury, this 1st day of June, 2007.

/s/ Aaron W. Moore
Aaron W. Moore