# Exhibit B

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COLOR KINETICS INCORPORATED,<br><br>        Plaintiff<br><br>v.<br><br>TIR SYSTEMS LTD.,<br><br>        Defendant. | Civil Action No.:  03-cv-12491 (MEL) |

**REDACTED**

**THIS DOCUMENT CONTAINS MATERIALS THAT ARE CLAIMED TO BE CONFIDENTIAL OR**
**CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY.**