# Exhibit C


## LOWRIE, LANDO & ANASTASI, LLP
*Devoted to Intellectual Property Law*

Kevin M. Littman
klittman@LL-A.com
direct dial (617) 395-7063

December 1, 2006

### *VIA FIRST CLASS MAIL and E-MAIL*

Calvin S. Walden, Esq.
Wilmer Cutler Pickering
   Hale and Dorr LLP
399 Park Avenue
New York, New York 10022

      Re:   Color Kinetics, Inc. v. TIR Systems Ltd.
             Civil Action No.: 03-12491-MEL
             Our File No.: C1104-6002

Dear Calvin:

During your phone call with Aaron Moore on Monday, you requested that we provide an updated list of asserted claims in the case. In response, here is the updated list of asserted claims:

**(1) '868 patent:**
    (a) Destiny CW: claims 1, 5
    (b) Destiny SP: claim 1
    (c) Destiny CV, CG, and SL: none
    (d) LEXEL: claims 1, 4, 5

**(2) '626 patent:**
    (a) Destiny CW and SP: claims 1, 4, 5
    (b) Destiny CV, CG, and SL: claims 1, 4, 5

**(3) '919 patent:**
    (a) Destiny CW and SP: claim 25
    (b) Destiny CV, CG, and SL: claim 25
    (c) LEXEL: claim 25

**LOWRIE, LANDO
& ANASTASI, LLP**
*Devoted to Intellectual Property Law*

Calvin S. Waldin, Esq.
December 1, 2006
Page 2

**(4) '011 patent:**
  (a) Destiny CW and SP: claims 93, 94, 95, 96, 97, 98, 99, 102, 103, 104, 105, 106, 107, 108, 109, 110, 111, 114, 115, 116, 120, 122, 123, 124, 125, 126, 127, 130, 131, 132, 133, 134, 135, 136, 137, 138, 139, 140, 143, 144
  (b) Destiny CV, CG, and SL: claims 1, 2, 3, 4, 5, 6, 7, 8, 9, 12, 14, 16, 17, 21, 27, 28, 29, 30, 31, 32, 35, 37, 38, 39, 43, 46, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 68, 70, 71, 72, 73, 88, 90, 92, 93, 94, 95, 96, 97, 98, 99, 100, 101, 102, 103, 104, 105, 106, 107, 108, 109, 110, 111, 112, 113, 117, 119, 120, 121, 122, 123, 124, 125, 126, 127, 128, 129, 130, 131, 132, 135, 136, 137, 138, 139, 140, 141, 142
  (c) LEXEL: claims 1, 2, 3, 4, 5, 6, 7, 8, 9, 12, 14, 16, 17, 21, 27, 28, 29, 30, 31, 32, 35, 37, 38, 39, 43, 46, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 68, 70, 71, 72, 73, 88, 90, 92, 93, 94, 95, 96, 97, 98, 99, 100, 101, 102, 103, 104, 105, 106, 107, 108, 109, 110, 111, 112, 113, 117, 119, 120, 121, 122, 123, 124, 125, 126, 127, 128, 129, 130, 131, 132, 135, 136, 137, 138, 139, 140, 141, 142

**(5) '038 patent:**
  (a) Destiny CW and SP: None.
  (b) Destiny CV, CG, and SL: claims 1, 2, 3, 14, 15, 16, 17
  (c) LEXEL: claims 1, 2, 3, 14, 15, 16, 17

**(6) '774 patent:**
  (a) Destiny CW and SP: None
  (b) Destiny CV, CG, and SL: claims 1, 2, 4, 5
  (c) LEXEL: claims 1, 2, 4, 5

**(7) '659 patent:**
  (a) Destiny CW and SP: None
  (b) Destiny CV, CG, and SL: claims 1, 2, 3, 4, 5, 6, 7, 8, 12, 15, 16, 17, 18, 22, 24
  (c) LEXEL: claims 1, 2, 3, 4, 5, 6, 7, 8, 12, 15, 16, 17, 18, 22, 24

**(8) '079 patent:**
  (a) Destiny CW, LP and SP: claims 47, 48, 52, 65, 66, 67, 68, 73, 86, 87, 88, 114, 115, 119, 132, 133, 134
  (b) Destiny CV, CG, DL and SL: claims 47, 48, 52, 53, 61, 65, 66, 67, 68, 73, 74, 82, 86, 87, 88, 114, 115, 119, 120, 128, 132, 133, 134
  (c) LEXEL: claims 47, 48, 52, 53, 61, 65, 66, 67, 68, 73, 74, 82, 86, 87, 88, 114, 115, 119, 120, 128, 132, 133, 134.

797897.1



Calvin S. Waldin, Esq.
December 1, 2006
Page 3

Sincerely,

LOWRIE, LANDO & ANASTASI, LLP

Kevin M. Littman

797897.1