# Exhibit E

**From:** Walden, S. Calvin [mailto:Calvin.Walden@wilmerhale.com]
**Sent:** Friday, October 13, 2006 9:45 PM
**To:** Aaron Moore; McTague, Alexandra; Matthew B. Lowrie
**Subject:** CK/Tir -- Second Supplemental Response to CK Interrogatory Nos. 10 and 14

Please find enclosed TIR's Second Supplemental Response to CK Interrogatory Nos. 10 and 14, along with Exhibits A and B. These are also being served by mail.

Calvin Walden

6/1/2007

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COLOR KINETICS INCORPORATED,<br><br>　　　　Plaintiff<br><br>v.<br><br>TIR SYSTEMS LTD.,<br><br>　　　　Defendant. | Civil Action No.:  03-cv-12491 (MEL) |

**REDACTED**

**THIS DOCUMENT CONTAINS MATERIALS THAT ARE CLAIMED TO BE CONFIDENTIAL OR
CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY.**