IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COLOR KINETICS INCORPORATED,<br><br>    Plaintiff<br><br>v.<br><br>TIR SYSTEMS LTD.,<br><br>    Defendant. | Civil Action No.:  1:03-cv-12491 (MEL) |

**MOTION TO FILE UNREDACTED VERSION
OF COLOR KINETICS' MOTION TO EXCLUDE TIR FROM USING
THE DEPOSITION OF KEVIN FURRY AND EXHIBITS B AND C UNDER SEAL**

Plaintiff Color Kinetics Incorporated ("Color Kinetics") hereby moves for leave to file, under seal, an unredacted version of its Motion to Exclude TIR from Using the Deposition of Kevin Furry and Exhibits B and C to that motion, which are an invalidity chart provided with TIR's supplemental answers to Color Kinetics' interrogatories and Mr. Furry's deposition transcript, respectively.

As grounds for this Motion, Color Kinetics states that these documents make reference to, and include as exhibits, material that has been designated Highly Confidential by defendant TIR Systems, Ltd. ("TIR") and third-party Kevin Furry.  Color Kinetics believes it to be important that the Court have access to the confidential material in order to understand the issues before it.

-2-

WHEREFORE, Color Kinetics hereby requests that this Motion to File Under Seal be GRANTED.

Respectfully submitted,

COLOR KINETICS INCORPORATED

Dated: June 6, 2007          by:     /s/ Aaron W. Moore
                                     Matthew B. Lowrie, BBO No. 563,414
                                     Aaron W. Moore, BBO No. 638,076
                                     Thomas P. McNulty, BBO No. 654,564
                                     LOWRIE, LANDO & ANASTASI, LLP
                                     Riverfront Office Park
                                     One Main Street - 11th Floor
                                     Cambridge, MA 02142
                                     Tel : 617-395-7000
                                     Fax: 617-395-7070

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing document was filed through the ECF system today and should be sent electronically to the registered participants, including those persons listed below.

Mark G. Matuschak, Esq.
mark.matuschak@wilmerhale.com
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

Dated: June 6, 2007          by:     /s/ Aaron W. Moore