UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COLOR KINETICS INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TIR SYSTEMS LTD, )<br>)<br>Defendant. )<br>) | Civil Action No. 1:03-cv-12491-MEL |

**DEFENDANT TIR SYSTEMS LTD.'S
ASSENTED-TO MOTION FOR LEAVE TO FILE UNDER SEAL**

Defendant TIR Systems Ltd. ("TIR"), by its attorneys, respectfully move this Court for leave to file under seal an unredacted version of TIR Systems Ltd.'s Opposition to (1) Color Kinetics' Cross-Motion to Strike Certain Invalidity Contentions and (2) Color Kinetics' Motion to Exclude the Deposition of Kevin Furry.

As grounds for this Motion, TIR states that the forgoing documents either include, excerpt, and/or reference material that has been identified as "HIGHLY CONFIDENTIAL" by third-parties Kevin Furry and LED Effects, Inc. TIR believes that the Court should have access to this confidential material in order to evaluate the issues raised by Color Kinetics' various motions.

Counsel for plaintiff Color Kinetics assents to the relief sought herein.

WHEREFORE, defendant TIR respectfully requests that this Court grant them leave to file the foregoing listed materials in unredacted form under seal.

Respectfully submitted,

TIR SYSTEMS LTD.

_____/s/ Christopher R. Noyes_____
Mark G. Matuschak (BBO #543873)
mark.matuschak@wilmerhale.com
Wendy Haller Verlander (BBO # 652943)
wendy.verlander@wilmerhale.com
Christopher R. Noyes (BBO#654324)
christopher.noyes@wilmerhale.com
60 State Street
Boston, MA 02109
Telephone: 617-526-6000

S. Calvin Walden (admitted pro hac vice)
calvin.walden@wilmerhale.com
Alexandra McTague (admitted pro hac vice)
alexandra.mctague@wilmerhale.com
399 Park Avenue
New York, NY 10021
Telephone: 212-937-7200

Attorneys for Defendant
TIR SYSTEMS LTD.

Dated:  June 13, 2007

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COLOR KINETICS INC.,  )<br>  )<br>  Plaintiff,  )<br>  )<br>v.  )<br>  )<br>TIR SYSTEMS LTD,  )<br>  )<br>  Defendant.  )<br>  ) | Civil Action No. 1:03-cv-12491-MEL |

**[PROPOSED] ORDER GRANTING
DEFENDANT TIR SYSTEMS LTD.'S
<u>MOTION FOR LEAVE TO FILE UNDER SEAL</u>**

For good cause shown, defendant TIR System Ltd.'s Motion for Leave to File Under Seal an unredacted version of TIR Systems Ltd.'s Opposition to (1) Color Kinetics' Cross-Motion to Strike Certain Invalidity Contentions and (2) Color Kinetics' Motion to Exclude the Deposition of Kevin Furry is hereby **GRANTED**.

**IT IS SO ORDERED.**

DATED: _____    _____
                                  The Honorable Morris E. Lasker
                                  United States District Court Judge

3

## CERTIFICATE OF SERVICE

      I, Christopher R. Noyes, hereby certify that on June 13, 2007, I served a copy of Defendant TIR Systems Ltd.'s Motion for Leave to File Under Seal on the following counsel of record by CM/ECF:

> Aaron Moore, Esq.
> Lowrie, Lando & Anastasi, LLP
> Riverfront Office Park
> One Main Street
> Cambridge, MA 02142

                                                                /s/ Christopher R. Noyes