# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| COLOR KINETICS INCORPORATED, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:03-cv-12491-MEL |
| TIR SYSTEMS LTD, | ) ) ) | |
| Defendant. | ) ) | |

## JOINT MOTION TO EXTEND REBUTTAL EXPERT REPORT DEADLINES

The parties exchanged initial expert reports on April 27, 2006. Rebuttal reports are currently due June 26, 2007 (6/1/07 Order, D.I. 138).

After exchanging reports, the parties conferred regarding material contained in both sides' initial expert reports. Unable to resolve the issues, both parties moved to strike various material in the reports (the "Motions"). (*See* D.I. 139, 131, 145, 150). By agreement of the parties, briefing on the Motions was expedited and, as of June 13, 2007, is complete. Because the parties will not know with certainty the scope of the information to which they must respond until after the Court rules on the pending motions, the parties respectfully request an extension for serving all rebuttal expert reports until 30 days after the Court's decision on the last of the Motions.

- 2 -

TIR reserves the right to seek additional time to conduct discovery and supplement its initial invalidity report if Color Kinetics is allowed to assert infringement of claims and/or products that were identified for the first time on or after December 1, 2006.  Color Kinetics does not concede that additional time would be appropriate or necessary.

| COLOR KINETICS, INC. | TIR SYSTEMS, LTD. |
|---|---|
| By its attorneys, | By its attorneys, |
| LOWRIE LANDO & ANASTASI, LLP | WILMER CUTLER PICKERING    HALE AND DORR LLP |
| /s/   Aaron W. Moore        | /s/  Christopher R. Noyes     |
| Matthew B. Lowrie, BBO No. 563,414 | Mark G. Matuschak (BBO #543873) |
| Aaron W. Moore, BBO No. 638,076 | mark.matuschak@wilmerhale.com |
| Emily A. Berger, BBO No. 650,841 | Wendy Haller Verlander (BBO # 652943) |
| Thomas P. McNulty, BBO No. 654,564 | wendy.verlander@wilmerhale.com |
| Riverfront Office Park | Christopher R. Noyes (BBO # 654324) |
| One Main Street – 11th Floor | christopher.noyes@wilmerhale.com |
| Cambridge, MA 02142 | 60 State Street |
| Tel: 617-395-7000 | Boston, MA 02109 |
| Fax: 617-395-7070 | Telephone: 617-526-6000 |
|  |  |
|  | S. Calvin Walden (admitted pro hac vice) |
|  | calvin.walden@wilmerhale.com |
|  | Alexandra McTague (admitted pro hac vice) |
|  | alexandra.mctague@wilmerhale.com |
| Dated:  June 18, 2007 | 399 Park Avenue |
|  | New York, NY 10021 |
|  | Telephone: 212-937-7200 |

- 3 -

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| COLOR KINETICS INCORPORATED, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:03-cv-12491-MEL |
| TIR SYSTEMS LTD, | ) ) ) | |
| Defendant. | ) ) | |

### [PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND REBUTTAL EXPERT REPORT DEADLINES

The parties' Joint Motion To Extend Rebuttal Expert Report Deadlines is hereby **GRANTED**. Rebuttal expert reports shall be due 30-days after the Court's determination of the last of the parties' pending motions to strike and/or exclude (D.I. 139, 141, 145, and 150).

**IT IS SO ORDERED.**

Dated _____                    _____
                                                The Honorable Morris E. Lasker
                                                U.S. District Court Judge

- 4 -

**CERTIFICATE OF SERVICE**

I hereby certify that today I caused a true and correct copy of this Joint Motion to be served, by CM/ECF, on the following counsel of record:

Matthew B. Lowrie
Aaron Moore
Lowrie, Lando & Anastasi, LLP
Riverfront Office Park
One Main Street – 11th Floor
Cambridge, MA 02142

Dated: June 18, 2007              /s/  Christopher R. Noyes
                                   Christopher R. Noyes