# UNITED STATES DISTRICT COURT

### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COLOR KINETICS INCORPORATED, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:03-cv-12491-MEL |
| TIR SYSTEMS LTD, | ) |
| Defendant. | ) |

### [~~PROPOSED~~] ORDER GRANTING JOINT MOTION TO EXTEND REBUTTAL EXPERT REPORT DEADLINES

The parties' Joint Motion To Extend Rebuttal Expert Report Deadlines is hereby **GRANTED**. Rebuttal expert reports shall be due 30-days after the Court's determination of the last of the parties' pending motions to strike and/or exclude (D.I. 139, 141, 145, and 150).

**IT IS SO ORDERED.**

Dated 6/19/07

_____
The Honorable Morris E. Lasker
U.S. District Court Judge