UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| COLOR KINETICS INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TIR SYSTEMS LTD, )<br>)<br>Defendant. )<br>） | Civil Action No. 1:03-cv-12491-MEL |

## [PROPOSED] ORDER GRANTING DEFENDANT TIR SYSTEMS LTD.'S MOTION FOR LEAVE TO FILE UNDER SEAL

For good cause shown, defendant TIR System Ltd.'s Motion for Leave to File Under Seal an unredacted version of TIR Systems Ltd.'s Opposition to (1) Color Kinetics' Cross-Motion to Strike Certain Invalidity Contentions and (2) Color Kinetics' Motion to Exclude the Deposition of Kevin Furry is hereby **GRANTED**.

**IT IS SO ORDERED.**

DATED: 6/15/07

_____
The Honorable Morris E. Lasker
United States District Court Judge

3