IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COLOR KINETICS INCORPORATED,<br><br>Plaintiff<br><br>v.<br><br>TIR SYSTEMS LTD.,<br><br>Defendant. | Civil Action No.:  03-cv-12491 (MEL) |

## JOINT MOTION TO STAY THE PROCEEDINGS

Plaintiff Color Kinetics Incorporated ("Color Kinetics") and defendant TIR Systems Ltd. ("TIR") jointly move for a three-month stay of this action.

On June 8, 2007, TIR was acquired by Royal Philips Electronics N.V. ("Phillips"), completing an acquisition that was originally announced on March 13, 2007.  (See Exhibit A.)  On June 19, 2007, Color Kinetics and Phillips announced that they have entered into an agreement that Color Kinetics will be acquired by Phillips.  (See Exhibit B.)  The acquisition is scheduled to close by September.  Assuming the acquisition is completed, Color Kinetics and TIR will both be owned by Phillips, and this action will likely be resolved.  Consequently, the parties respectively request that the matter be stayed for approximately three months, until September 15, 2007, without prejudice, to ask the court that the stay be lifted prior to that time in the event either party believes it to be in its interest.

- 2 -

| COLOR KINETICS INCORPORATED | TIR SYSTEMS, LTD. |
|---|---|
| By its attorneys, | By its attorneys, |
| LOWRIE LANDO & ANASTASI, LLP | WILMER CUTLER PICKERING HALE AND DORR LLP |
| /s/ Aaron W. Moore | /s/ Alexandra McTague |
| Matthew B. Lowrie (BBO# 563414) | Mark G. Matuschak (BBO #543873) |
| mlowrie@LL-A.com | mark.matuschak@wilmerhale.com |
| Aaron W. Moore (BBO# 638076) | Christopher R. Noyes (BBO #654324) |
| amoore@LL-A.com | christopher.noyes@wilmerhale.com |
| Emily A. Berger (BBO# 650841) | Wendy Haller Verlander (BBO # 652943) |
| eberger@LL-A.com | wendy.verlander@wilmerhale.com |
| Thomas P. McNulty (BBO# 654,564) | 60 State Street |
| tmcnulty@LL-A.com | Boston, MA 02109 |
| LOWRIE, LANDO & ANASTASI, LLP | Telephone: 617-526-6000 |
| Riverfront Office Park | |
| One Main Street – 11th Floor | S. Calvin Walden (admitted pro hac vice) |
| Cambridge, MA 02142 | calvin.walden@wilmerhale.com |
| (617) 395-7000 | Alexandra McTague (admitted pro hac vice) |
| | alexandra.mctague@wilmerhale.com |
| | 399 Park Avenue |
| | New York, NY 10021 |
| | Telephone: 212-937-7200 |
| Dated: June 26, 2007 | Dated: June 26, 2007 |

- 3 -

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COLOR KINETICS INCORPORATED,<br><br>　　　　Plaintiff<br><br>v.<br><br>TIR SYSTEMS LTD.,<br><br>　　　　Defendant. | Civil Action No.: 03-cv-12491 (MEL) |

**[PROPOSED] ORDER GRANTING JOINT MOTION TO STAY THE PROCEEDINGS**

　　　　The parties' Joint Motion to Stay the Proceedings is hereby GRANTED. The matter is stayed until September 15, 2007, without prejudice, to ask the court that the stay be lifted prior to that time in the event that the acquisition between Color Kinetics Incorporated and Royal Philips Electronics N.V. fails for any reason.

**IT IS SO ORDERED.**

Dated _____　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　The Honorable Morris E. Lasker
　　　　　　　　　　　　　　　　　　　　　　 U.S. District Court Judge

- 4 -

**CERTIFICATE OF SERVICE**

    I hereby certify that a true copy of the foregoing JOINT MOTION TO STAY THE PROCEEDINGS was filed through the ECF system and will be sent electronically to the registered participants, including those persons listed below, this 26th day of June 2007.

Mark G. Matuschak, Esq.
mark.matuschak@wilmerhale.com
Wendy Haller Verlander, Esq.
wendy.haller@wilmerhale.com
Christopher R. Noyes (BBO #654324
christopher.noyes@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109

S. Calvin Walden, Esq.
calvin.walden@wilmerhale.com
Alexandra McTague, Esq.
alexandra.mctague@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY 10021

Dated: June 26, 2007                          /s/ Aaron W. Moore