IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

COLOR KINETICS INCORPORATED,

Plaintiff

v.

TIR SYSTEMS LTD.,

Defendant.

Civil Action No.: 03-cv-12491 (MEL)

## [PROPOSED] ORDER GRANTING JOINT MOTION TO STAY THE PROCEEDINGS

The parties' Joint Motion to Stay the Proceedings is hereby GRANTED. The matter is

stayed until September 15, 2007, without prejudice, to ask the court that the stay be lifted prior to

that time in the event that the acquisition between Color Kinetics Incorporated and Royal Philips

Electronics N.V. fails for any reason.

**IT IS SO ORDERED.**

Dated _____ 6/28/07

_____
The Honorable Morris E. Lasker
U.S. District Court Judge

- 3 -