IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

COLOR KINETICS INCORPORATED,

      Plaintiff

v.

TIR SYSTEMS LTD.,

      Defendant.

Civil Action No.:  03-cv-12491 (MEL)

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

On June 8, 2007, TIR Systems Ltd. ("TIR") was acquired by Royal Philips Electronics N.V. ("Philips").  On August 27, 2007, Color Kinetics Incorporated ("Color Kinetics") was also acquired by Philips, consolidating Color Kinetics within the Luminaires business group of Philip's lighting division.  By virtue of these corporate transactions, this action is resolved. Consequently, the parties in this action, by and through their undersigned attorneys, hereby stipulate and agree pursuant to Fed. R. Civ. P. 41(a)(1) and (c) that this action is hereby dismissed, with prejudice, each party to bear its own costs and attorneys' fees.

Dated: September 19, 2007

| | |
|---|---|
| TIR SYSTEMS LTD., | COLOR KINETICS INCORPORATED, |
| By its attorneys, | By its attorneys, |
| /s/ Mark G. Matuschak | /s/ Aaron W. Moore |
| Mark G. Matuschak, BBO No. 543,873 | Matthew B. Lowrie, BBO No. 563,414 |
| Wendy Haller Verlander, BBO No. 652,943 | Aaron W. Moore, BBO No. 638,076 |
| Christopher R. Noyes, BBO No. 654,324 | Emily A. Berger, BBO No. 650,841 |
| WILMER CUTLER PICKERING HALE AND DORR LLP | LOWRIE, LANDO & ANASTASI, LLP |
| 60 State Street | Riverfront Office Park |
| Boston, MA 02109 | One Main Street |
| Tel: 617-526-6000 | Cambridge, MA 02142 |
| | Tel : 617-395-7000 |

S. Calvin Walden (*pro hac vice*)
Alexandra McTague (*pro hac vice*)
339 Park Avenue
New York, NY 10022
Tel: 212-937-7200